# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kevin Brnich Electric LLC, Performance Electric, Inc., Artistic Electric Inc., Bolt Electric LLC, and Charles Vodicka, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br>v.<br><br>Siemens Industry, Inc.,<br><br>    Defendant. | Case No. 1:22-cv-01229-MHC<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM LEADERSHIP COUNSEL** |

Plaintiffs in this case move for consolidation of the actions with the related case *Cates, et al. v. Siemens Industry, Inc.*, No. 1:22-cv-01914-MHC (N.D. Ga. May 13, 2022), and for appointment of interim leadership counsel. The proposed Leadership Committee (identified below) includes several preeminent class action law firms with extensive experience in complex cases such as these. All plaintiffs' counsel in the two actions consent to and agree with the relief requested in this Motion.

The proposed Leadership Committee consists of the following:

**Co-Lead Counsel**:    Brian C. Gudmundson, Zimmerman Reed LLP; and

Victoria Nugent, Cohen Milstein Sellers & Toll PLLC

**Liaison Counsel**: Charles Van Horn, Berman Fink Van Horn P.C.

**Plaintiffs' Executive Committee**: David Goodwin of Gustafson Gluek, PLLP; and Matthew D. Schelkopf, Sauder Schelkopf LLC

This Motion is based upon all the files, records, and proceedings herein, including a memorandum of law to be filed in support of this Motion, supporting declaration and exhibits, and the pleadings and proceedings in this matter.

Respectfully submitted,

Dated: June 2, 2022

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson (*pro hac vice*)
Michael J. Laird (*pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
brian.gudmundson@zimmreed.com
michael.laird@zimmreed.com

Victoria S. Nugent (*pro hac vice pending*)
Brian E. Johnson (*pro hac vice pending*)
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
vnugent@cohenmilstein.com
bejohnson@cohenmilstein.com

Charles H. Van Horn (724710)
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road NE, Suite 1100
Atlanta, GA 30305
Telephone: (404) 261-7711
Facsimile: (404) 233-1943
cvanhorn@bfvlaw.com

David A. Goodwin (*pro hac vice*)
Anthony J. Stauber (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

*Counsel for Plaintiffs and the Class*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated: June 2, 2022              */s/ Brian C. Gudmundson*
                                                  Brian C. Gudmundson