IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kevin Brnich Electric LLC, Performance Electric, Inc., Artistic Electric Inc., Bolt Electric LLC, and Charles Vodicka, *individually and on behalf of all others similarly situated*,<br><br>        Plaintiffs,<br>v.<br><br>Siemens Industry, Inc.,<br><br>        Defendant. | Case No. 1:22-cv-01229-MHC<br><br>**DECLARATION OF BRIAN C. GUDMUNDSON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM LEADERSHIP COUNSEL** |

I, Brian C. Gudmundson, declare as follows:

1. I am a Partner in the law firm of Zimmerman Reed LLP, one of the Counsel for Plaintiffs.

2. Attached to this Declaration are the resumes and biographies of the attorneys and law firms who are seeking appointment to leadership positions in this action.

3. Attached as Exhibit A is a true and correct copy of the Complaint from *Nat'l Sentry Sec. Sys., Inc. et al. v. Siemens Indus., Inc.*, 1:21-cv-01072-CJN (D.D.C.), filed on April 19, 2021.

4. Attached as Exhibit B is a true and correct copy of the resume of Brian C. Gudmundson with the Zimmerman Reed LLP firm.

5. Attached as Exhibit C is a true and correct copy of the resume of Victoria Nugent with the Cohen Milstein Sellers & Toll PLLC firm.

6. Attached as Exhibit D is a true and correct copy of the resume of Charles Van Horn with the Berman Fink Van Horn P.C. firm.

7. Attached as Exhibit E is a true and correct copy of the resume of David Goodwin with the Gustafson Gluek, PLLP firm.

8. Attached as Exhibit F is a true and correct copy of the resume of Matthew D. Schelkopf with the Sauder Schelkopf LLC firm.

9. All counsel for plaintiffs in the two related actions in this District, *Cates, et al. v. Siemens Industry, Inc.*, No. 1:22-cv-01914-MHC (N.D. Ga. May 13, 2022) and the above-captioned action, as well as the action currently pending in the District for the District of Columbia, *Nat'l Sentry Sec. Sys., Inc. et al. v. Siemens Indus., Inc.*, 1:21-cv-01072-CJN (D.D.C.), consent to and agree with the relief requested in Plaintiffs' present Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 2, 2022                                     */s/ Brian C. Gudmundson*
                                                        Brian C. Gudmundson