# EXHIBIT D

BERMAN FINK VAN HORN P.C.

# Berman Fink Van Horn: A Business Law Firm With an Eye On Your Future

Envision a progressive business law firm with an uncommon combination of effectiveness, responsiveness and efficiency. That's what Berman Fink Van Horn P.C. (BFV) looks like. We are a group of like-minded entrepreneurial lawyers committed to the success of your growing business. We're not afraid to roll up our sleeves and work alongside you to execute your business vision.

BFV specializes in assisting business organizations of all sizes and entrepreneurs achieve their business goals. From start-up to succession, we assist clients in all phases of corporate life cycles. Our team of attorneys has diverse backgrounds in complex business transactions, dispute resolution and litigation, labor and employment matters, real estate transactions and disputes, insurance, and mergers and acquisitions.

Our valued business clients span such fields as:

- Technology
- Banking and financial services
- Manufacturing
- Health care
- Real estate
- Import/export
- Restaurants
- Hotels

No matter the field, our clients recognize that BFV goes to considerable lengths to understand the intricacies of their businesses as well as their individual philosophies and aspirations. As such, we're often viewed as our clients' "outside-in-house" legal counsel.

We invest the time needed to develop strong partnerships with our clients, enabling us to derive effective legal solutions, drive down their exposure and risk and resolve their deals and disputes quickly and successfully. As with any service we know that legal work needs to be measured by a client's return on investment.

The firm's credo is to fulfill each client's need for attentive and highly responsive, cost-effective legal services. As a result, we take immense pride in our continuing, trust-based relationships with our clients.

# Charles H. Van Horn

Chuck Van Horn is a shareholder at Berman Fink Van Horn where his practice involves business and commercial litigation with an emphasis in litigation arising out of real estate transactions.

Chuck represents financial institutions, mortgage companies, loan default services, title companies, attorneys, real estate brokers, appraisers and builders and developers in all types of disputes, including loan enforcement, data breach and cyber-related issues, foreclosure claims and related litigation, title litigation, contract disputes, business torts, unfair competition claims, malpractice allegations and partnership, shareholder and other internal corporate disputes, particularly those arising out of real estate enterprises.

Chuck handles a significant number of cases involving fraudulent transfer claims and has tried such claims to jury verdict.

Chuck's representation of builders, developers and contractors includes representation of both plaintiffs and defendants in disputes involving construction defects, title issues and disputes involving tortious interference with business and contractual relations, breach of fiduciary duty and/or duty of loyalty and unfair and deceptive trade practices.

Chuck's representation of real estate professionals includes professional malpractice actions against real estate brokers, appraisers, attorneys, title abstract companies and other licensed professionals. This portion of Chuck's practice also includes handling claims for unpaid real estate commissions, and representing real estate professionals before administrative agencies such as the Georgia Real Estate Commission and local Boards of Realtors.

Chuck lectures frequently on trends in the real estate industry, including conducting numerous seminars on lender litigation matters, foreclosure issues and fraudulent conveyance claims. In addition, Chuck has spoken to real estate brokers and other professionals providing practical tips

on malpractice prevention and other emerging issues in the real estate industry. Chuck has also conducted seminars on how to identify mortgage fraud.

Named a Top 100 Georgia Super Lawyer since 2013, as well as Super Lawyer 2006, 2009 – present, Chuck has taught as an adjunct professor at Emory University School of Law. He served as the Chair of the Real Estate Section of the Atlanta Bar Association, as well as Secretary and Treasurer of that Section. In addition, he has served as a member of the Board of Directors of the Litigation Section of the Atlanta Bar. Chuck is the Alumni Recruitment Network Coordinator for Georgia on behalf of his alma mater, Villanova University.

After graduating from Villanova University, Chuck obtained his law degree from The Emory University School of Law. Living in Atlanta since 1991, he is married to Christy Van Horn and has three daughters. A track and cross-country runner in college, Chuck continues to support the sport as co-founder of the DeKalb Trailblazers, a youth running club designed to encourage members to enjoy the sport of cross-country. In his spare time, Chuck coaches cross-country and basketball and remains an active runner and avid baseball fan.

## Representative Matters and Articles Published

Article Published: FCC Update: New Rules for Businesses that Contact Customers via Phone and Text Message, BFV E-News, July/August 2015

Obtained summary judgment in fraudulent conveyance lawsuit and successfully set aside transfer of luxury home, luxury car and money transfers.

Litigated breach of office lease at headquarters for financial institution against landlord.

Counsel on behalf of financial institutions and its trade associations in data breach class actions against Home Depot (filed in Georgia), Wendy's (filed in Pennsylvania) and Noodles (filed in Colordado).

Successfully litigated claims on behalf of credit union against national banks over breach of provisions under UCC. Through resolution, all funds lost by credit union were recovered.

