# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Kevin Brnich Electric LLC, *et al.*, <br><br>      Plaintiffs, <br><br>      v. <br><br>Siemens Industry, Inc., <br><br>      Defendant. | Civil Action No.: 22-01229 (MHC) |

## JOINT MOTION TO ENLARGE PAGE LIMITS

Plaintiffs and Siemens Industry, Inc. ("Siemens") (together, the "Parties), through their undersigned counsel, jointly request an enlargement of page limits as follows:

1.  On May 18, 2023, the Court issued an Order, ECF No. 48, in which it granted Siemens' Motion to Dismiss with respect to Counts I, VI, VIII, IX, X, XIV, XV, and XVI; and denied Siemens' Motion to Dismiss with respect to Counts XI, XII, and XIII. The Court also denied Siemens Motion to Dismiss with respect to Counts II-V and VII, without prejudice, and invited Siemens to "file a revised Motion to Dismiss with respect to Counts II-V and VII, addressing both the choice of law issue and the substantive claims for each Plaintiff" within thirty (30) days. *Id.*

at 18. The due date for Siemens' amended motion to dismiss is June 20, 2023.

2. Local Rule 7.1(D) limits a motion and responses to motions to twenty-five (25) pages, and replies to fifteen (15) pages.

3. In their briefing, the Parties will strive to succinctly address both choice of law and the substantive claims for Counts II-V and VII. Given the complexity of issues, the number of plaintiffs, and the applicable state laws, the Parties expect to need more than the pages provided under the Local Rules for their submission.

4. The just, speedy, and inexpensive determination of this action reasonably requires an extension of the page limits for Siemens' amended motion to dismiss, Plaintiffs' response, and Siemens reply.

5. On June 13, 2023, counsel conferred regarding the need for a page limit extension.

6. The Parties agree that if Siemens files an amended motion to dismiss, the page limit for Siemens' motion may be increased to forty (40) pages.

7. The Parties further agree that the page limit for Plaintiffs' response may be increased to forty-five (45) pages, and Siemens' reply in support of any amended motion to dismiss may be increased to twenty-five (25) pages.

WHEREFORE, the Parties respectfully request that the Court grant this motion and enlarge the page limits as follows:

(a) Siemens' amended motion to dismiss may not exceed forty (40) pages;

(b) Plaintiffs' response may not exceed forty-five (45) pages; and

(c) Siemens' reply may not exceed twenty-five (25) pages.

Dated:  June 14, 2023                    Respectfully submitted,

| | |
|---|---|
| /s/ Stacey Mohr | /s/ Brian C. Gudmundson |
| Stacey Mohr (619207) | Brian C. Gudmundson (*pro hac vice*) |
| EVERSHEDS SUTHERLAND (US) LLP | Jason P. Johnston (*pro hac vice*) |
| 999 Peachtree Street, N.E. | Michael J. Laird (*pro hac vice*) |
| Atlanta, Georgia 30309 | Rachel K. Tack (*pro hac vice*) |
| (404) 853-8000 (t) | ZIMMERMAN REED LLP |
| (404) 853-8806 (f) | 1100 IDS Center |
| staceymohr@eversheds-sutherland.com | 80 South 8th Street |
| | Minneapolis, MN 55402 |
| Toni Michell Jackson (*pro hac vice*) | (612) 341-0400 (t) |
| Cheryl Falvey (*pro hac vice*) | (612) 341-0844 (f) |
| Rachel Raphael (*pro hac vice*) | brian.gudmundson@zimmreed.com |
| CROWELL & MORING LLP | jason.johnston@zimmreed.com |
| 1001 Pennsylvania Avenue, N.W. | michael.laird@zimmreed.com |
| Washington, D.C. 20004 | rachel.tack@zimmreed.com |
| (202) 624-2500 (t) | |
| (202) 628-5116 (f) | Charles H. Van Horn (724710) |
| tjackson@crowell.com | BERMAN FINK VAN HORN P.C. |
| cfalvey@crowell.com | 3475 Piedmont Road NE, Suite 1100 |
| rraphael@crowell.com | Atlanta, GA 30305 |
| | (404) 261-7711 (t) |
| *Counsel for Siemens Industry, Inc.* | (404) 233-1943 (f) |
| | cvanhorn@bfvlaw.com |

Victoria S. Nugent (*pro hac vice pending*)
Brian E. Johnson (*pro hac vice pending*)
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
(202) 408-4600 (t)
(202) 408-4699 (f)
vnugent@cohenmilstein.com
bejohnson@cohenmilstein.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Kevin Brnich Electrical LLC, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Siemens Industry, Inc.,<br><br>    Defendant. | Civil Action No.: 22-01229 (MHC) |

## [PROPOSED] ORDER

Having considered the foregoing Joint Motion to Enlarge Page Limits, for good cause shown and all parties consenting hereto, the Court hereby **GRANTS** the Joint Motion, and orders the following:

a. Defendant may file an amended motion to dismiss, not to exceed forty (40) pages;

b. Plaintiffs may file an opposition to Defendant's amended motion to dismiss, not to exceed forty-five (45) pages; and

c. Defendant may file a reply in support of its amended motion to dismiss, not to exceed twenty-five (25) pages.

SO ORDERED, this \_\_\_\_ day of June 2023.

_____
Honorable Mark H. Cohen
United States District Judge