IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Kevin Brnich Electrical LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Siemens Industry, Inc., <br><br> Defendant. | Civil Action No.: 22-01229 (MHC) |

## [PROPOSED] ORDER

Having considered the foregoing Joint Motion to Enlarge Page Limits, for good cause shown and all parties consenting hereto, the Court hereby **GRANTS** the Joint Motion, and orders the following:

a. Defendant may file an amended motion to dismiss, not to exceed forty (40) pages;

b. Plaintiffs may file an opposition to Defendant's amended motion to dismiss, not to exceed forty-five (45) pages; and

c. Defendant may file a reply in support of its amended motion to dismiss, not to exceed twenty-five (25) pages.

SO ORDERED, this _____ day of June 2023.

                                                                                 _____
                                                                                 Honorable Mark H. Cohen
                                                                                 United States District Judge