IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kevin Brnich Electric LLC, et al. | Case No. 1:22-cv-01229-MHC |
| Plaintiffs, | |
| v. | **JOINT MOTION TO EXTEND THE BRIEFING SCHEDULE** |
| Siemens Industry, Inc., | |
| Defendant. | |

Plaintiffs and Siemens Industry, Inc. ("Siemens") (together, the "Parties"), through their undersigned counsel, jointly move for leave to extend the deadlines for briefing related to Siemens' amended motion to dismiss filed on June 20, 2023, showing the Court the following:

1. On August 2, 2022, Plaintiffs filed their Consolidated Class Action Complaint, ECF No. 40.

2. On September 16, 2022, Siemens filed its Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint ("Motion"), ECF No. 43.

3. On October 17, 2022, Plaintiffs filed their Opposition to the Motion to Dismiss Consolidated Class Action Complaint, ECF No. 45.

4. On November 16, 2022, Siemens filed its Reply Memorandum in Further Support of its Motion to Dismiss Consolidated Amended Complaint, ECF

No. 46.

5. On May 18, 2023, the Court issued an Order granting in part and denying in part Siemens' Motion to Dismiss and allowing Siemens to file an Amended Motion to Dismiss, ECF No. 48.

6. On June 20, 2023, Siemens filed its Amended Motion to Dismiss Counts II, III, IV, V, and VII of Plaintiffs' Consolidated Class Action Complaint ("Amended Motion"), ECF No. 52.

7. Pursuant to Local Rule 7.1(B) & (C), Plaintiffs' opposition to Siemens' Amended Motion is due on July 5, 2023, and Siemens' reply in support of its Amended Motion is due on July 19, 2023.

8. On June 27, 2023, the Parties conferred regarding the need for an extension of time to respond to the amended motion to dismiss briefing.

9. The Parties agreed that, should the Court so agree and order, Plaintiffs will have an additional fourteen (14) days, until July 19, 2023, to file their opposition to Siemens' Amended Motion; and that Siemens will have an additional fourteen (14) days, until August 16, 2023, to file its reply in support of its Amended Motion.

10. Accordingly, the Parties respectfully request that the Court enter an Order setting deadlines for Plaintiffs' opposition to Siemens' amended motion to

dismiss of July 19, 2023, and for Siemens' reply in support of its motion to dismiss of August 16, 2023.

Dated: June 28, 2023                                    Respectfully submitted,

/s/ Toni Jackson
Toni Michell Jackson (*pro hac vice*)
Cheryl Falvey (*pro hac vice*)
Rachel Raphael (*pro hac vice*)
Ruben Reyna (*pro hac vice*)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2500
tjackson@crowell.com
cfalvey@crowell.com
rraphael@crowell.com
rreyna@crowell.com

Stacey Mohr (619207)
**EVERSHEDS SUTHERLAND**
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 853-8000
staceymohr@eversheds-sutherland.com

*Counsel for Siemens Industry, Inc.*

/s/     Brian C. Gudmundson
Brian C. Gudmundson (*pro hac vice*)
Jason P. Johnston (*pro hac vice*)
Michael J. Laird (*pro hac vice*)
Rachel K. Tack (*pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
(612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Charles H. Van Horn (724710)
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, N.E. Suite 1640
Atlanta, GA 30305
(404) 261-7711
cvanhorn@bvflaw.com

Victoria S. Nugent (*pro hac vice*)
Brian E. Johnson (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 220025
(202) 408-4600
vnugent@cohenmilstein.com
bejohnson@cohenmilstein.com

David A. Goodwin (*pro hac vice*)
Anthony J. Stauber (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333-8844
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

E. Adam Webb
G. Franklin Lemond, Jr.
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-9325
adam@webbLLC.com
franklin@webbLLC.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney (*pro hac vice*)
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

*Counsel for Plaintiffs*