# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kevin Brnich Electric LLC, et al. | Case No. 1:22-cv-01229-MHC |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE** |
| Siemens Industry, Inc., | |
| Defendant. | |

Having considered the parties Joint Motion to Extend Briefing Schedule (ECF No. 53), for good cause shown and all Parties consenting hereto, it is hereby ORDERED that the deadline for Plaintiffs to file their opposition to Siemens Industry, Inc.'s amended motion to dismiss is extended from July 5, 2023, to July 19, 2023.

It is FURTHER ORDERED that the deadline for Siemens to file its reply in support of its amended motion to dismiss is extended to August 16, 2023.

SO ORDERED, this \_\_\_\_ day of June, 2023.

_____
Honorable Mark H. Cohen
United States District Judge