# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Kevin Brnich Electric LLC, et al, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Industry, Inc.,<br><br>Defendants. | Case No. 1:22-cv-01229-MHC |

### PLAINTIFFS' UNOPPOSED MOTION FOR SUBSTITUTION OF INTERIM CO-LEAD CLASS COUNSEL UNDER F.R.C.P. 23(g) AND NOTICE OF WITHDRAWAL OF VICTORIA S. NUGENT

Plaintiffs submit this motion to seek an amendment to the Court's June 24, 2022 Order Appointing Interim Leadership Counsel (ECF No. 30) and advise the Court that one of Plaintiffs' counsel is withdrawing from the litigation.

On June 24, 2022, the Court appointed Victoria Nugent, of Cohen Milstein Sellers & Toll PLCC, and Brian C. Gudmunson, of Zimmerman Reed LLP, as Interim Co-Lead Counsel of this consolidated action. ECF No. 30.

Plaintiffs seek to substitute Eric Kafka, of Cohen Milstein Sellers & Toll, for Victoria Nugent as Interim Co-Lead Counsel. This Motion is based on the Notice,

1

the declaration of Eric Kafka submitted with this Motion, and the Proposed Order filed with this Motion.  All Plaintiffs have been advised of Ms. Nugent's departure from private practice and the proposed substitution of Mr. Kafka as Co-Lead Counsel.  All members of the interim leadership team support the proposed substitution of Mr. Kafka as Co-Lead Counsel. Defendant Siemens Industry, Inc. does not oppose the proposed substitution of Mr. Kafka as Co-Lead Counsel.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 31, 2023 | /s/ Eric Kafka |

Brian C. Gudmundson (*pro hac vice*)
Jason P. Johnston (*pro hac vice*)
Michael J. Laird (*pro hac vice*)
Rachel K. Tack (*pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
ekafka@cohenmilstein.com

Victoria S. Nugent (*pro hac vice*)
Brian E. Johnson (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 220025
Telephone: (202) 408-4600
vnugent@cohenmilstein.com
bejohnson@cohenmilstein.com

Charles H. Van Horn (724710)
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, N.E. Suite 1640
Atlanta, GA 30305
Telephone: (404) 261-7711
cvanhorn@bvfvlaw.com

David A. Goodwin (*pro hac vice*)
Anthony J. Stauber (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

E. Adam Webb
G. Franklin Lemond, Jr.
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-9325
adam@webbLLC.com
franklin@webbLLC.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney (*pro hac vice*)

3

**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Bonner C. Walsh
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
bonner@walshpllc.com

*Counsel for Plaintiffs*

## LOCAL RULE 7.1 CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing pleading filed with the Clerk of Court has been prepared in 14-point Times New Roman font in accordance with Local Rule 5.1(C).

Dated July 28, 2023                              /s/ Eric Kafka
                                                 Eric Kafka