IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kevin Brnich Electric LLC, et al, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Industry, Inc.,<br><br>Defendants. | Case No. 1:22-cv-01229-MHC |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION FOR SUBSTITUTION OF INTERIM CO-LEAD CLASS COUNSEL UNDER F.R.C.P. 23(G) AND NOTICE OF WITHDRAWAL OF VICTORIA NUGENT**

1

## INTRODUCTION

Interim Co-Lead Counsel Victoria Nugent is leaving private practice in August 2023, and thus asks to be relieved of her responsibilities as Interim Co-Lead Counsel. The interim leadership team asks that the Court substitute Eric Kafka, another Cohen Milstein partner, for Ms. Nugent as the Interim Co-Lead Counsel.

The Class will be well served by appointing Mr. Kafka as Interim Co-Lead Counsel. Mr. Kafka is a partner in Cohen Milstein's consumer protection practice. Mr. Kafka has extensive experience prosecuting consumer class actions, including class actions that allege the same types of claims that Plaintiffs assert here. Furthermore, Mr. Kafka is already part of the Cohen Milstein team currently prosecuting this action. Appointing Mr. Kafka as Interim Co-Lead Counsel will ensure the interim leadership team proceeds with continuity.

## BACKGROUND

On June 24, 2022, the Court appointed interim leadership for this consolidated action. Specifically, the Court appointed Brian C. Gudmundson of Zimmerman Reed LLP and Victoria Nugent of Cohen Milstein Sellers & Toll PLLC as Interim Co-Lead Counsel; Charles Van Horn of Berman Fink Van Horn P.C. as Liaison Counsel; and David Goodwin of Gustafson Gluek, PLLP and Matthew D. Schelkopf of Sauder Schelkopf LLC to the Executive Committee. ECF No. 30.

Since their appointment, the interim leadership team has continued to

diligently prosecute this case and advance class members' interests. For instance, since their appointment, Cohen Milstein and the interim leadership team has (1) drafted and filed a consolidated class action complaint; (2) drafted and filed oppositions to two motions to dismiss; and (3) continued to investigate the facts underlying the case and laid the foundation for discovery, including by drafting and serving requests for production of documents. Declaration of Eric Kafka ("Kafka Decl.") at ¶ 2.

In August 2023, after 23 years at Cohen Milstein, Ms. Nugent is leaving private practice to join a non-profit organization. Ms. Nugent seeks to have Cohen Milstein partner Eric Kafka replace her as Interim Co-Lead Counsel for this consolidated action. All members of the interim leadership team support adding Mr. Kafka as Interim Co-Lead Counsel. Kafka Decl. at ¶ 3. All Plaintiffs have been advised of Ms. Nugent's departure and the proposed substitution of Mr. Kafka as Co-Lead Counsel.

Mr. Kafka is a partner in Cohen Milstein's consumer protection practice group. Kafka Decl. at ¶ 1. Mr. Kafka is also already part of the Cohen Milstein team currently prosecuting this action. Mr. Kafka has played a substantial role in preparing the plaintiffs' discovery plan for this litigation. Kafka Decl. at ¶ 4. Mr. Kafka and Ms. Nugent have also worked together closely to ensure a smooth transition of the interim co-lead counsel position. Kafka Decl. at ¶ 5.

Mr. Kafka has extensive experience litigating consumer class actions, including managing discovery, briefing class certification, conducting depositions, and working with damages experts. Kafka Decl. at ¶ 6. Mr. Kafka has prosecuted many cases with the same types of claims brought in this litigation, including the California Consumer Legal Remedies Act ("CLRA") and California Unfair Competition Law ("UCL"). Kafka Decl. at ¶ 7. For example, Mr. Kafka is the court-appointed Lead Counsel for the certified classes in *Prescott v. Reckitt Benckiser LLC*, Case No. 20-CV-02101-BLF (N.D. Cal.). Kafka Decl. at ¶ 8.

## LEGAL STANDARD

Federal Rule of Civil Procedure 23(g)(3) authorizes courts to "designate interim counsel to act on behalf of a putative class before determining whether to certify the action as a class action." Courts appointing interim class counsel consider the following factors:

> (i) the work counsel has done in identifying or investigating potential claims in the action;
> (ii) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action;
> (iii) counsel's knowledge of the applicable law; and
> (iv) the resources that counsel will commit to representing the class.

Fed. R. Civ. P. 23(g)(1)(A); *see also*, *In re: Dairy Farmers of Am. Cheese Antitrust Litig.*, No. 1:09-cv-03690, 2013 WL 6050431, at *3 (N.D. Ill. Nov. 15, 2013).; 1 William B. Rubenstein, Newberg and Rubenstein on Class Actions § 3:85 (6th ed. 2022) (observing while neither Rule 23(g) nor its Advisory Committee notes

4

explicitly state "whether the factors outlined in subsection 23(g)(1) apply to a court's appointment of interim counsel, courts have held that these requirements do apply and have accordingly employed them in appointing interim counsel"). Courts may also consider "any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class." Fed. R. Civ. P. 23(g)(1)(B).

Here, as discussed below, each of these factors supports substituting proposed Interim Co-Lead Counsel.

## ARGUMENT

I. **The Court Should Substitute Eric Kafka from Cohen Milstein Sellers & Toll as Interim Co-Lead Class Counsel under F.R.C.P. 23(g)**

   i. **Proposed Interim Co-Lead Counsel Have Performed Substantial Work Investigating and Bringing this Action**

The first factor asks the Court to consider "the work counsel has done in identifying or investigating potential claims in the action." 23(g)(1)(A)(i). Under the direction of Ms. Nugent, Mr. Kafka is part of the Cohen Milstein team that is currently prosecuting this action.

