IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kevin Brnich Electric LLC, et al, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Industry, Inc.,<br><br>Defendants. | Case No. 1:22-cv-01229-MHC |

**DECLARATION OF ERIC A. KAFKA IN SUPPORT OF MOTION FOR SUBSTITUTION OF INTERIM CO-LEAD CLASS COUNSEL UNDER F.R.C.P. 23(g) AND NOTICE OF WITHDRAWAL OF VICTORIA S. NUGENT**

I, Eric A. Kafka, declare as follows:

1. I am an attorney admitted *pro hac vice* in this Court. I am a Partner with the law firm of Cohen Milstein Sellers & Toll LLC in the consumer protection practice group. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would competently testify as to these facts under oath. I submit this declaration in support of Plaintiffs' motion for substitution of Interim Co-Lead Class Counsel.

2. On June 24, 2022, the Court appointed Victoria Nugent, of Cohen

1

Milstein Sellers & Toll PLLC, and Brian C. Gudmundson, of Zimmerman Reed LLP, as Interim Co-Lead Counsel of this consolidated action. ECF No. 30. Since their appointment, Cohen Milstein and the interim leadership team has (1) drafted and filed a consolidated class action complaint; (2) drafted and filed oppositions to two motions to dismiss; and (3) continued to investigate the facts underlying the case and laid the foundation for discovery, including by drafting and serving requests for production of documents.

3. All members of the interim leadership team support adding me as Interim Co-Lead Counsel, as the replacement for Victoria Nugent.

4. I have played a substantial role in preparing the plaintiffs' discovery plan for this litigation.

5. I have worked closely with Victoria Nugent to ensure a smooth transition of the interim co-lead counsel position.

6. I have extensive experience litigating consumer class actions, including managing discovery, briefing class certification, conducting depositions, and working with damages experts. My resume is attached hereto as **Exhibit A.**

7. I have prosecuted many cases with the same types of claims brought in this litigation, including the California Consumer Legal Remedies Act ("CLRA") and California Unfair Competition Law ("UCL").

8. I am the court-appointed Lead Counsel for the certified classes in

*Prescott v. Reckitt Benckiser LLC*, Case No. 20-CV-02101-BLF (N.D. Cal.).

9. I have spoken at several legal conferences about class action damages models.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 31, 2023 in New York, NY,

By: <u>/s/ Eric Kafka</u>
Eric Kafka