# **<u>Exhibit A</u>**

# COHENMILSTEIN

Powerful Advocates. Meaningful Results.



## Eric A. Kafka, Partner
New York, NY

t: 212.838.7797
f: 212.838.7745
ekafka@cohenmilstein.com

### Practice Areas
- Consumer Protection

### Admissions
- New York
- Missouri

### Education
- Columbia University School of Law, J.D., 2014
- Yale University, B.A., 2008

**Eric A. Kafka** is a partner in Cohen Milstein's Consumer Protection practice.

Mr. Kafka is a tireless advocate for consumers and represents plaintiffs in a wide range of consumer class actions, including false advertising, data breach, privacy, and product liability class actions.

Mr. Kafka is a member of both the American Association for Justice (AAJ) and Public Justice and he serves as the Secretary for the AAJ's Class Action Litigation Section. Mr. Kafka also serves on Public Justice's Class Action Preservation Committee.

### Currently, Mr. Kafka is litigating the following notable matters:

- ***Prescott, et al. v. Reckitt Benckiser LLC* (N.D. Cal.):** Mr. Kafka serves as Lead Counsel in the Prescott matter. On July 29, 2022, the court granted class certification for California, New York, and Massachusetts classes. In this false advertising consumer protection class action, Plaintiffs allege that Woolite laundry detergent "Color Renew" and "revives colors" representation is false and misleading because Woolite does not renew or revive color in clothing.

- ***DZ Reserve et al. v Facebook* (N.D. Cal.):** Cohen Milstein represents advertisers who claim that Facebook's Potential Reach metric is false and misleading due to systemic inflation of the Potential Reach. The court granted class certification on March 29, 2022.

- ***Ariza v. Luxottica Retail North America (LensCrafters)* (E.D.N.Y.):** Cohen Milstein represents purchasers of LensCrafters' Accufit Digital Measurement System (Accufit) services, who allege that LensCrafters used false, misleading advertising and deceptive sales practices about Accufit being "five times more accurate" in measuring pupillary distance than traditional methods. The court granted class certification on December 13, 2021.

**cohenmilstein.com**

COHENMILSTEIN

Powerful Advocates. Meaningful Results.

Mr. Kafka played an active role in the concluded, high-profile matters:

- ***In re Anthem, Inc. Data Breach Litigation* (N.D. Cal.):** Cohen Milstein was Co-Lead Counsel on behalf of a putative class of 78.8 million insureds, whose personal data and health information was stolen as a result of a massive data breach of Anthem, Inc., one of the nation's largest for-profit health care companies. In August 2018, the Court granted final approval of a $115 million settlement – the largest data breach settlement in history.

- ***LLE One, LLC v. Facebook* (N.D. Cal.):** Cohen Milstein, as Co-Class Counsel, represented advertising purchasers, who claimed that Facebook intentionally inflated key metrics regarding their paid video advertisements' performance. Plaintiffs alleged that the inflated metrics caused them to buy more video advertisements and to pay a higher price than they otherwise would have paid. In June 2020, the Court granted final approval of a $40 million settlement against Facebook.

- ***HCA Litigation* (M.D. Fla.):** Cohen Milstein was Lead Counsel in a class action, alleging that emergency room patients were billed unreasonably high fees for emergency radiology services, in excess of the amount allowed by their mandatory Florida Personal Injury Protection (PIP) insurance. In December 2018, the Court granted final approval of a $220 million injunctive relief settlement.

Prior to attending law school, Mr. Kafka worked on multiple political campaigns, including President Obama's 2008 presidential campaign.

Mr. Kafka earned his J.D. from Columbia Law School, where he was a Harlan Fiske Stone Scholar. He received his B.A. from Yale University

**cohenmilstein.com**