IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Kevin Brnich Electric LLC, et al, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>Siemens Industry, Inc.,<br><br>Defendants. | Case No. 1:22-cv-01229-MHC |

## [PROPOSED] ORDER GRANTING MOTION FOR SUBSTITUTION OF INTERIM CO-LEAD CLASS COUNSEL

Upon review of Plaintiffs' Motion for Substitution of Interim Co-Lead Counsel and for good cause shown, this Court hereby **GRANTS** the Motion. Eric Kafka is appointed Interim Co-Lead Counsel. Mr. Kafka is substituted for Victoria S. Nugent, and she is relieved of her obligations as Co-Lead Counsel. Victoria S. Nugent is terminated from the docket and will no longer receive CM/ECF filing notifications in this matter.

**IT IS SO ORDERED** this ___day of ____, 2023.

_____
Hon. Mark H. Cohen
United States District Judge

1