# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Kevin Brnich Electric LLC, Performance Electric, Inc., Artistic Electric Inc., Bolt Electric LLC, National Sentry Security Systems, Inc., Electricalifornia, Charles Vodicka, Patrick Cates, Bryan Butakis, Nels Gordon, Rick Keyser, Tyler Barrette, and Clifford Oakley *individually and on behalf of all others similarly situated,* | ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:22-cv-01229-MHC |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Siemens Industry, Inc., | ) ) | |
| Defendant. | ) | |

## PLAINTIFFS' CERTIFICATE OF SERVICE OF DISCOVERY

In accordance with Local Rule 26.3, I hereby certify that on November 22, 2023, the Defendant in the above styled action was served the following:

1. *Plaintiffs' Second Set of Requests for Production of Documents*

by email as follows:

Toni Michell Jackson, Esq.
Cheryl Falvey, Esq.
Rachel Raphael, Esq.

1

Ruben Reyna, Esq.
**CROWELL MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
TJackson@crowell.com
Cfalvey@crowell.com
RRaphael@crowell.com
RReyna@crowell.com

Stacey M. Mohr, Esq.
**EVERSHEDS SUTHERLAND**
999 Peachtree Street NE
Atlanta, Georgia 30309
staceymohr@eversheds-sutherland.com

Respectfully submitted this 22nd day of November, 2023.

By:    */s/ Charles H. Van Horn*
Charles H. Van Horn
Georgia Bar No. 724710
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, N.E. Suite 1640
Atlanta, GA 30305
Telephone: (404) 261-7711
cvanhorn@bvflaw.com

Brian C. Gudmundson (pro hac vice)
Jason P. Johnston (pro hac vice)
Michael J. Laird (pro hac vice)
Rachel K. Tack (pro hac vice)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com

2

michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Brian E. Johnson (pro hac vice)
Eric A. Kafka (pro hac vice)
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Ave. NW, Fifth Floor
Washington, DC 220025
Telephone: (202) 408-4600
bejohnson@cohenmilstein.com
ekafka@cohenmilstein.com

Daniel C. Hedlund (pro hac vice)
David A. Goodwin (pro hac vice)
Anthony J. Stauber (pro hac vice)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dhedlund@gustafsongluek.com
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

E. Adam Webb
G. Franklin Lemond, Jr.
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-9325
Adam@WebbLLC.com
Franklin@WebbLLC.com

Joseph G. Sauder (pro hac vice)
Matthew D. Schelkopf (pro hac vice)
Joseph B. Kenney (pro hac vice)
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Bonner C. Walsh (*pro hac vice*)
**WALSH LLC**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206
bonner@walshpllc.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on November 22, 2023, I electronically filed the foregoing

**CERTIFICATE OF SERVICE OF DICOVERY** with the Clerk of Court using

the CM/ECF system which will automatically send e-mail notification of such filing

to the following:

Toni Michell Jackson, Esq.
Cheryl Falvey, Esq.
Rachel Raphael, Esq.
Ruben Reyna, Esq.
**CROWELL MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
TJackson@crowell.com
Cfalvey@crowell.com
RRaphael@crowell.com
RReyna@crowell.com

Stacey M. Mohr, Esq.
**EVERSHEDS SUTHERLAND**
999 Peachtree Street NE
Atlanta, Georgia 30309
staceymohr@eversheds-sutherland.com

By:     */s/ Charles H. Van Horn*
Charles H. Van Horn (724710)
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, N.E. Suite 1640
Atlanta, GA 30305
Telephone: (404) 261-7711
cvanhorn@bvfvlaw.com

5

*Attorney for Plaintiffs*