# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KEVIN BRNICH ELECTRICAL LLC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>SIEMENS INDUSTRY, INC.<br><br>Defendant. | Civil Action No.: 22-01229 (MHC) |

## SIEMENS' CERTIFICATE OF SERVICE OF DISCOVERY

In accordance with Local Rules 5.4 and 26.3, I hereby certify that on December 22, 2023, Plaintiffs were served with Siemens Industry Inc.'s Responses and Objections to Plaintiffs Second Set of Requests for Production of Documents by email as follows:

> Brian C. Gudmundson
> Michael J. Laird
> ZIMMERMAN REED LLP
> 1100 IDS Center, 80 South 8th Street
> Minneapolis, MN 55402
> brian.gudmundson@zimmreed.com
> michael.laird@zimreed.com

74898871.1

Eric Kafka
Brian E. Johnson
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
ekafka@cohenmilstein.com
bejohnson@cohenmilstein.com

David A. Goodwin
Anthony J. Stauber
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza 120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

E. Adam Webb
G. Franklin Lemond, Jr.
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E. Suite 480
Atlanta, Georgia 30339
Adam@WebbLLC.com
Franklin@WebbLLC.com

Matthew D. Schelkopf
Joseph B. Kenney
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
mds@sstriallawyers.com
jbk@sstriallawyers.com

Bonner C. Walsh
WALSH LLC
1561 Long Haul Road Grangeville, ID 83530
bonner@walshpllc.com

Charles H. Van Horn
BERMAN FINK VAN HORN P.C.
3475 Piedmont Road, N.E. Suite 1640 Atlanta, GA 30305
cvanhorn@bvfvlaw.com


Dated: January 3, 2024                Respectfully submitted,


                                        /s/ *Stacey Mohr*
Stacey Mohr (GA Bar No. 618207)
EVERSHEDS SUTHERLAND
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 853-800
Facsimile: (404) 853-8806
staceymohr@eversheds-sutherland.com

Toni Michelle Jackson (Admitted *Pro Hac Vice*)
Cheryl A. Falvey (Admitted *Pro Hac Vice*)
Rachel P. Raphael (Admitted *Pro Hac Vice*)
Ruben F. Reyna (Admitted *Pro Hac Vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
tjackson@crowell.com
cfalvey@crowell.com
rraphael@crowell.com
rreyna@crowell.com

*Attorneys for Siemens Industry, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 3, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Stacey Mohr*
Stacey Mohr

*Attorney for Siemens Industry, Inc.*