IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Kevin Brnich Electric LLC, Performance Electric, Inc., Artistic Electric Inc., Bolt Electric LLC, National Sentry Security Systems, Inc., Electricalifornia, Charles Vodicka, Patrick Cates, Bryan Butakis, Nels Gordon, Rick Keyser, Tyler Barrette, and Clifford Oakley *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> Siemens Industry, Inc. <br><br> Defendant. | Case No. 1:22-cv-01229-MHC |

**PLAINTIFFS' CERTIFICATE OF SERVICE OF DISCOVERY**

In accordance with Local Rule 26.3, I hereby certify that on December 11, 2023, the Defendant in the above styled action was served the following:

1.  Plaintiff Tyler Barrette's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs

2.  Plaintiff Bryan Butakis's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs

1

3. Plaintiff Patrick Cates's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs

4. Plaintiff Nels Gordon's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs

5. Plaintiff Rick Keyser's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs

6. Plaintiff Clifford Oakley's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs

7. Plaintiff Charles Vodicka's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs

8. Artistic Electric Inc.'s Responses and Objections to Siemens' First Set of Interrogatories to Electrician Plaintiffs

9. Bolt Electric's Responses and Objections to Siemens' First Set of Interrogatories to Electrician Plaintiffs

10. Electricalifornia's Responses and Objections to Siemens' First Set of Interrogatories to Electrician Plaintiffs

11. Kevin Brnich Electric LLC's Responses and Objections to Siemens' First Set of Interrogatories to Electrician Plaintiffs

12. National Sentry Security System Inc.'s Responses and Objections to Siemens' First Set of Interrogatories to Electrician Plaintiffs

13. Performance Electric Inc.'s Responses and Objections to Siemens' First Set of Interrogatories to Electrician Plaintiffs

I hereby further certify that on December 26, 2023, the Defendant in the above styled action was served the following:

1. National Sentry Security System Inc.'s Amended Responses and Objections to Siemens' First Set of Interrogatories to Electrician Plaintiffs.

I hereby further certify that on January 16, 2024, the Defendant in the above styled action was served the following:

1. Executed Verifications for the following Electrician and Homeowner Plaintiffs: Bolt Electric, Electricalifornia, Kevin Brnich Electric, National Sentry Security Systems (Amended Responses), Tyler Barrette, Nels Gordon, Clifford Oakley, and Charles Vodicka.

2. Plaintiff Bryan Butakis's First Amended Responses and Objections to Siemens First Set of Interrogatories to Homeowner Plaintiffs (with Executed Verification)

I hereby further certify that on January 18, 2024, the Defendant in the above styled action was served the following:

1. Plaintiff Patrick Cate's First Amended Responses and Objections to Siemens First Set of Interrogatories to Homeowner Plaintiffs (with Executed Verification) all via email as follows:

Toni Michell Jackson, Esq.
Cheryl Falvey, Esq.
Rachel Raphael, Esq.
Ruben Reyna, Esq.
**CROWELL MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
TJackson@crowell.com
Cfalvey@crowell.com
RRaphael@crowell.com
RReyna@crowell.com

Respectfully submitted,

Dated: January 18, 2024        */s/ Brian C. Gudmundson*

Brian C. Gudmundson (*pro hac vice*)
Jason P. Johnston (*pro hac vice*)
Michael J. Laird (*pro hac vice*)
Rachel K. Tack (*pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com

Charles H. Van Horn (724710)
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, N.E. Suite 1640
Atlanta, GA 30305
Telephone: (404) 261-7711
cvanhorn@bvfvlaw.com

Victoria S. Nugent (*pro hac vice*)
Brian E. Johnson (*pro hac vice*)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave. NW, Fifth Floor

Washington, DC 220025
Telephone: (202) 408-4600
vnugent@cohenmilstein.com
bejohnson@cohenmilstein.com

David A. Goodwin (*pro hac vice*)
Anthony J. Stauber (*pro hac vice*)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgoodwin@gustafsongluek.com
tstauber@gustafsongluek.com

E. Adam Webb
G. Franklin Lemond, Jr.
**WEBB, KLASE & LEMOND, LLC**
1900 The Exchange, S.E.
Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-9325
Adam@WebbLLC.com
Franklin@WebbLLC.com

Joseph G. Sauder (*pro hac vice*)
Matthew D. Schelkopf (*pro hac vice*)
Joseph B. Kenney (*pro hac vice*)
**SAUDER SCHELKOPF**
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (610) 200-0581
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Bonner C. Walsh
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID  83530

5

Telephone: (541) 359-2827
bonner@walshpllc.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on January 18, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following:

Toni Michell Jackson, Esq.
Cheryl Falvey, Esq.
Rachel Raphael, Esq.
Ruben Reyna, Esq.
**CROWELL MORING LLP**
1001 Pennsylvania Avenue NW
Washington, D.C. 20004
TJackson@crowell.com
Cfalvey@crowell.com
RRaphael@crowell.com
RReyna@crowell.com

Stacey M. Mohr, Esq.
**EVERSHEDS SUTHERLAND**
999 Peachtree Street NE
Atlanta, Georgia 30309
staceymohr@eversheds-sutherland.com

/s/ Brian C. Gudmundson
Brian C. Gudmundson (*pro hac vice*)
Jason P. Johnston (*pro hac vice*)
Michael J. Laird (*pro hac vice*)
Rachel K. Tack (*pro hac vice*)
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
brian.gudmundson@zimmreed.com
jason.johnston@zimmreed.com
michael.laird@zimmreed.com
rachel.tack@zimmreed.com