**Appendix A**
Nuisance Tripping Disclosures

| Date | Publication | Disclosure |
|---|---|---|
| 2011 | NEMA,[1] Recommendations on AFCI/Home Electrical Product Compatibility White Paper | • "This … white paper … was developed to provide the designers of home electrical products (HEPs) with information on the operating parameters of arc-fault circuit interrupters (AFCIs), with the purpose of avoiding conditions in which the HEP could cause the unwanted operation of an AFCI."[2]<br><br>• "AFCI designs often evaluate the current waveform of the load in an attempt to identify characteristics that have been found to typify the waveforms generated by arcing faults.  In some instances, it has been found that the current waveforms of HEPs also exhibit some of these same characteristics.  This makes the task of distinguishing a normally operating HEP from an unwanted arc difficult and has at times led to unwanted tripping and customer dissatisfaction."[3] |

---

[1]    Siemens is a National Electrical Manufacturers Association ("NEMA") member. *See* Ex. 7 (Kees Rule 30(b)(6) Dep.) at 94:14-15.
[2]    Ex. 38 (SIEMENS_AFCI_00135832-44) at SIEMENS_AFCI_00135835 (also available at https://structuretech.com/wp-content/uploads/2016/02/AFCI-Tripping-NEMA-Compatibility.pdf).
[3]    *Id.* at SIEMENS_AFCI_00135837.

| Date | Publication | Disclosure |
|---|---|---|
| 2012 | Siemens, AFCI Troubleshooting Guide | • "All electronics purchased should be Underwriters Laboratories (UL) listed, or equivalent, and comply with part 15 of the FCC rules, or they may cause unnecessary tripping."[4]<br><br>• "On remodeled houses, the wiring or loads attached to the circuits are common causes for AFCI tripping."[5]<br><br>• "Siemens AFCI products have advanced semiconductor technology that are designed to detect and react to the unique characteristics of arcing. They have been thoroughly tested to dramatically decrease the amount of nuisance tripping."[6] |
| 2015 | HEP Manufacturer, Technical Service Pointer | • "Refrigerators supplied by Arc Fault Circuit Interrupter (AFCI) type circuit breakers can trip the AFCI circuit breaker. . . Under limited, varying circumstances, the LED Driver Board may produce signal noise which can produce a false trip of an AFCI breaker."[7] |

---

[4]    Ex. 39 (SIEMENS_AFCI_00102558-62) at SIEMENS_AFCI_00102560 (also available at https://www.acelectricohio.com/wp-content/uploads/2015/02/Siemens-AFCI-Trouble-Shooting-Guide.pdf).    The Guide was often provided in response to customer and appliance manufacturer inquiries. *See, e.g.*, Ex. 18 (SIEMENS_AFCI_00103449-53); Ex. 40 (SIEMENS_AFCI_00230576-95); Ex. 41 (SIEMENS_AFCI_00000284-308); Ex. 42 (SIEMENS_AFCI_00067571-86); Ex. 43 (SIEMENS_AFCI_00000072-79).

[5]    Ex. 39 (SIEMENS_AFCI_00102558-62) at SIEMENS_AFCI_00102560.

[6]    *Id*. at SIEMENS_AFCI_00102562.

[7]    Ex. 44 (SIEMENS_AFCI_00163141-48) at SIEMENS_AFCI_00163143 (document "provided … to the contractor so they can follow up with [the refrigerator's manufacturer]").

| Date | Publication | Disclosure |
|---|---|---|
|  |  | • |
| 2016 | Siemens, Summary of Select Customer Service Phone Call Responses | • "Customer was advised that the [LED] lighting is likely source [of tripping] & needs to [troubleshoot] further."[8]<br><br>• "Provided information on the functionality of the circuit breaker and how it is affected by FCC part 15A devices."[9]<br><br>• "Advised yes, if the devices is putting extra signal beyond what is permissible by FCC part 15b standards, it can interfere with and trip the circuit breaker.  They did try a different style of LED light and these did not register any signal on the intelli-arc."[10]<br><br>• "WHirlpool [sic] refrigerator diagnosed as [nuisance tripping] problem. Purchasing surge protector as prescribed by Whirlpool."[11]<br><br>• "Went over noise and how it can affect breakers and even different circuits."[12] |
| 2017 | Siemens, Summary of Select Customer | • "Answered in depth questions about AFCI breaker function and why his undercabinet LED lights would cause the adjacent breakers to trip. |

