**Appendix B**
Plaintiff Experiences

| Individual Homeowner Plaintiffs | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Plaintiff (State)** | **Background** | **Reviewed Siemens' Materials and/or Researched AFCIs Prior to Purchasing** | **Alleged Nuisance Tripping Manifestation** | **Licensed Electrician Investigated Issue** | **Receipts of Investigation, Repair, or Replacement Costs** | **Resolution** | **Contacted Siemens** |
| Rick Keyser (NE) | Homeowner, licensed electrician[1] | Yes; saw AFCI packaging and researched AFCI with solid copper buses.[2] | 4 or 5 breakers affected[3] | Yes; self[4] | No[5] | Replaced breakers with different Siemens AFCIs of the same model.[6] | No[7] |

---

[1]  Ex. 29 (Keyser Dep.) at 17:1-18:9, 43:24-44:3, 142:6-9.

[2]  *Id.* at 75:15-23 (Keyser read what came in the packaging); *id.* at 76:8-77:24 (nuisance tripping was a "known issue in the industry"); *id.* at 112:5-9 (acknowledging pre-purchase understanding of possibility that AFCIs might trip); *id.* at 41:16-42:11 (selected Siemens AFCIs because "comfortable with [Siemens] as a … company" and wanted panel with "solid copper buses … versus aluminum").

[3]  *Id.* at 46:17-23, 100:19-101:24, 106:13-24.

[4]  *Id.* at 60:4-24.

[5]  *Id.* at 56:7-19.

[6]  *Id.*

[7]  *Id.* at 56:22-57:19, 61:5-12, 119:24-120:13.

| Individual Homeowner Plaintiffs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiff (State) | Background | Reviewed Siemens' Materials and/or Researched AFCIs Prior to Purchasing | Alleged Nuisance Tripping Manifestation | Licensed Electrician Investigated Issue | Receipts of Investigation, Repair, or Replacement Costs | Resolution | Contacted Siemens |
| Clifford Oakley (OR) | Homeowner, self-installed electrical system in home[8] | No; took panel recommendation from others.[9] | Garage and kitchen affected[10] | No; investigated himself[11] | Yes[12] | Tested using a non-Siemens AFCI breaker, but has not replaced others.[13] | No[14] |
| Charles Vodicka (NC) | Homeowner | No; no involvement in AFCI purchasing decision.[15] | Some lights affected when using vacuum, miter saw[16] | Yes[17] | No[18] | Replaced breakers and panels with non-Siemens products.[19] | Yes (after issue arose)[20] |

---

[8] Ex. 26 (Oakley Dep.) at 13:8-10, 32:25-33:15, 34:3-7.

[9] Ex. 53 (Oakley Suppl. Resps. & Objs. to Siemens' First Set of Interrogs.) at 5; Ex. 26 (Oakley Dep.) at 41:3-5, 62:1-9.

[10] Ex. 26 (Oakley Dep.) at 50:4-19, 51:1-52:22.

[11] *Id.* at 55:8-11, 58:9-59:12.

[12] *Id.* at 76:24-77:17.

[13] *Id.* at 52:23-53:22.

[14] Ex. 53 (Oakley Suppl. Resps. & Objs. to Siemens' First Set of Interrogs.) at 8-9.

[15] Ex. 22 (Vodicka Dep.) at 127:18-22, 130:15-23, 224:15-17.

[16] *Id.* at 36:7-19, 232:14-22, 248:15-22.

[17] *Id.* at 60:2-12, 246:6-11.

[18] *Id.* at 134:1-135:8.

[19] Ex. 54 (Vodicka Am. Suppl. Resps. & Objs. to Siemens' First Set of Interrogs.) at 6.

| Individual Homeowner Plaintiffs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiff (State) | Background | Reviewed Siemens' Materials and/or Researched AFCIs Prior to Purchasing | Alleged Nuisance Tripping Manifestation | Licensed Electrician Investigated Issue | Receipts of Investigation, Repair, or Replacement Costs | Resolution | Contacted Siemens |
| Patrick Cates (CA) | Homeowner | No; no involvement in AFCI purchasing decision.[21] | Some circuits affected when used with two electric saws, washer/dryer, trash disposal, bathroom[22] | No, but a friend who is a former electrician investigated[23] | No[24] | Replaced AFCIs with non-AFCI breakers.[25] | No[26] |

[20] Ex. 22 (Vodicka Dep.) at 42:25-43:19.

