# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Kevin Brnich Electrical LLC, *et al.*, *individually and on behalf of all others similarly situated*,

               Plaintiffs,

   v.

Siemens Industry, Inc.,

               Defendant.

Case No. 1:22-cv-01229-MHC

## DECLARATION OF JUERGEN DUEMMLER

1. I, Juergen Duemmler, am over the age of eighteen and competent to testify to the matters stated herein. The facts set forth in this affidavit are from my personal knowledge.

2. I am currently employed as Director of Project Management Organization for Russelectric, a Siemens' company. I have held this position since June 2026. In addition, I continue to perform the responsibilities of my previous role as Director of Strategic Pricing for Siemens, a position I have held since 2022,. In performing the job responsibilities of Director of Strategic Pricing, I develop pricing strategies for Siemens' electrical products, including Arc Fault Circuit Interrupters ("AFCIs"). Prior to my role as Director of Strategic Pricing, I was a Manager of Application Engineering Components & Electronics from 2019 to 2022 and a Manager of international control products from 2015 to 2019. In these roles, I managed engineers that supported AFCI sales teams and supervised the marketing and sale of international products. As a result, I am familiar with Siemens' pricing and distribution model for Siemens AFCIs that allegedly experience nuisance tripping.

3. Siemens, like other AFCI manufacturers, sells its electrical products to regional distributors or big box retailers like Home Depot, Lowes, and Amazon.

1

4.    Siemens does not sell its AFCIs directly to homeowners.

5.    Distributors and retailers in different parts of the U.S. pay different prices for Siemens' AFCIs. The price a distributor or retailer pays is determined by regional market conditions and varies from region to region and among different AFCI models.

6.    Siemens does not set the price at which downstream sellers (distributors or big box retailers, or in turn, electricians) sell Siemens AFCIs.

7.    While Siemens may from time to time receive some identifying information from homeowners or electricians—for example through customer service inquiries via telephone or email—this information does not provide a comprehensive record of the homeowners and/or electricians who have purchased Siemens AFCIs or who have Siemens AFCIs installed in their homes.

8.    Siemens does not have any mechanism, database, or process that enables it to identify the universe of homeowners or electricians who have purchased or used its AFCIs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 31 July, 2026.

Juergen Duemmler
Digitally signed by Juergen Duemmler
DN: cn=Juergen Duemmler, c=US, o=Siemens, email=duemmler.juergen@siemens.com
Date: 2026.07.31 07:34:25 -04'00'

Juergen Duemmler