**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

|  |  |
|---|---|
| KEVIN BRNICH ELECTRIC LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SIEMENS INDUSTRY, INC.,<br><br>Defendant. | Civil Action No. 1:22-CV-01229-MHC |

**DECLARATION OF SARAH E. MCVAY IN SUPPORT OF
DEFENDANT SIEMENS INDUSTRY, INC.'S OPPOSITION TO
<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

I, Sarah E. McVay, declare as follows:

1.      I am a partner at the law firm of Kirkland & Ellis LLP and am admitted *pro hac vice* as counsel for Defendant Siemens Industry, Inc. in the above-captioned action.  I respectfully submit this declaration in support of Defendant's Opposition to Plaintiffs' Motion for Class Certification.  I have personal knowledge of the facts set forth herein, and, if called upon to do so, can competently testify to those facts.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00047352 through SIEMENS_AFCI_00047353, provisionally filed under seal.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Expert Report of David Neal, Ph.D., including Exhibit A.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00056347 through SIEMENS_AFCI_00056358.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the March 31, 2026, deposition transcript of Kevin Caves, provisionally filed under seal.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the March 4, 2025, deposition transcript of Kevin Brnich.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the January 23, 2025, deposition transcript of Andrew Montoya.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the July 25, 2025, Rule 30(b)(6) deposition transcript of Ashley Kees, provisionally filed under seal.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the April 24, 2025, deposition transcript of Juergen Duemmler.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Report of Robert Durham, Ph.D., provisionally filed under seal.

2

11.     Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the April 8, 2026, deposition transcript of Robert Durham, provisionally filed under seal.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00020560 through SIEMENS_AFCI_00020563.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of the document Bates numbered NEMA_S-0066736, provisionally filed under seal.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00004504 through SIEMENS_AFCI_00004514.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00125746 through SIEMENS_AFCI_00125755.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of the Rebuttal Expert Report of Ran Kivetz, Ph.D., including Exhibits A through C, provisionally filed under seal.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of the Rebuttal Expert Report of Keith Ugone, Ph.D., including Exhibits 1 through 3, provisionally filed under seal.

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Rebuttal Expert Report of Scott Wright, Ph.D., including Appendices A through B, provisionally filed under seal.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00103449 through SIEMENS_AFCI_00103453, provisionally filed under seal.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00192735 through SIEMENS_AFCI_00192760, provisionally filed under seal.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00040348 through SIEMENS_AFCI_00040353, provisionally filed under seal.

22. Attached hereto as **Exhibit 21** is a PDF of the document Bates numbered SIEMENS_AFCI_00002842, provisionally filed under seal. Due to the limitations of electronic filing, a complete copy in native format has been provided to the Court and all parties via email.

23. Attached hereto as **Exhibit 22** is a true and correct copy of excerpts from the January 13, 2025, deposition transcript of Charles Vodicka.

24. Attached hereto as **Exhibit 23** is a true and correct copy of excerpts from the January 21, 2025, deposition transcript of Patrick Cates.

4

25.    Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the March 5, 2025, deposition transcript of Bryan Butakis.

26.    Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the May 5, 2025, deposition transcript of Tyler Barrette.

27.    Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the June 3, 2025, deposition transcript of Clifford Oakley.

28.    Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the May 20, 2025, deposition transcript of Jason Wylie.

29.    Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the April 24, 2025, deposition transcript of Trevor Zank.

30.    Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the May 8, 2025, deposition transcript of Richard Keyser.

31.    Attached hereto as **Exhibit 30** is a true and correct copy of excerpts from the February 26, 2026, deposition transcript of Jeffrey Meade.

32.    Attached hereto as **Exhibit 31** is a true and correct copy of the transcripts of "Cognitive Interviews" conducted by Kevin Caves.

33.    Attached hereto as **Exhibit 32** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00065490 through SIEMENS_AFCI_00065493, provisionally filed under seal.

5

34. Attached hereto as **Exhibit 33** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00065459, provisionally filed under seal.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00053738 through SIEMENS_AFCI_00053742, provisionally filed under seal.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00024629 through SIEMENS_AFCI_00024631, provisionally filed under seal.

37. Attached hereto as **Exhibit 36** is a true and correct copy of the Expert Report of Kevin Caves, Ph.D., including Appendices A through C, provisionally filed under seal.

38. Attached hereto as **Exhibit 37** is a true and correct copy of "Plaintiff Patrick Cates's Supplemental Objections and Responses to Siemens' First Set of Requests for Admission to Homeowner Plaintiffs," dated August 19, 2025.

39. Attached hereto as **Exhibit 38** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00135832 through SIEMENS_AFCI_00135844.

40.  Attached hereto as **Exhibit 39** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00102558 through SIEMENS_AFCI_00102562, provisionally filed under seal.

41.  Attached hereto as **Exhibit 40** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00230576 through SIEMENS_AFCI_00230595, provisionally filed under seal.

42.  Attached hereto as **Exhibit 41** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00000284 through SIEMENS_AFCI_00000308, provisionally filed under seal.

43.  Attached hereto as **Exhibit 42** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00067571 through SIEMENS_AFCI_00067586, provisionally filed under seal.

44.  Attached hereto as **Exhibit 43** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00000072 through SIEMENS_AFCI_00000079, provisionally filed under seal.

45.  Attached hereto as **Exhibit 44** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00163141 through SIEMENS_AFCI_00163148, provisionally filed under seal.

46.    Attached hereto as **Exhibit 45** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00112545 through SIEMENS_AFCI_00112556, provisionally filed under seal.

47.    Attached hereto as **Exhibit 46** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00173731 through SIEMENS_AFCI_00173764, provisionally filed under seal.

48.    Attached hereto as **Exhibit 47** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00020585 through SIEMENS_AFCI_00020605, provisionally filed under seal.

49.    Attached hereto as **Exhibit 48** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00256962 through SIEMENS_AFCI_00256700.

50.    Attached hereto as **Exhibit 49** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00313675 through SIEMENS_AFCI_00313689, provisionally filed under seal.

51.    Attached hereto as **Exhibit 50** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00049716 through SIEMENS_AFCI_00049727, provisionally filed under seal.

52.    Attached hereto as **Exhibit 51** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00133350 through SIEMENS_AFCI_00133353, provisionally filed under seal.

53.    Attached hereto as **Exhibit 52** is a true and correct copy of the document Bates numbered SIEMENS_AFCI_00135504 through SIEMENS_AFCI_00135511, provisionally filed under seal.

54.    Attached hereto as **Exhibit 53** is a true and correct copy of "Plaintiff Clifford Oakley's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs," dated December 13, 2024.

55.    Attached hereto as **Exhibit 54** is a true and correct copy of "Plaintiff Charles Vodicka's Amended Supplemental Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs," dated January 7, 2025.

56.    Attached hereto as **Exhibit 55** is a true and correct copy of "Plaintiff Bryan Butakis's Responses and Objections to Siemens' First Set of Interrogatories to Homeowner Plaintiffs," dated December 13, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 4, 2026.

*/s/ Sarah E. McVay*
Sarah E. McVay

9