# EXHIBIT 5

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF GEORGIA


KEVIN BRNICH ELECTRICAL LLC,  )
et al.,                       )
                              )  Case No.
                Plaintiffs,   ) 22-01229 (MHC)
                              )
        vs.                   )
                              )
SIEMENS INDUSTRY, INC.,       )
                              )
                Defendants.   )


Videotaped deposition of KEVIN BRNICH, taken stenographically before LISA FORLANO, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter - NJ and Notary Public, held at the offices of Lexitas, 1600 Market Street, Suite 1700, Philadelphia, Pennsylvania, on Tuesday, March 4, 2025, commencing at 9:07 a.m.

30

A       Correct.

Q       Did you pay out of pocket for
your journeyman license and those night courses
you mentioned?

A       No, that was covered by BSI.

Q       Do you know how much,
approximately, BSI paid for you to get licensed
as a journeyman?

A       I don't.

Q       Was that a part of the
employment package?

A       Yes.

Q       And did they also provide health
insurance, medical insurance?

A       Yes.

Q       And so the leasing job you did
for three years, right?

A       Correct.

Q       And then you left?

A       Yes.

Q       And what did you do after that?

A       That's when I went into business
for myself.

Q       And you currently work for
yourself?

31

A       Correct.

Q       For purposes of the discussion today, I'll refer to your company as KB Electric.

A       Okay.

Q       But I'm mindful that KB stands for Kevin Brnich, correct?

A       Yes.

Q       So what year did you start KB Electric?

A       2012.  I'm sorry, 2013.

Q       Have you worked at KB Electric since 2013?

A       Yes.

Q       Describe for me what KB Electric does.

A       95 percent of my business is residential electric for builders.  The majority of my customers are builders.  I don't normally deal direct with the homeowner.  Lots of additions, lots of kitchens, bathrooms, basement renovations, new homes.

Q       Describe for me what residential electric is.  Is that just sort of a catchall phrase for anything that has to do with

32

electrical work?

    A    Homes.  Not commercial -- not something like this.  Single-family homes, apartments.

    Q    And you do everything from wiring to troubleshooting?

    A    Correct.

    Q    Is there anything you don't do, related to residential electric work?

    A    No.

    Q    And you mentioned the majority of your customers are builders?

    A    Yes.

    Q    What does that mean?

    A    General contractors where they'll get a project to build a new home, they bring an electrician in as a sub, a plumber in, HVAC.  The builder runs the entire job from start to finish.

    Q    And so you're brought in by the contractor to perform electrical work on the residence?

    A    Correct.

    Q    Does that mean you only work on new construction?

Siemens' AFCIs?

A        I think the code started in 2014.  I probably started using them around that time, '15, '16.  The code -- the National Electrical Code comes out with a new code every few years.  Certain municipalities don't adopt that code until years later.  So it was probably around '14, '15, '16 when my municipality started adopting code that arc-fault breakers needed to start being installed.  So it was around that time that I started using them.

Q        But the code didn't require you to use Siemens' AFCIs, right?

A        No.

Q        Is there any reason you chose Siemens?

A        Denney Electric was my main supplier, and that was their main product.

Q        And what municipality were you referring to when you said they adopted the code?

A        Local townships.  So Philadelphia is different than Abington.  Abington is different than Lower Gwynedd.  You

58

know, certain areas adopt a code at different times.

Q    Did you only use Siemens' AFCIs because the customers you were performing work for had Siemens' panels?

A    No.  If I was installing a new panel -- sometimes when we do renovations, the old panel needs to be upgraded.  Sometimes it doesn't.  If it needed to be upgraded, I would put a Siemens' panel in.  If it didn't, I would use the breakers from whatever manufacturer was in the house already.

Q    So you use Siemens' panels for upgrades?

A    For upgrades, new homes.  Any time I installed a new panel it was Siemens.

Q    And then if you were repairing or working on an existing panel, you would use the manufacturer of the panel?

A    Yes.

Q    So these new panels that you installed, you chose Siemens because Denney had a large supply of them?

A    Yes.

Q    And so your experience with

59

alleged nuisance tripping relates to the new

panels that you were installing, correct?

          A      Or if there was an upgrade to an

existing -- if a customer had a Siemens' panel

and we did an addition and we had to add

arc-faults in that Siemens' panel, you know,

either new or in that situation.

