# EXHIBIT 7

## (Redacted)

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

Kevin Brnich Electrical LLC,    )   No. 1:22-cv-01229-MHC
Performance Electric, Inc.,     )
Artistic Electric Inc., Bolt    )
Electric LLC, National          )
Sentry Security Systems,        )
Inc., Electricalifornia,        )
Charles Vodicka, Patrick        )
Cates, Bryan Butakis, Nels      )
Gordon, Rick Keyser, Tyler      )
Barrette, and Clifford          )
Oakley individually and on      )
behalf of all others            )
similarly situated,             )
                                )
                 Plaintiffs,    )
                                )
v.                              )
                                )
Siemens Industry, Inc.,         )
                                )
                 Defendant.     )
_____)

VIDEOTAPED 30(b)(6) DEPOSITION OF SIEMENS INDUSTRY, INC.
(MS. ASHLEY KEES)
July 25, 2025
8:57 a.m.
999 Peachtree Street NE, Suite 2300
Atlanta, Georgia

Reported by:  Marcella Daughtry, CRR, RMR, RPR
CA CSR 14315
GA No. 6595-1471-3597-5424





Page 27



Page 29





Page 93

Q   Okay.  I'm gonna move to another exhibit here that I will introduce.

A   Is now a good time --

MS. FALVEY:  Yeah, let's take a break.

THE WITNESS:  -- for a bathroom break?

MS. FALVEY:  Can we take a short break?

MR. LAIRD:  We can certainly take a break if you'd like.

MS. FALVEY:  Sure.

THE VIDEOGRAPHER:  Off the record at 11:15.

(The deposition was at recess from 11:15 a.m. to 11:23 a.m.)

THE VIDEOGRAPHER:  Back on the record at 11:23.

Page 94

(Deposition Exhibit No. 3 was marked for

identification.)



Page 95



Page 147

Q   So then Siemens could produce such a good device list by creating a list of devices they know satisfy those emission limits, right?

A   Okay.  So there's -- I see a number of things that are wrong with that.  One -- I mean, you're the lawyer -- products are changing all of the time.  I don't know if this refrigerator XYZ is going to change in four months and -- and something is going to change about it.  So I can't say I guarantee this is going to not cause compatibility issues if all of a sudden they start buying this part from China versus Turkey, and it's -- it's not a good part, and it causes the breaker to trip.  I -- I can't control other people's products.

What I can -- what I can do is help our customers, and what I can do is -- is put out -- you haven't found it yet, but hopefully you found the homeowner's guide.  I put that together as a request from a builder down in Florida that said, hey, will you put some information together for our homeowners?  And in that homeowner's brochure, it says, make sure everything that comes into your home is UL and FCC compliant.

Q   Okay.  And being compliant with the UL and FCC emission limits, as you said, cannot guarantee no interoperability issues?

A   Sure.  I don't really understand.



Page 148

Page 149





Page 150

Page 258

The following reporter and firm disclosures were presented at this proceeding for review by counsel:

REPORTER DISCLOSURES

The following representations and disclosures are made in compliance with Georgia Law, more specifically:

Article 10(B) of the Rules and Regulations of the Board of Court Reporting (disclosure forms)

OCGA 9-11-28(c) (disqualification of reporter for financial interest)

OCGA 15-14-37(a) and (b) (prohibitions against contracts except on a case-by-case basis).

- I am a certified reporter in the State of Georgia.
- I am a subcontractor for Veritext Legal Solutions.
- I have been assigned to make a complete and accurate record of these proceedings.
- I have no relationship of interest in the matter on which I am about to report which would disqualify me from making a verbatim record or maintaining my obligation of impartiality in compliance with the Code of Professional Ethics.
- I have no direct contract with any party in this action and my compensation is determined solely by the terms of my subcontractor agreement.

FIRM DISCLOSURES

- Veritext Legal Solutions was contacted to provide reporting services by the noticing or taking attorney in this matter.
- There is no agreement in place that is prohibited by OCG 15-14-37(a) and (b). Any case-specific discounts are automatically applied to all parties, at such time as any party receives a discount.
- Transcripts: The transcript of this proceeding as produced will be a true, correct, and complete record of the colloquies, questions, and answers as submitted by the certified court reporter.
- Exhibits: No changes will be made to the exhibits as submitted by the reporter, attorneys, or witnesses.
- Password-Protected Access: Transcripts and exhibits relating to this proceeding will be uploaded to a password-protected repository, to which all ordering parties will have access.

