# EXHIBIT 9

## (Redacted)



24-CMLGA-23093
Siemens AFCI

17350 E US 64 Hwy
Bixby, OK  74008
918-496-8709
rdurham@thewaylabs.com

Copyright © 2025 by THEWAY Labs

25-CMLGA-23093
Siemens AFCI


# I.    TABLE OF CONTENTS

I.    TABLE OF CONTENTS.................................................................................2

II.   TABLE OF FIGURES ...............................................................................4

III.  INTRODUCTION ......................................................................................7

    A.  Experience and Qualifications ...........................................................7

    B.  Scope of Assignment .........................................................................9

    C.  Materials Considered .......................................................................11

    D.  Methodology .....................................................................................13

IV.   EXECUTIVE SUMMARY OF OPINIONS .............................................20

V.    LIMITATIONS ........................................................................................21

VI.   IDENTIFY THE PROBLEM...................................................................21

VII.  DEFINE THE PROBLEM .......................................................................23

VIII. COLLECT AND ANALYZE DATA.......................................................24

    A.  Technical Background .......................................................................24

        1. Basic Electrical Circuits ...............................................................24

        2. Faults in an Electrical System .....................................................35

        3. Characteristics of an Arc .............................................................42

    B.  Arc Fault Interrupter Requirements .................................................50

        1. NFPA 70 (National Electrical Code) ...........................................51

        2. UL 1699...................................................................................55

      a.    Carbonized Path Arc Ignition Test (NM cable only).........................56

      b.    Carbonized Path Arc Interruption Test (NM-B and SPT-2)..............57

      c.    Carbonized Path Arc Clearing Time Test (SPT-2) ..........................58

      d.    Point Contact Arc Test (NM-B and SPT-2)....................................59

      e.    Unwanted Tripping Test.............................................................60

IX.   SIEMENS' APPROACH TO AFCI PROTECTION ...........................63

X.    SIEMENS AFCIS AND NUISANCE TRIPS ......................................91

    A.  Evidence of Nuisance Tripping........................................................91

25-CMLGA-23093
Siemens AFCI

B.   FCC Part 15 Regulations and Siemens AFCI Breakers...........................99

    1. FCC Regulations ..................................................................99

    2. Siemens' incorrect interpretation, application, and measurement of conducted emissions ................................................104

    3. Siemens knowledge regarding AFCI breakers and FCC regulations ..........................................................................117

C.   Siemens' Approach to Nuisance Trips .................................................122

XI.    **REVIEW OF HYPOTHESES**.................................................................**123**

A.   Hypothesis 0 (null): There is no relationship between Siemens' AFCI technology and the Reported Nuisance Tripping. .......................125

B.   Hypothesis 1: Siemens' AFCI breaker technology failed to distinguish between a true arc and electrical noise (i.e., safe voltage distortions often caused by radio frequency harmonics). .........125

C.   Hypothesis 2: Siemens Engineers were aware of Gen 3 AFCI Logic Limitations. ................................................................................126

D.   Hypothesis 3: The UL 1699 standard testing methodology is insufficient to test the AFCI breaker technology against real world conditions, nor does it test compatibility with common household devices.........................................................................................128

E.   Hypothesis 4: Siemens' attribution of nuisance tripping to household devices which were "non-compliant" with FCC Part 15 regulations was based on a misunderstanding of the purpose and technical application of Part 15 and inconsistent with Siemens' own internal testing and documentation. ................................................130

F.   Hypothesis 5: Siemens' public disclosures did not align with Siemens' internal knowledge regarding nuisance tripping and incompatibility with common household appliances............................132

XII.    **FINAL HYPOTHESES & OPINIONS** .....................................................**133**

25-CMLGA-23093
Siemens AFCI

## II.   TABLE OF FIGURES

Fig. 1 – NFPA 921 Figure 4.3 .................................................................................16

Fig. 2 – NM Cable Components ..............................................................................25

Fig. 3 – Basic Hydraulic Circuit .............................................................................26

Fig. 4 – Simple Direct Current System ...................................................................29

Fig. 5 – Simple Alternating Current System ...........................................................30

Fig. 6 – Single Phase Sine Wave ............................................................................31

Fig. 7 – Illustration of NM Cable ...........................................................................33

Fig. 8 – Center Tapped (split-phase) 240V/120V System .......................................34

Fig. 9 – Illustration of Overload Electrical Circuit .................................................36

Fig. 10 – Illustration of an Electrical Arc ...............................................................39

Fig. 11 – Schematic Example of a Series Arc .........................................................40

Fig. 12 – Arc Welder ..............................................................................................41

Fig. 13 – Example of Parallel Arc ..........................................................................42

Fig. 14 – Single Phase Sine Wave ..........................................................................44

Fig. 15 – Typical Characteristics for Voltage and Current Arc Waveform ...........45

Fig. 16 – Arc Voltage and Current Waveforms ......................................................47

Fig. 17 – DC Voltage Waveform ............................................................................48

Fig. 18 – SMPS Input Current ................................................................................49

Fig. 19 – Input Voltage Waveform SMPS ..............................................................50

Fig. 20 – Areas of Dwelling Units Requiring AFCI Application under 2023 NEC 53

Fig. 21 – Areas in Dormitories Requiring AFCI Application under 2023 NEC .....54

Fig. 22 – Other Occupancies Requiring AFCI Application under 2023 NEC ........54

Fig. 23 – Carbonized Path Arc Ignition Test Schematic ........................................56

Fig. 24 – Carbonized Path Arc Interruption Test Schematic ..................................58

Fig. 25 – Carbonized Path Arc Clearing Time Test Schematic ..............................58

25-CMLGA-23093
Siemens AFCI

Fig. 26 – UL 1699 Table 40.1 Arc Clearing Time Requirements ..........................59

Fig. 27 – Point Contact Arc Test Apparatus.........................................................60

Fig. 28 – Typical Arc Voltage Characteristics (Voltage and Current)...................66

Fig. 29 – Excerpt from Project 4787862189 - Interpreting Carbonized Path

Clearing Time Test Results....................................................................................67

Fig. 30 – Typical Waveform Showing Arc Voltage Characteristics.......................68

Fig. 31 – High level Architecture of Siemens AFCI ..............................................69

Fig. 32 – RF Spectrum .........................................................................................71

Fig. 33 – Peak Current Measurement Gen 3A......................................................73

Fig. 34 – Parallel Arc Detection Gen 3A...............................................................74

Fig. 35 – RSSI Measurements of Siemens AFCI Breakers...................................75

Fig. 36 – Measured Series Arc Signature 30A .....................................................76

Fig. 37 – RSSI Envelope Logic ............................................................................77

Fig. 38 – Series Arc Detection..............................................................................78

Fig. 39 – Internal Presentation on Gen 2 to Gen 3 Transition..............................80

Fig. 40 – Excerpt from Gen 3C Project Notes.......................................................81

Fig. 41 – 2020 Machine Learning Update .............................................................82

Fig. 42 – Excerpt on Machine Learning Update....................................................83

Fig. 43 – Excerpts from Future of Resi Presentation............................................84

Fig. 44 – AFCI Update Presentation......................................................................85

Fig. 45 – Multi-layer Perceptron Topology............................................................87

Fig. 46 – Example Sigmoid Function ....................................................................89

Fig. 47 – Neural Network Training Cycle ..............................................................90

Fig. 48 – SIEMENS_AFCI_00055158...................................................................93

Fig. 53  – 15B.107 Table 1 Conducted Emissions Limits....................................104

Fig. 54 – Siemens' Limits on Conducted Emissions vs. FCC limits.....................105

25-CMLGA-23093
Siemens AFCI

Fig. 55 – LED Light Bulb Spectrum Without Filtering .......................................108

Fig. 58  – Siemens Test Results ...................................................................113

Fig. 59  – Conducted Emissions Frequency Spectrum ...........................................113

Fig. 60  – SIEMENS_AFCI_00107297 ..........................................................113

Fig. 61  – SIEMENS_AFCI_00041120 ...........................................................113

25-CMLGA-23093
Siemens AFCI

## III.  <u>INTRODUCTION</u>

### A. <span style="font-variant: small-caps">Experience and Qualifications</span>

1.  My name is Dr. Robert A. Durham. I make this report based upon my own personal knowledge and, if called upon to testify, would testify competently to the matters contained herein. In formulating my opinions, I have relied upon my knowledge, training, and experience, which are detailed more fully in my curriculum vitae, attached as Appendix A.

2.  I am the Principal of $D^2$ Tech Solutions, a technology firm specializing in mechanical and electrical systems and energy conversions. I also serve as a Principal Scientist at THEWAY Labs, an engineering and energy consulting firm in Tulsa, Oklahoma, where my work includes the design and failure analysis of facilities and system installations.

3.  My career has encompassed a broad range of leadership and technical roles across the energy industry. I began with AEP/CSW, at the time the nation's largest utility, where I spent eleven years in electrical engineering positions focused on power generation and transmission planning. I later served as Manager of Electric Infrastructure for New Dominion, LLC and as Vice President of Engineering and Project Management for EDG Power Group, an engineering, procurement, and construction firm specializing in small to mid-sized power generation facilities. In

25-CMLGA-23093
Siemens AFCI

2002, I founded $D^2$ Tech Solutions, and in 2004 joined THEWAY Labs, where I continue to serve as Principal Scientist.

4.    From the early 1990s to the present, my work has focused extensively on the failure analysis of electrical equipment, including incidents involving parallel arcs, series arcs, and ground faults. I have conducted investigations into more than 2,700 incidents involving actual or alleged electrical failures in industrial, commercial, and residential settings, with the majority occurring in residential environments. A number of my published works address these specific topics and methodologies.

5.    My professional experience includes developing a wide range of forensic, electrical, and facilities projects for corporate and governmental clients. I have also taught university-level courses in electrical engineering as part of board licensure preparation programs, and I am the author or co-author of over fifty technical papers and five books. In recognition of my contributions to electrical equipment analysis and grounding methods in hazardous environments, I was elevated in 2019 to the grade of Fellow of the IEEE—the highest professional distinction in the electrical technology field, awarded to only the top 0.1% of IEEE members worldwide.

6.    I hold a B.S. in Electrical Engineering and a Master of Engineering and Technology Management, both from the University of Tulsa, and later completed a

25-CMLGA-23093
Siemens AFCI

Ph.D. in Engineering Management following years of professional work and applied research. I am also a licensed electrical contractor, having specified, purchased, and installed Arc Fault Circuit Interrupter (AFCI) circuit breakers on numerous occasions. My licensure requires both formal continuing education and testing on the National Electrical Code (NEC, NFPA 780) and its updates.

7.      I have been qualified and testified as an expert in multiple jurisdictions, including the Eastern District of Tennessee, Northern District of Texas, Western District of Texas, Southern District of Texas, Western District of Oklahoma, the Federal Energy Regulatory Commission, and before the U.S. Patent and Trademark Office Patent Trial and Appeal Board, among others.

## B. SCOPE OF ASSIGNMENT

8.      I was retained by Cohen Milstein Sellers & Toll, PLLC, co-lead counsel for Plaintiffs, to evaluate the design, performance, and behavior of Siemens Combination Arc Fault Circuit Interrupter (AFCI) breakers,[1] with specific attention to the causes of reported nuisance tripping and Siemens' technical understanding and handling of those issues.

---

[1] Source documents refer to combination arc fault circuit interrupter breakers as AFCIs and CAFCIs interchangeably. For the purpose of this report all arc fault circuit interrupter breakers, including combination arc fault circuit interrupter breakers (CAFCIs), will be referred to as AFCIs.

PAGE 9

25-CMLGA-23093
Siemens AFCI

9.     My analysis included review of materials and documents produced by Siemens during discovery, including Siemens' internal design documentation, Siemens' internal presentations/discussions, field complaint data, engineering correspondence, standards materials, and related testing records. Of particular significance, I was granted access to review the source code governing the algorithm that determines the AFCI trip response. This review allowed for evaluation of the underlying logic, structure, and design parameters that influence nuisance tripping behavior.

10.     I have also reviewed relevant industry standards (including NEC, UL 1699 and FCC Part 15), published literature, and other reference materials applicable to AFCI design and performance. Additionally, I reviewed information pertaining to Siemens' testing of its AFCIs in its "trip lab"—where Siemens evaluated whether the use of certain appliances and other products caused its AFCIs to trip.[2] My opinions are based on the available documentation, including the source code, technical records, and information pertaining to Siemens' trip lab, as well as my

---

[2] SIEMENS_AFCI_00385090 (  '), *see also* SIEMENS_AFCI_00362723.

25-CMLGA-23093
Siemens AFCI

professional experience in electrical system design, failure analysis, and standards compliance.

11.    The scope of my assignment is limited to technical evaluation and analysis of Siemens AFCI breakers and related materials. I was not asked, and do not offer opinions, regarding legal conclusions, causation of individual damages, or interpretation of contractual or warranty obligations. My opinions are confined to the engineering and scientific aspects of the issues described above.

12.    THEWAY Labs is being compensated at my normal rate of $350 per hour for my analysis, plus reimbursement for expenses. My compensation does not depend on the content of my opinions or the outcome of this proceeding.

### C. MATERIALS CONSIDERED

13.    The following categories of materials were reviewed and relied upon in preparing this report and in forming the opinions expressed:

a. Documents produced by Siemens in discovery, including but not limited to customer complaint data, service records, inspection and field reports related to AFCI breaker performance; internal Siemens communications and training documents concerning AFCI design, performance, and nuisance tripping; design documentation, engineering specifications, and testing protocols;

PAGE 11

25-CMLGA-23093
Siemens AFCI

Siemens' internal presentations, marketing materials and public representations regarding Siemens' AFCIs; and information pertaining to Siemens' trip lab;

b. Technical and proprietary information, including inspection of the source code governing the AFCI trip detection algorithm describing the logic, thresholds, and implementation of tripping criteria;[3]

c. Industry and regulatory standards, including relevant portions of the National Electric Code (NEC), UL 1699 (Arc Fault Circuit Interrupters), and FCC Part 15, as well as other applicable electrical and safety performance standards;

d. Published technical literature and reference materials addressing AFCI operation, arc detection methodologies, and nuisance tripping in residential and commercial electrical systems;

e. Deposition testimony and related exhibits, including testimony from Siemens employees, Siemens representatives, and plaintiffs;

f. Court filings and pleadings, including the Amended Consolidated Class Action Complaint and selected orders relevant to the scope and timing of my expert review; and

---

[3] Inspection of Siemens source code for its Gen 3 and Gen 4 AFCIs was performed in consultation with Atif Hashmi, PhD on March 12-13, 2025 and April 30-May 1, 2025, *see also* Appx. C.

