# EXHIBIT 13

# ACBMA

## American Circuit Breaker Manufacturers Association

**Headquartered in Washington DC, the ACBMA is an association of American manufacturers of circuit breakers to represent and promote the mutual interests of American circuit breaker manufacturers in areas of codes and standards, applications, safety, and education.  Members of the Association include:**

**ABB**

**Eaton Corporation**

**Siemens Industry, Inc.**

**Square D/Schneider Electric**



Confidential Property of the ACBMA

1

Introduction.

CONFIDENTIAL

## Accept PC 1381 (Submitted by Randy Dollar on behalf of ACBMA)

- Support AFCI expansion to all 15/20A 120V circuits
  - Supports CMP-2's continual & gradual expansion since initial 1999 AFCI introduction
  - Aligns with the NEMA position & comment (PC 52)
  - Was the majority position of CMP-2 during PI stage
  - FR 7916 (expansion) failed 2/3 majority written ballot <u>by only 1 vote</u>



Confidential Property of the ACBMA

CONFIDENTIAL

SIEMENS_AFCI_00004505

# Addressing Main Issues from FR 7916 Ballot

• **Nuisance Tripping**
  - ACBMA most recent year data shows reported issues identified as either "Nuisance Trip" or "Interoperability" were only 0.0078% of circuit breaker AFCIs shipped
  - NEMA has received only 24 reports of unwanted AFCI circuit breaker tripping for the entire year 2017
  - NEMA and AHAM members joint efforts on AFCI
    - Meet and Collaborate 3 to 4 times annually on product standards, testing and industry
    - Recently met on 7/30/18.  AHAM members stated "seeing great improvements"
    - NEMA-AHAM working towards joint industry communications
  - ACBMA is open to continue working with other industry groups to address "perceived" nuisance trip issues

**ACBMA** American Circuit Breaker Manufacturers Association

Confidential Property of the ACBMA



Looking at a high level: Over 100M homes in US, with <1% new annually, and those have only a fraction of circuits being AFCI protected.

I counter that you should NOT yet expect to see statistical data, based upon those few number of total circuits which are AFCI protected.

Given the current requirements, we are on pace for only 12% of all circuits to have AFCI protection by 2020.

The issue is the large number of homes built before the initial 2002 requirement.  And the older homes are more likely to have fires.

You can help change these percentages by supporting expansion to all 15/20A circuits.

SIEMENS_AFCI_00004507

## Retain the System Listing requirement of 210.12(A)(4)d

- Testing proves that standard thermal magnetic circuit breakers cannot fully protect the home run:

  http://www.acbma.org/assets/img/Final-ACBMA-Video.mp4

 

This testing was conducted at UL approved labs, following the UL 1699 guidelines.
These results were duplicated by at least one other lab (also UL approved).
Many CMP-2 members witnessed some of these actual tests.
Encourage you to use this URL to see the videos of the testing, and get more of the story.

SIEMENS_AFCI_00004508

## Retain the System Listing requirement of 210.12(A)(4)d

- Removal of 210.12(A)(4)d would result in a system that does not meet the requirements of UL 1699
- UL 489 defines rated current using RMS current
  - Arcing faults can significantly limit current to levels a conventional circuit breaker cannot respond.
  - Arcing current is messy!
  - They may contain less energy, but what they contain is more harmful
  - Can be hard to detect!
- UL 489 has no test requirements for arcing to defend the substantiation.



Confidential Property of the ACBMA

## Retain the System Listing requirement of 210.12(A)(4)d

- Removal of 210.12(A)(4)d would effectively eliminate the following portions of the NEC:  210.12(A)(2); 210.12(A)(3); 210.12(A)(5); 210.12(A)(6)
- Elimination of Listing requirement would be a **<u>MAJOR</u>** change!
  - Deviates considerably from past CMP2 positions regarding protection of the entire home run
- A UL Listed System Combination exists
  - UL Product Category AWDT - UL website: http://productspec.ul.com/search.php?type=listing&listing=AWDT
  - "System" meets all the requirements of UL 1699 for Combination-type AFCIs
  - It is now commercially available: http://www.eaton.com/systemcombinationAFCI

**ACBMA**
American Circuit Breaker Manufacturers Association

Confidential Property of the ACBMA

CONFIDENTIAL

SIEMENS_AFCI_00004510

## Resolve PC 1306 – Insulated Staple Option



- Would not eliminate numerous documented hazards possible in the home run circuit:
  - Penetration of NM insulation by nails & screws
  - Damage from metal gusset plates on trusses
  - Damage from hitting NM while hammering staples
- CONCLUSION: Does nothing to provide "protection" of the home run circuit (which is previously stated intent of CMP-2)

Confidential Property of the ACBMA

**ACBMA**
American Circuit Breaker Manufacturers Association

SIEMENS_AFCI_00004511

## Final Comments

- Support continued expansion (accept ACBMA PC 1381 and NEMA PC 52)
- Continue to retain System Listing requirement (Reject PCs 1082, and 1367)
- Do not create an Insulated Staple Option (Reject PC 1306 )

- Questions?

Confidential Property of the ACBMA



9

CONFIDENTIAL



SIEMENS_AFCI_00004513



SIEMENS_AFCI_00004514