# EXHIBIT 17

## (Provisionally Filed Under Seal)