# EXHIBIT 20

## (Redacted)

| | |
|---|---|
| **From:** | Curtis, Tim (RC-US SI EP R&PM AE) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F2E2EC01AAE477CA2E9CE54F5DE1567-CURTIS TIM] |
| **Sent:** | 11/11/2021 3:58:15 PM |
| **To:** | ████████████████████████████]; Duemmler, Juergen (RC-US SI EP R&PM AE) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d4381dbc6e2401bb2037e419c2a4db2-Duemmler Ju] |
| **Subject:** | RE: LED Light Fixture - ███████ - Clarification Follow-Up |
| **Attachments:** | FCC White Paper.pdf |

Hi ████,

See my notes below. Please let me know if you have any other questions.

With best regards,
Tim Curtis

Siemens Industry, Inc.
RC-US SI EP R&PM AE

████████████████
████████████
████████████

---

**From:** ████████████████████████
**Sent:** Thursday, November 11, 2021 10:27 AM
**To:** Curtis, Tim (RC-US SI EP R&PM AE) ████████████████; Duemmler, Juergen (RC-US SI EP R&PM AE)
████████████
**Subject:** RE: LED Light Fixture - ██████████ - Clarification Follow-Up

Tim, sorry to double back on this, but I need to clarify a few things:

- If I'm understanding this correctly, the fixture has a no/very low chance of causing nuisance tripping of the arc fault breakers.
o Yes, that is correct.
- Can you please elaborate on the second statement of the fixture failing the conducted emissions limit? What kind of interoperability issues would we be looking at? The most I have on an induvial circuit is 4.
o Most all devices sold in the US are required to comply with FCC RF emission regulations (Part 15B's requirements) – this includes LED lighting. Non-compliant devices can cause interference in anything susceptible to this RF energy, such as radio communications, electronics, etc. I've attached a white paper with more information.

Thanks again.



---

**From:** Curtis, Tim ████████████████>
**Sent:** Thursday, November 11, 2021 10:02 AM

SIEMENS_AFCI_00040348

**To:** ⬛⬛⬛⬛@⬛⬛⬛⬛ Duemmler, Juergen ⬛⬛⬛⬛
**Subject:** RE: LED Light Fixture - ⬛⬛

BE ADVISED - This email originated outside EMCOR.

Hi ⬛⬛

Our engineering team has finished testing the light (SM6RLDL-15W-30K-DIM-WH) and concluded that we do not foresee any interference with our breakers. However, the light tested did fail the conducted emissions limit for Quasi-peak and Average dBuV readings required by FCC Title 47 CFR Part 15B, and may pose other interoperability issues, especially with multiple lights on a circuit.

With best regards,
Tim Curtis

Siemens Industry, Inc.
RC-US SI EP R&PM AE


---

**From:** ⬛⬛⬛⬛
**Sent:** Thursday, November 4, 2021 3:09 PM
**To:** Duemmler, Juergen (RC-US SI EP R&PM AE) ⬛⬛⬛⬛
**Cc:** Curtis, Tim (RC-US SI EP R&PM AE) ⬛⬛⬛⬛
**Subject:** RE: LED Light Fixture - ⬛⬛

Perfect.   UPS is showing it should be there tomorrow

SIEMENS_AFCI_00040349

Thank you both.   Have a good weekend.



**From:** Duemmler, Juergen ███████████@████████
**Sent:** Thursday, November 4, 2021 3:06 PM
**To:** ████████████@████████████
**Cc:** Curtis, Tim ██████████████████
**Subject:** RE: LED Light Fixture - ██████████

BE ADVISED - This email originated outside EMCOR.

Hello ████,

We should be able to provide you the feedback on the lights by 11/12 if we get them by tomorrow.

Best regards,

Juergen

Siemens Industry, Inc.
RC-US SI EP R&PM AE

████████████
████████████████
████████████
████████████████





Important notice: This e-mail and any attachment thereof contain corporate proprietary information. If you have received it by mistake, please notify us immediately by reply e-mail and delete this e-mail and its attachments from your system. Thank you.

**From:** ████████████████████████████
**Sent:** Wednesday, November 3, 2021 1:26 PM
**To:** Duemmler, Juergen (RC-US SI EP R&PM AE) ██████████@████████
**Subject:** LED Light Fixture - ██████████

Good afternoon Juergen,

CONFIDENTIAL

Hope all is well.   By Friday you should be receiving a fixture from me via UPS that we'd like run through your test(s).

If you could run them and have the result back to me by 11/12, it would be appreciated.

Have a good one.

Thanks,



This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.

# SIEMENS

## Federal Communications Commission
### White Paper

Siemens is a strong supporter of the National Electrical Code® and state and local codes that are based on it. We advocate for the proper installation of electrical products that comply with the NEC® and applicable standards.

A requirement for the installation of Arc Fault Circuit Interrupters in dwelling units first appeared in the 1999 edition of the NEC®. Since that time, the areas in a dwelling unit where AFCI protection is required have gradually expanded and now include most areas in a dwelling unit.

