# EXHIBIT 21

## (Provisionally Filed Under Seal)