# EXHIBIT 24

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF GEORGIA


KEVIN BRNICH ELECTRICAL LLC,  )
et al.,                       )
                              )  Case No.
              Plaintiffs,     )  22-01229 (MHC)
                              )
        vs.                   )
                              )
SIEMENS INDUSTRY, INC.,       )
                              )
              Defendants.     )


Videotaped deposition of BRYAN BUTAKIS, taken stenographically before Lisa Forlano, Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter - NJ and Notary Public, held at the offices of Lexitas, 1600 Market Street, Suite 1700, Philadelphia, Pennsylvania, on Wednesday, March 5, 2025, commencing at 9:07 a.m.

57

term for breakers tripping; annoying.

Q       And where did you learn the term from?

A       It is part of the lawsuit. It's, you know, when breakers tripped unexpectedly when they're not supposed to, it's coined as nuisance tripping.

Q       And is the lawsuit the first time you heard the phrase "nuisance tripping"?

A       In my recollection, yes.

Q       Have you conducted research on AFCIs?

A       I have not.

Q       Have you conducted any research on Siemens' AFCIs?

A       I have not.

Q       So when you say your experience, your knowledge of nuisance tripping is based on your experience, are you referring to your experiences at your home?

A       Yes.

Q       Because you haven't experienced nuisance tripping outside of your current home, right?

A       That is correct.  This did not

58

happen in my old home.

Q     Has anyone else talked to you about their experiences with Siemens' AFCIs tripping without explanation?

A     They have not.

Q     When was your home built?

A     From March of 2021 to, we settled on July 28 of 2021.  So it was built for those three months.

Q     And you moved in July '21?

A     July, yeah, of 2021.

Q     It's new construction?

A     It is.

Q     I think I asked you this earlier, but I said why did you join the lawsuit, and I think your testimony was you're not sure if you joined the lawsuit, but correct me if I'm mistaken there.

A     Why did I join the lawsuit?  I mean, the reason I joined the lawsuit was when I inquired to the firm that I was having a problem with nuisance tripping, when they --

MR. KENNEY:  Just to butt in, sorry.  Any part of your answer he's not interested in any way, just make sure

59

none of it is stuff we talked about; so
your independent understanding of
everything is fine.  You just don't want
to reveal any privileged communications;
that's all.

THE WITNESS:  There was multiple
people that were filing lawsuits against
Siemens for this nuisance tripping, and
that was brought into the group.

BY MR. DAILEY:

Q     Were you aware of the lawsuit
before you reached out to Mr. Kenney's firm?

A     I was not.

Q     And so these multiple lawsuits
that you just mentioned, you weren't aware of
those before you reached out to Mr. Kenney's
firm?

A     I was not.

Q     Did you become aware of the
lawsuit after you reached out to Mr. Kenney's
firm?

A     I did.

Q     If this case doesn't go forward
as a class action, do you intend to pursue your
claims individually against Siemens?

60

A        I would have to consult with my attorney.

Q        Have you ever brought any claims against Siemens?

A        I have not.

Q        Have you ever reached out to Siemens about --

A        I have not.

Q        Have you ever reached out to Siemens about the alleged nuisance tripping that formed the basis of your claim in the Complaint?

A        I have not.

Q        Why have you never reached out to Siemens about the alleged nuisance tripping?

A        I don't -- there's no reason.

Q        I can't hear you.

A        There's no reason.  I'm sorry.

MR. KENNEY:  We've been going about an hour.  Are you good?  Do you want to take like a five-minute bathroom break?

THE WITNESS:  Yeah.

MR. DAILEY:  This is good place to take a break.  Let's do -- we'll

reconvene at 10:15.

VIDEO OPERATOR:  Going off record now.  The time now is 10:03 a.m.

(Brief recess.)

VIDEO OPERATOR:  We're now back on record.  The time is 10:20 a.m.

BY MR. DAILEY:

Q      Bryan, I want to show you what I'm marking as Exhibit Siemens-3.

(Interrogatory responses were marked Siemens-3 for identification.)

