# EXHIBIT 26

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

Kevin Brnich Electrical LLC,   )
et al.,                        )
                               )
          Plaintiffs,          )
                               )
     vs.                       ) Civil Action No.:
                               ) 22-01229 (MHC)
Siemens Industry, Inc.,        )
                               )
          Defendant.           )
_____ )

REMOTE VIDEOTAPED DEPOSITION OF

CLIFFORD OAKLEY

TUESDAY, JUNE 3, 2025

Reported in Stenotype by:
Cody R. Knacke, RMR, CSR No. 13691
Job No.:  983258

12

A.   No.

Q.   What's your date of birth?

A.   11/02/1950.

Q.   And are you married?

A.   No.

Q.   Do you have any children?

A.   Yes.

Q.   How many?

A.   Two.

Q.   What are their ages?

A.   48 and 45, I believe.

Q.   And just any -- do you have anybody else --
okay.

     What is the -- can you tell me your
educational background.

A.   Yes, I --

Q.   Why don't you start with high school.

A.   Okay.  I graduated from National High
School in 1968.  I graduated from Southern Oregon
with a bachelor's of science in wildlife in 1974, I
believe.  And I graduated with a master's in
wildlife from Southern Oregon in 1976.

Q.   Do you have any certificates or licenses?

A.   Not anymore.

Q.   What did you previously have?

13

A.   Well, I mean, there were a lot of -- not licenses, but certificates of -- you know, for the Bureau of Land Management, Fish and Wildlife Service like burn qualifications, firefighting qualifications, wildlife qualifications.  That kind of thing.  But I've been retired for almost 20 years, so I don't have any of that anymore.

Q.   Have you ever taken any courses in electrician or electric work?

A.   No.

Q.   Have you ever taken any courses in -- let me back up.

Have you ever done any other kind of training as an electrician or on electrical work?

MR. WALSH:  Objection.  Form.

THE WITNESS:  Well, I --

BY MS. MOHR:

Q.   You can go ahead.  If he just says "Objection.  Form," you can go ahead.

A.   Okay.  Well, I grew up on a farm where, you know, when things broke, we fixed them.  We never called in anybody.  So that was mine.

I went into the Navy and was trained -- you know, I was a diesel mechanic, but I also had to deal with the electrical systems on the small boats

and stuff.

And then when I built my first house -- 1990, I believe -- I hired two electricians and I worked with them to wire the house.

And so -- and then other than that, it's been, you know, reference books, reference sites on the computer.

Q. So other than what you just described, no other formal or informal training on electrical work?

A. No.

Q. And you said you're currently retired; right?

A. Yes.

Q. So let's sort of -- you also said you were in the Navy. When were you in the Navy?

A. From 1971 to 1973. Well, it was longer than that. That's when I was active. So 1970 through 1975, I was in the Navy reserve.

Q. And what did you do when you were in the Navy?

A. I was a -- I went through A school as a diesel mechanic; and on the ship, I was in what they called A division, auxiliary. So I took care of -- we took care of air-conditioning, refrigeration,

A.    15, 16 years.

Q.    And did you build this house?

A.    No.

Q.    You mentioned that you built a house in the 1990s, did you say?

A.    Yes.

Q.    Is that right?

A.    Yes.

Q.    And other than that house that you built in 1990, have you built any other houses?

A.    I have remodeled two others.

Q.    Approximately -- other than the one on Morton Way, when did you -- let's back up, yeah.

What was the other house that you remodeled?

A.    There was a house, and I don't remember the address, out on China Gulch Road in Applegate.  And I added on the bedroom and the living room and a laundry room, and I rewired the whole house on that one as well.

Q.    When was that?

A.    It was the mid-1990s, probably 1996, '97, somewhere in that range, to the best of my recollection.

Q.    And how many times have you remodeled the

32

house on Morton Way?

