# EXHIBIT 28

1

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF GEORGIA


KEVIN BRNICH ELECTRICAL LLC,  )
et al.,                       )
                              )
        Plaintiffs,           )
                              )
     vs.                      ) Case No.
                              ) 22-01229(MHC)
SIEMENS INDUSTRY, INC.,       )
                              )
        Defendant.            )
_____)




VIDEOTAPED DEPOSITION OF TREVOR S. ZANK

APRIL 24, 2025

MINNEAPOLIS, MINNESOTA












Job No. 2025-981641
Reported by:  Amy L. Larson, RPR, CSR, CCR

38

permit.  And to bring it up to today's
standards, when you rewire it to new,
anything new is required arc fault
protection.  So that's when I had to put in
an arc fault for my basement.  So this was a
remodel before a remodel.

Q.  And when you did the initial remodel, you
used Siemens AFCIs, correct?

A.  One, because there was only one circuit.

Q.  And it's your testimony that you never had
any issues with that breaker; is that right?

A.  That model, yes.

Q.  "That model" meaning the Siemens model?

A.  Yes.

Q.  Okay.  But after the second or during the
second remodel, you installed -- you replaced
the Siemens AFCIs; is that right?

A.  I replaced the whole panel.

Q.  Okay.  But you didn't replace it because you
were having issues with it, correct?

A.  Not with that one in particular.  But because
of my experience with various -- hundreds and
hundreds of other ones.

Q.  But as to that specific one, you didn't have
any issues?

KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

39

A.   Correct.

Q.   When did you start installing AFCIs?  Is that when the code changed?

A.   Correct.

Q.   Do you know about what year that was?

A.   Maybe 2011, '12, '14, somewhere in there. I'm not a hundred percent.

Q.   And you mentioned that you don't normally use Siemens AFCIs, you normally use a different brand.  Is that Square D?

A.   No.

Q.   Which brand do you normally use?

A.   Cutler Hammer.

Q.   Cutler Hammer.

     I'll represent to you in some of the documents that you've provided, I saw a lot of receipts for Cutler Hammer, eBay receipts. Do you normally purchase those breakers from eBay?

A.   It depends.

Q.   Okay.  What percentage of AFCIs do you think you've purchased and installed that were Cutler Hammer over the course of your time installing AFCIs?

A.   The percentage?

40

Q. Yeah.  Do you think, like, over time you've used -- all the AFCIs you've produced -- you've installed, like at least half of them are all Cutler Hammer, or is it like 80 percent of them are all Cutler Hammer?

A. I would say 90 percent or more.

Q. So a lot Cutler Hammer?

A. Yeah.

Q. And of that 10 percent, how many of those are, do you think, Siemens?

A. Well, I haven't used them since any issues, because it's costs me thousands of dollars in time.  So I -- I haven't used them anymore, so I don't know what --

Q. Well, before you stopped using them, how -- would you say you purchased and installed, of that 10 percent, maybe half of the 10 percent were all Siemens, or was there other brands that you used?

A. Well, what we were doing was developments, so these are multifamily developments of eight units.  So in that we would use -- to get a price point from my supplier, we went with a Siemens brand, because they had a price point that looked good for us.  So in

41

that development, that's what we were using.

But when I do single-family custom homes, I would always use Cutler Hammer, because I thought it was a better product, in my opinion.  So that's why.

But at that point we were using hundreds and hundreds of Siemens, so...

Q.  And why did you switch from Cutler Hammer to Siemens?

A.  Price point.

Q.  Siemens were cheaper?

A.  Correct.

Q.  Were they more readily available?

A.  Not exactly at that time.  Later they were, but -- during COVID they were, kind of.  But not at that time of purchase, no.

Q.  What was the difference in price point, if you can recall, between the Cutler Hammer and Siemens?

A.  I don't recall.

Q.  Were Siemens AFCIs significantly cheaper, more cheaper than the Cutler Hammer?

A.  I don't honestly remember.

Q.  But it was -- it was cheaper enough to make you stop using the brand that you had used

Case 1:22-cv-01229-MHC   Document 174-32   Filed 08/04/26   Page 7 of 58
KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

42

for a very long time, right?

A.   No, it's just -- you had to meet a price point to get these jobs.  So to be in that price point, you had to figure out a way to make that happen.  So either you -- I mean, if you price out at -- you know, if you've got to get at $10 and it's $20, obviously, it's not going to work.  So I just found a product that met that criteria, and that's what we did.

Q.   And that criteria, what you mean by that is how to make profit off of the projects that you were working?

A.   No.  If the contractor only wants to spend $50,000 to hire you to do the electrical, I mean, that's all they're going to pay.  So it doesn't matter -- if I use a $50,000 product, I'm not going to make any money at the end of the day.  Well, nobody is going to do that, I mean...

Q.   So in the projects that you worked, did the contractor normally say you can only spend X number of dollars on breakers?

A.   No.

Q.   So this was your discretion to decide how you

would spend to meet the pricing criteria
that's laid out by the contractor, right?

A.  It's called business.  It's called making
money.  It's honestly just 101, just doing
business.  I mean, that's why you're in
business, to make money.

Q.  Right.  But my question is more specific, and
that is, if a contractor tells you they have
$50,000 to spend on electrical, is it up to
you to decide how you spend the $50,000?

A.  Yes.  But the thing is, I get to pick and
choose what product I want to use on that
project.

Q.  Right.  And so in these cases, you chose
Siemens products because they were cheaper?

A.  I guess they were compared to Cutler Hammer,
yes.

Q.  Prior to using the Siemens AFCIs, were the
Cutler Hammer cheaper than Siemens?  Is that
why you used those, since it's sort of
business decisions?

A.  No.  You have to understand too, there's
multiple different brands of each thing.  So
Cutler Hammer has a higher-end brand and then
a lower-end brand.  And I usually use the

Case 1:22-cv-01229-MHC   Document 174-32   Filed 08/04/26   Page 9 of 58
KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.
Trevor Zank
April 24, 2025

44

higher-end brand when it comes to normal.

