# EXHIBIT 29

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

KEVIN BRNICH ELECTRICAL,  ) CASE NO.
LLC, ET AL.,              ) 22-01229 (MHC)
                         )
          PLAINTIFFS,    )
                         ) VIDEO-RECORDED
VS.                      ) DEPOSITION OF
                         ) RICHARD P. KEYSER
SIEMENS INDUSTRY,        )
INC.,                    )
                         )
          DEFENDANT.     )
------------------------

VIDEO-RECORDED DEPOSITION OF RICHARD

P. KEYSER, taken before Cynthia Craig,

Registered Professional Reporter and General

Notary Public within and for the State of

Nebraska, beginning at 9:06 a.m., on May 8,

2025, at the Law Office of Erickson &

Sederstrom, Regency Westpointe, 10330 Regency

Parkway Drive, Suite 100, Omaha, Nebraska,

pursuant to the within stipulations.

16

A.   It'd be about 2017.

Q.   Okay.  And I think you said that you had done three electrical apprenticeships; is that right?

A.   I did.

Q.   What was the third one?

A.   It was the -- it was through Penn Foster -- I'm sorry, that one was through Northwest Line College.  So Fort Calhoun Nuclear Plant closed down 2017, 2018 time frame.

And I was told that I was low on the seniority, and I could either go down to Nebraska City, be forced down to Nebraska City or find other employment within the utility or elsewhere, and so I applied for and obtained a job in our substation department part of transmission and distribution.

And so as a substation electrician, I had yet a third apprenticeship.  That was through Northwest Line College.

Q.   And then did you get a certification from that?

A.   I got a certification of completion and a title of first class substation electrician.

17

Q.   Okay.  Other than those three certifications--Class A that you received when you were with Local 22, the senior maintenance electrician when you were with Penn Foster, and then the first class substation electrician--do you have any other licenses or certifications?

A.   Well, my job title now is different. I'm now a peaking station technician. Combustion turbine tech is another name for it. Basically I'm a plant operator and instrumentation and control technician.

Q.   So what is your current employment?

A.   I still work for OPPD.

Q.   Okay.

A.   I'm at the Standing Bear Lake Power Station.

Q.   And how long have you been in that role?

A.   One year this month.

Q.   What was your role prior to that?

A.   First class substation electrician.

Q.   Okay.

A.   This role I was hired in as a senior, so I'm a senior peaking station technician.

Q.   So where -- sorry, let me just back

18

up.

You were at the substation for how -- like, five years or so?

A.   Yes, uh-huh.

Q.   Okay.  And now you're at a different location?

A.   Yes.

Q.   Where is that now?

A.   Standing Bear Lake --

Q.   Okay.

A.   -- Power Station.

We're in the process of building a new power plant and commissioning a new power plant. I will be one of the control room operators and technicians on site.

Q.   Have you -- other than -- well, do you have any professional experience with, like, residential -- in the residential area of electrician?

A.   That was part of our -- that was part of my time at Thompson Electric.  We did multiple facilities that fell under both commercial and residential, wiring codes and jurisdiction, assisted living facilities and apartments.

19

Q.   And AFCIs were not in use at that time, correct?

A.   No, they were not.

Q.   Okay.  So you -- did you have any professional experience dealing with AFCIs?

A.   We had ongoing education where -- you know, I've kept my license for -- I've had it now for 20 years or so.  And we have continuing education, and every couple of years we have to renew that license and have to have experience in that way.

And so we were updated on the code changes and requirements for them.  I'm familiar with how they work and what they do.

Q.   And so what -- what is the name of your license or -- and who is the licensing -- I guess who gives the license?

A.   The -- it's the State of Nebraska.

Q.   Uh-huh.

A.   Class A Journeyman's License.

Q.   Okay.

A.   Journeyman's electrical license.

Q.   And how much continuing education does that require?  Say, like, every year, how -- what do you have to do?

28

now about people that you have specifically --
you -- you -- let me back up.

You said that you -- everyone you know who has AFCIs in their home, so I'm just talking now specifically about people you've spoken with who have AFCIs in their home who have had these issues.  So how many -- approximately how many people is that?

A.   I'd say half a dozen.

Q.   So other than sort of your conversations with other people you know, do you have any other -- other information that has contributed to your understanding of nuisance tripping with AFCIs?

A.   A Google search would refer you to common problems associated with AFCI breakers.

Q.   And --

A.   Nuisance tripping is the most common problem with AFCI circuit breakers.

Q.   And when did you perform Google searches on this topic?

A.   I searched it just two days ago.

Q.   Okay.  And what did you find two days ago?

A.   That nuisance tripping is the most

common problem -- known problem with AFCI circuit breakers.

