# EXHIBIT 30

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Kevin Brnich                )
Electrical, LLC, et al.     )
                            )
        Plaintiffs,         )
                            )    Civil Action No:
    vs.                     )    22-01229 (MHC)
                            )
SIemens Industry, Inc.,     )
                            )
        Defendant.          )

VIDEOTAPED DEPOSITION OF BOLT ELECTRIC,

LLC, via JEFFREY MEADE, taken pursuant to

notice before Beth Gaige, RPR, a Notary Public

in and for the State of Maine, at the offices

of Curtis Thaxter, One Canal Plaza, Suite

1000, Portland, Maine, on February 26, 2025,

commencing at 9:19 a.m.

_____

those five years?

A. Probably a thousand bucks at the most.

Q. Thousand bucks over the five years?

A. Yeah.

Q. And then in 2015 you incorporate Bolt Electric as an LLC; is that correct?

A. Correct.

Q. And you also retire from the mill that year, right?

A. Correct.

Q. And you still work for Bolt Electric today, correct?

A. I still work for Bolt Electric, yes.

Q. And where is Bolt Electric located, the company; where is it located?

A. Leeds, Maine.

Q. Do you have an office?

A. I do.

Q. Where's the office?

A. It's in my house.

Q. And what's the address there?

A. 99 Alden Road.

Q. 99 Alden Road, Leeds, Maine?

A. Yes. A-l-d-e-n.

Q. And how would you describe the services that

Case 1:22-cv-01229-MHC   Document 174-34   Filed 08/04/26   Page 4 of 34
KEVIN BRNICH ELECTRICAL LLC vs                                    Jeffrey Meade
SIEMENS INDUSTRY                                          February 26, 2025

42

Bolt Electric provides to its clients?

A. House wiring, electrical services, electric vehicle chargers, heat pump hookup, electrical for heat pumps, solars -- solar systems, electrical troubleshooting for things that aren't working.

Q. And to whom do you provide these services?

Let me rephrase the question.

Are most of your clients residential owners or commercial owners?

A. Majority are residential.

Q. So you're providing most of these services at residences, at homes?

A. Yes.

Q. Are most of those residences standalone homes or apartments?

A. Standalone homes majority, yes.

Q. And are your clients only in the State of Maine?

A. Yes.

Q. Are there particular towns or cities where you perform the bulk of your work for -- you know, through Bolt Electric?

A. Brunswick and Topsham areas.  I -- I -- I have a 25-mile radius that I work.  I perform all

Case 1:22-cv-01229-MHC   Document 174-34   Filed 08/04/26   Page 5 of 34
KEVIN BRNICH ELECTRICAL LLC vs                                    Jeffrey Meade
SIEMENS INDUSTRY                                              February 26, 2025

43

over Augusta, Brunswick, occasionally Portland.  Not too much down here.

Q.  So you perform work 25 miles or less from Leeds, Maine, right?

A.  Right.

Q.  And that would encompass cities like Augusta, Brunswick and sometimes Portland, right?

A.  Right.

Q.  And how do your customers come to know about Bolt Electric and the services that you offer?

A.  I advertise through Home Advisor.  It's now Angie's.  I have a website.  It's online.  If somebody does a Google search, they'll find me.  Word of mouth from past customers.

Q.  What's your website?

A.  Affordable Electric Maine.

Q.  Dot com?

A.  Dot com.

Q.  Do you own Bolt Electric?

A.  Yes.

Q.  Is Bolt Electric affiliated with any other company?

A.  No.

Q.  And you started the company on your own in 2015, right?

63

allegations about certain Siemens AFCIs?

A.   Yes.

　　　　MR. LAIRD:  Objection, form.

BY MR. DAILEY:

Q.   Do you also understand that the lawsuit makes allegations about what's described as nuisance tripping?

A.   Yes.

Q.   What is an AFCI?

A.   It detects a short between hot and ground or hot and neutral.  It prevents fires.

Q.   And what do you mean when you say detects a short?

A.   If there's -- if there's two wires that happen to be touching each other, a hot and neutral or a hot and ground in a junction box, it will trip the breaker before it causes a fire. Very sensitive.