Successfully resolved claims of departing shareholder from Atlanta-based law firm.

Successfully litigated claims on behalf of distributor against importer of custom wheels for defective merchandise. Distributor recovered all sums owed against importer.

Successfully litigated claims on behalf of developer of mixed use project relating to management fees, property rights and easement rights in large in-town project.

Obtained judgment for $2,850,000 after week-long jury trial for lender in case against borrower and related businesses.

Article Published: Rules and Regulations: Are They Becoming Irrelevant in Georgia Courts?, BFV E-News, October 2012

Trial court award of commissions to commercial real estate broker affirmed on appeal.

Obtained six figure settlement in fraudulent conveyance action in action to set aside multiple transfers of real estate, luxury cars, and other assets.

Successfully defended law firm and title agency in claims by national lender for misconduct.

In March 2011, successfully defended developer in foreclosure confirmation hearing against national lender, defeating claims of several hundred thousand dollars.

Obtained dismissal on statute of limitations grounds of premises liability claims arising from shooting at a hotel.

Obtained favorable settlement of federal lawsuit alleging Fair Housing Act discrimination against extended-stay hotel.

Obtained dismissal on jurisdictional grounds of federal copyright infringement action brought by copyright troll against website owner who was alleged to have improperly replicated a news-related image from the Denver Post's website.

In January 2010, obtained $1,000,000 settlement for family in wrongful death action against trucking company.

In January 2010, obtained jury verdict of $480,000, including punitive damages, in claims for fraud in real estate investment.

In November 2009, obtained jury verdict in excess of $550,000 in fraudulent conveyance lawsuit against son, father and companies they controlled.

Successfully defended claims against real estate broker and developer brought by potential buyer of land; later defended all decisions on appeal.

Obtained six figure settlement in arbitration against builder for construction defects.

Obtained dismissal for national default servicer in lawsuit challenging legality of foreclosure.

In December 2008, obtained jury verdict of over $1,000,000 for developer against general contractor and others for defective construction of townhomes.

Successfully defended real estate broker against claims of concealment and misrepresentation; decision affirmed on appeal.

Obtained summary judgment for real estate broker against claims of concealment and misrepresentation; decision affirmed on appeal.

## Speaking Engagements and Appearances

In November 2016, Chuck will speak on "Fraudulent Conveyances" at a statewide seminar organized by the Real Property Section of the Georgia Bar Association.

In February 2016, Chuck presented at an Atlanta Bar Association panel, "Top 10 Tips for an Effective Trial."

In December 2015, Chuck spoke on an Atlanta Bar Association panel, "Real Estate Litigation Issues."

In August 2015, Chuck presented "Turning Bad Debt Into Meaningful Recovery" at the Community Bankers Association of Georgia headquarters in Atlanta.

In January 2015, Chuck presented "Real Estate Litigation: The Dirt on Litigating a Real Estate Claim" to members of the Atlanta Bar Association.

In December 2014, Chuck presented "Real Estate Litigation in Georgia" to attendees at the National Business Institute.

In February 2014, Chuck was a featured speaker on the use of receiverships in litigation.

In November 2013, Chuck spoke on effective closing argument strategies in jury trials for presentation by the ACYL.

In November 2013, Chuck was a featured panelist at the State Bar of Georgia "Real Property Foreclosure" seminar.

In 2012, Chuck spoke on the effective use of mediation strategy in real estate disputes for a presentation by the Atlanta Bar Association.

On September 1, 2011, Chuck presented "Catch Me If You Can", a seminar on fraudulent conveyance actions, before the Atlanta Bar Real Estate Section.

On March 3, 2011, Chuck spoke on Foreclosure Litigation and Confirmation Hearings before the Atlanta Bar Real Estate Section

Since 2009, Chuck has served on the faculty of Real Property Foreclosures, a seminar sponsored by I.C.L.E. and organized by the Georgia State Bar Real Property Section.

## Community Involvement

### Villanova University
– Alumni Recruitment Network Coordinator (1998-present)
– Alumni Association: Board Member, Atlanta Chapter (1998-present)

### Emory University School of Law
– Adjunct Professor (1998-2002)
– Alumni Association, Class Agent (2002-2004)
– Advisor: Real Estate Council

### American Lung Association:
– Organizing Committee for Fight for Air Climb (largest annual fundraiser)

### Briarlake Elementary School
– Founder, Annual 5K & Fun Run, attracting several hundred participants (2009 – present)

### DeKalb Trailblazers XC
– Co-Founder, Cross-country running club for elementary and middle school students in DeKalb County (2014 – present)

### Briarlake Forest
– Executive Committe Member for group that saved 22 acree in-town tract from development. Responsible to management of land as greenspace.

### St. Thomas More Society, Member