Prior to their appointment, the now-appointed interim leadership team, (including Cohen Milstein) performed substantial work investigating and moving this action forward. For example, Plaintiffs' counsel (1) performed an extensive, months' long initial investigation of Siemens' AFCI breakers before filing an initial complaint; (2) drafted and filed initial and amended complaints; (3) conducted

5

settlement negotiations pursuant to the early settlement program in the United States District Court for the District of Columbia; (4) obtained, reviewed, and analyzed limited discovery exchanged during settlement negotiations; and (5) fully briefed Siemens' motion to dismiss the complaint in the District of D.C. *See* ECF No. 27-1 at 16.

Since their appointment, the interim leadership team has continued to diligently prosecute this case and to advance class members' interests. Since their appointment, Cohen Milstein and the interim leadership team have (1) drafted and filed a consolidated class action complaint; (2) drafted and filed oppositions to two motions to dismiss; (3) continued to investigate facts supporting their legal theories; (4) laid the foundation for discovery, including by drafting and serving requests for production of documents. Kafka Decl. at ¶ 2.

Since their appointment, Cohen Milstein and the other members of the interim leadership team have worked together collaboratively to advance class members' interests. Substituting one Cohen Milstein partner for another will enable the interim leadership team to proceed with continuity with the same firms that are currently prosecuting this action as a team.

### ii. Eric Kafka Has Relevant Experience and Knowledge of the Applicable Law

The second and third factors consider proposed Interim Class Counsel's relevance experience and knowledge of applicable law. Fed. R. Civ. P.

6

23(g)(1)(A)(ii)-(iii). These factors are met here.

Eric Kafka is a partner in Cohen Milstein's Consumer Protection practice, and he has extensive experience litigating consumer class actions, including managing discovery, briefing class certification, conducting depositions, and working with damages experts. Kafka Decl. at ¶ 6. Mr. Kafka has prosecuted many cases with the same types of claims brought in this litigation, including the California Consumer Legal Remedies Act ("CLRA") and California Unfair Competition Law ("UCL"). Kafka Decl. at ¶ 5.

For example, Mr. Kafka is the court-appointed Lead Counsel for the certified classes in *Prescott v. Reckitt Benckiser LLC*, Case No. 20-CV-02101-BLF (N.D. Cal.). Kafka Decl. at ¶ 8. In the *Prescott* matter, the plaintiffs' claims include state consumer protection law violations, including the CLRA, UCL, New York's General Business Law §§ 349-350, and Massachusetts General Law Chapter 93A. *Prescott v. Reckitt Benckiser LLC*, 2022 WL 3018145, at *4 (N.D. Cal. July 29, 2022). Other relevant consumer class actions that Mr. Kafka has worked on include: *DZ Reserve et al. v Meta Platforms, Inc.*, Case No. 3:18-cv-04978 (N.D. Cal.); *Ariza v. Luxottica Retail North America*, Case No. 1:17-cv-05216 (E.D.N.Y.); *In re Anthem, Inc. Data Breach Litigation*, Case No. 15-md-02617-LHK (N.D. Cal.); *LLE One, LLC v. Facebook*, Case No. 4:16-cv-06232 (N.D. Cal.).

Mr. Kafka is also a thought leader regarding consumer class action damages

models. Mr. Kafka has considerable experience working with plaintiffs' class damages experts, deposing defendants' damages experts, and successfully defeating motions to exclude plaintiffs' class damages experts ("*Daubert* motions"). Mr. Kafka has also spoken at several legal conferences about class action damages models. Kafka Decl. at ¶ 9.

### iii. Proposed Interim Co-Lead Counsel are Committed to Representing the Interests of the Class

The fourth factor considers "the resources that counsel will commit to representing the class." Fed. R. Civ. P. 23(g)(1)(A)(iv). Cohen Milstein will continue to advance the significant resources at its disposal to advocate for the class. Cohen Milstein is one of the ten largest plaintiffs' firms in the country. The firm has significant personnel to assign as needed to handle the matters it undertakes. The firm also routinely advances hundreds of thousands of dollars (even millions of dollars) to pay case costs while litigating to vindicate the rights of class members and secure substantial recoveries. Cohen Milstein, along with other appointed members of Interim Class Counsel, will continue to devote the necessary resources to advance the best interests of the class.

## CONCLUSION

Plaintiffs respectfully request that the Court should grant their motion to substitute Eric Kafka for Victoria Nugent as Interim Co-Lead Counsel under F.R.C.P. 23(g).

Respectfully submitted,

Dated: July 31, 2023

*/s/ Eric Kafka*
Brian C. Gudmundson (*pro hac vice*)
Jason P. Johnston (*pro hac vice*)
Michael J. Laird (*pro hac vice*)
Rachel K. Tack (*pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Eric Kafka (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
ekafka@cohenmilstein.com

Victoria S. Nugent (*pro hac vice*)
Brian E. Johnson (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 220025
Telephone: (202) 408-4600
vnugent@cohenmilstein.com
bejohnson@cohenmilstein.com

Charles H. Van Horn (724710)
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, N.E. Suite 1640
Atlanta, GA 30305
Telephone: (404) 261-7711
cvanhorn@bfvlaw.com

9

David A. Goodwin (*pro hac vice*)
Anthony J. Stauber (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

E. Adam Webb
G. Franklin Lemond, Jr.
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-9325
adam@webbLLC.com
franklin@webbLLC.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney (*pro hac vice*)
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Bonner C. Walsh
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
bonner@walshpllc.com

*Counsel for Plaintiffs*