[8]    Ex. 21 (SIEMENS_AFCI_00002842) at Tab 2016, S46.
[9]    *Id.* at Tab 2016, S49.
[10]   *Id.* at Tab 2016, S82.
[11]   *Id.* at Tab 2016, S113.
[12]   *Id.* at Tab 2016, S181.

| Date | Publication | Disclosure |
|---|---|---|
| | Service Phone Call Responses | Provided suggestions for fixing the issue.  Customer was in electronics so he understood in depth the situation and knew about many of the suggested fixes, but has not had a chance to implement."[13] <br><br> • "Provided customer information and explanation of what causes the circuit breaker to trip.  Recommended replacing the Ecosmart bulbs as that was a product we have found issues with in the past."[14] <br><br> • "Customer has AFCI tripping on LED lighting circuit.  We discussed technology & operation of AFCIs, Reasons for tripping, AC sine wave & harmonic distortion, How to troubleshoot AFCI breakers & circuits.  I sent AFCI documentation."[15] <br><br> • "Customer indicates he has customer experiencing intermittent nuisance tripping on (4) AFCI circuits.… I explained example of led power supply causing harmonic interference that could exceed FCC part 15B & advised I would forward info on effects of harmonics & using the IDT5000."[16] <br><br> • "[Customer] already called the manufacturer of these lighting fixtures and was told these fixtures will not properly function on an AFCI circuit."[17] |

---

[13]    *Id.* at Tab 2017, R25.
[14]    *Id.* at Tab 2017, R26.
[15]    *Id.* at Tab 2017, R29.
[16]    *Id.* at Tab 2017, R78.
[17]    *Id.* at Tab 2017, R353.

| Date | Publication | Disclosure |
|---|---|---|
| | | • "Provided guidelines to help troubleshoot.  Gave information on how the breaker operates and what could contribute to nuisance tripping."[18] |
| 2018 | Siemens, Arc Fault Circuit Interrupter Troubleshooting Guide | • "All electronics purchased should be Underwriters Laboratories (UL) listed, or equivalent, and comply with part 15 of the FCC rules, or they may cause unnecessary tripping."[19]<br><br>• "On remodeled houses, the wiring or loads attached to the circuits are common causes for AFCI tripping."[20]<br><br>• "[Siemens' AFCIs] have been thoroughly tested to dramatically decrease the amount of nuisance tripping."[21] |

---

[18]    *Id.* at Tab 2017, R366.

[19]    Ex.    41    (SIEMENS_AFCI_00000284-308)    at    SIEMENS_AFCI_00000290;    *see    also* https://www.siemens.com/en-us/products/low-voltage/residential-afci-circuit-breakers/ (providing troubleshooting guide under "Downloads"); Ex. 42 (SIEMENS_AFCI_00067571-86) at SIEMENS_AFCI_00067571 (Feb. 26, 2020 Siemens email providing Troubleshooting Guide and explaining "[w]e worked with the manufacturer of a Frigidaire Model [] microwave. That microwave had a faulty switch that created arcs that caused AFCI breakers to trip"); Ex. 45 (SIEMENS_AFCI_00112545-56) at SIEMENS_AFCI_00112545 (Apr. 23, 2021 Siemens email providing Troubleshooting Guide to an account manager to provide to a customer experiencing nuisance tripping); Ex. 43 (SIEMENS_AFCI_00000072-79) at SIEMENS_AFCI_00000072 (Apr. 25, 2023 Siemens email helping a customer who reported issues with nuisance tripping and providing Troubleshooting Guide).