[21] Ex. 23 (Cates Dep.) at 46:12-47:1, 53:12-16; Ex. 37 (Cates Suppl. Objs. & Resps. to Siemens' First Set of Reqs. for Admiss.) at 6-7.

[22] Ex. 23 (Cates Dep.) at 55:14-23.

[23] *Id.* at 53:17-55:2.

[24] *Id.* at 139:4-23, 144:16-22.

[25] *See id.* at 53:17-55:5; *id.* at 100:22-101:12.

[26] *Id.* at 75:19-23, 138:3-15; *see also id.* at 70:3-7.

| Individual Homeowner Plaintiffs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiff (State) | Background | Reviewed Siemens' Materials and/or Researched AFCIs Prior to Purchasing | Alleged Nuisance Tripping Manifestation | Licensed Electrician Investigated Issue | Receipts of Investigation, Repair, or Replacement Costs | Resolution | Contacted Siemens |
| Jason Wylie (TX) | Homeowner | No; no involvement in AFCI purchasing decision.[27] | 3 of 60 breakers affected[28] | Yes[29] | Yes (for surge protector)[30] | Installed whole home surge protector.[31] | Yes (after learning of lawsuit)[32] |
| Tyler Barrette (NH) | Homeowner | No; no involvement in AFCI purchasing decision.[33] | 2 breakers affected[34] | Yes[35] | Yes[36] | Replaced electrical panel and all AFCIs with non-Siemens brand.[37] | No[38] |

[27] Ex. 27 (Wylie Dep.) at 43:13-44:3.

[28] *Id.* at 51:22-52:25, 53:21-54:1, 57:13-59:24, 98:8-17, 104:22-105:1.

[29] *Id.* at 38:23-39:14.

[30] *Id.* at 153:20-154:17, 87:24-88:11.

[31] *Id.* at 66:16-67:10.

[32] *Id.* at 84:23-85:11, 163:8-15.

[33] Ex. 25 (Barrette Dep.) at 170:24-171:2.

[34] *Id.* at 133:19-134:19.

[35] *Id.* at 117:16-119:10 (electrician performed troubleshooting for four hours); *id.* at 120:15-124:6 (electrician performed visual inspection of wires).

[36] *Id.* at 164:19-165:16.

[37] *Id.* at 143:9-22.

| Individual Homeowner Plaintiffs | | | | | | | |
|---|---|---|---|---|---|---|---|
| Plaintiff (State) | Background | Reviewed Siemens' Materials and/or Researched AFCIs Prior to Purchasing | Alleged Nuisance Tripping Manifestation | Licensed Electrician Investigated Issue | Receipts of Investigation, Repair, or Replacement Costs | Resolution | Contacted Siemens |
| Bryan Butakis (PA) | Homeowner | No; no involvement in AFCI purchasing decision.[39] | 5 of 15 AFCIs affected[40] | Yes[41] | No[42] | Five affected breakers were replaced under home warranty.[43] | No[44] |

---

[38] *Id*. at 171:7-16.

[39] Ex. 24 (Butakis Dep.) at 119:4-17.

[40] *Id*. at 58:6-13, 129:5-9; Ex. 55 (Butakis Suppl. Resps. & Objs. to Siemens' First Set of Interrogs.) at 5, 10-11.

[41] Ex. 24 (Butakis Dep.) at 148:11-14.

[42] *Id*. at 125:17-126:10.

[43] *Id*. at 129:5-130:8.

[44] *Id*. at 60:6-13, 63:4-8.

| Business Plaintiffs | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff (State) | Customer Base | Siemens AFCI Purchase History | Prior Knowledge of Nuisance Tripping | Reviewed Siemens' Materials and/or Researched AFCIs Prior to Purchasing | Contacted Siemens | AFCI Billing Practices and Recordkeeping |
| Kevin Brnich Electric LLC (PA) | Primarily residential contractors[45] | Until 2022, 90% of AFCIs purchased were Siemens brand[46] | Yes; around 2017 or 2018[47] | No, did not research Siemens AFCIs prior to purchasing.[48] | No[49] | Purchases AFCIs at discount but charges contractors retail price.[50] |
| Bolt Electric LLC (ME) | Primarily homeowner customers[51] | Installed one Siemens panel and | Yes; date unclear[53] | No, did not research alternatives to | Yes (after issues arose)[55] | Passes on AFCI cost without markup, but no |

---

[45] Ex. 5 (Brnich Dep.) at 31:15-22 ("95 percent of … business is residential electric for builders").