          Q      And the latter, the new -- the

situation you just described where you're

having an upgrade, would you ordinarily have

been the person to install the initial panel?

          A      Not usually.

          Q      So you're usually coming behind

someone else doing work?

          A      Correct.

          Q      And the first scenario, where

you're installing new panels, you would install

the Siemens' panel, correct?

          A      Yes.

          Q      Are these normally in new

construction homes?

          A      New constructions or bigger

addition -- bigger additions.

          Q      Did any of the contractors you

work for ever instruct you to use one

103

media accounts?

A      Instagram, Twitter.  But I'm not on either of them.

Q      What's your Instagram handle?

A      I wouldn't even know.  I think it's my full name with the number 88.

Q      And Twitter?

A      I wouldn't even know.  I honestly don't go on them at all.

Q      Did you provide access to your social media accounts to counsel?

A      I think it was just the screenshots from my -- from the Facebook pages that I was on.  I don't think it was a full social media approval.

Q      What are the risks of not installing AFCIs in homes?

MS. DeMARIS:  Objection.  Form.

THE WITNESS:  Potential for a fire.

BY MR. DAILEY:

Q      In any of the homes you've performed work for, where you've alleged to have experienced nuisance tripping with Siemens' AFCIs, have any of those homes

104

experienced fires?

A       No.

Q       When did you first become aware of the potential for unwanted tripping in an AFCI?

A       Probably that job that I was talking about earlier at my cousin's house, which was eight years ago.  So it would have been '17, '18.

Q       Prior to that job, had you ever heard of the phrase, unwanted or nuisance tripping?

A       No, because they were -- they weren't being installed at the time.  They weren't code, I should say.

Q       And so on this job that you explained earlier, did you research what you experienced and that's where you came across the phrase "nuisance tripping"?  How did you come up with that phrase?

A       Not then.  There are a lot of times with -- in electric you will get a product that's bad out of the box.  I've gone to someone's house to install a dimmer switch and it doesn't work.  So I assumed in that

105

situation, I just got an unlucky breaker, it was bad out of the box.  Then it happened a month later.  Then it happened -- it continued to happen on probably a monthly job-by-job basis.  And hours and hours of troubleshooting and finding nothing, installing a new breaker and the problem goes away.  And that's when all the electricians started talking, the Facebook pages, and that's when everyone started saying it's a nuisance trip.

Q    And all of these instances where you're installing new breakers and troubleshooting, did you install new Siemens' AFCIs, or was there another brand you would install to resolve the problem?

A    If it was a Siemens' panel, it had to be a Siemens' breaker.

Q    And is it your experience that the new Siemens' breaker would fix the problem?

A    Not always.  So sometimes we would install a combination.  It was a Siemens' arc-fault GFI combination breaker.  A lot of times that would fix the problem.  So rather than me trying another arc-fault breaker, we were putting these combination breakers in and

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Kevin Brnich
March 04, 2025

123

A       Basically just locations of
lighting, location of switches, location of
outlets, anything specific.

Q       And does that help you?

A       Yes.

Q       How so?

A       Just so you know the basic, you
know -- for example, in this room here, you
wouldn't put the light switches behind the
door.  So on the blueprint you would see the
door swings that way, you want the light
switches on the other side.  Little stuff like
that.

Q       Are there things that you could
view on a schematic or a blueprint that would
inform -- that would help you understand where
not to place panels or install breakers to
ensure that tripping, unwanted tripping,
wouldn't occur?

A       No.

Q       So the schematics and blueprints
are only helpful in sort of a practical sense?

A       Correct.

Q       Not an electrical sense?

A       No.

Case 1:22-cv-01229-MHC   Document 174-9   Filed 08/04/26   Page 13 of 36

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Kevin Brnich
March 04, 2025

124

Q      So as an electrician you learn
nothing by looking at the wiring schematics or
the blueprints, as it relates to how you should
install panels or breakers?

A      Just the location of where they
want the panel.

Q      Approximately how many times do
you think you've installed AFCIs in your
career?

A      I couldn't put a number on it.
It's every week since they've been code.

Q      And since they've been code, how
often do you think you've used Siemens' AFCIs?