Page 259

                    C E R T I F I C A T E

STATE OF GEORGIA          )
                         )    ss:
COUNTY OF DEKALB          )

        I HEREBY CERTIFY that the foregoing transcript was taken before me; that I was then and there a Registered Professional Reporter and Registered Merit Reporter, License No. 6595-1471-3597-5424 for the State of Georgia, and License No. 14315 in the State of California; that the witness before testifying was duly sworn by me to testify to the whole truth; that the questions propounded by counsel and the answers of the witness thereto were taken down by me in shorthand and thereafter transcribed under my direction; and that the foregoing pages contain a full, true, and accurate transcript of all deposition testimony and proceedings had, all done to the best of my skill and ability.

        I FURTHER CERTIFY that I am in no way related to, nor employed by any of the parties hereto, nor am I in any way interested in the outcome.

        I have no direct contract with any party in this action and my compensation is based solely on the terms of my subcontractor agreement.

        Nothing in the arrangements made for this proceeding impacts my absolute commitment to serve all parties as an impartial officer of the court.

        DATED at Dunwoody, Georgia, this 7th day of August, 2025.

                         _____
                         MARCELLA L. DAUGHTRY, RPR, RMR, CRR
                         GA License No. 6595-1471-3597-5424
                         CA CSR 14315

Page 260

To:  Ms. Cheryl Falvey, Esq.

Re:  Signature of Deponent ASHLEY KEES

Date Errata due back to our offices:  30 days

Greetings:

This deposition has been requested for read and sign by the deponent.  It is the deponent's responsibility to review the transcript, noting any changes or corrections on the attached PDF Errata.  The deponent may fill out the Errata electronically or print and fill out manually.

Once the Errata is signed by the deponent and notarized, please mail it to the offices of Veritext (below).  When the signed Errata is returned to us, we will seal and forward to the taking attorney to file with the original transcript.  We will also send copies of the Errata to all ordering parties.

If the signed Errata is not returned within the time above, the original transcript may be filed with the court without the signature of the deponent.

Please send completed Errata to:

Veritext Production Facility
20 Mansell Court, Suite 300
Roswell, Georgia 30076
(770) 343-9696

Page 261

ERRATA for Assignment #PA 7470684

I, the undersigned, do hereby certify that I have read the transcript of my testimony, and that

     There are no changes noted.

     The following changes are noted:

Pursuant to Rule 30(7)(e) of the Federal Rules of Civil Procedure and/or OCGA 9-11-30(e), any changes in form or substance which you desire to make to your testimony shall be entered upon the deposition with a statement of the reasons given for making them.  To assist you in effecting corrections, please use the form below.  If additional pages are necessary, please furnish same and attach.

Page_76___Line_17___Change_insert "base" after "light bulb"
_____Reason __correction_____

Page_78___Line_7___Change_change "wasn't" to "was"___
_____Reason_correction_____

Page_89___Line_6___Change_delete "engineering"___
_____Reason__correction_____

Page_107_Line_19___Change_change "ed" to "Ed"___
_____Reason__correction_____

Page_122_Line_12___Change_change "preCOVID" to "pre-COVID"
_____Reason__correction_____

Page_126_Line_12___Change_change "part" to "Part"___
_____Reason__correction_____

Page_129_Line_2___Change_change "to our breakers"
to "our breakers"___Reason__correction_____

Page_204_Line_20___Change_change "non- compliance"
to "non-compliance"_Reason_correction_____

Page 232 Line 12 Change delete "16th,"

_____ Reason correction

Page 236 Line 17 Change change "regaining" to

"remaining" Reason correction

Page_____ Line_____ Change_____

_____ Reason_____

Page_____ Line_____ Change_____

_____ Reason_____

Page_____ Line_____ Change_____

_____ Reason_____

Page_____ Line_____ Change_____

_____ Reason_____

Page_____ Line_____ Change_____

_____ Reason_____

9/12/25

DEPONENT'S SIGNATURE

Sworn to and subscribed before me, this_____day of

_____, 20_____.

Notary Public

My commission expires:

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

Page 263

Cheryl Falvey, Esq.

cfalvey@crowell.com

August 8th, 2025

RE:   Kevin Brnich Electric  v. Siemens Industry Inc

7/25/2025, Ashley Kees - 30(b)(6) - Siemens (#7470684)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney. Copies should be sent to all counsel, and to Veritext at cs-midatlantic@veritext.com.

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,

Veritext Legal Solutions