25-CMLGA-23093
Siemens AFCI

g. Professional experience and education, including prior forensic analyses, electrical system evaluations and standards committee participation pertinent to AFCI technology and performance.

A detailed list of all materials reviewed and considered in forming my opinions is provided in Appendix B to this report.

### D. METHODOLOGY

14. My analysis was conducted in accordance with generally accepted engineering practices for the evaluation of electrical systems and components. One objective of my work was to review available materials and source code governing the operation of Siemens' AFCI breakers and determine whether or not Siemens' AFCI breakers tripped due to "normal" and safe electrical noise and other non-dangerous conditions (with no true arcing) under normal operating conditions. This is captured in Hypotheses 0 and 1 described below.

15. My review included the examination of relevant documentation, engineering drawings, testing data, and other materials produced by Siemens, as well as review of applicable industry standards and published literature. The source code governing the AFCI trip detection algorithm was inspected and analyzed to understand the logic used to determine when Siemens' AFCIs should trip, including

PAGE 13

25-CMLGA-23093
Siemens AFCI

to understand how Siemens' AFCIs differentiated (if at all) between arcing events that are hazardous and non-hazardous arc-like conditions that may occur during normal circuit operation. This evaluation involved identifying the key variables, thresholds, and decision pathways within the code that influence tripping behavior.

16.    I also reviewed deposition testimony, internal correspondence, and design records to understand the context of Siemens' engineering decisions, product testing processes, and responses to reported nuisance tripping. Where appropriate, I compared Siemens' documented testing and analysis methods against industry standards and accepted engineering principles.

17.    Several industry standards address issues necessary for the investigation. Each of these standards addresses a different aspect of the investigation. A summary of the pertinent requirements is contained in the paragraphs below. This summary is not all-inclusive, and the entire standard is referenced as appropriate.

18.    Documents generally referred to as "standards" are divided into several areas of classification, with varying levels of industry consensus and requirements. The American National Standards Institute (ANSI) is the administrator and coordinator of the United States' private-sector voluntary standardization system, and as such accredits Standards Developing Organizations (SDOs). ANSI Standards have the following general classifications:

PAGE 14

25-CMLGA-23093
Siemens AFCI

a. *Codes* are documents developed through wide industry consensus, have mandatory requirements and are appropriate for adoption into law.

b. *Standards* are documents developed through wide industry consensus with mandatory requirements.

c. *Recommended Practices* are documents in which procedures and positions preferred by the SDO are presented. They do not contain mandatory statements but do present clear directions as to how activities should take place. Generally, recommended practices present guidelines as to how activities should take place in the absence of any intervening reasonable technical prohibitions. They are developed through industry consensus.

d. *Guides* are documents in which alternative approaches to good practice are suggested, but no clear-cut directions are made. They may or may not be developed through industry consensus.

19.    NFPA 921 is the *Guide for Fire and Explosion Investigations* published by the National Fire Protection Association (NFPA). NFPA 921 defines a version of the scientific method which was employed in this analysis. The steps of the scientific method as defined by NFPA 921 are described in Article 4.3 and shown in Fig. 11. Article 4.3 states "[t]he scientific method is a principle of inquiry that forms a basis for legitimate scientific and engineering processes, including fire incident

PAGE 15

25-CMLGA-23093
Siemens AFCI

investigation."  Although this analysis does not directly include a fire investigation,

the scientific method is still appropriate for legitimate scientific engineering

processes, including forensic engineering. This is the methodology I used in my

analysis for this report.



**Fig. 1 – NFPA 921 Figure 4.3**

20.    *Article 4.3.4 Analyze the Data* states:

The scientific method requires that all data collected be analyzed. This is an
essential step that must take place before the formation of the final hypothesis.
The identification, gathering, and cataloging of data does not equate to data
analysis. Analysis of the data is based on the knowledge, training, experience,

PAGE 16

25-CMLGA-23093
Siemens AFCI

and expertise of the individual doing the analysis. If the investigator lacks the expertise to properly attribute meaning to a piece of data, then assistance should be sought. Understanding the meaning of the data will enable the investigator to form hypotheses based on the evidence, rather than on speculation.[4]

21.     ***Article 4.3.5 Develop a Hypothesis*** states:

Based on the data analysis, the investigator produces hypotheses to explain the phenomena…. This process is referred to as inductive reasoning. These hypotheses should be based solely on the empirical data that the investigator has collected through observation and then developed into explanations for the event, which are based upon the investigator's knowledge, training, experience, expertise, and research.[5]

22.     ***Article 4.3.6 Test the Hypothesis*** states:

The investigator does not have a valid or reliable conclusion unless the hypothesis can stand the test of careful and serious challenge. Testing of the hypothesis is done by the principle of deductive reasoning, in which the investigator compares the hypothesis to all known facts as well as the body of scientific knowledge associated with the phenomena relevant to the specific incident. Testing of a hypothesis should be designed to disprove, or refute, the hypothesis. This may also be referred to as falsification of the hypothesis. Working to disprove a hypothesis is an attempt to find all the data or reasons why the hypothesis is not supported or not true, rather than simply finding and relying on data that support the hypothesis or why the hypothesis is true. This method of testing the hypothesis can prevent "confirmation bias," which can occur when the hypothesis or conclusion relies only on supporting data (see 4.3.10). A hypothesis can be tested physically by conducting experiments, analytically by applying accepted scientific principles, or by referring to scientific research.

---

[4] Nat'l Fire Protection Ass'n, *NFPA 921: Guide for Fire and Explosion Investigations* Art. 4.3.4 (2024 ed.).
[5] NFPA 921, Art. 4.3.5.

PAGE 17

25-CMLGA-23093
Siemens AFCI

When relying on the research of others, the investigator or analyst must ensure that the conditions, circumstances, and variables of the research and those of the hypothesis are sufficiently similar. Whenever the investigator relies on research as a means of hypothesis testing, references to the research relied upon should be acknowledged and cited. If the hypothesis is refuted or not supported, it should be discarded, and alternate hypotheses should be developed and tested. This may require the collection of new data or the reanalysis of existing data. The testing process needs to be continued until all feasible hypotheses have been tested and one is determined to be uniquely consistent with the facts and with the principles of science. If no hypothesis can withstand an examination by deductive reasoning, the issue should be considered undetermined.[6]

### 4.3.6.1

Any hypothesis that is incapable of being tested either physically or analytically, is an invalid hypothesis. A hypothesis developed based on the absence of data is an example of a hypothesis that is incapable of being tested. The inability to refute a hypothesis does not mean that the hypothesis is true.

23.    *Article 4.3.7 Select Final Hypothesis* states:

The final step in applying the scientific method is to select the final hypothesis. *Once* the hypothesis has been tested, the investigator should review the entire process to ensure that all credible data are accounted for and all feasible alternate hypotheses have been considered and eliminated. When using the scientific method, the failure to consider alternate hypotheses is a serious error. A critical question to be answered is, "Are there any other hypotheses that are consistent with the data?" The investigator should document the facts that support the final hypothesis to the exclusion of all other reasonable hypotheses.[7]

---

[6] NFPA 921, Art. 4.3.6.
[7] NFPA 921, Art. 4.3.7.

25-CMLGA-23093
Siemens AFCI

24.      ***Article 4.3.8 Avoid Presumption*** states:

No specific hypothesis can be reasonably formed or tested until some data have been collected. All investigations of fire and explosion incidents should be approached by the investigator without presumption as to origin, ignition sequence, cause, fire spread, or responsibility for the incident. All hypotheses should be subject to rigorous testing through the scientific method.[8]

25.      NFPA 921 Section 19.6 outlines the methods appropriate for testing of hypotheses:[9]

a. ***19.6.2  Deductive Reasoning.*** Testing of the hypothesis is done by the principle of deductive reasoning, in which the investigator compares the hypothesis to all the known facts as well as the body of scientific knowledge associated with the phenomena relevant to the specific incident. Ultimately, the cause determination is arrived at through the testing of cause hypotheses.

b. ***19.6.4  Means of Hypothesis Testing.*** When testing a hypothesis, the investigator should attempt to disprove, rather than to confirm, the hypothesis. If the hypothesis cannot be disproved, then it may be accepted as either possible or probable. Hypothesis testing may include any application of fundamental principles of science, physical experiments or testing, cognitive experiments, analytical techniques and tools, and systems analysis.

---

[8] NFPA 921, Art. 4.3.8.
[9] NFPA 921, Art. 19.6.

25-CMLGA-23093
Siemens AFCI

26.    Data available from other standards and publications are addressed in the following sections as needed.

## IV.    <u>EXECUTIVE SUMMARY OF OPINIONS</u>

27.    The summary opinions expressed in this section were developed using the Scientific Method. I have formed the following opinions regarding the design characteristics of Siemens' Gen 3 AFCIs, the adequacy of applicable testing standards, and Siemens' interpretation and communication of product performance and reliability.

28.    Opinion 1: Siemens' Gen 3 AFCI breakers are susceptible to nuisance tripping.

29.    Opinion 2: Siemens engineers knew its Gen 3 AFCIs experienced nuisance tripping.

30.    Opinion 3: Siemens knew compliance with UL 1699 did not guarantee adequate real-world performance of Siemens' Gen 3 AFCI breakers.

31.    Opinion 4: Siemens incorrectly interpreted FCC Part 15 regulations and its relation to nuisance tripping.

32.    Opinion 5: Siemens failed to align public disclosures with known technical limitations of its Gen 3 AFCIs.

25-CMLGA-23093
Siemens AFCI

## V.    LIMITATIONS

33.    My analysis is based on testimony, materials provided through discovery, and the review of source code. I have not been permitted to conduct or observe independent nuisance tripping tests within Siemens' laboratory. My opinions are therefore based on document and data review, code analysis, and application of standard engineering principles.

34.    All opinions expressed in this report are made to a reasonable degree of engineering and scientific certainty and are subject to revision if additional materials or data are provided for review.

## VI.    IDENTIFY THE PROBLEM

35.    Plaintiffs have alleged that certain AFCI circuit breakers manufactured by Siemens have a nuisance tripping defect. Siemens AFCIs use an arc detection method that, according to reports, leads the AFCIs to trip due to common and safe voltage distortions that cause radio frequency harmonics.[10] Plaintiffs contend that these distortions are generated by some models of common household appliances, electrical devices, and lighting, listed below:

---

[10] *See* Second Amended Consolidated Class Action Complaint, ECF No. 123 ¶¶ 66–67.

PAGE 21

25-CMLGA-23093
Siemens AFCI

- Major household appliances such as microwaves, ovens, washing machines, dryers, refrigerators, garage door openers, and water heaters;

- Lighting products including LED light bulbs, Christmas lights, undercabinet lighting, light fixtures, recessed lighting, light switches, dimmers, halogen and fluorescent lights;

- Plug-in electrical devices like vacuum cleaners, wall chargers, internet signal boosters, power tools, and printers; and

- Voltage distortions that cause radio frequency harmonics from external sources, including electrical transformers and broadband power lines.

36.    According to Plaintiffs' Complaint, if AFCIs with the nuisance tripping defect are installed on circuits with, or in the same panel of circuits serving these devices, they may trip and shut off power when no dangerous arc fault exists.[11] Plaintiffs further allege that other current or future household products that create voltage distortions and radio frequency harmonics may also cause these same AFCIs to experience nuisance tripping.

---

[11] *Id.* ¶¶ 68, 73.

PAGE 22

25-CMLGA-23093
Siemens AFCI

## VII.   <u>DEFINE THE PROBLEM</u>

37.     The allegations made by the Plaintiffs required a thorough scientific investigation to determine the veracity of the allegations. Based on the available information, certain hypotheses were formed that would test Plaintiffs' allegations. The following formal hypotheses regarding the allegations were posited and required thorough scientific review and testing:

38.     **Hypothesis 0 (null):** There is no relationship between Siemens' AFCI technology and the reported nuisance tripping.

39.     **Hypothesis 1:** Siemens' AFCI breaker technology failed to distinguish between a true arc and electrical noise (i.e., safe voltage distortions often caused by radio frequency harmonics).

40.     **Hypothesis 2:** Siemens' engineers were aware of Gen 3 AFCI logic limitations.

41.     **Hypothesis 3:** The UL 1699 standard testing methodology is not sufficient to test the AFCI breaker technology against real-world conditions, nor does it test compatibility with common household devices.

42.     **Hypothesis 4:** Siemens' attribution of nuisance tripping to household devices which were "non-compliant" with FCC Part 15 regulations was based on a misunderstanding of the purpose and technical application of Part 15 and inconsistent with Siemens' own internal testing and documentation.

25-CMLGA-23093
Siemens AFCI

43.     **Hypothesis 5:** Siemens' public disclosures did not align with Siemens' internal knowledge regarding nuisance tripping and incompatibility with common household appliances.

## VIII.    COLLECT AND ANALYZE DATA

### A. TECHNICAL BACKGROUND

44.     In the subsections below, I describe some of the basic principles of engineering and electrical circuitry. These sections are based on well-known scientific principles and/or published guides, recommended practices, standards, codes, and regulations that govern the design, development, and/or use of electrical devices. This information is provided to assist the reader in understanding the terminology, concepts, and engineering content relevant to the opinions expressed in this report.

#### 1.   Basic Electrical Circuits

45.     An electrical circuit comprises three basic categories of components: sources, loads, and conductors. There are many variations of the three, but all electrical circuits contain those three components. A *source* is a device that provides electrical energy. A source provides energy at a particular electric potential (voltage). Common examples of sources are utility connections, generators and

PAGE 24

25-CMLGA-23093
Siemens AFCI

batteries. A *load* is a device that consumes electrical energy to perform a function. Common loads include lights, heaters, fans, pumps, appliances, and computing devices. Loads must be connected to a source for the load to receive electrical energy. *Conductors* are the pathways that allow the electrical energy to travel from the source to the load. Conductors may be air, or other gas, insulated, such as in overhead utility lines or industrial switchgear, or encased in an insulation material. When conductors are encased by an insulating material, they are referred to as *wires*. When multiple wires are bound together, they are referred to as *cables*. The figure below of a non-metallic cable ("NM Cable" or "Romex") is the most common cable system used to wire residential structures.



**Fig. 2 – NM Cable Components**

25-CMLGA-23093
Siemens AFCI

46.     In this image, the wires (conductors enclosed in the black, blue and green/yellow insulation) are encased in a gray jacket to form a cable.

47.     The *voltage* of a circuit is a measure of the charge of the electrical energy.[12] The *current* of a circuit is a measure of the flow of the electricity in a circuit. A common analogy for an electrical circuit is a hydraulic circuit.