AFCIs are a proven technology intended to detect and interrupt arcs below the current level that can be interrupted by standard circuit breakers. They operate by looking for signal characteristics that may indicate that an unwanted arcing is occurring on a branch circuit or in a cord connected to it. One of the characteristics that some AFCIs look for is high frequency electrical "noise".

Siemens is trying to reduce the incidence of unwanted tripping of AFCI circuit breakers through various means. One cause of unwanted tripping is the use of noncompliant LED drivers or electronic transformers. It is incumbent on all manufacturers to produce products that meet applicable standards and are suitable for their intended use. In the case of luminaires intended to be installed in dwelling units, they must comply with the FCC RF emissions regulations.

The Electronic Code of Federal Regulations (the law) can be found here:

https://www.ecfr.gov/cgi-bin/text-idx?SID=c1212b18d3c585d10d7b64809159931c&mc=true&node=pt47.1.15&rgn=div5#se47.1.15_13

Section 15.1(a) identifies the scope of this part. "This part sets out the regulations under which an intentional, unintentional, or incidental radiator may be operated without an individual license." LED lighting devices intentionally generate RF energy via electronic power conversion or digital circuitry, but are not intended to radiate RF energy by radiation or induction and thus they are classified as unintentional radiators according to the FCC rules.

Section 15.3(z) Identifies an unintentional radiator as "A device that intentionally generates radio frequency energy for use within the device or that sends radio frequency signals by conduction to associated equipment via connecting wiring, but which is not intended to emit RF energy by radiation nor induction." LED drivers/ballasts are unintentional radiators as they are not meant to emit RF, which is why drivers/ballasts are typically in some type of box.

The FCC OET (Federal Communications Commission Office of Engineering and Technology) Laboratory Division published a notice on June 17, 2016 that can be found here:

https://apps.fcc.gov/kdb/GetAttachment.html?id=K0pZdRE7biF3aqgO4XZ8cw%3D%3D&desc=640677%20D01%20RF%20LED%20LIGHTING%20v01&tracking_number=20518

This notice discusses Radio Frequency LED Lighting Products, or RF LED lighting and clarifies how the FCC rules apply to these products. "RF LED lighting devices employ either an independent or an integrated electronic driver that operates at RF frequencies similar to those used in digital electronic products. As such, RF LED lighting devices are subject to the Part 15 rules for unintentional radiators, and are subject to the "verification" equipment authorization procedure. These devices are required to meet the line-conducted and radiated emissions limits in Sections 15.107 and 15.109, respectively." Also stating, "Manufacturers and users should therefore note that lighting devices are required to cease operation, if harmful interference occurs."

Further, OET Bulletin No. 62 published in December 1993 describes "What happens if one sells or imports non-compliant digital devices?" on page 9.

https://transition.fcc.gov/bureaus/oet/info/documents/bulletins/oet62/oet62rev.pdf

As explained earlier, the form of authorization that is required for a digital device depends on how the device will be marketed. The FCC rules are designed to control the marketing of digital devices and, to a lesser extent, their use. If someone

usa.siemens.com/afci

SIEMENS_AFCI_00040352

purchases a non-compliant digital device, uses it, causes interference to authorized radio communications, and is the subject of an FCC interference investigation, the user will be told to stop operating the device until the interference problem is corrected. However, the person (or company) that sold this non-compliant digital device to the user has violated the FCC marketing rules in Part 2 as well as federal law and may be subject to an enforcement action by the Commission's Field Operations Bureau that could result in one or more of the following:

- forfeiture of all non-compliant equipment
- $100,000/$200,000 criminal penalty for an individual/organization
- a criminal fine totaling twice the gross gain obtained from sales of the non-compliant equipment
- an administrative fine totaling $10,000/day per violation

Per the OET Bulletin, "digital devices fall into two categories -- Class A and Class B. Class A digital devices are ones that are marketed exclusively for use in business, industrial and commercial environments. Class B digital devices are ones that are marketed for use anywhere, including residential environments."

As Siemens continues its efforts to reduce unwanted tripping of AFCI circuit breakers, we highly encourage lighting manufacturers to comply with the law and manufacture lighting devices that meet the FCC RF emission regulations for products intended for use in residential applications. We also highly encourage our customers to purchase and install FCC compliant lighting devices for two benefits – decrease unwanted tripping and avoid possible consequences by the Commission's Field Operations Bureau as described above.

**Published by**
**Siemens 2020**

Siemens Industry, Inc.
3617 Parkway Ln
Peachtree Corners, GA 30092

Subject to change without prior notice
All rights reserved
Order No. RPWP-FCCWP-1220
Printed in USA-CP
© 2020 Siemens Industry, Inc.

The technical data presented in this document is based on an actual case or on as-designed parameters, and therefore should not be relied upon for any specific application and does not constitute a performance guarantee for any projects. Actual results are dependent on variable conditions. Accordingly, Siemens does not make representations, warranties, or assurances as to the accuracy, currency or completeness of the content contained herein. If requested, we will provide specific technical data or specifications with respect to any customer's particular applications. Our company is constantly involved in engineering and development. For that reason, we reserve the right to modify, at any time, the technology and product specifications contained herein.

CONFIDENTIAL