BY MR. DAILEY:

Q      I want you to turn with me to page 6.  This exhibit reflects responses to Siemens' Interrogatories that we provided to you.

A      Okay.

Q      Interrogatory number 6 asks for you to identify any conversations you had with Siemens, or other persons, prior to your decision to purchase your Siemens' AFCIs and/or have your Siemens' AFCIs installed.

A      Yes.

Q      Your response here, at the bottom of page 6, it says, Plaintiff discussed

62

information related to Siemens' AFCIs and
nuisance tripping with the home builder, his
electrician and Siemens.

Now, before we took a break, you
told me that you had not spoken to Siemens
about the nuisance tripping.  Can you
explain -- for the record, can you tell me, did
you speak to Siemens or not speak to Siemens
about its AFCIs and the related nuisance
tripping?

A       This is an error.  I did not
speak to Siemens.

Q       All right.  So for the record,
this response to Interrogatory number 6 is an
error?

A       Yes, I spoke to the home builder
and the electrician and not Siemens.  So that
is incorrect.

Q       So response number 6 is
incorrect.

Did you review these responses
before they were submitted to us?

A       I did.  It just must be an
oversight.

Q       But you did speak to the home

63

builder and the electrician?

A     Correct, I did.  I spoke to those two.

Q     And remind me again why you didn't speak to Siemens about the issues you were having with the AFCIs.

A     I had no direct contact with Siemens when the issue came up.

Q     I want us to take a step back, and we'll refer back to this exhibit in a little bit.  You mentioned that the home where you've alleged to have experienced nuisance tripping was built in March through July of 2021, correct?

A     That is correct.

Q     And who is the home builder for this home?

A     NV is the home builder.

Q     NVR Homes?

A     Correct.

Q     And did you work with a particular person from NVR Homes to build the home?

A     So Luis Castillo -- that is on page 7 -- was our project manager.

64

Q      And was Luis the only person you spoke to at NVR Homes about your home, or were there others involved?

A      He was the only person that we spoke to, after the sales process was finished.

Q      So Luis was your direct point of contact with respect to the building of your home?

A      Yes.  Sorry.

Q      Did Luis hire the electrician who did the electrical work on your home?

MR. KENNEY:  Object to the form of the question.

You can answer.

THE WITNESS:  The RKM company, that was the electrician, was responsible for building all the homes, so Lu -- it's actually Luis -- hired him, I do not know, but they were responsible for all the building, the electricians.

BY MR. DAILEY:

Q      The home builder for your home is NVR Homes.  Who is the electrician for your home?

A      The RKM was the electrician for

118

A     No.

Q     And I think you testified earlier that you didn't speak with the home builder about the electrician who would ultimately perform the work our home?

A     No.

Q     And did you have any knowledge of who the electrician was before they performed work on your home?

A     No.

Q     When did you first learn of the electrician who performed the work on your home?

A     The first time when he came out to, you know, to work on the breakers.

Q     And that was after the issue with the garage, because you testified earlier that Luis came out with the garage.  When did the electrician come out?

A     In September, when the first issue with the breakers came up.

Q     Did Luis connect you with the electrician?

A     The process was you submitted the warranty claim, but yes, Luis told me that

119

Matt would be reaching out to me.  The warranty

claim went to Luis who then triaged it, and

then said Matt would be reaching out to me.

Q      Have you ever purchased Siemens'

AFCIs?

A      No.

Q      Has anyone else ever purchased

Siemens' AFCIs on your behalf?

MR. KENNEY:  Object to the form

of the question, but you can answer.

THE WITNESS:  I don't know if

they purchased -- I don't know if Matt

had to purchase the breakers from

Siemens.  I don't know what that process

was, but -- I don't know what that

process was to obtain the breakers from

Siemens.

BY MR. DAILEY:

Q      Did your home pass inspection?

A      Yes.

Q      Which meant it was up to code,

right?

A      Yes.

Q      Do you know when it passed

inspection?

120

A        I would think prior to our settlement on July 28.