A.   Just once.

Q.   Does anyone else live at the house with you?

A.   Jill does.

Q.   And how long has Jill lived there?

A.   Since we moved in in 2022, March of 2022.

Q.   So you said you've lived there for 16 years?

A.   Mm-hmm.

Q.   But then you moved in --

A.   Jill and I.  Jill moved in.

Q.   Okay.

A.   I've lived there the whole time.

Q.   So you've lived there since 2000 -- and Jill --

A.   Since 2009.  I moved in July 2009 and I have lived there ever since.

Q.   Okay.  And then Jill moved in in 2022?

A.   Right.

Q.   What's Jill's last name?

A.   Tillinghast.

Q.   Can you spell that?

A.   T-I-L-L-I-N-G-H-A-S-T.

Q.   When did you renovate the home?

A.   The major renovation, which is what those blueprints were for, was started in 2021.

Q.   And what did the renovation include?

Well, let's start with, what rooms were renovated?

A.   It was basically the kitchen, dining room, living room.

Q.   And just so I'm clear, had you renovated other parts of the house?

A.   Yes.

Q.   What were those?

A.   Those were basically just cosmetic renovations of the bedrooms.

Q.   And did those involve any wiring?

A.   No.

Q.   You mentioned that you have a Square D panel --

A.   Mm-hmm.

Q.   -- in addition to the Siemens panel.

What -- when was that installed?

A.   Same time.  2021.

Q.   Okay.  Did you do the entire renovation yourself?

A.   Most of it.

Q.   What parts did you not do yourself?

34

A.    I didn't build the cabinets.  I didn't tape and texture the drywall.

Q.    You did all the electrical wiring yourself?

A.    Yes.

Q.    Did you work with or consult with an electrician at all?

A.    No.

MR. WALSH:  Objection.  Form.

BY MS. MOHR:

Q.    So you installed two electrical panels as part of the renovation; is that right?

A.    Yes.

Q.    Why did you install two panels?

A.    Basically now, because of the codes that they run, you have to have separate circuits for all your electrical appliances.  Your kitchen appliances -- the refrigerator, the dishwasher, microwave, garbage disposal -- all have to be on separate circuits.  So basically you eat up a lot of circuit space.

And so what I did was I had my 200-amp Square D box and I put in a sub panel, 100-amp Siemens box, to run the kitchen -- primarily the kitchen.

Q.    And how did you decide on which boxes to

purchase?

A.   Well, I went to Grover Electric and they recommended the Square D box, said that was their favorite.  I went with the Siemens box because my friend Chris had one and it was the right size, and that's basically the only reason I went with that box.

Q.   At the time that you were talking to Chris about his Siemens box when you decided to purchase the similar Siemens box, did he mention anything about nuisance tripping?

MR. WALSH:  Objection.

THE WITNESS:  He had not put his box into service yet, so no.

BY MS. MOHR:

Q.   Why didn't you get both boxes -- why didn't you get a Square D box for the second box?

A.   It was recommended -- the first box, the primary box, the 200-amp box is a Square D, and that was recommended by Grover's electrical, which is a local shop here that has people that work there with knowledge, and they -- which ones they have the fewest complaints about.  And that was the Square D was the one they recommended.

Q.   But why didn't you get Square D for the

40

A.   Yes.

Q.   Did you purchase any Square D AFCI breakers from Grover Electric?

A.   Yes.

Q.   Where else did you purchase Siemens AFCIs from?

A.   Lowe's and Home Depot.

Q.   What about Square D?  Where else besides Grover Electric did you --

A.   I believe they were --

Q.   Hold on.  Let me finish --

A.   -- all the same places --

Q.   Hold on.  Just to make sure we're clear, let me just make sure I finish the question.

A.   Okay.

Q.   I know you know where I'm going.

So other than Grover Electric, where else did you purchase Square D breakers?

A.   Lowe's and Home Depot, I believe.

Q.   Did you purchase AFCI -- Square D brand AFCI breakers from Lowe's and Home Depot?

A.   Yes.

Q.   Did you talk to anyone at Lowe's or Home Depot about AFCIs at the time that you --

A.   No.

41

Q.    -- were looking to purchase them?

A.    No.

Q.    Did you do any research on AFCIs prior to
purchasing them?

A.    No.

Q.    Why did you purchase AFCIs as opposed to
any -- another kind of breaker?

A.    Because they're required by the National
Electrical Code, which Oregon follows.

Q.    And how did you know that they were
required by the National Electrical Code?

A.    Because I have a book on the National
Electrical Code that tells all of the details about
what's required for your electrical service.