So it's called a CH series.  It's a premium series panels and breakers, where they make a Cutler Hammer BR series, which I use now in my multifamilies, which is more probably price point towards Siemens' stuff.

So it's just over time, that stuff has evolved that the price point and availability and whatever, and it depends on the supplier, what they can get.  You know, it's just -- and then we got contracts with certain suppliers, you can't go to another one.  So it just depends where you can get your stuff too.

Q.  All right.  So if I'm hearing you correctly, your decision to use Siemens AFCIs was not just about it being cheaper, it was also about suppliers, it was about these contracts that you mentioned, availability; is that right?

A.  Correct.  There's a lot.

Q.  Okay.  And, presumably, something changed on those issues for you to begin to use Siemens AFCIs.  I think you've shared with me that the price of Siemens AFCIs went down.

45

Did the supply go up that made you change and use Siemens as opposed to the Cutler Hammer?

A. Well, no, I think it was just -- because I usually work for -- or the supply house I usually use is J.H. Larson. They're a Siemens distributor. That's what they sell. And I don't -- and I buy a lot of stuff through them. They pushed Siemens on me a little bit too so -- because they said they could get it. And they gave me a price point that I liked at that point.

They don't -- at that point, they didn't sell Cutler Hammer and I can't buy Cutler Hammer through them, which is an issue I still deal with today because of whatever reason, but the -- how they have stuff set up. But that was another reason why we went with Siemens.

Q. And how often do you work with that supply house?

A. Every day.

Q. And they don't sell Cutler Hammer?

A. They do now.

Q. Well, help me understand how -- you testified

KEVIN BRNICH ELECTRICAL LLC v                    Trevor Zank
SIEMENS INDUSTRY, INC.                           April 24, 2025

46

earlier that 90 percent of the AFCIs you used were Cutler Hammer, if the supply house that you've used for years, I assume, didn't sell Cutler Hammer.

A. There's multiple different supply houses.

Q. So the Cutler Hammer AFCIs that you -- the 90 percent AFCIs that you used that were Cutler Hammer, you didn't purchase those from this supply house that you mentioned here? Was it Carson?

A. Larson.  J.H. Larson.

Q. Larson.  Is that right?

A. Correct.

Q. Where did you purchase those from?

A. Van Meter, used to be Warner.

Q. It's a different supply house?

A. Correct.

Q. And you said that Larson does sell Cutler Hammer now?

A. Now they do, yes.

Q. When did that shift happen?

A. A couple years ago.

Q. You talked a little bit about the kind of work that Zank Electric does and for whom it does the work.  Walk me through the, sort of,

Case 1:22-cv-01229-MHC   Document 174-32   Filed 08/04/26   Page 12 of 58
KEVIN BRNICH ELECTRICAL LLC v                                    Trevor Zank
SIEMENS INDUSTRY, INC.                                        April 24, 2025

47

typical customer for Zank Electric.

A.   A lot of the work we do is for contractors.
So whatever that contractor has, I mean, we
do it for people like you and anybody in this
room too, individuals, but we do a lot of
stuff for contractors.  So that contractor
will have developments or jobs, and it's
steady work all the time.

Q.   And are those contractors primarily doing
work on residential homes or are these
commercial buildings?

A.   A lot of it is -- it's both.  I mean, because
like a multifamily is considered commercial.

Q.   Okay.  So you wouldn't say that the work that
you-all -- the electrical work that you
provide is primarily for residential or
primarily for commercial, it's a mix of both?

A.   Correct.

Q.   And that's been the case over the 20 or so
years you've had the business?

A.   Correct.

Q.   Before I dive into, sort of, specific
questions around the Siemens AFCIs, I want to
talk a little bit more about Zank Electric.
You own this company, right?

A.  Yes.

Q.  And you started it in 2000, you said?

A.  2008.

Q.  2008.

Are you the sole owner of the company?

A.  Yes.

Q.  Have you always been the sole owner of the company?

A.  Yes.

Q.  And you have employees, right?

A.  Yes.

Q.  How many employees do you have?

A.  Seven.

Q.  That's today?

A.  Yes.

Q.  Who are your employees?  Like, what are their names and their jobs?

A.  Do you want all their full name or what?

Q.  All seven of them.

A.  Andy Bedell is one of them.  Joe Hanson.
Clayton Thompson.  Sam, I forget his last name, because he just -- he's a new hire.
Wyatt Thompson is another one.  My son
Lincoln Zank is also an employee.  And my

Case 1:22-cv-01229-MHC Document 174-32 Filed 08/04/26 Page 14 of 58
KEVIN BRNICH ELECTRICAL LLC v Trevor Zank
SIEMENS INDUSTRY, INC. April 24, 2025

78

them in generations.

Q. Okay. So a newer model, you replace it, and your testimony today is that usually that would correct the problem?

A. It did a lot of times, yes, after hours and hours and hours of troubleshooting before that.

Q. Okay. So other than replacing the breaker with a newer model, what else would you do to investigate whether or not it's the breaker itself that's the issue?

A. Like I explained earlier, we would tear all of our wiring apart. And that was the standard. We tear everything apart, unplug everything and just diagnose the circuit and try to figure out what's causing it.

Q. Would you ever hire anyone else to come in and assist you with your troubleshooting, or did you always do this on your own?

A. Myself, yes.

Q. Did you ever consult with other electricians about how they troubleshoot these issues?

A. Not really, because I feel like I was better at what I do.

Q. You mentioned the Siemens representatives

79

coming out on this one occasion with a

washing machine; is that right?

A.  Yes.

Q.  Do you remember the brand of that washing

machine?

A.  They had the model number.

Q.  Have you ever -- have you ever experienced a

situation where a breaker is tripping because

of incompatibility with a certain appliance?