Q.    Do you remember what Websites that Google pulled up that said that?

A.    I don't, but top three or four.

Q.    What about other than two days ago, had you Google searched or searched on some other Internet search engine about AFCIs?

A.    Probably when I was trying to troubleshoot my problems.

Q.    And do you recall at that point whether you found similar information about AFCIs being a -- nuisance tripping being a complaint?

A.    Yes.  It's been a known problem as far as I've been aware since they've been initially brought into a requirement for installation.

Q.    When you say a known problem, known to whom?

A.    Everyone that installs them.

Q.    So that'd be electricians and contractors?

A.    Yes, and homeowners.

Q.    So that would have been since around 2017 --

30

A.   Yes.

Q.   -- that they've been a known problem?

A.   I think so.

Q.   So you mentioned that there's people who have taken out their AFCI and put in a $3 circuit breaker and they'll replace it when they sell their home to be up to code.

Do you recall that?

A.   Yes.

Q.   Do you think that there's a risk -- a safety risk to doing that?

MR. GOODWIN:  Object to the form, but go ahead.

THE WITNESS:  I find the benefit to AFCIs to be in circuits that would be used to plug in devices that are potential or prone to having dangerous conditions.

I don't think that LED lights are a problem, are a safety hazard.  I don't think that ceiling fans are a safety hazard, I don't think that alarm clocks are a safety hazard.  I don't think garbage disposals or vacuum cleaners are a safety hazard.

I suppose a cord-connected tool, like a big grinder or drill motor, something that

40

BY MS. MOHR:

Q.   And you built that house, right?

A.   I did, yes.

Q.   When did you start construction?

A.   We broke ground in the spring of 2018.

Q.   And when did it get completed?

A.   February of 2020.

Q.   And when did you move in?

A.   February, late February.

Q.   And when you moved in, was there still some work that needed to be done?

A.   Sure.

Q.   And where did you live prior to that?

A.   My wife's family got a farm between Fremont and Valley.  You want the address?

Q.   I don't -- no, I don't need it.

A.   Okay.

Q.   Do you know whether there were AFCIs in that home?

A.   No, it was a 1946 Cape Cod.

Q.   Have you -- do you own any other properties?

A.   I do not own any other properties.

Q.   Okay.  Do you -- does your wife or anybody in your family own any rental

41

properties?

A. No.

Q. And does your home, your current residence, does it currently have Siemens' AFCIs installed?

A. It does, yes.

Q. And when did you first install them?

A. When I built the house, new construction.

Q. So do you recall approximately, like, when between 2018 and 2020?

A. Early 2000 -- well, late 2018, probably some of them were possibly being installed 2019, that winter, inside work when I can.

Q. And why did you install them -- why did you install them?

A. I work around Siemens' products regularly, and I'm comfortable with them as a -- as a company. I feel like they have a reputation for -- generally for industrial equipment.

And when I went to Menards, which is my local, you know, supplier for construction materials, they have a selection. I was looking

for a product that had solid copper buses in the power panel versus aluminum.

You know, some of the brands that are carried in these supplier stores, be like Homeline or very specifically cheaply constructed and made to just satisfy code requirements or better constructed, I, in almost ever case, opt for better constructed equipment.

I installed Siemens because I thought my experience with them was that they provided a better product.

Q. And why did you install a panel with AFCIs specifically?

A. To satisfy code requirement.

Q. Did anybody else ever purchase AFCIs for you?

A. No.

Q. Was the home inspected after it was constructed?

A. It was, yes.

Q. And who inspected it?

A. City of Fremont, the Department of Utilities probably.

Q. Did they give you any kind of an inspection report?

43

A.   I received all of the paperwork I think just basically signing off on the stickers that they put.

Q.   What do you mean by the stickers?

A.   They -- you know, they put a sticker somewhere in the home saying the plumbing inspector inspected it, electrician inspector inspected it, the framing or, you know, construction general -- you know, there's a series of inspections that are performed to satisfy your permit.

Q.   And yours passed all those inspections?

A.   Yes, it did.

Q.   So was there any kind of a report where they give any kind of explanation, or is it just okay, you're good?

A.   Just an okay.

Q.   Were any issues flagged around that time with regard to -- well, let's -- at all, were there any issues that were flagged during the inspections that you had to fix?