Q.   And you mentioned that an AFCI prevents fire; is that right?

A.   That's right.

Q.   Is that the only thing that an AFCI does?

A.   It will detect a loose connection which could simulate a short also.

Q.   So an AFCI, as you understand it, can detect a

64

short connection, correct?

A.   A short -- a loose connection or a short -- a short connection.  If two wires are touching each other, a normal circuit breaker won't trip.  It will sit there and catch on -- the -- when the hot and neutral go together, it can go up to 2000 degrees Fahrenheit instantly.  An AFCI will trip before that even gets close to that.

Q.   So an AFCI is designed to trip to prevent fires, correct?

A.   Correct.

Q.   What is nuisance tripping, as you understand it?

A.   Nuisance tripping back when they were first developed would -- would happen during motor driven appliances, like compressors on refrigerators or compressors on freezers or air conditioning, because the motors that had brushes would simulate a short.  It was -- it was an issue with ground fault GFCIs or ground fault.  They detect ground.  They save lives, arc faults, prevent fires.

The motor-driven equipment would simulate a short and trip breakers.  Nuisance tripping.

Case 1:22-cv-01229-MHC   Document 174-34   Filed 08/04/26   Page 8 of 34
KEVIN BRNICH ELECTRICAL LLC vs                                    Jeffrey Meade
SIEMENS INDUSTRY                                          February 26, 2025

65

Most of the manufacturers have engineered all that out where they don't have nuisance tripping anymore.

Q.   So you mentioned the GFCI.

How does a GFCI differ from an AF -- AFCI when it comes to nuisance tripping?

A.   GFCI detects a ground.

Q.   What do you mean when you say a ground?

A.   A metal box that's grounded, say, and if a hot wire touches the frame of the -- of the box, it will trip a ground fault receptacle.  Or if a person standing in water and they touch an electrical circuit, it will trip.  It will go to ground and trip.

An arc fault won't trip.  An arc fault will trip if you -- hot and neutral are touched together.

Q.   Can a G -- GFCI nuisance trip?

A.   Yes.

Q.   And an AFCI can nuisance trip, correct?

A.   Yes.

Q.   And a GFCI, in your opinion -- let me just ask you.

What's the purpose of a GFCI?

A.   To save lives so people don't get

66

electrocuted.

Q.   And it does that by tripping, right?

A.   It trips, yes.

Q.   And what -- what -- what would a layperson --
how would a layperson understand what happens
when a GFCI trips?

MR. LAIRD:  Objection to form.

BY MR. DAILEY:

Q.   What do you mean when you say a GFCI trips?
What does that mean?

A.   It opens the circuit.  It's detect a -- it's
detecting a ground through a person or a wire.
Either way it's going to trip.  It's very
sensitive.  They detect 5 milliamps.  Anything
more than 5 milliamps, which is very, very
low, it will trip the ground fault receptacle
or breaker.

Q.   And when a GFCI trips, would a person see
something or hear something?

A.   Their break -- their lights would go out or
their -- they would lose power basically on
that circuit.

Q.   Have you ever seen GFCIs nuisance trip?

A.   Ground fault?

Q.   Yeah, GFCIs.

83

searching for.

Q.   And you provided them with access to your

phone?

     And when we say them, you're referring to

your lawyers?

A.   Yes.

Q.   You provided your lawyers with access to your

phone?

A.   Yes.

Q.   Did you provide them access to your computer?

A.   No.

Q.   And it was your understanding when you

provided access to your phone that they would

be searching for documents; is that correct?

A.   Correct.

Q.   Okay.  You mentioned the AF -- the Siemens

AFCI purchases, and you said that those

purchases ended in 2020; is that correct?

A.   Correct.

Q.   Okay.  And since that time, you've only

purchased and used non-Siemens AFCIs, correct?

A.   Correct.

Q.   Okay.  Mr. Meade, do you keep track of when

you install Siemens AFCIs -- when you

installed Siemens AFCIs?

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

84

A.  Do I keep track?  Do I have records?

Q.  Yes, that's a good way to put it.

Do you have records of when you installed Siemens AFCIs?