[20]    Ex. 41 (SIEMENS_AFCI_00000284-308) at SIEMENS_AFCI_00000290.

[21]    *Id.* at SIEMENS_AFCI_00000292.

| Date | Publication | Disclosure |
|------|-------------|------------|
| | | • After conducting several troubleshooting steps, "If a certain load is causing the AFCI to trip, please obtain information about the load" and "contact Siemens troubleshooting at 1-800-241-4453."[22] |
| 2018 | Siemens, Summary of Select Customer Service Phone Call Responses | • "I explained how the AFCIs function and how the internal circuitry needs 3.5 Amp load to turn ON.  I explained how LED lights and drivers may cause AFCIs to trip.  I explained how to troubleshoot the issues."[23]<br><br>• "[W]ent over known issues of tripping with noise/dirty power affecting breakers".[24]<br><br>• "[W]ent over known [nuisance tripping] issues with LTF drivers which are not FCC compliant [sic]."[25]<br><br>• "Attached is a document which explained the function of the circuit breakers and how noise can affect and cause the breaker to trip.  In the past Siemens has worked with Whirlpool and determined that the VFD within the refrigerator can cause AFCI breakers to trip."[26] |

---

[22]    *Id.*
[23]    Ex. 21 (SIEMENS_AFCI_00002842) at Tab 2018, T17.
[24]    *Id.* at Tab 2018, T104.
[25]    *Id.* at Tab 2018, T201.
[26]    *Id.* at Tab 2018, T349.

| Date | Publication | Disclosure |
|---|---|---|
| 2019 | Siemens, Summary of Select Customer Service Phone Call Responses | • "I told him it is not unusual for a chop saw to cause an arc that will trip the breaker."[27]<br><br>• "[I] told him the fixtures on that circuit (LED) are non compliant and need to be replaced."[28]<br><br>• "[I] also told him it almost always turns out to be wiring or noise being generated by electronic devices on the circuit."[29]<br><br>• "[W]e discussed what sorts of loads commonly cause nuisance tripping."[30] |
| 2020 | Siemens, Summary of Select Customer Service Phone Call Responses | • "I explained how the AFCIs function and operate.… I explained how the "microwave ovens and LED lighting may cause a noise issue and cause the AFCI to trip."[31]<br><br>• "I explained how the Hand drill iis [sic] producing an electrical noise causing the AFCI to nuisance trip.  She asked if it should be replaced.  I explained she could have it replaced by an electrician if she was concerned.  The AFCI is tripping due to the Drill causing an electrical |

---

[27]    *Id*. at Tab 2019, U464.
[28]    *Id*. at Tab 2019, U465.
[29]    *Id*. at Tab 2019, U499.
[30]    *Id*. at Tab 2019, U509.
[31]    *Id*. at Tab 2020, U15.

| Date | Publication | Disclosure |
|------|-------------|------------|
|  |  | noise and she could have the electrician call in if he had any questions. I sent AFCI homeowner info."[32] <br><br> • "I told him to make sure it is [the microwave] by turning off every other breaker … I am sending … the NEMA white paper on design considerations for home electronic devices."[33] <br><br> • "[T]he issue he called about is related to CAFCI and DF breakers tripping when power tools are connected downstream of said breakers. I told him that is not unusual and we discussed why." Brushes in the motors, high motor inrush currents, etc.[34] |
| 2020 | Siemens, AFCI-Circuit Breaker Diagnostic Guide | • "What is nuisance tripping? In some situations, the homeowners/end-users and/or electrical contractors may experience a phenomenon called nuisance tripping. This occurs when the AFCI or GFCI circuit breaker trips and the reason is unknown."[35] |

---

[32]   *Id.* at Tab 2020, U218.

[33]   *Id.* at Tab 2020, U393.

[34]   *Id.* at Tab 2020, U402.