[46] *Id.* at 124:12-20; *id.* at 125:3-25 (noting that "in the last six months" he has "started using Siemens again" due to a change with his supplier).

[47] *Id.* at 104:3-9 (first became aware of nuisance tripping related to a job at his cousin's house around 2017 or 2018); *id.* at 152:11-24.

[48] *Id.* at 136:25-138:2.

[49] *Id.* at 150:22-151:1.

[50] *Id.* at 141:15-145:13 (invoices to general contractors show only one price which is a rolled-up cost for service and materials).

[51] Ex. 30 (Meade Dep.) at 42:7-17.

6

| Business Plaintiffs | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff (State) | Customer Base | Siemens AFCI Purchase History | Prior Knowledge of Nuisance Tripping | Reviewed Siemens' Materials and/or Researched AFCIs Prior to Purchasing | Contacted Siemens | AFCI Billing Practices and Recordkeeping |
| | | associated AFCIs[52] | | Siemens AFCIs prior to installing, and did not have conversations with Siemens prior to installation.[54] | | physical records of AFCI install dates.[56] |
| Electricalifornia (CA) | Mix of residential and commercial customers, including contractors and homeowners[57] | Over career, 90% of AFCIs purchased were Siemens brand[58] | Yes; possibly as far back as 2006[59] | Unclear, researched AFCIs generally prior to purchasing.[60] | No[61] | Passes on AFCI cost with a markup, and does not keep receipts.[62] |

---

[53] *Id.* at 64:13-65:3, 137:12-21.

[55] *Id.* at 173:8-15.

[52] *Id.* at 91:6-92:1, 95:16-22.

[54] *Id.* at 162:22-25, 172:23-173:7.

[56] *Id.* at 170:20-23 (charges customers the exact price of the AFCI purchased); *id.* at 84:3-86:1 ("[m]ental records" of when he installed Siemens AFCIs).

[57] Ex. 6 (Montoya Dep.) at 32:20-25, 34:10-16.

[58] *Id.* at 115:4-10 (has used "[t]housands" of Siemens breakers, "[s]everal thousand"); *id.* at 158:7-14 (uses Siemens breakers "about 80 percent or more").

[59] *Id.* at 74:14-75:7.

| Business Plaintiffs | | | | | | |
|---|---|---|---|---|---|---|
| Plaintiff (State) | Customer Base | Siemens AFCI Purchase History | Prior Knowledge of Nuisance Tripping | Reviewed Siemens' Materials and/or Researched AFCIs Prior to Purchasing | Contacted Siemens | AFCI Billing Practices and Recordkeeping |
| Zank Electric (WI) | Primarily mix of residential and commercial contractors[63] | Typically uses non-Siemens brand AFCIs[64] | Yes; between 2011 and 2014[65] | Yes, reviewed Siemens materials prior to purchasing Siemens AFCIs.[66] | Yes (after issues arose)[67] | Passes on AFCI cost with a markup, and keeps receipts.[68] |

---

[60] *Id.* at 143:22-144:1 ("researched [AFCI] functionality and their applications, … [but not] any specific brand or model number"); *id.* at 160:15-20 (relied on the "technical details" from Siemens AFCI packaging when deciding to purchase).

[61] *Id.* at 171:1-19.

[62] *Id.* at 56:24-59:5, 147:10-12 (buys in bulk and keeps materials as "truck stock," which he then sells to clients at a price of $1-$5 more than the cost of purchase).

[63] Ex. 28 (Zank Dep.) at 46:14-47:8.

[64] *Id.* at 39:8-41:7.

[65] *Id.* at 39:2-7; *id.* at 79:7-80:10 (noting that "[w]hen all breakers came out as arc faults, they were all issues"); *id.* at 102:18-103:10 (recalling other brands "all had similar issues, because it was a new model for everybody because it became code"); *see also id.* at 86:1-14 (became aware of nuisance tripping with Siemens AFCIs in roughly 2019).

[66] *Id.* at 133:1-134:5 (reviewed brochures and other materials available from his supplier).

[67] *Id.* at 165:7-166:4, 169:4-10; *see also id.* at 238:8-240:25 (returned around 270 Siemens AFCIs to supplier and received credit equal to original payment).

[68] *See id.* at 42:25-43:6, 216:10-217:1; *see also id.* at 226:14-23 ("I have a certain set amount that I charge for a service. That includes … [materials and labor]. All of that is one price."); *id.* at 136:7-9, 215:17-216:9 (noting he keeps receipts).