A      Up until three years ago,
basically 90 percent of the breakers I
installed were Siemens.  I then changed supply
houses and started using Eaton.  That was also
because of the issues I was having with the
Siemens' breakers.  I decided to change supply
houses and use Eaton.  So a good amount.

Q      And so you stopped using Siemens
you said three years ago?

A      Yes.

Q      Did that happen -- did that
coincide around the same time as you filed the

lawsuit?

A       Possibly.

Q       After you filed the lawsuit, did you continue using Siemens' AFCIs?

A       So I specifically used Eaton with my new supply house, City Electric.  They have now -- Eaton pulled the rug out from under City Electric and they have now gone back to Siemens.  So I started using Siemens again in the last six months.

Q       And when you say Eaton pulled the rug out under citizens --

A       City Electric.

Q       City Electric.  What does that mean?

A       They signed a contract with Lowe's to only provide their breakers to Lowe's.  So they don't supply to any local supply houses anymore.

Q       That's Eaton?

A       That's Eaton.

Q       And so over the past six months where you have been using Siemens' AFCIs, have you experienced any alleged nuisance tripping?

A       No.  Not recently.

126

Q      You mentioned installing combination type AFCIs, right?

A      Yes.

Q      Have you ever installed branch feeder type?

A      Yes.

Q      And I'm going to run through these types.  And so the question is whether or not you've installed Siemens brand of these types.

A branch feeder?

A      Yes.

Q      Combination?

A      Yes.

Q      Cord type?

A      How is that spelled?

Q      C-O-R-D.  And if you don't -- if you've never heard of the type, then just say.

A      I'm not sure.

Q      Outlet branch circuit?

A      Yes.

Q      Portable?

A      No.

Q      System combination?

A      I'm not sure what that is.

That sump pumps, you don't want your basement to flood.  Those were the big ones.

Q     And would you notify the homeowner if you decided to remove the AFCI and replace it with a standard breaker?

A     Yes.

Q     And the homeowner would be okay with that?

A     Yes.

Q     Did you ever notify the contractor you were performing the work for that you would do that?

A     They would ask me to do it on every job; so yes.

Q     The contractor would ask you to do it?

A     Yes, because they always got the phone calls when the tripping would happen.  So it was a headache for them as well.

Q     I think you mentioned earlier that the vast majority of the AFCIs that you have installed have been Siemens' AFCIs, because Denney was the supplier, right?

A     Yes.

Q     Is that true over the past six

Case 1:22-cv-01229-MHC   Document 174-9   Filed 08/04/26   Page 17 of 36
KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Kevin Brnich
March 04, 2025

136

months, you mentioned using Siemens' AFCIs now, do you still exclusively use Siemens' AFCIs?

A       On new installs, yes.  If it's -- like I said earlier, if there is an Eaton panel in the house, I have to put an Eaton breaker in or Square D or whatever the manufacturer of the panel is.  But in the last six months, if I do a new install, it's been Siemens.

Q       You mentioned that Denney is expensive, or was expensive.  And City is less expensive.  That's as to the cost of the Siemens' AFCIs?

A       All material across the board.

Q       And so when you started using the Denney Siemens' AFCIs, were they comparable to Home Depot and Lowe's or were they less expensive?

A       They were very close.

Q       Do you know what's resulted in the spike in price?

                MS. DeMARIS:  Objection.  Form.

                THE WITNESS:  I don't.

BY MR. DAILEY:

Q       Did you ever rely on any

statements made by Siemens on its AFCI

packaging that would inform your decision to

purchase Siemens' AFCIs?

        A       No.

        Q       When you purchased Siemens'
AFCIs, did you ever research the product before
you purchased it?

        A       No.

        Q       Did you ever go to the Siemens'
website to look into Siemens' AFCIs?

        A       Yes.

        Q       And when did you do that?

        A       Probably when I started having
issues with the breakers tripping.

        Q       And what did you learn on the
website?

        A       Nothing about that.

        Q       Nothing about the --

        A       About the unwanted tripping,
yes.

        Q       Was there anything about
Siemens' AFCIs that stood out to you when you
first started using them that informed your
decision to use them and not some other brand?

        A       They were a very large,

Case 1:22-cv-01229-MHC    Document 174-9    Filed 08/04/26    Page 19 of 36
KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY
Kevin Brnich
March 04, 2025

138

well-known company and they were readily

available at the supply house I used.