**Fig. 3 – Basic Hydraulic Circuit**

48.     In a hydraulic circuit, the fluid is contained in a reservoir at a very low, near-zero pressure. A pump is used to increase the pressure of the fluid to a working

---

[12] Electric charge is a concept beyond the scope of this document.

PAGE 26

25-CMLGA-23093
Siemens AFCI

pressure. The pump is analogous to a generator or other electrical source that increases voltage of the electricity. Pressure is analogous to voltage in an electrical system. The pressurized fluid flows through the pipes or hoses, which are analogous to the wires of an electrical system and is used by the hydraulic cylinder to move a mechanical component. The hydraulic cylinder is analogous to the load (e.g., fan or light) of an electrical system. The flow of fluid through the hydraulic system is determined by the pressure from the pump, the characteristics of the cylinder, and the characteristics of the attached mechanical component. Similarly, the current through the electrical system is determined by the voltage and the characteristics of the load.

49.     In an electrical system, these characteristics are referred to as the *impedance* of the load.[13] The relationship between Voltage (V), Current (I) and Impedance (Z) in an electrical system is Ohm's Law which can be written as:

$$V = I * Z$$

---

[13] There is also an impedance of the wires, generator, switches, and other components.

PAGE 27

25-CMLGA-23093
Siemens AFCI

One of the components of Z, and one which dominates simple loads like electrical heaters and incandescent lights, is resistance (R).[14] Ohm's law sometimes is written as:

$$V = I * R$$

So, we can see that as impedance (and resistance) go down, current goes up, with the same voltage (which in most small systems is considered more or less fixed).

50.    In the hydraulic system described above, once the pressure has been "used up" to move the cylinder, the low-pressure fluid is returned to the reservoir at a low pressure to be stored until needed. Similarly, in an electrical system, there must be a return path for the "used up" electricity to return to the source. The analogy is not perfect but presents a simple analogy which is, for purposes of this report, adequate. A schematic for a simple electrical system is represented below.

---

[14] The other two components of impedance are inductance (L) and capacitance (C), which together form reactance (X). Complex math correlates Z, R, L and C, and is beyond the scope of this report.

PAGE 28

25-CMLGA-23093
Siemens AFCI



**Fig. 4 – Simple Direct Current System**

51.    The source, which in the above schematic is a direct current (DC) source such as a battery, provides higher voltage (i.e., pressure) electric energy through the positive wire to the load. The load consumes the voltage and returns the electricity to the battery through the negative wire. Note that, as in the hydraulic system, the same flow of fluid is returned to the reservoir as is pumped out (absent leaks), just at a lower pressure. In an electrical system, the same electricity flows back to the source as leaves the source (absent leaks to ground), it is just at a lower voltage.

52.    In an alternating current (AC) system, which is used in most residential, commercial, and industrial locations, similar concepts apply, it is just that the math is a little more complex. We also use different terminology. A simple AC system is depicted below:

PAGE 29

25-CMLGA-23093
Siemens AFCI



**Fig. 5 – Simple Alternating Current System**

53.     In an AC system, the electrical voltage follows a *sine wave* pattern, as shown below in Fig. 66 where, over time, the voltage increases, peaks at maximum

25-CMLGA-23093
Siemens AFCI

voltage, decreases, peaks at lower voltage and returns to zero. We call this one *cycle* of the voltage. The basic components of an AC sine wave are shown in Fig. 6.[15]



**Fig. 6 – Single Phase Sine Wave**

54.    AC systems have a *period,* which is the time it takes one cycle to complete. In North America, this period is ~16.66 milliseconds (mS). Accordingly, there are 60 cycles completed every second. In the electric world, this is referred to as 60 Hz AC power.

55.    In a single-phase AC system, common in residential and many commercial installations, we call the higher voltage wire the *hot* wire and the lower voltage return path the *neutral* wire. The hot wire is the black wire in most residential

---

[15] Source: https://www.electronics-tutorials.ws/accircuits/sinusoidal-waveform.html, last accessed May 29, 2025.

25-CMLGA-23093
Siemens AFCI

installations and the neutral wire is the white wire. The hot wire is also referred to as the *ungrounded* conductor. The neutral wire is grounded (connected to earth) at one point in the system, so we refer to the neutral wire as the *grounded conductor*. The hot and neutral conductors provide a path for the electric energy to leave the source, go to the load, and return to the source. If either connection is broken or severed, the system will not operate. This is how a basic light switch works: to turn off the light, the switch severs (opens) one of the connections between the source and the load, so that there is not a complete path.

56.     The grounded conductor is different from the green or bare wire that is the *grounding conductor*, sometimes referred to as the *ground*. Unlike the neutral (grounded) conductor which carries current anytime the system is operating, the grounding conductor (ground) only serves as an emergency, low impedance return path to the source. The grounding conductor serves a safety function, to keep exposed metallic parts at low voltage, and to allow breakers to operate in an overcurrent and/or short circuit condition. An NM cable used for residential applications is shown below. In this case, there are two hot (ungrounded) conductors that share a neutral (grounded) conductor.

25-CMLGA-23093
Siemens AFCI



**Fig. 7 – Illustration of NM Cable**

57.     AC power systems can either be single phase or multi-phase. The most common multi-phase system is the three-phase system, used mostly in industrial and larger commercial locations.[16] A single-phase system has only one source and one voltage sinewave, as shown in the single-phase sine wave.[17] In North America, single-phase residential systems are commonly supplied from a single phase, center

---

[16] As the breakers in question are single phase devices, multi-phase systems are beyond the scope of this report.
[17] *See* Fig. 6

PAGE 33

25-CMLGA-23093
Siemens AFCI

tapped transformer, as shown below in Fig. 8. These systems are called split phase because one phase of power is split into two sections to create two different utilization voltages.



**Fig. 8 – Center Tapped (split-phase) 240V/120V System**[18]

58.     Such a system uses the utility voltage, "high voltage" side in the figure through a single transformer that reduces voltage and creates two hot wires (Line 1 and Line 2). These hot wires are called the *legs* of the system.[19] The voltage from each of the hot wires to the neutral (grounded) conductor is 120VAC. The voltage

---

[18] Source: https://solarpowerplanetearth.com/electricity101.html last accessed May 29, 2025.

[19] Some people call each leg a "phase" and such a system a "2-phase" system, but this is incorrect. There are several reasons for this, the most important of which is there is only a single source. Additionally, the phase difference between the two legs is 180°, and a 2-phase system is separated by 90°. Some early electrical distribution systems in the northeast United States were 2-phase, but those systems were phased out and replaced with a more efficient three phase system.

25-CMLGA-23093
Siemens AFCI

between each hot wire and the other is 240VAC. In a residence, most receptacles (plug-ins) and smaller appliances are 120VAC, while larger appliances, such as electric dryers, ovens, and ranges, are 240VAC.

## 2.   Faults in an Electrical System

59.    A *fault* in an electrical system is a term used to describe when electricity flows in an unintended path. Think back to the hydraulic system above at Fig. 3. A leak can develop in the hydraulic system, which would allow the high-pressure hydraulic fluid to leak onto the ground and be lost from the system. Since the hydraulic fluid is at high pressure, it poses a safety risk to personnel and other equipment which may be nearby. In an electrical system, a "leak" from the hot wire to ground would be referred to as a "ground fault." Ground Fault Circuit Interrupters (GFCI) in an electrical system detect this "ground fault" and operate a switch to sever the connection between the source and the hot wire and stop the flow of electricity.

60.    Consider also, a scenario in the comparative hydraulic system where the control valve of the hydraulic system leaks internally and allows the fluid to return to the reservoir without doing work in the cylinder.

61.    In an electrical system, this is referred to as a "short circuit." As you can imagine, such a system would have a low impedance, as it would only have the

25-CMLGA-23093
Siemens AFCI

impedance of the conductors (pipes), and thus, the short-circuit current (flow) would be very high. A "standard" circuit breaker would sense this high short-circuit current and open very quickly to protect the wires and connected load from overheating and causing additional damage. The amount of heat (power, P) consumed in a conductor is equal to the square of the current flow (I) times the resistance of the conductor (R), as shown in the formula below.

$$P = I^2R$$

62.     Another condition that a circuit breaker protects against is known as an *overload*. An overload condition exists when an electrical circuit has too much electrical demand.



**Fig. 9 – Illustration of Overload Electrical Circuit**

25-CMLGA-23093
Siemens AFCI

63.     In an *overload*, the impedance of the load is low enough to cause the current to rise above the capability of the attached conductors, but not as high as a short circuit. As the current is lower, the heat generated is lower, and thus the breaker allows the current to stay for a longer period of time. The amount of time it takes for a breaker to *trip* (automatically open) is a function of the total current, with higher current overloads tripping faster than lower current overloads. An example of an overload is trying to use a microwave and an electric heater on the same 20 Amp (unit of current) or less circuit. Another example is trying to use a hair dryer and a curling iron on the same 20 Amp or less circuit. In either case, the total current used by the loads exceeds the rating of the wire, and the circuit breaker *trips,* or opens to protect the conductors.

64.     Faults come in two forms. Solidly connected faults occur when two conductors at different voltages come in direct contact with each other and stay in contact. In a residential system, this could occur between the hot and the neutral wires or the hot and the ground wires (or another grounded component like an electrical enclosure). In either case, since all the current is flowing only through the conductors, the impedance of the system is very low, and the resulting current is very high. Standard breakers protect against this condition very well.

65.     The other form of fault is an *arcing* fault. In an arcing fault, part of the path is through ionized dielectric (insulating) material, which electrical specialists

25-CMLGA-23093
Siemens AFCI

call an arc. An *arc* is defined as a "continuous luminous discharge of electricity across an insulating medium, usually accompanied by the partial volatilization of the electrodes."[20] A common insulating medium where arcs form is air, although arcs can form through any insulating material, including a carbonized path. An arc through air is shown in the figure below.[21] As can be seen, the arc is luminous (puts out light energy). The electrodes of the arc are the individual pieces of conductors visible. The image shows that the electrodes are being *volatilized*, which simply means they are being broken down into a gas by the arc.

---

[20] G. D. Gregory and G. W. Scott, "The arc-fault circuit interrupter: an emerging product," *IEEE Transactions on Industry Applications,* vol. 34, no. 5, pp. 928-933, 1998, doi: 10.1109/28.720431, quoting from the *IEEE Standards Dictionary*.
[21] Source: Adobe.

25-CMLGA-23093
Siemens AFCI



**Fig. 10 – Illustration of an Electrical Arc**

66.    In an electric arc, some energy is consumed heating and ionizing the insulating material air, as well as providing the glow of the arc. As a result, an arc has a non-zero impedance that would be added in to the circuit. Two kinds of arcing exist: series arcs and parallel arcs. In a series arc, the arc exists because of some interruption of the path either creates a parting arc (as the conductors are separated), or creates a carbonized (e.g., charred) path that acts as a conductor to initiate the arc. Such a scenario can exist because of a broken conductor (think of a hair dryer cord repeatedly closed in a drawer and pinched), or loose connection. Some references

PAGE 39

25-CMLGA-23093
Siemens AFCI

refer to this as a *low current arc*, since the current will always be lower than that

drawn by the connected load.



**Fig. 11 – Schematic Example of a Series Arc**

67.     In such cases, the arc is in-line with the desired path and, as such, would

not cause an overcurrent (e.g., short circuit or overload condition). In fact, because

the arc has impedance, the amount of current draw through the connected load

would, in cases of simple load, be reduced. A standard circuit breaker would not

detect this condition. Another example of a series arc is an electric welder. In this

case, the path is through the weld cable, the welding stick (or wire), and then the

grounded metal plate back to the source (arc welder). In the case of an electrical

PAGE 40

25-CMLGA-23093
Siemens AFCI

welder, the electric welder controls the voltage in order to control the heat of the arc.[22]



**Fig. 12 – Arc Welder**

68.    The other kind of arc is a *parallel arc*. A parallel arc exists when a short-circuit exists, but instead of being solidly connected, part of the path is through an arc. The impedance of the arc can limit the short-circuit current to the point that a standard breaker would either not recognize it, or treat it as an overload condition, either of which would allow the arc to exist for a longer period of time. An example of a parallel arc, where pliers severed the wire and created a parting arc, is shown below.[23]

---

[22] Source: https://zerohourparts.com/what-is-arc-welding/ last accessed August 25, 2025.
[23] Source: Adobe.

25-CMLGA-23093
Siemens AFCI



**Fig. 13 – Example of Parallel Arc**

69.    As the current through this arc is limited only by the impedance of the conductors, it has a higher current draw than a connected load. Some references call this a *high-current arc*. At some point, the overload protection of a standard breaker would cause this load to trip; however, it may not trip fast enough to prevent a fire from the arc. AFCIs are intended to mitigate both series and parallel arcs.

### 3.    Characteristics of an Arc

70.    As discussed above, an arc exists when an insulating medium, such as air or a carbonized path, becomes ionized, allowing current to flow. Some practitioners say that an arc exists because the electricity jumps from one location to

PAGE 42

25-CMLGA-23093
Siemens AFCI

another, due to the proximity. While this may occur at higher voltages, this is typically not the case for residential voltages. In residential voltage systems, an arc is typically created in two ways: 1) as conductors are separated while carrying current (parting arc), such as unplugging an electric heater without turning it off, or 2) through insulation whose insulating characteristics have been compromised, allowing current flow through the insulation (e.g., charred insulation). Once an arc has formed, it will likely remain capable of maintaining the arc until some outside force interrupts it.

71.   Recall, as discussed above, that AC voltage has a waveform that follows a sine wave.[24] A clean AC signal is shown in Fig. 14 below. As can be seen, the sine wave is smooth throughout the entire cycle. Further, the cycle can be broken down into two half-cycles. The first half cycle starts at zero, rises to maximum amplitude ($A_{(max)}$) and then returns to zero at $\pi$ (180°). This is referred to as the *positive half*-cycle since the voltage is above zero. The second half-cycle begins at $\pi$, lowers to minimum amplitude ($A_{(min)}$) and then returns to zero at $2\pi$ (360°). This is the *negative half*-cycle since the voltage is below zero. An arc reacts to a voltage difference across the arc, whether that voltage is positive or negative. Accordingly, it will react similarly in both the positive and negative half cycles.

---

[24] *See, e.g.,* ¶53.

PAGE 43

25-CMLGA-23093
Siemens AFCI



**Fig. 14 – Single Phase Sine Wave**

72.    However, an arc has "███████████████████████████████

████████████[25] These occur because of the way that the ionized path reacts to the

voltage. Fig. 15 shows typical arc characteristics for voltage and current

waveforms.[26]

---

[25] SIEMENS_AFCI_00137227
[26] Gregory and Scott, Fig. 4 (annotated).