Q        Have you ever reviewed an inspection report?

A        I have not.

Q        Have you ever requested a copy of the inspection report?

A        I have not.

Q        Are you aware of any issues that may have been flagged in that inspection report?

A        I am not.

Q        Are you aware of any issues relating to Siemens' AFCIs related to this home builder or electrician in the past?

A        I am not.

Q        Has anyone ever complained to you about Siemens' AFCIs in their home?

A        They have not.

Q        Are you aware of the wiring used in your home?

A        I am not.

Q        But you can confirm that Matt Finney performed the wiring in your home, and his company?

124

A      I do not; no.

Q      Now, when you experienced the tripping, I know that there were some replacement breakers installed.  At any time, did anyone recommend to you that you should install Siemens' replacement breakers?

A      They did not.

Q      Did they install Siemens' replacement breakers?

A      Yes.

Q      Who exactly, Matt?

A      Matt.

Q      Do you know why he used Siemens' replacement breakers?

A      From my general knowledge of it, all the breakers in the panel are supposed to be the same brand.

Q      So it's your understanding that he couldn't have used a different brand AFCI because the panel was Siemens' brand?

A      That is my understanding.

Q      When you spoke to Luis the very first time, did you call him on his cellphone?

A      Or texted him.  Probably communicated via cellphone.

Q        At any time you talked to Matt about these issues, was that text or cellphone?

A        That would have been text.

Q        And when you reached out to Matt and Luis, were you reaching out because you were trying to resolve the alleged nuisance tripping?

A        Yes.

Q        Have you provided your counsel with any of the text messages or correspondence between you and Matt and Luis, with respect to the alleged tripping?

A        Yes.

Q        Do you know if those texts or correspondence have been produced in this case?

A        I believe they have.

Q        Have you ever seen a bill from the home builder to Matt for any of the work that Matt performed on your home?

A        I have not.

Q        Have you ever asked for a bill?

A        I have not.

Q        So you're not aware of how much money Matt spent in materials or time to install the Siemens' AFCIs in your home?

126

A       I am not aware.

Q       Were you ever charged for the replacement breakers?

A       I was not.

Q       They were covered by the warranty?

A       Correct.

Q       So you were not out of pocket to replace the AFCIs?

A       I was not.

MR. DAILEY:  Joe, I'm going to just note for the record I'm not sure I've seen texts and communications between Bryan, Matt and Luis having to do with this issue, so I'll request that if they had been provided that you all provide them to us, since I think Bryan's testimony today is that he's provided those to you all.  I don't know if you can confirm whether or not those have been produced, but I've not seen those as I've looked at the production.

MR. KENNEY:  We can talk off the record.  I can ask an associate about that and get back to you.

127

MR. DAILEY:  Okay.

BY MR. DAILEY:

Q      Other than Matt and Luis, did you speak with anyone else to try to resolve the experiences of alleged tripping that you had at your home?

A      I did not.

Q      Never reached out to another electrician?

A      No.

Q      And aside from the areas in the home that we've already talked about where you experienced alleged tripping from July to September, those four areas, and then after September, are there other places in your home where you experienced alleged tripping?

A      No.  All the areas have been documented.

Q      All right.  So the after September areas, I have the second bedroom, the flex room and the kitchen.  Is that it?

A      And the microwave would have been included in that as well.

Q      The microwave is in the kitchen, right?

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Bryan Butakis
March 05, 2025

128

A       Yeah.  Yeah.

Q       So three areas after September and then between July and September there were four areas, right?

A       Correct.

Q       You still live in this home, right?

A       I do.

Q       Are you still experiencing nuisance tripping?

A       We are not.

Q       Have all of the breakers in your home been replaced with Siemens' breakers?

A       The ones that were nuisance tripping were replaced with the updated versions of the AFCIs.

Q       The updated Siemens?

A       Correct.

Q       Are these the prototypes that Matt initially talked about, or are these something else?

A       They are not the prototypes, they are the production -- the updated production versions of the AFCI breakers.