Q.    Do you have any understanding of why AFCIs
are required --

A.    Safety.

Q.    -- under the -- under the National Electric
Code?

A.    It's supposedly a safety issue.

Q.    When you say "a safety issue," what do you
mean?

A.    Well, it was like we discussed before.
Those breakers are intended to stop an arc from
starting a fire, so...

42

Q.    Just so we're clear, prior to purchasing the AFCIs, you had not done any research or spoken to anybody about AFCIs particularly?

A.    No.

Q.    How many Siemens AFCIs did you purchase?

A.    I have submitted that.  I -- I'm going to say 12, to the best of my recollection.

Q.    How many Square D AFCIs did you purchase?

A.    Probably at least 12, maybe 16.

Q.    Other than your conversation with the folks at Grover Electric and your conversation with your friend Chris Johnson, did you -- did you talk to anybody else about what -- what electric boxes -- what brand electric boxes to purchase?

A.    No.

Q.    Did you read any online reviews?

A.    No.

Q.    Was your home inspected after the renovation?

A.    Yes.

Q.    And you --

A.    I have -- I was required permits from Jackson County to do the renovation; electrical, plumbing, framing.  I believe that's the ones.  And then they were inspected -- you know, when the

43

rough-in wiring was done, it was inspected.

I have not got the final yet because I was hoping to get this issue solved before I put the drywall up around the boxes and covered them up, so -- but I'm going to have to move ahead with that.

Q.   So how many inspections were done of the electrical?

A.   I believe three.  The rough-in, there was an update, and I believe there was one on the boxes.

Q.   When was the most recent one?

A.   Probably '22.

Q.   So what's the purpose of needing the final inspection, to your understanding?

A.   Basically they just come in and make sure that everything is -- they'll usually test some of the receptacles to make sure that they're wired correctly, and they'll just look at it and say it looks good.  You know, basically it's just if the wires are -- you know, the drywall's covering the box -- you know, the area around the boxes, that everything is -- basically if you're going to sell the house, it would meet code.

Q.   And so is there a time frame by which you're supposed to have that done?

A.   No.  Basically, you know, an individual

49

Q.    What about the -- okay.  So now what --
what circuits are arc-faulted on the Siemens box?

A.    Okay.  That's primarily the kitchen.  And
each appliance has to have a dedicated circuit.  So
the refrigerator, the microwave, the -- there's two
circuits that run receptacles on the countertops and
the island.  Those each have a separate arc-fault.
Dishwasher, garbage disposal.

So basically all the appliances in the
kitchen plus all the receptacles in the kitchen are
primarily on the Siemens box.  And they're
arc-faulted.

Q.    Okay.  So there's a separate circuit for
the refrigerator?

A.    Yes.

Q.    And then a separate one for the microwave?

A.    Yes.

Q.    And then two circuits that run receptacles?

A.    Yes.

Q.    And then one for the dishwasher?

A.    One for the garbage disposal.

Q.    So one for the dishwasher and one for the
garbage disposal?

A.    Yes.

Q.    Are there any others?

50

A.    The lights.

Q.    And that one's arc-faulted as well?

A.    Yes.

Q.    And then you said -- are any of the ones in the living room or the garage that are Siemens -- on the Siemens box, are any of those AFCIs?

A.    There's one in the garage that has an arc fault on it.

Q.    What is that one for?

A.    It's basically for electrical tools, chop saw, air compressor, SKIL saw, that kind of thing.

Q.    So which of the circuits have you experienced -- which of the Siemens -- the circuits that are on the Siemens box have you experienced nuisance tripping with?

A.    The one in the garage, both of the receptacle circuits in the kitchen, the refrigerator, the microwave, the garbage disposal, and the dishwasher.

Q.    So which ones have you not experienced --

A.    The lights --

Q.    -- nuisance tripping with?

A.    -- and they're all LED lights, so they're very low voltage, or amperage.  Not voltage, but amperage.

51

Q.   When did you first experience tripping?

A.   When I put in the new appliances.  They're all General Electric appliances, all brand-new appliances.  And they were put in, hooked up the refrigerator, turned it on, everything was okay. Came back a week later, it had tripped off.  All the ice was melted.  It's a good -- we didn't have any food in it, but, you know.  And at that point in time, that's when I was like, what happened.  So I reset it.