A.  I'll do a little back story for you.  When

all breakers came out as arc faults, they

were all issues.  And then over time, that

went away because it was new.  Right?  It's

like anything when it's new.  But the only

problem is Siemens was the only one that was

the issue.

Everybody else -- I mean, I

had -- during COVID, I had two twin homes,

three of them in a row, I used Cutler Hammer

in these two buildings, and I couldn't get

breakers at that time because of COVID.

The middle unit I used Siemens.

Everything -- all the appliances were the

same.  Same appliances used there were used

in the same thing, because it was the same

80

contractor.  And everybody wants to blame the appliances.  And these two buildings, I had zero issues with.  This middle one, the only difference was with Siemens breakers.

And I was there multiple, multiple times for breakers tripping for no reason. We swapped the breaker out to a different model, oh, all of the sudden it's fixed.  But we wanted to blame everything else.

So that makes no sense to me.

Q.  So I appreciate that, but I'm -- I want to know, in your experience, have you seen a breaker trip because of incompatibility with an appliance?  Yes, you have --

A.  Like I said, in the --

Q.  -- or no, you haven't?

A.  Yes.

Q.  You have?

A.  (Nods head.)

Q.  What kind of appliance?

MR. GUDMUNDSON:  Objection.  This has been asked and answered.

Go ahead.

THE WITNESS:  Multiple.

BY MR. DAILEY:

Trevor Zank
April 24, 2025

81

Q.  All right.  So you've --

MR. DAILEY:  Well, let me stop for a minute.  I'm not sure I follow the objection.

MR. GUDMUNDSON:  Well, he just gave you the example of the three houses.

MR. DAILEY:  Right.  He said multiple examples, he gave me one.

BY MR. DAILEY:

Q.  And I'm curious -- and I'm specifically asking about appliances here where you've experienced nuisance tripping or unwanted tripping because of incompatibility with an appliance.  Your answer was yes, you've experienced that.

And I want to know, give me details about the appliance, what kinds of appliances were at issue there.

A.  The washing machines with the Siemens breaker.

Q.  The washing machines were incompatible with the Siemens breaker, correct?

A.  In them units, yes, we were having issues.  But then when the model was changed, then the problem went away.

KEVIN BRNICH ELECTRICAL LLC v                                    Trevor Zank
SIEMENS INDUSTRY, INC.                                           April 24, 2025

85

machines?

A.   Maybe vacuums or whatever is plugged into a
     circuit.

Q.   And do you have any idea why an appliance
     would be incompatible with an AFCI, a Siemens
     AFCI?

A.   Yes, because the AFCI isn't doing its job or
     hasn't been updated, because that's how it
     works.

Q.   So it's your testimony that the only time --
     well, I shouldn't say -- that's not your
     testimony.

          Is it your testimony today that the
     only time a Siemens AFCI trips unnecessarily
     because it's incompatible with an appliance,
     is because something is wrong with the AFCI?

A.   I'm going to say that there's something wrong
     with it, yes, or it hasn't been updated to
     current standards, or it's behind its time.
     Because I have plenty of other situations
     where that has never been a problem.  And
     like I said, I had multiple buildings side by
     side with no issues with other brands except
     for that brand, and they're using same
     things.

KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

86

Q. When did you first become aware of the potential for unwanted tripping in a Siemens AFCI?  When was the first time you experienced unwanted tripping?

A. During these multiunits.

Q. Like what year was that?

A. I'd say a little before COVID, so maybe 2022. Or when was COVID, 2020?  So I'd probably say maybe 2019 roughly.

Q. And before that you didn't experience any unwanted tripping --

A. No.

Q. -- with the AFCIs that you used?

A. No.

Q. And, like, how did you come to understand that what you were experiencing the very first time in 2019, that what you were experiencing was unwanted tripping?  Like did you do -- did you do some research?

A. Well, we had examples.  So when you have -- when you're doing multiunits and you have hundreds of units for examples, there's -- I mean, there's no better scenario than that. When I have four units that are exactly built the same and then the next unit isn't, and

KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

87

all of the sudden you have issues, you're --
and you check all your wiring and everything
else and troubleshoot, there's your example.
I mean, there's obviously something wrong.
And that's what brings you down to the
breaker.

Q. Could it be possible that your
troubleshooting process which you don't
memorialize and you testified today you don't
consult with anyone else about it, could it
be possible that your troubleshooting process
is inaccurate?

A. I'm a master electrician and I've been doing
this for 25 years, so I'd say no.

Q. So it's your testimony that the
troubleshooting and investigation that you do
is perfect; is that right?

A. I wouldn't say anybody is perfect.  But when
it comes to determining, and I've done this
in various other brands, if there is a
problem, I find it and fix the solution.  And
the only problem I haven't been able to fix
was the Siemens ones without changing the
breakers.

Q. Would it surprise you if you learned that

101

I had to figure out something, because my name at the end of the day.  I mean, my business was at jeopardy because it made me look like I didn't know what I was doing.  So I had to figure out a solution.

Q. You mentioned that you've never experienced unwanted tripping, meaning tripping that happens for no reason, with any other AFCI brand, right?

A. To the extent that I was with Siemens, yes.

Q. Well, see, now I don't understand what that means, to the extent that it was with Siemens.  Either you've experienced unwanted tripping, which is tripping that happens for no reason, only with Siemens, or with Siemens and other brands.

A. Well, you're not understanding all breakers trip, so I mean --

Q. But I'm not talking about tripping.  I'm talking about unwanted tripping as you've defined it.  Unwanted tripping is when a breaker trips for no reason.

A. Yes.

Q. The question to you is:  Did you only experience unwanted tripping with Siemens

KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

102

AFCIs?

A. Yes.

Q. So the answer to my question of whether or not you experienced unwanted tripping with other brands is no, correct?

A. Yes.

Q. So what do you mean when you say, "Not to the extent of Siemens"?

A. Because like I said -- I feel like I explained myself over and over again here.

When breakers first came out, they all had issues. All of them. I don't care what brand it was, they all had issues. And they slowly figured it all out. I said this already once. And the only problem is the Siemens ones. I'm right back to the same story here.