A.   No, no, I don't think so.

Q.   And did you install all the wiring in the home?

44

A.   I did.

Q.   Okay.

A.   Yes.

Q.   Okay.  Did you install it before or after the HVAC?

A.   Parts of it you had to wire equipment after that was installed, but I think I -- I ran as much ahead of time as I could.

Q.   What about before or after the plumbing?

A.   Same.

Q.   What type of wiring is used in your home?

A.   Romex is I think the common brand, common name.

Q.   What -- what tools do you use for wiring the house?

A.   What do you mean specifically for --

Q.   Well, yeah, when you're wiring the house, what kind of tools do you use to do that?

A.   I had a -- like, something generically called a hole hog, something that you drill through studs, you pull your wires through the -- through the holes that you drilled.

You'd use a hammer to nail on boxes

45

onto wooden studs, use a pair of lineman's pliers or, you know, a Klein brand wire stripper, Phillips flat screwdrivers, various impact drivers for driving screws into studs, wood studs.

Q.   You're familiar with the National Electric Code, right?

A.   I am.

Q.   And Nebraska has adopted that, right?

A.   Yes.

Q.   Okay.  Where in your home did you install Siemens' AFCIs?

A.   The power panels are on the north wall of my garage.

Q.   So one of the requests that we looked back at Exhibit 1 is -- was for a -- if you have any documents to show the floor plan or layout of your residence.

Do you recall whether you looked for any of that, anything like that?

A.   I provided everything that I could find at the time that was requested.  I haven't looked for anything recently.

Q.   Do -- you built the home so I assume you would have had some kind of floor

46

plans?

A. Uh-huh.

Q. Do you think that you still have those somewhere?

A. I can't remember if -- if I've given them prior or not.

Q. Let's presume I don't have them, so -- so we'll look at that later. We'll -- if you have them, we'll need to see about having those produced because I don't believe we got them.

MR. GOODWIN: I think those were produced.

MS. MOHR: I -- really? Okay. We'll check.

MR. GOODWIN: Yeah.

BY MS. MOHR:

Q. Okay. Where in your home did you first experience what you called nuisance tripping?

A. My kitchen, my -- my garbage disposal, and then my bedroom upstairs, and then each of my kids' rooms and the lighting on all three floors.

Q. So you say all three floors, is there a basement?

47

A.   Yes.

Q.   So there's a basement and a main floor and then a second floor; is that right?

A.   Yes.

Q.   And then how many -- how many rooms are in the basement?

A.   It's an unfinished basement.

Q.   And the first floor, how many rooms are on the first floor where you could go through them?

A.   There's -- right.  It's kind of a big open space.  Kitchen, dining room, living room is one big space.  There's a pantry that's a large pantry attached to the kitchen.  There's a mudroom and a half bathroom off of that, there's an office on the main floor, and those are the rooms.

Q.   Okay.  And so there's just the one -- the half -- there's just the half bathroom on the main floor?

A.   Yes.

Q.   Okay.  And what is -- what about upstairs, how many bedrooms are there?

A.   There's four bedrooms upstairs.

Q.   And how many bathrooms?

55

A.   Much less so, but, yes.  I would say for his I've maybe personally reset his circuit breaker three times, but I certainly don't know why.  He wasn't -- didn't have a big piece of equipment plugged in or turned on.

Q.   What about the other -- the fourth bedroom upstairs?

A.   They've -- same thing, you know, a handful of times.

Q.   And does it -- what is that bedroom used for?

A.   It's a spare room, but my daughter was initially in that room and then she moved to the other room, so that room had a handful.  The room that she's in now has more.

Q.   And how many times has the ceiling -- the lighting circuit on the basement experienced unwanted tripping?

A.   Half a dozen.

Q.   And what about the lighting circuit on the main floor?

A.   Maybe only a few times.

Q.   And what about on the top floor?

A.   More than a dozen, and to be fair, I think more -- more than one is too many.

56

Q.   Okay.   So sort of take me through what you did.   So I know you took me through what you -- you went down to the first time, when the garbage disposal -- and you went and checked everything.

A.   Uh-huh.

Q.   And then eventually you purchased a replacement breaker, right?

A.   I -- I had a couple of spares that I brought when I purchased for my home.   I purchased a few that I didn't initially use.

Q.   Did you -- so did you ever go back and purchase more?

A.   No.

Q.   Okay.   So I used -- just to be clear, you replaced the breakers with breakers that you had purchased at the same time you purchased the initial ones?

A.   Yes.

Q.   Okay.   Did you consider -- well, let me back up.

Did you ever contact Siemens to -- about this problem?