A.  Mental records.

Q.  All right.

A.  Up here.  I don't have documents that I installed breakers on this date, this time.

Q.  So how do you know sitting here today when you installed Siemens AFCIs in any of your projects that you've worked on for Bolt Electric?

A.  How do I know?  I look back at the job when I wired a house -- a house back in 2020.

Q.  So I want you to walk me through this.

So sitting here today, you would know that you installed a Siemens AFCI by looking at what record?  What document would you look at to show you that you installed a Siemens AFCI at a house?

A.  The date that I was -- that I invoiced or received payment for doing the job.

Q.  So your invoices reflect the brand of AFCI that you used on a particular project; is that correct?

85

A. No.  It wouldn't reflect that.

Q. It would only reflect that you installed an AFCI, correct?

A. Correct.

Q. So how do you know when you installed a Siemens AFCI or a Square D AFCI if you're looking at the invoices?

A. I wouldn't.

Q. And other than the invoice, which we'll look at here in a little bit, are there any other documents that you have that show you the date or location of the jobs you performed?

A. No.

Q. How much do you think you've spent purchasing Siemens AFCIs?

How much money did you spend purchasing Siemens AFCIs?

A. $1500.

Q. How do you know that, Mr. Meade?

A. I know how much the breakers are, and I know how many I installed.

Q. That's what I'm getting at.

How do you know -- how do you know how many Siemens AFCIs you installed if they're not reflected on an invoice or on any record?

A.   Memory.

Q.   So you're relying on your memory to come up
     with the total amount you've spent on Siemens
     AFCIs; is that correct?

A.   That -- that's correct, but almost every house
     that I wire brand new has approximately the
     same amount of circuits.  From experience.

Q.   Are there other records that you maintain for
     the jobs you complete, other than the invoice?

A.   The -- the mileage for my -- my van for my
     income tax reasons.  That's it.

Q.   And do you maintain an invoice for every job
     you're paid for, every service that you get
     paid for?

A.   It's -- it's in the Zoho with my -- my
     invoicing service.

Q.   And do you know if you provided your lawyers
     with access to your invoicing database?

A.   No, I'm not aware.

Q.   Do you know if you produced invoices in this
     case?

A.   No.

Q.   I want you to talk a little bit about
     troubleshooting.

         Do you have a troubleshooting routine

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

87

that you use when you go out on a job and there's a problem, not sure what the problem is?  What's your troubleshooting routine?  Describe that to me in layman's term.

A.  In layman terms, it's a process of elimination.

A process of elimination would be if I have a circuit that's hypothetically in the kitchen that's tripping the breaker and the toaster doesn't work, the first thing I would do is unplug the toaster.  If it resets and holds, then the toaster is the problem.

If it doesn't, then I would next go to the receptacle, turn -- turn the power off, take the receptacle apart, look for a broken wire, a wire that's shorted or something in the device.  Because from the device it goes back to the circuit breaker.

If everything looks okay in the receptacle and, you know, the toaster -- toaster is okay and everything, then I would go back and look at the breaker.  Unless there's a junction box or something in between, then I would open that up and look at that if I'm familiar with the house.

90

The older ones -- the older panels didn't have a plug-on neutral.  So I tried the one with the pigtail and it still tripped.

Q. Have you ever replaced a Siemens AFCI with a non-Siemens AFCI and it tripped?

A. No.

Q. So every time you replaced a Siemens AFCI with a non-Siemens AFCI, the non-Siemens AFCI functioned properly?

A. Yes.

Q. Have you ever been out on a job and determined through your troubleshooting process that the tripping that was occurring had nothing to do with the breaker itself and there was some other cause of the tripping?

A. Yes.

Q. Describe to me some examples where you've seen that take place.

A. I finished wiring a house for a gentleman and he called me up and said that his breaker tripped.  He -- it was a Square D breaker.  I said, okay.

I went out and he had a piece of toast that was in the bottom of the toaster that was stuck that caused a short in the toaster and

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

91

tripped the breaker.  Unplugged the toaster, cleaned the toast out and reset.  It held.

He apologized for calling me out.