[35]   Ex. 46 (SIEMENS_AFCI_00173731-64) at SIEMENS_AFCI_00173751; *see also* AFCI-GFCI Circuit Breaker Diagnostic Guide, https://pdf.lowes.com/productdocuments/c2aec57e-3d38-445c-928c-87a9e088f1b0/60991649.pdf?_gl=1*23lw (last visited July 17, 2026) (posting Siemens 2020 AFCI diagnostic guide for Lowe's item #229060); Ex. 46 (SIEMENS_AFCI_00173731-64) at SIEMENS_AFCI_00173731 (emailing 2020 AFCI diagnostic guide and explaining "this is an industry-wide issue and every breaker manufacturer is battling their own trouble cases … since each brand detects arcs in a similar but different manner, it was mutually agreed that the

| Date | Publication | Disclosure |
|------|-------------|------------|
|      |             | • "The main sources of nuisance tripping are wiring issues and incompatibility with electronic devices. … Incompatibility issues can be created by loads that produce excessive noise that eventually mimics an arc."[36]<br><br>• "It is recommended that all installed electronic devices comply with FCC (Title 47 Part 18B/consumer or 15B) regulations to avoid noisy loads from causing nuisance trips."[37]<br><br>• "[Surge protectors] may also provide the added benefit of filtering unwanted electrical noise sometimes generated by electrical devices. This unfiltered electrical noise could affect the AFCI/GFCI …."[38] |
| 2021 | Siemens, Summary of Select Customer Service Phone Call Responses | • "I explained how the AFCIs function and operate and how various appliances may cause AFCI nuisance tripping. He will purchase 4 new V3C AFCIs and request an electricians [sic] assistance to install the new AFCIs. I provided AFCI information."[39] |

current approach would be to work 1-on-1 with the whatever breaker and appliance manufacturer are experiencing issues").

[36]    Ex. 46 (SIEMENS_AFCI_00173731-64) at SIEMENS_AFCI_00173753.

[37]    *Id.*

[38]    *Id.* at SIEMENS_AFCI_00173754.

[39]    Ex. 21 (Siemens_AFCI_00002842) at Tab 2021, T66.

| Date | Publication | Disclosure |
|---|---|---|
| | | • "I explained he may consider replacing the Murray AFCI with a new V3C AFCI.  The V3C AFCI may tolerate the electrician noise generated by the new MWO.  I sent AFCI information."[40]<br><br>• "TSE explained that the AFCI breakers can trip due to noise from a different circuit."[41]<br><br>• "I explained the microwave ovens may be generating an electrical noise simulating an arc fault signal and causing the AFCI to nuisance [sic] trip."[42] |
| 2021 | Siemens, Letter to Electrical Contractor | • "[A] consistent cause of the tripping events [is] the drivers used on undercabinet lighting and we recommend the drivers be replaced or modified"[43]<br><br>• "Siemens R&D designs a product which meets the expected operating conditions of its environment.  There are a number of codes, regulations, and standards associated with equipment within the operating environment of Siemens devices.  These government requirements are |

---

[40]   *Id.* at Tab 2021, T71.

[41]   *Id.* at Tab 2021, T77.

[42]   *Id.* at Tab 2021, T175.

[43]   Ex. 47 (SIEMENS_AFCI_00020585-605) at SIEMENS_AFCI_00020605.

| Date | Publication | Disclosure |
|------|-------------|------------|
| | | considered during the design process in the expected operating environment parameters."[44] <br><br> • "We proposed that [contractor and homebuilder] work with us to test driver compatibility before installation. This will minimize issues associated with these non-compliant products through consultation."[45] <br><br> • "In some cases, where a regulatory non-compliance issue is widespread, Siemens has attempted to modify its AFCI design to avoid this interference while still meeting the performance requirements of the UL standard."[46] |
| 2021 | Siemens, YouTube video | • Nuisance tripping is often caused by "wiring issues or incompatibility with electronic devices."[47] <br><br> • Incompatibility "can happen when loads produce excessive noise that eventually mimics an arc."[48] |

---

[44]   *Id.*

[45]   *Id.*

[46]   *Id.*

[47]   Siemens Knowledge Hub, Siemens AFCI Diagnostic and Troubleshooting Guide, YouTube (Feb. 1, 2021) at 1:08, https://www.youtube.com/watch?v=WixCbVmFwUk; *see also* Ex. 8 (Duemmler Dep.) at 45:10-46:7 (describing a video that "made the [troubleshooting] guide into a video").