Q       Did you ever describe the use of
a Siemens' AFCI as a bonus feature or added
feature to any of the work you were providing?

A       No.

Q       Were the Siemens' AFCI products
part of any upgrades to homes that you did work
for?

A       Yes.

Q       Say more about what you mean
there.

A       So if we -- if I'm understanding
your question correctly, if we upgraded a home
and we did a big addition and they had a
Siemens' panel, then that's where the Siemens'
arc-fault breakers would come in.

Q       And you had to use the Siemens'
AFCIs because of the Siemens' panel?

A       Because of the Siemens' panel.
Now you're only required to do the new circuits
you run.  If there's 15 existing circuits in
the house you don't have to put those breakers
in those spots.  It's just the new circuits
that I would run.

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Kevin Brnich
March 04, 2025

139

Q      The cost of the home wouldn't increase because you're using a Siemens' AFCI over some other brand?

A      No.

Q      I think you shared earlier that you would never tell a homeowner, or even the contractor, that you're using a Siemens' AFCI over some other AFCI, right?

A      No.

Q      Were you ever asked to disclose how many Siemens' AFCI installations you had performed previously, you know, at the request of any of the contractors you worked for?

A      No.

MR. DAILEY:  I think we will break for lunch.

VIDEO OPERATOR:  We're now going off record.  The time is 11:48 a.m.

(Lunch recess.)

VIDEO OPERATOR:  We're now back on record.  The time is 1:01 p.m.

BY MR. DAILEY:

Q      Mr. Brnich, when we took our break, we were referring to exhibit number 2, Siemens Exhibit Number 2.  I'm going to ask

140

that you turn to page 11 of this exhibit.  This

is your response to Interrogatory number 13.

Let me know when you're there.

        A        Yes, I'm there.

        Q        Response to Interrogatory number

13 mentions a place called Billows.  You've not

mentioned Billows today, but what did you

purchase from Billows?

        A        I used them very randomly.  It

was kind of along the same lines as Home Depot

or Lowe's, just out of location.  They're

another supply house.

        Q        Did you ever purchase Siemens'

AFCIs from Billows?

        A        I'm sure I did, yes.

        Q        And would you have maintained

receipts from those purchases as well?

        A        Probably.  It wouldn't be many.

        Q        You mentioned that it was sort

of random.  You testified earlier that you

would use Home Depot and Lowe's, depending on

where you were performing work.  Is that the

same with Billows?

        A        Same thing, yes.

        Q        How many Siemens' AFCIs do you

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Kevin Brnich
March 04, 2025

141

think you've purchased from Billows?

A       It would just be a guess.
Probably less than 15 or 20.

Q       And is that the same for Home
Depot and Lowe's?

A       Yes.

Q       And then the bulk came from
Denney, and now City Electric?

A       Yes.

Q       When you purchased Siemens'
AFCIs, did you pass along the price of those
purchases to the homeowner or the general
contractor?

A       Yes.

Q       And would the price of those
AFCIs be itemized on the invoice that you
provided to the contractor?

A       No.

Q       Why not?

A       Because I take my overall
material cost, add a charge, and include it in
the total price of the job.

Q       So your invoices would reflect
just a total cost?

A       Total job cost.

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Kevin Brnich
March 04, 2025

142

Q        Of the installation?

A        Installation and material.

Q        So you never itemized how much, say, material cost and labor, right?

A        No.  It would all be one lump sum.

Q        So how would I know how much you paid for a Siemens' AFCI for an individual job?

A        You wouldn't, unless I told you.

Q        And you would be relying on what, to tell me?

A        If you asked.

Q        I mean, if I asked you, what would you be relying on to come up with that amount?

A        The invoice where I purchased the breaker.

Q        So for each invoice where you performed work, you also have an invoice for where you purchased the Siemens' AFCI?

A        Yes.

Q        And those invoices that list the amount you paid for the Siemens' AFCI, do you have those in hard copy, are those e-mails?

A        Hard copy.  Now, I think I do

143

have them in e-mail form, the ones that I got
from Denney as well, the ones that I provided
the serial numbers.  I believe they had dates
and prices on them, but I'm not 100 percent
sure.

          Q     All right.  So let me -- let me
back up just a second.  So for each job you
perform, where you install or upgrade, repair a
Siemens' AFCI, you also have a separate invoice
that details how much the material cost, how
much the Siemens' AFCI costs, correct?