PAGE 44

25-CMLGA-23093
Siemens AFCI



**Fig. 15 – Typical Characteristics for Voltage and Current Arc Waveform**

73.     At the zero crossing point, the voltage difference across the arc is, accordingly, zero. At the beginning of each half-cycle, the voltage difference across the potential arcing path rises until the point at which the insulating material breaks down and becomes ionized. When this occurs, the voltage has a very fast rise time (dv/dt), which results in a *peak* of voltage at the beginning of the half-cycle, as shown with red arrows on the voltage waveform in Fig. 15. During this period, there is extremely low (if any) current flow through the arc path, as the insulating material is still insulating. This is shown in the blue regions of the current waveform, commonly referred to as *shoulders*. Once the arc ignites, the impedance of the

PAGE 45

25-CMLGA-23093
Siemens AFCI

ionized path is lower than the insulating material itself, resulting in higher current flow. The resulting current waveform also has a very fast risetime, resulting in a high change in current over time (di/dt). Correspondingly, the reduced impedance causes a reduction in voltage and a *constant voltage* region in the voltage waveform, shown with green windows above in Fig. 15. This constant voltage window ███████ ████████████████ ."[27] As voltage falls towards the end of the half-cycle, the arc becomes unstable and extinguishes, allowing voltage to peak (blue arrows) and current to drop to near zero (red windows). The voltage waveform then follows the sine curve back to zero, and the process begins again with the new half-cycle. Typical arc voltage and current waveforms are shown separately below in Fig. 16.

---

[27] SIEMENS_AFCI_00137227.

25-CMLGA-23093
Siemens AFCI



**Fig. 16 – Arc Voltage and Current Waveforms**[28]

74.     It is the combination of voltage and current waveforms, and especially the voltage characteristic waveform, which distinguishes a true arc from other "noisy" electrical sources. As an example, a switch mode power supply (SMPS) is a common device used in devices such as computers, LED lights, and other electronic devices, to convert 240/120VAC line voltage to a lower DC voltage. In DC power, the voltage level does not vary over time; it is constant, as shown in Fig. 17.

---

[28] J. Andrea, M. Buffo, E. Guillard, R. Landfried, R. Boukadoum, and P. Teste, "Arcing fault in aircraft distribution network," in *2017 IEEE Holm Conference on Electrical Contacts* pp. 317-324, Fig. 10 (2017) doi: 10.1109/HOLM.2017.8088106 (excerpted).

25-CMLGA-23093
Siemens AFCI



**Fig. 17 – DC Voltage Waveform**[29]

75.     An SMPS has similar input current characteristics as an arc, as shown in Fig. 18 below. Note that in the startup waveform (as the SMPS is turned on), the current has similar shoulders as current during an arcing event (blue windows). The shoulders are still there, they are just longer in duration, and the corresponding spike in current is smaller.

---

[29] H. Liao, S. C. Wang, and Y. H. Liu, "Generalized Simulation Model for a Switched-Mode Power Supply Design Course Using MATLAB/SIMULINK," *IEEE Transactions on Education,* vol. 55, no. 1, pp. 36-47, Fig. 23(b) (2012) doi: 10.1109/TE.2011.2115243.

25-CMLGA-23093
Siemens AFCI



**Fig. 18 – SMPS Input Current**[30]

76.    However, the input voltage to a SMPS does not have the corresponding shape of an arc voltage, as shown in the blue trace below.

---

[30] Gregory and Scott, Fig. 6.

25-CMLGA-23093
Siemens AFCI



**Fig. 19 – Input Voltage Waveform SMPS**[31]

**B. ARC FAULT INTERRUPTER REQUIREMENTS**

77.    Because arcing faults result in ionized air, they can have very high temperatures, on the order of 30,000°F. These high temperatures can ignite flammable vapors or combustibles. They can also char (breakdown) the polymer based (often polyvinyl chloride, PVC) insulation of wires. The insulation off-gases into several flammable vapors, which can then be ignited with an arc. Some arcs can

---

[31] Liao, Fig. 25(b).

25-CMLGA-23093
Siemens AFCI

eject molten metal balls, usually copper, which can serve as an ignition source. As a result, arcs can serve as a source of ignition in a structure.

### 1.   NFPA 70 (National Electrical Code)

78.    The NFPA National Electrical Code (NEC) requires application of AFCIs to the circuits in various locations of a residence. The locations where the NEC requires ACFIs have evolved and expanded over the last 25 years.[32]  The 1999 version of the NEC required that by January 1, 2002, all new residential structures install AFCIs on circuits that serve bedroom receptacles.[33] The 2002 version of the NEC expanded the requirement to include all bedroom circuits (including, for example, lighting).[34] These early AFCI devices were referred to as *branch/feeder* devices and were intended to detect arcs in the structure wiring to the outlet, but not cords of connected home electrical products (HEPs). The 2005 version of the NEC required that bedroom circuits apply combination type AFCI breakers.[35] A *combination AFCI* is one that extends protection to the connected cords.

---

[32] The NEC is utilized and enforced in all 50 states in the U.S. This is done by integrating a version of the NEC into state or local building codes, either in its entirety or with amendments. This adoption process is not uniform; states and local jurisdictions independently choose which NEC edition to adopt and when, often leading to a lag in adoption behind the most current version of the NEC.

[33] Nat'l Fire Protection Ass'n, *National Electrical Code* Art. 210.12 (1999) (This discussion will only focus on AFCI breakers. Other configurations, such as the use of AFCI outlets were allowed by the NEC but are not included here to simplify the discussion.).

[34] NEC Art. 210.12 (2002).

[35] Branch/Feeder devices were allowed until Jan 1, 2008.

25-CMLGA-23093
Siemens AFCI

79.     In 2008, the NEC expanded its requirements for combination AFCIs to all circuits in "family rooms, living rooms, parlors, libraries, dens, sunrooms, recreation rooms, closets or similar rooms," and required combination type AFCI devices in all of these locations.[36] The 2011 version of the NEC added dining rooms and hallways.[37] Kitchens and laundry areas were added in the 2014 version of the NEC, introducing AFCIs to circuits with a large number of HEPs, including, for example, microwaves, refrigerators, washing machines, and dryers. The 2014 NEC required AFCI application for all 120-volt, single-phase, 15-20A branch circuits supplying outlets or devices installed in dwelling unit kitchens, family rooms, dining rooms, living rooms, parlors, libraries, dens, bedrooms, sunrooms, recreation rooms, closets, hallways, laundry areas or similar rooms or areas. It also added dormitory unit bedrooms, living rooms, hallways, closets and similar rooms.[38]

80.     The 2017 NEC expanded AFCI requirements to guest rooms and suites in hotels and motels.[39] In 2020, patient sleeping rooms in nursing homes and limited-care facilities were added.[40] In 2023, 10 Amp circuits, which were first allowed in the 2023 NEC were included and the AFCI requirements were also reformatted in

---

[36] NEC Art. 210.12(B) (2008).
[37] NEC Art. 210.12(A) (2011).
[38] NEC Art. 210.12(A), (C) (2014).
[39] NEC Art. 210.12(A), (B), (C) (2017).
[40] NEC Art. 210.12(A), (B), (C) (2020).

25-CMLGA-23093
Siemens AFCI

the Code to make it easier to read. The list of residential areas requiring AFCI application in the 2023 NEC is shown below.



**(B) Dwelling Units.**
All 120-volt, single-phase, 10-, 15-, and 20-ampere branch circuits supplying outlets or devices installed in the following locations shall be protected by any of the means described in **210.12(A)(1)** through (A)(6):

(1)   Kitchens
(2)   Family rooms
(3)   Dining rooms
(4)   Living rooms
(5)   Parlors
(6)   Libraries
(7)   Dens
(8)   Bedrooms
(9)   Sunrooms
(10)  Recreation rooms
(11)  Closets
(12)  Hallways
(13)  Laundry areas
(14)  Similar areas

**Fig. 20 – Areas of Dwelling Units Requiring AFCI Application under 2023 NEC[41]**

---

[41] NEC Art. 210.12(B) (2023).

PAGE 53

25-CMLGA-23093
Siemens AFCI

81.    The 2023 NEC also included expanded application in dormitories and

buildings where sleeping rooms required AFCI.

**(C) Dormitory Units.**
All 120-volt, single-phase, 10-, 15-, and 20-ampere branch circuits supplying outlets or devices installed in the following locations shall be protected by any of the means described in 210.12(A)(1) through (A)(6):

(1)   Bedrooms

(2)   Living rooms

(3)   Hallways

(4)   Closets

(5)   Bathrooms

(6)   Similar rooms

**Fig. 21 – Areas in Dormitories Requiring AFCI Application under 2023 NEC[42]**

**(D) Other Occupancies.**
All 120-volt, single-phase, 10-, 15-, and 20-ampere branch circuits supplying outlets or devices installed in the following locations shall be protected by any of the means described in 210.12(A)(1) through (A)(6):

(1)   Guest rooms and guest suites of hotels and motels

(2)   Areas used exclusively as patient sleeping rooms in nursing homes and limited-care facilities

(3)   Areas designed for use exclusively as sleeping quarters in fire stations, police stations, ambulance stations, rescue stations, ranger stations, and similar locations

**Fig. 22 – Other Occupancies Requiring AFCI Application under 2023 NEC[43]**

---

[42] NEC Art. 210.12(C) (2023).
[43] NEC Art. 210.12(D) (2023).

PAGE 54

25-CMLGA-23093
Siemens AFCI

## 2. UL 1699

82.    In 1999, Underwriters Laboratories—an ANSI recognized SDO that develops safety standards and provides testing, inspection, and certification for products, processes, and systems—promulgated a standard to address requirements for safety testing of AFCI devices. This standard, known as UL 1699 *Standard for Arc-Fault Circuit-Interrupters* along with UL 489 *Standard for Molded Case Breakers*, provides the bases for basic functional testing of AFCI circuit breakers. UL 1699 recognizes two different types of AFCI breakers: branch/feeder AFCI breakers and combination-type AFCI breakers.[44]  UL 1699 outlines several tests to evaluate various functions of AFCI breakers and identifies several tests to test various functions of the AFCI breakers. In order to test the arc fault recognition and interruption capabilities of the breakers, UL 1699 outlines four types of arc detection tests:

- Carbonized Path Arc Ignition Test

- Carbonized Path Arc Interruption Test

- Carbonized Path Arc Clearing Time Test

- Point Contact Arc Test.

---

[44] UL 1699 also recognizes other types of AFCI devices that are not circuit breakers, but those are beyond the scope of this report.

25-CMLGA-23093
Siemens AFCI

83.     These tests can be performed on either NM-B cable (building wiring cable) or on SPT-2 cable, which is used for smaller HEPs, such as lamps and extension cords. The tests performed on NM-B cable are intended to simulate arc fault protection on the building wiring, while tests on SPT-2 cable are intended to simulate arc fault protection on connected cords.

### a.  Carbonized Path Arc Ignition Test (NM cable only)

84.     This test simulates a cut to one of the NM cable conductors in operation. One of the conductors in the NM cable is stripped back and cut, then positioned so that the cut ends are barely touching. The cut is then wrapped in electrical tape and surrounded by cotton. A high voltage, low current signal is applied to the conductor in order to force an arc and create a carbonized conductive path across the cut. A 120 Volt, 5 Amp signal is then applied.



**Fig. 23 – Carbonized Path Arc Ignition Test Schematic**

PAGE 56

25-CMLGA-23093
Siemens AFCI

85.     This process is repeated until a stable arc is maintained at 120V, and the AFCI breaker operates, or the cotton ignites. The test is repeated at 10 Amps, the rated current of the breaker (e.g., 15 Amps), and 150% the rated current of the breaker (e.g., 22.5 Amps). The test is passed if the breaker detects an arc and opens, and the cotton does not ignite.

### b. Carbonized Path Arc Interruption Test (NM-B and SPT-2)

86.     This test simulates a high current, parallel arc in both building wiring and an HEP cord. In this case, a cut is made to penetrate the insulation for all conductors (without cutting the conductors). The cut insulation is then wrapped in electrical tape and fiberglass tape. A high voltage, low current signal is used to create a carbonized path between conductors, then a 120 Volt, 75 Amp signal is applied. This is repeated until a stable 120V parallel arc is created. The test is passed if the circuit breaker operates within 8 arcing half-cycles within a half-second period. The test is repeated at 100 amps with the same criteria.

25-CMLGA-23093
Siemens AFCI



**Fig. 24 – Carbonized Path Arc Interruption Test Schematic**

### c.  Carbonized Path Arc Clearing Time Test (SPT-2)

87.     This test is applied only to SPT-2 cables and is the only test that is applied to a combination-type AFCI without being applied to a branch/feeder AFCI. For this test, the cord insulation on both conductors is cut, without severing any of the conductors. The ends of the cord are separated in air without a load being applied to the end. A high voltage, low current signal is applied to create a carbonized path, then a 120 Volt 5A signal is applied across the carbonized path to create an arc.



**Fig. 25 – Carbonized Path Arc Clearing Time Test Schematic**

PAGE 58

25-CMLGA-23093
Siemens AFCI

88.    The test is repeated at several current levels, and the breaker must open

in the specified number of cycles, as outlined below.

| Test current, Amperes[c] | 15 Amp AFCI | 20 Amp AFCI | 30 Amp AFCI |
|---|---|---|---|
| 5 | 1 sec | 1 sec | 1 sec |
| 10 | 0.4 sec | 0.4 sec | 0.4 sec |
| Rated current | 0.28 sec | 0.20 sec | 0.14 sec |
| 150 percent rated current | 0.16 sec[a] | 0.11 sec[a] | 0.1 sec |
| | 0.19 sec[b] | 0.14 sec[b] | |

[a] Required clearing time when the switch is closed on the load side of the AFCI. See 40.4.6.
[b] Required clearing time when the AFCI is closed on the fault. See 40.4.6.
[c] Tests at 120 V are also applicable to cord AFCIs rated 120 V/240 V.

**Fig. 26 – UL 1699 Table 40.1 Arc Clearing Time Requirements**

### d.  Point Contact Arc Test (NM-B and SPT-2)

89.    This test is intended to simulate a conductor being severed by a

conductive tool while energized, like the image of the pliers cutting the cord above

in Fig. 13. In this case, the cable is energized at 120VAC, and a conductive guillotine

blade is slowly lowered onto the cable until the insulation is severed and an arc is

created.

PAGE 59

25-CMLGA-23093
Siemens AFCI



**Fig. 27 – Point Contact Arc Test Apparatus[45]**

90.    The test is repeated at 75, 100, 150, 200, 300 and 500 amps of arc current. The test is passed if the breaker detects the arc and opens within 8 arcing half-cycles within a 0.5 second period.