Q       What is that?  What are updated

129

production versions?

A     Production -- they were no longer prototypes.  My assumption is they were now manufacturing to replace.

Q     How many AFCIs were in your home -- installed in your home initially?

A     I'm going to guess 15.  And five of them were replaced with the updated versions of the AFCI breakers.

Q     So 10 of them, of the initial ones, you never had any issues with them, right?

A     Yes.

Q     Five you had issues with, right?

A     Correct.

Q     And when did you replace those five?

A     Those five were replaced in the spring of 2022.

Q     You never had any issues with those since, right?

A     The updated ones, no.

Q     The five new ones?

A     Correct.

Q     And you didn't pay for the five

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Bryan Butakis
March 05, 2025

130

new ones, right?

A    That is correct.

Q    Those were covered by the warranty?

A    Yes.

Q    Have you had any issues with the initial 10 that you didn't have problems with?

A    I did not.

Q    And who installed the five new replacement breakers?

A    Matt installed them.

Q    Have you ever talked to Matt about this lawsuit?

A    No.

Q    Have you ever talked to Luis about it?

A    Nope.

Q    In the four areas where you experienced nuisance tripping before September, you mentioned that the initial experience was in the garage with the refrigerator, and then you mentioned that there were a few items plugged into the basement; the TV, light, computer, Verizon router outlet.  Are there any other devices that you haven't mentioned that

were plugged into any of these four breakers at the time you experienced nuisance tripping?

A       No.

Q       Have these appliances -- are these appliances still plugged into those breakers?

A       They are.  And more.

Q       And they are plugged in without incident?

A       Correct.

Q       And when you say "and more," you mean there are other appliances that are now installed or plugged into those breakers?

A       Yes.

Q       Other appliances like what?

A       The basement there would be an additional computer now plugged into it.

Q       And you mentioned in the basement you had lights.  Are these recessed lighting or they're just sort of standing lamps?

A       Standing lamp.

Q       Do you know if the lights used low voltage fixtures or LED lights, or anything like that?

Case 1:22-cv-01229-MHC   Document 174-28   Filed 08/04/26   Page 22 of 30
KEVIN BRNICH ELECTRICAL vs                                    Bryan Butakis
SIEMENS INDUSTRY                                           March 05, 2025

147

a receipt for those replacement breakers?

A      I have not.

Q      Do you know how much the AFCIs that were initially installed in your home cost?

A      No.  I could guess, but I don't know.

Q      On page 5 here, the bottom of page 5, the Interrogatory says, Identify how and when you made the decision to purchase your Siemens' AFCIs and/or have your Siemens' AFCIs installed.

At the bottom of the page it says that you followed the recommendation of the home builder and electrician as to which replacement breakers to install.

What was their recommendation?

A      I think -- I thought that answered the question.  I did whatever they -- I think recommendation might be too literal. It was, they were the experts, they knew what to do, so they were going to install the right thing.  If that makes sense.

Q      Well, I guess I want to know, what was the recommendation.  You said in your

response that you followed the recommendation.
What was the recommendation?

A      Would be replace with the same type of breakers that were already in there.

Q      So the recommendation was to replace the breakers with the Siemens' breakers, right?

A      Yes.

Q      Right?

A      Yes, right.

Q      And both Matt, the electrician, and Luis, the home builder, made this same recommendation as to the replacement breakers?

A      Yes.

Q      When was -- when did Luis come out to your home to investigate the initial alleged nuisance tripping?

A      It would have been on the July 29th date.

Q      Now, on page 7, in response to Interrogatory number 6, there's a July 20 date. Is that -- did Luis come out on the July 30 as well?  So on page 7 at the top, you supplement your response saying on July 30, 2021 you spoke with Luis.

149

Did he come out as well on July 30?

A       Yes.

Q       And this is separate from the July 29 visit?

A       Yes.

Q       Why did Luis come out on the 30th?

A       Because that's when they were -- I put -- we had the conversation on the 29th. I put the warranty request in on the 29th and then it was processed and they were going to fix it, quote, unquote, on the 30th.