A week later it tripped -- it was off again.  Everything was melted.

And then when -- you know, when we -- I basically ran an extension cord from the Square D receptacles in the living room, plugged it into the back of the refrigerator and it worked fine.

And then when we moved in and started using the microwave, it would trip off almost every time we used it.

The dishwasher would trip off sporadically every week or two.

The garbage disposal, same thing.  Every week or two or three, you know, it would trip off.

And the dishwasher would regularly trip off too.

52

And if we used, like, the circuits, you have a Keurig coffee pot.  If you tried to run that, it would trip off every time.  And I have an electric teapot, you know, you just heat water in, on the other circuits, and it would trip it off as well.

Q.   Do the electrical circuits trip when you put any other appliances in them?

A.   Basically that's primarily what I ran, but I don't remember them tripping off like the blender or, you know, coffee grinder.  I don't remember that happening.

Q.   So what did you do to sort of -- to investigate -- or did you do anything to investigate what was happening -- why the tripping was happening?

A.   Well, as I said, I talked to Chris and he was having the same issue with his -- some of his. Then I went online and that's when I started, you know, figuring out, you know -- then those things that, you know, the Siemens breakers weren't functioning as advertised, so...

Q.   Did you do any kind of troubleshooting in the house?  Did you look at any of the wiring, for example?

53

A.    You know, the wiring in the kitchen is all dedicated circuits.  One single wire runs from that circuit breaker to the receptacle for that appliance.  No breaks, it's one single -- single wire.  So there's -- you know, and those were all approved, like I said, by the inspection from the County.  So when you look at those lines, they're fine.

You know, I took out the Siemens arc-fault circuit breakers and put in regular circuit breakers and everything works fine.  I even -- I went and bought an Eaton circuit breaker because I read online they would fit in that box.  They're not approved.  So I put that in the microwave -- it's an arc-fault circuit breaker.  Put that in the microwave slot.  I ran that -- it's been running for several months now, and we have had not a single trip on that Eaton circuit breaker.

Q.    Did you put any Eaton circuit breakers in any of the other --

A.    No, it was just that one.  It was just in a -- kind of like you said, to investigate.

Q.    When did you put that in?

A.    I believe about six months ago.

Q.    So why haven't you done that with any of

54

the others?

A.   Well, right now, I've got just plain circuit breakers.  They don't meet code.  I have just regular circuit breakers in there, and they're fine.  And I have understood, you know, talking to other people and looking online, that most people when they have a -- buy a new house that's got Siemens breakers and they take those breakers out and replace them with standard circuit breakers.

Q.   Did you do any research -- or did you do any investigation -- let me back up.

Did you inspect any of the -- any of the receptacle boxes?

A.   I replaced the receptacle boxes on all of those appliances with ground-fault receptacles because those Siemens circuit breakers were arc-fault and ground-fault both.  Because if it's within four feet of water, it has to be ground-faulted.

So I replaced the receptacles in the kitchen.  They're all ground-faulted to the receptacles and all of the appliances are ground-faulted to the receptacle and then put in just a standard nonarc-fault nonground -- or nonground-fault circuit breaker.

Case 1:22-cv-01229-MHC    Document 174-30    Filed 08/04/26    Page 21 of 36
Kevin Brnich Electrical LLC v
Siemens Industry, Inc.

Clifford Oakley
June 03, 2025

55

Q.   So you did all that after you were experiencing nuisance tripping?

A.   Yes.

Q.   And approximately when did you do that?

A.   Probably midyear of 2022.  Like I said, I ran everything off of extension cords for a while, but that was not practical.

Q.   Did you ever consider having -- did you ever have an electrician come out and -- to help you investigate the causes of the nuisance tripping?

A.   No.

Q.   Why not?

A.   They couldn't help me.  They would look at it and say, "It's the Siemens breakers."  I mean, you know, electrical wiring is not very complicated. Very simple.  Everything was done right.  County inspected it, permitted it.  So, you know, I -- I know it's not my wiring because I've replaced those circuit breakers and they're fine.  So basically, you know, an electrician would have just charged me $200 an hour and not helped me.