Q. So the problems that the other brands had, describe those problems.

A. They all had similar issues, because it was a new model for everybody because it became code. So everybody had to build these breakers and everybody had issues with -- I mean, I remember Siemens and GE way back when they first started, they had to put filters

103

on the breakers because they were -- they

would trip too easy, you know.  And that was

years ago when they first came out.  And

other models, they did the same thing.

But then as the second generation

came out, they would fix those problems.  And

then UL listing -- because appliances have to

be UL listed to meet breakers, blah, blah,

blah.  I mean, that's just how it works.  And

no issues with any other brand, so -- since.

Q.  So in your experience, you had issues with

non-Siemens breakers, particularly in the

early days when AFCIs were just coming to be.

And I think I hear you saying that those

issues went away over time, because there

were new models.

Is that right?

A.  It was the brands that fixed it right away,

yeah.  Other brands, yes.

Q.  Brands that fixed it right away meaning an

issue with a Square D breaker would be fixed

right away by Square D?

A.  Yes.

Q.  And give me an example of what that means.

Give me an example of where you've seen a

104

brand fix an issue with a breaker right away.

A.   Well, why do they make different generations?
They make different generations because of
the changes of everything.  And that is
occurring every single day so --

Q.   So your answer to me -- forgive me.  Go
ahead, finish your thought.

A.   So that's just it, that's why I'm saying I
had a problem with the Siemens, because of
different generations.  And that generation,
whatever we had, did not work.  And previous
may have, otherwise after.  But whatever we
used did not work at all, and it still don't
to this day.  For whatever reason that is, I
don't know, but...

Q.   So your testimony today is that your issue
with the Siemens breakers deal with a
specific generation, a specific model?

A.   It could be mass model numbers.  I don't know
specifically, but I just know they didn't
work.

Q.   None of them ever worked, no Siemens AFCIs
ever worked for you?

A.   Well, the ones we replaced did with a new
model.

KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

119

A.  I'm not allowed to by code, no.

Q.  And when that happens, do you see that happening because you're going out to fix something, is there something wrong with the breaker or the panel, is that how you become aware of that situation?

A.  Nope.  A lot of times what that's about is a homeowner not knowing what they're doing and they didn't want to pay to hire a licensed electrician to come out, so they just got something that fit and put it in there, nine times out of ten.

Q.  Of your experience with Siemens AFCIs that you say resulted in unwanted tripping, were those AFCIs normally in homes?

A.  Yes.

Q.  New construction homes?

A.  Yes.

Q.  Would you say all of them were?

A.  Yes.

Q.  And do you recall, off the top of your head, any of the builders of these new construction homes?

A.  Yes.

Q.  Just provide me the builder names.

120

A.   The one that we were having the issue with
     was Wurzer Builders, Inc.

Q.   Spell Wurzer.

A.   W-U-R-Z-E-R.

Q.   And you described a problem.  You mentioned
     you were having problems with this builder.
     You say, "The one that we were having the
     issue with was Wurzer."

          What was the issue?

A.   The issue with the Siemens breakers.

Q.   And did you install those Siemens breakers?

A.   Yes, we installed them.

Q.   And did the homebuilder instruct you to
     install Siemens breakers?

A.   No.

Q.   You choose to install those?

A.   Yes.

Q.   And did you choose to install the Siemens
     breakers because they were cheaper and in
     supply?

A.   Various different reasons, but, yes.

Q.   What other reasons would you choose to
     install Siemens breakers?

A.   Because our supplier had it readily
     accessible, and the price point, something as

121

a business owner that looked good to make
some money, so that's why we did it.

Q. And when you were working with this
homebuilder and had these issues, was -- were
the issues across a number of different units
or just one unit?

A. Multiple buildings.

Q. When you say, "Buildings," you mean homes?

A. These are multidwelling units, so these are
eight-unit buildings.

Q. And when you say, "Multiunit buildings," like
townhomes or --

A. They're like townhomes, but pretty much like
a -- just an eight-unit complex, you know.
Rental units is what they are.

Q. And in this scenario, how many units
experienced the unwanted tripping with the
Siemens AFCIs?

A. I would say -- bless you -- 10 to 12.

Q. Ten to 12 units?

A. Yeah.

Q. And all those units had Siemens AFCIs in
them?

A. Yes.

Q. And you installed all of those Siemens AFCIs,

Case 1:22-cv-01229-MHC    Document 174-32    Filed 08/04/26    Page 28 of 58
KEVIN BRNICH ELECTRICAL LLC v                                      Trevor Zank
SIEMENS INDUSTRY, INC.                                           April 24, 2025

122

correct?

A.  Yes.

Q.  And all of those units had issues with the
Siemens AFCIs, correct?

A.  Yes.  And let me be specific.  When I say
units, we're talking -- we're talking
buildings, 10 to 12 buildings or whatever, so
you're talking 8 units per building.

Q.  And when you say unit -- when I think of
units, I'm thinking of a home.

A.  Right.

Q.  So eight townhouses is a unit?

A.  Yes.

Q.  And you're saying there were eight to
ten units?

A.  Eight to ten buildings.

Q.  Buildings.

So we're talking maybe 80 units?

A.  Yes.

Q.  And just -- I think you just answered this,
but I want to get it clear on the record.

You installed the Siemens AFCIs for
all 80 units, right?

A.  Yes.

Q.  And all of the units experienced unwanted

132

tripping, as well as have some units, homes,
buildings where there were issues?  Was it
usually the case that some worked and some
didn't?

A.    Just the first three buildings and then it
was a problem from then on out.  And then, I
mean, like I said, I still have problems with
some that are -- have been new purchased even
to this day.