A.   No.

Q.   Why not?

57

A.   Initially it was something that I thought could potentially be something that I was trying to work out.  I was trying to figure out what could be causing it.

I don't necessarily tend to -- to just assign blame when something doesn't work right away, and I don't -- I almost never as a point try to returns items.  It's a hassle for me.  I don't claim warranty stuff on things.

I don't like excess paperwork and, you know, sometimes I work 60, 70 hours a week.  You know, building this house was a hassle.

Everything -- every time I've been involved with a product that doesn't work, I'd just as soon throw it away and go get another one rather than try and seek a replacement, you know, through -- I don't like to go into Walmart and stand in the -- in the -- in the customer service line.  I don't like that.

Q.   So when did you first experience the tripping with the garbage disposal?

A.   Right away, first month I moved in --

Q.   So --

A.   -- first week I moved in.

Q.   So February 2020?

58

A.   Uh-huh.

                    (Court reporter asked for
              clarification.)
                 THE WITNESS:  Yes.
BY MS. MOHR:

Q.   And when did you first experience unwanted tripping in your bedroom?

A.   Same year, same -- probably within the first few months of moving in.  You identify problems -- I mean, you don't know it's a problem until you move in and start using it, and then when you start using it, then it's -- starts to be a problem.

        I mean, they might have been installed for six months or -- or more before, and I wouldn't have known it until I started using it.

Q.   At what point did you suspect that it was the AFCIs that were causing the tripping?

A.   When -- when I had to reset it multiple times after I have checked every possible troubleshooting technique that I know how to do.

Q.   So that would have been around February 2020?

A.   Yes.

59

Q.   So at that point did you suspect then that it was nuisance tripping?

A.   Yes.

Q.   And so you replaced the breakers then initially -- when did you first replace one of the breakers then?

A.   Probably that week, that -- that first week I moved there --

Q.   Okay.

A.   -- with one of the spares that I had.

Q.   And then when did you say you had dinner with your friends who you talked to them about the -- they knew about the lawsuit and got you in touch with a lawyer?

A.   It was probably later that -- that summer.

Q.   So summer of 2020?

A.   Yes.

Q.   So between that first week or so when you had the issue with the garbage disposal and then your conversation with those friends, did you do any other kind of troubleshooting to figure out -- any other troubleshooting as to your -- the nuisance tripping --

A.   Yes.

60

Q.   -- that you were experiencing?

A.   Yes, I did.

Q.   What did you do?

A.   Well, I mean, I went through my whole circuit panel.  I went through every accessible circuit that I could find where -- you know, I know where my home run boxes are in each bedroom.  I checked -- I tried to isolate every possible joint I could.  I spent an unreasonable amount of time trying to identify this.

When something like this happens, when someone with my experience encounters a problem, you -- you could almost second guess your abilities.

You know, why -- my wife, you know, how good of an electrician are you?  Well, how many electricians have stood on a nuclear reactor?  You know, I know a lot about this subject, and if I can't solve the problem, I'm frustrated.

And so when I try to thoroughly troubleshoot my home, and I still experience -- these frustrating nuisance trips, it's like a thorn.

Q.   And so at this point you had -- you

61

were already aware that nuisance tripping was a commonly -- a common complaint regarding AFCIs, right?

A.   Yes.

Q.   And did you consider calling Siemens and asking them about if they could be of any help with this?

A.   I had not considered it at that point.

Q.   Did you consider it at some other point?

A.   I was -- I was probably already signed onto the -- to the suit at that time.

Q.   Okay.  So you thought about contacting Siemens, but you didn't because you'd already signed onto the lawsuit?

A.   I think that's probably accurate, yes. Like, I -- if I hadn't been involved in -- already involved in the -- in the suit, then I would be otherwise trying to find resolution because I still have a problem in my home.

You know, like I said, I tried to avoid customer service and speaking on the phone and trying to get resolution from some representative.  How are they going to help me? Are they going to come and rewire my home?

62

I don't know what they would know that I don't know.  So I mean, if I hadn't been part of this suit, then I probably would have ultimately contacted Siemens.

Q.   So you don't -- do you know nobody else who's had issues with Siemens' AFCIs specifically?

A.   No, I mean, just in general I would say, not specifically Siemens.

Q.   So you don't know what would -- what Siemens' process would be to -- to troubleshoot or otherwise resolve these type of complaints?

A.   I don't, no.

MS. MOHR:  Can you go off for just a minute?

VIDEOGRAPHER:  Okay.  Going off the record at 10:27 a.m.