Q.  It was the toast?

A.  It was the toast, yeah.

Q.  Have you ever gone out on a job where a Siemens AFCI is tripping and learned that it was not an issue with the breaker but something else?

A.  No.  The reason I can say that is because I've used Square D products my whole career exclusively.  They're a good product.  I've never had a problem with them.  I stuck with them.

At the -- at the paper mill and the other industrial places and commercial buildings that I worked at, they all used Square D. They're the best in the industry.

The reason that I had to go to a different manufacturer was because of COVID. They didn't -- they didn't have Square D panels because, you know, people were out of work and they weren't producing them.  The only panel I could get was a Siemens, and I had -- people wanted their house wired, so I

92

picked up a Siemens.

Q.   Other than the example you just gave about Square D and of the toast, are there other examples that you can point to where a non-Siemens AFCI experienced nuisance tripping?

A.   Well, what -- what -- nuisance -- nuisance tripping is where you can't really figure it out.  I mean, I have -- I've had Square D breakers tripped because of miswiring.  You know, during installation you put the breaker in and it trips.  I would send Drew to go out and figure it out.  He had a couple wires crossed in the switch.  That's not really a nuisance trip.  The breaker's doing what it's -- its job in that case.  It's functioning like it should.

Q.   So the non-Siemens AFCI tripping that you've experienced is a consequence of like your toast example or a wiring issue, not in your opinion a defect in the product; is that correct?

A.   Correct.

Q.   Did you experience that kind of tripping with other AFCIs, not Square D, like GE?

KEVIN BRNICH ELECTRICAL LLC vs                                    Jeffrey Meade
SIEMENS INDUSTRY                                              February 26, 2025

93

A.  I don't recall because I don't -- I never
installed other products.  I stuck with Square
D.  They're my favorite.

Q.  So with the Siemens AFCIs, have you ever
experienced tripping of those AFCIs for any of
the reasons that you experienced the tripping
with the Square D?

So, for example, did you ever go out to a
residence and the Siemens AFCI was tripping
because of, say, overload?

A.  Overload's different.  I couldn't -- I could
say, yes, I have had problems with breakers
tripping from overload on all manufacturers.

Q.  Including Siemens?

A.  Including Siemens and Square D and the other
ones, because people have too many things
plugged into one circuit.

That's -- a breaker will trip on current
which they all have numbers of 15, 20, 30,
whatever.  When they get to that point, the
breaker will trip so it doesn't overheat the
wire.  That's different than an arc-fault
trip.

Q.  But you performed the jobs where your
troubleshooting revealed that an AFCI --

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

94

Siemens AFCI was tripping because of overload;
is that correct?

A. I -- I can't say a hundred percent whether it
was Siemens or GE or Square D or an older
manufacturer like Bryant or some of the other
ones that are out of business.

You're talking about trouble calls.
Somebody calls me up and says, hey, my
kitchen -- my kitchen doesn't work anymore or
it keeps tripping.  You know, I can't -- I
can't recall every manufacturer.  I look at so
many of those.

You know, I'll go up to the kitchen and
I'll say, well, you got -- you got the coffee
pot plugged in with the microwave.  You can't
use both of those at once.  If you do, you're
going to trip the breaker so...

Q. So you've resolved tripping due to overload
for just about all of the AFCIs you've used,
all brands of AFCIs that you've used,
including Siemens, right?

A. AFCIs and regular breakers.

Q. Including Siemens?

A. I would say yes.

Q. Okay.  When did you first start using Siemens

95

AFCIs?

A.   When?

Q.   Yes.

A.   During COVID.

Q.   You testified earlier that you stopped using
them in 2020, correct?

A.   Whatever -- whatever that time frame was.  I
used them that one time, and I'll never use
them again.  And before that, I used Square D.

     If it's 2020 or 2021 -- I'm thinking it's
2020.  I'm going by memory here.  You know, I
forgot when COVID was.  But I know that I
couldn't get anything but -- all electrical
things were -- they were out of everything
back then.

Q.   All right.  So sometime during COVID you
started using Siemens AFCIs.

     How long did you use Siemens AFCIs?