[48]   Siemens Knowledge Hub, Siemens AFCI Diagnostic and Troubleshooting Guide, YouTube (Feb. 1, 2021) at 1:33, https://www.youtube.com/watch?v=WixCbVmFwUk.

| Date | Publication | Disclosure |
|---|---|---|
| 2022 | Siemens, Electronic Circuit Breakers Troubleshooting Training PowerPoint | • "AFCI trips can be intermittent" and can be caused by "noise from frequently used electronics."[49] |
| 2022 | Siemens, Presentation to HEP Manufacturer | • "Here's what a high frequency waveform looks like with a series arc … An arc generates [particular types of noise].  Our algorithm uses this information to help determine an arc."[50] <br><br> • "Avoid generating conducted emissions that could potentially produce the arc characteristic of 'Batman' signature.  Includes emissions that when combined with conducted emissions of other loads produce the 'Batman' signature."[51] <br><br> • "If conducted emissions can be kept below the limit line … Siemens AFCI arc fault algorithm is not activated, and we do not anticipate [HEP manufacturer] contributing to future nuisance trip events.  If emissions are above this limit line, the arc fault algorithm will analyze the incoming signal."[52] |

[49]    Ex. 48 (SIEMENS_AFCI_00256962-700) at SIEMENS_AFCI_00256991-92; *see* Ex. 7 (Kees Rule 30(b)(6) Dep.) at 27:9-28:5 (explaining that this presentation was given in "different formats").

[50]    Ex. 49 (SIEMENS_AFCI_00313675-89) at SIEMENS_AFCI_00313677.

[51]    *Id.* at SIEMENS_AFCI_00313684.

[52]    *Id.* at SIEMENS_AFCI_00313689.

12

| Date | Publication | Disclosure |
|---|---|---|
| 2022 | Siemens, Site Visit Summary | • "[T]he root cause of most unwanted trip events was determined to be cause by conducted emissions from the bathroom hallway LED lighting when dimmed in combination with common household devices that have a high in-rush current."[53]<br><br>• "It was determined that most or all unwanted trip events reported are attributed to the RF noise interference from LED lighting.  Per FCC compliance testing results, Siemens highly advises replacing the [LED lighting model] with LED lighting that is FCC compliant."[54]<br><br>• "All generations of Siemens AFCI breakers are programmed with an algorithm to detect series & parallel arcs and arc-like characteristics within a circuit."[55]<br><br>• "[N]on-compliant devices can create interference similar to the conditions observed during true arc fault events."[56] |
| 2023 | Siemens, Site Visit Summary | • "It is determined that many of the unwanted trip events reported are likely caused by RF noise interference from loads brought in by students."[57] |

---

[53] Ex. 50 (SIEMENS_AFCI_00049716-27) at SIEMENS_AFCI_00049725.

[54] *Id.* at SIEMENS_AFCI_00049727.

[55] *Id.*

[56] Ex. 51 (SIEMENS_AFCI_00133350-53) at SIEMENS_AFCI_00133352.

[57] Ex. 52 (SIEMENS_AFCI_00135504-11) at SIEMENS_AFCI_00135511.

| Date | Publication | Disclosure |
|------|-------------|------------|
|      |             | • "[U]nwanted trip events can occur whenever non-compliant FCC Part15B devices are used. Siemens highly recommends checking all electronic devices installed in residential environments to confirm they are FCC Title 47 Part 15B compliant and are UL listed."[58] |

---

[58]    *Id.*