          A     Yes.

          Q     Have you provided those invoices
to your counsel?

          A     No.

          Q     But you have them?

          A     Yes.

          Q     And for the invoices that you
provide to the general contractor, there is
just one price, which includes service and
material costs?

          A     Correct.

          Q     Have you ever had a homeowner or
a contractor ask you how much a Siemens' AFCI
costs?

144

A      Yes.

Q      And to answer their question, you would go and pull the invoice where you made the purchase?

A      Not necessarily.  As a contractor -- across the board, every contractor usually gets a discounted price from the supply house, because we're buying in bulk. So for me to go into Denney Electric, I may pay $42, where you would pay 52, because I'm buying 100 a year and you're buying one.  So I would give them the retail price, not my discounted price.

Q      You would provide the contractor with the retail price?

A      Yes.

Q      And for the Siemens' AFCIs that you purchased, did you purchase them at a discount from Denney's?

A      Yes.

Q      And when you tallied up the overall cost of each job, you would tally up the retail cost, not the discounted cost of the Siemens' AFCI?

A      Correct.

Case 1:22-cv-01229-MHC   Document 174-9   Filed 08/04/26   Page 26 of 36

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY
Kevin Brnich
March 04, 2025

145

Q      And you just used this -- I forget the number you just used here, you said 52, 42, is that just sort of a random figure or is that --

A      That's about what they cost now.

Q      So you would purchase an AFCI for 42, you would charge the contractor 52?

A      Yes.

Q      Did the general contractors know that?

A      Yes.  They do the same thing. Honestly, they probably mark up my number to the homeowner.

Q      And so when the contractor asks you how much did the AFCIs cost for this job, would you provide them with the invoice where you made the Siemens' AFCI purchase?

A      No, not necessarily.

Q      You would just tell them off the top of your head what you thought it was?

A      Yes.

Q      Did you have a flat fee for installation services?

A      Yes and no.  I mean, it's obviously changed, gone up in the past couple

146

of years.  Year by year, give yourself a raise type of thing.  Different kind of work I bill differently.  If it's a large job, a lot of times there will be a number that I know in my head because I've done this so many times.  Service work is always different.  That's an hourly charge.  Troubleshooting is an hourly charge.

Q    What's your hourly for troubleshooting?

A    It's usually $200 to walk in the door, and that covers the first hour, and then 150 an hour after that.

Q    And how long would your troubleshooting usually take?

A    All depends what the problem is.  Sometimes it could be as easy as pushing a GFI button.  Sometimes I could be there for eight hours, depending on what the problem is.

Q    And if it was easy as pushing a button, how would you charge for that?

A    That was usually not -- I wouldn't hold them to the $200.  I didn't feel that was fair.  So that was usually, you know, 50 to $75.  Unless it was far away.

148

didn't present danger from electrical arcs?

          A       That response was basically

saying that the vacuum cleaners, the washing

machines, it's not an arc on the circuit

itself, the wiring of the outlet.  The arc is

the motor on the appliance itself being plugged

in.

          Q       And because the arc is the

motor, then, in your opinion, there's no

danger?

          A       No.

          Q       And how are you able to

determine if the arc is related to the motor

and not something else?

          A       By the troubleshooting I would

do on the circuit.

          Q       And so for the vacuum cleaner

example, for example, the troubleshooting that

you've described included removing breakers,

reinstalling breakers, among other things?

          A       Yes.

          Q       At what point do you determine

you've done sufficient troubleshooting to come

to the determination that the arc is the motor?

          A       Whether it's -- if a wire comes

149

from the panel to the outlet, open the outlet

up, there's no problems with the outlet, change

the breaker to a standard breaker and you plug

the vacuum in, it runs, it doesn't trip, put

the breaker back in, you run the vacuum, it

trips.  So it's kind of, you know, trial and

error, I guess.  Or if I put a new breaker in

and that breaker works with the vacuum, whether

it's an arc-fault breaker or a combination

breaker, just a lot of it -- a lot of electric

is just trial and error, you know, trying to

find what caused the problem in the first

place.

        Q       Did you ever call Siemens when

you were trying to resolve any of these issues?

        A       I did not.

        Q       Why not?