### e. Unwanted Tripping Test

91.    In addition to the arc detection tests outlined above, UL 1699 requires testing for unwanted tripping (i.e., nuisance tripping) for a specified list of load conditions. The specified load devices are connected to the AFCI breakers, and the

---

[45] Underwriters Laboratories Inc., *UL 1699: Standard for Arc-Fault Circuit-Interrupters*, fig. 40.5 (3rd ed., 2023).

25-CMLGA-23093
Siemens AFCI

AFCI should not trip. If the AFCI does trip, five additional AFCI breakers are to be tested and required to not trip. The load conditions to be tested are as follows:

- Loading Condition 1 – Inrush current

    - 1000W incandescent lamp load with a capacitor start motor (e.g., air compressor motor) started.

- Loading Condition II – Normal operation arcing

    - Vacuum cleaner started and switched off five times.

    - A bi-metallic appliance (e.g., flat iron, electric skillet, etc.) with a bi-metallic thermostat run for 4 hours, with at least 25 operations of the thermostat. During the four hours, the appliance shall be jolted and then placed at rest 10 times.

    - 1000W incandescent lamp load turned on and off with a normal "snap" switch (light switch) 10 times within one minute. This test is repeated with several "worn" switches.

92. Loading condition III – non-sinusoidal waveform

    - 1000W incandescent light load controlled with an electronic dimmer with a filtering coil with the dimmer set to four different dimming settings. The test is repeated with a 600W incandescent load and a dimmer without a filtering coil.

25-CMLGA-23093
Siemens AFCI

- Electronic variable-speed electric hand-held shop tool rated 5-7 Amps, with the speed varied from minimum to maximum for one minute.

- Electronic SMPS with a total load current of 5A and current distortion of 100% and certain harmonics present.

- Two 40W fluorescent lamps plus an additional 5A resistive (heating) load. The lamps shall be turned on from cold and operated for at least 10 seconds.

- High wattage electronic lamp dimmer with a filtering coil operated at four different dimmer levels. This test is optional.

- Loading Condition IV – Cross talk.

  - Two circuits using THHN wire (individual wires) sharing a neutral (ungrounded conductor), one protected by AFCI and one not. The wires are in a metal conduit. A point arc test (guillotine test) is conducted at 150 Amps on the unprotected circuit and the AFCI shall not trip.

  - Two circuits using NM-B cable sharing a neutral (ungrounded conductor), one protected by AFCI and one not. The wires are in a metal conduit. A point arc test (guillotine test) is conducted at 150 Amps on the unprotected circuit and the AFCI shall not trip.

PAGE 62

25-CMLGA-23093
Siemens AFCI

- Loading Condition V – multiple load

    - Electronic variable-speed electric hand-held shop tool rated 5-7 Amps, with the speed varied from minimum to maximum for one minute. Additional load is added to bring the total load to the AFCI current rating.

    - Two 40W fluorescent lamps plus an additional resistive (heating) load added to bring the total load to the AFCI current rating. The lamps shall be turned on from cold and operated for at least 10 seconds.

- Loading Condition VI – Lamp Burnout

    - An incandescent lamp is jostled until it burns out. The test is repeated 3 times.

93.    Other tests include using an apparatus to create a parting arc (separation of conductors) and combining it with appliances or electromagnetic interference (EMI) filters to "mask" the arc signal. The AFCI should still operate within the same times as outlined in Fig. 26 above.

## IX.    SIEMENS' APPROACH TO AFCI PROTECTION

94.    Siemens' Research and Development Engineer, Matthew Leidy, testified that the Gen 3 breakers used ███████████████████████████ and

25-CMLGA-23093
Siemens AFCI

described the model as one where "████████████████████████████████████████████████████████████████████████████████████████████████"[46]  Leidy went on to elaborate that this approach

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████[47]  Leidy clarified that ██████████████████████████████████████████████████████████████whereas the later

Gen 4 breaker used ██████████████████████████████[48] Leidy testified

tha██████████████████████████████████████████████████████████████████████████████

████████  which prompted Siemens to ██████████████████████████████ in

Gen 4.[49]

95.       Siemens has had four generations of AFCI breakers with several sub-generations or versions (Gen 1, Gen 2, Gen 3A, Gen 3B, Gen 3C, Gen 3C+, Gen

---

[46] M. Leidy 30(b)(6) Dep. 147:23-25; 148:1-10.
[47] M. Leidy 30(b)(6) Dep. 163:7-164:25.
[48] M. Leidy 30(b)(6) Dep. 167:19-22.
[49] M. Leidy 30(b)(1) Dep. 148:11-21.

25-CMLGA-23093
Siemens AFCI

4A, Gen 4B). My overview and analysis will focus on the Gen 3 and Gen 4 breakers

that were released in the United States. The Gen 3 and Gen 4 breakers evaluated in

my analysis include:[50]

- Gen 3A      (July 2017)
- Gen 3B      (October 2018)
- Gen 3C      (February 2020)
- Gen 3C+     (February 2021)
- Gen 4B      (November 2021)

96.    As discussed above in Section VIII.3, an arc has specific voltage and

current characteristics that distinguish it from other loads. Of these, the most

important characteristic is the constant voltage portion of the voltage signal, as

shown in the green windows of the figure duplicated below.

---

[50] Flow Charts of key modules of the various versions of Siemens software are attached at
Appendix C. *See also* Siemens' response to Interrogatory 6.

25-CMLGA-23093
Siemens AFCI



**Fig. 28 – Typical Arc Voltage Characteristics (Voltage and Current)**[51]

97. ████████████████████████████████████████

████████████████████████████████████████████████

---

[51] Gregory and Scott, Fig. 4 (annotated).

25-CMLGA-23093
Siemens AFCI

following:[52]



**Fig. 29 – Excerpt from Project 4787862189 - Interpreting Carbonized Path
Clearing Time Test Results**

98.     The "Figure 2" referenced by Yang and Kinsel in the above excerpt is

duplicated below.

---

[52] SIEMENS_AFCI_00137227.

25-CMLGA-23093
Siemens AFCI



**Fig. 30 – Typical Waveform Showing Arc Voltage Characteristics**[53]

99.    Siemens Gen 3 and Gen 4 AFCI breakers measure the current

waveform ███████████████████████████████████████████[54] However,

---

[53] ████████████████████████

[54] █████████████████████████████████████████████████████

████████████████████████████████████ in Fig. 30; *see also* M. Leidy 30(b)(6)
Dep. 72:2-11.

25-CMLGA-23093
Siemens AFCI

Siemens AFCI breakers do not measure ███████████████████████ but

instead measure ████████████████████████



**Fig. 31 – High level Architecture of Siemens AFCI**[55]

100.    The area in the box marked ████████████████ is the measurement

of ████████████████████████████████████████

████████████This ██████████████████████████████

---

[55] ████████████████████

25-CMLGA-23093
Siemens AFCI

---

[56] SIEMENS_AFCI_00174136; *see also* M. Leidy 30(b)(1) Dep. 123:23-124:17 (testifying ████████ ████; SIEMENS_AFCI_00392961 (Kinsel presentation on CAFCI Theory of Operation stating ██████████████████████████████.

25-CMLGA-23093
Siemens AFCI



**Fig. 32 – RF Spectrum**[57]

101.    Siemens' AFCIs monitor ███████████████████

████████████████████████████████████[58] █

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

██████████████████████████████

102.    Siemens measures ███████████████████

████████████████████████████████████████

████████████████████████████████████[59]

---

[57] Source: https://terasense.com/terahertz-technology/radio-frequency-bands/ last accessed Sept 2, 2025 (annotated in red).
[58] SIEMENS_AFCI_00392969.
[59] M. Leidy 30(b)(1) Dep. 178:6-17; SIEMENS_AFCI_00028130; SIEMENS_AFCI_00012698; SIEMENS_AFCI_00392966; source code inspection (Gen 3, Gen 4).

25-CMLGA-23093
Siemens AFCI

Siemens logic then ████████████████████████████████████

██████████████████ to "classify" the monitored signal as an arc, or not an arc.

These calculations in Gen 3A were relatively straightforward. For detection of

parallel arcs, the AFCI breaker ███████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

███████████████

25-CMLGA-23093
Siemens AFCI



**Fig. 33 – Peak Current Measurement Gen 3A**[60]

25-CMLGA-23093
Siemens AFCI



**Fig. 34 – Parallel Arc Detection Gen 3A**[61]

103.    To classify series arcs, the Siemens Gen 3A AFCI ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[61] ▮▮▮▮▮▮▮▮▮▮

25-CMLGA-23093
Siemens AFCI



**Fig. 35 – RSSI Measurements of Siemens AFCI Breakers**[62]

---

[62] ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

25-CMLGA-23093
Siemens AFCI

104.    Another example ████████████████████████

████████████████████████



**Fig. 36 – Measured Series Arc Signature 30A**[63]

105.    Siemens' logic for determining a series arc generally follows the logic outlined in the Fig. 37 and Fig. 38.

---

[63] ██████████████████.

25-CMLGA-23093
Siemens AFCI



**Fig. 37 – RSSI Envelope Logic**[64]

25-CMLGA-23093
Siemens AFCI



**Fig. 38 – Series Arc Detection**[65]

106.    Siemens' parallel arc logic largely followed the same pattern

throughout all versions of its Gen 3 AFCI breakers. Series arc detection, on the other

---

[65] ██████████████████████.

25-CMLGA-23093
Siemens AFCI

hand, became increasingly complex with each successive version as Siemens

attempted to eliminate nuisance tripping.[66] ███████████████████

████████████████████████████████████████

████████████████████████████

107.    Internal documents show that Siemens was aware that its AFCIs had a

nuisance tripping defect prior to the release of its Gen 3 breakers. ███████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████

---

[66] *See, e.g.*, Siemens' response to Interrogatory 6.
[67] SIEMENS_AFCI_00013716.

25-CMLGA-23093
Siemens AFCI



**Fig. 39 – Internal Presentation on Gen 2 to Gen 3 Transition**[68]

108.    An internal Siemens document ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"[69]

109.    In August 2018, Application Engineer Nathan Massicotte emailed

R&D Engineers Hugh Kinsel and Matthew Leidy inquiring about ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

---

[68] SIEMENS_AFCI_00013716.
[69] SIEMENS_AFCI_00182365.

25-CMLGA-23093
Siemens AFCI

██████████████████████████████████████

██████████████[70]

110.    Internal Project Notes dated December 2019 regarding Gen 3C,

████████████████████████████████████████

█████████



**Fig. 40 – Excerpt from Gen 3C Project Notes[71]**

111.    In August 2020, Siemens R&D Engineers Matthew Leidy and Dr.

Westin Williams delivered an internal presentation titled ████████████████

███████████ The presentation outlined ████████████████████████

████████████████████████████████████[72]

---

[70] █████████████████████

[71] ██████████████████████ (annotated); *see also* SIEMENS_AFCI_00138196, SIEMENS_AFCI_00138198 (email from Siemens Industry Standards Manager David Hewitt to the Canadian Standards Association (now CSA Group) following up on discussion of Siemens' upcoming Gen 3C project).
[72] SIEMENS_AFCI_00181315–336.

25-CMLGA-23093
Siemens AFCI



**Fig. 41 – 2020 Machine Learning Update**[73]

112.    In an April 12, 2021 document titled █████████████████

█████████████████████████, Siemens indicated that an update to

Gen 3B firmware was ████████████████████████████████

████████████████ and ████████████████████████████

████████████████████████████████████"[74]



---

[73] ████████████████████(annotated).
[74] █████████████████

25-CMLGA-23093
Siemens AFCI



**Fig. 42 – Excerpt on Machine Learning Update**

113.    In February 2022, Siemens R&D Engineers Amit Nayak and Dr. Guang

Yang prepared an internal presentation on the future of the residential circuit breaker

division that included ██████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████[75]

───────────────

[75] SIEMENS_AFCI_00045141.

25-CMLGA-23093
Siemens AFCI



**Fig. 43 – Excerpts from Future of Resi Presentation**[76]

25-CMLGA-23093
Siemens AFCI

114.    An internal February 8, 2023 presentation on █████████████ ███████████ presented by R&D Engineers Matthew Leidy and Dr. Westin Williams, ████████████████████████████████████████████ ██████████████████████████████████[77] The presentation noted the goal ████████████████████████████████████████████ ███████████████████████████████

**Fig. 44 – AFCI Update Presentation**[78]

---

[77] ████████████████████████

[78] *Id.*

25-CMLGA-23093
Siemens AFCI

115.    Matthew Leidy, testifying on behalf of Siemens, confirmed that successive software iterations were made in response to nuisance tripping issues.[79]

116.    Gen 4 AFCIs took an entirely new approach. ███████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████

---

[79] M. Leidy 30(b)(6) Dep. 22:19–23:10, 29:7–30:9, 58:17–59:9, 72:12–74:18, 75:9–76:25, 78:25–83:14, 85:22–86:21, 87:14–88:14.

[80] ████████████████████████ ; *see also* source code inspection (Gen 3, Gen 4).

25-CMLGA-23093
Siemens AFCI



**Fig. 45 – Multi-layer Perceptron Topology**[81]

117.    A multi-layer perceptron consists of multiple layers for processing data:

at least one input layer, one "hidden" layer and one output layer, though commonly

there are multiple hidden layers. Each layer consists of several "nodes" or "neurons."

---

[81] ██████████████████████.

25-CMLGA-23093
Siemens AFCI

██████████████████████████████████████████

████████

            ██████████████████████████

                        ⋮

            ██████████████████████████

118.    ████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

████████████

25-CMLGA-23093
Siemens AFCI



**Fig. 46 – Example Sigmoid Function**

119.



25-CMLGA-23093
Siemens AFCI



**Fig. 47 – Neural Network Training Cycle**[82]

120.

[82] SIEMENS_AFCI_00162706.
[83] M. Leidy 30(b)(6) Dep. 91:1–12, 182:18–25; *see also* SIEMENS_AFCI_00222714; SIEMENS_AFCI_00050803; SIEMENS_AFCI_00258662.
[84] M. Leidy 30(b)(6) Dep. 165:23-167:14; *see also* Appx. C.