Q       All right.  Now, earlier you testified that Luis came out on the 29th and investigated.  Is that true?

A       Yes.

Q       Your testimony is that he came out the next day and installed replacement breakers?

A       No.  So he just came back out, asked if it was tripping again, and when he came out that time we talked, if it happens again, you know, what it could possibly be, if it's the breaker or something else.  So it was

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Bryan Butakis
March 05, 2025

214

MR. KENNEY:  Object to the extent it calls for a legal conclusion.

You can answer.

THE WITNESS:  I don't necessarily have any specific request.

BY MR. DAILEY:

Q    Do you want anything from Siemens through this Complaint?

MR. KENNEY:  Same objection.

BY MR. DAILEY:

Q    Let me ask differently.  Do you want Siemens to refund, I don't know, Matt or Luis for any money they spent on the AFCIs that they installed?

A    No.  I mean, I think any -- if you're leading to if there would be a settlement or anything, I would have to confer with my attorney if -- anything that would be proposed, I would have to discuss with my counsel.

Q    I'm not necessarily referring to settlement, I'm just curious.  In the lawsuit there are claimed damages, and I'm just curious.  In your opinion, what would you like to come out of this lawsuit?  What would you

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Bryan Butakis
March 05, 2025

215

like from Siemens in this lawsuit?

MR. KENNEY:  Same objection.

You can answer.

THE WITNESS:  I guess, you know, recognize fault, you know.  I'm not looking for any -- that's it.

BY MR. DAILEY:

Q     So recognition of fault on behalf of Siemens; is that right?

A     Yeah, I guess.

Q     And you'd want them to acknowledge fault of what exactly?

A     That there was an issue with the breakers; known issue.

Q     Have you ever been on the Siemens' website?

A     No.

Q     Have you ever read any of its packaging or labeling of its Siemens' AFCIs?

A     No.

Q     Are you aware of any warnings that may be appended to its AFCIs?

A     No.

Q     Do you know if Siemens has ever taken responsibility for any issues that may or

216

may not have happened with its AFCIs?

      A     I'm not aware.

      Q     Have you ever heard of the arc-fault circuit interrupter troubleshooting guide?

      A     I have not.

      Q     Have you ever heard of Siemens' inter-arc diagnostic tool?

      A     No.

      Q     Are you aware of any Siemens' products that assist customers with troubleshooting Siemens' AFCIs?

      A     No.

      MR. KENNEY:  Do you want to take a break?

      THE WITNESS:  I'm good.  Power through.

      MR. KENNEY:  I drank an entire coffee again, so I'll need a break at some point.

      I don't know how much longer you have there.  Do you think it's more than an hour?  We should probably break.

      MR. DAILEY:  Why don't we take five minutes.

223

C E R T I F I C A T I O N

I, LISA FORLANO, a Registered Diplomate Reporter, Certified Realtime Reporter, Certified Court Reporter - NJ and Notary Public, do hereby certify that I reported the deposition in the above-captioned matter, that the said witness was duly sworn by me; that the foregoing is a true and correct transcript of the stenographic notes of testimony taken by me in the above-captioned matters.

I further certify that I am not an attorney or counsel for any of the parties, not a relative or employee of any attorney or counsel connected with the action, nor financially interested in the action.

LISA FORLANO, RDR, CRR, CCR #XI01143

DATED:   March 13, 2025

224

JURAT

I, BRYAN BUTAKIS, the witness herein,

the foregoing testimony of the pages of this

deposition, do hereby certify it to be a true

and correct transcript, subject to the corrections,

if any, shown on the attached page.


_____

BRYAN BUTAKIS




Subscribed and Sworn to before me

this _____ day of     2025.

_____

Notary Public

KEVIN BRNICH ELECTRICAL vs
SIEMENS INDUSTRY

Bryan Butakis
March 05, 2025

225

I wish to make the following changes, for

the following reason:

PAGE      LINE

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____

_____     _____    CHANGE: _____

_____     _____    REASON: _____