Q.   Did you ever contact Siemens to --

A.   You know, I did not because my friend Chris had and he didn't get any response from them when he complained about his circuit breaker tripping.

56

Q.   And just so I'm clear, you didn't actually read any of Chris's -- let me back up.

You didn't actually see any of Chris's communications with Siemens, did you?

A.   No.  He just told me about 'em.

Q.   So you don't have any firsthand knowledge. You just have what he told you; right?

A.   Yes.

Q.   Did you ever look into replacing the Siemens breakers with a later generation of Siemens breakers?

A.   I mean, these are 2022, circa 2021 circuit breakers.  My understanding is they have not changed anything.  And, you know, they are $55 apiece.  So it's not cheap.

Q.   Did you -- sorry.

So I know you said you did some research on and found some other folks complaining about Siemens breakers online.

Did you read anything about interoperability issues with AFCIs and certain appliances?

A.   I mean, it seems like that the General Electric appliances don't function well with Siemens breakers, but it was all appliances.  My experience

57

is I've got, like I said, Keurig coffee pot; the garbage disposal is an InSinkErator; the SKIL saw is actually SKIL; the chop saw is DEWALT.  So they're all different brands and they all trip it.

Q.   Do you have any knowledge of -- I'll skip that.

So just so I'm clear, you didn't do any inspection or troubleshooting into the cause of the nuisance tripping; is that right?

MR. WALSH:  Objection.  Form.

THE WITNESS:  Well, I did.  I mean, and basically it was faulty Siemens breakers.

BY MS. MOHR:

Q.   What did you do to reach that conclusion?

A.   Well, like I say, the information online is that, you know, there is -- if you go online and type in "Siemens breakers," there's dozens and dozens of places that you'll see people complaining about nuisance tripping with Siemens breakers.

Q.   What I'm trying to get at is not what you researched, but did you do anything as far as inspecting the wiring or other electrical in your home to determine the cause of the nuisance tripping?

A.   Well, I put it in, so I knew it was done

Case 1:22-cv-01229-MHC    Document 174-30    Filed 08/04/26    Page 24 of 36
Kevin Brnich Electrical LLC v                                    Clifford Oakley
Siemens Industry, Inc.                                          June 03, 2025

58

correctly.  The County inspected it.  It was done correctly.  So, you know, I knew it was done correctly.

And like I'm saying, those dedicated circuits, there's one wire, runs from the circuit breaker to the receptacle.  It's not like there's, you know, some way you could confuse that and screw it up.  It's very simple.

Q.   So I'm just trying to figure out and clarify, once you started having nuisance tripping, was there anything that you did other than researching online --

A.   I --

Q.   Hold on.

-- to determine what was causing the nuisance tripping?

MR. WALSH:  Objection.  Form.

THE WITNESS:  I did replace the one in the refrigerator when that first happened with a new Siemens arc-fault circuit breaker, and it did the same thing.  So basically it told me -- and then when I plugged in the refrigerator into the receptacles in the living room, which were powered by Square D arc-fault circuit breaker, it ran fine.  No issues whatsoever.

Case 1:22-cv-01229-MHC    Document 174-30    Filed 08/04/26    Page 25 of 36
Kevin Brnich Electrical LLC v
Siemens Industry, Inc.

Clifford Oakley
June 03, 2025

59

And I did that with the other new appliances just to check and make sure that it wasn't -- you know, and like I said, I did the wiring.  I know it's done right.  You know, it's very simple wiring.  So, yeah.

BY MS. MOHR:

Q.   So other than that, did you do anything to --

A.   No.

Q.   -- determine the cause of the nuisance tripping?

A.   No.

Q.   And other than the one Siemens breaker that you purchased and replaced on the refrigerator circuit and the Eaton breaker that you put on the microwave circuit, did you purchase any other replacement breakers?

MR. WALSH:  Objection.  Form.

THE WITNESS:  I purchased regular Siemens breakers, nonarc-fault, nonground fault circuit breakers, put them in the box so that it would function properly.