Q.    So you're still having issues with Siemens
AFCIs that you're purchasing today?

A.    Correct.

Q.    I thought you stopped using Siemens AFCIs
in --

A.    For new builds, yes, but --

Q.    Let me get my question out.

           I thought you said you stopped using
Siemens AFCIs in '22.  Is that not right?

A.    For new builds.  But I said that panels that
were existing that the homeowner doesn't want
to change out their panel board, I have to
use what is there, so then at that time I'm
required to use that breaker, which I've had
problems with.  But I can't make a homeowner
spend $3,000 to upgrade their panel.

133

Q. On page 4 of this document, it asks you about
any research you conducted before you decided
to purchase Siemens AFCIs.  And you say in
your response that you recall reviewing
advertisements, brochures, commercials and
other marketing materials.

What exact advertisements did you
review before purchasing Siemens AFCIs?

A. I wouldn't say it's actual, like, commercials
or anything.  Just at our supply house they
have -- you know, there's brochures and
everything up.  Like any standard supply
house, they're trying to sell their product.
That's what it was.

Q. And this would be at Larson?

A. Yes.

Q. So Larson would have material about Siemens
AFCIs?

A. Yes.

Q. And you reviewed that material before you
purchased the Siemens AFCIs, correct?

A. We looked at them, yeah.

Q. And what did you -- what did you learn by
reviewing those advertisements and brochures?

A. There's nothing really to learn, because it's

134

like any product, I guess, when it comes to breakers.  It's just a different brand name.  At that point it was.  Until we started having issues with them and then realized I didn't want to use them again, but...

Q.  So did those materials say anything about Siemens AFCIs?  Like, what did you -- what do you recall reading in those materials?

A.  That was probably -- you know, that was a long time ago, so I don't recall.

Q.  But there was nothing in those materials that made you not want to purchase Siemens AFCIs, correct?

A.  Not at that point.

Q.  Was there anything in those materials that made you want to purchase Siemens AFCIs; do you remember?

A.  I don't recall, no.

Q.  Did you ever use subcontractors to purchase Siemens AFCIs for you?

A.  I guess would a supply house be considered a subcontractor?  I guess I don't know, but --

Q.  Well, in your response here, you tell me what you were thinking.  It says, "Plaintiff does recall reviewing any advertisements,

135

brochures, commercials or other marketing material specific to Siemens AFCIs prior to any purchased by any subcontractors or electricians."

Who are the contractors in that answer -- or the subcontractors in that answer?

A.   See, a subcontractor in my world is somebody I hire out.  So I'm not hiring -- I don't hire anybody out, so...

Q.   So you didn't have any subcontractors purchasing Siemens AFCIs for you?

A.   I did not.

Q.   So maybe that's an error, do you think?

A.   It probably is an error, yeah.

Q.   And electrician would be referring to you or your employees?

A.   Yes.

Q.   So is it fair to say that you and your employees are the only ones who purchase Siemens AFCIs on your behalf?

A.   Yes.

Q.   When you're purchasing Siemens AFCIs, do you ever recall speaking to anyone at Larson about the Siemens AFCIs before you purchased

136

them?

A.   Just giving a price and figuring out what I
     needed for the job, yeah.

Q.   Prior to purchasing the AFCIs, did you ever
     speak to Siemens?

A.   No.

Q.   Do you keep receipts of your purchases of
     your AFCIs?

A.   I'm sure I do in my records somewhere.

Q.   Did you normally purchase the Siemens AFCIs
     online or in person at the supply house?

A.   In that instance, they were bought from the
     supply house.  So it just depends on the
     jobs.

Q.   I'm going to show you what I'll mark as
     Exhibit 3.  But I want you to hold on to
     Exhibit 2.  Don't get rid of that.

               (Exhibit 3 marked.)

BY MR. DAILEY:

Q.   This is an email from eBay.

          Is that your email address,
     zankelectric@gmail?

A.   Yes.

Q.   And it says, "Good luck, Trevor."

               That's referring to you?

137

A.   Yes.

Q.   What's bigtuna0?

A.   I guess I don't know where you're looking.

Q.   "Good luck, Trevor" -- first page.  It says,
     "Good luck, Trevor.  We've sent your offer to
     bigtuna0."

           Do you see that in the blue?  Do you
     know who Big Tuna is?

A.   That's probably whoever I'm buying something
     from.

Q.   Okay.  On the next page you'll see Siemens
     circuit breaker, 2 pole, 125 amp.

           Do you see that?

A.   Yes.

Q.   And it looks like they're offering you --
     well, you tell me, are they offering to sell
     this to you for $25 or $35?

A.   $35.

Q.   And you -- you're offering to purchase it for
     25?

A.   Yes.  But what is this pertaining to?
     Because you realize this is not an arc fault
     breaker?

Q.   Well, this is -- so this is discovery.  I'm
     asking you questions about the discovery that

164

changing the breaker is what's going to solve
the problem?

A.   In my field, you never do that.

Q.   Okay.

A.   Because then that is a problem, because
you're speculating.  So what you do is you
troubleshoot and you make sure the circuit is
correct first.  So we -- like I said, we have
a standard and a sequence how we do things to
make sure everything is correct.

Q.   Well, you say after two years of Siemens
coming out to troubleshoot, that's the
conclusion we came up with by changing the
breakers instead of spending countless hours
in these homes.

So my question to you is:  Each time
you changed the breaker, each time you
replaced the breaker, did you spend hours in
the home investigating?

A.   Not towards the end.  But, I mean, people
were living there, so it was a pain to try to
schedule to get this set up with every
customer, because it would take time out of
our day because we had to make special trips
to these places.  So I mean, I have hours

Case 1:22-cv-01229-MHC   Document 174-32   Filed 08/04/26   Page 36 of 58
KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

165

just lost just trying to set up times with these people.

Q. And this would be, like, what 2021, 2022 towards the tail end of your using the Siemens AFCIs?

A. Yeah.

Q. Now, talk to me about your experience with Siemens. You've referred to it quite a bit.

Was it standard practice for you to call Siemens each time you went to a home to investigate unwanted tripping?