(10:27 a.m. - Off the record.)

74

the circuit that the garage door is on in a sort
of different category than the unwanted tripping
of, say, the lighting circuit?

A.   Absolutely yeah.  There's zero reasons
I could think for an LED to trip a circuit
breaker.  Zero reasons.

I can't -- I can't see any reason why
a ceiling fan should ever trip a circuit
breaker.  Ten ceiling fans shouldn't trip a
ceiling -- a circuit breaker.  Those are
nuisance trips.

Q.   Do you have any understanding of why
those nuisance trips occur?

A.   I have a suspicion of why they occur.
I suspect that the internal board inside the
circuit breaker is either set too sensitive or
improperly manufactured or out of some sort of
specification that would recognize an actual
dangerous condition.  I suspect that that is
where the challenge lies, is inside the board
inside the circuit breaker.

Q.   What's that suspicion based on?

A.   Twenty-plus years of experience in the
trade.

Q.   Have you done any research into

75

looking more specifically at that issue since this -- since you started in- -- you know, installing them in your home and having these issues?

A.   Sure, I mean, I had to.  They didn't use arc-fault circuit interrupters when I started the trade, so it's a new technology that's being integrated, being introduced into the market, and absolutely I tried to understand it better, how it works, what it does.

Q.   What did you look at to do that?

A.   Generally the Internet and also reading through, you know, whatever comes in the packaging when I purchased a device.

Q.   Did you read what came in the packaging when you purchased the Siemens' AFCIs?

A.   I did.

Q.   What did you learn from that?

A.   Just that advertisement almost that -- to say that these are here for your safety, and, you know, they didn't -- they don't try to explain the science of it in -- in that type of document.

Q.   When did you start -- when did you first start doing that kind of research on the

76

Internet about AFCIs?

A. Probably when they first started saying that they were going to be in -- in -- adopted into the National Electrical Code as a requirement. You know, then probably more so trying to better understand what could be causing my particular issues.

Q. Did you look at -- you mentioned before that you had read things about it being a common complaint, the AFCIs nuisance trip, right?

A. Yes.

Q. Did you read that prior to when you built your house?

A. I think that that was a known issue in the industry prior to building my house, yes.

Q. And you were in the industry, so you would have known it?

A. Yes. I still have to meet compliance, I still have to, you know, get an inspection and meet compliance. So I have to build the house to code, even though I know that this is a challenge for anybody building at that time.

Q. So you mentioned before what your thought process was when you went into Menards

77

and purchased the Siemens' panel.  I don't know if that's the right term.

A.   Yes.

Q.   Did you at that time look, do any research into the -- this nuisance tripping issue with AFCIs to see if there were different brands that had more or less of that?

A.   No.

Q.   Have you done that since then?

A.   No, I don't know if they're identified in other brands.  I only assume that they are.

Q.   Well, let me ask, back at the beginning, back when you said that -- when they first started -- when AFCIs first started becoming required in the electrical codes --

A.   Uh-huh.

Q.   -- that it was commonly known in the industry that they were -- that they would cause nuisance tripping, right?

A.   Yes.

Q.   Do you recall that being something that you heard specifically about Siemens' AFCIs or just AFCIs in general?

A.   AFCIs in general.

Q.   Did you look at getting any --

78

replacing your electrical panel with a different brand since you started having nuisance tripping?

A. I haven't. I know that that is a lot of work just from being a person that would be the one to install it, that would be a lot of work and money and time, and I've been trying to avoid that.

Q. Do you know anyone who had experienced an electrical fire in their home?

A. I was an Army firefighter.

Q. Oh, right.

A. And so I had to fight electrical fires in a combat zone, so I'm familiar with certain conditions that could lead to that, yes.

Q. What about in any homes in the United States?

A. No, not personally.

Q. So you mentioned a little bit about what you suspect the issues are that -- or the causes of why there might be nuisance tripping.

A. Uh-huh.

Q. And you talked about I think design of the -- what did you say, the control board, motherboard?

99

hour here, two hours there.

Q.   Do you know whether your AFCIs were under warranty when -- in February 2020, when this started to occur?

A.   I'm unaware of any product warranty with them.  I think there may have been some sort of manufacturer's warranty possibly, but, you know, like I said, I install, and I didn't move into the house for more than six months after they were installed, and I wouldn't have recognized that there was a problem in that window of time.

Q.   Right.  So after the six months or whenever you moved into the home and you started experiencing a problem, did you go to look and see whether they were under any warranty?