A.   How long?

Q.   Yeah.  Was it for a year, two years, three
years?

A.   That's the only panel I put in.

Q.   So there was only one instance where you used
a Siemens AFCI, you experienced what you've
described as nuisance tripping and you never

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

96

used Siemens AFCIs again, correct?

A.   Correct.

Q.   That one instance, was that a residence?

A.   Yes.

Q.   Do you remember where in Maine, like what city?

A.   It's in -- it's in Winthrop, Maine.

Q.   And at that residence you conducted your routine troubleshooting that you described to me earlier?

A.   Yes.

Q.   And what did you find?

A.   I found that if I put in a Square D breaker, it held.  I started off with one circuit, and I went through with a fine-tooth comb and checked every connection and every receptacle and I couldn't get the breaker to hold.  I put a Square D in and it held.

     I got called again.  This time her living room was going out when she ran the vacuum cleaner.  I did the same thing.  After a while I determined, well, it's not my wiring in the house; it's the breakers.

Q.   How many Siemens AFCI breakers did you replace in that home?

136

A. I keep records for my -- the IRS kind of things, you know, mileage on my van, and, you know, all the purchases for the company. Keep records of everything that's a tax deduction.

Q. Do you use -- you use a computer for all of your business transactions and work for Bolt?

A. My -- my girlfriend does all that.

Q. Miss Sherry, right?

A. Miss Sherry.

Q. Does Bolt have any social media presence?

A. I -- not really, no.

Q. What do you mean not really?

A. No.

Q. No Facebook account?

A. You mean advertising on Facebook or other than that? No.

Q. Yeah. Does Bolt Electric have a Facebook account?

A. I have -- I have a Facebook page on there, but I don't really advertise.

Q. What's your Facebook page? What's the title?

A. Bolt Electric. I'm not -- I haven't pursued advertising. I just have -- put a page on there.

Q. Do you have an Instagram?

137

Does Bolt Electric have an Instagram?

A.  I don't think so, no.

Q.  Does Bolt Electric have a Twitter?

A.  No.

Q.  How does Bolt conduct most of its advertising?

A.  Website on Google.

Q.  Do you have business cards?

A.  Yeah.  I'm on Angie's List, too.

Q.  Had you heard of nuisance tripping before filing this lawsuit?

A.  Have I heard of it?

Q.  Had you heard of the phrase nuisance tripping before filing this lawsuit?

A.  Yes.

Q.  And where did you learn that phrase?

A.  Where did I learn it?  Other electricians talk about it, you know, when I'm at the supply house.  They had a nuisance trip or whatever and they figured it out.

Homeowners say I had nuisance tripping and, you know --

Q.  And in Miss Christine's home, how were you made aware of this alleged nuisance tripping?

Did she call you?

A.  Yes.  Yes, she called me.

138

Q.   And she called you directly?

A.   Called me directly.

Q.   Do you know why she didn't reach out to the
contractor -- the general contractor instead?

A.   I'm not sure.

Q.   When you got the call from Miss Christine, did
you call Williams Construction and explain to
them that you had gotten the call?

A.   No.

Q.   You just handled the matter on your own?

A.   Yes.

Q.   And you never invoiced Williams for any
reimbursements?

A.   No.

Q.   And you never charged Miss Christine for
any --

A.   No.

Q.   You never charged Miss Christine for any
reimbursements for replacement receptacles?

A.   No.

Q.   When Miss Christine called you about the
alleged nuisance tripping, do you recall what
she told you on that call?

A.   I have some appliances that are tripping.

Q.   And then you testified earlier that you walked

161

AFCIs associated with those date codes?

A.   I don't recall, no.

Q.   Okay.  In your experience, Mr. Meade, each
AFCI has this unique code, right?

A.   Right.

Q.   And if I look at the first code here -- I know
you mentioned this in passing earlier -- but
do you have any idea of what that code means?

Like what does it -- what does it tell an
electrician like yourself in your years of
experience?  You review that code; what does
that say to you?

A.   It doesn't mean anything to me.

Q.   And I think I recalled you saying earlier that
you installed Siemens AFCIs in Miss
Christine's home because it was COVID and the
Siemens AFCIs are what was available; is that
right?