        A       I used my representatives at

Denney and had them talk to Siemens, but

nothing ever came out of it.

        Q       Well, why didn't you call

Siemens directly?

        A       Because of the size of the

company.

        Q       What does that mean?

150

A        Just trying to get through to someone that would be helpful.

Q        You thought Denney would be able to get in touch with Siemens better than you would?

A        Yes.

Q        Did you -- if you wanted to reach out to Siemens, did you know how?

A        I'm sure I could find an 800 number, but...

Q        You mentioned that you had Denney reach out and you said nothing came of it.  Say more.

A        There was, you know, I would say, hey, here's what's happening with these breakers.  They had a Siemens' rep that would come in probably weekly, with the amount of stuff they bought.  And follow up a week later, hey, he said there's no problem.  They don't know what the issue is, et cetera, et cetera. So nothing concrete came out of it.

Q        Did it ever cross your mind to reach out to Siemens directly?

A        It did.

Q        And you chose not to?

151

A    No.

Q    Do you think Siemens could have helped?

A    I don't know.  I don't think they would have, no.

Q    And why do you think they wouldn't have helped?

A    Like I said, the size of the company, dealing with large companies in the past, you can never get through to the right person, and I also don't know that they would have admitted fault, that their product wasn't doing -- wasn't working the way it should.

Q    So the size of Siemens made you feel that you wouldn't have gotten the help that you were looking for?

A    Yes.

Q    Have you had experiences in the past with large companies that haven't provided you with whatever support you were looking for?

A    Yes.

Q    When you're installing Siemens' AFCIs, did you ever follow instructions provided by Siemens for the installation?

A    Yes, every breaker has

152

instructions in the box.

Q      And so you would follow those
instructions when installing them?

A      Yes.

Q      And those were written
instructions, I assume, right?

A      Correct.

Q      And those instructions come with
each breaker you purchased?

A      The arc-faults, yes.

Q      When you purchased the Siemens'
AFCIs, did you understand that unwanted
tripping was a possibility?

A      Not in the beginning.  Just from
experience.

Q      Had you ever heard of the
concept of unwanted tripping at the time you
purchased Siemens' AFCIs for the first time?

A      No.

Q      When did you learn of the
possibility of unwanted tripping?  Was it the
first incident that you mentioned at your
cousin's home?

A      Yes, and then a few after that.

Q      Have you ever researched the

Case 1:22-cv-01229-MHC Document 174-9 Filed 08/04/26 Page 33 of 36

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Kevin Brnich
March 04, 2025

153

rates of unwanted tripping in other AFCI

brands?

A No.

Q Have you ever researched the rate of tripping in Siemens' AFCIs?

A No.

Q I think you mentioned earlier that none of the homes you worked on had ever experienced fires, correct?

A No.

Q And the general contractors that you mentioned today, are you aware of any of the homes that they worked on ever experiencing a fire due to a faulty AFCI or Siemens' AFCI?

A No.

Q Do you know anything about the design of Siemens' AFCIs?

A Not this -- no, not about the design.

Q And so your conclusion that the Siemens' AFCIs are defective is based solely on your troubleshooting routine, correct?

A That, and discussing with other electricians, yes.

Q Outside of your conversation

238

C E R T I F I C A T I O N


I, LISA FORLANO, a Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter - NJ and Notary Public, do hereby certify that I reported the deposition in the above-captioned matter, that the said witness was duly sworn by me; that the foregoing is a true and correct transcript of the stenographic notes of testimony taken by me in the above-captioned matters.

I further certify that I am not an attorney or counsel for any of the parties, not a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

LISA FORLANO, RDR, CRR, CCR #XI01143


DATED:  March 12, 2025

Case 1:22-cv-01229-MHC    Document 174-9    Filed 08/04/26    Page 35 of 36
KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Kevin Brnich
March 04, 2025

239

JURAT

I, KEVIN BRNICH, the witness herein, the foregoing testimony of the pages of this deposition, do hereby certify it to be a true and correct transcript, subject to the corrections, if any, shown on the attached page.

_____Ken Bh_____

KEVIN BRNICH

Subscribed and Sworn to before me

this __25__ day of MARCH 2025.

_____

Notary Public

240

I wish to make the following changes, for

the following reason:

PAGE      LINE

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____

_____     _____     CHANGE: _____

_____     _____     REASON: _____