25-CMLGA-23093
Siemens AFCI

████████████████████████████████████████████████

███████████████████████[85]

## X.   SIEMENS AFCIS AND NUISANCE TRIPS

### A. EVIDENCE OF NUISANCE TRIPPING

121.    Based on the available data, Siemens was aware that its breakers would encounter unwanted or nuisance trips when installed in the field. Siemens knew as early as April 2017 that its Gen 3A breakers would trip without an arc being present on the circuit.[86] For example, a spreadsheet prepared by Siemens Application Engineer Nathan Massicotte shows that Siemens received reports of nuisance tripping of its Gen 3A breaker when used with ███████████████████ ██████████[87] Further examples include an October 23, 2017 report of nuisance tripping on ██████████████████████████████████████ ████████████████████████████████████████████████ ████████. Siemens verified that the Gen 3A nuisance tripped on the load current ████████. Siemens documented this as a ████████████████████████ and

---

[85] M. Leidy 30(b)(6) Dep. 165:23-167:14; *see also* Appx. C.
[86] SIEMENS_AFCI_00039995.
[87] ████████████████████████████████████████████████.

PAGE 91

25-CMLGA-23093
Siemens AFCI

that ███████████████████████████████████████ Further, Siemens ██████████████

████████████████████████████████ 88

122.    As a further example, ██████████████ reported nuisance trip problems

at ████████████████████ on September 27, 2018.[89] These nuisance trip issues

involved LED ceiling lights, LED bulbs, LED track lights, ceiling fans, and exhaust

fans. Siemens also knew of problems with washers and dryers as early as March 4,

2019.[90] Further, Siemens received reports on January 2, 2020, of nuisance trips on

arc faults associated with Gen 3A and 3B breakers at a residential apartment complex

(373 apartments) ████████████████████████[91] The customer had tried both Gen

3A and Gen 3B breakers and had resorted to "using Eaton Cutler-Hammer CAFCI

breakers as a solution."[92] Siemens provided Gen 3C breakers but was unsure whether

that would solve the problem. Additionally, Siemens received reports of Gen 3A

breaker trips on microwaves, lighting, refrigerators, and water heater circuits at

████████████████████████████████ on January 7, 2020.[93]

123.    The nuisance tripping issue continued with the Gen 3C version of

Siemens' AFCI product. For example, an internal communication dated October 8,

---

[88] SIEMENS_AFCI_00039995.
[89] SIEMENS_AFCI_00264790.
[90] *Id.*
[91] *Id.*
[92] *Id.*
[93] *Id.*

25-CMLGA-23093
Siemens AFCI

2020, from ████████████████████████ at Siemens stated that, ████████████

████████████████████ reported issues with the Gen 3C breakers.[94] See Fig. 48

below. Further, the Gen 3C breakers were experiencing nuisance trip levels similar

to those of Gen 3A, and the tripping was ████████████████████████

████████████████████████████████████████████████

████████████ [95]

**Fig. 48 – SIEMENS_AFCI_00055158**

124.    Further, ████████ on October 9, 2020, stated that ████████████

████████████████████████████████████████████████

████████████ "[96]

125.    By at least February 12, 2020, an "AFCI Task Force" had formed, and

plans were being developed on ████████████████████████████

---

[94] SIEMENS_AFCI_00055158.
[95] *Id.*
[96] *Id.*

25-CMLGA-23093
Siemens AFCI

[REDACTED] [97] This included at least [REDACTED]

[REDACTED]

[REDACTED] [98]

126.    By at least May 15, 2021, Siemens was aware that an [REDACTED]

[REDACTED] [99] when combined with other [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED] [100] which caused the AFCI breaker to nuisance trip.

127.    By at least August 27, 2019, the problem of nuisance tripping with Gen 3A was so severe that Ashely Bryant, Product Manager for Siemens' AFCI products, requested [REDACTED]

[REDACTED]

[REDACTED] [101] This also indicates that, prior to this request, Siemens was continuing to sell the Gen 3A breaker, despite knowing that it had a nuisance tripping defect.

128.    By January 2020, Siemens was [REDACTED]

[REDACTED]

---

[97] SIEMENS_AFCI_00064903.
[98] Id.
[99] SIEMENS_AFCI_00313708.
[100] SIEMENS_AFCI_00313712.
[101] SIEMENS_AFCI_00018873.

25-CMLGA-23093
Siemens AFCI

 [102] At least one example of a supplier who had lost customers due to problems with Siemens' AFCIs is outlined below.[103]



**Fig. 49 – SIEMENS_AFCI_00000496**

129.    A January 28, 2020 communication from Mario Bilac to Barry Contrael, Siemens Vice President for Low Voltage Products, indicated that despite some ████████████████████████████████████████████████ ████████████████████████████████████████████████ ████████████████ [104]

████████████████████████████████████████████████

**Fig. 50 – SIEMENS_AFCI_00417565**

130.    One Siemens spreadsheet documented the number of nuisance tripping cases that had been reported to Siemens for fiscal years 2016–2020 and the first

---

[102] SIEMENS_AFCI_00000495.
[103] SIEMENS_AFCI_00000496.
[104] SIEMENS_AFCI_00417565.

25-CMLGA-23093
Siemens AFCI

quarter of 2021.[105] These statistics indicate that the problem with nuisance tripping

was long-term knowledge within Siemens, and that the issue was not improving. [106]

131.    Further, in mid-2023, Siemens was still receiving reports of nuisance

tripping. For example, ███████████████████████ reported unwanted

tripping (nuisance tripping), that resulted in tenants losing food.[107] █████████

indicated that the only options had been to remove the AFCI breakers (and lose the

protection), or try SquareD and Eaton breakers, which did not have the nuisance

tripping defect.[108]



**Fig. 51 – Report of Nuisance Tripping[109]**

132.    In a follow-up email, the electrician summed it up: ████████████

████████████████████████████████████████████████████

---

[105] SIEMENS_AFCI_00020002.
[106] Id.
[107] SIEMENS_AFCI_00211932.
[108] Id.
[109] Id.

25-CMLGA-23093
Siemens AFCI

████████████████████████████████████████████████ See

Fig. 52 below.



**Fig. 52 – Electrician Summary of Nuisance Trip Defect**[110]

133.    Accordingly, Siemens knew that its AFCI breakers had a defect that caused excessive or unnecessary nuisance tripping under normal operating and environmental conditions in consumers' homes. The arc detection method Siemens used caused the AFCIs to trip due to common and safe voltage distortions that cause radio frequency harmonics. These distortions were generated by some models of common household appliances, electrical devices, and lighting including microwaves, ovens, washing machines, dryers, refrigerators, garage door openers, water heaters, LED light bulbs, Christmas lights, under-cabinet lighting, light fixtures, recessed lighting, light switches, dimmers, halogen lights, fluorescent lights, vacuum cleaners, wall chargers, internet signal boosters, power tools, printers,

---

[110] SIEMENS_AFCI_00211931; *see also* SIEMENS_AFCI_00115625.

PAGE 97

25-CMLGA-23093
Siemens AFCI

and radio frequency harmonics from external sources, including electrical transformers and broadband power lines.[111]

134.    The list of products that caused Siemens' Gen 3 AFCIs to nuisance trip is not limited to ███████████████████ or otherwise identified by Siemens as causing nuisance tripping. Rather, other current or future household products that create voltage distortions and radio frequency harmonics may also cause the AFCI breakers to experience nuisance tripping.

135.    Siemens admits that its AFCIs are not designed to exclusively identify a true arc, but instead trip when they detect any signal that resembles an arc, even if that signal comes from a safe and properly functioning device. For example, Matthew Leidy, speaking on behalf of Siemens, admitted that a nuisance trip occurs when the breaker interprets a signal as an arc event even though there may not be an actual arc present.[112]    Another Siemens employee, Tim Curtis, an application engineer, admitted that "at the end of the day, the product isn't trying to make a determination of a real arc or a fake arc or a simulated arc."[113]

136.    Accordingly, all Gen 3 AFCIs contain the same flaw: they could not distinguish between true arcs and the benign conditions caused by the normal

---

[111] *See e.g.*, SIEMENS_AFCI_00002719; SIEMENS_AFCI_00039995; SIEMENS_AFCI_00020002.
[112] M. Leidy 30(b)(6) Dep. 65:11–15.
[113] T. Curtis Dep. 252:5–9.

25-CMLGA-23093
Siemens AFCI

operation of certain devices. Consequently, all Gen 3 AFCIs would have experienced nuisance tripping if installed in an environment containing household products that, through normal use, create voltage distortions and radio frequency harmonics that would cause the AFCI breakers to experience nuisance tripping.

### B. FCC PART 15 REGULATIONS AND SIEMENS AFCI BREAKERS

137.    Siemens regularly reported to its customers, or at least led its customers to believe, that its AFCIs nuisance tripped because of electronic devices that were "non-compliant" with FCC regulations.[114]

138.    Siemens claimed the FCC regulations were in place because devices that exceed the FCC limits were "dangerous" to humans and could cause "cancer."[115]

### 1.  FCC Regulations

139.    Subpart 15A regulates "harmful interference" which is defined as:[116]

---

[114] *See, e.g.*, A. Kees 30(b)(6) Dep. 54:2-18, SIEMENS_AFCI_00230994, SIEMENS_AFCI_00016340, SIEMENS_AFCI_00258538, SIEMENS_AFCI_00020605, SIEMENS_AFCI_00064655, SIEMENS_AFCI_00230992, SIEMENS_AFCI_00025188.
[115] A. Kees 30(b)(6) Dep. 143:25–144:14.
[116] 47 C.F.R. § 15.3(m) (2024).

25-CMLGA-23093
Siemens AFCI

> (m) *Harmful interference.* Any emission, radiation or induction that endangers the functioning of a radio navigation service or of other safety services or seriously degrades, obstructs or repeatedly interrupts a radiocommunications service operating in accordance with this chapter.

140.    The FCC regulations are not directed towards human safety, nor in preventing nuisance tripping of AFCIs, but rather in preventing interference with "a radio navigation service" or interruption of a "radiocommunications service."

141.    Other useful definitions from 15A are contained below.

> (u) *Radio frequency (RF) energy.* Electromagnetic energy at any frequency in the radio spectrum between 9 kHz and 3,000,000 MHz.

> (z) *Unintentional radiator.* A device that intentionally generates radio frequency energy for use within the device, or that sends radio frequency signals by conduction to associated equipment via connecting wiring, but which is not intended to emit RF energy by radiation or induction.

PAGE 100

25-CMLGA-23093
Siemens AFCI

> **(n)** *Incidental radiator.* A device that generates radio frequency energy during the course of its operation although the device is not intentionally designed to generate or emit radio frequency energy. Examples of incidental radiators are dc motors, mechanical light switches, etc.

> **(k)** *Digital device.* (Previously defined as a computing device). An unintentional radiator (device or system) that generates and uses timing signals or pulses at a rate in excess of 9,000 pulses (cycles) per second and uses digital techniques; inclusive of telephone equipment that uses digital techniques or any device or system that generates and uses radio frequency energy for the purpose of performing data processing functions, such as electronic computations, operations, transformations, recording, filing, sorting, storage, retrieval, or transfer. A radio frequency device that is specifically subject to an emanation requirement in any other FCC Rule part or an intentional radiator subject to subpart C of this part that contains a digital device is not subject to the standards for digital devices, provided the digital device is used only to enable operation of the radio frequency device and the digital device does not control additional functions or capabilities.

142.    The FCC limits on conducted emissions are based on two values: an "average" emissions limit and a "quasi-peak" limit.[117] An "average" emissions value is simply a sum of all of the emissions energy over a period of time divided by the time period.

---

[117] 47 C.F.R. §§ 15.107(a), 15.207(a) (2024).

PAGE 101

25-CMLGA-23093
Siemens AFCI

143.    The FCC defines a quasi-peak envelope as shown below:[118]

> § 15.35 Measurement detector functions and bandwidths.
>
> The conducted and radiated emission limits shown in this part are based on the following, unless otherwise specified in this part:
>
> (a) On any frequency or frequencies below or equal to 1000 MHz, the limits shown are based on measuring equipment employing a CISPR quasi-peak detector function and related measurement bandwidths, unless otherwise specified. The specifications for the measuring instrumentation using the CISPR quasi-peak detector can be found in ANSI C63.4-2014, clause 4 (incorporated by reference, see § 15.38). As an alternative to CISPR quasi-peak measurements, the responsible party, at its option, may demonstrate compliance with the emission limits using measuring equipment employing a peak detector function as long at the same bandwidth as indicated for CISPR quasi-peak measurements are employed.

144.    A quasi-peak detector is defined by ANSI C63.14-2014 as "[a] detector having specified electrical time constants that, when regularly repeated pulses of constant amplitude are applied to it, delivers an output voltage that is a fraction of the peak value of the pulses, and the fraction increases toward unity as the pulse repetition rate is increased."[119]

145.    A quasi-peak detector differs from a spectrum analyzer. ANSI C63.4-2014 clause 4, referenced in the FCC regulations, describes the measurement of conducted emissions, including reference to the equipment used. Clause 4 describes certain types of emissions receivers and states that a spectrum analyzer typically will

---

[118] 47 C.F.R. § 15.35 (2024).
[119] ANSI C63.14-2014, American National Standard Dictionary for Technologies of Electromagnetic Compatibility (EMC), Electromagnetic Environmental Effects (E3), and Electromagnetic Pulse (EMP) § 3.1.26 (Am. Nat'l Standards Inst. 2014).

25-CMLGA-23093
Siemens AFCI

not meet all the requirements of an emissions detector without additional accessories, including quasi-peak detection.[120] Further, "spectrum analyzers shall be equipped with proper quasi-peak and linear average detection" when used to measure conducted radio-noise compliance. The standard also states that "peak detector" measurements may be used because "peak detection will yield amplitudes equal to or greater than amplitudes measured with the quasi-peak or linear average detector. The measurement data from a spectrum analyzer peak detector will represent the worst case results."[121]  In other words, if a device has "peak" noise below the FCC limits, it can be classified as compliant because "peak" will always be greater than quasi-peak or average. However, the opposite is not true—a device cannot be classified as "non-compliant" just because peak noise measurements exceed the limits.

146.    Siemens' internal documents show ███████████████████

████████████████████████████████████████████████

██████████████[122] A measurement of quasi-peak or average must be made in order to classify a device as non-compliant. The limits on conducted emissions are shown in Fig. 53, which is Table 1 from FCC Regulations §15B.107.

---

[120] ANSI C63.4-2014 § 4.2.1.
[121] *Id.* § 4.2.3.
[122] SIEMENS_AFCI_00344966.