BY MS. MOHR:

Q.   Did you purchase any other AFCIs as replacements besides the Eaton breaker on the

60

microwave --

A. No, I did not.

Q. -- and the Siemens on the refrigerator?

A. No.

Q. Do you remember how much the Eaton replacement breaker costs?

A. It was about 47, I believe, somewhere around mid-40s, I'm not sure exactly.

Q. You said -- sorry.

You said you had purchased that one because you had heard it would be compatible?

A. Online on some of the chat forums, there was a guy that said basically if you have General Electric appliances, don't buy Siemens, buy Eaton. So my experiment with that was to see how it would function, and it functions well, very good.

Q. What appliances -- I know you mentioned a Keurig, but other than that, what other appliances or devices do you plug into the kitchen receptacles?

A. Oh, toaster, blender, Crock-Pot. That's primarily it.

Q. Do you ever plug in phone chargers?

A. Those are on Square D. I have a designated areas for chargers, and that's on Square D.

Q. Did you purchase the GE appliances at the

61

time that you renovated the house?

A.    Yes.

Q.    Where did you purchase those from?

A.    Lowe's, or, no, Home Depot?

Q.    Do you have a surge protector for your home?

A.    No.

Q.    Have you ever had an electrical fire in your home --

A.    No.

Q.    -- or in any other home that you have lived in?

A.    No.

Q.    Do you know anyone who's experienced an electrical fire in their home?

A.    No.

Q.    Do you know anything about how Siemens AFCIs are designed?

A.    No.

MR. WALSH:  Objection.  Form.

BY MS. MOHR:

Q.    Do you know anything about Siemens' internal processes for updating the design of its AFCIs?

A.    No.

62

Q.   Did you read any of the packaging or labeling that came with your Siemens AFCIs?

A.   Yes.

Q.   What do you recall reading on there?

A.   Oh, there's a very detailed sheet that comes with each circuit breaker that talks about, you know, installation, loads.  I don't remember what else, but anyway, I did read those.  I read one.

Q.   When you say you read one, is that because the others were pretty much the same?

A.   They were identical, yes.

Q.   Okay.  Same question for the Square D AFCIs.

Did you read -- did those come with any packaging or labeling?

A.   Yes.

Q.   And did you read that?

A.   Yes, I read one of those as well.

Q.   You said you read materials about AFCIs that are on Siemens' website; is that right?

A.   Yes.

Q.   Do you remember what that was?

A.   No, I don't.

Q.   Other than what's on the website, did you

63

read -- and then what was on the packaging, did you ever read any other materials about AFCIs from Siemens?

A.   No.

Q.   You're familiar with UL testing?

A.   Yes.

Q.   And are you aware at all as far as the UL standards for testing for AFCIs?

MR. WALSH:  Objection.  Form.

THE WITNESS:  I am not.

BY MS. MOHR:

Q.   I'm sorry.  What was the answer?

A.   I am not aware.  I mean, I don't know what their procedures are for testing, no.

Q.   So you don't know whether that involves any testing for nuisance tripping?

A.   No.

Q.   Did you check to see whether your AFCIs -- your Siemens AFCIs were under warranty?

A.   You know, I don't think there's a warranty on those electrical things, as far as I know.  I mean, basically once you install 'em, you own 'em.

Q.   How much time do you estimate that you have spent investigating or addressing the problem, the nuisance tripping of your Siemens AFCIs?

75

Q.   Okay.  Do you recall providing answers to these interrogatories to your counsel in December -- in or around December 2023 and then providing additional answers a year later?

A.   I had several interactions with the attorneys.  And I don't remember the specifics.  Like I said, I'd have to go through these and read to see what the difference is to see if --

Q.   I think we can -- we'll go through that, because I -- it seems to be clear what the differences are.  I'm just trying to figure out how they came about.  So...

A.   Then I don't know.

Q.   Do you recall whether you reviewed this document, either 3 or 4, something titled "Plaintiff Clifford Oakley's Responses and Objections" --

A.   I did --

Q.   Hold on.  Hold on.

A.   Okay.

Q.   Do you recall whether you reviewed this on multiple occasions?

A.   I don't.

Q.   Okay.  Let's take a look at Exhibit 4, which is the responses and objections that are dated December in 2024.

76

And if you look at the last page, there's that same verification page, but it's not signed.

Do you see that?