MR. GUDMUNDSON: Object to form.

THE WITNESS: See, how it works is you talk to your rep first where you're buying your product, and then my sales rep would in turn talk.

And at one point, there was multiple contractors -- we had a meeting with Siemens' rep that came to J.H. Larson, and we had a meeting with probably four other electrical contractors in the area that were having the same problems, because we were trying to figure out how we could come up with a solution.

And so at that meeting, years and

Case 1:22-cv-01229-MHC   Document 174-32   Filed 08/04/26   Page 37 of 58
KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

166

years ago now, this was happening then and not only to me.  So when that happened, that's how then the Siemens people could come into play.

BY MR. DAILEY:

Q.  My question to you is:  Each time you investigated alleged nuisance tripping, did you call Siemens?

MR. GUDMUNDSON:  Object to form.

THE WITNESS:  No, because it wasn't a need.  And they were from Minnesota, so when you'd call them, it literally was like pulling teeth out to get them to come.

BY MR. DAILEY:

Q.  So you did not call them each time.

When would you determine that it was necessary to call Siemens?

A.  When the problem could not be fixed.

Q.  Okay.  So there were times where you were able to fix the problem with respect to the Siemens AFCIs, correct?

A.  There was multiple -- no, because that's why they ended up coming out, because we were not fixing the problem.

Q.  So you only called Siemens out and called

167

Siemens for help when you couldn't fix a

problem, right?

A.   This problem, yes.  But this problem was

going on for a long period of time.  So say

it started here, there's a process, you know,

I had to talk to sales rep, they get ahold of

Siemens, and in the meantime months are going

by and we're still dealing with all these

problems, and finally they come out and

finally we got to do all the troubleshooting,

finally this and that.

You know, this is -- time is going by

in this whole process.  So it's not like --

we tried to do what we can to have to Siemens

help, but they did not help.

Q.   Who did you speak with at Siemens?  Do you

recall, like, the name of the individual you

spoke to?

A.   I don't.

Q.   And you keep saying they came out.  Like,

someone actually came out in person to meet

with you to troubleshoot an issue?

A.   Yes.

Q.   Was that one of the homes -- the Wurzer

homes?

168

A.  Yes.

Q.  And this one we're dealing with the washing
    machine?

A.  Yes.

Q.  And you said that Siemens tried to blame the
    washing machine and said it was -- that was
    the issue, as opposed to the breaker,
    correct?

A.  Yes.

Q.  Do you recall why Siemens said that it may
    have been the washing machine?

A.  Because they were trying to explain to me how
    arc faults work.  And I think they don't
    understand my knowledge of electricity too.
    And I think they were trying to just blame
    something because it wasn't working and
    they've had issues in the past.

            But the problem is how breakers are
    and the next generations, that should have
    been fixed a long time ago.  And we already
    did buildings prior that, we didn't have
    those issues, and all of the sudden -- and I
    told them that, but nobody was listening.
    And I said these are the same buildings, the
    same thing, nobody is listening.

169

And you'd think you would take somebody's experience or what they're saying, but they didn't.

Q. And how would you normally get in touch with Siemens?  Would you call them, would you email them?

A. At first it was through J.H.  And then, yeah, then I had the email and then the phone number, actually, of the guy that I was working with.

Q. And who was that, do you know?

A. I don't recall his name, no.

Q. But the phone number of a Siemens rep?

A. Yes.

Q. Was there ever a time where you worked with Siemens and you all resolved an issue?

A. Yes, the washing machine.

Q. But the resolution was that something was wrong with the breaker; is that correct?

A. That's -- we changed the breaker out, yeah, and then the problem went away.

Q. Did Siemens agree with you that the washing machine --

A. They didn't want to agree with me, no.

Q. So they did not?

170

A.   They didn't want to agree, no, because then
     they're at fault, and they didn't want to
     look at fault.

Q.   Was there ever a time where you worked with
     Siemens and you all were in agreement on what
     was causing the unwanted tripping?

A.   No.

Q.   Every time there was unwanted tripping that
     you couldn't resolve or explain, did you
     always conclude that it was the breaker?

A.   After we ended up swapping the breaker out
     and they came out, Siemens, yes.

Q.   Was there ever a time in the three years or
     so that you used the Siemens AFCIs, where you
     investigated unwanted tripping with those
     AFCIs and determined that it was not an issue
     with the breaker?

A.   We already talked about this.  No.

Q.   We've talked about it, but you've testified
     on one hand that there were instances where
     it was a wiring issue, maybe there was a
     device issue that resolved the issue with
     the --

A.   We're talking about different --

          MR. GUDMUNDSON:  Hold on, hold on.

A. Electric heat.

Q. And if they did have HVAC, would you install -- do the wiring before or after?

A. It depends.

Q. On what?

A. When the other contractors get there, I guess.

Q. So there's no -- is there an upside or a downside to doing the wiring before or after the HVAC installation?

A. Yes and no. It just depends on who we're dealing with, because each contractor is different.

Q. What's the upside?

A. The upside, depending on what we have to run, makes it easier for us. But downside is if, depending who the contractor is, they're pretty rough and they just -- they rip our boxes off or do -- they're not very pleasant to work with.

Q. Before you complete -- before you begin wiring a home, do you inspect any paperwork or, like, wiring schematics or anything like that before you get started?

A. Everything is design build so --

Case 1:22-cv-01229-MHC    Document 174-32    Filed 08/04/26    Page 43 of 58
KEVIN BRNICH ELECTRICAL LLC v                                    Trevor Zank
SIEMENS INDUSTRY, INC.                                         April 24, 2025

215

Q.  What does that mean?

A.  We design per customers' wants and needs on the job, so there is no schematic typically drawn up.  This is built -- this is a custom -- each situation is custom built and wired specifically.