A.   I did not.  If I was a homeowner purchasing a home from someone who built it for me, I might have pursued some sort of warranty but, you know, as the general contractor, and person who did the work, who would be repairing the work, it would be me.

So as far as I -- I didn't look for a warranty on the product itself.  I warranty my own work as, you know, I'm the one that has to

100

fix it.

Q.   Have you built any homes for anybody else?

A.   No.

Q.   Have you built any other buildings aside from homes?

A.   Sheds and, you know, I have done plenty of remodels, remodeling various rooms kitchens, additions, decks.

Q.   Remodeling in homes that you have lived in or in other people's homes?

A.   Both.

Q.   Did any of those involve installing AFCIs or dealing with AFCIs in any way?

A.   No.

Q.   So when you replaced the AFCIs that you replaced --

A.   Uh-huh.

Q.   -- I understand that it did not get rid any of the nuisance tripping but, did it reduce any of the nuisance tripping?

A.   I would say yes.

Q.   And where -- which circuit was that on, or which circuits?

A.   I've experienced less nuisance

101

tripping on the garbage disposal since then. It's -- I still experience it, I still experience it in my bedroom, the lighting circuit on the second floor and in my daughter's bedroom receptacles.

I have, I believe, likely replaced the AFCIs in those and reduced the -- it seemingly reduced the number, but I still experience them.

Q. Okay. And you're -- you replaced them with the same model?

A. Yes.

Q. And --

A. Same one I bought at the same time.

Q. Okay. And you've seen reduced nuisance tripping?

A. It's possible that they would be reduced.

Q. Well, I mean, do you feel --

A. I don't know if it's a measurable number to say it's reduced. It's -- it's -- like, I would say it's -- we're here because I'm still experiencing nuisance tripping. Is it -- has it been bad enough for me to try to rewire my whole home? No.

Q. Do you know whether you'd still be

102

experience nuisance tripping if you had

contacted Siemens in the summer of 2020 about

your issues?

MR. GOODWIN:  Object to form, but

go ahead.

THE WITNESS:  Unless there's

something radically different that they would be

doing, I don't think they could have corrected

any issue that I would have caused.  I don't

know that Siemens has a fix for all nuisance

tripping.

BY MS. MOHR:

Q.   Okay.  But you don't know what -- you

don't know what -- whether you'd be experiencing

nuisance tripping if you had contacted Siemens,

right?

A.   Correct.

MR. GOODWIN:  Object to form, but

go ahead.

BY MS. MOHR:

Q.   Okay.  So when you discovered the

issue, you didn't go back to Menards and ask for

a refund or -- for the AFCIs, did you?

A.   No.

Q.   If you had called Siemens and they

105

complaint that was filed, so you might have seen something that was looks different than that, but do you recall reviewing anything that was called a complaint?

A. I think so, yes.

Q. Okay. Let's go to Page 60 of the document.

A. (Witness complies.)

Q. And it starts -- well, has your name at the very top.

Do you see that?

A. I do.

Q. And so these are certain statements that are part of the complaint, means they were alleged by you as one of the plaintiffs.

A. Uh-huh.

Q. So I want to just go through these. We -- I'm not going to ask you about some of these we've already talked about.

In Paragraph 177, it says that starting in 2019, continuing through early 2020, Keyser began the process of building his new home; is that accurate?

A. Yes, I mean, we broke ground in 2018, but 2019 would be accurate to say that's when we

started getting things covered up and, you know, the walls being built and -- I mean, there's a process.

Q.   Okay.  And then on Paragraph 181, which is the next page --

A.   Uh-huh.

Q.   -- it says that frequent nuisance tripping made the defective Siemens' AFCI breakers unusable.  As such, Keyser replaced the defective AFCIs breakers with new ones made by a different manufacturer; is that accurate?

A.   I -- that's not accurate.

Q.   So you replaced -- as you said before, you replaced the AFCI breakers with --

A.   New ones made from the same manufacturer.

Q.   And the same model?

A.   Yes.

Q.   And then it says upon replacing the defective breakers, the nuisance tripping stopped; is that accurate?

A.   No, I would say that it has reduced enough for me to not have replaced my entire wiring panel in my house at this time.

Q.   And then it says on 182, Keyser

107

suffered injuries as a result of the defective Siemens' AFCI breakers.

Specifically he lost the value he paid for the defective Siemens' AFCI breakers, and paid more for the breakers than he would have had he known they contained a defect.

So let's break that down a little bit. It says lost the value you paid for the defective breakers. Do you recall how much that was?