A.   Yes.

Q.   Did you ever consider installing a receptacle
instead, like a Square D receptacle or were
they not available?

A.   Generally I don't do that.  I put breakers in.

Q.   But you could have put in a receptacle, right?

A.   I could have.

162

Q.   And I think you testified earlier that the
     breaker is a little cheaper than the
     receptacle?

A.   Yes.

Q.   And at the time you installed the Siemens
     AFCIs in Miss Christine's home, were there no
     Square D AFCIs available during COVID?

A.   The Square D AFCIs were available but not the
     Square D breaker panels.  Because of COVID
     they couldn't manufacture the Square D breaker
     panels.

Q.   Do you recall if there were other non-Siemens
     branded breaker panels available during COVID?

A.   Possibly.

Q.   And so why did you choose to install Siemens
     AFCIs in Miss Christine's home?

A.   I just -- I made a choice of what -- what was
     available.  I -- I don't recall if I could put
     a GE in or another manufacturer.  That's what
     I chose.  At the time I think it was the only
     breaker panel available.

Q.   And so you did research -- did you ever
     research non-Siemens breaker panels before you
     decided to install the Siemens breaker panels?

A.   No.

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

163

Q. If you look here in -- on page 3,
Interrogatory No. 2, your -- your initial
response here to the question of where you
purchased Siemens AFCIs, you mentioned Amazon,
Lowe's and Home Depot.

Did the 15 or 20 or so that you mentioned
purchasing, did you purchase all from one
store, the same store?

A. Lowe's.

Q. And you purchased all of the AFCIs that you
installed in Miss Christine's home from
Lowe's?

A. Yes, initially when I put the panel in.  When
I -- when I changed breakers out to try to
troubleshoot with another Siemens, I don't
know where I purchased those.

Q. And you, yourself, made these purchases,
right?

A. Yes.

Q. I think I recall you saying they were maybe
$60 each?

A. Yes.

Q. And since you purchased them from Lowe's, do
you have a Lowe's account?

A. I don't have -- I have a Lowe's card, but I

Case 1:22-cv-01229-MHC   Document 174-34   Filed 08/04/26   Page 28 of 34

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

169

install Siemens panels?

A.   No, not -- not using arc-fault breakers.  I can put -- I can put a Siemens panel in like for a subpanel and those breakers don't have to be arc-fault if I'm using the existing circuits.

Q.   And so during COVID, did you install panels in new construction homes?

A.   That -- the one.  The Siemens one.

Q.   That was the only home?

A.   That's the only home that year or that time frame.

Shortly after that Square D went back to work and they started -- and the panels were available.

Q.   Do you typically disclose the -- the type of AFCI that you're going to install in a home to the homeowner or to the contractor with whom you're working?

A.   If they ask.

Q.   Have you ever had a contractor who you were working with ever tell you not to use Siemens AFCIs?

A.   No.

Q.   Have you ever had a contractor that you worked

Case 1:22-cv-01229-MHC   Document 174-34   Filed 08/04/26   Page 29 of 34
KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY
Jeffrey Meade
February 26, 2025

170

with disclose to you any previous issues
they've encountered with Siemens AFCIs?

A. No.

Q. Have any homeowners that you've worked with
ever shared with you issues that they've had
with Siemens AFCIs before you started doing
work on their home?

A. None.

Q. When you do installs of AFCIs, do you have an
installation fee?

A. I have an hourly rate.

Q. So if you go and install five AFCIs in a home,
you charge the hourly rate for how much time
it takes you to install the AFCIs?

A. Yes.

Q. And you also charge for purchasing the AFCIs?

A. Yes.

Q. You also charge for mileage?

A. No.

Q. And when you charge a client for an AFCI that
you purchase, do you charge them the exact
price of the AFCI that you purchased it for?

A. I do.

Q. Now, what happens when you purchase an AFCI on
a Monday and then you go two weeks later to

171

install the AFCIs; do you keep a record of how much you spent for those AFCIs to properly invoice the client for those AFCIs?