25-CMLGA-23093
Siemens AFCI



| Frequency of emission (MHz) | Conducted limit (dBµV) | |
| --- | --- | --- |
| | Quasi-peak | Average |
| 0.15-0.5 | 66 to 56* | 56 to 46* |
| 0.5-5 | 56 | 46 |
| 5-30 | 60 | 50 |

*Decreases with the logarithm of the frequency.*

**Fig. 53 49 – 15B.107 Table 1 Conducted Emissions Limits**

2. **<u>Siemens' incorrect interpretation, application, and measurement of conducted emissions</u>**

147. ███████████████████████████████████████

████████████████████████████████. Internal documents prepared by

Hugh Kinsel contain the below graph at Fig. 54 for conducted emissions limits from

unintentional radiators, which Siemens alleged ████████████████████

██████████████[123] ████████████████████████████

██████████The ██████████████████████████████

████████████████████████████████████. ██████

███████████████████████████████████████

███████████████████████████████████████

---

[123] SIEMENS_AFCI_00344966.

25-CMLGA-23093
Siemens AFCI



█████████████████████████████████████ [124] The graph shows that Siemens did not even get the shape of the limits correct. ███████████████████████

█████████████████████████████████████████████



**Fig. 5450 – Siemens' Limits on Conducted Emissions vs. FCC limits**[125]

148.    The red highlighted region represents where Siemens' AFCI █████████

████████████████████████████████████████████████

---

[124] SIEMENS_AFCI_00344966.
[125] SIEMENS_AFCI_00344965 (annotated as stated).

PAGE 105

25-CMLGA-23093
Siemens AFCI

██████████████████████████████████████████████ [126] This is a

significant difference.[127] The formula to convert dbµV to dbm, for a 50Ω impedance

network is shown below:

$$dBm = dB\mu V - 10\log(50) - 90$$

149.   Accordingly, the FCC 15B.107 limits can be re-written in dbm, to correspond

to the units in the Siemens graph, as below.

| Frequency of emissions (MHz) | Conducted limit (dBm) | |
|---|---|---|
| | Quasi-Peak | Average |
| ██████████ | ██████████ | ██████████ |
| ██████ | ███ | ███ |
| ███████ | ███ | ███ |

150.   Therefore, in the red-shaded region of Fig. 54, the limits for quasi-peak

measurements  are  ███████  compared  to  the  ███████  Siemens  shows.  The

difference is substantial. The formula for conversion of dbm to watts is:

---

[126] 47 C.F.R. § 15.107(a) tbl. (2024).
[127] The FCC regulation limits are in dbµV, while Siemens' graph shows dBm.

PAGE 106

25-CMLGA-23093
Siemens AFCI

$$P(watts) = 10^{((dBm-30)/10)}$$

151.    Accordingly, ██████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████ Siemens documents clearly show that they relied on the incorrect interpretation of the FCC limits, as shown in Fig. 54 above, to "activate" arc-fault detection. For example, internal Siemens documents state that ████████████

████████████████████████████████████████████████████████

████████████████████████████████████[128] Accordingly, Siemens was aware that conducted emissions above its own internal limits, but below the FCC limits, would trigger its AFCI detection algorithm.

152.    There are additional problems with Siemens' measurement and classification of devices as "FCC non-compliant." For example, SIEMENS_AFCI_00344966 shows two different spectrum-analyzer outputs showing peak noise levels of an LED bulb, both before and after filtering. Siemens makes the statement that ████████████████████████████████

██████████[129] However, these waveforms do not contain any quasi-peak or average

---

[128] SIEMENS_AFCI_00344968.
[129] SIEMENS_AFCI_00344966.

25-CMLGA-23093
Siemens AFCI

energy information, simply peak information, which cannot be used to classify a

device as "non-compliant," as discussed above.



**Fig. 5551 – LED Light Bulb Spectrum Without Filtering** [130]

---

[130] SIEMENS_AFCI_00344966 (with annotation in red).

25-CMLGA-23093
Siemens AFCI



**Fig. 56 – LED Light Bulb Spectrum Without Filtering**[131]

153.    Further, even if quasi-peak envelope information were present (it is not), the data would still be invalid for classifying a device as non-compliant. As discussed above regarding FCC regulations, quasi-peak measurement must be made compliant with *ANSI C63.4*. That standard specifies that measurements must be made with a *CISPR 16-1-1* compliant detector. CISPR 16-1-1 requires measurements of conducted emissions in the frequency range of 0.15 – 30 MHz (CISPR Band B) be made with a resolution bandwidth (RBW) of 9 kHz.[132] The

---

[131] SIEMENS_AFCI_00344966 (with annotation in red).
[132] Schwarzbeck, D., *The EMI Receiver according to CISPR 16-1-1*, available at: https://www.schwarzbeck.de/appnotes/EMIRcvrCISPR16.pdf, last accessed October 30, 2025.

PAGE 109

25-CMLGA-23093
Siemens AFCI

███████████ used by Siemens, however, ████████████████████████████, as annotated in the red boxes of Fig. 55 and 56. ███████████████████

██████████████████████████████████████████████████████

██████ . ███████████████████████████████████████████████

██████████████████████████████████████████████████████

█████████████████████████████████████████████. An ██████████████ will admit more energy than an RBW of 9 kHz, in the same way that a window 30 times as wide allows more light into a room. A quasi-peak envelope measured with an ███████████████ that still falls below the FCC limits may be used to show a device is compliant, but such a measurement cannot be used to show that a device is non-compliant. Siemens' energy measurement when determining whether a device was "non-compliant" demonstrate a basic misunderstanding and misapplication of the technical requirements of the FCC regulations.

154.    Similarly, an internal Siemens "Site Visit Report" stated that ████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████ [133] Further, Siemens witnessed third-party FCC compliance

---

[133] SIEMENS_AFCI_00133352 (Site Visit Report dated May 20, 2022).

PAGE 110

25-CMLGA-23093
Siemens AFCI

testing of the subject lighting and stated that ██████████████████████

███████████████████"[134] Siemens' site visit report also included a waveform

showing the test results, as shown in Fig. 57:



**Fig. 57 – Spectrum Analysis**[135]

155.    However, examination of the waveform shows that, ████████████

█████████████████████████████████████████████████████████████

---

[134] SIEMENS_AFCI_00133352 (emphasis in the original).
[135] SIEMENS_AFCI_00133353 (annotated in red).

25-CMLGA-23093
Siemens AFCI

████████████████████████████████████████████████████

███████████████ Though the lights did have ███████████

████████████████████████████████████████████████████

██████████████ which ███████████████████████████████

156.    As another example, Siemens' internal site visit report to ████ on January 22, 2019, included background information attributing "most" AFCI breaker nuisance trips to a "non-FCC-compliant LED driver."[136] The report also stated that the microwave circuit continued to experience AFCI trips even after these "non-compliant" LED drivers were removed.[137] The site visit also contained a photograph of test results, shown in Fig. 58 below:

---

[136] SIEMENS_AFCI_00157532.
[137] *Id.*

25-CMLGA-23093
Siemens AFCI



**Fig. 58 52 – Siemens Test Results**[138]

157.    Again, examination of the waveform shows that, ███████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████    Although the LED driver had frequency regions where emissions

---

[138] SIEMENS_AFCI_00157554 (annotated).

25-CMLGA-23093
Siemens AFCI

exceeded FCC limits, these would not have affected the operation of Siemens' AFCI

breaker.

158.    A Siemens spreadsheet shows several waveforms in which conducted

emissions in the measured range (red shaded region) were well below FCC Limits

(thin red line), yet the AFCI breaker tripped anyway.[139]

---

[139] SIEMENS_AFCI_00162827.

25-CMLGA-23093
Siemens AFCI



**Fig. 59 – Conducted emissions frequency** ▮▮▮

159.    These images also show a bold red line which appears to be Siemens'

own limits of where Siemens "wants" emissions to be below in order to prevent the

AFCI logic from tripping.[140] This line indicates that Siemens limits ▮▮▮▮▮ of

---

[140] Other graphs on the same page indicate that the lower frequency Siemens limit was ▮▮▮
▮▮▮▮▮▮▮▮▮▮▮

25-CMLGA-23093
Siemens AFCI

the FCC limits shown on the graph.[141] ███████████████████

████████████████████████.[142]

160. Finally, the FCC regulations include exemptions for certain unintentional radiators including "A computing device utilized in an appliance, e.g., microwave oven, dishwasher, clothes dryer, etc."[143] As discussed above in Section VI, Siemens AFCI breakers had nuisance tripping ███████████████

████████████████████████████████████████████████████

███████████[144] Further, at least in washing machines and water heaters at the time the statement was made, the only source of RF energy would be in the computing devices associated with the control systems of those devices. Accordingly, such emissions would be exempt from the FCC regulations. Many such appliances, therefore, would not be subject to the FCC conducted emission limits at all. Although these appliances were not subject to FCC limits, Siemens would represent that they were "non-compliant" with the FCC regulations and blame such appliances for any nuisance tripping.[145]

161. Accordingly, Siemens' statements that "FCC non-compliant devices" were responsible for tripping were based on an incorrect understanding of the FCC

---

[141] ████████████████████████████████████████████████████ ███.
[142] SIEMENS_AFCI_00162818.
[143] FCC 15B.103, *see also* SIEMENS_AFCI_00064440.
[144] SIEMENS_AFCI_00055158.
[145] SIEMENS_AFCI_00121736.

PAGE 116

25-CMLGA-23093
Siemens AFCI

requirements, misapplication of the regulations, incorrect measurement techniques,

and misleading interpretations of test results.

### 3. Siemens knowledge regarding AFCI breakers and FCC regulations

162.    Siemens knew that the problem with Siemens AFCI breakers extended

beyond "FCC non-compliant" devices. For example, in an internal email dated

October 22, 2018, around the release of Gen 3B, Ashley Bryant (Kees), Product

Manager for Siemens AFCI products, remarked that the Gen 3B ███████████

██████████████████████████████████████████████████████ [146]



**Fig. 60 – SIEMENS_AFCI_00107297**

---

[146] SIEMENS_AFCI_00107297.

PAGE 117

25-CMLGA-23093
Siemens AFCI

163.     As a further example, an internal Siemens meeting request for March 12, 2019, was set ████████████████████████████████████████

████████████████████████████████████████████████[147] The communication then goes on to list several locations where nuisance tripping was associated with lighting and devices which were FCC 15B compliant. The document then goes on to state that ████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████[148]

164.     Further, in at least one location ████████████████████████

████████████████████████████████████[149]

165.     Further, an internal Siemens "Customer Site Investigation" dated September 19, 2021, concluded that ████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████ This document further states that, ████████████████████████████████████████

████████████████████████████████████████ The site investigation's summary states that the ████████████████████████

████████████████████████████████████ but Siemens speculates

---

[147] SIEMENS_AFCI_00262601.
[148] SIEMENS_AFCI_00262602.
[149] *Id.*

25-CMLGA-23093
Siemens AFCI

that ██████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████ [150] However, there is no regulation which

limits the "cumulative noise" from multiple devices.

166.    Siemens knew that the breaker did not respond merely to "noisy"

systems that were non-compliant with FCC regulations. In an internal memorandum,

Nathan Massicotte stated that ████████████████████████████████

████████████████████████████████ [151]

167.    Following Siemens investigation of a nuisance tripping issue a ████████

████████ in St. Louis, Missouri, Siemens received a letter from ████████

regarding ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████ [152] According to the letter, Siemens had alleged this despite the fact

that ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

[150] SIEMENS_AFCI_00262609.
[151] SIEMENS_AFCI_00323237.
[152] SIEMENS_AFCI_00363071.

25-CMLGA-23093
Siemens AFCI

██████████████████████ [153] ████████ reported to Siemens that ██████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████ [54]



168.   Further, in another example, from October 2018, Nathan Massicotte responds to a member of Siemens Technical Support team regarding nuisance tripping of Siemens Gen 3B breakers:[155]



**Fig. 61 – SIEMENS_AFCI_00041120**

---

[153] SIEMENS_AFCI_00363071.
[154] SIEMENS_AFCI_00363072.
[155] SIEMENS_AFCI_00041120.

25-CMLGA-23093
Siemens AFCI

169.    Thus, Siemens knew it had a problem with its AFCI breakers tripping when feeding FCC 15B compliant devices, and that other manufactures (Eaton & Square D [Schneider]) did not.

170.    Further, an internal communication dated May 26, 2021, references a statement made by Hugh Kinsel that ███████████████████████████████

██████████████████████████████████████████████████

████████████████████ [56] In this email, Massicotte, who conducted site inspections for Siemens,  attempted to ████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████ . ████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████████████████ . [157]

171.    Despite Siemens having actual knowledge of a nuisance trip defect which was not caused by "FCC non-compliant devices," Siemens continued to

---

[156] SIEMENS_AFCI_00321723 (Title 47 contains Part 15 limits on emissions).
[157] *Id.*, *see also*, SIEMENS_AFCI_00002357 (Massicotte email ███████████████████ ████████████████ ██████████████████████████████████████ ██████████████████████ ).

25-CMLGA-23093
Siemens AFCI

blame, or at least imply, that the issue with nuisance tripping of Siemens AFCI

breakers was FCC non-compliant devices.

## C. SIEMENS' APPROACH TO NUISANCE TRIPS

172.    Siemens' design and qualification materials show that its AFCI

breakers were tested for compliance with UL and FCC requirements. Beyond these

standard tests, Siemens maintained a Nuisance Testing Matrix documenting

additional evaluations prompted by field complaints. While these records

demonstrate ongoing product investigation, the testing appears to have been

conducted in an incremental, issue-specific manner rather than as part of a structured

validation program addressing all expected residential conditions.

173.    Siemens's Failure Modes and Effects Analysis (FMEA) documentation

further illustrates this limitation.



[159] The omission

of a previously recognized failure from later FMEAs is inconsistent with accepted

---

[158] SIEMENS_AFCI_00033871.
[159] SIEMENS_AFCI_00174140.

25-CMLGA-23093
Siemens AFCI

engineering risk-management practices, which require continued evaluation of unresolved or high-severity issues.

174. Siemens treated the Nuisance Testing Matrix and related data as proprietary, limiting access and disclosure. Consumers were not informed when Siemens identified specific appliances or devices known to cause tripping, hindering their ability to anticipate or mitigate these occurrences.

## XI.    REVIEW OF HYPOTHESES

175. The development and testing of hypotheses is a continuing effort which begins with the first document examined, or review of the first photograph. When examining hypotheses, a scenario which is only possible, but does not rise to the level of probable, does not survive scientific scrutiny. If no hypothesis survives testing as probable, then the cause of the reported event (i.e., nuisance tripping) is undetermined.

176. After this analysis, certain hypotheses could not be easily eliminated based on the analysis discussed above. These hypotheses were refined and subject to a more formal evaluation and testing process as described below.

177. NFPA 921 section 19.6 outlines the methods appropriate for testing of hypotheses:[160]

---

[160] NFPA 921, Art. 19.6.