A.   Yes.

Q.   Do you recall whether you signed a verification like this in 2024?

A.   I don't remember.

Q.   So I assume that you would have reviewed the answers in 2023 before you signed --

A.   Yes.

Q.   -- that document; right?

A.   Yes.

Q.   Okay.  But you don't know if you reviewed those answers that were provided in 2024; right?

A.   I do not.

Q.   Okay.  So let's look at Exhibit 4.  And I just -- I want to ask you some questions about the answers there.

If you look to -- turn to page 3 and at the bottom of the page --

A.   Which page?  Excuse me.

Q.   Page 3.

A.   3.  Okay.

Q.   At the bottom of the page, it lists several dates that you purchased AFCI breakers from Grover

Electric, from Lowe's, and from Home Depot.
Do you see that?
A. Yes.
Q. Did -- were these also the dates that you purchased Square D AFCI breakers?
A. Some of them were the same and some of them were different. Like I said, when you found a breaker that fit your box, you had to buy it.
Q. Okay.
A. And the receipts that I provided them where these dates came from did have some Square Ds on them, but I don't think it was all of them.
Q. Okay. And I'll just confirm for the record now defendant doesn't seem to have a record -- have received the receipts from your counsel, so we're going to follow up with him afterwards and get that straightened out.
Okay. If you could go back to page 3, and I won't do this for every one, I promise, but I want you to compare it to Exhibit 2, the page 3 on Exhibit 2.
And if you look and compare those two, Exhibit 4 has an additional paragraph, the one that we just read from with all the dates, whereas Exhibit 2 just says the locations of where you

78

purchased them but does not have the specifics and the dates.

A.   Correct.

Q.   Do you see that?

A.   Yes.

Q.   Do you know why that information wasn't provided in 2023 but then was supplemented in 2024?

A.   Well, the receipts that I had for these had the dates on them at this point in time.  As I remember, he just asked, "Where did you purchase them?"

And I said, I purchased them at, you know, basically, you know, Home Depot and Lowe's.

And then they came back and said, "Do you have the receipts?"

So I sent them all the receipts.  So I'm assuming that from those receipts, they put those dates and locations in here and addresses.

Q.   Okay.  And if you could go back to Exhibit 4.  We'll try to stay on that one.

A.   Okay.

Q.   And go to page 5.  And if you see the top full paragraph, it says:  "Plaintiff states as follows:  Plaintiff purchased Siemens' AFCIs at the recommendation of a friend who had remodeled his

117

DECLARATION UNDER PENALTY OF PERJURY


        I hereby declare under penalty of perjury
that the foregoing is my deposition under oath; that
I have read same; and that I have made the
corrections, additions, or changes to my answers
that I deem necessary.


        In witness thereof, I hereby subscribe my
name this        day of                , 2025.


                    _____
                    CLIFFORD OAKLEY

118

DEPONENT'S CHANGES OR CORRECTIONS

Note:  If adding to your testimony, print the words you want to add.  If deleting from your testimony, print the words you want to delete.  Specify with "Add" or "Delete" and sign this form.

DEPOSITION OF:     CLIFFORD OAKLEY

DATE OF DEPOSITION:  JUNE 3, 2025

PAGE     LINE     CHANGE/ADD/DELETE

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

_____  _____  _____

Deponent's Signature _____ Date _____

Case 1:22-cv-01229-MHC   Document 174-30   Filed 08/04/26   Page 36 of 36
Kevin Brnich Electrical LLC v
Siemens Industry, Inc.

Clifford Oakley
June 03, 2025

119

COUNTY OF LOS ANGELES, )
                       )
STATE OF CALIFORNIA,   )

        I, Cody R. Knacke, Registered Merit Reporter, Certified Shorthand Reporter in and for the State of California, License No. 13691, hereby certify that the deponent was by me first duly sworn and the foregoing testimony was reported by me and was thereafter transcribed with computer-aided transcription; that the foregoing is a full, complete, and true record of said proceedings.

        I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing proceedings and caption named or in any way interested in the outcome of the cause in said caption.

        The dismantling, unsealing, or unbinding of the original transcript will render the reporter's certificate null and void.

        In witness whereof, I have hereunto set my hand this day:  June 13, 2025.

_____
CODY R. KNACKE, RMR, CSR No. 13691