Q.  So you normally do work on new construction homes?

A.  Correct.

Q.  Would you look at the floor plans before you agree to take a job?

A.  I always have to bid them that way, yes.

Q.  Is there anything about the floor plans that would cause you not to do the wiring in the home?

A.  Not typically.

Q.  The Siemens AFCIs that you purchased from '19 to '22, would those have all come from Larson?

A.  Yes.

Q.  And so you would have receipts of those purchases?

A.  Yes.

Q.  And would you normally buy those in bundle, like in bulk, the AFCIs?

Case 1:22-cv-01229-MHC Document 174-32 Filed 08/04/26 Page 44 of 58
KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.
Trevor Zank
April 24, 2025

216

A. Yes, they were bought in packages for each phase, different phases.

Q. And you've kept receipts of those purchases?

A. There is receipts of them, yes.

Q. Where would those be?

A. Either in my Quickbooks or in my accounting.

Q. Do you think Larson would have the receipts as well?

A. Definitely.

Q. When you told -- or if you ever told a homeowner or a homebuilder that you were going to use Siemens AFCIs, did you ever share that you were providing those AFCIs at a premium?

MR. GUDMUNDSON: Object to form.

Go ahead.

THE WITNESS: I guess when I do business, I don't say that, typically say that, because a price is a price. I give a price ahead of time. I don't tell them premium price or whatnot, I guess.

BY MR. DAILEY:

Q. So the fact that the Siemens AFCIs were cheaper than the Cutler Hammer never really factored into how you priced the work?

A.   Correct.

Q.   Would you normally charge a homeowner a flat rate for, like, all the wiring in their home, or would it be kind of itemized by certain things you would do?

A.   It's itemized.  And each builder is different, prices are different per home per building, what it is.  So for instance, in a multiunit building I might give them a little better break on one compared to a custom home just because the time I have involved. There's different price points in everything.

Q.   Did you ever reduce the price when you started using Siemens AFCIs since they were cheaper?

A.   No, because we never did any of the multiunits for them before, so there was nothing to compare it to.

Q.   So you would just keep charging as if you were using the Cutler Hammer or other AFCIs?

A.   No, it was just charged per the building and the future work we were going to get.  So when you're doing business like that, you usually give somebody a little better break on stuff for the guaranteed work.

218

Q.  Do you recall the very first time you installed Siemens AFCIs?

A.  No.

Q.  Were you ever asked to disclose any previous issues you may have encountered with Siemens AFCIs before starting a job?

A.  No.

Q.  Do you typically notify the homeowners in the homes where you're doing the work that you're going to use a certain brand of AFCIs?

A.  No.

Q.  Do they normally ever ask?

A.  Not usually.

Q.  Do you ever -- after you said you started having issues with the Siemens AFCIs, did you begin to make homeowners aware that there could be this potential for unwanted tripping that you had experienced?

A.  If they had an existing panel that we had to use them breakers just so I could try to troubleshoot this issue if it occurred, yes.

Q.  Otherwise you would not?

A.  I wouldn't use them otherwise, yeah.

Q.  I mean, otherwise you wouldn't notify the homeowner?

KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

224

project that you didn't have?  If a project starts in 2020 or you contract to get the project in 2020, why would you already have material for the projects?

A. Because like I said, it takes two years to get the materials.  So we had to think about what is going on forward.  So we had to order this stuff ahead of time.

Q. I see.  So you just ordered a lot of Siemens stuff ahead of time anticipating projects down the road?

A. They were already guaranteed projects.

Q. Already guaranteed.  Okay.

Okay.  And so you've got all the Siemens merchandise, products, and you have a nuisance tripping experience in 2019, but your testimony is that you had to keep installing the Siemens stuff, because that's what you had and you didn't want to eat the cost?

A. Correct.

Q. How much Siemens product did you purchase in advance, like in 2019?

A. In 2019, I don't know exactly at that time.  Because it was in phases, like I said.  So I

225

don't know exactly what was all purchased at each given time.  But I know at one point -- and that's just it.  You know, we had pallets and pallets of material.  So I don't know what each pallet had for breakers.

We would just -- you know, I built a shop, we moved all this material into the shop.  And then say there was different breakers from different realms of the rainbow, and they all got mashed together because we're not paying attention that they're not going to work.  We have to put them in the shop and make it work.

Then we're grabbing them off the shelf to use them, and so it was random, you know, so -- and that's when the fun began.

Q.  The fee that you would charge your customers to install AFCIs or do wiring work, that would incorporate the cost of the Siemens AFCI itself?

A.  Yes.

Q.  And when you billed for that, for the work, did you itemize how much made up the total amount?  So for example, if I saw an invoice, would it tell me how much that invoice is for

226

the breakers only or for labor only?

A.  No.

Q.  It's just one big fee?

A.  The service -- it's itemized, but it's broken
    into different categories, because I'd have
    to have -- I mean, I'd literally have pages
    this big of every item if I itemize what I
    do.

Q.  And so it would be itemized in what
    categories?

A.  Service, electrical service is one, and then
    it's itemized by openings, homeowner fixtures
    and various other things.

Q.  And so the purchase of the Siemens AFCIs,
    would they be, like, under materials or
    something?

A.  No, it's not that way.  It's just -- like I
    said, it's under services.  So I have a
    fee -- I have a certain set amount that I
    charge for a service.  That includes the
    meters, the panels, the breakers, my labor,
    the wire to run to those panels.  All of that
    is one price.

Q.  Do you know if any warnings or safety
    documents came with the purchase of the

227

Siemens AFCIs that you purchased?

A.   There was documents.  I don't know about any
warnings, but...

Q.   Did you ever review those documents or do you
know what they were?

A.   It was a sticker that usually came on them
that we'd put on the panel for diagnostic if
the breaker tripped.

Q.   But you don't recall any packaging or
labeling that talked about warnings?

A.   There probably was in there, but I don't -- I
guess, what are you referring to as far as
warnings?

Q.   I'm just curious.  Anything.  I don't -- I
look to you to decide, sort of, what you
would describe as a warning label, for
example.