A.   They're between 45 and $50 a piece. The ones that I've specifically replaced, if I said four circuit breakers that I've replaced, that would be in the neighborhood of a couple hundred bucks.

If I had to count all the circuit breakers in my home, all of the AFCI circuit breakers in my home, it would probably be a thousand dollars or more.

Q.   So how many AFCI circuit breakers are in your home?

A.   I have to -- I have to look for sure.

Q.   But there's -- sounds like you purchased at least 20?

A.   Seems like it -- that was probably

111

THE WITNESS:  How much would I have paid for them if I had known --

MS. MOHR:  Uh-huh.

THE WITNESS:  -- that they had nuisance tripping?

BY MS. MOHR:

Q.   That they -- uh-huh, yes.

A.   Zero dollars.  I would not buy them if I would have known that I would be experiencing this kind of nuisance tripping.

Q.   You were aware before you purchased them that AFCIs in general had nuisance tripping, right?

A.   Yes, in general.  I -- I feel like I bought the best breakers that I could, probably the most expensive breakers that were available to me with the hopes that I wouldn't experience nuisance tripping, or as much nuisance tripping as what I expected to be the problem.

I would have perhaps bought cheaper breakers if I knew I was going to constantly have problems no matter what.

Q.   Did you have any reason to think that Siemens' breakers had -- would have less nuisance tripping than others AFCIs?

112

A. Only from the perspective that I respect Siemens as a company, and think that my experience has shown them to have a well-built product.

Q. When you bought the Siemens' AFCIs, you knew that there was a possibility with AFCIs that you would experience nuisance tripping, right?

A. Yes.

MS. MOHR: It's almost noon, so let's take a break.

MR. GOODWIN: All right.

VIDEOGRAPHER: Going off the record at 11:57 a.m.

(11:57 a.m. - Recess.)

113

(At 12:49 p.m., with parties present as before, the following proceedings were had, to-wit:)

VIDEOGRAPHER: Back on the record at 12:49 p.m.

BY MS. MOHR:

Q. Mr. Keyser, I want to look back at the pages we were looking at a minute ago before the break of Exhibit 2.

On Page 61, we had talked about Paragraph 181, and there was a couple of statements in there that are inaccurate, correct?

A. Yes.

Q. And I think you said you thought you reviewed something called a complaint previously.

Now you're looking at -- now looking at this, Paragraph 181 particularly, do you recall whether you reviewed any of this language from Paragraph 176 to 182 before it was filed in the lawsuit?

A. I don't remember.

Q. If you had reviewed it, would you have allowed it to be filed with the inaccuracies in

118

So looking to -- well, on the very first page it says objection at the bottom of the page.

A.   Uh-huh.

Q.   And then if you'll turn to the second page, it says that plaintiff objects because the definition includes homes plaintiff currently rents and does not own or formerly rented or owned, and plaintiff does not have, nor ever had possession of, custody or control of those AFCIs to the extent they were installed there.

Just to be clear, do you currently rent any homes?

A.   I do not rent any homes.

Q.   Okay.  And do you -- have you formerly rented any homes?

A.   Not within the last 20 years.

Q.   Okay.  And the only homes you've -- have you ever owned any other homes besides your current residence?

A.   Yes.

Q.   And what was that?  You mentioned the one that was your wife's farm, family's farm?

A.   That's -- still belongs to my mother-in-law.

119

Q.   Okay.

A.   But prior to that, my name has been on two other homes.

Q.   Okay.  Well, approximately what time frame?

A.   2007 for maybe four or five years, and then prior to that from '96 to 2007.

Q.   Okay.  So from --

A.   1997 maybe.

Q.   From say 2015 to now, you have not owned or rented any other homes?

A.   No, definitely not.

Q.   Okay.  And go to Page -- well, there's not page numbers on it, but if you go to the following page that's got Interrogatory No. 3 at the very bottom.

A.   Uh-huh.

Q.   At the very bottom it says you installed the AFCIs in your home, which we've discussed.  Just to be clear, you have not A -- installed AFCIs in any other homes than that one; is that right?

A.   That's correct.

Q.   Okay, okay.  Going a few pages later, I'm looking at their Interrogatory No. 8, and

120

under the response it says plaintiff installed his Siemens' AFCIs at his home.  No person or other entity provided any services related to his Siemens' AFCIs.

I think you said maybe you talked to some other people about problems that you were having with your AFCIs; is that right?

A.   Sure.

Q.   But no one actually came into the house --

A.   No.

Q.   -- and looked at them?

A.   No.

Q.   Do you recall who you spoke with about, hey, I'm having some -- these issues with my AFCIs, do you have ideas, that kind of thing?