A.   Yes.

Q.   And do you just refer to the receipt, the purchase receipt to come up with the actual amount you spent on the AFCI?

A.   Normally when I do my estimate, I figure all that out.

Q.   So that means when you're doing your estimates you're searching the cost of the AFCIs or do you just sort of remember, from the top of your head, how much it generally -- how much AFCIs generally go for?

A.   Yes.

Q.   Yes to which one?

A.   Both.

Q.   So let me break it up so I get the -- the yes correctly.

     When you estimate -- when you provide estimates for pricing, you research the cost of the AFCI that you plan to install in the home, right?

A.   Normally.  If you want to break down how I do my estimates, I call my supplier.  I say I

Case 1:22-cv-01229-MHC   Document 174-34   Filed 08/04/26   Page 31 of 34

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

172

want to get a quote.  I give them the whole list.  I need, you know, 20-single pole breakers.  I need a couple, you know, double-pole breakers.  I need this and that and this.  He comes back with a price, itemized list.  That's how I do it now.

In the old days I used to actually go on and go shopping at Home Depot, and this cost this much, and, you know, I would look at prices.

Q.  And so the process you just laid out, is that the process you used for Miss Christine's home?

A.  No.

Q.  How did you come up with the cost of Ms. -- Miss Christine's invoice for the cost of the breakers?

A.  Like I -- like I said, I -- I went to Lowe's, I priced the panel; I wrote it down.  I looked at the breaker; I wrote that price down.

Q.  We're still on Exhibit -- what are we up to, 3 -- Exhibit 3.

On page 4, Interrogatory No. 5, it asked you to identify any conversations you've had with Siemens or other persons prior to your

KEVIN BRNICH ELECTRICAL LLC vs
SIEMENS INDUSTRY

Jeffrey Meade
February 26, 2025

173

decision to purchase Siemens AFCIs and/or have your Siemens AFCIs installed.

And your response is that you haven't had a conversation with Siemens prior to purchasing or installing Siemens AFCIs.

Is that -- that's true?

A.  That's correct.

Q.  But you did speak to Siemens at some point, right?

A.  I talked to Siemens engineers.

Q.  When did you speak with them?  Is this after you installed the AFCIs?

A.  After I was having the problems, yes.

Q.  So after you installed the AFCIs?

A.  Yes.

Q.  Have you ever had any problems with Eaton AFCIs?

A.  No.

Q.  At some point did you speak with a local -- a local technician and talk to that technician about the issues you were having with the Siemens AFCIs?

A.  No.

Q.  Have you ever spoken to a local home inspector about unwanted tripping?

174

A.  Not a home inspector, no.

Q.  All right.  Go to page 14 of Exhibit 3.

A.  14 on --

Q.  Page 14, mm-hmm.

A.  (Witness complying) Okay.

Q.  Your response to Interrogatory No. 18, which asks that you identify any written or oral communications between you and anyone else relating to alleged tripping, at the bottom of 14 you say:  You discussed nuisance tripping with a local home inspector.

A.  Okay.  That's not true.  Which one?

Q.  14, the bottom of 14.

    And how about you just -- just read Interrogatory 18 and your response to yourself first, and then let me know when you're finished and I'll ask you some questions.

A.  The whole -- the whole thing?

Q.  Yeah.

A.  Okay.

Q.  Just read Interrogatory 18 to yourself.

A.  (Witness complying) Please identify --

Q.  To yourself.

A.  Okay.  It's getting late.

    (Witness complying) Okay.

247

STATE OF MAINE

I, Beth Gaige, RPR, a Notary Public in and for the State of Maine, do hereby certify that the within-named deponent was sworn to testify the truth, the whole truth, and nothing but the truth in the aforementioned cause of action.

I further certify that this deposition was stenographically reported by me and later reduced to print through computer-aided transcription, and the foregoing is a full and true record of the testimony given by the deponent.

I further certify that I am a disinterested person in the event or outcome of the above-named cause of action.

IN WITNESS WHEREOF, I have hereunto set my hand this   5th    day of  March, 2025.


_____
Beth Gaige, RPR
My Commission Expires
August 22, 2026