25-CMLGA-23093
Siemens AFCI

178.    **19.6.2  Deductive Reasoning.** Testing of the hypothesis is done by the principle of deductive reasoning, in which the investigator compares the hypothesis to all the known facts as well as the body of scientific knowledge associated with the phenomena relevant to the specific incident. Ultimately, the cause determination is arrived at through the test**Testing**ing of cause hypotheses.

179.    **19.6.4  Means of Hypothesis .** When testing a hypothesis, the investigator should attempt to disprove, rather than to confirm, the hypothesis. If the hypothesis cannot be disproved, then it may be accepted as either possible or probable. Hypothesis testing may include: any application of fundamental principles of science, physical experiments or testing, cognitive experiments, analytical techniques and tools, and systems analysis.

180.    The scientific method as defined in NFPA 921 was followed in the analysis. There is nothing new, novel or unique about the incident or the science. The scientific principles follow the same laws of physics whether in an appliance, a structure, a vehicle, on power lines, lightning, or any other applications. The hypotheses were tested by deductive reasoning against the known facts based on my extensive education, experience, and training.

25-CMLGA-23093
Siemens AFCI

### A. HYPOTHESIS 0 (NULL): THERE IS NO RELATIONSHIP BETWEEN SIEMENS' AFCI TECHNOLOGY AND THE REPORTED NUISANCE TRIPPING.

181.    The null hypothesis is disproven. Siemens' own internal documents show that Siemens' AFCI technology was the cause of nuisance tripping. Siemens knew that ██████████████████████████[161] Siemens recognized and had reports of nuisance tripping in all versions of its Gen 3 AFCI breakers. Based on the data collected and analyzed above, this Hypothesis 0 is rejected as unlikely.

### B. HYPOTHESIS 1: SIEMENS' AFCI BREAKER TECHNOLOGY FAILED TO DISTINGUISH BETWEEN A TRUE ARC AND ELECTRICAL NOISE (I.E., SAFE VOLTAGE DISTORTIONS OFTEN CAUSED BY RADIO FREQUENCY HARMONICS).

182.    Based on the data collected and analyzed above, Hypothesis 1 is valid.

183.    Siemens' Gen 3 AFCI breakers are susceptible to nuisance tripping. Siemens' Gen 3 combination AFCI breakers are designed to identify arcing events through analysis of current waveform characteristics. The devices employ ██████ ██████████████████████ to detect signatures that resemble electrical arcs, whereupon the Gen 3 AFCI will trip and de-energize the electrical current in the circuit. The implemented algorithm and design parameters, however, allow the breakers to trip due to non-hazardous electrical activity.

---

[161] SIEMENS_AFCI_00107297

25-CMLGA-23093
Siemens AFCI

184.     Specifically, the detection method used in the Gen 3 design can react to normal current waveform distortions that generate radio-frequency harmonics—phenomena routinely produced by household appliances, lighting products, and electronic devices. When AFCIs are installed on circuits serving or located near such equipment, the breakers may trip and interrupt power even though no hazardous arcing condition exists. As new household products incorporating adjustable speed drives, switching power supplies, or solid-state controls become more common, similar current waveform distortions may continue to cause these AFCIs to experience nuisance tripping.

185.     In my professional opinion, the Gen 3 AFCI design does not fully discriminate between hazardous and benign electrical phenomena encountered in typical residential environments. While the device performs its intended protective function under some laboratory test conditions, its field behavior demonstrates a greater susceptibility to nuisance tripping than would be expected from a robust, well-discriminating protective system.

186.     Accordingly, Hypothesis 1 is accepted as likely.

### C.  HYPOTHESIS 2: SIEMENS ENGINEERS WERE AWARE OF GEN 3 AFCI LOGIC LIMITATIONS.

187.     Based on the data collected and analyzed above, Hypothesis 2 is valid.

PAGE 126

25-CMLGA-23093
Siemens AFCI

188.    Siemens engineers knew its Gen 3 AFCIs experienced nuisance tripping. Review of Siemens' Gen 3 AFCI source code and related design materials indicates the breaker's trip-determination logic relied on ████████████ ████████████████████████████ ██████████ The Gen 3 algorithm analyzed ████████████ ████████████████████████████ ████████████████ Specifically, Siemens' Gen 3 AFCIs measured █████ ████████████████████████████ ████████████████████████████ ██████

189.    The algorithm design ████████████████████ ████████████████████████████ ████████████████████████████ shows that normal electrical activity—such as the switching events or harmonic distortions from common household appliances and lighting products —can exhibit current waveform features similar to arcing events ████████████ ████████████ Under those conditions, the Gen 3 algorithm could interpret benign electrical signatures as arcing faults and trip unnecessarily.

190.    Internal Siemens documents show that engineers were aware of this sensitivity and undertook algorithm adjustments to mitigate nuisance tripping. These

PAGE 127

25-CMLGA-23093
Siemens AFCI

efforts were incremental and ███████████████████████ The incremental changes were referred to internally as Gen 3A, Gen 3B, Gen 3C, and Gen 3C+. Siemens' Gen 4 AFCI incorporated machine-learning based detection that, based on available information, markedly improved performance by reducing the extent and causes of nuisance tripping.

191.    Siemens' internal communications, design materials, and engineering testimony illustrate the performance limitations inherent in the Gen 3 algorithm's ███████████████ under real-world residential conditions.

192.    Accordingly, Hypothesis 2 is accepted as likely.

### D. HYPOTHESIS 3: THE UL 1699 STANDARD TESTING METHODOLOGY IS INSUFFICIENT TO TEST THE AFCI BREAKER TECHNOLOGY AGAINST REAL WORLD CONDITIONS, NOR DOES IT TEST COMPATIBILITY WITH COMMON HOUSEHOLD DEVICES.

193.    Based on the data collected and analyzed above, Hypothesis 3 is valid.

194.    Siemens knew compliance with UL 1699 did not guarantee adequate real-world performance of Siemens Gen 3 AFCI breakers. The UL 1699 standard establishes laboratory methods intended to evaluate an AFCI breaker's ability to detect and interrupt some arcing faults. However, the test waveforms and controlled conditions defined by UL 1699 do not replicate the complex current waveform distortions and radio-frequency harmonics that occur in modern residential circuits. Many common household appliances—such as microwaves, washing machines,

25-CMLGA-23093
Siemens AFCI

LED lighting, and electronic chargers—generate electrical signatures that differ substantially from those represented in UL 1699 test patterns.

195.    As a result, a breaker may fully comply with UL 1699 certification while still being susceptible to nuisance tripping in typical residential environments. Internal Siemens materials indicate that the company was aware that UL 1699 compliance alone was not a reliable predictor of real-world performance. Siemens developed and maintained a Nuisance Trip Matrix to document evaluations of AFCI behavior and nuisance tripping of AFCIs under field conditions. This confirms that the company understood that compliance with UL 1699 test protocols did not guarantee appropriate AFCI performance in the field.

196.    However, Siemens treated the supplemental testing documented in the Nuisance Testing Matrix and elsewhere as proprietary and did not disclose its findings to customers or to the public. Instead, Siemens continued to reference UL 1699 certification as evidence that its AFCI breakers performed as intended, implying that the UL standard was sufficient to ensure compatibility with household devices, which it knew to be incorrect. This position was inconsistent with Siemens' own internal data showing that nuisance tripping could occur even when a breaker satisfied all UL 1699 criteria.

197.    In my professional opinion, Siemens internal testing demonstrated an awareness of the need for validation beyond UL 1699, but its reliance on the UL

25-CMLGA-23093
Siemens AFCI

standard as the public benchmark of performance without disclosing known limitations did not align with accepted engineering and product communication practices. Engineering best practices require that known divergences between laboratory qualification and field performance be addressed transparently and incorporated into product validation and customer guidance.

198.   Accordingly, Hypothesis 3 is accepted as likely.

**E.   HYPOTHESIS 4: SIEMENS' ATTRIBUTION OF NUISANCE TRIPPING TO HOUSEHOLD DEVICES WHICH WERE "NON-COMPLIANT" WITH FCC PART 15 REGULATIONS WAS BASED ON A MISUNDERSTANDING OF THE PURPOSE AND TECHNICAL APPLICATION OF PART 15 AND INCONSISTENT WITH SIEMENS' OWN INTERNAL TESTING AND DOCUMENTATION.**

199.   Based on the data collected and analyzed above, Hypothesis 4 is valid.

200.   Siemens incorrectly interpreted FCC Part 15 regulations and its relation to nuisance tripping. Siemens repeatedly attributed nuisance tripping of its AFCI breakers to electronic devices it characterized as "non-compliant" with Federal Communications Commission (FCC) regulations. However, despite Siemens' assertions, the FCC Part 15 standards—specifically Subparts A and B—are not directed toward human safety or electrical system performance. Rather, they limit radio-frequency emissions to prevent interference with radio and communication services. The evidence reviewed indicates that Siemens misinterpreted these requirements, requiring for proper operation of its AFCI devices emission thresholds

PAGE 130

25-CMLGA-23093
Siemens AFCI

that were more stringent than, and inconsistent with, the actual FCC limits for household devices. Internal Siemens documents further show that the company used incorrect peak-detection methods and improper measurement bandwidths, and that it classified certain devices as "non-compliant" without proper quasi-peak or average measurements that show non-compliance. Further, Siemens attributed nuisance tripping of its AFCI breakers to "non-compliant" products, even though the products had emission limits below FCC thresholds, particularly in the bandwidth sampled by the Gen 3 breakers, or were exempted from compliance with FCC Part 15B altogether.

201.    Moreover, Siemens' own investigations demonstrated that its AFCI breakers could nuisance trip when connected to FCC-compliant devices, and that other manufacturers' breakers did not exhibit the same behavior under identical conditions. Despite this, Siemens continued to attribute nuisance tripping to alleged FCC non-compliance rather than to characteristics of its own arc-detection algorithm.

202.    Siemens' public facing statements attributing nuisance tripping to "FCC non-compliant" devices was based on a misinterpretation of both the purpose and technical application of FCC Part 15 standards, and misapplication of the standards. The underlying cause of the nuisance tripping observed in the field is more consistent with the Gen 3 AFCI's internal signal detection behavior than with

25-CMLGA-23093
Siemens AFCI

any violation of FCC emission limits. This conclusion is further supported by Siemens' testing and validation records, which show that internal laboratory testing did not replicate the full range of conditions encountered in residential electrical systems where nuisance tripping had been reported.

203.    Accordingly, Hypothesis 4 is accepted as likely.

**F. HYPOTHESIS 5: SIEMENS' PUBLIC DISCLOSURES DID NOT ALIGN WITH SIEMENS' INTERNAL KNOWLEDGE REGARDING NUISANCE TRIPPING AND INCOMPATIBILITY WITH COMMON HOUSEHOLD APPLIANCES.**

204.    Based on the data collected and analyzed above, Hypothesis 5 is valid.

205.    Siemens failed to align public disclosures with known technical limitations of its Gen 3 AFCIs. The materials I reviewed show that Siemens was aware its AFCI breakers could experience nuisance tripping from ordinary voltage distortions and radio-frequency harmonics produced by common household appliances. Internal documents reflect that Siemens engineers observed and received reports of tripping under conditions involving devices reported to be FCC-compliant or FCC-exempt and noted that comparable breakers from other manufacturers did not exhibit the same behavior.

206.    Nonetheless, Siemens' external communications and customer-service training continued to attribute nuisance tripping primarily to "non-compliant" or "noisy" devices, often citing FCC Part 15B limits as the cause. This explanation was

PAGE 132

25-CMLGA-23093
Siemens AFCI

inconsistent with Siemens' own test data and with the purpose of FCC regulations,

which address radio interference rather than the incompatibility between appliances

and Siemens' AFCI breakers.

## XII.    <u>FINAL HYPOTHESES & OPINIONS</u>

207.    After hypothesis testing, the following hypothesis is rejected as

unlikely:

208.    **Hypothesis 0 (null):** There is no relationship between Siemens' AFCI

technology and the reported nuisance tripping.

209.    The following hypotheses have been accepted as likely:

210.    **Hypothesis 1:** Siemens AFCI breaker technology failed to distinguish

between a true arc and electrical noise (i.e., safe voltage distortions often caused by

radio frequency harmonics).

211.    **Hypothesis 2:** Siemens Engineers were aware of Gen 3 AFCI logic

limitations.

212.    **Hypothesis 3:** The UL 1699 standard testing methodology is

insufficient to test the AFCI breaker technology against real world conditions, nor

does it test compatibility with common household devices.

213.    **Hypothesis 4:** Siemens' attribution of nuisance tripping to household

devices which were "non-compliant" with FCC Part 15 regulations was based on a

25-CMLGA-23093
Siemens AFCI

misunderstanding of the purpose and technical application of Part 15, and was inconsistent with Siemens' own internal testing and documentation.

214. **Hypothesis 5:** Siemens' public disclosures did not align with Siemens' internal knowledge regarding nuisance tripping and incompatibility with common household appliances.

215. After analysis, my opinions include the following:

216. **Opinion 1**: Siemens' Gen 3 AFCI breakers are susceptible to nuisance tripping.

217. **Opinion 2**: Siemens engineers knew its Gen 3 AFCIs experienced nuisance tripping.

218. **Opinion 3**: Siemens knew compliance with UL 1699 did not guarantee adequate real-world performance of Siemens' Gen 3 AFCI breakers.

219. **Opinion 4**: Siemens incorrectly interpreted and applied FCC Part 15 regulations and its relation to nuisance tripping.

220. **Opinion 5**: Siemens failed to align public disclosures with known technical limitations of its Gen 3 AFCIs.

221. This report is based on information available at this time. I reserve the right to supplement should data become available. If you have any questions, please let me know.

25-CMLGA-23093
Siemens AFCI

222.    The document is for the exclusive use of our client and the particular case that it is provided. The document may not be used for any other case since the conditions may be different. Application of this document to any situation, case, or analysis for which it has not been approved by THEWAY Labs constitutes misuse.

Regards,



Robert A. Durham, PhD, FIEE, PE

Principal Engineer

Dated: October 31, 2025

Fellow, Institute of Electrical & Electronics Engrs.
Professional Engineer
Member, IEEE Standards Association
Chair, IEEE/IAS/PCIC Standards Subcommittee
Voting Member, Nat'l Fire Protection Assoc - Electrical
Member, American College of Forensic Examiners
Member, Int'l Assoc of Arson Investigators- OK
Member National Association of Fire Investigators
Cert Fire & Explosion Inv. & Cert Vehicle Fire Inv.
Certified Forensic Consultant
Licensed Electrical Contractor
Diplomate, Am Board of Forensic Engineering & Tech