     But generally speaking, when you
purchased the Siemens AFCIs, was there
packaging or labeling that talked about
nuisance tripping, for example?

A.   It didn't, not that I recall.

Q.   Okay.  Were there UL tested labeling on the
AFCIs?

A.   It probably -- I mean, you can't sell a

237

A.   The ones I -- the new purchased ones?

Q.   No, that initial big batch, that initial
     purchase.  How often would you use those to
     replace the bad ones and it would -- it would
     resolve the issue?

A.   I would say not often at all.

Q.   Meaning 10 percent of the time?

A.   One percent.  Because I sent back, and
     there's documents with J.H. Larson of
     hundreds of breakers, arc faults that I sent
     back that were -- we had issues with.

Q.   You sent Siemens breakers back?

A.   Correct.

Q.   And are you referring to the ones that you
     were replacing?

A.   Those were ones for future buildings that I
     didn't want to deal with that problem going
     forward, so I was trying to get ahead of the
     problem.

Q.   So the ones you were sending back hadn't
     nuisance tripped?

A.   They did when we tried using them in these
     buildings, so I knew they weren't working
     also.

Q.   Was there ever a time where that batch of

AFCIs that you had purchased, but not installed yet, would actually work to resolve the problem AFCIs?

A.  Like I said, 1 percent.

Q.  Okay.  So the answer is yes, there were times?

A.  Yes.

Q.  How many of these AFCIs do you think you sent back because you, as you pointed out, you were trying to get ahead of the problem?

A.  There was 270 something or more, I want to say.

Q.  That you sent back?

A.  Yes, and that we exchanged for the dual-function breakers that I had to pay extra for.

Q.  So you sent 270 or so breakers back to Siemens?

A.  To my supplier.

Q.  To Larson.  And instead you purchased dual-functioning breakers?

A.  Yes.

Q.  Did Larson reimburse you?

A.  For the extra?

Q.  No.  Did Larson reimburse you for the 270 you

239

sent back?

A.   I got a credit for those, a partial credit

towards the -- the new dual-functions, but

the difference I had to pay for.

Q.   The dual-functioning ones were more expensive

though, right, than the --

A.   Correct.

Q.   -- AFCIs.

So Larson gave you a credit for the

270, and you used that credit to purchase the

dual-functioning?

A.   Yes.

Q.   On how many occasions did you send breakers

back to Larson and receive a credit?

A.   A lot.

Q.   More than ten times?

A.   Oh, yeah.

Q.   Would you normally send back a batch, like a

big 270, or was it like you'd send one or

two?

A.   It depends.  It depends when we were

troubleshooting or in the period, because

they would get thrown in the shop or

whatever.  And then if they -- we got a batch

of them, I would bring them in.  It would

240

just depend when I could get to the supply
house, because we got a lot of stuff going,
so...

Q. Do you know how Larson came up with the
credit amount?

A. Probably through Siemens or what I paid for
them originally, I'm assuming.

Q. So Larson would make you whole on the Siemens
purchase, right?

A. Say that again.

Q. Larson would make you whole on the Siemens
purchase?  In other words, if you purchased
$500 worth of Siemens AFCIs that you sent
back to Larson, they would credit you $500?

A. They wouldn't give me -- I wouldn't get money
in exchange, it would just be --

Q. Yeah, credit for another purchase.

A. Correct.

Q. But it would be -- the credit would reflect
the amount you would purchase for the AFCIs?

A. Correct.

Q. And then if you wanted to purchase these
dual-functioning, you had to pay the
difference?

A. Correct.

241

Q.  Okay.

A.  Which I was trying to have Siemens just step up and give me them ones to fix the problem, and they wouldn't to begin with, because that fixed the problem.

Q.  Okay.  And you said this happened often between 2019 and 2022?

A.  Yes.

Q.  How much in credit do you think Larson ultimately ended up providing you through this process of sending AFCIs back?

A.  Thousands.

Q.  Thousands of dollars?

A.  Oh, I'm sure.  I mean, you figure even if -- because we were buying in quantity, say, 270 breakers at even roughly $50 a piece, you know, that's a substantial amount right there.

Q.  And do you know if Larson only did that for you or do you know of other electricians or others who Larson did that for?

A.  Other contractors also in the area.

Q.  And did you approach Larson about the credit idea or did they recommend it?

A.  I just wanted the problem resolved, so we

KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank
April 24, 2025

261

DEPOSITION CORRECTION SHEET

TITLE:  Kevin Brnich Electrical, LLC, et al. vs.
        Siemens Industry, Inc.
WITNESS:  Trevor S. Zank

PAGE    LINE    DESIRED CHANGE  Add

171   21    we had (no) issues — Incorrect word transcribed

171   22    we did not change to we did. - Incorrect word transcribed

142   1     Werner is correct spelling - Typo

111   12    change 22 to 21 - Incorrect word transcribed

81    24    model change to breaker - Incorrect word transcribed

33    11    add - as an apprentice after Clair - Incorrect word transcribed

KEVIN BRNICH ELECTRICAL LLC v
SIEMENS INDUSTRY, INC.

Trevor Zank

262

I, Trevor S. Zank, have read this

deposition transcript and acknowledge

herein its accuracy except as noted:

_____
Witness Signature

263

REPORTER'S CERTIFICATE

Be it known that I took the foregoing deposition of Trevor S. Zank, on April 24, 2025;

That I was then and there a Registered Professional Reporter and a Notary Public in the State of Minnesota, and that by virtue thereof, I was duly authorized to administer an oath;

That the witness was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth relative to said cause;

That the foregoing transcript is a true and correct transcript of my stenographic notes in said matter;

That the witness reserved the right to read and sign the transcript;

That I am not related to any of the parties hereto, nor interested in the outcome of the action;

WITNESS MY HAND AND SEAL this 7th day of May, 2025.           _____
                                                              Amy L. Larson, RPR
                                                              My Commission Expires 01/31/30