A.   I mean, just former colleagues, you know, the other electricians.  And they would say things like that did you check the neutral connection in the -- in the home run?  Yes, I did, you know, or let me check that, that sort of thing, you know, kind of just randomly table talk discussing did you try this, did you think of this.

Q.   All right, okay.  Going to the next

121

page, this is continuing the receive -- response to Interrogatory No. 9.

     A.    Uh-huh.

     Q.    In the first paragraph on Page 9 -- I'm sorry, the next page says subject to those objections, plaintiff states as follows.

          Plaintiff became aware that Siemens' AFCIs frequently tripped through his own experience with Siemens' AFCIs installed in his home.

          However, plaintiff learned that Siemens' AFCIs nuisance tripping was caused by an alleged defect in the manufacture or design of the AFCI through counsel.

          What do you mean by caused by an alleged defect in the manufacture or design of the AFCI?

          MR. GOODWIN:  Object to the extent it calls for legal conclusion, but go ahead.

          THE WITNESS:  I think the -- the random conversation I had with -- during that dinner I discussed with -- earlier, was after I had mentioned that I was struggling with this problem in my new home that I built, and these

141

sections was written by counsel and describes their research.

I haven't done the research to say that there is an omission.  I'm saying my response is I haven't seen that type of description.

BY MS. MOHR:

Q.   Okay.  On the next paragraph that's the following page, it starts with Siemens further made representations and disclosures.

Do you see that paragraph?

A.   Yes.

Q.   And then there's a list of different representations and disclosures that were supposedly made.

I won't read it all out loud, but if you could read through that, and tell me if you've actually read any of these represent- -- read or heard or were aware of any of these representations and disclosures and publications that are discussed in this paragraph?

A.   (Witness reviewing document.)

The question is where -- am I aware of these statements made supposedly by Siemens?

Q.   Right.

142

A.   I may have even -- I may have read this, debunking the myths of AFCI as an -- as an Internet -- in going through my troubleshooting, I may have encountered some of this.  I can't say that for certain.  It seems familiar.

Q.   Did you read or otherwise hear any -- any statements from Siemens about its AFCIs before you purchased yours?

A.   No.

Q.   At the last sentence of that paragraph, it says that Siemens improperly omitted information regarding the potential causes of nuisance tripping in its intelli-arc diagnostic tool and trip indicators.

Did you -- are you familiar with the intelli-arc diagnostic tool and trip indicators?

A.   No.

Q.   So you haven't -- you didn't read any information about those?

A.   I don't -- I don't remember specifically anything about intelli-arc diagnostic tool or trip indicators.

Q.   So to your recollection, you don't recall reading anything -- any information about causes of nuisance tripping in intelli-arc

143

diagnostic tool and trip indicators?

A.    That's correct, I do not remember reading that.

Q.    Okay.  The next page, under response, the next paragraph that says subject to that objection, plaintiff responds as follows. Plaintiff has not experienced any nuisance tripping with respect to any non-Siemens' AFCIs. And I just want to clarify, you've never used any non-Siemens' AFCIs, right?

A.    That is correct.

Q.    The bottom of that page and then going onto the next page under Interrogatory No. 20, it says AFCI breakers are not supposed to trip from the use of common appliances, and then it has a quote from the National Electric Manufacturers Association, NEMA.

A.    Huh-uh.

Q.    Did you read this publication or wherever it was that NEMA made this statement?

A.    I think I probably did, yes.

Q.    When was that?

A.    Sometime in my education about this. I can't say for sure.

Q.    Do you think it was before or after

166

C E R T I F I C A T E

STATE OF NEBRASKA     )
                      ) ss.
COUNTY OF DOUGLAS     )

I, Cynthia Craig, Registered Professional Reporter and General Notary Public within and for the State of Nebraska, do hereby certify that the foregoing testimony of RICHARD P. KEYSER was taken by me in shorthand and thereafter reduced to typewriting by use of Computer-Aided Transcription, and the preceding one hundred sixty-five (165) pages contain a full, true and correct transcription of all the testimony of said witness, to the best of my ability;

That I am not a kin or in any way associated with any of the parties to said cause of action, or their counsel, and that I am not interested in the event thereof.

IN WITNESS WHEREOF, I hereunto affix my signature and seal the 23rd day of May, 2025.

_____
CYNTHIA A. CRAIG, RPR
GENERAL NOTARY PUBLIC

My Commission Expires:  October 8, 2026