# EXHIBIT 31

```
WEBVTT

1
00:02:11.160        :02:14.99
NewtonX: Hi, ████  this is ████  from neuronext.

2
00:02:15.330 --> 00:02:16.759
NewtonX: How are you doing.

3
    22.650 --> 00:02:23.500
████  Hello!

4
00:02:26.390 --> 00:02:26.850
NewtonX: So.

5
    31.210 --> 00:02:31.850
████  Hi!

6
    :32.950 --> 00:02:34.070
████  Good! How are you?

7
00:02:34.740 --> 00:02:36.890
NewtonX: Yeah, good. What about you?

8
    39.850 --> 00:02:40.700
████  I'm good.

9
00:02:41.450 --> 00:02:47.760
NewtonX: Okay, so let's wait. Wait for the client for one or 2 minutes.
Okay.

10
    48.200 --> 00:02:48.870
████  Okay.

11
00:02:50.110 --> 00:02:52.989
NewtonX: I will let you know. Once we are ready.

12
    53.480 --> 00:02:54.690
████  Okay? No. Problem.

13
00:03:21.440 --> 00:03:23.190
Kevin Caves: Hello! Hi! Everybody!

14
    28.880 --> 00:03:29.610
████  How's it going.
```

00:03:30.400 --> ▮▮▮▮ 33.950
Kevin Caves: Hi, ▮▮▮▮ I'm Kevin Caves nice to meet you.

33.950 --> 00:03:34.849
▮▮▮▮ Nice to meet you.

00:03:37.200 --> 00:03:43.055
Kevin Caves: So yeah, I think we're almost ready to get started. Sorry it took us a minute to get on the on the line

43.540 --> 00:03:44.260
▮▮▮▮ No problem.

00:03:44.400 --> 00:03:51.509
Kevin Caves: Then making some a few tweaks to the survey that we're going to share with you?

00:03:53.910 --> 00:03:55.270
Kevin Caves: Let's see.

00:04:00.670 --> 00:04:04.229
Kevin Caves: But yeah, Devin, are we? Are we ready to get started?

00:04:05.460 --> 00:04:07.787
Kevin Caves: Sure? Yeah, it's okay. Take your time.

00:04:12.040 --> 00:04:15.249
Kevin Caves: yeah. So I'll just read you some some preliminary stuff.

00:04:17.170 --> 00:04:23.480
Kevin Caves: If that's okay, and we'll then we can, I? And then after that I can start sharing my screens, and we'll go through the questions and stuff.

00:04:24.930 --> 00:04:25.820
Kevin Caves: But

00:04:26.280 --> 00:04:38.
Kevin Caves: yeah. So so, ▮▮▮▮ again. Thanks for for agreeing to participate in the intervi▮▮▮▮ay. Again, I'm Kevin Caves. I'll be conducting the interview I work for a consulting firm

00:04:38.790 --> 00:04:40.919
Kevin Caves: called Mcclaven Associates.

00:04:41.100 --> 00:04:49.780
Kevin Caves: And I'm also working on this project with another employee of Mcclave and associates named Devin Myers. She's also on the line. Obviously

00:04:51.220 --> 00:05:04.519
Kevin Caves: And of course, as you know, this interview is being recorded, your participation in and responses to the survey are entirely anonymous and confidential. Your personal information is protected will not be shared or disclosed.

00:05:06.020 --> 00:05:13.469
Kevin Caves: the purpose of this session is to get your feedback on a survey that we've been designing. So

00:05:14.049 --> 00:05:22.669
Kevin Caves: we're not in. We're not electricians ourselves. So we're getting feedback from people like you who understand the products better than we do

00:05:24.720 --> 00:05:34.279
Kevin Caves: And so what I'll do is I'll I'll walk you through the survey, and I'll share my screen with you, and I'll show you each of the questions that we're testing.

00:05:34.450 --> 00:05:43.450
Kevin Caves: and I'll give you a chance to read the question. Think about how you would answer it, and then we'll ask you. You know what your answer would be if you're actually taking the survey.

00:05:44.670 --> 00:05:57.799
Kevin Caves: and and then we'll after that we'll talk about the I'll ask you some. Follow up questions in most cases, so we can understand, you know, if the question was clear, if you need more information.

00:05:57.910 --> 00:06:01.700
Kevin Caves: or if you have any other, any other feedback. You know.

00:06:02.660 --> 00:06:12.720
Kevin Caves: Some of the questions are more straightforward than others, so some of them will probably involve, you know, not much feedback at all, because they're so obvious and others are more involved. So we'll spend more time talking about those

00:06:15.000 --> 00:06:24.939

Kevin Caves: But if at any time you're unsure about the question or anything else, just, you know, you know, jump in anytime, you know any. We're basically, you know, any, any anytime

00:06:25.070 --> 00:06:35.010
Kevin Caves: we can get feedback from you, or you know, or if we if there's anything we do, you know, to make the survey more clear, we definitely wanna wanna hear about that. And that's the purpose of today's interview.

00:06:35.210 --> 00:06:36.130
Kevin Caves: Okay?

00:06:36.650 --> 00:06:39.160
Kevin Caves: So any questions before we get started.

40.007 --> 00:06:41.829
███ Yeah. So can you hear me?

00:06:42.280 --> 00:06:43.010
Kevin Caves: Yes.

43.745 --> 00:06:59.509
███ So so what exactly is like the the goal of this? I know that, like pic was about our fault breakers. Like, you're just so we're just gonna run through some questions. And I'm just gonna answer questions about our fault breakers is that that's what's going on.

00:07:00.360 --> 00:07:01.665
Kevin Caves: Yeah, so like,

00:07:03.040 --> 00:07:18.540
Kevin Caves: yeah. So basically we so we're we're a research firm. So we get we do research on all different products and all different kind of markets. And this is just part of our process for trying to learn more about this market.

19.240 --> 00:07:19.610
███ Okay.

00:07:19.610 --> 00:07:25.940
Kevin Caves: Because we're, you know we're not. We're not electricians. We don't know. Didn't know a whole lot about it going into it. So

00:07:26.432 --> 00:07:44.240
Kevin Caves: because of client confidentiality. I can't get into all the details of you know why we're doing the survey, and which client we're

doing it on behalf of. That's all confidential. But as far as you're concerned, as far as you're concerned, we're just looking for. You know what what a what an electrician would think. Looking at these questions. That's basically.

44.240 --> 00:07:46.300
█████ Gotcha. Yeah, I was just curious.

00:07:46.300 --> 00:07:49.649
Kevin Caves: No, no, of course, that's very natural. Question.

00:07:49.890 --> 00:07:52.430
Kevin Caves: Okay.

00:07:52.970 --> 00:08:00.139
Kevin Caves: so why don't we? I'll share this. So, Devin, if you're ready, why don't we share the screen with the 1st question.

00:08:00.690 --> 00:08:01.409
Kevin Caves: and

00:08:04.370 --> 00:08:15.939
Kevin Caves: yeah, we'll go from there. I'll ask you to free each each time it pops up. If you could just, you know, read it either out loud or to yourself, and then, when you're ready to answer, you can give us your answer.

00:08:16.180 --> 00:08:17.529
Kevin Caves: and we'll go from there.

00:08:17.790 --> 00:08:18.390
Kevin Caves: Skew. Okay.

20.640 --> 00:08:21.169
█████ Okay.

00:08:22.470 --> 00:08:26.740
Kevin Caves: So the 1st question is right there, and.

27.190 --> 00:08:32.120
█████ Alright. So I wish to continue the survey. And then which yeah?

32.320 --> 00:08:36.510
█████ And then, which state do you live in? I I live in Massachusetts.

36.809 --> 00__8:39.189
██████  My age. I'm ██ .

00:08:41.480 --> 00:08:43.819
Kevin Caves: Alright! Those were the easy ones.

44.080 --> 00:08:44.444
██████  Yeah.

48.685 --> 00:08:54.609
██████  Which is the abbreviation afci stands for it stands for arc fault
t interrupter.

00:08:54.940 --> 00:08:58.770
Kevin Caves: Okay, all right.

00:09:03.140 --> 00:09:08.560
Kevin Caves: let's see. And then the next question this one is.

08.560 --> 00:09:23.839
██████  Do you? Have you purchased our fault? Circuit interrupters, or
in the United States between 2,017, and present note throughout the
survey the term afci for speakers that are located in the electrical
manner and not receptive. So an outlet? Yes.

:24.360 --> 00:09:29.739
██████  I have. What brands of afcis have you purchased between 2017 and
esent?

29.850 --> 00:09:31.960
██████  Please select how to apply.

:32.760 --> 00:09:40.810
██████  I've bought all of those before. So Abb Leviton's human Schneider

41.781 --> 00:09:43.590
██████  I've bought, and all of those.

00:09:44.620 --> 00:09:45.760
Kevin Caves: Wow. Okay.

00:09:48.180 --> 00:09:49.900
Kevin Caves: So there's also.

00:09:51.130 --> 00:09:53.810
Kevin Caves: And that's just you can just recall that from memory.

:53.810 --> 00:10:02.380
 ██████  Yeah, and specifically, I can even say so. Square D has 2 brands.
ave Home line breakers, and they have Qo breakers.

02.973 --> 00:10:05.039
 ██████  I've gotten both of those.

00:10:06.340 --> 00:10:09.940
Kevin Caves: Okay. What was the the second brand after homeline called.

10.535 --> 00:10:16.520
 ██████  So they're both the same company. It's square d, but one's home
and then one is Qo.

16.630 --> 00:10:22.680
 ██████  Qo is Qo is significantly more popular with electricians than Home

23.151 --> 00:10:38.390
 ██████  Not necessarily because it's better or worse, just because it's
eople's opinion that's more reliable. It's also a lot more
expensive, but that's you know. We're getting into my opinion now. But,
I've gotten all of those before.

00:10:39.430 --> 00:10:44.050
Kevin Caves: Okay, okay, let's move on to the next one.

49.012 --> 00:10:54.490
 ██████  Where have you purchased afcis between 2017 and the present?
 select all that apply.

:57.840 --> 00:10:59.570
 ██████  Live wire.

59.820 --> 00:11:03.447
 ██████  I've never those I don't know those supply houses.

04.220 --> 00:11:16.729
 ██████  big box retailers, home depot and Lowe's. Yes, I've definitely
 from Home depot and Lowe's not from work more so for my own use
other retailers. Hardware stores.

00:11:17.680 --> 00:11:26.509

The only time I would ever go to a hardware store is for like a Even then I'd probably go to home depot but I have gone to a hardware store

27.414 --> 00:11:34.520
Amazon. We did use Amazon briefly during Covid, but that was more ause of

35.213 --> 00:11:58.109
supply chain issues manufacture websites. Blah blah I mean, I can bunch of spy houses for you. Some are big. Some are local. I don't know if they would mean anything to you, but probably the big supply houses would be Granite City Electric. I don't know if you know I live in New England. So these would probably be mostly New England spy houses. But

58.220 --> 00:12:11.684
Granite City Electric Concord Electric Esc independent electric od electrical supply. Johnson.

00:12:16.350 --> 00:12:16.820
Kevin Caves: Yeah.

16.820 --> 00:12:21.160
Those would. Rexcell, anyway, I don't know if you need to know all

00:12:21.630 --> 00:12:23.722
Kevin Caves: No, that's that's all. That's all useful.

00:12:24.440 --> 00:12:31.599
Kevin Caves: so and when you, when you buy from from those from those you know, supply shops.

00:12:31.770 --> 00:12:37.719
Kevin Caves: are they? Do you? Do you get a a better price than you would at home depot or Lowe's, for example.

38.553 --> 00:12:50.420
So it depends. So if you're someone off the street coming in, it's bly gonna be a lot more expensive so it would be cheaper to go to home depot or Lowe's. If you're a client of them, if you're if you're a company

50.560 --> 00:12:51.990
with an account.

52.310 --> 00:13:03.920
it's definitely a lot cheaper. And also it depends on how much you I mean, a lot of these things are political, like everything else. So like, I can tell you a company I've worked for

04.393 --> 00:13:18.726
a specific supply house. We did millions of dollars worth. We millions of dollars worth of stock with them every single year. So you know, they would give us more discounts than others. Say, a smaller company with like 10 guys.

19.170 --> 00:13:22.020
not like significant, not like it was like

22.360 --> 00:13:29.409
a weird, a bad relationship. But or anything Shady was going on. it was. That's just out the business. And

29.904 --> 00:13:36.055
spy houses work. So obviously, the more you spend the better e gonna treat you

00:13:36.440 --> 00:13:36.939
Kevin Caves: So when you.

36.940 --> 00:13:37.400
Bye.

00:13:37.400 --> 00:13:45.929
Kevin Caves: I think one of those like like high volume purchases. Do you? Do you have a sense of what? How big the discount is like 5%, 10% off. More than that.

:45.930 --> 00:14:04.390
Yeah, absolutely. So common practice between most big electric ies. I've worked for a few. Typically, we'll create our stock list, send it out to all the different supply houses. You know we'll they'll send us back price

05.740 --> 00:14:09.510
depending on the relationship with a supply house, or

:09.760 --> 00:14:21.659
if they're if the margin is a lot bigger than someone else will to go with different supply houses. It. It depends on the company, like some companies

22.140 --> 00:14:41.190
prefer to lean into the relationships, especially when they're r companies, and they'll always go to one supply house or 2 supply houses, regardless of if they're more expensive or less expensive to build that relationship. If you're a bigger company, typically it's more about the margins. So it's always about like who has the cheapest price.

109
41.852 --> 00:14:45.159
Sometimes you can haggle with them and

110
45.360 --> 00:14:49.270
get them to drop their price, like, for instance, if I'm

111
49.850 --> 00:14:57.603
making a very big order, and they have to travel very far, and end them different

112
58.900 --> 00:15:00.550
like less

113
01.310 --> 00:15:14.479
if they are higher than another supply house for a specific list. ey're already coming down. Typically they will lower their price out of convenience because they're already coming to the same location.

114
17.342 --> 00:15:22.469
yeah. But I wouldn't say that they would come down.

115
23.050 --> 00:15:32.136
They they wouldn't. They wouldn't decrease their margin more than or 10%. They would never, even even if the relationship was good

116
32.860 --> 00:15:35.750
You're really only like, for instance.

117
36.070 --> 00:15:47.830
if I if I place an order and the order was, say, $10,000 for the the most I would ever see them come down would maybe be like 1,500

118
48.250 --> 00:15:51.050
to as like a small example.

119
:52.155 --> 00:15:57.670
But yeah, they're they're all different. They all have different ts.

120

58.970 --> 00:15:59.859
But yeah.

00:16:00.910 --> 00:16:17.760
Kevin Caves: And then and then, if you looked at like the price, like the price, after that, 15% discount the price, you know, per afci. And you compare that to what you'd pay just like walking off the street into home depot. Do you think that would be a bigger percentage difference, or about the same.

18.934 --> 00:16:23.829
For the company buying it. I would say

25.080 --> 00:16:27.639
maybe 50 bucks, 40, 50 bucks

28.350 --> 00:16:35.650
from the supply house being more expensive than home depot. But I it also

37.130 --> 00:16:40.319
because because you gotta remember, a lot of this

40.580 --> 00:16:45.570
comes from the markup. So like when I'm buying something at spy

:45.920 --> 00:16:57.944
Almost not. I'm almost never physically going to get it. They're always delivering it, or they're bringing it to a certain location for me to pick it up, or wherever like

58.520 --> 00:17:11.610
So I don't know where you guys are based right now. But I live in husetts. Specifically, I work mostly on Cape Cod and the Boston area. If I'm deliver if I'm delivering something

11.720 --> 00:17:21.289
way down Cape Cod. The spy houses that I'm ordering from are from almost Boston. So they have to drive almost like 2 and a half hours

:21.390 --> 00:17:25.480
to to where they're going to. So there's their markup. And then

00:17:25.599 --> 00:17:30.229

█████    us. As the the subcontractor is also marking up the material as

:31.185 --> 00:17:33.850
█████ So by the time

34.390 --> 00:17:45.019
█████ you factor those 2 things in the difference between getting a
██ r from an electrician and getting a breaker from you, walking into
home depot. That could be hundreds of dollars.

00:17:45.820 --> 00:17:49.160
Kevin Caves: Okay, okay, okay, that's helpful.

00:17:49.580 --> 00:17:51.544
Kevin Caves: Alright, let's move on to the next one.

00:17:55.290 --> 00:17:57.409
Kevin Caves: Yeah. So similar question.

58.861 --> 00:18:03.079
█████ Where have you most often purchased afcis between 2017, and
██ t

05.440 --> 00:18:08.679
█████ the Mo. Well, most often would be supply houses.

00:18:08.680 --> 00:18:09.970
Kevin Caves: Supply houses. Yeah.

09.970 --> 00:18:10.590
█████ Yeah.

00:18:11.250 --> 00:18:14.470
Kevin Caves: Yeah, most often in the highest volume it sounds like, for
sure.

14.860 --> 00:18:16.280
█████ Yeah, absolutely.

00:18:17.540 --> 00:18:20.298
Kevin Caves: Okay. Alright, let's keep going.

00:18:23.750 --> 00:18:26.570
Kevin Caves: Okay? Question 8 is pretty easy.

27.185 --> 00:18:29.010

Yeah, I'm licensed in Massachusetts.

00:18:29.010 --> 00:18:34.210
Kevin Caves: In Massachusetts. Yeah. Okay, let's keep going.

00:18:35.490 --> 00:18:39.929
Kevin Caves: Oh, yeah, any prior surveys in the past 30 days.

:41.178 --> 00:18:45.159

Nope, I've just taken this survey, which was similar to what showing.

00:18:45.970 --> 00:18:47.410
Kevin Caves: Got it. Okay.

:51.710 --> 00:18:54.700

Okay, here's the next one. I'll give you a chance to read it.

54.980 --> 00:19:16.759

You have been selected to participate in our survey, but our false t interrupters. We care about the quality of our survey data for us to get the most accurate measures of your opinions. It is important that you provide thoughtful answers to each question on the survey. We ask that you do so without help from anyone else, and that you complete the survey in one sitting, and without stopping in the middle. Do you commit to doing this? Yes, I will.

00:19:17.540 --> 00:19:26.040
Kevin Caves: Yeah, pretty pretty straightforward. Okay, yeah. Let's go on to the next one.

00:19:27.210 --> 00:19:28.130
Kevin Caves: Let's see.

29.120 --> 00:19:49.719

For the remainder of the survey. Please assume you're in the to purchase afcis for typical project. You'll be shown 3 types of afcis which different features and prices. After carefully considering the 3 types of afcis you select, which, if any of the 3 you would actually purchase in real life. These were the only 3 types of Afcis available.

49.740 --> 00:20:03.680

If you would not purchase any of the 3 types of Afci shown to you, select 4th option. I would not purchase any of these 3 fcis if

they were the only options. This survey will ask you to make this decision 12 times. I understand.

00:20:04.690 --> 00:20:11.360
Kevin Caves: Okay. And just just for the record in in your own words. How would you describe what this question is asking?

12.741 --> 00:20:18.840
It wants to know what Brand, I think is the most reliable from an ician's opinion

:19.860 --> 00:20:24.920
or not reliable. By the by the way it's saying yes, I wouldn't se anything.

00:20:25.560 --> 00:20:27.909
Kevin Caves: Yeah, okay, yeah, let's move on.

:31.150 --> 00:20:40.929
18, and the questions that follow there are no right or wrong s. The survey is simply asking for your honest opinion, of which, if any, the air says which purchase, I understand.

00:20:41.640 --> 00:20:44.190
Kevin Caves: Okay. And next one.

:46.919 --> 00:20:47.999
And the question.

00:20:48.000 --> 00:20:48.409
Kevin Caves: Sorry Buddy.

48.410 --> 00:20:48.800
It's time.

00:20:48.800 --> 00:20:51.230
Kevin Caves: It goes. I thought we cleaned this up.

51.540 --> 00:21:03.269
No problem and the questions of fall. Some of the fcis are labeled ing a and new nuance ripping effect.

00:21:03.370 --> 00:21:06.480
Kevin Caves: It's supposed to say nuisance, tripping, defect.

06.480 --> 00:21:09.617
Oh, okay, that makes a lot more sense

169
:12.093 --> 00:21:24.780
label that had nuisance, nuisance, tripping teeth and nuisance
ng effect. These afcis use and our Arctic detection method that, according to reports, causes the Fcis trip from

170
25.080 --> 00:21:30.510
normal and safe radio frequencies emitted from common house
ances, electrical devices and lighting

171
30.994 --> 00:21:38.919
as a result, certain aci is installed on the same or on nearby
ts may trip when a homeowner turns on or plugs in certain products.

172
39.050 --> 00:21:46.150
or when no dangerous art fault exists, Ava says, when the
nce, tripping defect of appropriately tripped in connection with

173
46.460 --> 00:21:53.789
major house appliances, such as microwaves, ovens, washing
es, dryers, refrigerators, garage openers, water heaters.

174
53.910 --> 00:22:06.989
lighting products, including led bulbs, Christmas lights under
lighting, light fixtures, recess lighting light switches, dimmers, allergen fluorescent lights, plug in electrical devices like vacuum cleaners, ball charges

175
07.840 --> 00:22:13.349
devices that not meet fcc emission limit thresholds, including
nces

176
14.345 --> 00:22:27.410
exempt from radio frequency emissions from the internal sources,
ing electrical transformers and broadband power lines and certain combinations of the above list devices. This is this list is not.

177
27.780 --> 00:22:35.760
I think, it's oh, other existing or newly developed products
ing higher radio frequencies may also cause nuisance. Tripping

178
:35.980 --> 00:22:39.100
manufacturers afcis, and this, driven to facts.

179
00:22:39.240 --> 00:22:42.030

have claim. Nuance. Trimming is to be expected

43.532 --> 00:22:54.847
according to these manufacturers. Their not only from our phones, om any signals in our signal, comes from a safe and properly functioning device.

55.950 --> 00:22:56.600
Oh, that's all.

00:22:56.600 --> 00:22:56.980
Kevin Caves: Okay.

56.980 --> 00:22:57.540
See.

00:22:57.940 --> 00:23:07.779
Kevin Caves: Yeah, that's the whole. That's the whole quote preamble. And then I think it says, I understand. Let's scroll down a little, Devin and see? Yeah. And then, so let's.

07.780 --> 00:23:08.470
Understand.

00:23:08.660 --> 00:23:12.914
Kevin Caves: Yeah, so that's that's a mouthful. So why don't we unpack it a little? And and

00:23:13.410 --> 00:23:22.329
Kevin Caves: and you can just describe for us feel free to read it again, or, you know, review different parts of it again. But just just tell us in your own words what

00:23:22.450 --> 00:23:26.890
Kevin Caves: what this question is is telling you or asking you.

30.105 --> 00:23:33.089
Well, I think it's just kind of

33.970 --> 00:23:43.233
making what I mean. I don't really have see a question in it. But tell you. Every electrician knows what nuisance tripping is.

00:23:43.590 --> 00:23:44.200
Kevin Caves: Okay, that's easy.

44.200 --> 00:23:47.080
It's it's a good thing. I mean

47.240 --> 00:23:51.469
I I don't. I'm not saying it's a bad thing that you're describing is stuff.

51.972 --> 00:24:09.249
But yeah, I would say every electrician would know what nuisance ing is, because we've all trouble shot it before. I do think it's funny. The line where it says, manufacturers of afcis will with a new one. Nuisance tripping defect have claimed nuisance. Tripping is to be expected.

10.073 --> 00:24:16.099
That I thought was kind of funny. But yeah, I I would.

16.410 --> 00:24:21.426
I would say, we are. Any anyone would know what it is for sure.

00:24:22.130 --> 00:24:25.769
Kevin Caves: I see. So it's so, okay, so it's it's common knowledge.

26.000 --> 00:24:27.290
Yeah, it's common knowledge.

00:24:27.690 --> 00:24:30.009
Kevin Caves: Okay. Alright, that's helpful.

00:24:31.600 --> 00:24:32.839
Kevin Caves: Let's see.

34.770 --> 00:24:44.520
Yeah, it was also specifically more. It was also specifically an issue. When they 1st started rolling them out like around 2017

45.420 --> 00:24:49.170
they've since gotten better, but it is still an issue.

00:24:49.720 --> 00:24:50.510
Kevin Caves: Okay?

00:24:50.830 --> 00:24:56.520
Kevin Caves: And and just in your own words. How would you

00:24:56.670 --> 00:25:01.290
Kevin Caves: just explain nuisance tripping to someone who's not an electrician.

05.863 --> 00:25:07.609
Okay. So

09.510 --> 00:25:27.770
the way without, I mean, I guess, without getting too much into ne way our faults work is they are monitoring monitor monitoring the circuit. Electricity inside of home is A/C electricity. It's alternating current.

29.470 --> 00:25:33.220
That breaker is monitoring what's called the sine wave.

35.100 --> 00:25:53.150
that sine wave measures. I don't. I wish I had a picture so like, e an SA sideways s, and then a line going through it, the line being 0. And that's 0 volts at 0 potential. And then the height of that

53.900 --> 00:26:04.300
being a hundred 20, which is what your home operates off of it es off of 1, 2240, earplug being 120 volts.

:05.751 --> 00:26:12.979
When that arc fall breaker notices a spike

13.670 --> 00:26:17.450
that is unnatural from a regular sine wave.

18.850 --> 00:26:20.809
That could cause a nuisance trip.

00:26:21.060 --> 00:26:21.520
Kevin Caves: Okay.

22.595 --> 00:26:23.650
Another

:25.310 --> 00:26:34.220
another reason for it is the difference between a regular breaker arc fault. Breaker is our faults. Monitor both

00:26:34.620 --> 00:26:39.079

the hot conduct, hot conductor and the neutral conductor

39.723 --> 00:26:48.889
whereas regular breaker regular breakers only monitor the hot tor. So what that means is, if an electrician

49.920 --> 00:26:56.810
installs an outlet, and there's a piece of copper, a neutral piece per

56.940 --> 00:27:00.150
touching a ground piece of copper

00.690 --> 00:27:04.570
that will trip the arc fault because

05.329 --> 00:27:11.769
the neutral conductor carries current. It's kind of hard to n this without getting into like theory. But.

00:27:11.770 --> 00:27:12.220
Kevin Caves: Fun.

12.360 --> 00:27:14.259
A a hot conductor.

:14.410 --> 00:27:17.190
We'll have a hundred 20 volts coming back on it.

17.807 --> 00:27:23.710
A neutral conductor will have 0, but it's only because

25.760 --> 00:27:46.410
it's only because it's not, it's only because it's being brought o the transformer, which is where your power is coming from. If if that neutral conductor was taken off the bar inside the panel. It would have 120 volts. I I don't know how to explain that without getting into a lot of theory.

47.090 --> 00:27:47.890
but but.

00:27:47.890 --> 00:27:52.949
Kevin Caves: Why, why do you think that? Why do? Why is it referred to as nuisance, tripping like? What is the.

52.950 --> 00:27:53.700
 Hi.

00:27:53.700 --> 00:27:54.100
Kevin Caves: Right.

54.100 --> 00:27:58.300
 Well, the nuisance part is is

59.310 --> 00:28:02.789
 almost any. I it really depends on like

03.200 --> 00:28:13.669
 the breakers. But the nuisance part is like I've seen it where
 will try and use a vacuum, and your breaker will instantly trip,
or they'll plug in

:14.270 --> 00:28:26.799
 a blender, and it'll trip, and it'll like instantly trip. It won't
 e it turns on for a little bit, and then it trips. It'll just
immediately do it, and there's really no way

27.140 --> 00:28:29.332
 to fix that because

:30.530 --> 00:28:39.780
 the breaker is like it's saying news of tripping is to be
 ed, because it doesn't necessarily mean a fault, a fault meaning
that

40.505 --> 00:28:50.380
 like there's a direct short, like the hot and neutral are
 ng, or the hot and the ground are touching. That's a that's a arc
fault.

52.350 --> 00:28:58.309
 It. It's not causing a fire, but it is causing a spike in the sine
 So

58.410 --> 00:29:08.300
 that'll trip the breaker. And it's really annoying for people that
 ur our fault breakers because they feel like they can't use their
appliances.

00:29:08.795 --> 00:29:15.359

 and they call an electrician to fix it. And unfortunately, the the
ician kind of has to explain like

:15.740 --> 00:29:18.960
there's really nothing I can do about it other than.

19.070 --> 00:29:29.290
and to be honest, this is common practice, for, unfortunately, a
electricians, which is, they just take the breaker out, and they
put it with a regular break.

:30.850 --> 00:29:31.830
So

32.510 --> 00:29:42.459
I don't like doing that, but I've seen it happen where an
ician will take out an article breaker and they'll install a
regular breaker. They're not supposed to do that

44.240 --> 00:29:45.260
but.

00:29:45.260 --> 00:29:47.499
Kevin Caves: Yeah, but it becomes such a nuisance that.

:47.780 --> 00:29:58.010
Yeah, yeah, so so yeah, basically, it's called a nuisance, because
n't use. It's like you have an out. But you can't use it.
Basically.

58.150 --> 00:29:59.050
yeah.

00:29:59.050 --> 00:29:59.780
Kevin Caves: All right.

59.780 --> 00:30:00.370
But.

00:30:00.950 --> 00:30:16.869
Kevin Caves: Let's see, why don't we close out of this document? I think
the the typos were my fault. I forwarded Devin the wrong document. So why
don't we close out of this dand open the the correct one? And we're we're
actually we're getting towards the towards like the meat of the survey,
and towards the end.

00:30:17.427 --> 00:30:27.112
Kevin Caves: but yeah, you can tell nuisance tripping is something that we're interested in. Obviously, so in the next set of questions, we're gonna

00:30:27.860 --> 00:30:33.870
Kevin Caves: Well, actually, it's just gonna be one question. there.

00:30:34.440 --> 00:30:43.870
Kevin Caves: we'll we'll pull up this hypothetical purchase and we will show you different

00:30:44.200 --> 00:30:49.530
Kevin Caves: options for different types of of breakers that you could hypothetically buy

00:30:50.128 --> 00:30:53.261
Kevin Caves: as we talked about in the earlier questions. And

00:30:53.710 --> 00:30:56.329
Kevin Caves: anyway, we'll talk. We'll talk through that.

56.940 --> 00:30:57.550
Okay.

00:30:57.840 --> 00:31:02.219
Kevin Caves: Yeah, so we can, we can pull that. Pull that file up. Now, Devin, if it's ready.

00:31:07.530 --> 00:31:09.899
Kevin Caves: here we go alright.

00:31:10.870 --> 00:31:15.899
Kevin Caves: So this is. Yeah. So this is an example of

00:31:16.060 --> 00:31:32.449
Kevin Caves: in the real live survey which is under construction, which is why we're not showing it to you right now. But in the real live survey the respondents would see a screen that looked like this. It wouldn't. It wouldn't be like the details would be different. But but the basic structure would be the same for all the respondents.

00:31:34.080 --> 00:31:40.719
Kevin Caves: So yeah. So I'll give you a chance just to look at it. And then, you know.

00:31:41.080 --> 00:31:48.100
Kevin Caves: let us know if these were your 3 choices, if it had to be one of these 3, or don't purchase it at all. Which would you choose.

266
49.417 --> 00:32:13.292
 Well, there's no arc fault breaker that I wouldn't purchase. I think any arc fault breakers are necessarily like bad or defective out of this list. It's easy out pick Siemens siemens, is the breakers I've installed the most ironically. You're asking me about nuisance. Shipping. Siemens is actually the only breaker that doesn't nuisance trip.

267
:14.430 --> 00:32:20.430
 also, it, depending on how you look at it. That's a good or bad

268
21.235 --> 00:32:25.270
 I have seen Siemens breakers that

269
:26.960 --> 00:32:30.999
 like people, have done tests where they have purposely

270
31.750 --> 00:32:39.799
 arced the circuit to see what it would take for a Siemens breaker p and they don't.

271
:39.930 --> 00:32:42.809
 and I'm not. I'm not necessarily saying like.

272
42.920 --> 00:32:58.889
 it's like catching on fire. But they'll what will. What will lly set off a regular breaker and will not set off on a Siemens. So it's it's kind of like an electrician's way of like installing a regular breaker, but also meeting code.

273
:00.800 --> 00:33:08.659
 But also other reasons. I was picked. Siemens is also, they're riendly for an electrician.

274
09.197 --> 00:33:22.892
 Like, I like square D is, they're physically bigger breakers. So anels that they come in are still the same size. So when you're cutting in a panel, there's less space

275
24.308 --> 00:33:27.140
 out of these 3.

276

27.942 --> 00:33:33.679
I would pick Siemens. But my personal favorite brand is Eaton.

:34.246 --> 00:33:53.083
It's I mean ironically, a lot of these brands are all kind of the They're all owned by the same company now. Br, so like Siemens, and maybe those are both br breakers. Same with Eaton. Same with G home Line. Those are all br breakers.

54.055 --> 00:33:56.889
So you're so you could so like

57.230 --> 00:33:59.220
you could put an Eaton breaker.

59.360 --> 00:34:06.789
You could put a Siemens breaker inside of an eaten panel, and it's work perfectly fine. You could put a home line in

06.990 --> 00:34:08.030
again.

08.440 --> 00:34:12.949
You you really shouldn't be doing that. I'm I'm just saying you ally can.

:13.507 --> 00:34:25.389
Because they're essentially the same company now. I like eating st. I think they, the arc, felt to work. They typically don't nuisance trip

26.060 --> 00:34:29.540
as much as all the other companies.

:30.115 --> 00:34:37.054
I think they're user friendly, aesthetically, I think they're good , like looks wise when I install them.

39.429 --> 00:34:40.940
Square d is good.

:42.830 --> 00:34:44.489
I, personally

00:34:44.600 --> 00:35:12.329

don't like it because of the cost. Like I know I see the prices. I know where the prices are coming from. If those were just like mock up like for show or whatever. But square D is definitely like the most expensive out of all of them. So that's the only thing that would determine way you also got to remember, it's typically not like my decision. What breakers are going in like. It's all already predetermined, like

289
13.140 --> 00:35:20.439
the the builder will tell us like, or the the engineers will tell e, what equipment we're installing

290
:21.008 --> 00:35:29.080
and that's all based on, you know, they're their estimates, their

291
29.510 --> 00:35:37.670
plans, like everything, according to the job. What the customer like it depends on like

292
:37.870 --> 00:35:41.919
if the customers installing solar it depends on if they're putting

293
42.560 --> 00:35:49.529
lot of ev if they're if how big the services like like, I'll tell ke like

294
:50.030 --> 00:36:08.450
Siemens and Square D will be a lot better for getting big ent. It. But for like house panels like little panel boards, Abb would be fine. Abb would be least on my list. General electric

295
09.057 --> 00:36:14.612
they're not bad breakers. I'm actually using them on a job right

296
:15.650 --> 00:36:22.329
But I I don't know really any electricians that are buying Abb and ling Abb.

297
23.020 --> 00:36:28.430
Just because General Electric doesn't have a like

298
:28.750 --> 00:36:40.750
good re good reputation in the past. So I don't see a lot of buying Abb now, even though they're perfectly fine panels, and they're perfectly fine brand

299

41.850 --> 00:36:47.010
people. People just go by their opinions, you know. So

:47.350 --> 00:36:53.100
so yeah, so sorry. I know I'm RAM. I know I'm kind of rambling,
emens would be what I picked off of that list.

00:36:53.250 --> 00:36:58.580
Kevin Caves: Yeah, no, that's that's helpful. And just to clarify. So we
talked earlier about how

00:36:59.170 --> 00:37:11.190
Kevin Caves: you know you'd purchased Afc. As before, primarily from the
supply houses. So was was that you sort of placing an order on on behalf
of a of a customer or your company

00:37:12.770 --> 00:37:19.640
Kevin Caves: or like, I'm just trying to understand how the like, how the
procurement process works like our

00:37:20.080 --> 00:37:26.479
Kevin Caves: when you're placing order order with a supply shop? Or is
the decision about which brand to buy already made. And you're just

00:37:26.590 --> 00:37:32.600
Kevin Caves: placing the order, or are you, or do you have some
discretion, or does it depend on the job.

33.891 --> 00:37:49.560
Well, it's totally dependent on you know what position I'm in
I've been in service work which is going to different jobs
throughout the day. That's completely up to me, but it but usually in
service.

50.020 --> 00:38:05.869
I'm going by what's there so like when service you're you're
g on something that's already been installed, and you, the company
you work for didn't install it. And it could have been from 50 years ago.
So if there is a square d panel there I have to get square d panel

06.832 --> 00:38:13.140
if like a a good example so like for what I was saying with Pr
rs. So

13.370 --> 00:38:32.819
if something is a g panel which is pretty common in like
rial aspects, a lot of spy houses won't carry ge. Necessarily in

the supply house like a lot of times. Supply houses have a main supply house, and then when they need to

:33.200 --> 00:38:34.230
 to

34.350 --> 00:38:53.439
 get stock, they'll call their main spy house, and they'll deliver o all their branches. But as far as service you're getting it the same day. So you're going to a job. You're going to spy house, and you're going back to that job, and you need something that day. It can't wait till tomorrow. So if there's a Ge. Panel.

54.000 --> 00:39:01.379
 I will, and they don't have a general electric breaker. I'll get en breaker because I know that it'll fit in the panel

02.142 --> 00:39:05.600
 so that so that would be an example.

06.360 --> 00:39:15.560
 But typically it's going by what's already there. When I'm running everything is decided. The equipment that I'm using.

16.084 --> 00:39:21.119
 Where the breakers are going in the panel. What those breakers are to be for.

21.230 --> 00:39:23.000
 how many they're going to be

25.050 --> 00:39:27.680
 right, every everything, everything about it.

00:39:30.070 --> 00:39:33.239
Kevin Caves: And this would be that would that be more for new construction? I take it.

33.810 --> 00:39:36.750
 It would specifically be for commercial construction.

00:39:36.750 --> 00:39:38.719
Kevin Caves: For commercial. Got it? Okay?

00:39:39.070 --> 00:39:49.940

█████ It would also apply to residential, but more so commercial and
ntial. Again, it depends on how big the company you're working for
us. If you're a smaller company.

50.060 --> 00:39:53.649
█████ the customer is probably relying on you to tell them what is the

54.111 --> 00:39:56.730
█████ You also kind of have to work within their budget.

:58.150 --> 00:40:06.799
█████ So in that aspect, I suppose it would be up to the electrician in
esidential aspect.

08.070 --> 00:40:17.622
█████ if you're working for residential, but it's high end, residential
g. The homes are like 25 to 30,000 square feet or bigger.

18.400 --> 00:40:22.910
█████ those are basically commercial projects at that point. So
hing's already decided.

24.110 --> 00:40:26.760
█████ But yeah, with commercial

:27.030 --> 00:40:32.339
█████ that those decisions are made by engineers and and your office and
hing.

00:40:33.190 --> 00:40:40.280
Kevin Caves: Got it. Okay? So that that's really helpful. So so just
looking like, if an electrician is just looking at this

00:40:40.770 --> 00:40:43.880
Kevin Caves: information, do you think it?

00:40:44.030 --> 00:40:47.999
Kevin Caves: You know all we're telling the electrician is the brand.

00:40:48.130 --> 00:40:50.570
Kevin Caves: whether it's single function or dual function.

00:40:51.446 --> 00:40:54.130
Kevin Caves: Some technical details, the price.

00:40:54.610 --> 00:40:59.220
Kevin Caves: And whether or not, it has a nuisance, nuisance, tripping defect.

00:40:59.350 --> 00:41:01.489
Kevin Caves: So does that.

00:41:01.780 --> 00:41:03.149
Kevin Caves: Is, is there

00:41:04.066 --> 00:41:11.190
Kevin Caves: more information that you think an electrician would need to have to make an informed decision, and if so, what what would that be?

15.440 --> 00:41:18.390
You're saying like, if you put a diagram of like

:18.950 --> 00:41:22.799
like each brand like how often they nuisance trip you're saying.

00:41:23.400 --> 00:41:28.780
Kevin Caves: Well, I mean, if if if if all you had to go on was like, was this

00:41:29.370 --> 00:41:45.060
Kevin Caves: everything that's inside the black lines? And you know, you just had to make a decision for a typical project which which one do. I want to buy? It has to be ABC. It has to be one of those 3, or or I just wouldn't buy any of them, and I'd I'd buy something else.

00:41:45.628 --> 00:41:52.909
Kevin Caves: Like is, is there more detail you'd want to know beyond what's in this simple little square.

53.410 --> 00:41:54.836
Oh, okay,

10.917 --> 00:42:19.790
I mean, not really. I. I am trying to think of something for you.
d say that.

00:42:20.150 --> 00:42:24.260
Kevin Caves: I mean, I mean, no is a good as a financer, too. We're not, you know.

24.260 --> 00:42:30.300
 I I would probably say that like the

:30.600 --> 00:42:38.084
 the part of it where it says this breaker does or does not have a
ce, tripping defect.

39.080 --> 00:42:40.200
 I mean

42.450 --> 00:42:49.380
 an electrician, and at least, in my opinion, is not gonna trust
or care about that inside

49.600 --> 00:42:52.359
 of a survey like they already know

52.530 --> 00:43:00.310
 which ones do or do not. At the end of the day they all do so so
r you put that or not.

01.172 --> 00:43:03.160
 is kinda irrelevant

03.734 --> 00:43:08.379
 so they're not even gonna care about the news and shipping,
e they know what's already in this year.

08.998 --> 00:43:12.750
 As far as everything else. No, that's

13.020 --> 00:43:16.080
 that's everything I need to know about the product.

356
00:43:16.410 --> 00:43:17.220
Kevin Caves: Okay.

357
00:43:18.280 --> 00:43:27.425
Kevin Caves: that's that's really good to hear. Because, you know, again,
we don't have the technical expertise. So we we tried to include the
details we thought relevant. But you know, it's

358
00:43:29.050 --> 00:43:31.220
Kevin Caves: good to know that there's apparently.

359

00:43:31.740 --> 00:43:34.129
Kevin Caves: Nothing too obvious that we're leaving out.

:34.880 --> 00:43:38.069
Yeah, I would. Specify

39.800 --> 00:43:43.005
single pole, 2 pole or 3 pole, meaning

43.990 --> 00:43:53.080
So a single poll, it would be 1, 20. Yeah. So so there's like,
phase and 3 phase breakers. I would specify that.

55.110 --> 00:43:57.220
I would specify.

58.130 --> 00:44:01.183
Okay, you did say, bug on neutral.

05.860 --> 00:44:09.840
yeah, so like square d like, I said, they have

10.330 --> 00:44:18.610
multiple kinds of breakers. They have Home line. And you they have
e d home lines

:19.070 --> 00:44:21.499
have a hook on them

21.970 --> 00:44:35.499
that kind of collapse together kind of like. My. I don't know if
an see my hands, but they're kind of like 2 claws that hold each
other, and then you push it onto the bar. That's a home line, and then a
Qo kind of has like

35.730 --> 00:44:39.711
like a U shape, and it pushes onto the bar.

40.780 --> 00:44:50.459
so you can't put them in the same panel because they won't.
re they're designed completely differently. So I would specify
between Home Line and Qo.

50.740 --> 00:44:51.930
Got him.

372
00:44:54.550 --> 00:44:55.939
Kevin Caves: Yeah, that's awful.

373
56.090 --> 00:44:58.080
If you are.

374
58.920 --> 00:45:05.720
All the other breakers, I believe, are the same, so it wouldn't
. The fact that you say plug on

375
:06.030 --> 00:45:12.097
tells me what kind of breaker it would be.

376
00:45:13.980 --> 00:45:14.510
Kevin Caves: What about

377
00:45:14.510 --> 00:45:24.049
Kevin Caves: what's a description like like we called them one in the
Middle Plugin pigtail to differentiate it from the plug on neutrals? So
is is that the right terminology, in your opinion.

378
24.220 --> 00:45:25.679
It would be plug on.

379
:26.070 --> 00:45:29.019
Yeah, they're they actually say it on the box.

380
29.575 --> 00:45:31.709
It would be. It's plug on neutral.

381
00:45:32.140 --> 00:45:32.540
Kevin Caves: Yeah.

382
32.850 --> 00:45:39.279
They're they're both the same thing. It's just 2 different panels.
y, if I order a panel.

383
39.410 --> 00:45:48.010
the supply house is just gonna give me a plug on panel. They're
ven gonna ask me what kind of panel they're just gonna give me a
plug on panel.

384
48.910 --> 00:45:57.950
The only time I see. Really the the pigtails is if it's like

58.450 --> 00:46:04.140
█ a panel, like I said from when our faults 1st started getting
d out like around 2017

04.582 --> 00:46:07.909
█ but it's also a cost thing, like I'm pre. I believe

08.010 --> 00:46:11.920
█ pigtails are cheaper than plug on. I could be wrong about that.

:13.470 --> 00:46:20.440
█ But yeah, if I asked Spy House for a panel like a Siemens panel.
e just gonna give me a a plug on neutral panel.

00:46:21.670 --> 00:46:23.159
Kevin Caves: Got it. Okay?

00:46:24.440 --> 00:46:29.209
Kevin Caves: So so plug on neutral would be more common for.

29.660 --> 00:46:31.659
█ For numerous. Yeah.

00:46:32.510 --> 00:46:37.679
Kevin Caves: And what about the prices we have here? Do they strike you as

00:46:38.380 --> 00:46:40.799
Kevin Caves: what do you expect? More or less, or.

41.833 --> 00:46:47.770
█ No, so I would say I mean.

50.000 --> 00:46:54.149
█ I would say they're at least like 75 $80.

55.053 --> 00:47:03.320
█ I couldn't tell you the specific prices. And then I would say, for
functions, they're probably even more.

00:47:03.990 --> 00:47:04.460
Kevin Caves: Really.

00:47:04.460 --> 00:47:08.060

But again. But again I could be wrong about that.

399
08.680 --> 00:47:17.734
home depot that might be like a home depot price that could be
te. But if I'm but if I'm going to a supply house

400
19.000 --> 00:47:21.740
I would imagine they're at least like 70 bucks.

401
00:47:21.960 --> 00:47:27.109
Kevin Caves: And that's because of the the transportation markup you
mentioned earlier. Would that be the main reason.

402
00:47:28.050 --> 00:47:28.790
Kevin Caves: Work.

403
29.790 --> 00:47:39.030
Could be I mean, I don't. I don't really know. Like every reason
mean, I know, like during Covid

404
40.010 --> 00:47:42.240
breakers were insanely expensive

405
00:47:43.780 --> 00:47:44.920
Kevin Caves: You know, lots of stuff.

406
:44.920 --> 00:47:47.453
Like every like everything. Yeah.

407
48.810 --> 00:47:51.090
so it kind of depends on

408
51.940 --> 00:47:54.789
what you like. How many they have in stock.

409
00:47:55.440 --> 00:47:56.320
Kevin Caves: I see.

410
56.820 --> 00:48:01.900
But but yeah, dual functions are more expensive than

411
04.320 --> 00:48:09.319
than our fault, because they're they're doing 2 different things.

412

00:48:09.470 --> 00:48:16.770
Kevin Caves: Yeah, what about? So we didn't really get into whether these are combination afcis?

00:48:17.010 --> 00:48:18.820
Kevin Caves: Would that make a difference to you?

19.310 --> 00:48:23.993
 So arcfaults are combination breakers.

25.030 --> 00:48:39.000
 a lot of people will refer to dual functions as combo. I call it a breaker. If I'm at a spy, as I say, combo but technically our faults are combo breakers and afci gfcis are dual functions.

00:48:39.350 --> 00:48:44.089
Kevin Caves: So so what does combination mean? Does that have to do with the type of faults that it detects.

44.090 --> 00:48:54.599
 Yeah. So like I said, a regular breaker. Only monitors, the hot tor. And in our fault we'll monitor the high and the neutral conductor. That's why it's a combination breaker.

00:48:55.160 --> 00:48:55.720
Kevin Caves: Okay.

:56.115 --> 00:48:59.669
 So so yeah, so that's an our fault breaker.

00:49:01.430 --> 00:49:02.960
Kevin Caves: Got it. Okay?

00:49:05.060 --> 00:49:09.668
Kevin Caves: Alright. So, in conclusion, if you had to pick one of these 3 or none of them.

10.100 --> 00:49:11.110
 Siemens.

00:49:11.400 --> 00:49:12.880
Kevin Caves: Stevens would be it all right.

12.880 --> 00:49:13.290
 Yeah.

00:49:13.290 --> 00:49:17.090
Kevin Caves: Right, and it seems like you did that almost just by looking
at the brand.

17.800 --> 00:49:18.160
 Yeah.

00:49:18.670 --> 00:49:20.200
Kevin Caves: Yeah, okay.

:20.200 --> 00:49:25.850
 Yeah, I mean, there's a there's a lot of brand loyalty, I mean,
 just my opinion. But if you asked any

25.970 --> 00:49:28.810
 other electricians I'm sure they would have their own opinion.

00:49:29.230 --> 00:49:33.380
Kevin Caves: Yeah, what about Lev Leviton breakers? Do you ever use
those.

33.380 --> 00:49:33.920
 Now.

:34.554 --> 00:49:39.185
 Yes, but no, I wouldn't. I wouldn't install laptop

00:49:39.700 --> 00:49:46.179
Kevin Caves: I've heard they're at least used a lot around the New York
City area from other electricians I've talked to. But what's your
experience?

47.001 --> 00:49:50.429
 Well, my experience is they are

50.660 --> 00:49:59.359
 not. They haven't been in the industry long enough, and I don't
evitton I mean their panels. Levitan's more something I would
install

:00.060 --> 00:50:04.100
 for like solar, because you can monitor the breakers

00:50:04.667 --> 00:50:10.139

like you monitor their output. That's like what I've seen them for I see

:11.830 --> 00:50:18.980
they're also the only panel that the wires don't attach to the rs.

19.190 --> 00:50:35.309
so like there's a little bar inside the panel, and all the wires that bar, whereas in every single other panel they go to the breakers. I couldn't tell you why. But they're they're very cheap, like they're very

36.310 --> 00:50:39.349
plastic like. I almost feel like I would break one if I.

00:50:39.350 --> 00:50:42.550
Kevin Caves: Yeah, they have a different look. You can tell from the website, yeah.

43.090 --> 00:50:46.330
They're very aesthetic like. They're very.

46.490 --> 00:50:49.907
You look at them and they're like, Wow! That's a nice panel. But

:50.430 --> 00:50:54.466
I don't think the quality of them is very good.

56.090 --> 00:51:03.570
I have had problems with them, nuisance shipping, but that's not to Leviton.

04.010 --> 00:51:05.010
I don't know.

00:51:05.400 --> 00:51:06.090
Kevin Caves: Got it.

06.957 --> 00:51:09.530
Okay. Yeah.

00:51:10.980 --> 00:51:11.680
Kevin Caves: So

00:51:11.800 --> 00:51:21.690
Kevin Caves: anything anything more about this about this before almost
done. But any anything, any follow ups or final thoughts on this before
we move on.

25.600 --> 00:51:28.100
 No, I I suppose not.

00:51:28.800 --> 00:51:29.920
Kevin Caves: Okay.

:31.310 --> 00:51:32.010
 No.

00:51:32.270 --> 00:51:38.099
Kevin Caves: Yeah, alright. Alright. So the last question, I think the
last one is just about yeah. It's just like a wrap up question.

:45.884 --> 00:51:48.929
 No. Did I find any aspect of it confusing? No.

00:51:49.220 --> 00:51:49.635
Kevin Caves: Okay.

00:51:51.520 --> 00:51:52.370
Kevin Caves: Alright.

00:51:57.670 --> 00:52:03.712
Kevin Caves: I think that's I'm just checking my notes. I do not have any
more follow ups.

00:52:04.890 --> 00:52:05.650
Kevin Caves: Oh, well.

00:52:06.070 --> 00:52:12.480
Kevin Caves: so I think we can. I think we can wrap it up now. Unless you
have any anything more you want to add or.

18.219 --> 00:52:22.060
 no, I I suppose not. Off the top of my head.

00:52:23.273 --> 00:52:23.619
Kevin Caves: All right.

00:52:23.620 --> 00:52:26.050

Kevin Caves: Okay? Well, thanks, ██████  If you know

464
00:52:26.686 --> 00:52:31.443
Kevin Caves: again, we appreciate your participating. If you have any, follow up questions.

465
00:52:32.340 --> 00:52:41.709
Kevin Caves: the the people you were dealing with through through the survey the recruiting people that Newton X. They would be the people to talk to

466
00:52:41.980 --> 00:52:51.179
Kevin Caves: so the and and gustina and the they would be the people who can contact you, we, you know, just for

467
00:52:55.050 --> 00:53:02.869
Kevin Caves: you know, just just 1st kind of standard survey methodology region. We don't have your contact information or anything like that. But but you can definitely get in touch with them.

468
00:53:03.450 --> 00:53:07.400
Kevin Caves: Okay, alright. I guess I guess we can call it a day.

469
08.170 --> 00:53:10.129
██████  Awesome. Thank you. Appreciate it.

470
00:53:10.130 --> 00:5     40
Kevin Caves: Thanks, ██████  have a good one. Bye, bye.

471
11.740 --> 00:53:12.729
██████  Yeah, you as well. Bye.

```
WEBVTT

1
     01.110 --> 00:01:01.750
[REDACTED] Good morning!

2
00:01:03.650 --> 00:01:04.989
Kevin Caves: Good morning!

3
     06.830 --> 00:01:07.800
[REDACTED] How are you?

4
00:01:08.310 --> 00:01:10.939
Kevin Caves: I'm doing well. How are you, [REDACTED]

5
     10.940 --> 00:01:11.840
[REDACTED] Excellent.

6
00:01:12.400 --> 00:01:14.870
Kevin Caves: Should I call you [REDACTED] or [REDACTED] or what? What do
you come from?

7
     1     --> 00:01     69
[REDACTED] [REDACTED] is fine. [REDACTED] is fine.

8
00:01:18.190 --> 00:01:19.030
Kevin Caves: Okay.

9
00:01:19.780 --> 00:01:30.049
Kevin Caves: well, thank you for joining this morning. And for agreeing
to participate. I'll just introduce myself. I'm my name is Kevin Caves.

10
00:01:30.625 --> 00:01:40.130
Kevin Caves: As you can see on the screen, I work with a consulting firm
called Mcleven Associates. So I'll be. I'll be conducting the the
interview.

11
00:01:40.390 --> 00:01:46.820
Kevin Caves: And I'm also joined on the call, as you can see by Devin
Myers. She also works with Mcleven associates.

12
00:01:47.520 --> 00:01:51.440
Kevin Caves: and then we have someone, I believe.

13
00:01:51.944 --> 00:02:01.379
```

Kevin Caves: ▮▮▮▮▮▮▮ from from Newton XI think she'll be dropping off once the inte▮▮▮▮▮▮rts, and I think you probably spoke with her a little bit before we hopped on.

02.410 --> 00:02:04.560
▮▮▮▮▮ Yeah, she was the one that coordinated the meeting.

00:02:05.050 --> 00:02:07.390
Kevin Caves: Okay, excellent. Alright.

00:02:08.570 --> 00:02:16.145
Kevin Caves: alright. Well, I think I think then we can get started. We're scheduled for an hour. I don't know if we'll need the full time, but but we'll just see

16.390 --> 00:02:16.730
▮▮▮▮ Okay.

00:02:18.750 --> 00:02:19.750
Kevin Caves: Okay.

20.680 --> 00:02:21.425
▮▮▮▮ So

00:02:23.030 --> 00:02:26.171
Kevin Caves: As you know, the interviews being recorded.

00:02:27.250 --> 00:02:40.439
Kevin Caves: the your participation. Your responses to the survey are anonymous and confidential. We're not going to reveal any personal information that's protected. It won't be shared or disclosed, I think hopefully, you've been told told that already.

00:02:42.100 --> 00:02:50.230
Kevin Caves: the the purpose of this session is to get your feedback on a survey that we've been developing here within our firm.

00:02:50.910 --> 00:03:05.509
Kevin Caves: So what I'm gonna do is share my screen with you and show you each of the questions that we're we're testing. And we're sort of looking for feedback on. Some of them will be fairly simple and straightforward, and others will be a little more involved.

00:03:05.710 --> 00:03:07.750
Kevin Caves: especially as we get towards the end.

00:03:08.446 --> 00:03:19.560
Kevin Caves: But in each case I'll ask you how you would answer each question. So whenever I show you a question, just please just take as much time as you need

00:03:19.750 --> 00:03:20.425
Kevin Caves: to.

00:03:21.460 --> 00:03:29.690
Kevin Caves: read the question deciding your answer, and then just tell me which answer you would choose, and then we'll click on that and and keep going.

00:03:31.570 --> 00:03:45.049
Kevin Caves: After you've decided what your answer would be. I'll usually ask for your feedback. And I'll ask questions about how you came up with your answer and other other feedback on the question.

00:03:45.522 --> 00:04:02.210
Kevin Caves: And if at any time you're unsure how to answer a question, or for any reason, or you're unsure of how to proceed, or you have any other questions. Just let us know that. You know we're looking for feedback on on exactly that kind of feedback. So we're we definitely welcome any any questions that you'd have

00:04:03.491 --> 00:04:07.110
Kevin Caves: before we get started. Do you have any preliminary questions?

09.740 --> 00:04:13.620
So the name of the company that you're doing a survey from is s. You said.

00:04:14.421 --> 00:04:18.140
Kevin Caves: Mcclaven associates. Yeah, we're a consulting firm. That's right. Yeah.

18.149 --> 00:04:18.869
Okay?

19.059 --> 00:04:24.539
And you're doing this on behalf of a company that's selling the ct or a company that's

25.059 --> 00:04:29.019
just performing advertisement. What? Who? Who are they? Exactly.

00:04:29.020 --> 00:04:35.240
Kevin Caves: Oh, yeah, so yeah, we are doing it on behalf of a client. But we're not authorized to to share the details.

35.240 --> 00:04:37.190
 Understood, understood.

00:04:37.410 --> 00:04:38.040
Kevin Caves: Yeah.

00:04:39.930 --> 00:04:41.589
Kevin Caves: Yeah. Any other questions?

41.800 --> 00:04:44.179
 No, you can jump right in.

00:04:44.410 --> 00:04:51.950
Kevin Caves: Okay, alright. So let's let me share my screen. Should should just take a moment to pop up.

00:04:55.040 --> 00:04:56.100
Kevin Caves: Okay.

00:04:57.130 --> 00:04:58.090
Kevin Caves: So

00:04:58.510 --> 00:05:06.539
Kevin Caves: again, some of them will be fairly, for you know, straightforward. So just read through the question, and when you're ready, just tell me what answer you would choose.

06.540 --> 00:05:09.080
 So I wish to continue. I wish to continue.

00:05:09.820 --> 00:05:13.020
Kevin Caves: Okay, and we can move on to the next one.

15.830 --> 00:05:19.590
 I live in New Jersey, but I spend most of my time in New York.

19.740 --> 00:05:21.600
 So New Jersey is where I live.

00:05:21.880 --> 00:05:24.630
Kevin Caves: Okay, understood. Thank you.

26.570 --> 00:05:29.059
 I am between the ages

00:05:29.880 --> 00:05:31.409
Kevin Caves: Okay. Thank you.

35.350 --> 00:05:42.579
 And okay, that's an art fault circuit interrupter. There, I think that's it.

00:05:43.290 --> 00:05:46.969
Kevin Caves: Okay, how did you arrive at your answer to this question?

47.140 --> 00:05:57.939
 I've been working with the Arc fault circuit interrupters for many  They're similar to well, they're not quite similar. They're actually 2 different devices, and we also have ground fault circuit interrupters.

00:05:59.590 --> 00:06:00.270
Kevin Caves: Sure.

00:06:00.490 --> 00:06:01.890
Kevin Caves: Gfcis.

:02.920 --> 00:06:03.630
 Yes.

00:06:04.170 --> 00:06:08.709
Kevin Caves: Okay, okay, any other feedback on this question before we move on.

:10.310 --> 00:06:12.664
 Yeah, I don't think any others. I mean, some people

13.000 --> 00:06:18.230
 they just refer just refer to it as afcis. But yeah, we can move

00:06:18.740 --> 00:06:20.070
Kevin Caves: Okay. Thank you.

25.840 --> 00:06:26.710
 Yes.

00:06:28.610 --> 00:06:32.870
Kevin Caves: Okay. And how did you arrive at your answer to this question?

32.870 --> 00:06:42.790
█████ I'm in the elec████ business. I'm a master license electrician, also worked for █████ for many, for 34 years. So I'm in the electrical industry fo████ to 40 years.

00:06:43.800 --> 00:06:48.320
Kevin Caves: I see, and any other feedback on this question before we move on.

50.660 --> 00:06:52.479
█████ Not. Really. It's pretty straightforward.

00:06:52.990 --> 00:06:53.660
Kevin Caves: Okay.

00:06:54.270 --> 00:06:55.110
Kevin Caves: Great.

57.940 --> 00:07:02.620
█████ Alright. So the brands that I purchased definitely. Siemens. Ge.

00:07:02.620 --> 00:07:03.160
Kevin Caves: Okay.

04.534 --> 00:07:13.520
█████ Eaton, and well, square d, and you know, there, there's some ████idated Companies.

:14.320 --> 00:07:16.540
█████ There are others would be like homelight.

19.250 --> 00:07:22.010
█████ Yeah. Home Line was definitely one of them.

00:07:22.710 --> 00:07:28.620
Kevin Caves: Okay, okay, so yeah, variety of different brands. I've never.

00:07:28.620 --> 00:07:33.320

I I know of, Abb, but I've never used them, so I've never sed them.

:34.240 --> 00:07:34.650
Don't know.

36.980 --> 00:07:41.799
So we're talking about circuit breakers or just afci devices.

00:07:46.130 --> 00:07:50.509
Kevin Caves: We're talking about just just the arc fault circuit interrupter.

51.110 --> 00:07:55.640
Well, a circuit interrupted could be a circuit breaker, or it be an outlet.

00:07:56.220 --> 00:08:01.280
Kevin Caves: Oh, I see. Yeah, we're talking about the breakers. Thank you. That's an important clarification.

02.030 --> 00:08:04.960
Right, because if you are now talking about a

05.120 --> 00:08:08.799
a device which could be both the receptacle and the

09.620 --> 00:08:17.450
circuit breaker, then you would. I would have to say, yeah, tely, Levitton, because they're the biggest player in the device, the outlet market.

00:08:18.635 --> 00:08:19.159
Kevin Caves: Okay.

00:08:22.780 --> 00:08:24.520
Kevin Caves: In the outlet market.

24.790 --> 00:08:37.989
Correct. They make the receptacles like similar that you would the old Gfcis and Efci breakers, or the combo breakers, or the combo outlets. Leverton is a very huge player here in the Northeast United States.

00:08:38.289 --> 00:08:41.299
Kevin Caves: Are they? Okay? Okay, so let's select that one too.

41.299 --> 00:08:43.659
▮▮▮▮▮ Well, most most of the us, anyway.

00:08:44.410 --> 00:08:45.679
Kevin Caves: Got it. Okay?

00:08:46.170 --> 00:08:50.976
Kevin Caves: So so the just so I understand the

00:08:53.240 --> 00:08:56.419
Kevin Caves: there's a component that goes in the

00:08:57.130 --> 00:09:01.869
Kevin Caves: on the circuit board right? And then there's another
component that goes on the

00:09:02.490 --> 00:09:06.430
Kevin Caves: on the on a an electrical outlet, for example.

07.450 --> 00:09:09.540
▮▮▮▮▮ On the circuit on the branch circuit.

00:09:09.690 --> 00:09:12.289
Kevin Caves: On the branch circuit. Okay? Alright.

12.710 --> 00:09:13.240
▮▮▮▮▮ Bye.

00:09:14.050 --> 00:09:14.870
Kevin Caves: Yeah.

00:09:15.700 --> 00:09:17.990
Kevin Caves: And how? How are they? Just

00:09:18.170 --> 00:09:23.030
Kevin Caves: you know, we're not electricians. So maybe you could help
explain, how? How are those 2 different from each other?

:23.030 --> 00:09:27.150
▮▮▮▮▮ Alright. So you're familiar with the circuit board. Are you
ar with a an electrical panel?

00:09:27.410 --> 00:09:27.960

Kevin Caves: Sure.

102
27.960 --> 00:09:32.960
When, say the light dark, you go to the panel. You see if the is a trip correct.

103
33.406 --> 00:09:48.539
So an art circuit, interrupted breaker protects everything on that t so like when the lights go out, because the fuse trip or the breaker trip, all the outlets that are connected to it. All the lights that are connected to it will go dark.

104
00:09:49.520 --> 00:09:50.130
Kevin Caves: Got it.

105
51.020 --> 00:09:58.419
If there is an arc in that whole circuit, the circuit breaker will rip and everything goes out.

106
59.130 --> 00:10:04.600
But if the circuit is not protected the entire circuit or hing that's on it.

107
05.050 --> 00:10:10.840
You can go down to just a simple device, whereas if the outlets in itchen

108
:11.580 --> 00:10:25.890
and you could put the outlet in the kitchen, and anything that's d into that outlet, then, is arc fault protected. So if whatever is plugged into the outlet fails due to an arc fault. It doesn't trip the circuit breaker. It only trips the outlet

109
27.153 --> 00:10:35.380
similar to what a Gfci would do right in your bathroom. You would gfci outlet in your next to your sink we plug in your hair dryer

110
35.790 --> 00:10:44.279
right? So instead of all the lights going, and you have to go back electrical panel to reset the circuit breaker. You would just reset the outlet at the

111
:44.740 --> 00:10:48.179
right, near to the sink, because there was a a ground fault.

112
00:10:48.950 --> 00:10:55.590

So our fault similar thing. But they do different things, not the ethodology works.

00:10:56.790 --> 00:10:59.000
Kevin Caves: Okay, thanks. That's that's very helpful.

00:11:00.192 --> 00:11:04.069
Kevin Caves: Okay. Any other feedback on this question before we move on.

04.460 --> 00:11:05.120
No.

00:11:06.560 --> 00:11:08.270
Kevin Caves: Okay, next question.

00:11:09.970 --> 00:11:15.380
Kevin Caves: which is very similar or no. Sorry. This is this is where we purchased them. Yeah.

16.830 --> 00:11:24.329
So I've definitely purchased from electrical supply distributors, x retailers

25.434 --> 00:11:32.119
which would be other retailers, hardware as well. I you know I buy my stuff from electrical supply house.

32.390 --> 00:11:40.009
The only time I would go to hardware store. And that's if we're n emergency. Definitely. We bought stuff off of Amazon.

41.251 --> 00:11:44.910
Manufacturer's website. It was warehouse.

45.960 --> 00:11:50.240
I can't remember the name, but we buy a lot of stuff from them use.com.

51.430 --> 00:11:53.129
They sell electrical stuff.

:54.230 --> 00:11:56.329
I'd have to look it up. You wanna give me a minute.

00:11:57.810 --> 00:11:58.130

Kevin Caves: Sure.

58.130 --> 00:12:00.130
I'll look. I'll look it up real quick.

20.280 --> 00:12:23.090
It's called supplyhouse.com. I'm sorry.

00:12:23.640 --> 00:12:24.929
Kevin Caves: Supply. House, okay.

24.930 --> 00:12:26.610
supplyhouse.com.

00:12:36.470 --> 00:12:39.280
Kevin Caves: Okay, all right.

00:12:39.460 --> 00:12:41.640
Kevin Caves: So I think we can move on to the next question.

41.640 --> 00:12:51.029
Now again, when when you're talking, when you're talking afci on
uestion, I am kind of referring to both the outlet and the breaker.
Are we.

00:12:51.520 --> 00:12:52.099
Kevin Caves: Got it.

52.100 --> 00:12:54.540
Do you want to be just specific to the breaker?

00:12:55.160 --> 00:12:57.160
Kevin Caves: No, let's talk about both. That's fine.

57.160 --> 00:13:02.869
Okay, so that will cover both. Because if it was just the breakers
d have to tell you. Take Amazon off.

03.360 --> 00:13:05.330
Take all the retailers off.

00:13:07.850 --> 00:13:09.620
Kevin Caves: I see. All right.

00:13:11.830 --> 00:13:13.620
Kevin Caves: Okay? Understood?

:25.940 --> 00:13:27.749
We're speaking of both again, right.

00:13:28.490 --> 00:13:29.290
Kevin Caves: Correct.

31.680 --> 00:13:35.389
Most often purchase from electrical supply distributors.

00:13:38.630 --> 00:13:39.440
Kevin Caves: Okay?

00:13:41.020 --> 00:13:43.660
Kevin Caves: All right. Any other feedback on this question?

43.970 --> 00:13:47.090
No, this is for breakers.

00:13:58.760 --> 00:13:59.589
Kevin Caves: Okay, we know the.

:59.590 --> 00:14:01.100
I'm a licensed electrician.

04.770 --> 00:14:07.330
and I would be licensed in New York City.

00:14:11.650 --> 00:14:12.870
Kevin Caves: Okay.

00:14:17.860 --> 00:14:25.100
Kevin Caves: okay. Now, let's see, I think we have one more question before we pause, the screen sharing. Yeah.

29.000 --> 00:14:29.980
No, I have not.

00:14:32.760 --> 00:14:34.650
Kevin Caves: Okay, very good.

00:14:36.018 --> 00:14:40.629

Kevin Caves: and just just to be complete. How did you arrive at your answer to this question?

:41.140 --> 00:14:42.800
 I haven't taken any service.

00:14:44.330 --> 00:14:46.800
Kevin Caves: Alright. Seems yeah, pretty straightforward.

46.800 --> 00:14:47.730
 Straightforward.

00:14:48.200 --> 00:14:49.060
Kevin Caves: All right.

00:14:49.170 --> 00:14:50.480
Kevin Caves: Next question.

00:14:51.780 --> 00:14:53.220
Kevin Caves: Let's see. Oh, I think

00:14:53.320 --> 00:14:57.230
Kevin Caves: I think we do have one more before we stop the screen share. That was my mistake.

00:15:00.700 --> 00:15:03.109
Kevin Caves: Sorry about that. Just take a second.

22.890 --> 00:15:24.519
 So I commit to doing it.

:24.790 --> 00:15:30.080
 and I have not taken any surveys pertaining to arc fault circuit upters.

00:15:30.990 --> 00:15:31.879
Kevin Caves: Thank you.

00:15:34.060 --> 00:15:39.180
Kevin Caves: Okay. Any other feedback on this question?

41.370 --> 00:15:42.190
 No.

00:15:44.120 --> 00:15:48.010
Kevin Caves: Okay, okay. Now we now we pause, the screen sharing.

:48.440 --> 00:15:49.810
██████ And.

00:15:50.090 --> 00:15:53.719
Kevin Caves: We're gonna bring up the next spring. Let's see.

00:15:54.530 --> 00:15:58.799
Kevin Caves: we're gonna bring up some some more preliminary questions.

00:15:59.310 --> 00:16:01.851
Kevin Caves: and then we'll get to

00:16:04.030 --> 00:16:11.116
Kevin Caves: this, the final set of questions, which is as you'll see, will be questions about

00:16:13.370 --> 00:16:17.039
Kevin Caves: Well, you'll see. It'll be quick questions about hypothetical purchases.

00:16:17.630 --> 00:16:20.940
Kevin Caves: So yeah, here's the 1st preliminary question.

:47.820 --> 00:16:49.549
██████ Okay, I understand.

00:16:50.700 --> 00:16:57.459
Kevin Caves: Okay, so briefly in your own words. How would what? How would you describe what this question is asking?

:57.460 --> 00:17:05.290
██████ So basically, they're asking me, you're giving me an option of 3 of afci. And you're asking me which would I actually purchase in real life.

06.223 --> 00:17:09.410
██████ If there were only 3 types of afcis available.

:10.380 --> 00:17:16.550
██████ right? And of course the other one is if I would not purchase any 3 I would select the 4th option.

00:17:17.900 --> 00:17:18.599
Kevin Caves: Yeah.

00:17:18.940 --> 00:17:28.480
Kevin Caves: And would you say, when we're asking this question? Should we? Should we be distinguishing between

00:17:29.189 --> 00:17:35.840
Kevin Caves: the breaker component that goes on the circuit box versus the component that goes on the outlet.

:36.240 --> 00:17:38.020
 Yeah, you definitely have to.

00:17:38.440 --> 00:17:39.270
Kevin Caves: Yeah.

40.560 --> 00:17:44.239
 It's it's what's available in the marketplace.

44.720 --> 00:17:50.059
 And and so just give you a little insight on how it works.

51.080 --> 00:17:58.610
 A lot of places have what's called developments. Right? So some, go to some parts in the Us or some parts in Florida.

58.810 --> 00:18:06.249
 a developer would develop an area, and they would tend to use the ype of panels, like, for instance, New York City.

06.700 --> 00:18:11.600
 as dense and can as dense as it is. They are

11.760 --> 00:18:21.749
 neighborhoods that were built like certain times pre war after the ew construction. So they tend to have the same type of equipment.

22.730 --> 00:18:27.989
 If you go to the hardware store, and there they do their jobs, hey do surveys to see what's

28.100 --> 00:18:34.630
 available in these areas, like, what's the seller? They don't want p things on on their shelves. That's not gonna move.

00:18:35.459 --> 00:18:39.530
Kevin Caves: Right. If they're gonna sell something that they know, there's a demand.

39.670 --> 00:18:42.049
 But not much. They mark the price up

42.490 --> 00:18:44.500
 alright. That's just a smart move.

:45.381 --> 00:18:55.619
 But anything that's readily available. They would definitely like
 hey need. They will definitely have it there. And you know, it's all based on what pricing they'll get. That's what they're gonna push.

56.150 --> 00:19:03.520
 So, for instance, like, I said earlier. If you're looking at the
 e on the wall as compared to in the panel box

04.150 --> 00:19:08.470
 there. New York City is famous for Levitan. Right, Laviton.

09.649 --> 00:19:15.710
 There are other brands and manufacturers that are there. So you
 to differentiate between. The circuit breaker

:16.090 --> 00:19:19.959
 is not a circuit breaker is only for the panel.

22.130 --> 00:19:24.319
 Alright, and in that case

24.640 --> 00:19:29.879
 they're also limited. To what type of break is. Only certain
 rs can go into a panel.

32.130 --> 00:19:38.830
 Right? So if I have 5 different manufacturers that make panels, I
 say out of the 5

:39.576 --> 00:19:48.629
 as per code. Some of some the code specifies that the the the
 r must

00:19:49.130 --> 00:19:56.150

be designed and approved by the manufacturer to work in that box,
t all of them will work. They. Some will not fit.

:56.870 --> 00:19:58.620
some are not approved.

59.350 --> 00:20:03.780
So you're you're limited to what can go into a panel based on who
it.

04.180 --> 00:20:06.479
But as far as an outlet.

07.940 --> 00:20:15.570
you know, their their different manufacturers will have will, they
lso be compatible as long as they. You are listed right.

00:20:17.050 --> 00:20:25.130
Kevin Caves: And and with the price of the device that goes on the panel,
I'm assuming that would be different than the price of what goes in the
outlet.

25.130 --> 00:20:26.300
Absolutely

:26.450 --> 00:20:35.590
so. For instance, an outlet, an afci outlet would probably run you
to $30, and if you're on sale it will probably run you in the
twenties.

35.870 --> 00:20:42.280
but an afci break it. It goes in a pound. Can run you, anyway,
40 bucks to 70 bucks.

00:20:42.720 --> 00:20:44.559
Kevin Caves: I see. Alright.

00:20:46.250 --> 00:20:54.690
Kevin Caves: Okay. So just to avoid confusion, then, for the rest of the
survey, let's assuming, let's assume that we're talking about an afci
breaker that goes in the panel.

:55.130 --> 00:20:55.730
Good.

00:20:57.460 --> 00:20:59.969

Kevin Caves: Thank you. That's a very helpful clarification.

00:21:01.460 --> 00:21:03.420
Kevin Caves: Okay, next one.

12.280 --> 00:21:14.050
Okay, I understand that.

00:21:14.970 --> 00:21:15.820
Kevin Caves: All right.

53.040 --> 00:21:53.980
Understood.

00:21:55.410 --> 00:21:57.499
Kevin Caves: Okay? So you're on.

00:21:57.640 --> 00:22:03.200
Kevin Caves: Yeah, in your own words, like, what? How would you describe what this question's asking?

04.150 --> 00:22:11.549
So it's basically asking, so afcis do have what's called a ce stripping. So sometimes they trip

:12.438 --> 00:22:18.870
but it can be from something that's fully designed. Most nces should not trick.

19.080 --> 00:22:23.100
But you will have a situation where you might use a device

23.390 --> 00:22:34.179
that has a certain characteristics or feedback that will cause the r to trip right? So the breaker is looking for certain characteristics in the circuit.

34.980 --> 00:22:37.519
So I've seen

:37.640 --> 00:22:45.109
in the case here where A nuisance trip was from a vacuum cleaner. because the cord was frail.

00:22:45.590 --> 00:22:46.230

Kevin Caves: Hmm.

46.520 --> 00:22:49.690
Right it is. It was hazardous, I mean, but

49.960 --> 00:23:00.889
every time they plugged it in it would trip, and they were like, hat's wrong with this, and they didn't realize when they carefully inspected. If the vacuum cleaner was causing it. There was an inherent problem with the vacuum cleaner just needed to take a look at it.

00:23:02.550 --> 00:23:04.129
Kevin Caves: I see. Okay.

00:23:07.090 --> 00:23:10.000
Kevin Caves: And have you?

00:23:10.430 --> 00:23:14.380
Kevin Caves: Let's see, have you seen

00:23:14.700 --> 00:23:20.850
Kevin Caves: any other? Are there any other examples you can think of of nuisance tripping that you've you've seen in your experience.

22.010 --> 00:23:24.979
On an arc fault. I've seen nuisance stripping on a pump.

00:23:26.160 --> 00:23:27.370
Kevin Caves: And a pump. Okay.

27.370 --> 00:23:31.280
A basement pump, but they've

:31.920 --> 00:23:39.149
that was an incorrect usage. We ended up taking the Afci breaker cause it wasn't really really required by code.

00:23:40.330 --> 00:23:40.969
Kevin Caves: Okay.

:40.970 --> 00:23:44.320
And so we put in a regular breaker. Yeah.

45.040 --> 00:23:47.577
so I I've seen it happen.

48.990 --> 00:23:50.840
but it was just a misapplication.

00:23:51.320 --> 00:23:52.190
Kevin Caves: I see?

00:23:52.660 --> 00:23:59.820
Kevin Caves: Yeah. So the it sounds like the nuisance tripping we're asking about here.

00.740 --> 00:24:04.300
The other times. So the most, the most times.

04.670 --> 00:24:08.610
the most times I see afci strip are at the light switch.

00:24:09.810 --> 00:24:10.420
Kevin Caves: Okay.

10.770 --> 00:24:13.520
Yeah. And usually that's caused by a loose wiring.

13.710 --> 00:24:17.910
But here you're talking about an appliance right? Common nces.

00:24:18.100 --> 00:24:18.840
Kevin Caves: Yes.

18.840 --> 00:24:19.580
So I.

00:24:19.580 --> 00:24:20.370
Kevin Caves: You've seen it like.

20.370 --> 00:24:23.459
Never seen one happen due to microwave, but I've heard of it.

00:24:23.970 --> 00:24:24.770
Kevin Caves: Okay.

00:24:25.540 --> 00:24:29.789

I've but I've seen it in lighting. I've never seen it on a ave, though I've heard of it.

00:24:30.590 --> 00:24:35.015
Kevin Caves: Okay, okay, that's helpful. And

00:24:35.650 --> 00:24:38.290
Kevin Caves: yeah, for purposes of the survey.

00:24:38.770 --> 00:24:42.559
Kevin Caves: we're we're asking you to assume that

00:24:42.750 --> 00:24:49.230
Kevin Caves: the the nuisance tripping is caused by a defect in the Afci itself, as opposed to something.

49.230 --> 00:24:55.639
I'm looking for I no, I've not really experienced, and a defect in ci device.

00:24:55.940 --> 00:24:56.580
Kevin Caves: Okay.

00:24:57.470 --> 00:24:58.360
Kevin Caves: Okay.

:58.700 --> 00:25:02.639
So you need to rephrase that question a little bit, too.

03.190 --> 00:25:07.610
cause you're saying nuisance, tripping defect, and you're saying it

:07.770 --> 00:25:10.780
may trip in the presence of common appliances.

11.020 --> 00:25:12.810
So that kind of changes it.

13.250 --> 00:25:20.170
you know. Now I'm focused more on the appliance that's cause of eak of tripping.

00:25:20.640 --> 00:25:26.129

Kevin Caves: Got it. Yeah, so we should. We should make clear that even if the appliance has nothing wrong with it, it'll still trip.

:26.870 --> 00:25:30.319
 Yeah, I haven't really seen a lot of nuisance stripping honestly.

30.600 --> 00:25:33.499
Okay, it's either on this application. And I've seen it.

33.890 --> 00:25:37.759
There was a cause on a vacuum cleaner. I've seen it on the light es often.

39.340 --> 00:25:42.190
and receptacles improperly wired.

00:25:45.560 --> 00:25:52.159
Kevin Caves: Okay, okay. Great, great. That's helpful. Any other, any other feedback. Before we move on.

54.570 --> 00:25:55.200
No.

00:25:55.910 --> 00:25:57.360
Kevin Caves: Okay, thank you.

00:26:00.466 --> 00:26:13.209
Kevin Caves: Okay. So now we get to the this is the part of the survey we talked about as being sort of a hypothetical purchase, so I'll give you some time to to look it over, and to to select

00:26:13.440 --> 00:26:15.970
Kevin Caves: which of the 4 options you would choose.

53.260 --> 00:26:57.659
So it depends on the application. Right? So should I hit each one m.

58.680 --> 00:27:06.479
So the Abb ge. Now you're asking me for making a purchase. Afci. looking at a breaker. I have to determine

06.630 --> 00:27:12.349
if the breaker is compatible with the electrical panel I have. So ou have 3 different

12.760 --> 00:27:17.579
Schneider Square. D. You have Abb and Ge. And you have Siemens.

18.150 --> 00:27:23.100
Alright, alright! So in this case I'm looking at. It's a 15 amp t.

24.720 --> 00:27:30.890
The last one is a 15 amp, the other 2 are 20 amp. So that itely changes

31.060 --> 00:27:34.770
I'd have to say it depends on the circuit that I'm using.

35.320 --> 00:27:38.129
I'm only limited to a choice of 2,

:39.290 --> 00:27:48.679
meaning that if I'm doing a 15 amp circuit, which is typically a ng circuit, it's 15 amps, Max. I can put on it. I would use this, Siemens.

48.820 --> 00:27:51.210
I can't even consider the other 2.

00:27:51.750 --> 00:27:52.100
Kevin Caves: Got it.

52.100 --> 00:28:02.320
A general receptacle, general Circuit, where I'm doing 20 amps, cannot use the Siemens. I would have to choose either the Ge. Or the square d right.

00:28:02.790 --> 00:28:04.520
Kevin Caves: Right. And at that point.

04.890 --> 00:28:09.660
I have a choice now. It does not have nuisance tripping defects.

10.520 --> 00:28:19.140
So like I said, nuisance tripping. I haven't really seen where the rs are like constantly tripping

00:28:20.109 --> 00:28:30.019

because of an inherent defect in itself. I really haven't enced a lot of that. I know. It's something that causes it. I would definitely con and and from a cost perspective.

30.380 --> 00:28:38.360
because, you know, the more I mark up a job the less the consumer, ow more the chance consumers going to say, Hey, it's a little too much money.

38.770 --> 00:28:40.880
So I would definitely go with.

41.100 --> 00:28:46.710
If it's a 20 amp circuit I would go with the Schneider Square D, I often use myself.

00:28:48.045 --> 00:28:48.600
Kevin Caves: Okay.

49.080 --> 00:28:55.289
All right, and that's the 20 amp. If it's a 15 amp circuit. Well, oices that you give me I'm limited to the Siemens.

00:28:55.550 --> 00:29:06.159
Kevin Caves: Yeah. Yeah. Or you can always for any of these, you can always select the the last option, which is, you know, none of these would really work, but it sounds like you would go with the second choice.

07.280 --> 00:29:08.000
Correct.

08.450 --> 00:29:09.330
Okay, that's.

00:29:09.330 --> 00:29:17.059
Kevin Caves: A circuit I would not use. I would not use the Ge. Or square d if I'm limited a lighting circuit where it's 15 amps. Max

00:29:17.530 --> 00:29:19.429
Kevin Caves: got it. Okay, very.

:19.430 --> 00:29:20.909
Incorrect breaker for it.

00:29:21.930 --> 00:29:22.800

Kevin Caves: Okay, so.

22.800 --> 00:29:26.070
 You make that you need to make that differentiation. There.

00:29:26.652 --> 00:29:29.899
Kevin Caves: If you were, gonna use a siemens, you should make it a 20 amp.

00:29:31.380 --> 00:29:33.020
Kevin Caves: Yeah, to make them comparable.

34.770 --> 00:29:35.480
 Yes.

00:29:36.250 --> 00:29:37.730
Kevin Caves: Got it. Okay?

00:29:39.650 --> 00:29:44.470
Kevin Caves: Okay. So did so, setting aside that

00:29:44.580 --> 00:29:50.429
Kevin Caves: that your comment on the amperage, which will definitely, that's very helpful. We'll take that into account?

00:29:50.921 --> 00:29:59.209
Kevin Caves: Did the question give you enough information to decide on? You know which of these options you would? You would have chosen in real life.

59.820 --> 00:30:09.760
 The nuisance tripping part. You need to, you know, explain that a bit. So where it says nuisance tripping product does not have a nuisance, tripping defect.

11.230 --> 00:30:13.249
 What does that mean? Does it?

14.020 --> 00:30:19.390
 And the other one says, Yes, product has a nuisance tripping . So it tells me, if it's

21.110 --> 00:30:25.500
 trip based on nuisance, or what? What does that mean?

00:30:25.830 --> 00:30:35.049
Kevin Caves: Yeah, so we need to explain that better. Do, do you? Yeah. So I think, do you think it would be helpful when we design, you know, roll out the survey. If we.

00:30:35.680 --> 00:30:40.890
Kevin Caves: you know, we could provide a better explanation of nuisance tripping earlier in the survey, and then we could also

00:30:41.220 --> 00:30:48.899
Kevin Caves: allow, you know someone to just hover their mouse or their finger over the text and have an explanation pop up during the survey.

49.190 --> 00:30:54.290
 Correct, so, like some breakers, would have a little light on it, le led light on it.

56.010 --> 00:30:57.400
 That says Trip.

58.280 --> 00:31:05.790
 And would that light. Say this it it was not external, but at the r you follow. That would help

06.100 --> 00:31:11.199
 but nuisance tripping. You need to explain that a little better.

:12.354 --> 00:31:17.190
 that the nuisance is at the breaker, and not at a fault of an nce, or the branch circuit.

00:31:17.690 --> 00:31:19.030
Kevin Caves: Yeah, yeah.

00:31:19.950 --> 00:31:20.910
Kevin Caves: Okay.

00:31:23.140 --> 00:31:24.030
Kevin Caves: Alright,

00:31:26.740 --> 00:31:30.209
Kevin Caves: And any other feedback on this question before we move on.

36.350 --> 00:31:47.859
 Again the feedback on the question. You need to take the Siemens eep them all comparable at the same amperage, because it gives me

the choice. They're all at 20 amps, and I'm going for 20 amp circuit. But.

00:31:48.110 --> 00:31:48.520
Kevin Caves: Yeah.

48.520 --> 00:31:51.900
█████ You know, I'm making a decision based on a 20 amp circuit.

52.660 --> 00:31:53.180
█████ Right?

00:31:53.180 --> 00:31:56.260
Kevin Caves: So, okay? And then I guess one question.

56.260 --> 00:32:01.859
█████ I chose C. But if I had to do for a 15 amp lighting circuit I definitely use the Siemens.

00:32:03.230 --> 00:32:03.940
Kevin Caves: Yeah.

00:32:06.960 --> 00:32:10.220
Kevin Caves: And when you were choosing between the

00:32:10.630 --> 00:32:14.599
Kevin Caves: the 1st 2, both, which are both 20 amp.

00:32:16.770 --> 00:32:22.270
Kevin Caves: did it make a difference to you that one was plug on neutral, and the other was plug in pigtail.

22.730 --> 00:32:34.039
█████ Well, the difference between the other. It's the function of the ██ rs right? Afci. Gf, so let's go back to that. So the 1st one. It's a dual function breaker, meaning it also has Gfci protection.

00:32:34.560 --> 00:32:34.980
Kevin Caves: Yes.

:34.980 --> 00:32:37.690
█████ The other one has just the Afci

38.150 --> 00:32:42.379
█████ dual function. Afci, gfci, has limited use.

42.730 --> 00:32:51.260
Now, the specific job that I'm we're looking to do. If I needed ci function I would buy it. That's the price. That's why it's $70.

00:32:51.740 --> 00:32:52.340
Kevin Caves: Right.

52.840 --> 00:32:58.590
Okay. But I'm just. And you asked if I'm purchasing an afci for a l project.

58.850 --> 00:33:05.279
So I'm sticking to afci. The 1st one is a dual function, which is fci and afci.

00:33:05.780 --> 00:33:09.620
Kevin Caves: Oh, I see. I hear you. Okay, yeah.

00:33:12.350 --> 00:33:15.679
Kevin Caves: all right, let's go to the next one. We've got 11 more of these.

33.000 --> 00:33:41.130
So again the question, Am I looking for afci project, or is this 2 of them are afci gfci

00:33:44.210 --> 00:33:46.839
Kevin Caves: Yeah. So you need the question to clarify with.

46.840 --> 00:33:51.519
And the one in the middle. The the Ge. Abb is a 50 nap.

:52.510 --> 00:34:03.559
Again it all comes down. To what type of circuit am I putting it pically lighting circuits are 15 amps. Right? So if I have to put this on a lighting circuit

06.030 --> 00:34:10.579
I would go. I would then only I can only select the 15 app.

:11.070 --> 00:34:16.059
If it was a lighting 15 amp. Maximum I can only choose.

00:34:16.630 --> 00:34:22.009

I number. I can only choose the a BBGE. Now, if I had to go with

23.118 --> 00:34:28.029
the the other 2 brands again.

28.219 --> 00:34:32.960
one's just afci, and the other one is afci. Gfci.

34.909 --> 00:34:37.660
it. What makes it attractive is

37.840 --> 00:34:42.980
for the difference in price, which I would say less than you know.

43.860 --> 00:34:47.009
$3, $2 and change right

:47.400 --> 00:34:51.509
for $2 and change. It's nice to have both options for that price.

00:34:52.020 --> 00:34:52.520
Kevin Caves: Right.

52.570 --> 00:34:58.570
Follow. And now I'm introducing Gfci protection there, it makes a sense as far as value.

05.090 --> 00:35:06.180
So okay.

06.460 --> 00:35:11.550
if I again and it and it you're making it difficult for me to e. You're not giving me

12.150 --> 00:35:19.200
again. I just couldn't go out and buy any one of these for any t has to be very specific, for where I'm using it.

19.660 --> 00:35:23.729
Item, a item A, which is the square dg, is great.

24.000 --> 00:35:26.660
I like the price for a dual function.

28.220 --> 00:35:32.300
 Right? And again we talked about nuisance stripping. It's not clear

32.600 --> 00:35:34.280
 I like it for the price.

00:35:34.690 --> 00:35:35.490
Kevin Caves: Okay.

36.455 --> 00:35:39.570
 But again, it's it's dual function, right?

00:35:39.820 --> 00:35:42.930
Kevin Caves: Yeah, as compared to the GEAB, B.

43.720 --> 00:35:46.910
 20 amp, the 3rd one at $59.

48.800 --> 00:35:50.489
 It's only afci.

00:35:51.400 --> 00:35:54.809
Kevin Caves: Okay, right? So alright.

:54.810 --> 00:36:01.219
 At some point, some point down in the code, I am pretty sure, like i gfci

02.403 --> 00:36:06.630
 circuit, I would probably use it in

07.410 --> 00:36:17.070
 in a garage. That's a part of the house where I need Gfci for the , but I don't necessarily need Afci, because

17.230 --> 00:36:22.359
 a person might want to use a welder, but because it's 20 amps. y's gonna use an arc welder in there.

:22.900 --> 00:36:25.849
 so I can get the Afci protection

00:36:26.650 --> 00:36:40.359

there. I can also use it in a kitchen where the kitchen counters quired to be Gfci, and the and part of that kitchen that has to be protected by the afci aspect of it that would make perfect sense.

40.870 --> 00:36:43.319
right? The 1st choice, the square d.

44.490 --> 00:36:57.369
So again, it's the application where it's used for if I did, a of bedrooms in a residential. I don't really need gfci protection in a bedroom right? I just need the Afci protection

57.640 --> 00:37:01.130
bedrooms and hallways. If I'm doing a bathroom

02.814 --> 00:37:09.369
shower again, I can use Afci and Gfci protection right? Because sync.

09.780 --> 00:37:15.900
an outlet and all depends on how it's designed. It makes sense to for that application for kitchen and bathroom.

00:37:17.140 --> 00:37:17.860
Kevin Caves: Okay.

00:37:19.350 --> 00:37:24.989
Kevin Caves: Alright. Well, that that helps a lot. Well, we'll keep going through these. Keep, you know, bearing in mind that.

00:37:27.080 --> 00:37:34.929
Kevin Caves: some of the some of your comments will probably be be similar. You know. We'll recognize we need to provide more information in the future.

00:37:36.640 --> 00:37:38.129
Kevin Caves: But here's Number 3.

10.830 --> 00:38:24.059
So again, this is basically these are very for very specific s. You have the plug on neutral, which is not typical of an existing or older installation.

24.620 --> 00:38:25.440
right.

27.740 --> 00:38:32.260
Again it the 1st and the 3.rd

:33.020 --> 00:38:39.040
They're plug on neutral, right? So those are specific panels.

40.340 --> 00:38:43.059
So the last couple of questions on these questions.

43.360 --> 00:38:54.130
If I was forced to make a decision again, it all comes down to the ation. It's a little unfair to ask a licensed electrician. Which would you use? Right? I'd have to know the application first.st

00:38:54.540 --> 00:38:55.140
Kevin Caves: Sure.

55.140 --> 00:38:56.879
Well, it's kind of a trick question.

57.200 --> 00:39:05.119
So for me to select, I'm making assumptions that I'm using it for ght application that I'm doing the job on right. But you didn't provide me that.

:05.500 --> 00:39:07.090
What's the application.

00:39:07.550 --> 00:39:08.300
Kevin Caves: That's right.

08.300 --> 00:39:11.800
Again, we have the same dilemma here. Right? Do a function.

11.920 --> 00:39:19.620
single function, dual function. But then it goes on a mountain tion. One says a plug on neutral. The other one's a plug in pigtail

19.760 --> 00:39:22.410
and plug in pigtails are very, very common.

:22.600 --> 00:39:27.010
and it's mostly used for existing applications and panels

00:39:27.980 --> 00:39:29.969

right? That's already in the wild

30.880 --> 00:39:39.880
but plug-ons. They're not that many out there. And it's typically be used for a newer installation where the circuit breaker panel is designed for that plug on neutral.

00:39:41.050 --> 00:39:41.780
Kevin Caves: Okay.

42.080 --> 00:39:44.630
Alright. So to 3, you're

45.710 --> 00:39:53.069
typically if I had to buy products to keep on my shelf, just say, n my van for emergency calls

54.306 --> 00:39:56.489
again, if I'm dealing with

56.600 --> 00:40:01.369
Siemens related products, I would keep the Plugin pigtail number 2

01.920 --> 00:40:09.319
in my truck or my shop, because those are the most common use ation problem is, it's 50 naps, right? Which would be a lighting circuit.

10.468 --> 00:40:14.409
So it's kind of confusing. You're asking me to select one.

18.690 --> 00:40:30.109
And I'm giving you answers based on an application that I'm ng in my head. Right? I, Jeff, def each one of these situation. It has to be for that particular application where I'm putting it in.

30.920 --> 00:40:39.600
So now you're asking me to buy one, not knowing the application. ind of hard to do that. So I'm giving you the scenario where the application wire would buy

:39.920 --> 00:40:52.989
if I'm buying it have to be. And if, since it's all 15 amps in ases. Here the plugin is what I would get the most use out, because I'm not doing newer installation. I'm doing most older

53.390 --> 00:41:03.459
jobs, most older application. Most older buildings, the Plugin work. The thing is, I'm limited to Siemens, which you know Siemens only fit in certain boxes.

423
00:41:04.630 --> 00:41:05.210
Kevin Caves: Yeah.

424
06.130 --> 00:41:09.360
So again.

425
:13.370 --> 00:41:17.950
it's hard to say that any one of these will fit any application. s not.

426
00:41:18.510 --> 00:41:19.250
Kevin Caves: Okay.

427
:19.560 --> 00:41:25.389
But I if I mean like, I said, if I had to keep something in my or emergency calls, I would say.

428
30.040 --> 00:41:36.379
75% to 80% of the time I would be using the Siemens plugin if it's go for a Siemens.

429
00:41:37.620 --> 00:41:39.569
Kevin Caves: Siemens. Compatible. Plan. A panel.

430
00:41:40.300 --> 00:41:43.760
Kevin Caves: Okay? So why don't we put put down that one for.

431
:44.300 --> 00:41:44.620
Yeah.

432
00:41:46.080 --> 00:41:49.769
Kevin Caves: Okay, excellent. All right. Number 4, 12.

433
00:41:50.290 --> 00:41:53.499
Kevin Caves: It's gonna start to look repetitive. But they're all different.

434
25.760 --> 00:42:28.610
I would go, would be they eaten.

435

00:42:29.695 --> 00:42:30.360
Kevin Caves: Okay.

:30.360 --> 00:42:34.280
Yeah, if it's an Eaton related, if it's going to work in an eaten

35.020 --> 00:42:41.650
definitely would go with it again. That based on the pigtail, and
5 amps, and most of the time it's on a 15 amp circuit.

00:42:42.730 --> 00:42:51.779
Kevin Caves: Okay and alright. So let's see any other feedback on this one before we move on.

53.210 --> 00:42:55.269
Same same feedback as the others.

00:42:55.560 --> 00:42:56.920
Kevin Caves: Sure. Sure.

00:42:59.590 --> 00:43:01.410
Kevin Caves: Okay? Number 5.

15.970 --> 00:43:22.619
See price changes here. Plug on neutrals again, if it's plug on
ls.

27.490 --> 00:43:32.879
So what I find here is that the Siemens at 70 77. The price is
f steep

:45.290 --> 00:43:54.160
I would go with, and I would select the Abb. GE. For 43, 69,

54.570 --> 00:44:01.850
15 amp. Only because it's a plug on, and it's not a pigtail
ation. Again, it's a different type of style of panel.

01.990 --> 00:44:04.129
It has to fix that particular one.

00:44:04.840 --> 00:44:05.170
Kevin Caves: Okay.

05.170 --> 00:44:11.919
So just so, you know, the bottom line price does drive the choice lication and price.

Kevin Caves: Yeah.

Kevin Caves: Yeah. So yeah, well, we'll have to think about how to rephrase this. But I'm I'm thinking.

Kevin Caves: you know, in the future we might say.

27.650 --> 00:44:34.900
What make it interesting is, if you choose, across the board. If ere all plugins or pigtail type like you need to know.

:35.110 --> 00:44:38.620
I can't just go buy a panel and say it's a plug on or a pigtail.

38.940 --> 00:44:40.880
They're different, slightly different.

Kevin Caves: Yeah.

42.440 --> 00:44:42.880
Right.

Kevin Caves: So you so you you think it would be easier if they were all all of the same type.

47.800 --> 00:44:55.520
The same type of connection interruption, because that's what you t for. And then the function again function.

56.030 --> 00:45:06.269
If it's afci, it's afci. Now you have a dual application. Afc, and that's like some. It'll it's limits to where you can use the Gfi aspect of it.

Kevin Caves: Yeah, okay.

09.640 --> 00:45:13.480
I'm pretty sure down there, down as the code gets further in.

14.800 --> 00:45:21.970
it'll get to the point where Afci and Gfci combinations would be
cceptable everywhere as price comes down.

00:45:22.480 --> 00:45:24.050
Kevin Caves: Right? Right?

00:45:25.320 --> 00:45:28.949
Kevin Caves: Okay, any any more feedback on this question before we move
on.

29.580 --> 00:45:30.000
No.

00:45:30.810 --> 00:45:33.100
Kevin Caves: Alright! We're halfway there.

38.920 --> 00:45:41.370
Okay. So here you see, all the functions are the same.

41.890 --> 00:45:46.639
You have a pigtail, and then you have a plug on, and then you have
ail.

47.100 --> 00:45:52.520
2 or 15 amps, and one is 20 amps. They're all at the 10 K amp.

:55.730 --> 00:45:57.750
price is about the same.

58.900 --> 00:46:02.869
Plugin is a little higher, because it's for a newer application.

04.030 --> 00:46:11.829
the yes and no nuisance tripping. It's a nice feature, but I it
t explain it to me. So I'm kind of not really looking at that.

00:46:12.670 --> 00:46:13.230
Kevin Caves: Yep.

30.030 --> 00:46:32.690
So I'd probably go with the square. D.

:33.320 --> 00:46:35.340
49, 56.

00:46:38.030 --> 00:46:43.860
Kevin Caves: Okay, any excuse me, any additional feedback on this one before we move on.

45.650 --> 00:46:50.489
No, you just gotta keep everything standardized. So you know, it's omp.

51.540 --> 00:46:55.380
You're asking me to choose something, but they're all different ations.

00:46:55.380 --> 00:46:59.540
Kevin Caves: Yeah, yeah, it's like a square peg in a round hole situation. Okay?

59.540 --> 00:47:03.800
If they were all 15 amps, and they were all plugins or pigtails.

:04.130 --> 00:47:06.379
you know, makes it makes more sense.

00:47:06.900 --> 00:47:07.640
Kevin Caves: Okay.

00:47:10.060 --> 00:47:11.600
Kevin Caves: Alright. Number 7.

11.600 --> 00:47:12.750
Single dual.

14.500 --> 00:47:18.949
So you have a plugin, a plug on a plugin pigtail.

:21.720 --> 00:47:25.650
These are 20 amps. They're all 20 amps. They're all 10 K. Rated.

28.840 --> 00:47:32.210
Most of my applications are single function.

34.670 --> 00:47:36.990
and again, the nuisance tripping stuff.

41.012 --> 00:47:44.630
I would go with the last one. The Ge.

00:47:46.540 --> 00:47:48.939
Kevin Caves: Okay, Abb, general electric.

:49.230 --> 00:47:49.790
Yeah.

00:47:49.790 --> 00:47:50.803
Kevin Caves: Oh, great!

51.310 --> 00:47:56.880
And the reason I'm going, and the reason I'm going with that is
e a lot of the panels we work with are General electric.

57.310 --> 00:48:02.430
and I know AV bought them out, but when you buy it, it says ge on

:02.760 --> 00:48:09.029
I said I didn't work a lot with Abb, I think, but Abb bought ge
f I'm not mistaken, they own.

00:48:09.030 --> 00:48:16.299
Kevin Caves: That's another thing we need to make clear at the beginning
of the survey. We didn't we? We listed them separately. I think we're
gonna put them together.

:16.300 --> 00:48:36.610
Yeah, you have to put it together because a lot of like, I think
ow a lot of these companies. Eaton, Siemen Square, d. Has bought
out another company. Eaton's owned by Siemens, I think if I'm not
mistaken, or is it? Or Eaton owns Siemen, I'm not sure or cut the hammer.
They're all these different manufacturers, and over the years so many
companies have bought them out. You don't really know.

:36.940 --> 00:48:41.160
So you have to really look up at the fine print and see if it's
ible with these breakers.

00:48:41.910 --> 00:48:45.820

Kevin Caves: Sure. Okay. Any any other feedback on this one.

45.820 --> 00:48:46.470
 No.

00:48:47.400 --> 00:48:48.260
Kevin Caves: All right.

00:48:52.720 --> 00:48:54.040
Kevin Caves: Number 8.

31.270 --> 00:49:34.730
 This is interesting. The price difference on the Plugin 15 app.

34.900 --> 00:49:45.170
 The price is different. I know price drives like I said. Price
 everything, and then you're looking at plug on plug-ons and plug
ins and the plug. There's 2 15 amp circuits on here.

47.810 --> 00:49:50.810
 But for the price on a single function

52.650 --> 00:49:56.320
 is pretty expensive compared to dual function.

:12.910 --> 00:50:15.829
 Again, if I'm looking for a plug on.

16.880 --> 00:50:24.190
 I'm looking for a plug on, I would go with the Siemens. But if I'm
 g for a plugin, which is different, I would have to go with the Ge.

44.700 --> 00:50:45.630
 again.

45.960 --> 00:50:51.760
 We use a lot of plugins because we have the oldest style breakers.
robably go with this Ge square. The

52.560 --> 00:50:54.710
 alright, based on what we use.

00:50:55.610 --> 00:50:59.610
Kevin Caves: Okay, alright. Any other feedback on this question before we
move on.

59.610 --> 00:51:00.340
No.

00:51:01.790 --> 00:51:04.359
Kevin Caves: Okay, number number 9.

21.820 --> 00:51:22.720
The G.

00:51:25.070 --> 00:51:27.630
Kevin Caves: Okay, how did you decide on your answer?

29.140 --> 00:51:38.669
Looking at the Plugin 20 amp. And it has, you know I'm sorry. Hold econd plug, and it's the only one that has a plugin with the pigtail. The other one is a plug on neutral.

40.830 --> 00:51:42.509
Again it it

43.680 --> 00:51:51.370
I'm going by price. It's price driven, because this is a dual on compared to a single function. At $43

:52.210 --> 00:51:53.370
I would

53.680 --> 00:52:03.530
again. The Plugin pigtail for $70 at a 50 nap is kind of steep, 's dual function, which is, which is a common average price.

04.460 --> 00:52:06.359
That's the average price.

07.330 --> 00:52:10.869
But here I'm looking at a dual function. 20 amp.

11.610 --> 00:52:17.640
49, 56, right? If you look at the 1st and the second.

17.780 --> 00:52:20.020
Yeah, we have the bulk same function.

20.200 --> 00:52:24.869
 They're both plug in pigtails. One's 15, one's 20. Look at the

25.280 --> 00:52:30.950
 $70. One doesn't have the nuisance stripping defect, and the one

32.140 --> 00:52:36.929
 It would make sense to buy the 3rd for that price.

00:52:37.600 --> 00:52:38.330
Kevin Caves: Okay.

38.660 --> 00:52:57.860
 Right. But again, all like all the questions you've asked is, What
 what am I using it for? Which is never clear, which was not really
clear. You just can't buy any one of these. If you were buying based on
what I'm using in the industry, this is what I would use right? I like
the price because it's a dual function for that price.

00:52:58.990 --> 00:52:59.750
Kevin Caves: Okay.

00.020 --> 00:53:01.440
 By the way, good morning.

00:53:01.920 --> 00:53:02.260
Kevin Caves: Oh!

02.260 --> 00:53:11.300
 So you gotta you gotta look at that. The questions are a little
 sing. If you're asking license, nutrition, choose a choose a choose
one of these, he'd probably say, I can't choose unless I know where I'm
using it.

11.880 --> 00:53:18.440
 Right? What's the application for? And that's what's making it
 ult. But then again, I'm going by.

18.590 --> 00:53:31.630
 I'm driving. What's driving. This is price. And what am I keeping
 shelf for emergency call now? Because I don't keep a lot of these
on my shelf, right? Because we don't get a whole lot of calls for

31.940 --> 00:53:33.859
 dual function, right?

35.620 --> 00:53:45.560
It's very rare, and it's only newer applications that I would use a function. And how many new jobs do I do where I'm doing a brand new house where I would use that.

46.290 --> 00:53:47.170
you know.

47.870 --> 00:53:56.109
in hindsight. Let's go back. I would, probably because it's a plug tral if I'm using. And again, it all comes down to the newer application.

58.790 --> 00:54:01.389
Yeah, I mean, I would go. It's all price driven

01.500 --> 00:54:10.019
right. But then, again, each one of these serve an individual e. Each one of these are different. I just couldn't buy. I would have.

10.690 --> 00:54:14.110
So, Kevin, if you

:14.540 --> 00:54:20.830
so the next, if you're doing a survey and you're going to continue them. You need to be clear of what the application is.

21.516 --> 00:54:30.070
Most people would probably say. I would not purchase any of these. the 3 types of Afc audit only if they were the only options.

30.640 --> 00:54:43.440
And again the options come down to the application. Where am I it? And what is it for? Is it for this panel? Is it for that? And so it's it's kind of confusing, right it. Kinda

44.030 --> 00:54:46.989
I don't know how you're using the survey to.

00:54:48.960 --> 00:54:49.290
Kevin Caves: Sure.

00:54:49.290 --> 00:54:55.440

What's the outcome? Right? But again, I'm looking by what I would ly use, and for the price.

00:54:56.080 --> 00:54:56.470
Kevin Caves: Yeah.

56.470 --> 00:55:00.570
For my, for my years of experience. What have we used? Often.

00:55:01.400 --> 00:55:01.850
Kevin Caves: Okay.

01.850 --> 00:55:03.300
So the thing the thing about

05.490 --> 00:55:13.000
about the Afcis is that it's mostly used in a residential cation. We very rarely use it in a commercial application.

00:55:13.300 --> 00:55:14.279
Kevin Caves: Okay. Sure.

14.280 --> 00:55:14.970
Right.

:16.210 --> 00:55:26.599
and in the residential application with the new codes, only few need both Afci and Gfci, and the way we do it is, we wire it with an Afci breaker.

26.890 --> 00:55:32.550
and then we'll probably put Dfci

:32.800 --> 00:55:37.480
combination receptacles at the end of the circuit for a kitchen

37.760 --> 00:55:41.720
or a Gfci outlet in the bathroom on an Afci circuit.

00:55:42.370 --> 00:55:43.110
Kevin Caves: Okay.

43.380 --> 00:55:50.669
So to go out and buy the breaker with dual combination. There's ry many

50.810 --> 00:55:53.510
places on that panel that I would use that.

00:55:54.640 --> 00:56:01.780
Kevin Caves: Got it right limited. Also. What limits me is the type of panel? Do I have a plugin neutral or a pigtail neutral.

02.530 --> 00:56:06.480
For us. Pigtail neutral is typical of

06.670 --> 00:56:13.060
the existing panels that we're working from. So if I go into your and you've had a house in like, say, 1980.

14.970 --> 00:56:20.390
There's a hundred percent chance that. And the panel was never ed. A 100% chance. I'm using a pig tab breaker in your house.

00:56:20.390 --> 00:56:21.610
Kevin Caves: Got it, and it's.

21.610 --> 00:56:24.720
If it's going to be on a lighting circuit, it's a 15 apps.

00:56:25.590 --> 00:56:26.100
Kevin Caves: Okay.

26.690 --> 00:56:27.280
So.

:28.060 --> 00:56:31.909
That's what the survey needs to be a little bit more clear

32.060 --> 00:56:39.970
on. How do you want me to make the choice? I just cannot randomly choice. But I'm making the choice based on what my experience has been.

00:56:40.440 --> 00:56:41.160
Kevin Caves: Yeah.

00:56:41.320 --> 00:56:46.649
Kevin Caves: And another question we had was, when you.

00:56:48.090 --> 00:56:54.110
Kevin Caves: this goes back to earlier, we were asking about various places that you, you know, actually bought the

00:56:54.950 --> 00:56:56.103
Kevin Caves: the breakers.

00:56:57.550 --> 00:57:06.659
Kevin Caves: sometimes you can buy them at an electrical supply distributor website. Sometimes you can buy them at home Depot or Lowe's or Amazon? Is there?

00:57:07.080 --> 00:57:16.019
Kevin Caves: Is there a lot of difference in the pricing depending on which of those places you you buy the Af. The Afci breaker.

16.020 --> 00:57:19.540
Oh, absolutely pricing.

20.540 --> 00:57:29.870
Everybody thinks Amazon has the best prices. It does not. And mes you don't know what you're getting from Amazon when you get it. The nice thing is that you could send it back relatively easily.

30.269 --> 00:57:41.420
You buy stuff from a supply house. It depends on the supply house. on't typically like to take breakers back. But if you know, they know you and you have good reputation. They were like, Okay, they'll swap it out for you.

00:57:41.950 --> 00:57:42.340
Kevin Caves: Yeah.

42.635 --> 00:57:53.289
Going to home depot. It's the same thing. They'll swap it out for typically find that Home Depot prices. I don't find their product as good as you would get from our supply houses.

00:57:53.820 --> 00:57:54.370
Kevin Caves: Okay.

:54.370 --> 00:57:59.310
Now they say it's the same. You can look at the numbers, and mes they're slightly different.

00:57:59.420 --> 00:58:07.300

Right? Home depot tends to look home. Depot sells most of its
ts based on the community. It's in like a 5 mile radius.

00:58:07.630 --> 00:58:08.640
Kevin Caves: Right? Well.

09.070 --> 00:58:15.579
Whatever. However, they do it, you can go on and go. Oh, they must
lot of this type of panels. This is what they have.

16.250 --> 00:58:18.450
So it's it's hit or miss with that, too.

00:58:19.250 --> 00:58:24.690
Kevin Caves: I see. So where would they typically be? The most expensive
versus the least expensive.

25.920 --> 00:58:31.229
Of those selections like, if I had to go to a hardware store like
, hardware that might have them.

31.510 --> 00:58:35.120
they they would tend to be more expensive there, where they don't
lot of them.

00:58:35.500 --> 00:58:36.300
Kevin Caves: I see.

38.450 --> 00:58:47.050
you get good prices at supply warehouses. Sometimes you get good
, but then again, you shop around it all. It all depends on what
you need for specific application and

47.731 --> 00:58:52.389
how fast you can get it. You'd pay more if you need it. You have a
the job, and

52.630 --> 00:58:59.529
you need it today to get off the job right? You you don't want to
k and travel back to a customer's house when

:59.660 --> 00:59:05.609
you know that alone will cost you an extra 30 $40 and his time and
als.

00:59:06.040 --> 00:59:11.680

So it all comes down to and like. I said, I made a lot of my
ons based on what I would keep in my truck

:11.930 --> 00:59:14.570
and the type of clientele, and and

15.030 --> 00:59:19.140
where I'm working, what would typical be of typical use.

00:59:19.940 --> 00:59:20.700
Kevin Caves: Yeah.

00:59:20.810 --> 00:59:28.929
Kevin Caves: Yeah. So if if you if you weren't in the rush in a rush, you didn't need the breaker right away, would you? Would you usually go to a supply warehouse for the best price.

28.930 --> 00:59:36.349
So supply warehouses online. And that would take time. So that was ing I'd have to order an overnight Amazon you would overnight

36.844 --> 00:59:44.620
if I need right away I would definitely hit the home depot if e close by or a supply house if they're close by.

00:59:45.020 --> 00:59:53.119
Kevin Caves: I see, and if and if you had a little more time, if you had like, didn't need it for a week, or whatever, where would you go for the lowest price? Usually.

53.550 --> 00:59:56.919
We typically get better pricing from supply warehouse.

57.573 --> 01:00:01.530
Okay. And again, it's hit or miss. Right? It depends on what looking for.

01:00:01.940 --> 01:00:02.870
Kevin Caves: I see.

03.179 --> 01:00:12.159
You might get a good deal from from Amazon, but I rarely find I find, that Amazon's prices are not as as good as they used to be.

01:00:12.770 --> 01:00:13.480

Kevin Caves: Okay.

01:00:13.640 --> 01:00:14.470
Kevin Caves: Okay.

01:00:15.820 --> 01:00:22.759
Kevin Caves: alright, thanks. Alright. Let's move on to number 2. 0,
yeah, we're running out of time. So we better answer the next couple of
questions.

01:00:24.530 --> 01:00:25.950
Kevin Caves: So number 10.

42.950 --> 01:00:44.709
Definitely the Siemens.

01:00:45.040 --> 01:00:50.700
Kevin Caves: Okay, okay, and how do you? Just briefly, how do you arrive.

50.700 --> 01:00:56.710
Again, it came down to the price. And it's a single function. I
typically use a dual function.

56.860 --> 01:01:01.860
Okay, said dual function. And it's a plugin with the pigtail
ly used. Most of my

02.470 --> 01:01:05.130
places. We work, we have it, and

06.410 --> 01:01:08.879
that would be the best to have on hand.

01:01:09.700 --> 01:01:11.710
Kevin Caves: Alright. Go moving on. Number 11.

11.710 --> 01:01:14.700
Usually I can get that breaker for 40 something dollars. But

14.900 --> 01:01:16.999
50. Something is kind of format.

01:01:17.580 --> 01:01:18.290
Kevin Caves: Okay.

19.972 --> 01:01:26.980
Single function, dual function, single function plug on plug in.

32.780 --> 01:01:34.310
I'd go with the Siemens.

35.360 --> 01:01:37.280
Yeah, that's your function.

01:01:38.430 --> 01:01:40.089
Kevin Caves: So so you.

40.090 --> 01:01:43.319
And I'm assuming, and I'm going by the plugin, which is

43.480 --> 01:01:47.659
most of what I use most of the time. I use a plugin.

01:01:49.940 --> 01:01:50.990
Kevin Caves: Makes sense.

01:01:52.040 --> 01:01:52.820
Kevin Caves: Okay, let's.

:52.820 --> 01:02:00.750
You know, one type of breaker I don't see. Here is, though, these al function. I don't see a combination breakers.

01.110 --> 01:02:02.420
You know what those are.

01:02:02.700 --> 01:02:10.620
Kevin Caves: Yeah, I've heard of they. They're yeah combination afcis, they detect different types of arc faults. Is that right?

10.620 --> 01:02:17.079
No, so they they can be what they can be used on a shared circuit, they share a common neutral.

01:02:17.470 --> 01:02:19.010
Kevin Caves: Oh, okay.

23.680 --> 01:02:26.630
So I noticed you don't have that cause. That's 1 of the

26.890 --> 01:02:34.229
so New York City for many, many years, and it wasn't until I would
out

34.660 --> 01:02:43.260
10 years ago that the code changed where they required independent
ls, or what's called a connected breaker, where the breaker has to
be connected.

44.640 --> 01:02:55.389
And so when you're doing a retrofit, a modification, a lot of the
are wired with 3 wires, 2 circuits using 3 wires, and one of those
wires is a common neutral.

55.870 --> 01:02:57.969
When you're using an arc fault

:59.830 --> 01:03:02.830
you cannot use 2 individual breakers.

01:03:03.590 --> 01:03:05.680
Kevin Caves: You'd have to use the combo.

06.920 --> 01:03:09.090
Where it shares the common neutral.

01:03:14.050 --> 01:03:16.630
Kevin Caves: So that's something that's something you use a lot.

17.240 --> 01:03:20.569
Yes, yes, for a lot of our retrofits. Yes.

:22.540 --> 01:03:34.650
we do use it, I mean, we highly recommend it in in places like New
ity, where they would do a retrofit or go in and redo something
where they're not rewiring. The whole house.

01:03:35.040 --> 01:03:36.680
Kevin Caves: I'm changing at the panel.

:37.310 --> 01:03:41.729
I'd want to have that type of breaker right? Because I'm not gonna
the house.

01:03:43.590 --> 01:03:44.190
Kevin Caves: Right.

01:03:44.630 --> 01:03:52.549
Kevin Caves: So so for that one. How would you? It would you abbreviate it? I think I've seen it abbreviated. CAFC. I. Is that how you would.

53.034 --> 01:03:55.940
███████  Probably, yeah, Ca, yeah, combo, yeah.

01:03:56.300 --> 01:04:01.560
Kevin Caves: Yeah, okay, thanks. That's that's that's very helpful.

01:04:02.130 --> 01:04:07.209
Kevin Caves: Alright, last last purchase decision.

20.170 --> 01:04:21.770
███████  Definitely the square d.

01:04:22.330 --> 01:04:23.110
Kevin Caves: Okay.

23.980 --> 01:04:29.899
███████  Again, 15 amp. Plugin. With the pigtail commonly used. 15 amps use all the time

:31.630 --> 01:04:33.480
███████  over 80% of the time.

34.900 --> 01:04:40.829
███████  The only difference is got dual combination. I don't need the Gfci tion, but for that price it's good deal.

:41.330 --> 01:04:43.389
███████  and it has dimensions, protection.

01:04:44.940 --> 01:04:45.760
Kevin Caves: Okay.

01:04:47.520 --> 01:04:59.671
Kevin Caves: okay, so that's we're we're essentially done. The time is up. There's a final question that we ask. We've covered a lot of this already, but I think I know the answer to this question, but.

01:05:00.000 --> 01:05:06.350

We know? The answer is, the answer is, yeah. Some aspects of the s are confusing. If you have to. Yeah.

01:05:07.000 --> 01:05:10.380
Kevin Caves: And let's let's go on to the next screen, then, and let's just

01:05:10.650 --> 01:05:13.660
Kevin Caves: if we had to summarize it in just a few words.

14.367 --> 01:05:18.250
I think so, to summarize in a few words, I would say that

18.610 --> 01:05:24.080
application for use of the breakers need to be consistent.

01:05:24.580 --> 01:05:25.150
Kevin Caves: Yeah.

25.570 --> 01:05:33.240
And an example of that is the plugins and the pigtails and ations.

33.510 --> 01:05:45.100
You know, you don't typically use a combo breaker for the whole plugins and pigtaws, or.

45.310 --> 01:05:49.380
you know, different types of panels, the panels that we use it in.

49.600 --> 01:05:51.910
and of course, the amperage rating.

:52.090 --> 01:05:55.350
You can't use a 20 amp. On a 15 amp circuit.

55.610 --> 01:06:01.710
Right? So if you're gonna go by amperage rating, keep the ges the same, and

:03.040 --> 01:06:07.670
you need to explain a little bit about the nuisance tripping on the breakers.

01:06:15.500 --> 01:06:16.020

Kevin Caves: Yeah.

16.340 --> 01:06:20.939
The 1st thing. You should also have a little blurb of who? What?
.

21.490 --> 01:06:25.000
for instance? Abb, and ge.

25.250 --> 01:06:31.290
you know, do they? They're the Combos. They work in the same
, they're interchangeable.

31.810 --> 01:06:33.610
Some are interchangeable. Not all.

35.670 --> 01:06:40.749
I noticed you didn't have cut the hammer there cut the hammers
to be more commercial.

01:06:41.850 --> 01:06:44.240
Kevin Caves: Oh, really! What? What was the brand? Again? Sorry.

44.240 --> 01:06:45.969
Cutler hammer. See you.

01:06:45.970 --> 01:06:46.390
Kevin Caves: Remember.

46.390 --> 01:06:48.059
A, JMME. R.

01:06:49.200 --> 01:06:49.990
Kevin Caves: Okay?

01:06:50.380 --> 01:06:52.979
Kevin Caves: And they do. They do more, more commercial.

52.980 --> 01:06:57.189
Yeah. Well, most of the times that I use a couple hammer breaker
be commercial.

01:06:58.070 --> 01:07:05.660
Kevin Caves: Okay, got it. Okay, we'll check them out all right.

01:07:06.590 --> 01:07:10.880
Kevin Caves: Any any other feedback. This is the last question of the the whole thing.

10.880 --> 01:07:12.390
▮▮▮▮ No, that that'll be it.

01:07:13.440 --> 01:07:19.300
Kevin Caves: Alright. Well, I'm sorry we _____ a little over the hour, but we really appreciate all your feedback, ▮▮▮▮

19.550 --> 01:07:20.640
▮▮▮▮ No worries.

01:07:24.043 --> 01:07:29.849
Kevin Caves: Alright, I think that's that's all we've got. So we're gonna we're gonna sign off. Thanks again and have a good day.

30.080 --> 01:07:31.069
▮▮▮▮ You, too, Buddy.

31.200 --> 01:07:34.200
▮▮▮▮ You guys have my address. Where to send that stuff right?

01:07:35.692 --> 01:07:45.707
Kevin Caves: So the yeah, the the new next people have all that information. We're we're sort of shielded from all that at our firm. But yeah, they. But if you need any anything

01:07:46.500 --> 01:07:50.279
Kevin Caves: you know anything further, definitely, you know you, you know how to get in touch with them.

:50.730 --> 01:07:51.390
▮▮▮▮ Okay.

01:07:51.670 --> 01:07:52.220
Kevin Caves: Yeah.

52.220 --> 01:07:53.029
▮▮▮▮ No worries. Okay.

53.200 --> 01:07:54.480
▮▮▮▮ Alright, thank you.

```
704
01:07:54.780 --> 01:0      40
Kevin Caves: Thanks, █████  Bye.
```

WEBVTT

00:01:55.420 --> 00:01:56.330
Kevin Caves: Hello!

00:01:59.000 --> 00:02:01.670
Kevin Caves: Are you there? Hi! How are you?

00:02:02.560 --> 00:02:04.179
NewtonX: I'm fine. What about you?

00:02:04.330 --> 00:02:06.658
Kevin Caves: Doing. Great. Yep, we're ready for another one.

00:02:06.950 --> 00:02:17.400
NewtonX: Yes, so I I am contacting him. But, he confirmed. He's assistant. So let's wait for another 2 min.

00:02:17.770 --> 00:02:19.689
Kevin Caves: Okay? Sure. Sure. No. Problem.

00:02:19.690 --> 00:02:20.370
NewtonX: Thank you.

00:02:27.420 --> 00:02:31.489
Kevin Caves: And this, and we have another one at 5 o'clock today, I believe.

00:02:31.770 --> 00:02:33.290
NewtonX: Yes, exactly.

00:02:33.540 --> 00:02:34.260
Kevin Caves: Okay.

00:02:35.700 --> 00:02:37.350
NewtonX: How was the 1st one.

00:02:37.680 --> 00:02:39.390
Kevin Caves: Very productive. Yeah.

00:02:39.730 --> 00:02:40.610
NewtonX: Nice.

00:02:40.880 --> 00:02:49.719

Kevin Caves: Yeah, I'm I'm glad that we had the full. He! We actually went a little bit over the hour. He was very willing to talk so it was a lot of good information.

00:02:50.510 --> 00:02:55.810
NewtonX: That's great, and I hope all of them makes the same same feeling.

00:02:56.110 --> 00:02:56.830
Kevin Caves: Yeah.

00:03:08.880 --> 00:03:09.646
Kevin Caves: and we're

00:03:11.400 --> 00:03:18.503
Kevin Caves: there's always something to learn, especially if it's a product like this. You know, it's not a car. It's not a toothpaste. It's like

00:03:19.190 --> 00:03:20.990
Kevin Caves: it's not an everyday product.

00:03:21.530 --> 00:03:25.679
NewtonX: Yes, exactly. You have to learn for every project.

00:03:25.810 --> 00:03:26.380
Kevin Caves: Yeah.

00:03:43.500 --> 00:03:46.470
Kevin Caves: okay, we're gonna mute just for a second. But we'll be right here.

00:03:47.750 --> 00:03:49.029
NewtonX: Okay, perfect.

00:03:49.270 --> 00:03:49.950
Kevin Caves: Thanks.

00:04:37.150 --> 00:04:38.960
NewtonX: Okay, he's here.

00:04:41.290 --> 00:04:44.720
NewtonX: Tell me when you are ready, and I can accept him.

00:04:45.560 --> 00:04:46.889

Kevin Caves: We're ready. Thank you.

00:04:47.330 --> 00:04:48.370
NewtonX: You're welcome.

00:05:03.540 --> 00:         20
Kevin Caves: Hello, ███████ can you hear us? Okay.

--> 00:05:19.510
███████ Hang on, but it's can you hear me now?

00:05:20.750 --> 00:05:22.280
Kevin Caves: I can. Yeah.

--> 00:05:24.459
███████ All right. There we go. How you doing.

00:05:24.710 --> 00:05:25.940
Kevin Caves: Fine! How are you?

--> 00:05:26.830
███████ Great.

00:05:28.060 --> 00:05:30.589
Kevin Caves: Well, thanks for for joining

00:05:30.850 --> 00:05:37.330
Kevin Caves: joining the interview. We really appreciate it. I'll just make some brief introductions, and we can get started.

00:05:38.910 --> 00:05:49.460
Kevin Caves: So my name's as you can see on the screen. My name's Kevin Caves. I work for a consulting firm the firm is Mcclave and associates.

00:05:49.710 --> 00:05:53.879
Kevin Caves: And we're developing a survey about

00:05:55.280 --> 00:06:04.149
Kevin Caves: you know, electrical products. And so we're we're interviewing people like you who are knowledgeable about those products to make sure we we make the surveys clear and

00:06:04.410 --> 00:06:05.999
Kevin Caves: accurate as possible.

00:06:07.650 --> 00:06:15.030
Kevin Caves: And I'm also joined on the line by by Devin Myers. She's she's also from a Claven associate. She's on the team as well.

--> 00:06:17.330
Hello!

00:06:19.230 --> 00:06:20.929
Kevin Caves: She's yeah. She's back here.

--> 00:06:24.459
It's all right. How are you.

00:06:24.729 --> 00:06:26.881
Kevin Caves: She's muted so we don't have an echo.

--> 00:06:28.020
Okay.

00:06:29.100 --> 00:06:31.397
Kevin Caves: But yeah, yeah, Devin says, Hello,

00:06:32.260 --> 00:06:39.259
Kevin Caves: so yeah. So we've got about an hour. Yeah, we have an hour. So yeah, why don't we go ahead and and get started?

00:06:39.910 --> 00:06:41.319
Kevin Caves: And that's it.

00:06:41.550 --> 00:06:43.916
Kevin Caves: Yeah, yeah, so thank. And

00:06:44.690 --> 00:06:53.040
Kevin Caves: I will be sharing my sharing my screen as we go on. So I'll explain the the process to you.

00:06:54.600 --> 00:06:58.872
Kevin Caves: so thanks for agreeing to participate in today's interview.

00:06:59.830 --> 00:07:25.089
Kevin Caves: as you know everything it is being recorded. That's just just so we can have a a record of the conversation, and one of to take notes in real time or anything. Everything's being kept confidential. You know nothing. No personal information is gonna be shared or disclosed

with with anybody. And your participation, of course, or a participation, is an anonymous and confidential.

--> 00:07:26.270
Okay.

00:07:26.989 --> 00:07:38.460
Kevin Caves: The purpose of this session, as I alluded to is to get your feedback on a search survey that we've been developing. So what I'll do is I'll I'll we'll essentially walk through the survey. I'll share my screen with you.

00:07:38.640 --> 00:07:44.300
Kevin Caves: and I'll I'll show you the the questions that we're we're testing.

00:07:44.490 --> 00:07:48.140
Kevin Caves: and I'll give you a chance to read each question.

00:07:48.606 --> 00:07:53.583
Kevin Caves: Take as much time as you need. If you have any clarifying questions, feel free to ask them

00:07:53.990 --> 00:08:07.549
Kevin Caves: And then, when you've had a chance to to look at the question and decide how you're gonna answer, tell us what your answer is, we'll select it for you, and then we'll usually ask some. Follow up questions, and then we'll move on to the next question in the survey.

--> 00:08:09.440
Got it.

00:08:10.480 --> 00:08:16.370
Kevin Caves: Okay? So I I think we can get started. But any other questions before we start sharing the screen and getting started.

--> 00:08:21.708
No you know, just interested to see what your what the e.

00:08:22.090 --> 00:08:22.690
Kevin Caves: Yeah,

00:08:23.420 --> 00:08:31.080
Kevin Caves: some. Some of them are more straightforward than than others, so you'll you'll see some. Some of them are are fairly are pretty cut and dried.

--> 00:08:31.929
You're on.

00:08:36.080 --> 00:08:38.919
Kevin Caves: Okay, here's question number one.

--> 00:08:46.429
I don't worry.

--> 00:08:53.069
Hey! Can you hang on one second? Sure, this is my building

00:09:10.480 --> 00:09:14.180
Kevin Caves: Yeah, we're we're not able to hear you anymore.

00:09:16.090 --> 00:09:19.689
Kevin Caves: Oh, you think someone else called him, yeah, yeah, you're right.

00:09:32.850 --> 00:09:33.520
Kevin Caves: Let's.

--> 00:09:51.509
I'm so sorry about that.

--> 00:09:53.180
Can you hear me now?

00:09:53.430 --> 00:09:56.246
Kevin Caves: Yeah. Yeah. We lost you there for a second.

--> 00:09:58.349
So so sorry that

--> 00:10:10.100
there's a building inspector I had to had to take. But okay,
t me read this question. Let's see your participation.
Sponsored survey, or entirely anonymous confidential purpose.

--> 00:10:14.590
Okay, yeah. I wish to continue.

00:10:14.860 --> 00:10:15.610
Kevin Caves: Okay.

--> 00:10:22.960
New Jersey.

--> 00:10:29.89
licensed since ▮

00:10:29.890 --> 00:10:30.830
Kevin Caves: Oh, wow!

--> 00:10:34.939
Yeah, it's been a few years ▮

--> 00:10:47.149
where is it? Arc fault arc fault circuit interrupter.

00:10:48.220 --> 00:10:53.179
Kevin Caves: Okay? And just for the record, how did you arrive at your answer to this question?

--> 00:10:58.200
Well, I know the answer, but I just knew the answer, and I king for where it was in the

--> 00:11:00.540
in the list.

00:11:00.810 --> 00:11:01.190
Kevin Caves: Okay.

--> 00:11:03.650
It's just just from jumping.

--> 00:11:11.349
You know, we had to learn about this in continuing nd now we have to apply it in the field

--> 00:11:12.799
for new buildings.

00:11:13.700 --> 00:11:14.520
Kevin Caves: Got it?

00:11:14.920 --> 00:11:18.099
Kevin Caves: Okay, any other feedback on this question before we move on.

--> 00:11:24.308
No, I'm you know. I mean that it is what it is right

00:11:24.600 --> 00:11:24.960
Kevin Caves: Yeah.

--> 00:11:25.560
Yeah.

00:11:26.180 --> 00:11:29.349
Kevin Caves: A lot of some of some of them are pretty cut and dried, for sure.

--> 00:11:30.240
Yeah.

--> 00:11:31.575
Yeah.

--> 00:11:33.970
Yes.

00:11:36.350 --> 00:11:39.920
Kevin Caves: Okay, how did you decide on your answer to this question?

--> 00:11:44.720
Yeah. Because I've purchased them.

--> 00:11:50.749
You know how it says, have I purchased arc fault circuit ?

--> 00:11:55.040
Or afci between 2017 and present? Yeah.

00:11:55.210 --> 00:11:56.100
Kevin Caves: Yeah.

--> 00:11:59.149
Yeah, I mean, I've done it. I've had to install them.

00:11:59.630 --> 00:12:02.430
Kevin Caves: Okay, and any other feedback on this one.

--> 00:12:06.619
No, I mean it's cut and dry.

00:12:07.470 --> 00:12:08.960
Kevin Caves: Absolutely. Okay.

--> 00:12:15.649
I mean, are you looking for actual feedback on? You know how the questions.

--> 00:12:17.959
Is that part of it.

00:12:18.170 --> 00:12:25.619
Kevin Caves: Yeah, so, but you know, we're so we're sort of asking about all of them just to be thorough. But we recognize that some of them are

00:12:25.890 --> 00:12:29.970
Kevin Caves: unlike. Some of them are more likely to have feedback than others.

--> 00:12:31.969
Okay, yeah, for sure.

00:12:31.970 --> 00:12:32.320
Kevin Caves: Yeah.

--> 00:12:35.029
Let's see what brand of Acis.

--> 00:12:40.270
Oh, it it was Siemens.

--> 00:12:47.229
and I think I've also bought G. Gen. Ge.

--> 00:12:50.779
And eaten, but it's been a while.

00:12:50.940 --> 00:12:59.159

Kevin Caves: Okay, okay, so, and how did you arrive at your answer just based on your your recollections?

--> 00:13:04.230
Yeah, yeah, I've been a contractor for 25 plus years.

00:13:05.790 --> 00:13:06.520
Kevin Caves: Sure.

00:13:07.250 --> 00:13:10.239
Kevin Caves: Okay. Any other feedback on this one before we move on.

--> 00:13:17.540
No, nothing really. Yeah, that nothing.

--> 00:13:26.320
No. Just manufacturers. Let's see, where have you purchased

--> 00:13:33.409
the electrical supply? I use Feldman Brothers in Patterson,

00:13:33.970 --> 00:13:34.750
Kevin Caves: Okay.

--> 00:13:45.839
I probably will start looking for them on Amazon now, and or

--> 00:13:50.600
You know, searching for prices. But

--> 00:13:55.760
9 out of 10 times. I just get it from my supply house at a

00:13:56.580 --> 00:13:58.130
Kevin Caves: Sure. Sure.

00:13:58.976 --> 00:14:01.820
Kevin Caves: Okay. Any other feedback on this one?

00:14:02.080 --> 00:14:06.030

Kevin Caves: Do you like? Do you ever go to home? Depot or Lowe's like one out of 10.

--> 00:14:09.899
Yeah, yeah, but I I don't worry.

--> 00:14:17.039
To be honest, I don't think I've seen afcis there, but they have them. I don't think I'd look for them. There.

00:14:17.370 --> 00:14:17.980
Kevin Caves: Okay.

--> 00:14:21.840
But yeah, sometimes I mean, I do go there for parts.

--> 00:14:25.509
you know, just because again, for convenience.

--> 00:14:31.110
like the job I'm on now. I have a home depot 5 min away.

--> 00:14:34.560
So it's my, you know. Saves saves an hour.

--> 00:14:37.850
Yeah, yeah.

00:14:38.790 --> 00:14:42.200
Kevin Caves: Okay? Okay, let's go to the next one.

00:14:45.500 --> 00:14:47.540
Kevin Caves: very similar to the last one.

00:14:48.050 --> 00:14:49.909
Kevin Caves: I think we know the answer.

--> 00:14:52.179
Yeah. Electrical supplies.

00:14:52.530 --> 00:14:53.050
Kevin Caves: Yeah.

00:14:53.050 --> 00:14:54.789

███████████    That's the one, for sure.

00:14:55.110 --> 00:15:01.349
Kevin Caves: And it's so. It sounds like you, you know most of your purchases there like, do you do you have a sense, though, of like

00:15:04.250 --> 00:15:09.060
Kevin Caves: what! The whether the prices of afcis are different if you buy them

00:15:09.250 --> 00:15:13.160
Kevin Caves: at a distributor compared to you know.

--> 00:15:13.650
███████████    Yeah.

00:15:13.650 --> 00:15:14.350
Kevin Caves: Door.

--> 00:15:18.090
███████████    Unfortunately, everybody's all over the place.

--> 00:15:25.730
███████████    You're not always, I find when you look online, you'll find 'rs, a little bit more close.

--> 00:15:29.259
███████████    Yeah, I I

--> 00:15:40.130
███████████    yeah, I I couldn't tell you. I mean, I mean the electrical 're I would buy it. Most. Not necessarily. And again, not necessarily

--> 00:15:48.419
███████████    for the price. However, I am looking these days, you know ping before I just go purchase

--> 00:15:50.450
███████████    from the supply.

--> 00:15:56.000
███████████    Oh, especially for the this kind of, because the Afcrs are

--> 00:15:58.649
especially when you have to get a bunch of them.

00:15:58.980 --> 00:15:59.620
Kevin Caves: Yeah.

--> 00:16:10.650
Yeah, so yeah, I will definitely be using the Internet line, possibly Amazon and and other places.

--> 00:16:18.640
I like, I like helping mom and pop shops if they're close, t least close in price. Yeah.

--> 00:16:21.570
But yeah, yeah, mostly distributors.

00:16:22.840 --> 00:16:26.570
Kevin Caves: Okay, alright. Any other feedback on this one before we move on.

--> 00:16:30.880
Yeah, no.

--> 00:16:33.330
That's pretty true.

--> 00:16:35.530
Dry, you know. Pretty basic.

00:16:35.960 --> 00:16:39.369
Kevin Caves: Yeah, okay, we know the answer to this one. I think.

--> 00:16:40.940
Yes, yes.

--> 00:16:54.199
not licensed in any other state. I'm in a process of tting a Florida license, but

--> 00:16:56.939
just in New Jersey, as of right now.

00:16:57.390 --> 00:16:58.780
Kevin Caves: Okay, got it?

--> 00:17:06.160
It's it's crazy. We should be like, once you take that test,
e licensed across all 50 states. It's wrong, but.

00:17:06.390 --> 00:17:10.660
Kevin Caves: Seems that way. Yeah, the laws of physics should be the same in all of them.

--> 00:17:14.809
Right. You know you're a doc. You take the test to become a
re

--> 00:17:20.150
the doctor wherever you want to be. So it's yeah. So.

00:17:20.951 --> 00:17:24.290
Kevin Caves: That's something that that kind of gets me upset.

00:17:24.940 --> 00:17:25.520
Kevin Caves: Yeah.

--> 00:17:29.840
But yeah, I took the New York test and I failed by 2 points.

--> 00:17:39.480
and it was right after I left the Union and became an
they they were kind of I don't. I don't think I failed. I
think it was.

--> 00:17:46.149
You know this is what 2 points you you're not allowed to
it's 1 point you're allowed to contest.

--> 00:17:50.369
So I just yeah, I got the the rib. But that's okay.

00:17:50.370 --> 00:17:51.600
Kevin Caves: Yeah. Sorry to hear that.

--> 00:17:53.839
That's life.

00:17:53.840 --> 00:17:54.939
Kevin Caves: That's life.

00:17:55.810 --> 00:17:58.060
Kevin Caves: Okay, moving on.

00:17:59.140 --> 00:18:02.989
Kevin Caves: Oh, yeah. Have you taken any surveys here? That's the next one.

--> 00:18:07.069
No, I mean, yes, today, that's right.

00:18:08.110 --> 00:18:11.199
Kevin Caves: Okay, nothing, nothing else. In the last 30 days.

--> 00:18:19.940
Well, you know, I just became a dealer for generac and there were some surveys

--> 00:18:27.379
through that process. So yes, I did take some some surveys, ll about onboarding

--> 00:18:29.890
as a dealer for them.

00:18:29.890 --> 00:18:35.009
Kevin Caves: Okay, I see. So no, there wasn't a survey like this one about electrical supplies.

--> 00:18:35.870
Right.

00:18:35.870 --> 00:18:38.010
Kevin Caves: Okay, okay, that's fine.

00:18:40.030 --> 00:18:41.160
Kevin Caves: All right.

00:18:42.070 --> 00:18:45.020
Kevin Caves: Moving on to the next one.

--> 00:18:54.100
Yeah.

--> 00:19:10.350
Okay. Yes.

00:19:10.820 --> 00:19:15.140
Kevin Caves: All right, and any any follow ups, but it seems.

--> 00:19:17.289
It's cut and dry.

00:19:17.480 --> 00:19:18.730
Kevin Caves: Okay, all right.

00:19:19.744 --> 00:19:31.609
Kevin Caves: Let's see what? What's the next one? Devin? I almost forget. Oh, so this is okay. We're gonna pause. The screen, sharing just for a second, because we have to convert to a different part of the survey.

--> 00:19:37.789
I'm gonna turn my truck on. If it's too loud, let me know. I get a little bit of air.

00:19:38.230 --> 00:19:39.289
Kevin Caves: Yeah, of course.

--> 00:19:40.500
It's

--> 00:19:45.479
It's getting me a little hot in Jersey these days. Great!

--> 00:19:50.660
You're right.

00:19:51.870 --> 00:19:53.910
Kevin Caves: So, yeah.

00:19:54.510 --> 00:19:55.740
Kevin Caves: Okay, so now.

--> 00:19:56.610
Is that all right?

00:19:56.950 --> 00:20:00.959
Kevin Caves: Yeah, I can. Actually, I can. I can hear you just as well as before. Yeah.

--> 00:20:02.010
Perfect.

--> 00:20:03.520
Hey?

--> 00:20:05.830
So.

00:20:06.120 --> 00:20:12.460
Kevin Caves: Yeah, so these are, yeah, I'll let you read through it. But they're gonna the questions will get a little bit more involved now. So just, you know. Take your time.

--> 00:20:45.560
Okay, I understand.

00:20:47.330 --> 00:20:57.600
Kevin Caves: Okay, so. And in your own words, how? How would you describe, like, what this question is asking?

--> 00:21:02.820
Yeah, it's it's asking me to look at

--> 00:21:12.230
different afcis and check out their features and decide would purchase for my jobs.

00:21:12.870 --> 00:21:14.520
Kevin Caves: Exactly. Yeah.

00:21:15.370 --> 00:21:17.990
Kevin Caves: Okay. Any any more feedback on this one.

--> 00:21:24.850
No, I don't know why it's gonna ask me this 12 times. But

00:21:24.850 --> 00:21:30.430
Kevin Caves: That's that's good feedback to have. Yeah, that's I would be wondering the same thing.

--> 00:21:35.030
Yeah, other than that. It's yeah. I understand.

00:21:36.400 --> 00:21:39.410
Kevin Caves: Okay, let's move on to the next one.

--> 00:21:50.139
Okay, I understand.

00:21:50.490 --> 00:21:55.830
Kevin Caves: Okay, okay, let's move on to the next one.

--> 00:22:18.700
Yeah, I understand.

00:22:20.180 --> 00:22:24.290
Kevin Caves: So? Yeah. Again, in your own words, what?

00:22:24.440 --> 00:22:27.289
Kevin Caves: How would you describe what this question is asking?

--> 00:22:34.670
Well afci and gfci breakers.

--> 00:22:45.799
or or receptacles, for that matter, are prone to nuisance
d especially

--> 00:23:02.900
for the arc faults. If you're using a welder or something
something like that, you you may have problems because the
afci senses it. It senses the senses in

--> 00:23:05.330
deficiencies or

--> 00:23:17.659
differences in the sine wave it. It watches the sine wave,
ine wave starts acting funny, like something arcing, you
know, that's how it detects it.

--> 00:23:19.690
to the best of my knowledge.

--> 00:23:22.010
So.

00:23:22.010 --> 00:23:22.560
Kevin Caves: Yeah.

--> 00:23:26.149
With tripping. You know, nuisance tripping is a problem. And

--> 00:23:30.329
you know, we need to do everything we can to avoid that.

--> 00:23:41.000
But you know you're almost a hostage to how good the
is.

--> 00:23:43.069
Right. Nobody takes back

--> 00:23:48.869
electrical equipment, and when you you buy one of these
re expensive, and they start tripping.

--> 00:23:54.360
It's it's almost, you know, it's senseless.

--> 00:23:55.250
Yep.

--> 00:24:02.745
you know, it's it's not makes the equipment not usable, or
ow, whatever. So yeah, it's important to to

--> 00:24:13.320
have one that's not prone to nuisance. If I heard one was
you know, be a nuisance more than another. I would stay away
from that product

--> 00:24:15.669
as much as I could.

00:24:16.620 --> 00:24:17.280
Kevin Caves: Sure.

--> 00:24:19.720
You know.

00:24:20.020 --> 00:24:21.780
Kevin Caves: Okay, that's very helpful.

00:24:23.910 --> 00:24:26.470
Kevin Caves: Any other feedback on this one before we move on.

--> 00:24:35.580
No, no, I mean just it is what it is is, you know. It's it rc.

--> 00:24:38.879
And there there are certain things that

--> 00:24:43.720
arcing are part of their operation.

--> 00:24:59.870
So right? So if you're gonna use, you can't really use those r fault circuits. You need to make sure it's either a different type of protection. But if it's calling for our fault protection again, you're

--> 00:25:01.380
a hostage.

--> 00:25:08.170
So how good the manufacturer made it, and and if it can

--> 00:25:13.660
Certain appliances that may represent narc

--> 00:25:24.110
you know, and not trip, you know, like I don't know what y have now. So I'm I'm interested in learning about that.

00:25:26.610 --> 00:25:28.560
Kevin Caves: All right, let's go to the next one.

00:25:33.060 --> 00:25:42.239
Kevin Caves: So now we're getting to the these are the 12. This is the 1st of the series of 12 questions we talked about a little bit earlier.

00:25:43.260 --> 00:25:47.820
Kevin Caves: so I'll just give you some time to look at the question, and

00:25:48.966 --> 00:25:58.140
Kevin Caves: then let let me know, you know, if you have any questions, and and then and we'll decide. You can decide on which of these options you'd select.

--> 00:25:59.230
Okay.

--> 00:26:29.180
I mean, if if I'm buying these according to

--> 00:26:36.119
the way this graph, or what whatever you call it, is

--> 00:26:42.200
the only one you would want to buy would be Abb, general

--> 00:26:50.860
cheaper and does not have nuisance tripping defect.

--> 00:26:59.380
So I mean, if this this list is actually saying, yes, ton and and Square DI have nuisance trip, a high

--> 00:27:07.700
probability of a nuisance trip, and then I might, Guy, you owards

--> 00:27:11.719
ge. And I've never really been a big Ge.

--> 00:27:19.389
10. I generally have put in square d Siemens or Eaton.

--> 00:27:23.920
They've only done General electric when it's already there.

--> 00:27:27.030
I don't know why. There's no reason for it.

00:27:27.340 --> 00:27:37.229
Kevin Caves: Okay, so do you. So do you think the question gave enough information to decide which option to select.

--> 00:27:40.659
No, because I what what is the like?

--> 00:27:49.684
Why are these labeled Nuisance tripping? What is it about

--> 00:27:54.509
the the you get nuisance trips.

00:27:54.510 --> 00:27:54.940
Kevin Caves: Right.

--> 00:27:59.099
And and what is different about the General electric

--> 00:28:17.309
that there's not nuisance tripping. Right? All this is is a
er telling me. Yeah, this is better than that one. But how do
I know right? And and what is the circuits that they use? How how is it
done that they're able to get both functions Afci, Gfi.

--> 00:28:27.019
and not have nuisance tripping. So yeah, right? What's the
What's the magic bullet that they have? You know I'd like to.
I'd like to know what that is.

00:28:27.810 --> 00:28:28.390
Kevin Caves: Right.

--> 00:28:35.760
You know. Otherwise you know that that might, if if it turns
ue and is they.

--> 00:28:43.549
we've found a way to stop the nuisance trip and keep the
43. I mean, that's the other thing is, you look at it

--> 00:28:46.310
economically.

--> 00:28:55.110
But then you also have to find out. How much are those
he the other breakers compared to the other?

--> 00:29:02.810
Oh, compared to the other ones, right? I mean, if you're
ween 3 different manufacturers.

--> 00:29:06.030
you're obviously you're designing a system

--> 00:29:19.979
rather than just going out and purchasing a circuit breaker
n a in a panel. Right? It's a that's a different purchase. So
at that point you have to take a step back. Look at the panels

--> 00:29:24.059
that the other circle breakers the cost for that.

--> 00:29:30.999
You know, and and see if that's that's the right way to go,
metimes you get

--> 00:29:35.399
one manufacturer has a cheap product on one thing, and then
lse is.

--> 00:29:39.280
you know, they get you through. They get you on the other

00:29:39.920 --> 00:29:40.760
Kevin Caves: Right?

00:29:41.350 --> 00:29:45.440
Kevin Caves: Yeah, so, so

--> 00:29:50.410
The other thing is, let me say one more thing. Sure, they're
t.

--> 00:29:55.240
Right there you got a well, 2 of them are 20 amp.

--> 00:30:00.800
But one's 15. So you know

--> 00:30:04.559
again, what do you? What do you? What are you there for?

00:30:04.730 --> 00:30:06.580
Kevin Caves: Yeah, yeah.

--> 00:30:09.949
You know, if you're you're looking for a 20, you're not amp.

00:30:10.110 --> 00:30:10.900
Kevin Caves: Yeah.

00:30:11.210 --> 00:30:16.729
Kevin Caves: yeah. So this we've been thinking about this. You know, what's the best way to design a survey. And

00:30:17.550 --> 00:30:24.580
Kevin Caves: we're thinking another another way we could do it would be to to ask. You know.

00:30:27.540 --> 00:30:29.680
Kevin Caves: Let's assume that you need

00:30:30.060 --> 00:30:35.670
Kevin Caves: that you that you have a use for all 3 of these options, and in one project or another.

--> 00:30:36.400
Right.

00:30:36.640 --> 00:30:43.930
Kevin Caves: And like, you know. So if these are your options, which one and you had to pick one just because that's all they had in the store, for example.

--> 00:30:44.820
Right.

00:30:44.820 --> 00:30:48.040
Kevin Caves: Which which which one did you buy? Do you think? Would that be a less?

00:30:48.240 --> 00:30:50.660
Kevin Caves: Would that be a more straightforward way to ask the question.

00:30:50.900 --> 00:30:56.129

I think the amperage, the voltage, the amperage, need to be

00:30:56.260 --> 00:30:57.850
Kevin Caves: Right because you got.

--> 00:30:59.680
15 amp. You got 20 amp.

--> 00:31:04.176
Ones can take, you know, you know,

--> 00:31:13.089
10 KA. But I'm not sure what that listing is for, but the e's 15 amp. 2 of them are 15 amp. And one of them's 20 amp.

--> 00:31:37.869
Already. It cuts it in half. You're either looking for 20 re looking for a 15 amp. Right? So if you're looking for a 15 amp now, you're only looking at the the 2 columns, the General Electric and the and the Schneider self. I think it should be. All the same, it should be comparing apples and apples right straight across the serve way. And then.

--> 00:31:42.559
yeah, because otherwise there's too many other variables for ld wanna

--> 00:31:45.119
choose over here. But at the end of the day.

--> 00:31:49.080
If that really doesn't have

--> 00:32:01.029
tripping defect, that's the wet that's the one to go with. hy? Why does it not have a tripping defect? Right? Because I know how that

--> 00:32:06.990
they operate, you know. So what what is it that catches? it's a good

--> 00:32:09.490
arc or a bad arc?

--> 00:32:10.520
Right?

So yeah, I mean, that's it. That's all I have for this one,

Kevin Caves: Okay.

Kevin Caves: Alright, let's let's go on to number 2.

Kevin Caves: But these are all gonna look similar. But all the details are gonna be different. So we're we're in 2 or 12.

--> 00:32:31.439
Okay, let's see. Amci.

--> 00:32:43.560
alright.

--> 00:32:55.040
yeah, all right. So they're all 15 amp,

--> 00:33:04.740
one has a pigtail.

--> 00:33:12.789
I'm not sure what it means by plug in pigtail. I don't. Is

--> 00:33:18.370
is actually have wires coming off of it.

--> 00:33:21.710
not sure what that means, but.

Kevin Caves: Yeah, well, that's what it's supposed to mean. But what you know it's not. It's like.

00:33:27.600 --> 00:33:32.530

Kevin Caves: Yeah, we're that's 1 of the things we're trying to make sure is we're we're using like what

00:33:32.870 --> 00:33:38.430
Kevin Caves: we're thinking of when we say plug in pigtail, we we mean, yeah, just it has, like the little

00:33:39.270 --> 00:33:43.500
Kevin Caves: spool of wire coming out of it. So is there like like happening.

--> 00:33:49.270
Yeah, black, white, and green all. You'll have a piece like wire out on that kind of thing.

00:33:49.270 --> 00:33:54.519
Kevin Caves: Yeah, like, is there a different term you would use for instead of plugin pigtail.

--> 00:34:04.123
No, I mean pigtail is is the right word. I I don't know if

--> 00:34:13.130
yeah, I pigtail is really the white right term for it.

--> 00:34:18.440
Okay, I don't know. I would maybe

--> 00:34:23.319
be a little bit more descriptive as pigtail.

--> 00:34:27.680
black, white, and green, like in in quotations.

--> 00:34:37.659
so you know. Splice ready, you know. Good wire.

--> 00:34:41.839
I don't know if I would say splice ready or wire ready.

--> 00:34:47.729
The pigtail is definitely, you know, the right term.

00:34:50.000 --> 00:34:54.799

███████████   I don't know if I would say plug in pigtails, because if
g plug in pigtail, you're kind of thinking you're gonna

--> 00:34:57.800
███████████   plug your pigtails in.

00:34:57.990 --> 00:34:58.730
Kevin Caves: Hmm!

00:35:00.120 --> 00:35:02.920
Kevin Caves: So maybe just call it pigtail without the Plugin.

--> 00:35:11.220
███████████   Yeah. Pigtail for for black, white, and green, right? Just
.

--> 00:35:19.640
███████████   And you know you splice ready speed up

--> 00:35:28.485
███████████   kind of like splice ready or wiring ready wire ready?
an, because that is kind of nice. You don't have to

--> 00:35:37.960
███████████   land 3 wires on a device instead, you're just making your
nd keeping going.

00:35:38.230 --> 00:35:38.970
Kevin Caves: Yeah.

--> 00:35:47.629
███████████   Keeping moving. It's so. Yeah, I would definitely think
er term for that. But the pigtail definitely works.

--> 00:35:49.230
███████████   you know.

00:35:49.660 --> 00:35:50.370
Kevin Caves: Okay.

--> 00:36:00.739
███████████   Yeah, because I would question that like, what do you mean?
d be looking to open the box in the store and get myself in
trouble just for opening a box to see if it's got wires on it.

--> 00:36:01.970
So.

00:36:03.530 --> 00:36:04.320
Kevin Caves: All right.

00:36:04.790 --> 00:36:09.189
Kevin Caves: Why don't we move on to, or is there any more feedback on this one before we move on to number 3?

--> 00:36:10.250
No

--> 00:36:14.870
I mean I would be. I would have chosen the Siemens

--> 00:36:22.289
just because it didn't have the the trip. Nuisance news. I'm

--> 00:36:25.159
I've tried to eat, and

--> 00:36:31.520
because it was dual purpose dual function without trip

--> 00:36:35.169
But then, again, if I had a lot

--> 00:36:40.009
to, if there was. It depends on how many there were also

--> 00:36:49.860
And what's your panel? So if this is a new a new build, you ght consider

--> 00:36:55.420
using the Siemens. Just be for the savings.

--> 00:37:02.459
If you only need it for afci right? If you're

00:37:02.780 --> 00:37:06.850

just getting, if you're getting a couple, and you're not
Sometimes

--> 00:37:15.790
anytime you saw a device has dual function, especially Afci
s a

--> 00:37:23.310
it's a big, it's it's a big plus hang on one second, sir.
.

00:37:23.720 --> 00:37:24.460
Kevin Caves: No problem.

--> 00:38:01.330
Hello!

00:38:04.750 --> 00:38:05.729
Kevin Caves: Yeah, hello

00:38:08.044 --> 00:38:13.839
Kevin Caves: okay. So we were saying, I think you we were gonna pick the
Eaton dual function for this one.

00:38:16.550 --> 00:38:17.689
Kevin Caves: Oh, Cecil.

--> 00:38:27.340
Can you hear me? Now?

--> 00:38:29.700
Shoot!

00:38:30.060 --> 00:38:31.649
Kevin Caves: Yeah, yeah, I can hear you.

--> 00:38:33.459
Alright sorry about that.

00:38:33.740 --> 00:38:34.569
Kevin Caves: Yeah, it's okay.

--> 00:38:42.460
Alright building a store on Amazon, and I finally got them
but I had to have them call me back.

--> 00:38:44.400
Okay.

00:38:44.610 --> 00:38:46.230
Kevin Caves: Alright, so.

--> 00:38:47.259
Where are we?

00:38:47.650 --> 00:38:54.010
Kevin Caves: Well, we were. Gonna I I think we selected you, selected the eat the 1st eaten for this one.

--> 00:38:55.420
Yes.

00:38:55.890 --> 00:39:00.649
Kevin Caves: So why don't we go on to the 3rd 1 3rd choice task.

--> 00:39:01.720
Okay.

00:39:02.120 --> 00:39:06.250
Kevin Caves: And okay, yeah, let us know when.

--> 00:39:11.540
Let's see, please.

--> 00:39:32.020
The General Electric.

00:39:34.380 --> 00:39:35.210
Kevin Caves: The

--> 00:39:37.790
Abby.

00:39:38.160 --> 00:39:42.640
Kevin Caves: Abb, General Electric, the the oh, the dual action!

--> 00:39:47.429
Plug in pigtail.

--> 00:39:53.960
So. Oh, I'm sorry. Yes, it does have nuisance trip. No, I
m sorry

--> 00:39:56.339
it would be the one in the middle.

00:39:56.860 --> 00:39:58.340
Kevin Caves: Got it. Okay.

--> 00:40:02.900
For me. Yeah, I mean, a couple dollars is worth

--> 00:40:11.029
you know, if they really are better, it saves you a call.

00:40:11.710 --> 00:40:12.290
Kevin Caves: Yeah.

--> 00:40:13.000
Yeah.

00:40:13.300 --> 00:40:13.800
Kevin Caves: And

00:40:16.140 --> 00:40:24.350
Kevin Caves: yeah. So so when you're looking at this question, the ones
like it, do you feel like, they're giving you enough information, to to
make a decision.

--> 00:40:34.769
Not really. No. Again. I want to know more about how they're

--> 00:40:38.440
Product does not have nuisance tripping defect.

--> 00:40:41.556
I want to know more about that.

--> 00:40:47.420
you know, cause you could just put something on the box and
here's no nuisance trip

--> 00:40:53.909
right? And the other ones could be the $43 one could be

--> 00:40:58.570
fine. Right? And you're paying almost half the price, right.

--> 00:41:02.620
you know. So it does say it does have nuisance tripping.

--> 00:41:11.029
But again, how do we know it? It's not a nuisance trip. What
? Why, what makes it different?

--> 00:41:13.180
That's what I want to know from for me.

00:41:13.180 --> 00:41:14.819
Kevin Caves: Got it. Got it?

00:41:15.160 --> 00:41:18.249
Kevin Caves: Okay, that's helpful. Let's move on to Number 4.

--> 00:41:25.490
Alright number 4.

--> 00:41:38.980
Hello.

--> 00:41:51.839
I mean for this one.

--> 00:42:05.820
probably the General Election or the Siemens. It's kind of a
the 2 of them

--> 00:42:11.590
is a 20 amp. So it's really not the same.

--> 00:42:16.610
you know. It all depends on you know. Am I there for a 15 or

00:42:16.770 --> 00:42:17.979
Kevin Caves: Right? That's right.

--> 00:42:24.340
That's what's gonna first.st Tell me right, if I'm there for other 2 are wiped right off of the

--> 00:42:28.970
out of the question. They're not even a contender.

00:42:29.230 --> 00:42:29.930
Kevin Caves: Yeah.

--> 00:42:33.699
So I would definitely change that within the surveys.

--> 00:42:35.750
Yeah, yeah.

00:42:36.340 --> 00:42:37.850
Kevin Caves: Yeah, that makes sense.

00:42:38.750 --> 00:42:43.770
Kevin Caves: Okay? Well, why don't we just pretend it's a 15 Am. Job. So we'll put you down for that one.

--> 00:42:44.460
Sure.

00:42:44.847 --> 00:42:47.950
Kevin Caves: And yeah, let's move on to Number 5.

--> 00:43:04.740
Point.

--> 00:43:18.909
it would be one or 3, but it all depends again.

--> 00:43:25.940
So I'm there for a 15 amp. I'm taking the one on the right. for a 20, I'll take the Siemens.

00:43:26.660 --> 00:43:28.010
Kevin Caves: On the left.

00:43:28.480 --> 00:43:29.240

Kevin Caves: All right.

00:43:29.560 --> 00:43:32.679
Kevin Caves: Alright! We'll put you down for the 1st one or.

--> 00:43:34.469
Yeah, that's fine.

--> 00:43:36.320
Kind of a, yeah.

00:43:36.710 --> 00:43:40.900
Kevin Caves: Yeah, you. You, I understand. We understand. You need. You need more information to

00:43:41.880 --> 00:43:44.230
Kevin Caves: about the job to answer their question.

--> 00:43:51.809
Yes, that's that's the biggest problem with the questions

00:43:51.930 --> 00:43:52.740
Kevin Caves: Yeah. No.

--> 00:43:53.630
Everything.

--> 00:43:54.690
Yeah.

00:43:55.720 --> 00:43:57.690
Kevin Caves: Yeah, that's very helpful. Feedback.

--> 00:44:01.889
Okay. So this one

--> 00:44:10.190
it may get. 1st thing I'm looking at with these just because he certain. The survey page

--> 00:44:13.180
is whether it's got nuisance trip or not.

00:44:13.720 --> 00:44:14.050
Kevin Caves: Yeah.

--> 00:44:18.770
That's that's huge for me. If they actually found a way to
sance trip.

--> 00:44:24.229
Then I that's the 1st thing that I'm looking for.

--> 00:44:30.903
And then again, the second thing is which one

--> 00:44:34.600
right. This one, the only one of them.

--> 00:44:38.240
does not have nuisance tripping defect.

00:44:38.660 --> 00:44:39.450
Kevin Caves: Right.

--> 00:44:42.930
And it's for 50 bucks sold.

00:44:43.500 --> 00:44:44.360
Kevin Caves: All right.

00:44:47.930 --> 00:44:49.710
Kevin Caves: Moving on to Number 7.

--> 00:44:55.639
Alright, let's see.

--> 00:45:10.630
So I'm 7,

--> 00:45:21.569
you know. It's the the one in the middle of the Eaton

--> 00:45:31.209
But again I would definitely be looking to see what the
s with these. You know. How

--> 00:45:38.959
how much does it of a nuisance trip? The other thing that I think about is, where is it going?

--> 00:45:43.329
Right is, is it? Are they going in in someone's bedroom?

--> 00:45:47.420
Where you're not gonna be using welders or

--> 00:45:51.029
things that might actually cause a nuisance trip. So

--> 00:45:56.130
you know, just because of the cost, the difference in price

--> 00:46:01.240
And if I would, I would buy differently.

--> 00:46:04.430
according to what I'm buying for.

--> 00:46:12.099
Possibly, you know, obviously, I always want to get at does not have a nuisance trip.

--> 00:46:18.890
But then again, where are they going? Right? If I have a lot

--> 00:46:23.110
them to buy, if I'm doing a big complex, and

--> 00:46:26.120
there's panels on every floor. And

--> 00:46:32.036
today almost everything's got a PA. Fci, or Gf, Gfi, it's

--> 00:46:35.969
you know. So that's a big purchase. So

00:46:36.180 --> 00:47:01.449

████████ you know that thought again. I I want to know more about the pping and and what it stops, you know, when it stops, when when are there? When are there. Nuisance tripping? Is it? Tripping for something that shouldn't be used in those locations? Right? That's 1 thing, so that that might affect how I purchase something. But I would always lean towards

--> 00:47:04.330
████████ without having a product effect.

--> 00:47:06.176
████████ Right? I mean, that's just

--> 00:47:14.289
████████ why would you buy something if it says, Yeah, we have pping right. But you know, again.

--> 00:47:19.089
████████ I would need to learn more about it, depending on the 'm dealing with.

00:47:19.930 --> 00:47:21.310
Kevin Caves: Got it. Okay?

00:47:22.120 --> 00:47:23.949
Kevin Caves: So all right. Well, why don't we

00:47:24.140 --> 00:47:30.610
Kevin Caves: go click the Eaton one for for today's purposes, and move on to Number 8.

--> 00:47:33.610
████████ Alright, hey?

--> 00:47:40.240
████████ Send me right off the bat.

--> 00:47:48.750
████████ I mean, if I'm looking for a 15 amp, I'm gonna buy the the

00:47:49.010 --> 00:47:50.290
Kevin Caves: On the right.

00:47:51.200 --> 00:47:55.290

If I'm looking for a 20 amp, I mean I might not have a

--> 00:48:04.049
Oh, I would buy the General Electric, because if they're isance trip, and I had to buy that, I'd buy the cheaper one.

00:48:04.370 --> 00:48:05.439
Kevin Caves: Got it.

00:48:05.440 --> 00:48:05.890
Kevin Caves: Okay.

--> 00:48:08.259
Yeah, I would say, select the Stevens.

00:48:08.530 --> 00:48:10.810
Kevin Caves: Alright, let's do that. One.

00:48:17.540 --> 00:48:19.399
Kevin Caves: Okay. Number 9.

--> 00:48:20.949
Alright number 9.

--> 00:48:37.089
you know I would buy this the square. D only because it's

--> 00:48:45.330
yes. It depends again. Depends on how many. I'm buying and

--> 00:48:48.960
right, they both don't have a nuisance trip.

--> 00:48:51.929
but one's 15 amp. And one's a

--> 00:49:00.740
20 at 15 and a 20, so it all depends on what kind of circuit either the 1st one or the 3rd one.

00:49:01.110 --> 00:49:01.660
Kevin Caves: Okay.

--> 00:49:02.260
So.

00:49:03.580 --> 00:49:08.950
Kevin Caves: Alright, we can put the select. The 1st one great.

00:49:09.380 --> 00:49:11.630
Kevin Caves: Okay. Number 10.

--> 00:49:16.689
Okay, let's hands through Jeff.

--> 00:49:28.120
Alright it

--> 00:49:46.899
I'm probably gonna buy the the 20 the Siemens no defects on cheaper.

--> 00:49:53.280
So you know, as long as I'm not using it for a Gfi and and an Amci.

--> 00:49:56.410
Yeah, I'd buy the Siemens, save the money.

00:49:57.340 --> 00:49:58.760
Kevin Caves: Okay, great.

00:50:01.360 --> 00:50:05.269
Kevin Caves: Alright. We're closing in on the finish line. Here's Number 11.

--> 00:50:06.659
Alright, we're almost there.

--> 00:50:13.340
Alright. Number 11. Let's see, what do we got?

--> 00:50:23.059
I mean right off the bat. It's the Siemens.

--> 00:50:26.960
The other 2 got defects saying that you can have a nuisance

--> 00:50:31.100
and is that the Siemens is actually on a cheaper side for
's a

--> 00:50:34.940
and it's an Afci, Gfi. But again

--> 00:50:38.349
you get a problem where that's a 15 amp.

--> 00:50:46.840
and the 1st one's a 20 amp. The second one's a 15 amps. So

--> 00:50:52.600
the the only thing that you're really comparing. There is
s against each other.

--> 00:50:56.770
and right so, and and for that purpose.

--> 00:51:02.059
you know again. If I would use the 20, the one on the right.

--> 00:51:07.020
If I'm using a 20 amp circuit, if it's a 15 amp, I would use
iddle.

--> 00:51:08.820
Thank you.

00:51:09.800 --> 00:51:10.760
Kevin Caves: All right.

00:51:11.150 --> 00:51:13.660
Kevin Caves: Okay, let's move on to number 12.

00:51:16.120 --> 00:51:16.990
Kevin Caves: See?

--> 00:51:19.700
Let's see.

--> 00:51:33.630
Same thing again, you know.

542
--> 00:51:41.230
Yeah, just, you know, back to the same thing. I would
this case I would buy the Eaton only because

543
--> 00:51:43.540
you know.

544
--> 00:51:54.419
yeah, 1st one. If I mean, if it's 15 amp, I'm buying the
ne on the right, because the 1st one's got nuisance tripping.
It's only a few dollars

545
--> 00:51:59.729
less but if I need a 20 amp I would use the square day.

546
00:52:00.240 --> 00:52:04.490
Kevin Caves: Okay, alright. We can click on the Eaton one. Then for these
purposes.

547
--> 00:52:05.170
Okay.

548
00:52:06.260 --> 00:52:12.790
Kevin Caves: All right, so alright! I think I know the answer to this
one, but for the rest.

549
--> 00:52:18.860
No, no, it was not confusing. That, you know.

550
--> 00:52:20.939
Yeah, I

551
--> 00:52:27.149
I probably should say yes, just because I think it would
r people if they're looking at that.

552
00:52:27.360 --> 00:52:28.000
Kevin Caves: Yeah.

553
--> 00:52:32.400
You know. That that may not know enough

554

--> 00:52:37.664
to look at the numbers right? They're just looking for a

--> 00:52:43.749
you know. Sometimes it feels well, we just gotta get an fci,
t pick one. But yeah

--> 00:52:45.730
little bit confusing.

00:52:46.060 --> 00:52:46.500
Kevin Caves: Yeah.

--> 00:52:48.310
And I got it. But yeah.

00:52:48.890 --> 00:52:56.498
Kevin Caves: No, I hear you. No, and that's and that's exactly I mean,
that's feedback we're looking for. So let's go on to the next final
screen, devin and

00:52:57.060 --> 00:53:08.020
Kevin Caves: like. Let's just in a few words like, what part did you find
confusing, or where? You know places where you needed more information.
You know, it's gonna be along the lines of what we've been talking about.

--> 00:53:16.219
Yeah, I mean, yeah, it's the same thing. And it's pretty
er for everyone was need to be more specific with the
amperage.

00:53:17.100 --> 00:53:17.720
Kevin Caves: Yep.

--> 00:53:21.529
Not, but not necessarily more specific. They need to.

--> 00:53:33.659
in order to, they need to compare 15 amp. Against 15 amp. 20
20 amp. Right? They need to compare apples to apples central,
essentially.

00:53:35.180 --> 00:53:36.060
Kevin Caves: Got it.

00:53:36.060 --> 00:53:38.330

██████████ Make sure the ratings are the same.

--> 00:53:40.200
██████████ Yeah.

--> 00:53:53.889
██████████ Ratings for the receptacle, whether it's again 15 ampe. Or 1 20 volt. 2 40 volt. 2 77. Whatever it is, be specific on the amperage and the voltage

--> 00:54:00.019
██████████ and and let and compare 15 amps to 15 amps. 20 amps to 20

--> 00:54:06.470
██████████ I think. Yes, it needs to be more specific with the average. bably that's fact that that works.

00:54:07.220 --> 00:54:08.900
Kevin Caves: Okay? And then I think

00:54:09.020 --> 00:54:14.955
Kevin Caves: I think you you, I think we should also think about being more

00:54:16.700 --> 00:54:27.339
Kevin Caves: specific, giving a little more. A little more information about about what it means when the product, you know, quote unquote, has the defect versus doesn't have the defect right?

--> 00:54:33.130
██████████ Yes, yes, what? Why is one different than the other?

--> 00:54:35.589
██████████ Right? What? What is the

--> 00:54:43.819
██████████ does it have a special circuit that sends? And and what is t sense?

--> 00:54:47.420
██████████ Right? What makes a difference, I think, is the right

--> 00:54:50.750
██████████ terminalize. What? What makes that product?

--> 00:54:58.709
Not prone to tripping versus the other one at our.

00:54:59.010 --> 00:54:59.690
Kevin Caves: Yeah.

--> 00:55:02.620
So, yeah, I think that's huge for me.

00:55:02.820 --> 00:55:03.650
Kevin Caves: Yeah.

--> 00:55:26.979
It says it. But it's like, yeah, right? People say, a lot of it do it right? And and how does it do it. You know, as an electrician, I want to know more like how how it actually operates. And what what what are, what equipment like? Does it sense? Right? If you're using

--> 00:55:33.269
whatever? What? What is it stopping? But but yeah, I do want about that. That's

--> 00:55:36.449
that would be important to me.

00:55:36.760 --> 00:55:37.490
Kevin Caves: Okay.

--> 00:55:39.640
Alright!

00:55:39.640 --> 00:55:48.960
Kevin Caves: Well, I think I think we have everything we need. We're just get closing in an hour. But any final feedback or thoughts, or anything.

--> 00:55:57.329
No, I mean, you know, to me it was just all pretty basic thought you were. Gonna get into more about

--> 00:56:06.189
how they actually operate. I thought it was gonna be a technical. Right? But yeah, I mean.

00:56:06.840 --> 00:56:16.630

it was a survey, you know. I think you you got the the main. aways were what we just discussed.

--> 00:56:24.819
In the survey that people should be giving you answers on quipment.

--> 00:56:32.875
The of yeah, the the the number is the

--> 00:56:41.190
you know, it should be apples for apples. Right? That's my away. And then, like you said.

--> 00:56:49.860
Why, why, why, what makes one better than the other? How t? Right? It does it have a special circuit that.

--> 00:56:53.717
you know like it? Did they? Did they?

--> 00:57:06.619
have a lab and and run all different kinds of products and what the sine wave is when you plug in a lamp versus

--> 00:57:10.040
a welder or a drill, or

--> 00:57:17.719
you know, a a grill, an electric grill, or, you know, u know

--> 00:57:26.429
which which ones is it good for? I mean, that's another that would be nice. You know. What products does it

--> 00:57:36.790
stop the nuisance trips for right? Because it must have been ducts that were causing this right and and generally for me.

--> 00:57:46.060
Then when they started with the Gfis, we're having trips mps right? So you would get a flood.

--> 00:57:50.719
And it would trip, because, you know, maybe it was

--> 00:57:53.840
heavy moisture and it would trip it.

--> 00:58:03.475
And now the basement floods because the the pump is not
t? So yeah, so yeah, just

--> 00:58:16.308
you know, what what is that? The the difference, and and
y which products are they

--> 00:58:19.080
protected against?

--> 00:58:23.469
You know, if if there are any specifics, you know.

--> 00:58:25.489
I don't know if that makes sense.

00:58:25.770 --> 00:58:27.989
Kevin Caves: That makes that makes a lot of sense. Yeah.

--> 00:58:29.420
Fast.

00:58:30.920 --> 00:58:32.080
Kevin Caves: All right. Well.

00:58:32.240 --> 00:58:36.780
Kevin Caves: yeah, I think if that's everything we can, we can wrap it up
early and and thank you for your time.

--> 00:58:39.894
Awesome, I hope. Yeah, I hope I helped out.

--> 00:58:50.350
I don't know. Wait! If you don't mind me asking, are you
y Company? Or do you work for one of the manufacturers.

00:58:51.750 --> 00:59:07.609
Kevin Caves: Oh, yeah. So we're we're, we're a consulting firm. And we're
we're not. We're not allowed to disclose exactly who we're working for.

But yeah, we do. We do a lot of surveys like this for a lot of different kinds of products as part of our work.

--> 00:59:08.670
Okay.

00:59:08.670 --> 00:59:11.576
Kevin Caves: Yeah, but we're just we're trying to learn about

00:59:12.090 --> 00:59:25.260
Kevin Caves: well, in this case is about afcis and about you know what what electricians think about them. And and of course we're trying to learn ourselves. You know how the market works, because we don't. We're not electricians. We don't, you know. We don't have experience in the market.

--> 00:59:50.750
Sure. Well, we, to be honest, we do everything we can to not them in wherever we I know like if we don't have to like you tried, not just because the cost of them are very expensive. But you need them, you know. So yeah, code requires you to put them in certain places, and you know you have to have them. So. I'm happy to hear there's some with that, are.

--> 00:59:59.409
They're working on the nuisance trips. That's that's the lem with any of those pieces of equipment.

--> 01:00:04.089
you know. You set it up. Somebody uses a motor, and then all they're tripping, and they can't.

--> 01:00:06.820
you know, operate. But yeah.

01:00:07.340 --> 01:00:09.720
Kevin Caves: That's that's useful to know, too. Okay.

--> 01:00:14.560
Alright, so anything else I can

--> 01:00:17.339
you got from me, or are we good.

01:00:17.340 --> 01:00:19.084
Kevin Caves: We? We are good

628
01:00:19.680 --> 01:00:28.099
Kevin Caves: and if you have any, follow up questions, the the new next, the company you were in touch with they can. They can answer any, any other questions.

629
--> 01:00:35.050
████████████ I think I'm good. I don't know how I'm getting paid, but I the other.

630
--> 01:00:37.950
████████████ The other girls handling that.

631
01:00:37.950 --> 01:00:45.366
Kevin Caves: Yeah, yeah. Angustia angustina, I should say, yeah. She she and Newton X will. They'll take care of all that. And

632
--> 01:00:46.426
████████████ I'm sorry.

633
--> 01:00:53.789
████████████ So, hey? It was a pleasure. If I'm happy to do it. If you er products

634
--> 01:00:57.049
████████████ or any any other questions I'm happy to answer for you.

635
01:00:57.380 --> 01:00:59.740
Kevin Caves: Okay, alright, thanks, ███ Have a good day.

636
--> 01:01:02.079
████████████ And so take care. Bye, guys.

```
WEBVTT

1
00:02:10.860 --> 00:02:11.740
Kevin Caves: Hello!

2
00:02:20.710 --> 00:02:24.000
Kevin Caves: Hi! This is Kevin Caves. Can everybody hear us? Okay.

3
    :25.710 --> 00:02:26.500
███  Yes.

4
00:02:27.760 --> 00:02:28.180
Kevin Caves: Okay.

5
00:02:29.130 -->      :30.460
Kevin Caves: Hi, ███

6
    :30.960 --> 00:02:31.970
███  Hi.

7
00:02:34.050 --> 00:02:36.534
Kevin Caves: Thank you so much for for joining

8
00:02:37.400 --> 00:02:46.190
Kevin Caves: So let's see, it's I think we're ready. I think we're ready
to get started. Let's see.

9
00:02:46.400          :54.389
Kevin Caves: ███  will probably drop off in a moment, and then the 3
of us can con███ d I believe we're booked until 1 30 does that work
for you?

10
    :54.870 --> 00:02:56.240
███  Yes, yup!

11
00:02:56.240 --> 00:02:57.220
Kevin Caves: Okay, great.

12
00:02:58.600 --> 00:03:02.901
Kevin Caves: Okay. Well, let me. Yeah. So let's let's get started. And

13
00:03:03.560 --> 00:03:11.780
Kevin Caves: I'll go through some some initial introductions and
everything, and then we can kinda dive into the the actual questions.
```

00:03:13.100 --> 00:03:14.040
Kevin Caves: So

00:03:14.320 -->      3:22.079
Kevin Caves: so, ███ thank you very much for agreeing to participate in today's interview ███ n. I'm Kevin caves I work for.

00:03:22.650 --> 00:03:23.760
Kevin Caves: Sorry. Go ahead.

:24.740 --> 00:03:26.550
███ Oh, I didn't say, Yeah, sorry.

00:03:26.550 --> 00:03:27.030
Kevin Caves: No no problem.

:27.440 --> 00:03:28.260
███ You're welcome.

00:03:30.530 --> 00:03:48.800
Kevin Caves: yeah. So so I work. I work for a consulting firm called Mcclaven Associates. And we're putting a survey together where the intended audience includes electricians like you. And it includes questions about electrical products that you know, electricians have

00:03:49.613 --> 00:03:53.646
Kevin Caves: specialized knowledge about. So we're we're doing interviews with with

00:03:54.980 --> 00:03:57.566
Kevin Caves: folks like you to make sure that we're

00:03:58.340 --> 00:04:00.400
Kevin Caves: essentially to make sure that we're

00:04:00.720 --> 00:04:04.982
Kevin Caves: creating a survey that makes sense, and that, you know we're

00:04:06.210 --> 00:04:09.600
Kevin Caves: We're making things as clear and complete as possible

00:04:09.770 --> 00:04:12.259
Kevin Caves: when we when we present the questions.

00:04:13.295 --> 00:04:14.090
Kevin Caves: So

00:04:14.760 --> 00:04:21.140
Kevin Caves: in addition to me on this call, Devin Myers, who is also works for Mclean associates, is on the line.

00:04:21.510 --> 00:04:22.130
Kevin Caves: And

00:04:23.790 --> 00:04:36.440
Kevin Caves: let's see, the interview, as you know, is being recorded your participation in, and responses to the survey are anonymous and confidential. Your personal information is protected. It's not going to be shared or disclosed.

00:04:37.047 --> 00:04:42.620
Kevin Caves: So again, the purpose of the session is to get feedback on the survey we've been preparing.

00:04:42.920 --> 00:04:48.029
Kevin Caves: What what I'll do in a moment is once we get started I'll share my screen with you.

00:04:48.180 --> 00:04:53.179
Kevin Caves: and you'll be able to see each of the survey questions that we're testing.

:53.680 --> 00:04:54.660
And.

00:04:56.160 --> 00:05:03.460
Kevin Caves: Yeah. So what I'd like to do is go through and, you know, give you a chance to read each question. Take as much time as you need.

00:05:03.700 --> 00:05:07.509
Kevin Caves: and you then then decide how you would answer it.

00:05:07.630 --> 00:05:15.090
Kevin Caves: And then, usually, after you've answered each question, you know I will ask you some follow up questions to get your feedback on the question.

00:05:16.940 --> 00:05:22.210
Kevin Caves: And you know at any time, if you're unsure how to answer a question or

00:05:23.210 --> 00:05:33.999
Kevin Caves: You know you have any any uncertainty at all, or questions or clarifications, just just, you know. Let us know. That's you know we're trying to make the survey as as clear and comprehensive as possible.

00:05:34.480 --> 00:05:37.411
Kevin Caves: as clear and comprehensible as possible.

00:05:38.050 --> 00:05:43.960
Kevin Caves: okay, so that's my little introductory language. Do you have any questions before we officially get started.

:44.800 --> 00:05:46.470
██████ No. Thanks. Nope.

00:05:46.760 --> 00:05:48.459
Kevin Caves: Can you hear me? Okay? Or.

00:05:48.780 --> 00:05:52.200
Kevin Caves: yeah, yeah, can you hear me? Okay, okay.

00:05:53.207 --> 00:05:59.249
Kevin Caves: Alright. So why don't we? Let's see, we'll start. Why don't we share the screen, Devin?

00:05:59.730 --> 00:06:05.110
Kevin Caves: And let's get that 1st question up there. It's it's a basic introductory question.

00:06:08.940 --> 00:06:███9
Kevin Caves: so again, ██████ you can go ahead, and and for each question you can read it, and th████ll us how you'd answer.

:14.590 --> 00:06:15.580
██████ Okay.

:20.480 --> 00:06:23.410
██████ yeah, I wish to continue.

00:06:23.860 --> 00:06:24.670
Kevin Caves: Okay.

:28.160 --> 00:06:29.490
██████ Massachusetts.

██████ ██████ : --> 00:06:37.080

██████ :41.820 --> 00:06:44.080
Our fault circuit interrupter.

00:06:45.710 --> 00:06:54.319
Kevin Caves: So just just. I know this is obvious to you, because you're
an electrician. But just for the record, how did you arrive at your
answer to this question?

██████ :56.860 --> 00:07:00.382
I I guess, by default.

██████ :01.820 --> 00:07:04.000
I know our call, and then

██████ :04.420 --> 00:07:09.150
so like a gfci, only it's our fault, so I can interrupt her.

00:07:10.210 --> 00:07:11.370
Kevin Caves: Fair enough.

██████ :11.370 --> 00:07:20.400
Said, yeah, just just you go through the answers. You can pretty
eliminate a lot of them.

00:07:20.910 --> 00:07:21.590
Kevin Caves: Okay.

██████ :22.410 --> 00:07:28.420
And it's sort of self explanatory in the definition like it's
rupts the circuit and tells it.

00:07:29.150 --> 00:07:29.959
Kevin Caves: Got it.

00:07:30.200 --> 00:07:32.979
Kevin Caves: Okay, we can move on to the next one.

██████ :39.010 --> 00:07:39.930
Yes.

00:07:43.020 --> 00:07:44.586
Kevin Caves: Okay? And

00:07:45.490 --> 00:07:53.260
Kevin Caves: in your own words, what's the just? Again? It seems pretty cut and dry. But in your own words, what? What's the question? Asking.

:54.840 --> 00:07:59.679
 If I purchase the our fault breakers, our fault circuit breakers

:00.610 --> 00:08:03.870
 recently between 2,017, and now

:04.420 --> 00:08:09.359
 not outlets, not receptacles, but the breakers themselves that go
e panels.

00:08:09.360 --> 00:08:10.100
Kevin Caves: Okay.

00:08:10.560 --> 00:08:18.100
Kevin Caves: And so the when we, when we made that that distinction between the breakers and the receptacles, does that seem like a

00:08:18.350 --> 00:08:20.009
Kevin Caves: did we phrase that in a

00:08:20.360 --> 00:08:25.300
Kevin Caves: reasonable way, or in a way that would make sense to an electrician.

:26.430 --> 00:08:28.630
 Yeah, to an electrician definitely.

00:08:28.630 --> 00:08:29.250
Kevin Caves: Okay.

00:08:29.950 --> 00:08:32.740
Kevin Caves: Okay. Good okay? Next question.

:39.093 --> 00:08:43.650
 Small business on the Schneider.

:44.630 --> 00:08:45.950
 Eat him.

:47.340 --> 00:08:49.590
General electric consumers.

00:08:50.600 --> 00:08:51.360
Kevin Caves: Okay?

00:08:51.790 --> 00:08:56.919
Kevin Caves: And again, for for the record, how did you arrive at your answer to this question?

:58.343 --> 00:09:07.360
Just based on past jobs that I've done. Obviously the breakers have tch the panels that would be listed for the panels that you're putting in.

:07.980 --> 00:09:15.019
So if I'm working on something with the Siemens panel, I get a ns breakout.

00:09:16.240 --> 00:09:17.839
Kevin Caves: Okay, got it?

00:09:18.735 --> 00:09:20.220
Kevin Caves: Okay. Next question.

:30.755 --> 00:09:35.920
Electrical supply distributors, big box retailers.

:36.730 --> 00:09:41.759
other like hardware stores through value Amazon.

:43.360 --> 00:09:49.240
And I think I got like one through ebay.

:49.540 --> 00:09:51.499
I don't know what that would be.

00:09:51.500 --> 00:09:53.710
Kevin Caves: We can, we can put that under other. Yeah.

00:09:56.270 --> 00:09:58.090
Kevin Caves: Ebay, huh? Interesting.

:59.590 --> 00:10:02.519
█████ But like a couple of specialized ones I couldn't find elsewhere.

00:10:02.520 --> 00:10:06.430
Kevin Caves: So did you? Did you have to like bid on them, or was it just like a fixed price.

:06.430 --> 00:10:08.520
█████ No, usually just a fixed price.

:08.980 --> 00:10:12.079
█████ I forgot what they were. They were because, like, you can go on

:12.290 --> 00:10:16.420
█████ Breaker Barn is another common place that they sell like

:16.950 --> 00:10:20.229
█████ not so much for new like if I'm just buying like a regular

:21.250 --> 00:10:33.659
█████ brand circuit breaker for like a 20 amp circuit, but sometimes
█████ er Bond is one that they refurbish some of these breakers as well, like the more expensive ones that are like a few $100 a piece.

:34.380 --> 00:10:41.249
█████ But if you can't find them elsewhere, that's just most 11, 9 times
% of the time, it's

:41.640 --> 00:10:47.009
█████ either the supply house or like Amazon or Lowe's, or something, so.

00:10:47.010 --> 00:10:47.710
Kevin Caves: Okay.

00:10:47.980 --> 00:10:52.720
Kevin Caves: Okay, alright, thanks, alright. Next I think we can go to the next one.

:01.305 --> 00:11:03.329
█████ Big box retails Lowe's.

00:11:05.660 --> 00:11:06.410
Kevin Caves: Okay?

00:11:07.160 --> 00:11:09.960
Kevin Caves: And when?

00:11:10.780 --> 00:11:11.450
Kevin Caves: Okay?

00:11:11.870 --> 00:11:17.639
Kevin Caves: So so you mentioned in the previous question, you bought them from a a lot of these different sources. Do do you.

00:11:18.420 --> 00:11:27.069
Kevin Caves: Do you? Do you notice? Is there one source that has tends to offer better prices than other sources? Or does it just depend.

:27.070 --> 00:11:31.300
Amazon is always the cheapest, somehow they. But I'm always

:31.690 --> 00:11:37.750
skeptical about some things on there, just cause I gotta make sure
re 100% you all listed, and

:37.900 --> 00:11:54.219
like one time I bought breakers on Amazon for general electric
and they came. They will not. G breakers. They will like can be
used in g panel, but nowhere in the you will listen. Did it say that? So
I had to return them, whereas if you go to like Lowe's, or

:54.250 --> 00:12:10.790
you know, because God for the house burns down on that circuit, the
ance companies are gonna go out and say, Oh, these are the wrong
type of breakers and their homeowners. Insurance won't cover it. And then
I get sued. So usually Lowe's. I go to Lowe's because they're sort of
like regular circuit breakers.

:11.220 --> 00:12:18.610
They're cheaper than like a supply house, or at least the same
But I get the lowest card. So I get like 5% off anyhow.

:19.060 --> 00:12:23.330
at lowest, lowest is one of the most recently priced.

:23.530 --> 00:12:28.420
If you take that 5% off, it's usually beats Amazon's.

00:12:28.660 --> 00:12:29.040
Kevin Caves: Really.

:29.040 --> 00:12:32.620
Somehow Amazon is always the cheapest for everything, so

:32.760 --> 00:12:34.629
I don't know how they do it, but.

00:12:35.930 --> 00:12:36.760
Kevin Caves: Okay.

00:12:36.930 --> 00:12:39.589
Kevin Caves: Alright. Well, thanks. Thanks. That's that's helpful.

00:12:39.960 --> 00:12:42.339
Kevin Caves: Okay, let's let's move on to the next one.

00:12:45.507 --> 00:12:47.569
Kevin Caves: Okay, we know the answer to this one.

:47.570 --> 00:12:48.430
Yes.

00:12:51.540 --> 00:12:54.619
Kevin Caves: And I think we know the answer to the next one too.

:54.620 --> 00:12:56.250
Massachusetts.

:02.560 --> 00:13:03.650
no.

00:13:07.480 --> 00:13:08.350
Kevin Caves: Okay.

:29.900 --> 00:13:30.740
Yes.

00:13:32.470 --> 00:13:36.630
Kevin Caves: Okay, thank you. Okay. Next question.

00:13:38.108 --> 00:13:48.510
Kevin Caves: oh, that's right. So we we're gonna okay. We're gonna pause
the screen share for one sec, because we have to skip to a different part
of the survey. This will just take a moment.

00:13:50.270 --> 00:13:50.880
Kevin Caves: Yeah.

00:13:58.460 --> 00:14:03.699
Kevin Caves: yeah, the survey. We've gotten. Yeah.

00:14:04.120 --> 00:14:13.189
Kevin Caves: we we try to keep improving it as we get more feedback from electricians. So we wanna make sure we show you. You know, the latest and greatest version.

:14.120 --> 00:14:14.990
Okay.

00:14:19.460 --> 00:14:20.770
Kevin Caves: Okay, here we go.

:32.770 --> 00:14:34.060
I understand.

00:14:34.060 --> 00:14:34.810
Kevin Caves: Okay.

00:14:35.170 --> 00:14:41.559
Kevin Caves: So just for the record in in your own words, how? How would you describe what this question is asking?

:43.730 --> 00:14:44.420
Dang.

:47.920 --> 00:14:49.720
If in real life.

:49.830 --> 00:14:57.090
what basically, what type of afcis would I purchase for the cular project that I'm doing?

:58.460 --> 00:15:01.305
And there were only 3 available

:02.840 --> 00:15:04.860
and if I don't like any of them.

00:15:05.380 --> 00:15:07.550

██████  I just select the 4th option.

00:15:07.770 --> 00:15:08.440
Kevin Caves: Right?

00:15:10.010 --> 00:15:13.259
Kevin Caves: Okay. Any other feedback on this one before we move on.

:15.383 --> 00:15:16.709
██████  Not really.

00:15:16.710 --> 00:15:18.140
Kevin Caves: Okay, that's fine.

00:15:18.750 --> 00:15:20.960
Kevin Caves: Alright. Next question.

:27.760 --> 00:15:28.839
██████  I understand.

00:15:29.020 --> 00:15:31.970
Kevin Caves: Okay, very good. Next one.

00:15:34.620 --> 00:15:38.659
Kevin Caves: Okay, this one's got a lot of meat to it, so I'll give you some time to digest.

:38.890 --> 00:15:39.830
██████  Okay.

:18.460 --> 00:16:19.770
██████  I understand.

00:16:21.460 --> 00:16:22.260
Kevin Caves: Okay.

00:16:22.530 --> 00:16:27.610
Kevin Caves: So so how would you? I know there's a lot there. But how? How would you sort of summarize

00:16:27.820 --> 00:16:28.850
Kevin Caves: what the.

00:16:29.870 --> 00:16:31.810

Kevin Caves: What? What's what's on the screen here.

:33.090 --> 00:16:38.169
 That some of them are labeled with news that have a nuisance trip efects

:38.761 --> 00:16:46.540
 in nuisance trip, and is to be expected. So, in other words, like, e a lot of Siemens breakers when they 1st came out.

:46.660 --> 00:16:51.020
 We're litted with problems with the art fault. For example, waves have

:51.510 --> 00:17:19.249
 a lot of Samsung microwaves have built in Arc in this part of how operate and Siemens breakers would constantly trip. I think there was actually a lawsuit against Siemens for nuisance tripping. But I don't. I'm not too sure about that. But it's just nuisance tripping. In other words, if the the product the that's plugged into the circuit is working as it's supposed to. The break is still trips based on like the internal components of the

:19.910 --> 00:17:31.419
 so like a nuisance, fire, alarm. You have, like randomly goes off se the dust in the air, or something like that. But in this case the product is working properly, it just causes the to turn.

00:17:32.270 --> 00:17:37.960
Kevin Caves: So so is nuisance tripping sort of a a term that you think most electricians would be familiar with.

:38.370 --> 00:17:40.420
 Yes, definitely.

00:17:40.420 --> 00:17:41.220
Kevin Caves: Okay?

00:17:42.110 --> 00:17:42.715
Kevin Caves: And

00:17:45.110 --> 00:17:50.030
Kevin Caves: So you said so so, and you've you've had experience with it, with at least some some types of products.

:50.030 --> 00:17:50.560
 And.

00:17:50.890 --> 00:17:51.520
Kevin Caves: Yeah.

:51.720 --> 00:17:53.469
It's getting better for sure.

00:17:53.640 --> 00:17:54.320
Kevin Caves: Okay.

00:17:56.140 --> 00:18:02.270
Kevin Caves: are there? Are there any other types of products that you've
you've seen it happen with, besides microwaves that you can recall.

:02.810 --> 00:18:13.260
Refrigerators, Sam. A lot pretty much any Samsung and kitchen
ances have caused problems. Refrigerators are a big problem because
they have. I believe the Samsung ones have

:13.460 --> 00:18:23.799
a Vfd like a a drive built into them. So I'm not sure if it's for
y efficiency. But that drive actually causes a lot of

:23.900 --> 00:18:26.260
nuisance trip or nurtid in the past.

00:18:26.510 --> 00:18:27.250
Kevin Caves: Okay.

:27.900 --> 00:18:30.179
So refrigerators are a big one, too.

00:18:30.870 --> 00:18:40.420
Kevin Caves: And and when when this is when it's come up in the past,
like, for example, with these Samsung devices, how do you? How do you
usually handle it?

:41.780 --> 00:18:46.150
It's a tough one, because in Massachusetts, where I live there's

:46.660 --> 00:19:10.889
something called Rule 11 in the code, in the massive amendments
you can get written permission from the authority of a jurisdiction
to bypass the fci breaker. If you verify that the circuit is working
properly, and everything. I've never done it, because to me it opens up

yourself. Basically, I then take on 100 liability for everything in that circuit. So.

182
00:19:10.890 --> 00:19:11.620
Kevin Caves: Sure.

183
:11.620 --> 00:19:17.600
Because, no matter what happens if something happens, somebody's ng sued at the end of the day. So

184
:17.970 --> 00:19:24.709
you know, usually what I I haven't come across it where it hasn't able to be resolved with.

185
:25.246 --> 00:19:37.010
A lot of times. They just explain it's nuisance, but it's once in a while. It's not every time, for example, Samsung microwaves. It was when they would open the door on the microwave

186
:37.800 --> 00:19:55.819
before it powered up like if it was still going like with 3 seconds ning, they'd open the door boom! The breaker would trip so to narrow it down to that. It was a lot of trying to troubleshoot, too, but a lot of it, too, in the kitchen. We're lucky because it's dedicated circuits, so you're limited as to what the possibilities could be so

187
:56.190 --> 00:19:57.799
a couple of them.

188
:58.120 --> 00:20:15.429
just like I said just. It only happened once in a while, the gerators. It hasn't been an issue for a while, because that is more of a problem. If the break of trips while they're away, they lose everything in the refrigerator. So that was an issue that I haven't seen in a while now, so they must have resolved that

189
:15.670 --> 00:20:19.119
either with the updated, because I know, like Siemens.

190
:19.390 --> 00:20:25.790
I look at the Siemens breakers. And now there's like updated. I know if you call it firmware or whatever in the breaker itself, but

191
:26.330 --> 00:20:35.999
somehow they update like the algorithms in the to get rid of the nce trip, and as time goes on, so they've updated them like, I know, if you look at the Siemens, our fault breakers now.

:36.440 --> 00:20:49.590
the model number of the something on them is slightly different it was 2 years ago. And supposedly that's the updated one, because that's what I'm looking for when I put them in now. So they have gotten better. Whether the appliances in

:49.760 --> 00:20:56.719
I mean honestly, like a lot of lectures and hate the art fault, but I like it now because I found problems with them.

:56.900 --> 00:21:01.710
an old wiring and everything. But usually that's what I do is I go by

:03.650 --> 00:21:09.170
try to isolate the town like if it's once in a great while, like I electrician, can't

:09.420 --> 00:21:12.670
take out that breaker and put in the regular one. If you know

:12.960 --> 00:21:17.940
if you happen to have a friend that comes over and does it, that's n me. But if I do it.

:18.170 --> 00:21:29.100
and you know I'm responsible for it. So I've actually never done rule 11 deal to too much of a hassle. But that is some of the work around it in Massachusetts, anyway.

00:21:30.370 --> 00:21:35.289
Kevin Caves: Yeah, interesting. Okay, that's that's really useful. Feedback.

:35.290 --> 00:21:38.270
It's in the Massachusetts Amendment to the code. So

:38.940 --> 00:21:47.479
but I haven't really dealt with that, but it it honestly. The nce turpent has been much better in the last year, and knows.

00:21:48.950 --> 00:21:54.609
Kevin Caves: Okay, alright anything else on this one before we move on.

:54.610 --> 00:21:56.910
No, no, that's it. Thanks.

00:21:56.910 --> 00:21:59.887
Kevin Caves: Okay, alright, let's go to the next question.

00:22:02.190 --> 00:22:11.390
Kevin Caves: Okay? So now, now, we're getting into these the series of 12 questions. So we're, gonna it's gonna seem a little repetitive. But we're gonna do.

00:22:11.590 --> 00:22:24.799
Kevin Caves: We're gonna do this multiple question multiple choice question 12 times. And each time we do it, the details are going to be a little different, so I'll give you a chance to read through this 1st one, and then and decide what your answer would be.

:35.310 --> 00:22:58.570
So the so it says to the ones that have nuisance tripping defect. means, you already know, ahead of time that they pick up nuisance issues and trip. Okay? Cause I I that's the only thing. It could be a little bit confusing. If you reading it quick, you might think it has nuisance tripping like detection, so it might prevent nuisance tripping to some of them.

:59.059 --> 00:23:02.690
That's the only thing I could see if you're reading it real quick,

:02.870 --> 00:23:10.510
I mean I would pay the extra couple of dollars and go with. If if anels compatible. If I have a g panel, I would go.

00:23:14.090 --> 00:23:14.810
Kevin Caves: Okay.

:16.750 --> 00:23:19.999
If I didn't have a g panel I wouldn't go with anything.

:20.550 --> 00:23:23.050
I wouldn't buy one with a new subscription.

:23.180 --> 00:23:24.539
Do you? Tracking it.

00:23:25.090 --> 00:23:26.920
Kevin Caves: Okay, that's useful.

00:23:29.210 --> 00:23:33.730
Kevin Caves: Okay, alright. So why don't we put the yeah.

:35.080 --> 00:23:46.439
The other thing is kind of sorry. I don't mean to take up some, but efect is a little bit of a strange word in it to me. It's like as an electrician. I wouldn't buy anything that says right on it. It's defective.

00:23:46.800 --> 00:23:47.600
Kevin Caves: Right.

:48.329 --> 00:23:51.649
It's almost like it's an older model breaker that

:51.920 --> 00:23:59.480
doesn't have the newer algorithms and stuff built into it to pick e nuisance to tech. You know what I mean like.

:00.160 --> 00:24:02.740
That's the only thing I would suggest. Maybe if you

:03.170 --> 00:24:10.659
because it says product has nuisance tripping defect, I definitely n't buy anything that has that's known to cause nuisance. Tripping.

:11.341 --> 00:24:15.320
I don't know many electricians that would, unless it was really .

00:24:15.600 --> 00:24:16.260
Kevin Caves: Right.

:17.163 --> 00:24:20.630
But if it's like an older model breaker.

:20.940 --> 00:24:27.410
it just says all the firmware and it, or something like that, it's eally a defect. It's just not updated.

:28.330 --> 00:24:34.859
But I guess, yeah, I see sort of a hard one to get. But that was my thought.

00:24:34.860 --> 00:24:36.676
Kevin Caves: That's no, that's really helpful.

:37.040 --> 00:24:41.410
Like the Siemens breakers, the newer ones, or whatever aren't
sarily

:41.740 --> 00:24:47.359
like the ones that I have from a year ago aren't defective. They're
They don't have the built in

:47.930 --> 00:24:56.690
detection that determines whether it's a refrigerator working
rly or than ours.

:56.880 --> 00:24:57.625
Alright,

00:24:58.370 --> 00:25:01.489
Kevin Caves: Yeah. So it's like, some have an upgrade and some don't.

:01.680 --> 00:25:05.029
Yeah, like, it's not really a defective old breaker. It's just

:06.210 --> 00:25:09.979
like to me. A defective breaker is one that might not trip at all

:10.549 --> 00:25:17.129
on anything, and then, you know, you could have 30 amps running
gh 15 amp circuit and causing fire. But

:17.430 --> 00:25:20.229
that was my only suggestion on that one.

00:25:20.570 --> 00:25:21.360
Kevin Caves: Okay.

00:25:22.420 --> 00:25:27.760
Kevin Caves: Alright anything else on this one. We've still got 11 more
to go.

:28.080 --> 00:25:29.940
No no sorry.

00:25:29.940 --> 00:25:36.220
Kevin Caves: No, that's okay. We're we're doing. We're actually doing
great on time. Yeah. So I definitely don't mean to rush you.

00:25:37.200 --> 00:25:41.580
Kevin Caves: okay, let's go on to number 2. Okay.

:03.716 --> 00:26:06.140
███████  I'd probably go with the square D.

:06.660 --> 00:26:07.940
███████  No worries.

00:26:09.970 --> 00:26:12.989
Kevin Caves: Okay, how did you arrive at that? At that answer.

:16.950 --> 00:26:23.259
███████  if I had on a if I had a plug on. If the assuming that the panel orking on

:23.650 --> 00:26:30.609
███████  except plug on breakers. It's a much cleaner look than having the il.

00:26:30.830 --> 00:26:31.570
Kevin Caves: Okay.

00:26:34.040 --> 00:26:34.630
Kevin Caves: Okay.

:34.630 --> 00:26:36.820
███████  It's cheaper, too, but that's not really.

00:26:40.830 --> 00:26:46.360
Kevin Caves: I see. So okay, alright, yeah. Anything else on on number 2.

:46.490 --> 00:26:47.620
███████  No.

00:26:47.930 --> 00:26:49.600
Kevin Caves: Okay, let's move on.

:11.330 --> 00:27:16.620
███████  I'd go with the square d 1, just because it doesn't have that trip efect.

00:27:19.280 --> 00:27:22.149

Kevin Caves: Okay, any more feedback on this one.

:22.850 --> 00:27:24.010
No.

00:27:24.610 --> 00:27:25.180
Kevin Caves: Okay.

:26.820 --> 00:27:38.829
Hey? Sorry, I guess one more quick one is I, unless you needed the as well like if it was on the ground circuit or something like that. But if you don't need the Gfci, they don't matter.

00:27:40.360 --> 00:27:45.930
Kevin Caves: Okay, got it. Okay, is the Gfci something that.

:46.460 --> 00:27:47.359
Is it.

00:27:47.700 --> 00:27:51.299
Kevin Caves: Is it good to have in general? Or is it only good to have.

:51.300 --> 00:27:54.090
I always it doesn't hurt anything, you know.

:54.870 --> 00:28:02.830
It's just some in Massachusetts where I live. Every single circuit e house now is required to be our fault.

:02.960 --> 00:28:14.499
but not all of them are required to be ground fault like basements. space stuff like that have to be ground fault. So if I was running a circuit to an attic, for example, or a crawl space.

:14.750 --> 00:28:19.479
I'd probably just want a dual function breaker, because otherwise ave to get

:19.810 --> 00:28:27.869
something else. If I put in our fault only breaker, I would then to put ground fault receptacles, or I'd have to put like a ground fault.

:28.030 --> 00:28:34.010
dead front receptacle, or something like that. So we'd have to buy er product as well, whereas if it's

:34.200 --> 00:28:38.580
dual function right at the panel that kills 2 birds with one stone.

:39.130 --> 00:28:47.680
But if I don't need to like, I just bought one today where I'm just recess lights in a house, and I don't need ground fault. So I just bought an art fault one.

:49.390 --> 00:28:51.690
So. But if was, if

:51.850 --> 00:28:56.209
a dual functions, the only thing available, I would just get that se it's not gonna hurt me.

00:28:57.320 --> 00:29:02.400
Kevin Caves: Okay, that's good to know. Anything else on number 3.

:02.710 --> 00:29:03.590
No.

00:29:04.740 --> 00:29:06.509
Kevin Caves: Okay, moving on.

:34.490 --> 00:29:40.520
I'd probably go with the the 1st one, the $63, one.

00:29:40.900 --> 00:29:41.650
Kevin Caves: Okay.

:41.650 --> 00:29:44.820
Just because it has gfci as well. And

:45.410 --> 00:29:49.399
again, I guess it really depends on what I'm using it for. But at that way. There

:50.160 --> 00:29:55.540
you ever do anything on that circuit down the line that's already fci on it. So for the extra

:57.130 --> 00:29:59.220
$12 it's probably worth it.

00:29:59.590 --> 00:30:00.670
Kevin Caves: Yeah.

00:30:01.360 --> 00:30:07.130
Kevin Caves: So just in general, when you're when you're look now that we've answered a few of these when you're looking at these

00:30:08.178 --> 00:30:10.970
Kevin Caves: choices. Do you feel like you know

00:30:11.150 --> 00:30:16.240
Kevin Caves: you or another electrician is getting enough information to make.

:16.490 --> 00:30:17.060
How many.

00:30:17.410 --> 00:30:18.950
Kevin Caves: Informed decision.

:20.430 --> 00:30:21.630
I mean

:22.520 --> 00:30:31.720
close enough. I think that. So if you're deciding whether to buy a or afci breaker like, they're 2 separate 2 different things

:32.520 --> 00:30:35.660
like I said before, you don't need a gfci

:36.380 --> 00:30:41.319
in every case, but you do need messages to the fci. So

:41.950 --> 00:30:51.084
if the price like this one's borderline. It's $12 more. If you're doing one, it's not a big deal. If you're doing a whole panel full, then that would matter

00:30:51.370 --> 00:30:51.930
Kevin Caves: Right.

:51.930 --> 00:30:59.560
You would only put them on the ones that need the gfci. You'd bly skew our tools and the other ones depending. If you really wanna

293
:00.200 --> 00:31:08.720
high cost. Otherwise, like it may help by seeing them that the ct involves wiring

294
:09.940 --> 00:31:14.850
a a basement. But I guess then that depends, because then state by .

295
:15.100 --> 00:31:26.900
you have the National Electric code. But then here in chusetts, they updated it. So we have to put Asci and everything. Not just like, I think, national electric code. You don't need them in certain areas like.

296
:27.240 --> 00:31:33.624
But in Massachusetts it's every area I have a feeling. It will be area for everybody soon but

297
:35.650 --> 00:31:40.880
It may help to say what type of project you're doing, but.

298
00:31:41.570 --> 00:31:44.049
Kevin Caves: Just, yeah, yeah, I see what you mean.

299
:44.050 --> 00:31:47.999
Just maybe like a sentence like you wire in a basement or something that.

300
00:31:48.370 --> 00:31:49.930
Kevin Caves: Right, right.

301
:50.570 --> 00:31:58.449
And also I, this assumptions here, too, like you're assuming that if I go into a house and the project is.

302
:59.210 --> 00:32:08.579
I just gotta imagine a circuit to an Eaton panel. Obviously I'd be g a neat and breaker regardless. Not. I can't get a g breaker for that panel.

303
00:32:08.860 --> 00:32:09.840
Kevin Caves: Right.

304
00:32:10.480 --> 00:32:18.680

So in that case it would need to be so. You sort of but under ption you're assuming that the electrician would already know they can't do that. So

:19.960 --> 00:32:22.660
so right here, you're really limited to.

:23.300 --> 00:32:26.869
you're either gonna choose one or 2, you know. You can't.

:27.010 --> 00:32:32.220
All 3 of them aren't a possibility unless you're buying everything including the panel.

00:32:32.780 --> 00:32:34.450
Kevin Caves: Right? Right?

00:32:36.100 --> 00:32:38.880
Kevin Caves: Okay? And are, is there any more like

00:32:39.720 --> 00:32:44.240
Kevin Caves: detail about the product that you think we that have.

:44.240 --> 00:32:50.439
No, not really. No, I mean, they're pretty much straightforward on neutral that

:52.080 --> 00:32:57.680
again, if you get one with a plug in neutral, you're assuming that panel accepts it. You got.

00:32:59.340 --> 00:33:03.521
Kevin Caves: Yeah, okay, so there's you don't think there's any any

00:33:05.010 --> 00:33:08.209
Kevin Caves: like vital information that we left out of the table.

:08.840 --> 00:33:11.860
Not really no, not at the table. No.

00:33:11.990 --> 00:33:15.989
Kevin Caves: Okay, okay, all right, let's go into number 5.

:43.310 --> 00:33:46.140
And probably go with the the square. d. 1.

00:33:49.310 --> 00:33:52.660
Kevin Caves: One in the middle. Okay? Or, yeah.

00:33:53.350 --> 00:33:56.389
Kevin Caves: And how did you? How did you decide on that one.

:57.870 --> 00:33:58.679
Just.

:59.030 --> 00:34:02.549
I've had a little better luck with square D,

:04.180 --> 00:34:13.579
and it's the same price as the eaten one. So I would go with that even though it's got the plug on, I mean the pigtail instead of the plug on.

00:34:16.300 --> 00:34:16.710
Kevin Caves: Okay.

:16.719 --> 00:34:19.149
I just want square to be better personally, but.

00:34:19.699 --> 00:34:20.449
Kevin Caves: Okay?

00:34:20.859 --> 00:34:26.589
Kevin Caves: And the pigtail is is that usually for older older panels.

:26.889 --> 00:34:34.519
Yeah. So anything that's most new panels are plug on neutral. So on't need that white pigshell that comes out of the breaker.

:35.349 --> 00:34:57.629
So you go to the neutral bus. So that's like an extra wire in the . So like if you do like a new panel, and you'd have all these little jumpers on top of the all the other regular wiring, whereas plug on neutral, you just run both wires right to the breaker. It's a cleaner look, but in this case I'd I'd rather go with the Schneider Square, d 1.

00:34:58.170 --> 00:34:58.910
Kevin Caves: Yeah.

00:34:59.010 --> 00:35:02.639

Kevin Caves: So so even if it's new panel, you could use the pigtail, it just would be.

:02.640 --> 00:35:03.680
 Yeah, yeah, you.

00:35:03.680 --> 00:35:04.650
Kevin Caves: Go on the left.

00:35:04.780 --> 00:35:05.490
Kevin Caves: Okay.

:05.490 --> 00:35:06.340
 Yeah.

00:35:08.710 --> 00:35:12.246
Kevin Caves: Okay. Alright. So that's good. Thank you. We're we're learning.

00:35:14.130 --> 00:35:16.249
Kevin Caves: Let's go to Number 6. Here we go.

:40.400 --> 00:35:44.429
 I might go with the Siemens one just because it doesn't have the ts in it.

:44.800 --> 00:35:48.400
 As long as I don't need Gsci, which, assuming I don't.

00:35:49.020 --> 00:35:49.650
Kevin Caves: Right.

00:35:52.210 --> 00:35:54.750
Kevin Caves: All right. Let's go to number 7.

:17.380 --> 00:36:20.769
 Have you go with the Siemens dual function, one in the middle.

00:36:22.780 --> 00:36:24.590
Kevin Caves: Okay, how did you pick that one.

:25.611 --> 00:36:29.350
 It doesn't have the tripping defect, and it's a plug on neutral.

00:36:31.040 --> 00:36:33.800
Kevin Caves: Okay, interesting. So that's

00:36:34.490 --> 00:36:39.210
Kevin Caves: so, even though it's almost a $20 price difference, you'd still pick the the Siemens over.

:39.210 --> 00:36:53.880
If, again, if I'm doing like an entire branding panel of it, it make a huge difference if I'm just doing where I'm buying 3 breakers or something like that I'd go with. I'd be the little extra to make it a cleaner install.

00:36:54.340 --> 00:36:58.240
Kevin Caves: Okay, makes sense.

00:36:59.360 --> 00:37:00.319
Kevin Caves: Oh, sorry go ahead!

:02.430 --> 00:37:12.929
I mean, if I was buying it for my own house, and I was paying for thing 100% myself, I would probably go with the cheapest option. But for somebody else I would go with what looks best, and

:13.120 --> 00:37:18.740
you know, if they're happy with my price, then I would be fine with g a little extra to make it work, either.

00:37:18.740 --> 00:37:20.669
Kevin Caves: Yeah, that's fair. That's fair.

00:37:21.310 --> 00:37:23.349
Kevin Caves: Okay. Number 8.

:38.850 --> 00:37:44.119
I'd go with this square d 1, just. It's the only one without that t, and

:44.970 --> 00:37:51.260
like a new cell. And again, as long as they don't need gsci, which

:53.200 --> 00:37:57.100
I guess the questions are all about afci. Not gfci, so.

00:38:00.230 --> 00:38:03.090
Kevin Caves: Yeah, okay, that makes sense.

00:38:05.740 --> 00:38:08.800
Kevin Caves: Yeah. Anything else on 8 before we go on to 9.

:09.230 --> 00:38:10.340
█████ No.

00:38:11.630 --> 00:38:12.390
Kevin Caves: All right.

00:38:14.150 --> 00:38:15.610
Kevin Caves: Here we go!

:21.600 --> 00:38:26.010
█████ Now, my daughter, 2

:32.520 --> 00:38:35.489
█████ actually in this one. I don't think I could purchase any of them.

:36.083 --> 00:38:42.030
█████ 70, I mean, I know I just said Price doesn't matter, but 70 is way
igh for that.

:42.170 --> 00:38:47.980
█████ Sure pigtail, and the other 2 I wouldn't buy because they have that
t.

00:38:47.980 --> 00:38:52.619
Kevin Caves: Yeah, yeah, I mean, that's yeah. You can always pick the the
4th option.

00:38:54.920 --> 00:38:58.220
Kevin Caves: Okay, yeah. Anything else on this question before we move
on.

:58.900 --> 00:38:59.850
█████ No.

:27.060 --> 00:39:34.640
█████ I'd probably go with the the Siemens dual function one in the
e.

00:39:34.640 --> 00:39:37.689
Kevin Caves: Okay? And for the record, how did you pick that one.

:38.744 --> 00:39:45.970
Just cause. It's dual function. So it gives you that gfci as well se I need it for something else.

:48.820 --> 00:39:55.710
Even if I don't need it down the line, you might. It's worth the, opinion. So.

:56.130 --> 00:40:01.210
and the other one that's less money has the issue with it, and

:02.700 --> 00:40:09.540
the plug on neutral is nice, but I'd take the gfci capability over

00:40:10.890 --> 00:40:11.690
Kevin Caves: Got it?

00:40:12.700 --> 00:40:15.039
Kevin Caves: Okay, anything else on number 10.

:15.590 --> 00:40:16.490
No.

00:40:17.030 --> 00:40:20.270
Kevin Caves: Okay, let's move on to number 11.

:35.970 --> 00:40:37.820
I'd go with the Siemens breaker.

:39.310 --> 00:40:44.850
It doesn't have the defect, and it's reasonably priced.

00:40:46.570 --> 00:40:50.699
Kevin Caves: Okay, okay, anything else on 11.

00:40:53.250 --> 00:40:56.569
Kevin Caves: Okay, let's move on to the very last one.

:06.470 --> 00:41:13.380
I'd go with the Siemens. I mean, yeah square D, just it has the functions

00:41:13.540 --> 00:41:15.940

less money than the $70 one.

00:41:18.690 --> 00:41:19.400
Kevin Caves: Yeah.

00:41:20.460 --> 00:41:25.819
Kevin Caves: By the way, do these prices for the most part, are, are they?

00:41:26.340 --> 00:41:28.950
Kevin Caves: Do they seem in line with what you'd actually pay.

:30.530 --> 00:41:39.180
Around here, usually like a dual function breakers or our fault ers are like, well, dual function, and our fault are the same price

:39.530 --> 00:41:42.830
just about always, but to.

:43.100 --> 00:41:50.409
Usually it's like 55 to 58. I never really see him in the seventies s it's

:51.370 --> 00:41:56.449
and I never really see him in the forties, unless Amazon has hing really cheap on sale. But.

00:41:56.890 --> 00:41:57.580
Kevin Caves: Okay.

:57.820 --> 00:42:00.809
Usually everything's in the fifties in Massachusetts, and.

00:42:02.640 --> 00:42:03.320
Kevin Caves: All right.

:03.320 --> 00:42:04.669
Plus single polls.

00:42:05.360 --> 00:42:07.060
Kevin Caves: For the single polls. Yeah. And every.

00:42:07.680 --> 00:42:10.810
Kevin Caves: yeah, everything in this survey is single. Poll. Yeah.

397
00:42:14.170 --> 00:42:18.919
Kevin Caves: Okay, anything else. Before we wrap up the number 12.

398
:20.820 --> 00:42:22.200
 No Nope.

399
00:42:23.010 --> 00:42:26.230
Kevin Caves: Okay. So I think there's just a little bit more.

400
00:42:27.130 --> 00:42:29.580
Kevin Caves: Oh, yeah. So a basic question.

401
:30.370 --> 00:42:31.480
 No.

402
00:42:32.030 --> 00:42:32.740
Kevin Caves: Okay?

403
00:42:36.050 --> 00:42:41.770
Kevin Caves: All right, I think that yeah, that wraps up. We got the progress bar to a hundred percent.

404
00:42:45.520 --> 00:42:46.680
Kevin Caves: So that's

405
00:42:46.920 --> 00:42:58.260
Kevin Caves: I think that's all we have. Right? Yeah, unless you have any, you know, final comments or any anything you think we should know that would, you know, just make the survey more clear, comprehensible.

406
:59.460 --> 00:43:03.039
 No, I mean, the only thing like I said is maybe in those questions.

407
:04.430 --> 00:43:07.820
 yeah, you're assuming that you just.

408
:08.440 --> 00:43:16.020
 you know, ahead of time, whether or not you need a Gsci breaker or Obviously, if you're in a project that needs one, then

409
:16.160 --> 00:43:22.080
 you're limited to that option. But if you don't need it here, sky er, and it's just an optional.

:22.240 --> 00:43:25.579
you know. Well, might as well get it for the future. Then

:26.240 --> 00:43:30.100
it's almost irrelevant to the question other than it's.

:31.220 --> 00:43:35.389
you know, cause the the Gfci and Afci are the 2 separate

:36.400 --> 00:43:40.000
things altogether, even though they have the dual function
ers.

:42.072 --> 00:43:44.199
That would be the only thing I can think of.

00:43:44.530 --> 00:43:47.150
Kevin Caves: Yeah, I, mean, yeah.

:47.150 --> 00:43:53.330
Or make all the questions like, we need dual function for all of
Or you know.

:54.370 --> 00:43:59.020
I don't really know about that one, but that would be the only
stion I have.

00:43:59.950 --> 00:44:02.870
Kevin Caves: Okay? And do you? I mean.

00:44:03.450 --> 00:44:10.939
Kevin Caves: it sounds like when, when you're buying these things, you
have a specific project in mind. I mean, do you? Do you also like?

00:44:11.180 --> 00:44:13.829
Kevin Caves: Do do you also have, like a

00:44:13.980 --> 00:44:18.230
Kevin Caves: you know, an inventory that you try to keep around, that you
would buy.

:18.230 --> 00:44:30.749
Trying to keep just dual function stuff, because obviously, it's
r to have Gfci on there and not just because the code doesn't
require it doesn't mean it's not a good idea to have on there, too.

00:44:30.960 --> 00:44:31.370
Kevin Caves: Okay.

:31.370 --> 00:44:38.220
You know, but in a lot of cases, as as far as price wise.

:38.530 --> 00:44:44.090
very rarely a dual function. Breakers are almost always the same as actual.

:44.940 --> 00:44:50.329
I've never really seen dual function be more than our fault re, at least around here.

00:44:50.730 --> 00:44:51.250
Kevin Caves: Really.

:51.531 --> 00:45:03.349
Seen it the other way, where I've gone and looked for just the fci ers, and they're like $2 more than the dual function ones, which is weird, but which leads me to believe everybody's just putting in dual function stuff.

00:45:03.560 --> 00:45:08.659
Kevin Caves: At least in Massachusetts, where, like, I'm pretty sure our new construction. They probably do that.

:09.120 --> 00:45:11.860
With just dual functions. The whole panel.

00:45:13.270 --> 00:45:21.720
Kevin Caves: I mean, would it? Would it make sense if we in the question, if we said, instead of just saying, You know, assume you're buying for a typical project.

00:45:21.910 --> 00:45:31.800
Kevin Caves: Would it make sense if we asked people to imagine that they're purchasing either for a typical project or just for general inventory. Would that make any sense?

00:45:33.380 --> 00:45:38.320
Kevin Caves: Yeah, general inventory might make sense just to have that might actually.

00:45:38.610 --> 00:45:42.059

You know, cause people might say, Well, I

:42.250 --> 00:45:46.329
want to keep module functions in stock, because some people might Well.

:46.640 --> 00:46:03.419
yeah, I mean, once in a great while I have seen that issue with gerators and stuff only pertain to the Gfci portion of a breaker. Not Asc. So maybe there's some electricians that have it in their head. They don't want a gfci breaker however, in a kitchen. You need it, so

:03.870 --> 00:46:08.059
they're out of luck with that. But yeah, inventory might be a good o do it, or

:09.720 --> 00:46:19.829
because if you see in this particular project, then that's gonna ore time and more things for somebody to read, and more stuff for them to think about, and they might lose interest at that point.

00:46:19.960 --> 00:46:20.970
Kevin Caves: Yeah, that's all.

:20.970 --> 00:46:22.300
That's my.

00:46:22.820 --> 00:46:25.570
Kevin Caves: Yeah, you need to keep these things fairly short shortened.

:25.570 --> 00:46:26.350
You know.

00:46:29.010 --> 00:46:37.890
Kevin Caves: Well, alright, and that's really helped. Honestly, this has all been very good feedback anything else before we sign off. I think we've we've got everything we need.

:37.890 --> 00:46:41.869
No, no, I hopefully, it's helpful. Appreciate it.

00:46:41.870 --> 00:46:47.890
Kevin Caves: Very helpful. Yeah, alright, so we'll we'll then thank you for your time and sign off

00:46:48.830 --> 00:46:51.449

Kevin Caves: if you, if you need to get in touch with the

00:46:51.630 --> 0          30
Kevin Caves: with ▮▮▮▮▮▮ from Newton X. Would be the person. If you have any, follow u▮▮▮▮▮▮ns, we don't.

:56.890 --> 00:46:57.300
▮▮▮▮ Okay.

00:46:57.300 --> 00:46:59.620
Kevin Caves: Potentiality. We don't have your contact info, or anything.

:59.620 --> 00:47:04.220
▮▮▮▮ Yeah, that's fine. Okay, alright, appreciate it.

00:47:04.220 --> 00:47:05.369
Kevin Caves: Have a good day, take care!

:05.370 --> 00:47:06.880
▮▮▮▮ Thanks you too. Bye.

```
WEBVTT

00:01:07.450 --> 00:01:09.460
Kevin Caves: Hello! Good afternoon.

00:01:16.900 --> 00:01:18.709
Kevin Caves: Can you hear me? Okay.

00:01:26.630 --> 00:01:28.590
Kevin Caves: Hi, anybody there?

00:01:30.970 --> 00:01:33.107
NewtonX: Hello! This is.

00:01:33.820 --> 00:01:34.910
Kevin Caves: Hi! How are you?

00:01:35.460 --> 00:01:37.199
NewtonX: I'm fine. What about you?

00:01:37.200 --> 00:01:38.140
Kevin Caves: Doing. Great.

00:01:38.480 --> 00:01:42.790
Kevin Caves: do we have? Oh, it looks like it looks like, okay, it looks
like we're connecting now. Okay? Good.

00:01:43.740 --> 00:01:45.199
NewtonX: Yes, he's here.

00:01:48.200 --> 00:01:49.610
Kevin Caves: Hi! Good afternoon!

    :    780 --> 00:01:51.889
██████ ██    Hi, Kevin, this is ████ █

00:01:52.490 --> 00:01:55.631
Kevin Caves: Well, thank you so much for for joining. Yeah.

    :    980 --> 00:01:57.559
█████ ██    Very welcome, my pleasure.

00:01:57.990 --> 00:02:03.989
```

Kevin Caves: So it sounds like I can hear you, and you can hear me, or are we loud and clear?

:  .990 --> 00:02:04.880
███  ██   All good.

00:02:05.160 --> 00:02:06.669
Kevin Caves: Alright excellent.

00:02:07.470 --> 00:02:28.140
Kevin Caves: So okay, I'll I'll read some kinda introductory language, and and then we can get started with with the interview and the questions, and I believe we're booked until 2 30 today. So so we might take the full hour might take us a little less. But we'll we'll definitely have you have you out of here by 2 30?

00:02:30.130 --> 00:02:45.600
Kevin Caves: alright. So here we go. Thank you very much, of course, for agreeing to participate in today's interview. My name, as you can see, is Kevin Caves. I'll be conducting the interview. I work for a consulting firm called Mcclave and Associates.

00:02:45.910 --> 00:02:52.329
Kevin Caves: and I'm also joined on this call by Devin Myers. As you can see, she also works for Mclaven associates.

00:02:53.210 --> 00:03:00.719
Kevin Caves: As you know, this interview is being recorded. Your participation and responses to this.

00:03:01.370 --> 00:03:11.099
Kevin Caves: the questions we ask you are anonymous and confidential. Your personal information is protected and will not be shared or disclosed. The purpose of of this

00:03:11.970 --> 00:03:18.790
Kevin Caves: this interview is going to be to get your feedback on a survey that we're in the process of preparing

00:03:19.438 --> 00:03:29.630
Kevin Caves: and it it has. You'll see it has to do with products that electricians use. So we were talking to electricians like you to get their feedback to make sure that

00:03:29.770 --> 00:03:33.410
Kevin Caves: you know our questions, make sense and are as clear as possible.

00:03:35.550 --> 00:04:03.960
Kevin Caves: so what I'm gonna do is in a moment we're gonna share a screen with you, and we'll go through each of the questions that we're we're we're looking at that we're testing. So each time I'll give you, you know, time to read the question. Think about how you would answer. Some of them are very straightforward, and you know the answer is fairly obvious. Others, you know, are going to be a little more unfamiliar, and take a little more time. But just take as much time as you need to read the question

00:04:04.240 --> 00:04:06.230
Kevin Caves: and decide on your answer.

00:04:06.460 --> 00:04:12.090
Kevin Caves: and and then, after each question, when you've decided on the answer, I will usually

00:04:12.220 --> 00:04:35.059
Kevin Caves: pause and ask for your feedback on the question you know, asking you how you came up with the answer, and what you thought about the question whether anything could be done to clarify it. That kind of thing. At any time, if you're unsure, what a question is asking for any reason, or if you're unsure about anything else. Just let us know. You know, we're very much interested in making this

00:04:35.720 --> 00:04:44.668
Kevin Caves: you know, getting getting all the bugs out of this. So it's so it's clear to all the people that take the survey in the future. Okay, with all that in mind.

00:04:45.390 --> 00:04:49.770
Kevin Caves: do you have any questions before we get started with the survey.

:   .770 --> 00:04:50.890
███  █    No, sir.

00:04:51.220 --> 00:04:55.647
Kevin Caves: Okay, alright, let's get. Excuse me, yeah, let's get started.

00:04:56.270 --> 00:05:01.568
Kevin Caves: So Devin's gonna share her screen. Let's see if the survey has loaded up. Okay, good.

00:05:03.750 --> 00:05:06.487
Kevin Caves: So it should pop up in a moment.

: 180 --> 00:05:10.219
█████ ██ I I see it.

00:05:10.820 --> 00:05:12.173
Kevin Caves: Okay, good.

00:05:13.370 --> 00:05:19.939
Kevin Caves: okay. So so just, you know, let's go ahead and read through the question and let us know how you would answer it.

: .146 --> 00:05:23.359
██████ ██ That. I wish to continue with the survey.

00:05:23.920 --> 00:05:26.829
Kevin Caves: Okay, let's go to the next one.

: 930 --> 00:05:35.589
██████ ██ I'm on a laptop. Can this be made any a little bit? Georgia is a

00:05:35.970 --> 00:05:39.279
Kevin Caves: Oh, is it? Is it? Is the image too small for you.

: 280 --> 00:05:42.500
██████ ██ Little small feel like I'm at the eye doctor.

00:05:43.240 --> 00:05:43.930
Kevin Caves: Hmm!

00:05:44.430 --> 00:05:45.720
Kevin Caves: Let's see.

: 980 --> 00:05:48.590
██████ ██ We can get. There we go. That's good.

00:05:48.830 --> 00:05:49.370
Kevin Caves: Yeah.

: 370 --> 00:05:49.840
██████ ██ Yeah.

00:05:49.840 --> 00:05:59.319

Kevin Caves: Yeah, so that's exactly the kind of thing we we we, you know, thanks for speaking up. If if other questions, if you want us to zoom in, or anything. Just let us know.

:   .520 --> 00:06:00.130
Okay.

00:06:01.490 --> 00:06:03.229
Kevin Caves: Okay. So Georgia.

00:06:06.760 --> 00:06:16.249
Kevin Caves: huh? The service taking a little longer to load. But that's okay. Okay, next one's pretty straightforward.

:   4        :06:18.170

00:06:18.740 --> 00:06:19.800
Kevin Caves: Okay.

:   660 --> 00:06:33.589
Arc fault circuit interrupter. So 3rd one down. Looks like, sorry that yeah, there you go.

00:06:34.160 --> 00:06:39.369
Kevin Caves: So, okay? And just just for the record, how did you decide on your answer to this question?

:   610 --> 00:06:42.250
That's just tribal knowledge in the trade.

00:06:42.630 --> 00:06:48.200
Kevin Caves: Okay, good. That's that's what we thought. Okay, so it's so, would you say

00:06:48.360 --> 00:06:52.599
Kevin Caves: most or all electricians would be familiar with that abbreviation.

:   600 --> 00:06:56.499
If they're truly an electrician, and not just calling e   s that. Yes.

00:06:56.760 --> 00:07:00.329
Kevin Caves: Okay, perfect. All right, let's go to the next one.

350 --> 00:07:11.120
Yes.

00:07:12.170 --> 00:07:13.080
Kevin Caves: Okay?

00:07:13.600 --> 00:07:16.970
Kevin Caves: And seem

00:07:17.100 --> 00:07:21.970
Kevin Caves: seems kind of obvious. But I'll ask it anyway. How did how did you decide on your answer to this question?

720 --> 00:07:25.849
It's the national electrical code requirement

280 --> 00:07:32.520
that we install them when we're doing new work, and in certain cases as well.

00:07:33.360 --> 00:07:34.070
Kevin Caves: Okay?

00:07:34.690 --> 00:07:41.229
Kevin Caves: And when we we have this note at the end of the question, does that make sense to you?

280 --> 00:07:48.470
Throughout the survey. If it refers to breakers. Yes, y.

00:07:48.670 --> 00:07:51.240
Kevin Caves: Okay, great. We can continue Devin.

073 --> 00:08:07.620
Schneider, Electric, Eaton and Siemens.

00:08:11.210 --> 00:08:15.510
Kevin Caves: Okay? And just for the record, how did you arrive at your answer to this question?

740 --> 00:08:22.810
That's schneider is what I solely use unless I have to use lse. And I I know Eaton and Siemens are

: ___200 --> 00:08:33.269
popular brands that are available in a crunch at big box stores
L__e's and Home Depot. They have a pretty good presence there.

00:08:34.419 --> 00:08:38.329
Kevin Caves: Okay, okay, yeah, we can move on.

: ___230 --> 00:08:52.110
So 1, st one electrical supply distributors, second, one

: __.570 --> 00:09:05.680
purchased from ebay as well. I don't know how you want to
i___that as other. Sure.

00:09:07.200 --> 00:09:10.869
Kevin Caves: Sure, any any others.

: __.700 --> 00:09:12.690
No.

00:09:13.120 --> 00:09:16.580
Kevin Caves: Okay. And just for the record, how did you arrive at your answer?

: __.695 --> 00:09:24.109
So my 1st choice is my electrical supply house. That's where I
s___f my business, but they're not open

: ___370 --> 00:09:28.690
half a day on Saturday holidays and weekends. So I have to go

: ___315 --> 00:09:31.839
the big box retailers. And then, when I'm

: ___160 --> 00:09:42.520
working on a project for my clients, I tend to protect their
c___ interests as well. So I'll competitively shop using the
Internet as my

: ___920 --> 00:09:44.509
primary tool to do that.

00:09:45.560 --> 00:09:53.600

Kevin Caves: Got it. And do you find that the prices are different in the supply houses versus the big box retailers.

: .600 --> 00:09:58.179
Absolutely. They're usually more at the supply House.

00:10:00.930 --> 00:10:02.650
Kevin Caves: Oh, interesting. Okay.

00:10:04.000 --> 00:10:11.550
Kevin Caves: And and how is it? What? What are the what are people paying for when they pay that extra to get it from the supply house.

: 100 --> 00:10:16.659
Primarily it's ready. When I walk in the door via will call

: 860 --> 00:10:19.699
I can. I can go in, pick it up and leave.

: 790 --> 00:10:44.319
and then I don't end up spending money on bird seed and
l  r seeds and fertilizer and other things that I don't really need. But no, it's just, you know, time is money. So going in and getting the product, I know the product is there. Sometimes the big box websites aren't aren't correct. We experienced a lot of that during the pandemic where the sites weren't updated, frequently based on, you know, their customer purchases throughout the day.

: 320 --> 00:10:52.860
So if I call in a will call order. I can put it in at night.
r  y for me in the morning unless they call me or email me back, saying that they don't have

: 960 --> 00:10:57.809
the the order in in full or part, then I can go elsewhere to
u  he balance

: 950 --> 00:11:02.100
that's necessary. But so in summary, it's probably it's
b  convenience.

00:11:02.630 --> 00:11:03.330
Kevin Caves: Okay?

00:11:04.140 --> 00:11:14.099

Kevin Caves: And when you're when you're out making these purchases are, are you? Do you have an inventory that you that you like to maintain. Or do you? Do you go out and

00:11:14.330 --> 00:11:17.290
Kevin Caves: buy whatever the job requires when you get the job.

: 952 --> 00:11:39.850
 I I do have a a small inventory in the on the truck in the shop bit, you know. Maybe a medium inventory in the shop. But I you know I like to have on the truck what I need when I, when I pull into a client's facility, so that I don't have to bill for shopping time and travel time and that sort of thing.

00:11:40.240 --> 00:11:44.189
Kevin Caves: Okay, okay, thanks. Good. We can move on.

: 240 --> 00:11:58.180
Where have I purchased most of them, I would say.

: 410 --> 00:12:03.509
At big box retailers.

00:12:04.800 --> 00:12:05.780
Kevin Caves: Oh, okay.

: .270 --> 00:12:10.460
And the reason for that is they'll go on sale.

: 680 --> 00:12:15.739
It's a lower price, and they usually have a better quantity

: 280 --> 00:12:22.710
So if I, if I need 8, and I buy 10, and I get a discount. 2 are o stock.

00:12:24.410 --> 00:12:25.270
Kevin Caves: Okay.

: 280 --> 00:12:30.760
And I I'm in and out of my shop frequently enough to know if my is getting too big.

00:12:31.570 --> 00:12:32.370
Kevin Caves: Okay.

00:12:33.270 --> 00:12:41.019
Kevin Caves: okay, that's interesting. Yeah, I would have thought you. You chose the 1st one. But no, I see why I see why you're.

:    280 --> 00:12:56.199
Yeah. If if my local supply house carried the Schneider brand I would probably get them more from the supply house. But they don't. They're a Siemens distributor primarily, and they got rid of Eaton

:    .960 --> 00:13:04.300
was a good decision. And so if I need eaten, I have to go to a tore.

:    900 --> 00:13:16.369
So you know, that draws me to their website so that even there ace an advance order and then have it will called for me when I get to say Lowe's or Home Depot. Those are my 2

:    937 --> 00:13:22.840
big go-tos, but I'll check Amazon as well. It just depends on ing the most at that

:    410 --> 00:13:29.529
time of the year. And who's got who's gonna offer the best overall, I'd say that the big box stores are

:    770 --> 00:13:32.339
are most consistent with best prices.

00:13:33.240 --> 00:13:34.109
Kevin Caves: Got it.

00:13:34.570 --> 00:13:35.480
Kevin Caves: Okay.

:    880 --> 00:13:38.830
They offer free shipping as well too.

00:13:38.830 --> 00:13:41.150
Kevin Caves: Oh, yeah, yeah, that that's important.

:    150 --> 00:13:41.700
Yeah.

00:13:41.700 --> 00:13:49.130
Kevin Caves: Yeah, free. That's interesting. And this and the the supply shops will charge you for shipping. If if you don't go in and get it yourself.

:    130 --> 00:14:06.110
██████ ██ Yes, well, I I say that. But no it within, and if I have a er they'll they'll put it on their truck and deliver it to my shop or deliver it to my job site. But it has to be a substantially large order, and I and I respect that I understand why that is.

00:14:06.420 --> 00:14:07.920
Kevin Caves: Yeah. Yeah.

00:14:08.600 --> 00:14:12.649
Kevin Caves: Okay. Alright anything else on this one before we move on.

:    650 --> 00:14:13.220
██████ ██ No.

00:14:13.550 --> 00:14:17.070
Kevin Caves: Okay, alright. Next one.

00:14:20.160 --> 00:14:22.189
Kevin Caves: Oh, we know the answer to this one.

:   .190 --> 00:14:24.060
██████ ██ Yes, Georgia and South Carolina.

00:14:25.780 --> 00:14:29.690
Kevin Caves: And okay. So that means we know the answer to the next one, too.

:    400 --> 00:14:39.999
██████ ██ Did they have South Carolina on there.

00:14:40.580 --> 00:14:41.159
Kevin Caves: Yeah, we can.

:    160 --> 00:14:41.710
██████ ██ Dakota.

00:14:43.060 --> 00:14:44.170
Kevin Caves: Yeah, it's there.

00:14:44.540 --> 00:14:45.560
Kevin Caves: Alright, very good.

00:14:47.010 --> 00:14:51.609
Kevin Caves: Yep, it's there. But they that's that's a good thing to check, you know. That's

00:14:52.610 --> 00:14:57.450
Kevin Caves: sometimes you, miss. Sometimes we miss the the basic stuff. Yeah, here's the next one.

:   890 --> 00:15:07.260
Let's see if we done any surveys any of these other category.

:   650 --> 00:15:11.230
I did a survey just yesterday on

:   .520 --> 00:15:17.870
artificial intelligence, and primarily, Alexa and Google Nest

:   190 --> 00:15:23.239
I don't use Google Nest, but I do use Amazon's Alexa stuff.

00:15:23.580 --> 00:15:30.371
Kevin Caves: Yeah, okay, well, that's definitely in a different category from us. So.

00:15:32.580 --> 00:15:35.099
Kevin Caves: All right. Interesting. Next next question.

00:15:39.250 --> 00:15:40.260
Kevin Caves: Here we go.

:   190 --> 00:15:52.890
Yes, second.

00:15:54.740 --> 00:15:58.749
Kevin Caves: Okay, alright, we can move on Devin.

00:15:59.340 --> 00:16:05.380
Kevin Caves: Oh, oh, we have to. Thanks for reminding me alright. We're gonna pause. The screen share to shift over to

00:16:05.670 --> 00:16:08.000
Kevin Caves: a slightly different part of the survey.

:   .160 --> 00:16:08.720
▮▮▮▮ ▮▮ Okay.

00:16:13.720 --> 00:16:17.179
Kevin Caves: Yeah. The next part of the survey is going to be

00:16:18.027 --> 00:16:21.600
Kevin Caves: the questions are, gonna be a little bit longer and

00:16:21.930 --> 00:16:26.609
Kevin Caves: more detailed, and we'll probably have a little more
discussion around them.

:   960 --> 00:16:27.540
▮▮▮▮ ▮▮ Okay.

00:16:33.490 --> 00:16:43.050
Kevin Caves: But yeah, we always we pause the screen sharing. And we
wanna make sure we're, you know, every time we do one of these
interviews. We try to improve the survey. So we wanna make sure you're
seeing the

00:16:43.310 --> 00:16:46.449
Kevin Caves: the latest and greatest version. Okay, here's the next
question.

:   780 --> 00:16:47.359
▮▮▮▮ ▮▮ All right.

:   790 --> 00:17:08.090
▮▮▮▮ ▮▮ very good. I understand.

00:17:08.839 --> 00:17:16.809
Kevin Caves: Okay, so in your own words, how do you describe what this
question is is asking or describing.

:   540 --> 00:17:21.469
▮▮▮▮ ▮▮ Sounds like to me. You're going to show me 3 images

:   710 --> 00:17:25.840
▮▮▮▮ ▮▮ of an arc fault circuit interrupter, whether it be a breaker or

359 --> 00:17:32.160
a device and you're going to ask me to choose which of the 3

.300 --> 00:17:34.720
I would most likely purchase for

240 --> 00:17:39.740
for my use in a project, or to keep in my shop and on my

00:17:40.920 --> 00:17:42.373
Kevin Caves: Yeah, exactly.

00:17:43.430 --> 00:17:48.540
Kevin Caves: Any anything you feel would needs to be clarified, or any more feedback on this one.

.700 --> 00:17:57.350
No, I say also, you're you're giving me the choice to say I buy any of the 3 that you show me so. No, I I think I understand very well.

00:17:57.660 --> 00:18:00.680
Kevin Caves: Okay, excellent. Let's move on.

.810 --> 00:18:08.750
I understand.

00:18:09.860 --> 00:18:12.650
Kevin Caves: Okay, alright, we can move on.

00:18:16.110 --> 00:18:19.269
Kevin Caves: Okay, this, this has a lot of text, and we're gonna have to.

00:18:19.410 --> 00:18:22.539
Kevin Caves: I think, why don't we keep it zoomed in Devon, and

00:18:22.890 --> 00:18:25.619
Kevin Caves: and we can just scroll down as █████ reads it.

420 --> 00:18:37.479
Very well know that 1st paragraph.

00:19:14.570 --> 00:19:15.919

█████ ██ Okay, you can scroll down.

: 160 --> 00:19:35.320
█████ ██ I understand.

00:19:36.530 --> 00:19:42.216
Kevin Caves: Okay? So yeah, in in your own words, what do you think this

00:19:42.720 --> 00:19:45.049
Kevin Caves: question is asking or describing.

: 500 --> 00:19:57.420
██████ ██ Well, it's it's it's discussing the nuisance tripping problem i██ ery well known with 2 of the 3 manufacturers that that I have used in the last

: 730 --> 00:19:59.219
██████ ██ year plus.

: .410 --> 00:20:07.359
██████ ██ And then it's providing some of the root causes that the t██ is claiming

: 650 --> 00:20:11.249
██████ ██ are causing this nuisance tripping effect.

: .390 --> 00:20:17.039
██████ ██ and I agree with everything that's that's been stated there.

: 220 --> 00:20:23.240
██████ ██ I that's not to mean that that's what I've experienced. It's t██ I understand that

: 690 --> 00:20:28.560
██████ ██ the 6 items listed could certainly be potential root causes of n██ tripping.

00:20:29.620 --> 00:20:33.169
Kevin Caves: Okay? And you mentioned there were 2 manufacturers.

: 320 --> 00:20:47.810
██████ ██ 2 of the 3 that I've used. Eaton and Siemens are well known to n██ ance tripping issues. I've never had a nuisance tripping issue with the Schneider product, square d.

00:20:48.160 --> 00:20:49.000
Kevin Caves: Okay.

      :   .310 --> 00:20:50.120
    Yeah.

      :   120 --> 00:20:51.940
    Be their home Line series.

00:20:52.170 --> 00:20:53.620
Kevin Caves: Their home line right?

00:20:54.110 --> 00:20:59.479
Kevin Caves: And when when you have had a nuisance tripping problem, how have you dealt with it?

      :   650 --> 00:21:21.380
    Replaced. Well, I'll go out and investigate and look the 1st l want to do, if there's no if the client tells me that they weren't doing anything differently today than what they were doing yesterday or 6 months ago. They don't have any new appliances or anything. The 1st thing I'm going to do is check the generation

      :   898 --> 00:21:30.542
    number on an Eaton breaker and on a Siemens breaker. I have to te code, and I don't keep the the date code, but because my

      :   .400 --> 00:21:50.729
    I don't keep track of the date codes, but because my supply a Siemens distributor. I can shoot them a photo of the date code, and they can tell me if it's within an affected range pretty quickly, and then we can start to plan corrective action with with Eaton. I know that Gen. 6 and 6.1

      :   840 --> 00:22:04.660
    breakers are their most current. I've been with them from n through Gen. 4. And now we're up to Gen. 6. Finally, at Gen. 6, I haven't had any tripping issues lately, and and I've replaced quite a few

      :   900 --> 00:22:21.169
    of of their breakers. And so what we have to do there is get l t to call Eaton and let them know that a licensed electrician was out. We typically send. Ask the client to send them a photo of their panel board, so Eaton can count the quantities and and amperage

00:22:21.490 --> 00:22:48.390

█████ ██ amperage ratings of each of the breakers that we need. They'll
     s██ the replacement breakers. I'll go back and and replace the
breakers with Siemens. It's a similar story. I just have to wait for the
breakers to come in and then go back out and replace them. And one thing
that just it's I don't like these situations, because neither of those
manufacturers are paying for labor, and that's why they've got class
action lawsuits out against, partly in part, why the class action
lawsuits out against them.

198
00:22:48.390 --> 00:22:53.830
Kevin Caves: Oh, I see. So you you can get them to replace the breaker,
but they won't compensate you for the extra time.

199
:   830 --> 00:22:55.680
████ ██ Correct, correct.

200
00:22:56.160 --> 00:22:58.439
Kevin Caves: Okay? And and how?

201
00:22:59.260 --> 00:23:04.809
Kevin Caves: How long in your have has this? Has nuisance tripping been
an issue in your experience?

202
:   410 --> 00:23:10.289
████ ██ Oh, gosh! I would say, for at least the last 4 years.

203
00:23:10.900 --> 00:23:12.330
Kevin Caves: Really okay.

204
00:23:13.010 --> 00:23:19.650
Kevin Caves: And what about for? Well, the 2 brands you mentioned Eaton
versus Siemens is the time period similar for both.

205
:   .830 --> 00:23:20.670
████ ██ Yes.

206
00:23:21.070 --> 00:23:21.890
Kevin Caves: Okay.

207
00:23:22.590 --> 00:23:34.499
Kevin Caves: Alright. That's that's interesting. Anything else about this
question that you feel. You know you would recommend changing or
clarifying, or rewording, or anything like that.

208
:   500 --> 00:23:37.071
████ ██ No, - not at all. If

: 730 --> 00:23:45.449
if you get anybody that's asking about lighting. One of the causes surrounding lighting is that the lamp

: 640 --> 00:23:50.100
will get loose in the socket, and and that needs to be checked.

: 160 --> 00:24:15.790
It's there's evidence that it's been loose. 1st of all, if you o hand on the lamp and can easily unscrew it. You know that it's it's probably loose, but you can also look for arcing in there, and so I will explain to the client that that's always a potential root cause there. We know that there are some appliance manufacturers that are claiming that their appliance will trip an arc fault, rated Breaker, and we can.

: 130 --> 00:24:19.990
We can. We can deal with that as well.

: .150 --> 00:24:26.820
But no, I think I think the question itself is is pretty well w ten.

00:24:27.570 --> 00:24:30.639
Kevin Caves: Okay, all right. Good. We can move on then.

00:24:36.370 --> 00:24:43.520
Kevin Caves: Okay, now, we're starting with the 1st of these 12 purchase decision. Let us know if you need to, just to zoom in at any point.

: 520 --> 00:24:44.230
Okay.

: 620 --> 00:24:49.499
the middle one. Schneider, electric.

00:24:52.210 --> 00:25:00.791
Kevin Caves: Okay? So you, you have the option of those 3 or not purchasing any you chose. Snyder. Electric. Yeah. So

00:25:01.820 --> 00:25:05.300
Kevin Caves: yeah, just describe the the your thought process. There.

: 300 --> 00:25:09.649
Well, I I have a great deal of experience with

: 960 --> 00:25:18.629
General Electric and with Eaton, even prior to when the code requiring arc, fault, protection.

: 750 --> 00:25:35.660
4 bedrooms alone, and such. So we go back quite a ways. And st never, ever had a problem with the square D product. It installs better whether it's an arc fault breaker or not. And you know, I I

: 110 --> 00:25:41.039
I go with what is is going to work because whatever I choose.

: 200 --> 00:25:46.059
You know my my client is going to evaluate me, based on

: 180 --> 00:25:56.209
on what I provide, and I will explain to them that they may pay her price for the Schneider product. But it's what I have in my own home. It's what I have in my shop.

: 400 --> 00:25:59.440
It's what I'm installing in my new home. So

: 450 --> 00:26:05.569
I I and then I just summarize by saying, I I don't want to be g ck

: 690 --> 00:26:09.810
on warranty calls or nuisance. Tripping calls.

00:26:12.160 --> 00:26:12.880
Kevin Caves: Right?

00:26:15.590 --> 00:26:19.149
Kevin Caves: So so we've we've listed, you know, some features of the

00:26:19.590 --> 00:26:30.790
Kevin Caves: you know of each product, you know, including the price. Obviously, whether it has the nuisance, tripping defect or not, and other technical details in the brand. So it

00:26:31.600 --> 00:26:38.869
Kevin Caves: does. This seem like enough information for you to make a, you know, reasonably informed decision about purchasing.

:     070 --> 00:26:40.210
No, absolutely.

00:26:41.200 --> 00:26:41.960
Kevin Caves: Okay.

:     390 --> 00:26:50.529
I mean, I guess my decisions primarily on reputation of the n I I frankly didn't really even read through all the

:     .780 --> 00:26:54.580
stuff down below the manufacturer's name. I didn't need to.

00:26:54.890 --> 00:26:55.710
Kevin Caves: Okay.

00:26:56.290 --> 00:27:02.620
Kevin Caves: so would it. But but would it make a difference to you whether it was a single function versus a dual function? For example.

:     960 --> 00:27:06.709
No, I buy. I buy both types.

00:27:07.120 --> 00:27:08.620
Kevin Caves: I see, I see.

00:27:09.490 --> 00:27:15.239
Kevin Caves: And what about whether it's a it has the plugin pigtail type or the plug on neutral type.

:     580 --> 00:27:27.089
Well, I'm I'm if it's a new project. I'm gonna buy the plug on a because that's the way most of the manufacturers have gone with their load centers and and but if I'm going out on a replacement

:     878 --> 00:27:39.379
call, then then I'm gonna have to buy whatever is necessary, e t's the the pigtail or the the plug on neutral. I, of course, prefer the plug on neutral, much easier to install.

00:27:39.780 --> 00:27:46.149
Kevin Caves: Okay, okay, anything else on this one before we move on.

:     570 --> 00:27:47.120
Nope.

00:27:47.640 --> 00:27:49.519
Kevin Caves: Okay, let's go to number 2.

:    510 --> 00:28:05.729
Okay? So

:    260 --> 00:28:19.669
so in this question, you're asking me if if these were my only
n   which would I purchase? And but I still have the right to
refuse.

:    000 --> 00:28:26.980
and so it would depend in this case on what the project
f   tions called for.

:    130 --> 00:28:34.550
and what I would most likely do is, submit a an exception.

:    .210 --> 00:28:39.479
I would price the project based on the Siemens product.

:    870 --> 00:28:45.140
But I would if let the bid.

:    .060 --> 00:28:51.200
In other words, if I was given the the project, I would submit
c   ion

:    320 --> 00:28:54.900
to use the Schneider product, and

:    010 --> 00:28:59.769
if there was a price difference up or down, that would be
l   tated.

00:29:02.050 --> 00:29:03.020
Kevin Caves: Okay.

:    020 --> 00:29:10.540
And I'm doing that as a matter of record, to go on record that
g   ed the best in the business.

00:29:10.690 --> 00:29:17.040

████ ██ and that the client chose to not go with with that
m    ation.

Kevin Caves: Sure.

That's that's to protect my reputation. And it's to protect me
h   ng to go back and change these things out when they nuisance
trip.

Kevin Caves: Yeah.

Kevin Caves: Yeah. So yeah, so there's the.

Kevin Caves: there's the Siemens single function. There's a Siemens dual function. And there's the Abb single function, the 2 Siemens products. You can see they have the defect, the other one doesn't. So

Kevin Caves: so it sounded like you were going for one of the 2 Siemens products.

If if I had no other choice here in this matter, if it was a
i   tion, and the spec said acceptable manufacturer, Siemens or Abb. I'm I'm going with Siemens.

Kevin Caves: Okay.

And and if I'm let the job, then I'm going to submit

a document. I'm not going to submit the document during the
n   rocess. This is a game, and there's some serious rules in the game. But if I'm let the job I'm going to go on. As a matter of record. I'm going to go on and submit the recommendation that we change to the Square D or Schneider electric product.

Kevin Caves: Yeah, okay. And so, which which of the 2

00:30:37.350 --> 00:30:44.609
Kevin Caves: Siemens products would you choose here in this situation, assume? Assuming you wouldn't just opt out and and choose none of them.

: 610 --> 00:30:53.089
███ ██ Well, I I would choose both because each has a specific
█s██ There are some circuits that don't need to be ground fault protected.

: 450 --> 00:30:57.529
███ ██ so I would choose the Afci breaker for those circuits and

: 720 --> 00:31:04.899
███ ██ kitchen circuits that are required to be both Afci and Gfci
█c██ . I would choose those breakers for that purpose.

00:31:04.900 --> 00:31:06.450
Kevin Caves: Okay, that makes sense.

00:31:07.199 --> 00:31:29.080
Kevin Caves: Okay, let's just we can move on to the next one. Devin. We can just click on the 1st one just right now. The survey will only accept 1 1 choice. So we're just gonna put you down for for that one. So we can continue, but we understand that you, you know you'd you'd be interested in either of them, depending on on the on the details of the project.

: .080 --> 00:31:40.189
███ ██ Yeah. And and another weird thing that happened last Friday I
█c██ 30 Eaton breakers, and we had sent the photo into Eaton, and Eaton sent out all combination arc fault ground fault

: 300 --> 00:31:43.189
███ ██ breakers. So you know that

: 610 --> 00:31:52.909
███ ██ I don't. I don't like that, because the ground fault option
███ se some things to trip when there's really not a ground fault condition to worry about. But.

00:31:53.300 --> 00:31:56.060
Kevin Caves: Oh, so so! There's a disadvantage.

: 210 --> 00:31:58.410
███ ██ There is. Yeah.

00:31:59.060 --> 00:32:00.868

Kevin Caves: Okay, that's useful to know.

00:32:01.980 --> 00:32:08.049
Kevin Caves: Okay, moving on to choice number 3.

00:32:08.560 --> 00:32:11.979
Kevin Caves: So again, you know, you just.

:   980 --> 00:32:12.370
See.

00:32:12.370 --> 00:32:16.870
Kevin Caves: Purchasing for a typical project, or for general inventory, and.

:   620 --> 00:32:20.619
Both Schneider electric categories. There.

00:32:22.090 --> 00:32:25.140
Kevin Caves: Yeah, so

00:32:30.370 --> 00:32:36.849
Kevin Caves: so would it make a difference to you like, if you only had to choose one of those 2 Schneider electrics which which one would you go for?

:   .980 --> 00:32:43.490
Well, if you're telling me that the Afci does have nuisance defect.

:   630 --> 00:32:51.800
then I would go with the combination device. I don't know that case at all. So if you need to check one box.

:   900 --> 00:32:55.279
it would be the center one based on

:   550 --> 00:32:57.800
the 1st one having the nuisance issue.

00:32:58.120 --> 00:32:58.860
Kevin Caves: Okay?

00:32:59.590 --> 00:33:04.410

Kevin Caves: And then I would totally steer clear of eaten total. Okay, that's fair.

00:33:05.560 --> 00:33:07.429
Kevin Caves: All right. Next one.

: 220 --> 00:33:19.150
█████ ██ You know the center Schneider Electric.

00:33:21.230 --> 00:33:25.690
Kevin Caves: Okay? And just for the record, what's the the reason for that choice.

: 730 --> 00:33:27.210
█████ ██ Brand reputation.

00:33:28.330 --> 00:33:31.539
Kevin Caves: Got it? Okay, anything more on this question.

: .200 --> 00:33:32.730
█████ ██ Nope.

00:33:33.160 --> 00:33:34.809
Kevin Caves: Alright! Let's move on.

: .810 --> 00:33:39.639
█████ ██ And you'll well, you'll notice I I didn't even say anything ce.

00:33:42.360 --> 00:33:42.790
Kevin Caves: Yeah.

: 790 --> 00:33:45.700
█████ ██ And that you're showing that breaker to be less than the n

: 940 --> 00:33:49.689
█████ ██ And and I think you've got you do have pretty accurate

: 820 --> 00:34:05.800
█████ ██ cost information there based on my quantity purchasing through p house of the Siemens product, and which is available at big box stores as well. But I think your pricing is is pretty close there. But still I didn't pay any attention to that when I made my decision.

00:34:06.390 --> 00:34:07.940
Kevin Caves: I see. Okay?

00:34:10.239 --> 00:34:22.809
Kevin Caves: yeah, yeah. Let's keep that in mind for the future ones. If it's, you know, if you see pricing that that looks reasonable. That's good to hear. If you see pricing that looks off. That's good for us to know too.

009 --> 00:34:37.019
I am still going with Schneider Electric. In this case.

00:34:38.840 --> 00:34:44.869
Kevin Caves: Okay? And what's the reason for the choice? Probably brand reputation. But.

870 --> 00:34:50.088
Be well brand reputation, but also because I have professional a es that

.620 --> 00:34:58.969
are also personal friends. That work for Schneider and I can t and get product and get reimbursed

300 --> 00:35:05.070
for a reasonable amount of time to replace the breakers.

00:35:05.620 --> 00:35:12.270
Kevin Caves: So so even if the defect came up, you could still, you know, wouldn't be ideal. But you could. You could manage it.

270 --> 00:35:17.570
Yeah. And and this is a, this is the result of a very long

720 --> 00:35:27.309
positive relationship with Schneider. And so I probably won't c ge my full rate to help them maintain their image.

788 --> 00:35:57.270
And and that's fine with me. But this also lets me go out to e olks who've built their, you know, dream home and and don't you know they're now on a fixed income? It helps me deal with my veteran clients who've been given either at no charge or a subsidized home, and they, too, don't have a lot of money to pay for somebody to come out and correct the manufacturer's problem. So yeah.

00:35:58.630 --> 00:35:59.900
Kevin Caves: Okay, that's.

.900 --> 00:36:04.400
I I support, I support my suppliers as they support me.

00:36:04.740 --> 00:36:09.840
Kevin Caves: Yeah, okay, that's that's fair. That makes sense. Anything else on this one before we move on.

000 --> 00:36:10.560
No.

00:36:11.190 --> 00:36:14.230
Kevin Caves: Okay, or halfway through.

030 --> 00:36:31.520
Again out of these. in this case

.250 --> 00:36:42.129
it's going to be similar to to the other. If I think the 1st h we looked at, or the second one we looked at. But in this case I would choose Eden.

00:36:43.310 --> 00:36:45.900
Kevin Caves: Okay? And what's the reason for choosing Eaton.

520 --> 00:36:52.709
I think they have. If it's not, if it doesn't have the nuisance e

866 --> 00:36:56.750
It's been very easy to

000 --> 00:37:22.489
work with them to get replacement products, so that has helped v heir image. So my answer is, it's an image situation. I've been told certain things about Siemens by my supply house, which I'm not going to repeat, because I don't have evidence to support what my supply house has told me other than it makes sense. But so that's kind of negated my

490 --> 00:37:26.519
my perception of of Siemens.

00:37:26.770 --> 00:37:32.657

And and again, I just don't. I don't have a good good
n or good

331
: .210 --> 00:37:35.760
perception of the Abb product.

332
00:37:36.050 --> 00:37:36.900
Kevin Caves: Yeah.

333
: 610 --> 00:37:40.241
We bought bought the, you know, General Electric.

334
: 880 --> 00:37:46.009
got rid of their distribution line, and Abb bought it and

335
: 290 --> 00:37:51.289
It still looks and feels and performs the same way, in my
so.

336
00:37:52.210 --> 00:37:56.450
Kevin Caves: Okay, all right. Anything else on this one before we move
on.

337
: 690 --> 00:38:01.180
No, again, I didn't look at the price it was all based on
n.

338
00:38:01.550 --> 00:38:02.970
Kevin Caves: Got it? Okay.

339
00:38:08.590 --> 00:38:10.059
Kevin Caves: okay, number 7.

340
: 048 --> 00:38:19.760
Then in this case, I'm I'm gonna go with the with Siemens.

341
00:38:22.750 --> 00:38:25.280
Kevin Caves: Okay, the the middle one, or the one on the right.

342
: 180 --> 00:38:31.770
If, since we only have one from which to choose, I'd say
the one on the right.

343
00:38:33.770 --> 00:38:35.860
Kevin Caves: And what's the reason for that choice.

██████ ██ : 860 --> 00:38:49.800
Well, then, I then I have a breaker that I can use, no matter much as I don't like putting a ground fault option in a place where it's not necessary. I'm gonna have the product that I I need when I go

██████ ██ : 280 --> 00:38:56.080
to to the to the site. So it's a 1. Size fits all. If you will.

00:38:56.430 --> 00:39:00.170
Kevin Caves: Okay, makes sense anything else before we move on to the next one.

██████ ██ : 290 --> 00:39:00.840
No.

00:39:01.240 --> 00:39:02.069
Kevin Caves: All right.

00:39:02.600 --> 00:39:04.010
Kevin Caves: Number 8.

██████ ██ : 900 --> 00:39:11.790
Schneider.

00:39:15.390 --> 00:39:19.609
Kevin Caves: Okay, and I think I know the reason. But for the record, why did you choose Schneider?

██████ ██ : 800 --> 00:39:21.160
Brand reputation.

00:39:22.800 --> 00:39:25.510
Kevin Caves: And were you looking at Price at all this time.

██████ ██ : 761 --> 00:39:31.048
I I glanced at it very quickly. Wasn't part of my decision. I a oon as I saw the name

██████ ██ : 530 --> 00:39:36.100
that I was going with Schneider. But the pricing looks okay.

00:39:36.450 --> 00:39:37.260
Kevin Caves: Okay.

00:39:37.730 --> 00:39:38.600
Kevin Caves: Anything. Else.

:      640 --> 00:39:49.129
██████ ██ Maybe a little low on the Schneider product. But and I I really
e anything to I I haven't shopped the Abb General Electric, so I
can't comment on that price.

00:39:49.430 --> 00:39:50.920
Kevin Caves: Okay, that's fair.

00:39:51.940 --> 00:39:54.220
Kevin Caves: Okay? Anything else on number 8.

:      220 --> 00:39:54.880
██████ ██ No.

00:39:55.140 --> 00:39:56.770
Kevin Caves: Okay, moving on.

:      987 --> 00:40:14.149
██████ ██ I I'd still I think I would go with Schneider again.

00:40:16.830 --> 00:40:20.629
Kevin Caves: Okay? And what's the reason for that choice.

:      120 --> 00:40:38.780
██████ ██ Because the rest of the panel board and the rest of the
e    that are going to be in there that aren't arc. Fault related is
going to be of a much higher quality than the Eaton product. So the
foundation, if you will, is better with Schneider than with Eaton, much
better.

00:40:39.230 --> 00:40:40.050
Kevin Caves: Okay.

00:40:41.270 --> 00:40:44.380
Kevin Caves: And how do the prices look in this one.

:      800 --> 00:40:48.345
██████ ██ You know, probably a little bit low, but but

00:40:49.170 --> 00:40:54.090

█████ ██ certainly competitive, but probably a little low little yeah, a █ little low.

00:40:54.410 --> 00:40:55.659
Kevin Caves: Across the board.

:   170 --> 00:40:58.440
█████ ██ Schneider is going to generally be more expensive.

00:40:58.930 --> 00:41:00.500
Kevin Caves: Right? Right?

00:41:01.790 --> 00:41:04.569
Kevin Caves: Okay, anything else on number 9.

:   570 --> 00:41:05.090
█████ █ No.

00:41:05.500 --> 00:41:06.340
Kevin Caves: All right.

00:41:11.500 --> 00:41:12.669
Kevin Caves: Here we go!

:   .750 --> 00:41:19.380
█████ █ Yeah. Again, Schneider.

:   310 --> 00:41:23.999
█████ █ Pricing looks good on on Schneider.

:   870 --> 00:41:27.920
█████ █ Maybe a little low on Siemens.

:   410 --> 00:41:31.549
█████ █ Eden looks like it's pretty much on.

00:41:32.710 --> 00:41:33.470
Kevin Caves: Okay.

00:41:34.870 --> 00:41:37.999
Kevin Caves: Okay. Any other feedback on number 10.

:   150 --> 00:41:38.790
█████ █ No.

00:41:39.380 --> 00:41:41.519
Kevin Caves: Okay, let's move to number 11.

:    410 --> 00:41:53.500
Yeah. Schneider.

00:41:56.780 --> 00:42:00.119
Kevin Caves: All right, and for the record. What's the reason for this choice?

:    400 --> 00:42:02.040
Again, brand reputation.

00:42:04.740 --> 00:42:06.435
Kevin Caves: And the the prices

:   .980 --> 00:42:14.319
Places. Look! Look good on Schneider, and and low on Siemens.

00:42:14.660 --> 00:42:16.860
Kevin Caves: Okay, okay, that's good to know

00:42:17.280 --> 00:42:19.520
Kevin Caves: any other feedback on. Number 11.

:    690 --> 00:42:20.230
No.

00:42:20.870 --> 00:42:22.590
Kevin Caves: Okay, we're almost there.

:    760 --> 00:42:35.270
Guys, I'm going with Schneider.

00:42:36.910 --> 00:42:39.110
Kevin Caves: Okay, and.

:    750 --> 00:42:46.469
And and I didn't I? The only reason I looked at pricing on it
e   se I figured you're probably gonna ask about it.

00:42:46.790 --> 00:42:47.120
Kevin Caves: Right.

398
: 250 --> 00:42:50.029
█████ █ As soon as I saw Schneider. I know I was going with that.

399
00:42:50.460 --> 00:42:54.189
Kevin Caves: Okay, and any other feedback on number 12.

400
: 360 --> 00:42:54.890
█████ █ No.

401
00:42:55.300 --> 00:43:02.170
Kevin Caves: Okay? And just looking back on the 12 that you've answered.
Now, do you still agree that the

402
00:43:02.350 --> 00:43:10.969
Kevin Caves: you know this this format gives you or another electrician
enough information to make an informed decision about what they would buy
or not buy.

403
: .970 --> 00:43:11.910
█████ █ Absolutely.

404
00:43:12.430 --> 00:43:13.810
Kevin Caves: Great. Okay?

405
00:43:15.210 --> 00:43:18.680
Kevin Caves: All right, let's move on. I think there's a wrap up question
after this.

406
: 230 --> 00:43:22.870
█████ █ No.

407
00:43:24.340 --> 00:43:25.210
Kevin Caves: Okay?

408
00:43:30.690 --> 00:43:40.209
Kevin Caves: Alright, the progress bars is 100% this has been extremely
valuable feedback. I don't have anything else. Devin. Is there anything
we're missing.

409
00:43:40.971 --> 00:43:
Kevin Caves: Yeah. So, █████ thanks for your time. Any final comments or
feedback you'd like to █████ e before we sign off.

410
00:43:48.400 --> 00:44:02.419

No, I right back at you. Thank you. I appreciate the ty for somebody in in a organization such as yours to, you know. Get good voice of the field if you will. Data

411
:   .590 --> 00:44:08.130
on on what's going on out there with the I think you've chosen ey players in the marketplace.

412
:   911 --> 00:44:15.239
Levitton is is coming up with some new product and things, but it's new, and I'm just of the

413
:   670 --> 00:44:18.150
the breed of of

414
:   450 --> 00:44:26.660
old time craftsman, if you will, that I'm just. I'm not going th something new until it's had some time to prove itself in the marketplace.

415
:   .940 --> 00:44:41.222
but always good to. I I appreciate being able to provide a back. I don't know what is going to happen with the data I provided, but if it gets forwarded to the various manufacturers involved, that that's wonderful.

416
:   .730 --> 00:44:44.067
helps them up their game a little bit.

417
:   770 --> 00:44:46.700
and that's healthy for the industry.

418
:   880 --> 00:44:50.020
The last thing we we want is people to lose power. So.

419
00:44:50.420 --> 00:44:55.050
Kevin Caves: That's right, yeah, or for their houses to catch on fire. God forbid.

420
:   050 --> 00:45:08.749
Yeah, that's that's that's the other part of it. Yeah. And and c e the technology. I know when back and clear back into oh, 2,000 14 and

421
:   400 --> 00:45:14.500
maybe even before then, when arc fault circuit interrupters

422
: 750 --> 00:45:26.779
being required, the home Builders associations didn't like it s t was going to raise the price of a house, and so on, and so forth. But if you look at that list of 6

423
: 910 --> 00:45:34.939
typical probable root causes, it's missing a a critical one. A c couple of them, actually.

424
: 940 --> 00:45:40.350
Oh, really, okay, one would be that the device is not properly n d.

425
: 500 --> 00:45:46.359
In other words, it's it's been push, wired, or backwired, and h

426
: .460 --> 00:45:55.929
you know, those of us who've been in the trade for a while are always wrap a screw terminal or or prefer a pressure pad versus a push in type connection.

427
: 000 --> 00:46:04.999
And so if you've ever had to go out and replace a device that e to melt. And it's right. Next to a child's bed, you can appreciate

428
: 050 --> 00:46:27.560
the technology for interrupting that circuit and preventing any e amage or loss of life in that type of situation. And then the other potential root cause is squirrel rodent chews up in an attic where you know they're just doing what Mother Nature programmed them to do, and they start chewing into a conductor, and it starts to arc over up there. It's

429
: 590 --> 00:46:38.680
attics. A lot of times have a lot of combustible things that b thrown up there. And and you know, attic, you can tell when when there's an attic fire you pretty much can come up with

430
: 900 --> 00:46:51.510
pretty easy root, cause it's either knob and tube wiring in an ld? Or has there been some squirrel chews up in there that. Or, of course, you know, people getting up there find doing work that they're not qualified to do. But yeah.

431
00:46:51.620 --> 00:46:53.330

 so yeah.

432
00:46:54.060 --> 00:46:58.563
Kevin Caves: Okay. Alright, that's that's all. Great feedback. Again, we appreciate your time. And

433
:    910 --> 00:46:59.719
You're welcome.

434
00:46:59.720 --> 00:47:01.080
Kevin Caves: Have a good day, take care.

435
:    080 --> 00:47:03.129
Thank you. Okay. Bye, Kevin. Bye, Devin.

436
00:47:05.340 --> 00:47:06.609
Devon Myers: Bye. Thank you.

437
:   .830 --> 00:47:07.610
You're welcome.

WEBVTT

.880 --> 00:00:42.130
[redacted]: Good afternoon.

00:00:42.400 --> 00:00:44.049
Kevin Caves: Hi! Good afternoon!

.520 --> 00:00:45.430
[redacted]: How are you?

00:00:45.850 --> 00:00:49.017
Kevin Caves: Doing well, thank you so much for for joining.

.370 --> 00:00:50.500
[redacted]: Absolutely.

00:00:51.870 --> 00:00:56.393
Kevin Caves: Yeah. So my name, as you can see, my name's Kevin Caves.

00:00:57.200 --> 00:01:01.163
Kevin Caves: And yeah. So we've got this interview scheduled for

00:01:01.730 --> 00:01:08.659
Kevin Caves: 5, 30 to 6 30. We may be able to wrap it up a little bit early, but we'll definitely we'll be done within an hour.

00:01:11.770 --> 00:01:13.889
Kevin Caves: So let's see,

00:01:21.670 --> 00:01:24.650
Kevin Caves: okay, yeah, we can get started.

00:01:25.790 --> 00:01:32.480
Kevin Caves: Yeah. So I'll just read you some some introductory language, and then we can kind of dive into the survey. If that's okay.

.480 --> 00:01:33.360
[redacted]: Absolutely.

00:01:33.710 --> 00:01:35.240
Kevin Caves: Alright. So

00:01:36.780 --> 00:01:50.589

Kevin Caves: yeah. So thanks for participating in today's interview. I'm kevin caves. I'm gonna be conducting the interview, as you know? I'm also joined by. So I work from a consulting firm called mclaven associates

00:01:50.980 --> 00:01:51.863
Kevin Caves: and and

00:01:53.930 --> 00:02:04.876
Kevin Caves: we're, yeah, we're we're developing this interview, I mean this survey for electricians like you. So we're getting feedback from from people like you on the design of the survey.

00:02:05.690 --> 00:02:24.189
Kevin Caves: and I'm joined by by Devin Myers also with Mclean associates. As you know, the interview, all this is being recorded. So you know all of your participation. Your responses are. They're anonymous. They're confidential. We're not gonna reveal any personal information or anything like that.

00:02:24.755 --> 00:02:54.380
Kevin Caves: And the purpose of the session is again to get your feedback on this, on this survey. So what we'll do is so I'll share my screen and we'll walk through each of the questions in the survey that we want to ask you about. You see, some of them are pretty straightforward, and you know the the answer should be pretty clear, others as we go on they'll get a little more interesting, a little more involved, a little more detailed. But for each of them I'll just ask you

00:02:54.813 --> 00:02:57.950
Kevin Caves: to read it over. And if you have any.

00:02:58.140 --> 00:03:02.044
Kevin Caves: you know clarifying questions, feel free to ask them, and then

00:03:03.090 --> 00:03:04.470
Kevin Caves: After you've read it.

00:03:04.900 --> 00:03:17.710
Kevin Caves: clarify anything needs clarifying. You can tell us how you would answer the question. Usually after you tell me how tell us how you've you'd answer the question. I usually ask a follow up question or 2.

00:03:18.290 --> 00:03:25.999
Kevin Caves: and yeah. But if any time you have any questions about anything, just just ask and and we're happy to answer

00:03:26.930 --> 00:03:30.220
Kevin Caves: So do you have any any questions before we get started?

.630 --> 00:03:37.030
███████ : But this is for Ark fault, right as are you? Are you guys ████ out like different manufacturers of arc, fault breakers or systems, or.

00:03:37.030 --> 00:03:42.000
Kevin Caves: Yeah. So we're we're doing research on. Yeah, mostly. Well, yeah, about about

00:03:42.190 --> 00:03:59.009
Kevin Caves: afcis. And yeah, unfortunately, I can't really disclose the client or the purpose of the survey, because we've been asked to keep all that confidential. But the important thing for our purposes is we're we're interested in, you know, making the survey accurate and and

00:03:59.920 --> 00:04:04.920
Kevin Caves: intelligible to, you know, to end to electricians like you.

00:04:06.290 --> 00:04:14.110
Kevin Caves: So let's see. Alright. So why don't I go ahead and and share my screen?

00:04:16.510 --> 00:04:22.589
Kevin Caves: And 1st question, 1st couple of questions will be will be pretty straightforward.

00:04:30.160 --> 00:04:32.000
Kevin Caves: Okay, here's the 1st one.

.160 --> 00:04:41.420
███████ : Yep, or we should continue. I I can't. Can I control this,

.670 --> 00:04:42.760
███████ : I can't. Okay.

00:04:42.760 --> 00:04:46.769
Kevin Caves: No sorry. You just have to tell us what what to click, and we'll click it for you.

.410 --> 00:04:48.320
███████ : Perfect.

00:04:49.090 --> 00:04:53.840
Kevin Caves: Okay. So you wish to continue good. That means we can go to the next one.

.250 --> 00:05:01.590
█████████ I currently live in Florida, but I've also lived in
█████████ I recently moved to Florida.

00:05:01.860 --> 00:05:04.030
Kevin Caves: Oh, you recently moved. Okay, got it?

.650 -->  0:05:09.889
█████████ : I am ██ I'm between ██ and ██

00:05:10.370 --> 00:05:12.240
Kevin Caves: Okay. Very good.

.140 --> 00:05:22.390
████████ : Arc fault circuit, interrupter, interrupter. This arc fault
t, circuit interrupter, that right there.

.790 --> 00:05:23.750
██████ : Yep.

00:05:23.750 --> 00:05:27.600
Kevin Caves: Okay? And is, is that a term you've you've heard a lot, and.

.600 --> 00:05:28.880
██████ : Oh, yes. Oh, yeah.

00:05:28.880 --> 00:05:29.290
Kevin Caves: Okay.

.290 --> 00:05:30.979
██████ : Use it all the time. Yeah.

00:05:31.190 --> 00:05:35.089
Kevin Caves: Okay, and the abbreviation afci. Use that all the time.

00:05:36.180 --> 00:05:39.000
Kevin Caves: Okay, great. Okay, let's keep going.

.380 --> 00:05:49.070
██████ : Yes, absolutely.

00:05:49.070 --> 00:05:49.950
Kevin Caves: Okay.

.700 --> 00:05:54.649
██████████ : And is this question, does it make sense the way we we

.650 --> 00:06:02.719
██████████ : throughout the survey? The term aci refers to breakers.

.830 --> 00:06:07.289
██████████ : They're located in electrical panel, not receptacle to start
utlet. Perfect. A. Very.

.430 --> 00:06:09.730
██████████ : That's very clear to me, at least. Yeah.

00:06:09.730 --> 00:06:13.840
Kevin Caves: Okay, good. Good. If it makes sense to an electrician,
that's what we're. That's what we're going for.

.840 --> 00:06:18.780
██████████ : Absolutely. Yes, and it it's very clear that it's you're
about breakers or not.

.140 --> 00:06:22.889
██████████ : you know, circuit breakers not talking about receptacles. So
erfect.

00:06:23.060 --> 00:06:23.830
Kevin Caves: Okay.

00:06:24.230 --> 00:06:25.660
Kevin Caves: Alright. Very good.

.810 --> 00:06:27.759
██████████ : Okay, we can move on Devin.

.390 --> 00:06:43.120
██████████ : I've definitely eaten Schneider, electric square, d siemens,
other and other. I've used Levitin.

00:06:43.810 --> 00:06:44.610
Kevin Caves: Okay.

.610 --> 00:06:46.050
██████ : Levitan. Yep.

00:06:46.320 --> 00:06:47.149
Kevin Caves: Love it, then.

.150 --> 00:06:50.300
██████ : And that covers all the 5 main. Yes, yeah.

00:06:50.550 --> 00:06:51.380
Kevin Caves: Okay?

00:06:52.160 --> 00:07:00.059
Kevin Caves: And yeah, I'm curious. Do you? Do you see, Leviton? And is it mostly commercial or residential?

.060 --> 00:07:05.520
██████ : Residential. So Lavington is, for I've used it in my business.

.101 --> 00:07:10.769
██████ : For residential panels. It's a new kind of a new product line arket.

.020 --> 00:07:19.040
██████ : So what's very common is Ethan Schneider, electrical square d. Those are the common ones that are common nowadays.

.410 --> 00:07:24.560
██████ : and I would say they were coming for a while. Levitin is kind n the market, I would say. Maybe

.870 --> 00:07:27.780
██████ : I started using maybe 3 years ago, 4 years ago.

00:07:27.780 --> 00:07:28.550
Kevin Caves: Okay.

.550 --> 00:07:36.949
██████ : Oh, I don't know exactly when they came on. The scene is ly before that, but I started regular using them, I would say about 4, starting 4 years ago.

.090 --> 00:07:42.130
██████ : Okay, residential. And I. I only did residential in ██████ business.

.700 --> 00:07:45.270
███████ : so I can speak to mostly residential.

00:07:46.170 --> 00:07:47.729
Kevin Caves: Got it. Got it.

00:07:47.850 --> 00:07:51.
Kevin Caves: And you mean ████████████ correct.

.100 --> 00:07:51.890
██████ : Correct. Yes, sir.

00:07:52.420 --> 00:07:53.220
Kevin Caves: Okay.

00:07:54.080 --> 00:07:56.770
Kevin Caves: Alright, yeah. Good. We can move on.

.900 --> 00:07:57.510
██████ : Me.

.130 --> 00:08:14.759
██████ : where have I purchased it? Okay? So that definitely from
al supply distributors, I've also big box retailers.

.450 --> 00:08:22.390
██████ : And once in a blue moon. I think I might have bought him at

.570 --> 00:08:30.290
██████ : an ace, hardware, or something, where I was, in an area where
her were not close by, like, let's say, an island or something.

.400 --> 00:08:36.810
██████ : So I know a bottom a few times like that. But typically I
op at electric electrical supply distributors.

.030 --> 00:08:39.040
██████ : and then sometimes home depot.

00:08:39.230 --> 00:08:39.990
Kevin Caves: Okay.

00:08:40.049 --> 00:08:42.639

███████ : I've haven't bought any in Amazon.

.789 --> 00:08:45.390
███████ : I haven't bought any in any other ways.

00:08:45.990 --> 00:08:46.770
Kevin Caves: Okay?

00:08:46.970 --> 00:08:54.170
Kevin Caves: And do you? Is there a reason you prefer the electrical supply distributors?

00:08:55.100 --> 00:08:59.620
Kevin Caves: Is the price better, or is there? There's some something else.

.900 --> 00:09:00.630
███████ : So

.660 --> 00:09:19.129
███████ : it will say convenience. And the other thing is, you're a partnership. So home depot. Just a retailer. Right? You go in there you get there. You get usually really good prices with home depot. That's always a good benchmark. The thing about Home depot is a lot of times there they will not have what you need.

.340 --> 00:09:27.749
███████ : or on their website they might say they have 3 of a certain d they can't find it, because, you know, there's so many people shopping and whatnot.

00:09:27.750 --> 00:09:28.170
Kevin Caves: Right.

.170 --> 00:09:32.739
███████ : Not. Everybody does the right thing and put things back if u know, change their mind or something.

00:09:32.740 --> 00:09:33.300
Kevin Caves: Right.

.300 --> 00:09:42.170
███████ : So that being said, time is more valuable for a business than an money. I would say, that's where the electrical supply distributor comes in very

.803 --> 00:09:55.280
████████ : valuable and convenience. The other thing about convenience is ll. I can. You know, I build a relationship with the supplier I can call. I can make an order on the phone before my guys even go out to pick it up.

.690 --> 00:10:04.369
████████ : I you know, they're given the price of the phone. They'll get everything. So it's the convenience of that. It's for just it makes a business run a lot more smoothly.

00:10:05.070 --> 00:10:06.490
Kevin Caves: Sure, sure.

.490 --> 00:10:12.840
████████ : And also the distributor, you know, in this industry. And I'm e now just to kind of preface.

.257 --> 00:10:19.870
████████ : I I m ████████ lectrical Company. Here in Florida. I had my ness in ████████ for for a little over 2 years.

00:10:19.870 --> 00:10:20.620
Kevin Caves: Okay.

.620 --> 00:10:24.700
████████ : And I worked for a different company. Obviously, before I, you en my own business, so

.000 --> 00:10:32.090
████████ I will try to speak mostly how, as a business owner in But I'll also add, you know what I typically do now.

.280 --> 00:10:34.010
████████ : because my role is all different now.

00:10:34.350 --> 00:10:45.939
Kevin Caves: Sure that's good, do you? Which which of the electrical supply supply distributors do you do you use the most? Are there a couple of.

.940 --> 00:11:02.930
████████ : Completely different in ████████ versus Florida, and I you exactly what I use in ████████ and what we use u want to know those bra ████████ them to you. In ████████ My my biggest, most common use supplier was North Coast pply.

00:11:02.930 --> 00:11:03.750
Kevin Caves: Okay.

.130 --> 00:11:08.540
en plaid electric is pretty big as a supplier in

.950 --> 00:11:12.460
: Then there was some way, and.

00:11:12.460 --> 00:11:13.940
Kevin Caves: What was that last one sorry.

.940 --> 00:11:15.329
: Stoneway, Stoneway.

00:11:15.330 --> 00:11:16.190
Kevin Caves: Okay. Okay.

.190 --> 00:11:20.850
: Well, yep, and then I I think we had to remember

.830 --> 00:11:33.852
: there's 1 more, but I've I've either never used them or almost
e. I I think the actual I've never used them. There's i i don't
remember from the top of my head right now. The 4th one.

00:11:34.110 --> 00:11:36.999
Kevin Caves: That's okay. And especially if you didn't use it. Yeah,
yeah.

.000 --> 00:11:41.030
: Yeah, but the ones North Coast Electric supply, Platte,

.260 --> 00:11:51.139
and Stoneway. Those are the 3, the ones that are used in
and and North coast was by far the most common, just because I
ly good relationship with them.

00:11:51.140 --> 00:11:51.930
Kevin Caves: Okay.

00:11:51.930 --> 00:11:58.439

█████████ : And and then I can the ones I use here. Our company just here.

.990 --> 00:12:06.590
█████████ : I don't know the name tells you anything rexel. Then we have olidate electrical distributors.

00:12:06.590 --> 00:12:08.239
Kevin Caves: Yeah, I've heard of them. Yeah.

.240 --> 00:12:12.840
█████████ : Yep. So CD, we use a lot annexter. We use

.110 --> 00:12:30.500
█████████ : quite a lot as a distributor here. I would say those are top 3 use here in Florida State. There are other ones like World Electric City electric. But we don't have as good a relationship with them. So we don't use them, or maybe they're not close to us, or something, you know.

00:12:30.500 --> 00:12:31.900
Kevin Caves: Sure, sure.

.130 --> 00:12:57.570
█████████ : But the other thing I wanted to add to basing from my experience is the reason why I used to say North coast for example, was because they were pretty close to me. So it was convenience of a distance, but also had a very good relationship with the salesman and the manager. So they would. They would go to back to me. You know they valid our business relationship if I could tell them. Hey, North coast sells us for X amount.

.990 --> 00:13:08.049
█████████ : They'll say, Okay, we'll work with you. We'll beat that price bit, and of course we all understand we're all in business to make money, so they have a margin that they have to make money.

.490 --> 00:13:14.580
█████████ : But as long as I'm getting taken care of, as you know as a the electrical contractor

.900 --> 00:13:17.869
█████████ : where I know that beating the price I would get to North

.040 --> 00:13:21.230
█████████ : I don't care if they're beating it by 20 cents. For example.

.640 --> 00:13:28.209
▮▮▮▮ : you know I'm ready. That shows me that they're doing the you
e ethical thing, so to speak, for the business relationship.

.772 --> 00:13:33.640
▮▮▮▮ : The other thing what I meant by convenience for electrical
tors.

00:13:34.400 --> 00:13:37.090
Kevin Caves: Yeah, yeah, that's helpful. That's helpful.

00:13:38.650 --> 00:13:43.099
Kevin Caves: Okay. I think we can anything else. Or should we move on to
the next one?

.637 --> 00:13:47.509
▮▮▮▮ : The other. The only thing is this is kind of an aside, but

.820 --> 00:13:53.398
▮▮▮▮ : buying from the manufacturer websites. If there are ways you
from manufacturer like

.250 --> 00:14:00.190
▮▮▮▮ : from there where manufacturers, I don't know if you have the
ship, or if you're privy to that information.

.450 --> 00:14:03.509
▮▮▮▮ : I would I would be interested to learn more about that.

00:14:03.860 --> 00:14:10.839
Kevin Caves: Yeah, well, I so I have seen, for example.

00:14:11.858 --> 00:14:22.070
Kevin Caves: I haven't used it, you know. Obviously we're not. We're not
electricians, but I I've seen like Siemens, has something called the the
Industry Mall.

00:14:23.200 --> 00:14:28.859
Kevin Caves: And I've I've definitely seen their products list for sale.
But you know it's not like

00:14:29.600 --> 00:14:37.690
Kevin Caves: you can't order it like you're ordering something off Amazon
right? That you have to be set up as one of their. You know you have to
have some kind of customer.

00:14:37.900 --> 00:14:41.450
Kevin Caves: you know. Register registration set up with them.

.890 --> 00:14:43.459
███████ : Issue or something. Yeah, okay.

00:14:43.460 --> 00:14:47.880
Kevin Caves: Yeah, something. Yeah, like, but but I but I but they certainly

00:14:48.040 --> 00:14:56.150
Kevin Caves: they certainly appear to have that. And I and I would think other manufacturers would have something like that, but I I guess I don't know it for a fact.

.620 --> 00:15:07.390
███████ : Got it. Okay? And the reason why I asked you that just to be onest with you, Kevin, is because I'm actually in the process and of opening another business, because I'm.

00:15:07.390 --> 00:15:08.280
Kevin Caves: Congratulations.

.28                    0
███████ : ███████ I'm managing this this company for a n.

.450 --> 00:15:18.459
███████ : long term I'm looking for the next business idea that I, wanna , evolve myself into

.730 --> 00:15:32.620
███████ : kind of like a drug once you do it once you want to keep doing know, of course, but the reason why I ask is because actually, the the business that I'm that I'm doing research in and whatnot you could say a market study on is is to be an electrical distributor myself.

.910 --> 00:15:33.880
███████ : So it's kind of

.100 --> 00:16:01.489
███████ : how we're having this meeting. I forgot the the lady's name ched out to me. I have an email here. But it's kind of a coincidence. It's a funny coincidence, because I'm interested to learn more about this industry of electrical supplies as a distributor or supplier, because that's something that I want to, you know. Get my my feet into in the next venture. So

.600 --> 00:16:03.725
: here we are. Now, of course.

00:16:04.080 --> 00:16:05.630
Kevin Caves: Alright. Okay.

.630 --> 00:16:08.689
: A little bit of a side side story that you know.

00:16:09.420 --> 00:16:26.741
Kevin Caves: Yeah, yeah, it's interesting. Yeah, you're the 1st person we've talked to who is talking about, you know, vertically integrating with their with their suppliers potentially. But yeah, happens all the time. So it makes sense. Okay, let's let's move on to the next one.

00:16:28.610 --> 00:16:32.669
Kevin Caves: let's see, okay, similar to the prior one.

.100 --> 00:16:38.380
: The most often would definitely be electrical supply tors by a long shot.

00:16:38.560 --> 00:16:46.630
Kevin Caves: Yeah, yeah. And and I think we've already covered. Why, why, that is like you said business relationships. And.

.790 --> 00:17:05.730
: Convenience and without convenience means like, if if I if I a job and then the scope of the work changes and I have to go return it. Well, I can just pick up the phone because our relationship, you know, I have account manager working with me so I can return these 10, you know, breakers, or whatever 5 breakers or cause, if it's a large project.

.010 --> 00:17:12.520
: and they can do everything for you where I just have my my guys drop it off and everything's done. So that's

.640 --> 00:17:18.659
: you know. It's a big. It's a big deal for a business, ly for small business, which I was a small business.

00:17:18.910 --> 00:17:19.430
Kevin Caves: Sure.

██████ .430 --> 00:17:21.630
██████ : 4 employees, you know, 2 crews.

00:17:21.920 --> 00:17:22.450
Kevin Caves: Yeah.

██████ .450 --> 00:17:29.279
██████ : I'm trying to. I'm wearing many hats. You know what I mean. So here those distributors, they become key partners for us.

██████ .550 --> 00:17:32.220
██████ : If you have a genuine, really good relationship with them.

00:17:33.310 --> 00:17:33.950
Kevin Caves: Sure.

██████ .950 --> 00:17:44.960
██████ : The smaller side story to the funny part about that is, North ectric was a company supplier that we use. The company that I worked for use before I opened my own business.

00:17:45.300 --> 00:17:46.030
Kevin Caves: Okay.

██████ .030 --> 00:17:54.610
██████ : Well, their number. One salesman was a guy that actually ith us for a few years, and he decided to go back into the supply business. That's what that's what his background was.

00:17:54.610 --> 00:17:55.340
Kevin Caves: Right.

██████ .340 --> 00:17:56.850
██████ : Actually worked with him

██████ .120 --> 00:18:04.050
██████ : personally for about a year, and then he went back into the ast, and that's and he was number one salesman.

██████ .450 --> 00:18:09.919
██████ : He's very good. So he was also my account manager. So I had a tionship with him.

00:18:10.130 --> 00:18:10.840
Kevin Caves: Sure.

.840 --> 00:18:13.250
███████ : And because of that, you know, the manager was.

.480 --> 00:18:27.260
███████ : we had a great relationship with the store manager of the ███████istribution place, and so it all kind of played into it. But that for me was, it was detrimental to my business. I would say, just the convenience and the relationship that I had with them.

00:18:27.770 --> 00:18:30.750
Kevin Caves: Alright, okay, that's that's interesting.

00:18:31.325 --> 00:18:36.435
Kevin Caves: Yeah, let's let's okay. So we yeah, let's move on to the next one.

00:18:37.160 --> 00:18:38.930
Kevin Caves: okay, this is easy.

.930 --> 00:18:43.4
███████ : I'm licensed in ███████████ currently, and working on ███████nsing of Florida.

00:18:43.721 --> 00:18:46.980
███████ : Okay. So for the next one, we'll put you down for ███████████

.98 ███████:48.629
███████ : ███████ Yes, sir.

.860 --> 00:18:56.870
███████ : I have not taking any surveys in the last 30 days.

.270 --> 00:19:00.380
███████ : There's not gonna be the 1st one of such a nature.

00:19:00.690 --> 00:19:02.290
Kevin Caves: Oh, okay. All right.

00:19:02.560 --> 00:19:04.080
Kevin Caves: Good. Good.

00:19:06.800 --> 00:19:08.380
Kevin Caves: Okay.

00:19:08.940 --> 00:19:09.605
Kevin Caves: Alright.

.050 --> 00:19:20.700
██████ : I can get. Yes, I will.

00:19:20.700 --> 00:19:30.036
Kevin Caves: Okay, yeah, that's just kind of a standard standard thing we put in these surveys. Seems sort of obvious. But some people will click no. So.

.370 --> 00:19:31.690
██████ : Sure. Sure I get it.

.030 --> 00:19:33.738
██████ : We have our bases covered.

00:19:34.080 --> 00:19:35.239
Kevin Caves: Yeah, exactly.

00:19:38.644 --> 00:19:49.257
Kevin Caves: Yeah. So now, as Devin always has to remind me, we're gonna pause, screen sharing for one second so we can skip to the correct part of the survey. And

00:19:50.010 --> 00:19:54.380
Kevin Caves: basically what we're as you can tell, you know, we're we're

00:19:54.560 --> 00:19:59.560
Kevin Caves: talking with the electricians about the survey. We're getting their feedback, and we go back and

00:19:59.670 --> 00:20:08.815
Kevin Caves: tinker with it, and fine tune it based on the feedback that we get. So we want to make sure that we're showing you. You know, the the very latest. And

00:20:10.370 --> 00:20:16.110
Kevin Caves: hopefully, it's getting getting more polished by this point. Okay, here's the next. The next question.

.240 --> 00:20:23.019
██████ : In the market. You are in the market to purchase shef or table for general inventory. You'll be shown 3 types of different options.

.050 --> 00:20:30.570
███████ : And if these are the ones that's okay.

.350 --> 00:20:41.970
███████ : okay, I understand. So basically, if none of the 3 worked, and just choose a support selection.

00:20:43.130 --> 00:20:45.639
Kevin Caves: Yeah, okay, so

00:20:46.250 --> 00:20:57.110
Kevin Caves: yeah, so and just just for the record in your own words. How? How would you describe what this question is is asking or or saying.

.110 --> 00:21:11.650
███████ : So so it's a lot. But yeah, but let me break a manual. Please ou. Okay, so please assume you're in the market to purchase a typical project. So it's so you want me to assume that I'm going to be buying afci breakers, because this whole thing is by the same breakers.

.990 --> 00:21:14.479
███████ : I'll be shown 3 types of aci breakers

.590 --> 00:21:18.210
███████ : with different features and prices. After carefully ing the 3 types of

.560 --> 00:21:27.189
███████ : which, if any of the 3 that you would actually purchase in e. Okay, so just wants to know what in real life I would purchase are the 3 options. We're different

.190 --> 00:21:29.889
███████ : terrific option. So I think it's very clear.

00:21:30.320 --> 00:21:34.853
Kevin Caves: Okay, okay, good. Good. That's what we're going for.

00:21:35.540 --> 00:21:38.170
Kevin Caves: any more feedback on this before we move on.

.380 --> 00:21:39.889
███████ : I think I mean I

00:21:40.940 --> 00:21:46.345

████████ : I'm not an English major by any means, but I think it's pretty dry and pretty clear.

00:21:46.630 --> 00:21:48.333
Kevin Caves: Good, good. All right.

00:21:49.720 --> 00:21:53.230
Kevin Caves: So now. Oh, yeah. One more preliminary question.

.820 --> 00:21:59.690
████████ : I understand.

00:22:00.030 --> 00:22:01.070
Kevin Caves: Okay.

00:22:03.770 --> 00:22:10.119
Kevin Caves: Right now, this, I'll let you read through this one it's got. It's a little wordier.

.390 --> 00:23:03.665
████████ : okay, I understand.

00:23:07.270 --> 00:23:15.290
Kevin Caves: So? Yeah. So why don't you just tell me in your own words what this, what this question is you think is asking, and and how you.

00:23:15.470 --> 00:23:17.990
Kevin Caves: yeah, anyway? Yeah, asking, or what.

.990 --> 00:23:27.280
████████ : Yeah. So this is a 1 of a very, very any electrician. Any ced electrician will tell you. They have a lot of experience with nuisance tripping.

00:23:27.280 --> 00:23:27.990
Kevin Caves: Okay.

.990 --> 00:23:32.600
████████ : And we have our own opinions of certain brands that are more e than others.

.300 --> 00:23:40.619
████████ : I know. I I sure do it, and and I can relate, a lot of my es will agree with me in this. So this is saying that.

.909 --> 00:23:49.070

[REDACTED] : from what I understand how what this is saying is in our for

.330 --> 00:24:08.930

[REDACTED] : for it to be able to catch what thinks is an arc fault, a [REDACTED], the whole point of an arc fault right? It's it's tripping to shut off a circuit, because it's thinking it's catching an arc fault, situation or scenario. Sometimes you may catch something that from you know, nuisance trips. They may think it's an arc fault trip, but it's really not

.280 --> 00:24:19.720

[REDACTED] : because arc faults. Really, there are 2 types of arc faults. parallel and and and was it parallel and inline.

00:24:20.000 --> 00:24:20.690
Kevin Caves: Hmm.

.690 --> 00:24:26.439

[REDACTED] : So it it doesn't always know which one's which. It just takes l trip. But sometimes it can be.

.780 --> 00:24:31.960

[REDACTED] : Yeah, you know, legitimate where, if you have 2 wires that are hing, but they're very super close to each other

.420 --> 00:24:36.259

[REDACTED] : that's called. That's an it's jumping. It's an it's a true.

.370 --> 00:24:41.940

[REDACTED] : It's not a parallel. It's a in in series. I'm sorry. Parallel There you go. It's coming back to me now.

00:24:42.180 --> 00:24:42.730
Kevin Caves: Okay.

.730 --> 00:24:50.799

[REDACTED] : Parallel or in series arc fault scenarios. So it may think in series, because it's just jumping through air

.070 --> 00:24:57.160

[REDACTED] : to to one to go to the other. So that's a true serious art, ituation.

00:24:57.470 --> 00:24:58.030
Kevin Caves: Okay.

.030 --> 00:25:03.150
███████ : You know. Sometimes it just it may jump from one wire to the at it may not supposed to.

00:25:03.550 --> 00:25:04.320
Kevin Caves: Alright!

.320 --> 00:25:08.869
███████ : And so that, in my opinion, is the most common for nuisance because

.800 --> 00:25:19.839
███████ : if it's 2 wires to super close to each other. It may think parallel. It's a parallel arc function when it's really it's not. It's just the radio frequency as this.

.170 --> 00:25:22.130
███████ : That paragraph is talking about.

00:25:22.880 --> 00:25:30.510
Kevin Caves: Hmm, so okay, so it sounds like you're you're definitely familiar with with nuisance tripping.

.510 --> 00:25:40.230
███████ : Oh, yes, oh, yes, we. I think every electrician is experience. ht not know why, but they definitely experience it. That's that's for sure.

00:25:40.580 --> 00:25:41.040
Kevin Caves: Okay.

.040 --> 00:25:42.790
███████ : Very common, I would say, yeah.

.790 --> 00:25:47.800
███████ : And when you so when you've experienced it, how do you? How do with it?

.170 --> 00:25:52.590
███████ : That's the that's the one great great. That's a very

.010 --> 00:25:55.290
███████ : let me, what's the best way to put this.

.590 --> 00:26:05.920
: It's a very great. It's a great. That's 1 of those gray areas rical, in the electrical industry. That's hard to explain to somebody that's a homeowner who doesn't know what an arc fault is.

257
00:26:05.920 --> 00:26:06.380
Kevin Caves: Right.

258
.500 --> 00:26:11.810
: Giving them the full the full electric theory explanation.

259
.010 --> 00:26:13.350
: And so.

260
.502 --> 00:26:18.799
: let's see, let's see, let's see.

261
.420 --> 00:26:21.520
: Rephrase the question again.

262
00:26:21.520 --> 00:26:23.620
Kevin Caves: Well, well like, you know, if you have

263
00:26:24.100 --> 00:26:29.070
Kevin Caves: a customer, for example, is, you know, complaining about nuisance, tripping.

264
.420 --> 00:26:29.840
: Okay.

265
00:26:29.980 --> 00:26:36.922
Kevin Caves: Or you know you get a call about it from, you know from any of your customers. Is there anything you can do about it?

266
.020 --> 00:26:44.460
: There is a process to use process elimination to identify , what problem it is.

267
.680 --> 00:26:46.579
: But then, when you get to that point.

268
.740 --> 00:26:55.309
: Sometimes you only have. So let's just say I get called into a hone tripping right? Troubleshoot.

00:26:55.310 --> 00:26:56.000
Kevin Caves: Yeah.

.000 --> 00:27:04.639
███████ : Thing I would do is I would see why it's tripping, meaning. I ██ rn it off and turn it on. If it's tripping automatically. Then that's an instant trip and instant trip means

.980 --> 00:27:17.540
███████ : a lot of times. Do you have something in the wiring or ██ g's plugged in? That's making it's a nuisance trip is is not the same thing as a direct trip trip. If that makes any sense.

00:27:17.540 --> 00:27:18.330
Kevin Caves: Okay.

.980 --> 00:27:30.410
███████ : So a nuisance trip is in. My experience, of course, is if I ██ off the breaker, turn it back on, it'll hold, and then maybe in 2 min it will trip. Maybe in 2 h it will trip.

.660 --> 00:27:32.379
███████ : and a lot of times it happens

.630 --> 00:27:40.399
███████ : where it's like the attrition will come there. Come, there, ██ l reset it. It's holding. And let's say the host, the homeowner. Well, it's holding it's fine.

.510 --> 00:27:49.139
███████ : and they'll show the homeowner homeowner. Yeah, you're right. ██ e. Well, the moment the electrician leaves it happens again. So sometimes the homeowners feel like they're

.260 --> 00:27:55.999
███████ : they don't want to feel like they're dumb. But, like, you ██ ey're calling an electrician to to come in and troubleshoot it, and they're paying money for this.

00:27:56.210 --> 00:27:56.900
Kevin Caves: Right.

.900 --> 00:28:06.349
███████ : When he doesn't happen when he leaves. It happens. I can't ██ how much times I've heard that before, but that's a common nuisance trip, because nuisance trip means it's

.560 --> 00:28:09.340
: it's so close to the variation of

.540 --> 00:28:15.709
: of milliamps of what our fault to use milliamps as there's a ight?

.890 --> 00:28:22.570
: And and the only reason why I know this, because I kind of go about this stuff. Your typical will not know this. By the way.

00:28:22.570 --> 00:28:23.270
Kevin Caves: Sure.

.270 --> 00:28:31.269
: When arc fault trip arc fault breaker has a a margin of you many milliamps you will catch that arc fault.

.770 --> 00:28:34.969
: So a lot of times. Something may be just too sensitive.

00:28:35.460 --> 00:28:36.090
Kevin Caves: Yeah.

.350 --> 00:28:45.109
: So to not go in the weeds in this is, we could basically t you want to see if it's an instant trip or not. If it's not.

.590 --> 00:28:51.270
: you know they then you could replace the breaker, because e the second breaker might have a little bit of a different variation.

.420 --> 00:28:54.319
: A word catches a a trip, an article

.023 --> 00:29:02.209
: if that's 1 option, another option is, if it's a direct if instant trip.

.410 --> 00:29:10.600
: then you want to see what's what's plugged into that circuit. of want each possible elimination to see if it could be like a TV could be like a microwave.

.720 --> 00:29:16.499

███████ : Right? If it's a micro circuit, it's dedicated, it's easy. You he micro you turn it on and see if it's shipping or not

.105 --> 00:29:23.280

███████ : that tells you the circuits fine is that device that es what's causing it to happen.

00:29:25.030 --> 00:29:26.020
Kevin Caves: Okay?

00:29:26.290 --> 00:29:30.000
Kevin Caves: So sometimes you can, you can replace the breaker, and that'll fix the problem.

.550 --> 00:29:34.560

███████ : Sometimes it does. Yeah, sometimes one breaker is more e than the other.

00:29:34.730 --> 00:29:35.280
Kevin Caves: Okay.

.280 --> 00:29:41.980

███████ : Not out breakers it? It's not, you know. It's not black and t's we're talking milli amps.

00:29:42.220 --> 00:29:42.660
Kevin Caves: Right.

.920 --> 00:29:45.330

███████ : Such a tiny difference.

.590 --> 00:29:55.050

███████ : and it may be just enough to make to catch it on the bottom of that very I call it variation, but it's a think of it as a margin like minus 10 plus 20

.160 --> 00:29:58.910

███████ : a million. And I'm just. I'm just giving you random numbers w, by the way.

.290 --> 00:30:04.389

███████ : but it might be just my point, you know, minus 10 milliamps is 's catching it.

00:30:04.840 --> 00:30:09.170

████████ : So the next breaker might be minus 5 milliamps to 25.

00:30:09.420 --> 00:30:10.180
Kevin Caves: Right.

.370 --> 00:30:13.000
████████ : So am I, just not following through that margin.

.460 --> 00:30:20.010
████████ : So I've had many times where I've had. I replaced the breaker. lems fix fixes itself.

00:30:20.010 --> 00:30:20.820
Kevin Caves: Okay.

.040 --> 00:30:25.499
████████ : Or and and other times, where I replaced the breaker 4 times, till keeps happening.

00:30:25.500 --> 00:30:26.180
Kevin Caves: Wow!

.410 --> 00:30:29.030
████████ : And then and then what we

.043 --> 00:30:40.709
████████ : we result in is basically that certain appliance for for the designed created is too sensitive for that. Brand breakers.

00:30:41.160 --> 00:30:42.800
Kevin Caves: Got it. Okay.

.120 --> 00:30:53.450
████████ : And I can give you a brand if you want, but I'm sure you might you're you know, if you've done this before. I'm sure you probably heard and heard a certain brand that's that's known for very sensitive.

.690 --> 00:30:55.989
████████ : or have you should I should? I should.

00:30:56.548 --> 00:31:01.019
Kevin Caves: well, I we've heard different things, but we'd love to hear what what your experience is.

.020 --> 00:31:09.320
███████ : So in my experience, Siemens is is a little bit too much
. I love the brand Siemens, as far as all the product lines.

00:31:09.320 --> 00:31:09.890
Kevin Caves: Yeah.

.890 --> 00:31:11.969
███████ : They make very great products.

00:31:11.970 --> 00:31:12.510
Kevin Caves: Yeah.

.510 --> 00:31:14.710
███████ : Let's say in my experience

.970 --> 00:31:21.960
███████ : a lot of my colleagues have been saying it, and I've been
hat a lot of my experience Siemens tends to be too sensitive.

00:31:22.150 --> 00:31:31.320
Kevin Caves: Okay, is that still a problem? Has it been a problem
recently for a long time? Is it more of a problem now, less of a problem
than it used to be, or

00:31:32.380 --> 00:31:33.379
Kevin Caves: hard to say.

.380 --> 00:31:36.619
███████ : Maybe it's hard to say, because it could be different factors.

00:31:36.620 --> 00:31:37.400
Kevin Caves: Yeah.

.400 --> 00:31:39.880
███████ : I want to say it's been less of a problem.

.509 --> 00:31:48.550
███████ : Well, let me preface this. I I rarely use Siemens now for the
that I manage. We rare. We, as a company, rarely use Siemens.

.330 --> 00:31:52.539
███████ : Shemas in Florida is not as common as it is in ████████

00:31:52.540 --> 00:31:53.270

Kevin Caves: I see.

.270 - .249
[REDACTED] : In [REDACTED] Siemens is is probably the most common brand of nd bre we use.

00:31:58.400 --> 00:31:59.110
Kevin Caves: Okay.

.110 --> 00:32:03.890
[REDACTED] : So, and I've only moved here 2 and a half months away. So if I k, you know

.880 --> 00:32:14.310
[REDACTED] : I own my business till I I moved here till I sold it. Probably a little bit less common, so I think they have gotten better.

.300 --> 00:32:18.719
[REDACTED] : But it's still that stigma still there, if that makes sense.

00:32:18.720 --> 00:32:20.320
Kevin Caves: Got it. Got it?

00:32:20.700 --> 00:32:27.920
Kevin Caves: Okay? Yeah, well, I can. I can see why they call it nuisance trip. Yeah, it's because.

.920 --> 00:32:35.270
[REDACTED] : Yeah, like certain there, there are those certain. And the hy I say it's it's a gray area is because there are those like

.541 --> 00:32:41.520
[REDACTED] : scenarios, where, no matter what you do, you just can't seem he problem.

.020 --> 00:32:44.300
[REDACTED] : how you have to do it with code.

.780 --> 00:32:50.970
[REDACTED] : So code requires you to have certain seat alcohol protection in areas. Well.

.740 --> 00:33:02.019
[REDACTED] : you know, sometimes you can trace back a circuit, and you can obvious. You know, these wires are too close to each other. This this ground is touching a neutral somewhere. That's easy.

.200 --> 00:33:06.349
: right? And that's that would. That's not a nuisance trip,

.710 --> 00:33:15.030
: that's a that would be a direct, short. A direct, short, rip or instant trip is when you have, like a ground touching a neutral. For example.

00:33:15.240 --> 00:33:15.730
Kevin Caves: Okay.

.730 --> 00:33:20.819
: The 1st thing that I would do if I'm troubleshooting this n.

.050 --> 00:33:27.159
: If it's an instant trip meaning I I turn off to turn it on and tomatically or instantly.

.290 --> 00:33:30.799
: That tells me it's not a nuisance trip. That's a trip that

.600 --> 00:33:36.630
: those real arc fault problem exist somewhere in that circuit Okay.

.630 --> 00:33:42.359
: every time I've I've done this. Every time there was an trip I always found

.060 --> 00:33:51.659
: 100% of time. I was able to find an issue somewhere in that meaning, if it's a in a it's usually it's in a box somewhere. It's a search box, an outlet box.

.950 --> 00:33:59.559
: It could be on the, on, the outlet itself, on the switch hen they're pushing those, the product, the device in they're touching their

.419 --> 00:34:08.320
: now, nuisance trips. That's that's a tricky one, because it's s you. I was able to resolve it by replacing a breaker.

.620 --> 00:34:14.879

: Well, sometimes I replaced the breaker 4 times, and it's it r example. I can think of. One example is a fridge.

.320 --> 00:34:17.139

: There's certain fridge that they bought.

00:34:17.639 --> 00:34:18.289
Kevin Caves: Right.

.290 --> 00:34:32.329

: You replace the breaker it. It was still doing the nuisance, , meaning, you know, it's holding I would leave. I'd go home, and a week later, 2 weeks later, they call me again. Hey? It's done that again, you know.

00:34:32.330 --> 00:34:36.209
Kevin Caves: Yeah, yeah. And that's a real problem. If your refrigerator loses power for a long time.

.219 --> 00:34:40.189

: Right right? And so and and so really.

.629 --> 00:34:45.329

: what is the and if it's like a if it's a dedicated circuit

.689 --> 00:35:04.179

: where we've had situations very rarely, but we have situations 's dedicated circuit, meaning, I can see exactly from A to Z. The wire I can. I go in the attic. I can look at the wire. I can look at the wire in the panel. I can look at the wire in the outlet box, meaning I can see the full circuit right.

00:35:04.180 --> 00:35:05.030
Kevin Caves: Right.

.030 --> 00:35:12.570

: You see that there's no punctures? There's no nicks, or nothing meaning. There's there's no logical explanation

.180 --> 00:35:15.270

: like there's an arc fault anywhere.

00:35:15.590 --> 00:35:16.210
Kevin Caves: Yeah.

.210 --> 00:35:26.830

███████ : And it's still doing the nuisance. Stripping that tells me sensitivity of that fridge is is, you know, it's within the parameters of that breaker range.

.950 --> 00:35:31.280

███████ : And so, just like, get a different fridge returning to get one, you know.

.500 --> 00:35:35.290

███████ : which is not not. Nobody wants to hear that.

00:35:35.500 --> 00:35:38.166
Kevin Caves: Yeah, yeah, that's a tough one to swallow.

.500 --> 00:35:41.481

███████ : Yeah. And but what's the other thing to do? You can do

.000 --> 00:35:47.989

███████ : You can do. You can do a regular breaker, and you can do action a dual function is what we call or arc fault

.160 --> 00:35:49.190

███████ : outlook.

.820 --> 00:35:55.000

███████ : But then that's a pain in the neck, because now you gotta take ge out and reset it. If that happens.

.920 --> 00:35:56.770

███████ : So it's

.020 --> 00:36:04.549

███████ : so. The nuisance tripping is the one area that I never . I could never fully. I can kind of see why it happens.

00:36:04.550 --> 00:36:05.550
Kevin Caves: Yeah.

.550 --> 00:36:10.169

███████ : But that's what I mean by that. You know. Big shade gray area

00:36:10.420 --> 00:36:16.160

[REDACTED] : I can't tell you with 100 confidence or give. I can guarantee , you know.

379
00:36:17.010 --> 00:36:40.169
Kevin Caves: Okay. Well, thanks, that's really helpful. Why don't we? Why don't we move on to the the next one? And let's see where we are here. Oh, so now we're starting. We'll have 12 of these questions. I'll give you a chance to look it over. Take your time, and you know when you're ready, let me know. You know which which option you would, you would select.

380
.380 --> 00:36:46.035
[REDACTED] : So.

381
.160 --> 00:36:53.390
[REDACTED] : For example, if that if I was to do this in [REDACTED] I lect the Siemens one.

382
.230 --> 00:36:59.529
[REDACTED] : And the reason why is because every company has a generic

383
.640 --> 00:37:12.210
[REDACTED] : They want to pick one, and they want to stick with one for lk stuff if they're doing new construction projects, and they're doing a lot of panels. They don't wanna have 20 different options of panels in their warehouses or in their trucks.

384
.340 --> 00:37:14.850
[REDACTED] : so they'll pick one that they like to work with.

385
00:37:15.040 --> 00:37:15.650
Kevin Caves: Right.

386
.650 --> 00:37:33.179
[REDACTED] : If, for example, it was Siemens, I had 2 options in my , Siemens, that was the generic one, or Levitant. If the homeowners or the customers wanted to pay a little more money to get a better product. You know, fancier, it's got more abilities. It looks nicer, it's also more expensive.

387
.560 --> 00:37:36.510
[REDACTED] : So if this was in [REDACTED] these were options.

388
.930 --> 00:37:44.149
[REDACTED] : it depends what the job is. If it's if I'm doing a panel, or oing new construction. I would pick Siemens, because that's the brand that I that I would install.

00:37:44.990 --> 00:37:45.943
Kevin Caves: Got it

.420 --> 00:37:51.030
: Remodel, for, for example, and they they currently have an
el.

.200 --> 00:37:57.160
: Then I'd have to pick the Eaton panel, and the reason why I
pick. That is

.930 --> 00:38:05.519
: well. Now, looking back again, if I well, the reason I picked
se you have to get the brand of the breaker

.220 --> 00:38:11.150
: for the certain brand panel because of ul listing
ters, laboratory listing.

00:38:11.150 --> 00:38:11.880
Kevin Caves: Right.

.330 --> 00:38:18.990
: Code right? But then the the next thing that would be is is
lug, a neutral panel? Not every panel is a plug, a neutral panel.

00:38:19.260 --> 00:38:20.070
Kevin Caves: Right.

.160 --> 00:38:25.960
: So it's hard to answer this question, because, like, it's

.240 --> 00:38:31.470
: this is a this is a. It's a good question, but it's a generic
got it?

.470 --> 00:38:34.640
: And what you know, what scenario would this apply to.

00:38:34.910 --> 00:38:35.650
Kevin Caves: Yeah.

00:38:36.090 --> 00:38:43.640

Kevin Caves: yeah, yeah, we're so, yeah, you're right. It is sort of generic. It's just asking for typical project, general inventory.

00:38:45.030 --> 00:38:47.419
Kevin Caves: And what what do you think of the

00:38:47.660 --> 00:38:51.190
Kevin Caves: do? The prices we put there? Do they make sense.

.230 --> 00:38:58.030
: Those are very good. Prices are very competitive prices. I y they usually a little bit more.

00:38:58.430 --> 00:38:59.310
Kevin Caves: Okay.

.830 --> 00:39:03.210
: Those are only for prices, I would say those are only for

00:39:03.210 --> 00:39:04.190
Kevin Caves: Home, Depot, okay.

.190 --> 00:39:09.910
: Home depot prices, or that's what we would get it as urer as if sorry contractors.

.210 --> 00:39:15.760
: Now the plugin neutral the pigtails seems a little high on the

.497 --> 00:39:20.360
: that one is, it doesn't specify.

.810 --> 00:39:32.009
: Let's see, so square. D, there's 2 2 types of square d.

00:39:32.710 --> 00:39:34.090
Kevin Caves: The home line, and the what.

.090 --> 00:39:43.300
: There's also 2 types of Eaton Br, or or eaten cr H. Correct.

.040 --> 00:39:51.689
: So that also that you know, that would have to be specified as w, when it says nuisance, Asia has nuisance, tripping defect.

415
.170 --> 00:39:53.629
███████ : what does that mean?

416
00:39:56.910 --> 00:39:58.360
Kevin Caves: Oh, well.

417
.680 --> 00:40:00.070
███████ : Yeah, so.

418
00:40:01.180 --> 00:40:02.590
Kevin Caves: That would be.

419
00:40:03.230 --> 00:40:05.329
Kevin Caves: That would mean it has the.

420
.610 --> 00:40:08.029
███████ : The ability to catch a nuisance trip or.

421
00:40:08.030 --> 00:40:16.249
Kevin Caves: It it so it it would mean it has the. It's defective in in the sense that we described it in that that previous screen.

422
.570 --> 00:40:17.330
███████ : Got it. Got it.

423
00:40:17.330 --> 00:40:18.050
Kevin Caves: Yeah.

424
.410 --> 00:40:24.140
███████ : So if they have, oh, so if it's if it's getting use and it's a defective product, is what that's how they're considering it.

425
00:40:24.530 --> 00:40:26.150
Kevin Caves: Exactly. Yeah.

426
.150 --> 00:40:26.750
███████ : Yeah.

427
.910 --> 00:40:30.610
███████ : So for me just to to pick one.

428
00:40:31.250 --> 00:40:35.689

███████ : let's say I'm in Florida right now. I would pick one in the ,

.490 --> 00:40:49.139
███████ : and the reason being is because that's the brand that we use, a plug, a pigtail breaker can go into any panel. A plug on neutral breaker can only go to a plug on neutral panel.

00:40:49.680 --> 00:40:50.280
Kevin Caves: Right.

.280 --> 00:40:53.390
███████ : One that will apply to both versus one, that only applies to

00:40:54.250 --> 00:40:55.719
Kevin Caves: Makes sense. Okay.

00:40:56.730 --> 00:41:03.529
Kevin Caves: alright. So we're picking. We're picking that one. And you've explained why. So yeah, let's go on to the next one.

.080 --> 00:41:08.139
███████ : The market, pushing up for tip quarter or no.

.250 --> 00:41:09.300
███████ : Me?

.170 --> 00:41:24.869
███████ : Well, kind of. And now kind of, you know, I would pick so not because humans here.

00:41:25.220 --> 00:41:26.300
Kevin Caves: Okay.

00:41:27.080 --> 00:41:39.890
Kevin Caves: alright. So you pick that one. And then, just for the I'm gonna ask you this for for all I'm just saying, just for the record like, what? What was the the how did you decide on on that answer? How? Why did you pick the Siemens one as opposed to.

.890 --> 00:41:43.409
███████ : The Afc. Has the nuisance tripping defect

.520 --> 00:41:49.830
███████ : that that's 1. And the other thing is the pigtail.

00:41:51.230 --> 00:41:52.390
Kevin Caves: Okay. The pigtail.

.390 --> 00:42:07.000
████████ : The second. The 3rd thing is the 1st one. It's a dual
. That's not even that's not just an arc fault. That's a
completely different breaker. So the eaten, the 1st one. It does it it
can it? You can install it into an arc fault scenario, but it does more
than the what's.

00:42:07.810 --> 00:42:08.150
Kevin Caves: Right.

.150 --> 00:42:09.310
████████ : That. So

.600 --> 00:42:18.529
████████ : sometimes you have to have dual function breakers. Sometimes
t. You can still put them in. You can always go above the code.
You can't go below the code meaning.

00:42:18.710 --> 00:42:19.050
Kevin Caves: Sure.

.050 --> 00:42:25.460
████████ : Install that breaker into a scenario. But it doesn't mean I
would that I would have to install the breaker

.590 --> 00:42:26.920
████████ : that makes any sense.

00:42:27.210 --> 00:42:29.049
Kevin Caves: Yeah, yeah, that makes sense.

.050 --> 00:42:38.139
████████ : So the dual function. It's a separate breaker. That's why that
lls off. And then the other 2, the Plugger neutrals. If if I
don't know what panel I'm working on

.500 --> 00:42:42.279
████████ : right. If I don't know that information, then I would always
plug a neutral one.

00:42:43.870 --> 00:42:50.390

Kevin Caves: Okay, alright. So we'll pick the seam as one. And yeah, why don't we go on a number 3.

.910 --> 00:43:02.580
█████████ : Here.

.840 --> 00:43:21.159
█████████ : Again I have to do. I have to assume certain things. That's

00:43:21.600 --> 00:43:22.350
Kevin Caves: Sure.

.490 --> 00:43:26.589
█████████ : If I'm assuming, you know again, this is here.

.300 --> 00:43:41.589
█████████ : and this is says for typical project. If it's a, you know, new tion project which we do a lot of, then I'd pick the middle one if I'm assuming that that and the reason why is because if we're doing a new panel which we are would be in new construction. I would install a plug on neutral panel.

.040 --> 00:43:44.440
█████████ : therefore I could use a plug on neutral.

.550 --> 00:43:48.229
█████████ : Now I'll tell you why I picked that is because

.370 --> 00:43:52.170
█████████ : that price for $70 is is kind of high price.

00:43:52.390 --> 00:43:53.780
Kevin Caves: Sure. Yeah.

.780 --> 00:43:58.710
█████████ : The aci, and also does not have the aci nuisance tripping

.270 --> 00:44:00.270
█████████ : So

.250 --> 00:44:08.320
█████████ : you know what's what, how common uses stripping are. I say they're super common, but they're common enough that they are of a

.610 --> 00:44:12.000
: do they impact our decisions as electricians?

.484 --> 00:44:19.249
: I would not want a a breaker. That's an arc fall that does not defect protection. You know what I mean.

00:44:19.250 --> 00:44:20.709
Kevin Caves: Yeah, yeah, for sure.

.560 --> 00:44:25.430
: So that's I'll get the middle one, and and that's why.

00:44:25.840 --> 00:44:30.219
Kevin Caves: Alright, so alright! So let's click the middle one and keep going.

.560 --> 00:44:38.520
: You can do a single dual.

.070 --> 00:44:52.810
: so I'll pick the 1st one.

00:44:54.730 --> 00:44:57.970
Kevin Caves: Okay? So you go. And just for the record.

00:44:58.332 --> 00:45:01.110
Kevin Caves: how did you choose the that one over the other one.

.110 --> 00:45:10.509
: One is the amount of times that you're required to do. A 20 . Fault in a home per code

.830 --> 00:45:13.170
: is very, very limited.

00:45:13.755 --> 00:45:14.340
Kevin Caves: Okay.

.340 --> 00:45:19.359
: Preamps. Usually you have to start. You have to do most of eas dual functions.

00:45:19.670 --> 00:45:20.460
Kevin Caves: Okay.

.590 --> 00:45:25.200
▮▮▮▮▮ : So I can still use an Arc fault breaker, and I can do a Gfi
le.

.330 --> 00:45:32.980
▮▮▮▮▮ : But then I recept a Gfi. My logic is always a Gfi receptacle
ut 30, 30 bucks, 25 bucks, 30 bucks right? Right?

.240 --> 00:45:37.959
▮▮▮▮▮ : If I have to do an arc fault and a Gfi. Well, I might as well

.110 --> 00:45:45.690
▮▮▮▮▮ : $16 difference to the dual function. Do it all into panel, and
an use a regular receptacle instead of a Ground a Gfi receptacle.

00:45:45.930 --> 00:45:47.119
Kevin Caves: Okay, makes sense.

.120 --> 00:45:57.259
▮▮▮▮▮ : When I need a Gfi, I I'll I like to do it in the panel, not in
ptacle code itself, because A saves me money. It's B. It's more
convenient for the homeowner.

.520 --> 00:46:02.890
▮▮▮▮▮ : If anything happens, you go to the electrical panel to reset
o, you know, to see what's going on.

00:46:03.640 --> 00:46:05.750
Kevin Caves: Yeah, yeah, that makes sense.

.110 --> 00:46:07.080
▮▮▮▮▮ : So that's why.

00:46:07.080 --> 00:46:11.789
Kevin Caves: Okay. Okay. Good. Alright, yeah. Let's go to the next one.

.590 --> 00:46:20.480
▮▮▮▮▮ : New market. Okay, General Electric. No. Gee, Siemens, siemens
020.

.890 --> 00:46:29.879
▮▮▮▮▮ : Okay, I I see what what it's doing now.

.190 --> 00:46:33.380
█████████ : I would do the second one.

00:46:34.120 --> 00:46:36.070
Kevin Caves: You'd pick the one in the middle.

.070 --> 00:46:36.810
█████████ : Correct.

00:46:36.950 --> 00:46:39.150
Kevin Caves: Okay. And how did you pick that one.

.395 --> 00:46:45.540
█████████ : The 3rd one that does not have the nuisance tripping defect
wouldn't want to spend my money if it doesn't have the nuisance

.390 --> 00:46:48.100
█████████ : defect trip.

.610 --> 00:46:50.700
█████████ : I'm sorry the nuisance trip. Defect.

00:46:50.700 --> 00:46:51.540
Kevin Caves: Yeah.

.971 --> 00:46:54.990
█████████ : The other thing is the general electric

.640 --> 00:47:01.690
█████████ : for you to find a jet ge single an afci breaker. It's they're
common.

00:47:01.890 --> 00:47:02.500
Kevin Caves: Huh!

.262 --> 00:47:12.570
█████████ : They, they have them some. It's a little bit in home depot,
're not coming, because it's not a common brand for new for new
modern electrical work in the industry.

00:47:12.850 --> 00:47:13.450
Kevin Caves: Okay.

.859 --> 00:47:19.000
█████████ : Siemens, Levitan, or Eton.

.640 --> 00:47:27.860
█████████ : If if it's a ge, that means it's an existing panel that nobody ot seen once anybody put in a G. Ge. Panel. New.

00:47:28.550 --> 00:47:29.930
Kevin Caves: Okay. And again.

.930 --> 00:47:32.919
█████████ : My experience is in residential, so I want to preface that.

00:47:33.080 --> 00:47:34.630
Kevin Caves: Sure. Okay.

00:47:34.990 --> 00:47:40.590
Kevin Caves: so you're so, is it fair to say most of the for most of your projects you're putting in a new panel.

.480 --> 00:47:47.529
█████████ : If it's a remodel, or if it's a new construction absolutely, e. Yes.

00:47:47.530 --> 00:47:47.910
Kevin Caves: Okay.

.910 --> 00:47:49.760
█████████ : That's what most of my projects are.

00:47:50.050 --> 00:47:50.829
Kevin Caves: Got it. Okay.

.152 --> 00:47:57.610
█████████ : Yes, to answer your question simply. Yes, most of my projects. I'm putting in a new panel. Yes.

00:47:57.950 --> 00:48:06.150
Kevin Caves: Got it. Okay, that helps alright. Let's move on. We're halfway through the the 12 now.

.180 --> 00:48:18.419
█████████ : It has to be the 1st one.

00:48:20.300 --> 00:48:23.300

███████ : because it has a. It has a nuisance, stripping defect.

00:48:23.780 --> 00:48:24.630
Kevin Caves: Okay?

00:48:25.100 --> 00:48:29.790
Kevin Caves: So you like, the SIM is 1 49 56. Okay?

00:48:31.850 --> 00:48:35.389
Kevin Caves: Alright, okay. Makes sense. Let's go on to number 7.

.560 --> 00:49:01.939
███████ : It'd have to be the middle one.

00:49:03.050 --> 00:49:07.230
Kevin Caves: Okay? And just for the record, how do we pick that one.

.640 --> 00:49:11.739
███████ : It has fci tripping defect, so does the other one.

.890 --> 00:49:12.545
███████ : But

.610 --> 00:49:21.400
███████ : the the brand that we typically use here in Florida, for
is square. D, that's that's our go-to brand. So more more common

.560 --> 00:49:23.850
███████ : will be square. D for anything for us.

00:49:25.160 --> 00:49:28.949
Kevin Caves: Okay, okay, got it? Alright. Let's move on to number 8.

.470 --> 00:49:46.330
███████ : Oh, man.

.720 --> 00:49:51.530
███████ : hmm!

.170 --> 00:49:54.740
███████ : I would do none of these.

00:49:55.400 --> 00:49:56.300
Kevin Caves: All right.

00:49:56.910 --> 00:49:58.929
Kevin Caves: And how did you pick that answer?

.384 --> 00:50:03.039
███████████ : From the brands that I would use either square D or Siemens.

.370 --> 00:50:06.570
███████████ : They didn't have that nuisance stripping defect.

00:50:07.060 --> 00:50:07.730
Kevin Caves: Right.

.730 --> 00:50:12.869
███████████ : I'd want. I'd wanna buy the one with the nuisance tripping.
y defect.

.260 --> 00:50:19.229
███████████ : Okay? And not very common for us, very, very, very rare. So.

00:50:19.420 --> 00:50:21.130
Kevin Caves: Yeah, okay.

.320 --> 00:50:34.930
███████████ : It would be none, none again.

00:50:35.510 --> 00:50:36.600
Kevin Caves: None of the above.

00:50:36.600 --> 00:50:37.140
Kevin Caves: Yep.

.140 --> 00:50:37.600
███████████ : Yeah.

00:50:37.600 --> 00:50:40.529
Kevin Caves: Is that because because of the brands.

.860 --> 00:50:46.409
███████████ : Does not have the defect, the the defect, and then ge. Again,
ent.

00:50:46.410 --> 00:50:49.010
Kevin Caves: Got it. Okay? Alright, let's keep going.

.110 --> 00:50:51.010
███████ : Excuse me.

00:50:51.310 --> 00:50:52.220
Kevin Caves: No problem.

.400 --> 00:50:55.500
███████ : Eden Siemens. Okay, this one.

.300 --> 00:51:13.950
███████ : Yeah. Can I select 2 out of the 3 or not?

00:51:14.800 --> 00:51:16.519
Kevin Caves: Just just one. Unfortunately.

.520 --> 00:51:19.589
███████ : Yep, yep, okay. Then I would do

.350 --> 00:51:27.110
███████ : well, I guess, to be consistent. If most of the answers are
n Florida, I would do the 3rd one.

00:51:27.810 --> 00:51:29.490
Kevin Caves: The the square d.

.720 --> 00:51:36.279
███████ : That's because that's a common ████████ he reason why I asked
ld have 2 is because if it was a ████████ I would have done
this the middle one.

00:51:37.295 --> 00:51:37.620
Kevin Caves: Okay.

.620 --> 00:51:42.939
███████ : They both have aci nuisance tripping and up, and Price is not
hat much of a factor.

.720 --> 00:51:46.380
███████ : It it's getting the right product. You know what I mean. So

00:51:46.380 --> 00:51:46.980
Kevin Caves: Sure.

.240 --> 00:51:50.089

███████ : It is price, it is what it is. It's 1 of those things.

00:51:50.730 --> 00:51:51.160
Kevin Caves: Okay.

.160 --> 00:51:54.420

███████ : I would do square d, just because that's the more common brand use.

00:51:55.070 --> 00:51:56.800
Kevin Caves: Okay, makes sense.

.800 --> 00:51:57.130

███████ : Yeah.

00:51:57.130 --> 00:51:58.949
Kevin Caves: Okay, let's move on to number 11.

.620 --> 00:52:15.790

███████ : None of the above.

00:52:16.340 --> 00:52:19.270
Kevin Caves: Okay. And why did we select none of the above.

.570 --> 00:52:23.879

███████ : The 2 that I would use Siemens or Ethan. They do not have a

.610 --> 00:52:26.030

███████ : Right?

.030 --> 00:52:26.770

███████ : Hello.

.100 --> 00:52:29.500

███████ : The option? Yeah.

00:52:30.270 --> 00:52:31.100
Kevin Caves: Okay.

00:52:31.740 --> 00:52:34.480
Kevin Caves: Alright, let's go on to the last one.

.140 --> 00:53:00.470
██████████ : it would be Siemens.

00:53:01.720 --> 00:53:06.090
Kevin Caves: Number 3. Okay. And just for the record, how did you pick number 3?

.090 --> 00:53:19.720
██████████ : It has nuisance tripping defect, and also to pigtail. So if t could work on both panels, plug on, and pigtail panels versus the second runner was eaten. That's a plug on neutral. It's too too limiting.

00:53:19.720 --> 00:53:26.999
Kevin Caves: Too limiting. Okay, okay, alright. Good. We're almost done. Let's click ahead.

00:53:27.550 --> 00:53:29.329
Kevin Caves: See what we have next.

.730 --> 00:53:36.689
██████████ : I wouldn't say any. I wouldn't really say confusing.

.890 --> 00:53:44.230
██████████ : I didn't find it confusing. The only thing is, maybe it would n nice to have more parameters.

00:53:44.230 --> 00:53:48.559
Kevin Caves: Yeah, you said, you mean you mean when you were deciding which ones to buy.

.920 --> 00:53:52.540
██████████ : Yeah, yeah, like, like, when you're saying in your typical

.440 --> 00:53:56.360
██████████ : I think it. I don't think you'll find one

.550 --> 00:53:59.849
██████████ : electrician. They will say, I only do you know panels? Only t.

.332 --> 00:54:10.519
██████████ : It depends on the project, the project kind of dictates which u're gonna go. And then, when you know which route you're gonna go. Then you can. Then it dictates what product you will choose.

.230 --> 00:54:12.690
: You know what I mean. So

.800 --> 00:54:18.340
: that would have been a little, I think a little bit just a
asier, because if I'm working an existing home with an existing
panel

.770 --> 00:54:34.279
: well, I don't have much short. I can't choose what breaker to
ave to use a certain breaker because of you are listing code
requirements, that sort of thing. So then, the only thing I would choose
is, where am I getting it at? Is it home depot, or is it is a supplier.

00:54:34.550 --> 00:54:35.270
Kevin Caves: Right.

.944 --> 00:54:43.970
: It's so it when it comes to breakers. There's not much the
tty much tells you. For the most part

.500 --> 00:54:49.820
: it it it. It narrows it down a lot for you to which route
eaker you have to use.

00:54:50.090 --> 00:54:51.809
Kevin Caves: Right, right.

.010 --> 00:54:58.779
: So, that that's the one thing I think that would have made it
easier, I think, or maybe just for other folks.

00:54:59.275 --> 00:55:04.410
Kevin Caves: You have more parameters like, Okay, you're working on a new
construction. You know. You're building a house.

.850 --> 00:55:08.620
: Okay, then, you know, it's easier to to. She.

00:55:09.720 --> 00:55:12.668
Kevin Caves: Okay, got it. That's super helpful.

00:55:13.610 --> 00:55:17.719
Kevin Caves: all right. Well, we are. Yeah, we're at a hundred percent.
So

00:55:18.160 --> 00:55:26.359
Kevin Caves: let's see, yeah, I do not have any further questions. This
has been helpful. Do you have any any final comments or questions, or
anything before we sign off.

.940 --> 00:55:38.180
██████████ : Is this just I I know you. You can't tell me that the brand or
that, and I understand it. But is this for a certain brand? Or
is this for like a market research, you guys are doing for other
manufacturers.

00:55:38.180 --> 00:55:42.829
Kevin Caves: Yeah, I mean, it's we're trying to cover. We're trying to
cover the major brands. I would say.

.830 --> 00:55:43.930
██████████ : Got it. Okay, okay.

00:55:44.630 --> 00:55:45.490
Kevin Caves: Yeah.

.010 --> 00:55:46.490
██████████ : But

.970 --> 00:55:53.410
██████████ : are they trying? Are they doing research to to see if they can
s better with like nuisance, tripping, or something, or

.550 --> 00:55:55.080
██████████ : see that.

00:55:55.080 --> 00:55:59.810
Kevin Caves: Yeah, I can't. Sorry. I wish I wish I could tell you more,
but my hands are tied.

.060 --> 00:56:08.669
██████████ : No worries, no worries. I'm just because I it's music to my
it's if they are, which I assume they are, I don't like to
assume.

.910 --> 00:56:14.039
██████████ : but I assume the manufacturers are trying to get better with
uct lines. Of course, right.

00:56:14.040 --> 00:56:16.709

Kevin Caves: Yeah, I'm I think that's a good assumption. Yeah.

.710 --> 00:56:19.059
▮▮▮▮ : Yeah. And so that's what I think is.

.180 --> 00:56:29.339
▮▮▮▮ : any nutrition will tell you if you know on our faults, if you the nuisance tripping thing. If everybody can get in the same industry standard.

.580 --> 00:56:34.810
▮▮▮▮ : then I think you'd be doing a lot of great things as a urer of breakers.

00:56:34.990 --> 00:56:35.920
Kevin Caves: All right.

.920 --> 00:56:38.210
▮▮▮▮ : Code makes us use certain things.

.480 --> 00:56:41.950
▮▮▮▮ : But you know those nuisance trips. Those are.

.520 --> 00:56:49.610
▮▮▮▮ : Those are a pain in the neck for customers, because they have oney for troubleshoots and die and do to do diagnoses right?

.870 --> 00:56:53.289
▮▮▮▮ : And they're a pain in the neck for us electricians, because s

.440 --> 00:56:58.900
▮▮▮▮ : we have to tell. The you know the homework is a nuisance trip, and a lot of people don't want to hear that

.310 --> 00:57:01.609
▮▮▮▮ : script. You know what I mean.

.270 --> 00:57:05.529
▮▮▮▮ : he said. That's not a black and white thing, so to speak. So.

00:57:05.530 --> 00:57:06.430
Kevin Caves: Got it.

00:57:06.430 --> 00:57:09.310

███████ : That. That's just all. That's what I was curious about.

622
00:57:09.940 --> 00:57:15.596
Kevin Caves: Alright. Okay. Well, thanks again for your feedback,
Anatoly, and yep. Welcome to Florida.

623
.000 --> 00:57:16.569
███████ : Appreciate it.

624
00:57:16.570 --> 00:57:17.840
Kevin Caves: Alright! Take care! Goodbye.

625
.840 --> 00:57:18.490
███████ : I'm good. Take care!

```
WEBVTT

1
00:01:51.810 --> 00:01:52.850
Kevin Caves: Hello!

2
00:01:53.070 --> 00:01:55.370
NewtonX: Hello! How are you doing.

3
00:01:55.650 --> 00:01:57.549
Kevin Caves: Fine! How are you, █████████

4
00:01:57.870 --> 00:01:59.709
NewtonX: I'm fine. Thank you.

5
00:02:00.320 --> 00:02:08.770
NewtonX: So let's wait for another 2 min, and I will contact if he do not
show in. Okay.

6
00:02:08.770 --> 00:02:09.630
Kevin Caves: Okay.

7
00:02:10.259 --> 00:02:11.199
NewtonX: Thank you.

8
00:02:11.200 --> 00:02:18.296
Kevin Caves: Yeah, thanks. And we were looking at the timetable. Are, are
we gonna add some times for

9
00:02:19.390 --> 00:02:22.630
Kevin Caves: for the following week in case we need them.

10
00:02:23.250 --> 00:02:24.050
NewtonX: Okay.

11
00:02:24.600 --> 00:02:25.430
Kevin Caves: Yeah.

12
00:02:26.270 --> 00:02:26.870
NewtonX: Perfect.

13
00:02:27.020 --> 00:02:27.470
Kevin Caves: Know where you're

14
00:02:28.150 --> 00:02:33.540
```

Kevin Caves: scheduled anything yet, but just it seems like we might. We might be scheduling calls next week, too.

00:02:34.110 --> 00:02:34.950
NewtonX: Okay.

00:02:35.820 --> 00:02:36.339
Kevin Caves: Thank you.

00:02:37.020 --> 00:02:38.090
NewtonX: You're welcome.

00:02:40.190 --> 00:02:41.920
Kevin Caves: And then I saw Dave.

00:02:42.090 --> 00:02:46.350
Kevin Caves: There's a there's 1 scheduled tomorrow.

00:02:47.210 --> 00:02:50.419
NewtonX: Yes, I have to send the calendar invite yet.

00:02:50.610 --> 00:02:57.260
Kevin Caves: Yeah, I. And I just wanted to double check because it on the on the spreadsheet. It says one o'clock.

00:02:57.380 --> 00:03:01.510
Kevin Caves: but it says it says, 1230 Pm.

00:03:02.400 --> 00:03:03.400
Kevin Caves: Below.

00:03:03.400 --> 00:03:04.020
NewtonX: Okay.

00:03:04.640 --> 00:03:05.060
Kevin Caves: Yeah.

00:03:05.060 --> 00:03:06.190
NewtonX: Let me see.

00:03:21.540 --> 00:03:23.499
Kevin Caves: So yeah, we could do.

00:03:24.080 --> 00:03:27.288

Kevin Caves: I could we could do one o'clock. But

00:03:28.110 --> 00:03:31.630
Kevin Caves: yeah, I can't do 1230 tomorrow. Unfortunately.

00:03:32.360 --> 00:03:36.100
NewtonX: Okay, so you are available. One o'clock.

00:03:36.330 --> 00:03:41.460
Kevin Caves: Yes, yeah. And and that it looks like it's scheduled for one. I was just confused because it says

00:03:41.580 --> 00:03:42.410
Kevin Caves: 1230.

00:03:42.410 --> 00:03:42.990
NewtonX: Safe.

00:03:43.520 --> 00:03:46.230
NewtonX: Maybe that was my bad. I'm sorry.

00:03:46.230 --> 00:03:46.899
Kevin Caves: Yeah, no. Problem.

00:03:47.3____ > 00:03:49.800
NewtonX: ████ is here, we can start.

00:03:50.030 --> 00:03:51.380
Kevin Caves: Okay. Great.

00:03:52.050 --> 00:03:53.089
NewtonX: Thank you.

00:03:53.090 --> 00:03:53.740
Kevin Caves: Thanks.

00:04:03.710 --> ____5.680
Kevin Caves: Hi, ████ are you there?

:09.650 --> 00:04:10.719
████ : Yeah, I'm here.

00:04:11.250 --> 00:04:12.050
Kevin Caves: Hi.

12.370 --> 00:04:12.940
████ : Hi! How are you doing.

00:04:13.750 --> 00:04:15.409
Kevin Caves: I'm fine. How are you?

15.410 --> 00:04:16.889
████ : I'm doing pretty good. How are you.

00:04:17.579 --> 00:04:21.369
Kevin Caves: Yeah, doing. Great hope you had a good Memorial Day weekend.

21.620 --> 00:04:22.590
████ : I did.

00:04:22.850 --> 00:04:24.030
Kevin Caves: Excellent.

00:04:24.820 --> 00:04:32.990
Kevin Caves: Well, if it's okay with you, I think we'll we'll get started. And you know we should.

00:04:33.130 --> 00:04:36.499
Kevin Caves: We'll definitely be done by by 1 30

00:04:37.066 --> 00:04:42.720
Kevin Caves: Eastern time, so we'll definitely be done within an hour, and we might get done a little bit a little bit earlier.

42.720 --> 00:04:43.450
████ : Okay.

00:04:45.560 --> 00:04:50.720
Kevin Caves: But yeah, so I'll just read you some preliminary language 1st and then we can get started.

00:04:52.270 --> 00:05:08.929
Kevin Caves: So 1st of all, you know. Thanks for agreeing to participate in today's interview. My name is Kevin Caves. I'll be conducting the interview. I work for a consulting firm called Mclean associates. Devin Myers, who also works for Mcclave and Associates, is also on this call.

00:05:09.230 --> 00:05:23.750

Kevin Caves: and, as you know, this interview is being recorded. Your participation, your responses to this survey are entirely anonymous and confidential, and your personal personal information is protected. It won't be shared or disclosed.

00:05:24.510 --> 00:05:44.519
Kevin Caves: The purpose of this interview is really to get your feedback on a survey that we've been designing. And the audience for the survey is electricians. So I'm gonna in a moment I'll share my screen with you, and we'll go through a bunch of questions that were were.

00:05:44.620 --> 00:05:56.160
Kevin Caves: we're getting your feedback on that we're testing. And basically the way it'll work is, you'll see the question on your screen. I will ask you how you would answer each question

00:05:56.681 --> 00:06:07.159
Kevin Caves: and you can take as much time as you need to think about your answer, and then you can tell us which answer you would choose. And then, usually, after you've answered each question, I'll pause.

00:06:07.440 --> 00:06:15.569
Kevin Caves: and ask for your feedback on the question, and how you came up with the answer, and you know, if you thought the question was confusing things like that.

00:06:15.970 --> 00:06:31.723
Kevin Caves: so at any time, if you're you know, if you have questions or something isn't clear, please please let us know. That's you know the kind of stuff we're interested in? And we definitely want to know if if something isn't making sense, or if it could be made, be made more clear.

00:06:32.480 --> 00:06:37.510
Kevin Caves: so that yeah, that's my little preamble. Do you have any questions before we get started?

:37.930 --> 00:06:42.129
█████ : No, no, and I just kind of want to see what you guys need and go here. Honestly.

00:06:42.340 --> 00:06:46.850
Kevin Caves: Sure. Sure, of course. Yeah, alright. Well, yeah, let's get started.

00:06:47.780 --> 00:06:51.789
Kevin Caves: alright. So let's we'll get the screen sharing up. And

00:06:52.800 --> 00:07:02.300

Kevin Caves: see how this works, should we? We're we're make. We're designing this online survey. So we wanna make sure we're sharing the latest and greatest version with you.

00:07:04.200 --> 00:07:07.250
Kevin Caves: So are you able to see this 1st question?

07.590 --> 00:07:10.789
█████ : Yeah, I can. I just gotta zoom it up a little bit, but I can see

00:07:10.940 --> 00:07:11.830
Kevin Caves: Okay. Great.

11.830 --> 00:07:12.370
█████ : Great.

00:07:13.430 --> 00:07:14.205
Kevin Caves: So.

00:07:15.130 --> 00:07:20.729
Kevin Caves: This one is pretty self explanatory, but just read. Read it through, and tell us how you would answer.

22.210 --> 00:07:30.029
█████ : Your participation. Responses in the survey are entirely ous and confidential. Your personal information is protected and will not be shared or disclosed.

30.580 --> 00:07:32.610
█████ : Well, I wish to continue with this survey.

00:07:33.180 --> 00:07:33.600
Kevin Caves: Okay.

33.600 --> 00:07:34.380
█████ : That would be.

00:07:36.580 --> 00:07:39.429
Kevin Caves: Excellent moving on to the next one.

:40.650 --> 00:07:41.420
█████ : Georgia.

00:07:43.220 --> 00:07:45.470

Kevin Caves: Georgia. It is okay.

47.          0:07:49.290
▮▮▮▮ : ▮▮▮▮

00:07:49.290          :50.859
Kevin Caves: ▮▮▮▮

56.110 --> 00:07:57.769
▮▮▮ : Arc fault circuit interrupter.

59.630 --> 00:08:02.919
▮▮▮ : Yeah, I don't. I don't know where it's at on there, but I know
t is.

00:08:03.120 --> 00:08:03.890
Kevin Caves: Yeah.

00:08:04.150 --> 00:08:15.220
Kevin Caves: And just for the record, does, does this question, is this
the sort of question that you you feel? You know any qualified
electrician would would know the answer to.

15.950 --> 00:08:20.440
▮▮▮ : Yes, any part. Yeah. Any licensed electrician will know for

00:08:20.440 --> 00:08:22.880
Kevin Caves: Okay, okay, great.

00:08:23.110 --> 00:08:25.100
Kevin Caves: Okay. Let's go to the next one.

00:08:28.980 --> 00:08:30.030
Kevin Caves: Okay.

34.679 --> 00:08:36.059
▮▮▮ : Browser service.

42.409 --> 00:08:47.139
▮▮▮ : Yes, yeah, I understand the question you're asking about

47.300 --> 00:08:49.940
▮▮▮ : breakers of any kind over outlets.

00:08:51.320 --> 00:08:54.880
Kevin Caves: Okay, so so is this question

00:08:55.010 --> 00:08:58.120
Kevin Caves: clear to you the way it was the way it was written.

58.340 --> 00:09:02.870
█████ : Yes, it is, and and highlighting the breakers part makes it even asier.

00:09:03.240 --> 00:09:05.599
Kevin Caves: Okay, great, great.

00:09:05.800 --> 00:09:07.290
Kevin Caves: Okay. We can move on.

19.050 --> 00:09:22.289
█████ : Where I've hit all I bought, all those, and probably some .

00:09:22.710 --> 00:09:27.770
Kevin Caves: Okay, so we're gonna click all of them. And then

00:09:27.970 --> 00:09:32.090
Kevin Caves: do you remember the name of any of the brand names of the other ones?

33.322 --> 00:09:39.510
█████ : Kraut Heinz, maybe Federal Pacific. I know. I bought a couple hem.

:39.913 --> 00:09:42.550
█████ : That had to be retrofitted in some older panels.

00:09:43.250 --> 00:09:46.230
Kevin Caves: Okay. Federal Pacific. What was the 1st one? Again?

46.490 --> 00:09:51.580
█████ : Did. Did I say? Cutler hammer CH.

00:09:51.580 --> 00:09:52.200
Kevin Caves: Camera.

00:09:52.430 --> 00:09:53.090

███████ : Yep.

00:09:53.670 --> 00:10:04.559
Kevin Caves: Okay, okay, alright so. And and is that question clear to clear to you the way it's written?

04.800 --> 00:10:05.669
███████ : Oh, yeah.

00:10:05.670 --> 00:10:09.509
Kevin Caves: Okay, okay, let's move on to the next one.

17.920 --> 00:10:25.920
███████ : Yeah. This question was clear. I understood what you wanted. I uy from electrical supply district distribution distributors.

00:10:25.920 --> 00:10:27.489
Kevin Caves: Got it. Okay?

00:10:27.680 --> 00:10:28.619
Kevin Caves: So

00:10:29.700 --> 00:10:37.740
Kevin Caves: So the so these other categories, do you? You never buy from home depot low hardware stores, Amazon, any of the other ones.

:38.130 --> 00:10:43.389
███████ : No, I'm a big purchase buyer. Most of my most of my contracts million plus.

00:10:43.390 --> 00:10:46.449
Kevin Caves: Oh, wow, okay, yeah. You wouldn't go to home depot for that.

:46.450 --> 00:11:02.240
███████ : No, no, I may deal with the manufacturer, but that's a that's a 1 off or a special scenario. But I usually, even when I deal with them I still have to go through a rep I don't get to buy per. I don't buy directly from them. They've got a choke. Hold on some of that stuff.

00:11:04.057 --> 00:11:05.730
Kevin Caves: Okay, I understand.

00:11:05.830 --> 00:11:10.640
Kevin Caves: And so so, yeah, so how? How big is your typical order? Then.

11.180 --> 00:11:14.070
███ : Oh, typical material order.

00:11:14.240 --> 00:11:20.160
Kevin Caves: Yeah, just when you're buying. If we're if if you're just buying afcis, I guess.

20.160 --> 00:11:22.899
███ : Sure. Let's see, the last one I did.

23.270 --> 00:11:32.659
███ : which had was probably out of the 13 million I bought, I would ly say a half 1 million was afci breakers.

32.870 --> 00:11:34.410
███ : Wow, switch gear. Yeah.

00:11:34.660 --> 00:11:35.390
Kevin Caves: Okay.

35.540 --> 00:11:39.600
███ : Yeah, I don't buy small. Yeah, I'm not a small guy.

00:11:39.970 --> 00:11:44.450
Kevin Caves: Okay. Alright, good, alright! Well, let's let's go to the next one. That's interesting.

00:11:45.990 --> 00:11:49.269
Kevin Caves: I think we know the answer to this one already, but just for the record.

51.260 --> 00:11:53.880
███ : Yeah distribution distributors.

00:11:54.170 --> 00:11:59.740
Kevin Caves: Yeah, and and which I should ask you, which which distributors do you do you buy from.

00.350 --> 00:12:14.409
███ : I'll use mayor is pretty big with me. I also use city electric . Who else do I do? City electric supply. Commercial electrical distribution ced.

00:12:14.680 --> 00:12:19.029

▮▮▮▮ : Those have been my 3 go-tos in the last few years.

21.150 --> 00:12:21.630
▮▮▮▮ : Oh, God!

21.630 --> 00:12:25.799
▮▮▮▮ : And I competitively put those 3 against each other for the best,
g.

00:12:26.410 --> 00:12:32.160
Kevin Caves: So are you bidding for for mostly residential or commercial
projects, or a mix.

33.546 --> 00:12:35.319
▮▮▮▮ : I'll do.

35.500 --> 00:12:45.830
▮▮▮▮ : I have done, I'll do quasi residential, which means it's mixed
t'll be a commercial on the 1st 3 or 4 floors, and then the next 20
floors up will be residential.

46.270 --> 00:12:50.269
▮▮▮▮ : But I don't do houses. I don't do apartments other than high

:50.530 --> 00:12:57.900
▮▮▮▮ : but typically I buy industrial, commercial civil is really my

00:12:58.320 --> 00:13:06.920
Kevin Caves: Wow, okay, okay, that makes sense. Alright. I think we can
move on to. Let's see

00:13:08.210 --> 00:13:11.699
Kevin Caves: to the next. Yeah to the next one.

00:13:13.210 --> 00:13:15.260
Kevin Caves: Think we know the answer to this one.

15.400 --> 00:13:16.450
▮▮▮▮ : Yes, sir.

00:13:17.420 --> 00:13:20.311
Kevin Caves: Okay? So licensed electrician in?

00:13:21.440 --> 00:13:24.490
Kevin Caves: yeah, we can move on in Georgia.

:25.100 --> 00:13:26.040
███████ : Texas.

00:13:26.040 --> 00:13:27.839
Kevin Caves: Oh, in Texas. I'm sorry. Yeah.

27.840 --> 00:13:29.369
███████ : That's my anchor license.

00:13:29.670 --> 00:13:32.029
Kevin Caves: I see any other States.

32.540 --> 00:13:40.539
███████ : Oh, I have Georgia, South Carolina, North Carolina, Louisiana, ma, New Mexico.

41.820 --> 00:13:43.919
███████ : I think that's about it. That's active.

00:13:46.170 --> 00:13:47.310
Kevin Caves: All right.

00:13:48.840 --> 00:13:52.340
Kevin Caves: Think I think New Mexico is in there right.

54.630 --> 00:13:56.219
███████ : Yeah. Yep. Yep. Yep. Yep.

00:13:56.850 --> 00:13:57.650
Kevin Caves: All right.

00:13:58.110 --> 00:14:05.079
Kevin Caves: Wow, okay, all right. Let's see.

00:14:06.870 --> 00:14:09.730
Kevin Caves: And next question.

16.090 --> 00:14:18.709
███████ : None. It's the 1st survey I've ever taken.

00:14:18.990 --> 00:14:20.379

Kevin Caves: Okay. Good.

28.380 --> 00:14:30.580
[REDACTED] : See, you've been talking about.

41.820 --> 00:14:43.040
[REDACTED] : Yeah, I can do that.

00:14:43.990 --> 00:14:44.610
Kevin Caves: Excellent.

00:14:45.330 --> 00:14:50.799
Kevin Caves: Okay. Now, I think we're gonna pause. The screen sharing just for a second. Is that right? Devin?

00:14:51.140 --> 00:14:52.130
Kevin Caves: Yeah.

00:14:52.560 --> 00:14:57.750
Kevin Caves: And we're just gonna make sure we pull up the right screen for you next.

00:15:03.010 --> 00:15:07.230
Kevin Caves: Now the questions will start getting a little little bit more more involved.

00:15:16.320 --> 00:15:18.530
Kevin Caves: Okay, here we go. Here's the next one.

22.020 --> 00:15:24.909
[REDACTED] : It's pretty typical projects, particular

38.080 --> 00:15:40.690
[REDACTED] : understood, I understand.

00:15:41.330 --> 00:15:42.140
Kevin Caves: Okay.

00:15:42.330 --> 00:15:48.490
Kevin Caves: And just in your own words, how would you describe what this question is asking.

49.130 --> 00:16:08.000
[REDACTED] : It's pretty much. Tell me, this is what I about break it down. asking me to look at. You're gonna offer me 3 options to purchase,

as as if I'm buying afcis pick out of those 3 if you can, if there's a if you can't, that'll be option 4. But then but try to.

:08.560 --> 00:16:12.709
: yeah, that's what I got. Please select, if any of these 3 that uld actually purchase in real life

13.090 --> 00:16:18.640
: if these were the only 3 afcis, if you would not purchasing 3, just showing you, please select the 4th option.

:18.830 --> 00:16:31.100
: So I got 3. I I should try to pick out of those 3. But if not, s gonna be a 4th option which I won't pick, which says I'm not gonna pick any of these 3. But I better have a valid reason on why I'm not gonna pick those. So I get that

31.230 --> 00:16:34.130
: this is real life stuff. It's what I do every day, all day.

00:16:34.800 --> 00:16:41.389
Kevin Caves: Oh, great. Okay. So is there anything unclear about the question, or anything? You would change or.

43.800 --> 00:16:45.910
: If I said, Please select it.

:52.170 --> 00:16:54.240
: No, you got it clear, that's clear.

00:16:55.030 --> 00:16:57.940
Kevin Caves: Alright! Alright! Let's move on to the next one.

00.070 --> 00:17:01.000
: All right.

05.200 --> 00:17:08.539
: I understand that one's pretty straightforward and clear.

00:17:09.119 --> 00:17:09.909
Kevin Caves: Good.

00:17:10.759 --> 00:17:12.809
Kevin Caves: Okay, let's move on.

00:17:16.769 --> 00:17:19.189
Kevin Caves: Okay, I'll give you a chance to read through this one.

:20.210 --> 00:17:26.229
█████ : All, I had to see the air quotes of nuisance, tripping defect. the biggest pain of our existence.

00:17:26.369 --> 00:17:26.869
Kevin Caves: Okay.

28.069 --> 00:17:30.469
█████ : These. Apis.

42.549 --> 00:17:43.729
█████ : I think probably

52.979 --> 00:18:00.319
█████ : I've experienced all of them except Number 4 near to these s. Maybe

18.539 --> 00:18:19.579
█████ : I understand.

00:18:19.920 --> 00:18:20.700
Kevin Caves: Okay.

00:18:21.690 --> 00:18:27.289
Kevin Caves: and if you had to put it in your own words, how would you describe what this question is asking?

27.870 --> 00:18:28.430
█████ : Oh.

:31.070 --> 00:18:56.410
█████ : questions! Want to make sure that I understand it. There are ce trips they're explaining what the the common nuisance trips are, and that the manufacturers states that they're not designed to identify a true arc, but instead to detect a signal that resembles an arc which seems to which is a common issue across the industry. So I understand this question.

00:18:57.090 --> 00:18:57.640
Kevin Caves: Okay?

00:18:59.380 --> 00:19:03.099
Kevin Caves: So so so, nuisance tripping is that a a term you've.

04.010 --> 00:19:04.560
█████ : Oh, yeah.

00:19:04.560 --> 00:19:06.490
Kevin Caves: Obviously heard heard before.

06.670 --> 00:19:07.400
█████ : Oh, yeah.

00:19:07.700 --> 00:19:09.040
Kevin Caves: Yeah, and.

09.040 --> 00:19:15.850
█████ : It's common, it's I can't. I'll be honest. I can't do a project I don't have afci issues

:15.960 --> 00:19:17.290
█████ : one way or another.

00:19:17.590 --> 00:19:18.410
Kevin Caves: Okay.

18.850 --> 00:19:29.519
█████ : And it's usually one of the 3 up on top, and a lot of the times. 't try to figure out what it is we? Just we just either get another breaker or we'll try. We'll do a workaround.

00:19:29.520 --> 00:19:39.789
Kevin Caves: Yeah, well, that that's what I was gonna ask you, is like, what? When the sounds like the the nuisance tripping comes up a lot. So what's yeah, what? What? How do you typically deal with it?

:41.040 --> 00:19:55.590
█████ : Typically depend, I'll get the owner to sign off that we're ████ take the afci off of that circuit and have them assume liability because a lot of the times, the afcis, the nuisance trips, is kicking something else down the line that's gonna cause an issue.

55.690 --> 00:20:16.499
█████ : So we'll we'll usually we usually put them in by code, get the ████ tion, get everything going when the tenant, or who, or the homeowner, or whatever comes in, and they start seeing that the trip, seeing the nuisance tripping. If we can't change out or swap out the breaker, and it's it's not a breaker issue. It's something with the signal down the line just causing this to happen.

207
16.500 --> 00:20:26.939
███████ : We're not going to re-engineer that we're not ripping open walls engineering anything. We're going to put a common breaker in there, and the and the owner is going to be fully aware of that, and a lot of the times they request it.

208
00:20:27.980 --> 00:20:28.800
Kevin Caves: Okay.

209
00:20:29.300 --> 00:20:36.419
Kevin Caves: So so so some of the time it sounds like you can fix the issue by replacing the breaker, but not all the time.

210
36.700 --> 00:20:42.839
███████ : Yeah, not all the time. Sometimes it's just where the Afci r sits on the bus and the panel.

211
43.340 --> 00:20:53.589
███████ : It's they're they're temperamental. And then a lot of times like Texas, I'll have whole houses where we'll have to take out all of the afcis because the panels are outside.

212
53.800 --> 00:21:15.629
███████ : and if it's on the north side of the building they start getting t, and they'll have racks of them. 3, 4 of these things just start. Keep popping in. We'll never reset so a lot of the times over the last decade we'll come in and we'll rip them. We'll rip all 10 or 15 of them out, put in brand new breakers, form, lead the afcis in the bottom of the panel, and say, when you sell this house, have the next guy put them back in.

213
16.160 --> 00:21:24.820
███████ : And yeah, it's crazy. But that's that's been the fixed, the the fix at for a long time.

214
:25.150 --> 00:21:26.180
███████ : That

215
26.300 --> 00:21:37.179
███████ : may not necessarily be the right answer the right issue. But it. u know, a lot of guys think that Afci is kind of it's kind of overkill by the Nec.

216
00:21:37.690 --> 00:21:39.450
Kevin Caves: Yeah, interesting.

217
00:21:39.850 --> 00:21:47.000

Kevin Caves: Okay, yeah. Any other feedback on this one before we move before we move on.

:47.000 --> 00:21:49.389
[REDACTED] : No, no, no, no! I'm good with this one.

00:21:49.670 --> 00:21:54.824
Kevin Caves: Okay, alright, excellent.

00:21:56.250 --> 00:22:03.950
Kevin Caves: okay, this is the 1st of 12 of these purchase decisions. So I'll let you read through it. And and you can tell us what your answer is.

32.870 --> 00:22:40.420
[REDACTED] : Obviously, I'm gonna pay for the Siemens door function with no ce.

:40.950 --> 00:23:08.730
[REDACTED] : because the nuisance is going to be the biggest cost factor to at's hundreds of dollars every time I got to send a guy out. So I'm obviously looking at that. I like the fact that it's Afci and Gfci. At the same time, although necessarily sometimes I'm not spec to be able to do that. But if I'm doing it like you're stating up above, which is. These are typical general inventory. I want the breaker that's going to cover both avenues. That does not have the nuisance tripping effect defect.

:09.070 --> 00:23:11.930
[REDACTED] : I don't even know why the you would even consider the other 2.

00:23:12.450 --> 00:23:15.277
Kevin Caves: Okay, got it. And

00:23:16.419 --> 00:23:24.679
Kevin Caves: was there. Do you feel like this question is giving you enough information to make an informed decision about which you would purchase.

31.080 --> 00:23:33.389
[REDACTED] : Recently, Markov, for a typical project.

:36.600 --> 00:23:39.170
[REDACTED] : Yeah, in this scenario. Because you you

00:23:39.290 --> 00:23:49.559

███████ : I have to step back and go. I'm not expecting a bunch of
ation, because as an electrician, I expect a lot of information on
what I need to buy almost to where I don't get the luxury of

49.840 --> 00:23:53.869
███████ : picking between 2 or 3 different options are pretty got. Us

54.140 --> 00:24:07.409
███████ : got to stick down one lane, so to speak, like if if the
ers want to eat in gear. Then it's gonna be eaten gear, and I gotta
play the Eaton's world or Siemens the same scenario. So I understand.
Yeah, that this is this. This question's phrased

08.010 --> 00:24:13.308
███████ : good for what you're asking here, which is, just look at it as a
implified

14.160 --> 00:24:18.070
███████ : version. Plug on neutral. Hold on! Let me plug on neutral pole.

18.520 --> 00:24:21.260
███████ : 10 KA. At a hundred 20 volt. Plug in

23.540 --> 00:24:28.159
███████ : plug on neutral plug on neutral pigtail. Neutral pole.

:29.730 --> 00:24:40.840
███████ : No, I like the I like the neutral poll. So I still stay with my
. There. I just saw something back. I jump back and make sure it
was the right poll, if I needed. Yeah, I would still pick that option.

41.640 --> 00:24:43.819
███████ : I don't necessarily like the pigtails.

:44.150 --> 00:24:54.439
███████ : Okay, but that's not what made. And this whole scenario, what
he decision to me was you just as you say in bold lighting, does
not have the the nudence dripping effect.

54.640 --> 00:25:09.769
███████ : I don't even know why I would. I would even consider something
had that option in front of me every time they are by default, gonna
be the 1st option I'm looking for every single time. I do not want
callbacks, and I don't want warranty work, and I don't want to have to
deal with all that.

00:25:10.040 --> 00:25:17.890

Kevin Caves: Yeah, so so it sounds like, it's so every time. If you had to put a number on it like, how much does it cost you when

00:25:18.070 --> 00:25:20.789
Kevin Caves: in times or dollars, or both, when you know when.

20.790 --> 00:25:24.939
███████ : Minimum, 2, 50 a time. Every time I gotta go out and look at ing

25.160 --> 00:25:32.359
███████ : minimum. That's and it could be less if my guys on site somehow, somehow, but it never works out that way.

00:25:32.788 --> 00:25:37.790
Kevin Caves: We're always gonna be in a bad spot somewhere else. And then that's when I get one of these phone calls.

:38.932 --> 00:25:49.759
███████ : We're trying to turn the building on and get some stuff tested d stuff's just not setting right. So no, to me, the key factor there is. If I don't have nuisance, the nuisance is gone.

50.220 --> 00:25:57.739
███████ : The biggest argument everyone has with Afci is gone. That has the biggest issue we've had with these things for 1520 years now.

00:25:57.740 --> 00:25:58.480
Kevin Caves: Wow!

59.775 --> 00:26:00.360
███████ : And.

00:26:00.855 --> 00:26:07.800
Kevin Caves: And do you still have this issue even even to this day with, or does it still come up the nuisance tripping.

08.680 --> 00:26:10.872
███████ : Not so much anymore.

00:26:11.700 --> 00:26:12.220
Kevin Caves: Okay.

12.220 --> 00:26:29.339
███████ : I haven't done a lot of these. I call them cookie cutter, ntial houses with the cheapest of cheap in them, a manufacturer

stuff. So I can't give you a valid input, if that's what I see all the time. If that's what they're still seeing out there doing those I typically buy

29.815 --> 00:26:41.140
: a higher tier of gear on panels. My stuff, 3. Phase, copper bus, ted a bunch of other factors that put me in a different league on the breakers.

41.140 --> 00:27:03.789
: So I typically don't see that. And as well as if we start seeing that are required by code to have the Afci. I start looking at what would cause nuisance tripping around it? I don't want the obviously I don't want the refrigerator circuit running on a shared neutral through that whole thing. So there's certain means and methods where I can avoid some of these, and that

04.190 --> 00:27:20.370
: those have become what have become tricks of the trade now are ard practice as we design and engineer these buildings. So honestly, I'll say I don't see too much Afci tripping much anymore on the. And I'm talking about typically the breakers I'm using afcis on

20.510 --> 00:27:25.779
: are are really much higher than a home depot brand breaker.

26.050 --> 00:27:43.439
: So I don't typically see it too much. But if when I do get a ce, call, the 1st thing I'm asking if I get something that somebody's telling me is tripping 1st thing we're doing is find out, is this a Gfci or or fci breaker that's causing us problems? That's the case. Then we know we might as well, just bring another breaker with us, and we may be there a half a day.

43.640 --> 00:27:51.269
: whereas if it's a typical breakers tripping out another reason hat's usually a different can of worms.

00:27:52.042 --> 00:27:59.000
Kevin Caves: Okay? And what do you? What do you think of the prices that we have displayed here, do they seem in in the.

59.000 --> 00:27:59.850
: Reasonable.

00:28:00.180 --> 00:28:00.890
Kevin Caves: Okay.

01.310 --> 00:28:02.180
██████ : Reasonable.

00:28:02.360 --> 00:28:02.810
Kevin Caves: Okay.

02.810 --> 00:28:07.609
██████ : Yeah, I buy them, you know, typically I, you know, it's usually ar an amp.

07.770 --> 00:28:18.909
██████ : It's usually what we try to hit industry standard when it comes i afci, you could double that. So I mean, you're looking at 20 Amp at 43. You're only about

19.150 --> 00:28:29.289
██████ : what 1.5% higher than I would typically pay. But if I knew that ys are coming back with no nuisance, I I would eat that cost

29.900 --> 00:28:37.319
██████ : that I would eat that couple person couple points. No, you're fair on the price that Eaton that eaten one's absurd.

00:28:38.360 --> 00:28:39.939
Kevin Caves: The one on in the middle. Yeah.

00:28:41.220 --> 00:28:42.060
Kevin Caves: Okay.

42.590 --> 00:28:59.249
██████ : Yeah, so anything over, you know, and then it also I also. But I now that I can buy one breaker. It looks exactly like another breaker, and just in the Aic rating could be totally different, cost me 5 times more. So these are the cheapest of cookie cutter breakers. They should be as cheap as possible. So I'm always looking at the cheap price.

59.630 --> 00:29:01.790
██████ : and 43 doesn't sound bad to me.

00:29:02.030 --> 00:29:02.520
Kevin Caves: Okay.

:02.520 --> 00:29:13.059
██████ : Granted I'm gonna be buying them a thousand at a time. So I made rice. My goal is to chip that down. But that doesn't stop me from saying we're gonna pursue. Pursue that avenue.

00:29:13.510 --> 00:29:14.756
Kevin Caves: Okay. Okay.

00:29:15.540 --> 00:29:19.830
Kevin Caves: alright, good. Let's move on to the that was one of 12.
We'll move on to 2 at 12.

25.340 --> 00:29:27.610
: Dual function. Single function.

:28.880 --> 00:29:29.969
: All good, though.

54.870 --> 00:29:57.609
: I'm gonna have to go with the square. D on this one.

57.790 --> 00:30:04.920
: Yeah, I'm always gonna go with the the it has does not have.
n. Let me reread this again.

05.340 --> 00:30:08.520
: She does not have nuisance dripping effect.

25.270 --> 00:30:31.399
: I'm gonna go with the cheaper one here as well, because,
ly, between the plugin pigtail and the plugin and the plug on
neutral.

32.814 --> 00:30:39.280
: I'll negate that my wish on that by. Ultimately, I'm gonna pick
eaper price.

00:30:40.680 --> 00:30:45.639
Kevin Caves: So you choose the the Abb General Electric for 43, 69.

46.150 --> 00:30:54.819
: Yeah, because it does not have the nuisance tripping effect
I'm gonna say across the board, that's always what I'm going to
look@firstst If it doesn't have that, then it qualifies. If it doesn't

:55.180 --> 00:31:01.759
: have, if it if it still has nuisance tripping, I'm almost
tically going to disqualify it against the other 2.

00:31:02.400 --> 00:31:03.150

Kevin Caves: Okay.

00:31:03.580 --> 00:31:04.480
Kevin Caves: Okay.

04.800 --> 00:31:14.589
███████ : So that will automatically push that off. And I look at the 2. And and then I'm gonna pick the lowest price out of 2, because the Plugin pigtail doesn't make a difference to me or my men in the field at the end of the day.

00:31:14.590 --> 00:31:15.140
Kevin Caves: Doesn't.

00:31:15.330 --> 00:31:16.380
Kevin Caves: Okay.

16.880 --> 00:31:17.500
███████ : I mean.

17.820 --> 00:31:25.750
███████ : yeah, I mean, it's no. It's just the means and methods on how gonna how we're gonna get into, how we land that breaker. So I really

:26.201 --> 00:31:30.349
███████ : as a Pm, and as a guy that's buying, I'm gonna go cheap.

31.330 --> 00:31:33.290
███████ : Got it. That makes sense.

00:31:33.730 --> 00:31:35.859
Kevin Caves: Okay, let's move on to number 3. Then.

45.430 --> 00:31:52.949
███████ : Now, now we're talking about real world pricing because the the hat don't have the nuisance effect you would think would cost more.

53.870 --> 00:31:56.820
███████ : Okay, neutral 15.

:57.510 --> 00:31:59.869
███████ : I'm gonna pick the dual function in this scenario.

00:32:02.770 --> 00:32:03.589

: Hold on.

03.940 --> 00:32:12.509
: yeah, I'm gonna have to. You know the the issue I have with this would have to do my research and know how much a gfci breaker is by itself

13.190 --> 00:32:21.489
: is the gfci breaker in this scenario. I would have to. I would o do that math and figure out if me buying all my breakers at dual function.

21.650 --> 00:32:23.890
: It's feasible at $70

24.130 --> 00:32:37.449
: or buying a single function at 60. So I can't really answer this on unless I have that information in front of me pertinently. But if I were just out in the field, do it as a guy, and I just wanted to cover my butt. I would do the 70, 77.

00:32:38.030 --> 00:32:38.440
Kevin Caves: Okay.

38.440 --> 00:32:43.530
: So that way I can cover both aspects of it, and if I'm like g up a truck and we don't know what's going on.

43.630 --> 00:32:45.330
: I would do the dual function

45.690 --> 00:32:51.179
: that way. I got myself covered in any scenario, because at the the day I'm going to pass that cost on to the customer.

00:32:51.560 --> 00:32:54.840
Kevin Caves: Okay, okay? So the $70, 77.

54.840 --> 00:33:08.459
: Yeah, because I'm looking at the dual function on that one. And ooking at it. I'm I'm looking at it a different light as I'm just looking at it as the guy in the field. What's he really gonna pick when he goes? He's gonna cover his butt in every scenario, and that one covers his butt.

00:33:08.959 --> 00:33:15.899

███████ : He'll build, and he'll be able to bill for that, I would assume
t scenario otherwise, and we got to do the legwork.

00:33:17.330 --> 00:33:19.009
Kevin Caves: Right? Right? Okay.

19.010 --> 00:33:25.573
███████ : Function does save space in a truck. It does save some
hes, and on the guy and

26.290 --> 00:33:30.359
███████ : that could be worth $10 to me per breaker.

00:33:30.650 --> 00:33:31.410
Kevin Caves: Okay?

00:33:32.040 --> 00:33:34.140
Kevin Caves: All right, let's move on to Number 4.

34.540 --> 00:33:35.110
███████ : Oh.

56.060 --> 00:33:57.820
███████ : the 62, 28!

:57.970 --> 00:33:59.550
███████ : It checks all the boxes.

00:34:02.250 --> 00:34:06.349
Kevin Caves: Okay? So you go for the Siemens dual function, Plugin
pigtail.

00:34:06.970 --> 00:34:20.319
Kevin Caves: 20 amp. One pole, 10 kilo amps of 1, 20. Yeah. So yeah. So I
think I know your reasoning here. But I I think you're gonna tell. Well,
just for the record, how did you pick that one.

21.929 --> 00:34:29.539
███████ : Does not have nuisance effect right off the off the bat, and
go up, and I look at the next thing, which was the what function,
and it was dual function.

29.839 --> 00:34:43.499
███████ : So in that scenario. And then I look at that and say, Okay, it's
at. Then I go down and look at the pricing 3, rd and it's in the

middle, and, in fact, almost close to the cheapest one. So in that
scenario I will absolutely pay a couple of bucks more.

322
:44.089 --> 00:34:53.659
▇▇▇▇ : Okay, I get 2 things out of that one. I don't. I don't have the.
t have the nuisance. I don't have the nuisance trip, and I I cover
my butt in 2 different scenarios.

323
53.889 --> 00:34:56.669
▇▇▇▇ : So that's a win win on that aspect.

324
00:34:57.030 --> 00:34:59.900
Kevin Caves: Got it makes sense. All right. Let's move on.

325
07.170 --> 00:35:10.649
▇▇▇▇ : And no functions and no function functional work.

326
11.010 --> 00:35:11.800
▇▇▇▇ : And

327
23.820 --> 00:35:25.350
▇▇▇▇ : well, then, I'd pick to Eaton

328
26.020 --> 00:35:37.969
▇▇▇▇ : at 59, 97, even though it's the higher. It's the cost of high
because it's it's always going to be. I don't want that nuisance
effect. That is the biggest bane of it all. So I'm going to pick does not
have nuisance tripping defect.

329
00:35:38.400 --> 00:35:42.020
Kevin Caves: As a matter of fact, we're eating everything else.

330
42.020 --> 00:35:50.819
▇▇▇▇ : Yeah, the dual function in there does not have. Oh, this one
t either. Next to it the Eaton 62,

331
52.770 --> 00:35:58.850
▇▇▇▇ : I mean in that scenario I would take to, I would change my
to the middle, because it's got the dual function.

332
00:35:59.170 --> 00:35:59.510
Kevin Caves: Sure.

333
59.510 --> 00:36:02.399
▇▇▇▇ : And I'm looking at it as a dual function scenario.

00:36:03.020 --> 00:36:06.229
Kevin Caves: Yeah, okay, so that makes sense. You're you're.

06.230 --> 00:36:06.590
 : Yeah.

00:36:06.590 --> 00:36:14.230
Kevin Caves: Get the dual function. You only pay what? Less than $3 more for dual function, and and you don't have the nuisance tripping defect.

:14.230 --> 00:36:37.520
 : Yeah, it's it's there. And as the sales team they would have to I mean, I could see this. The if this is the the route you're going. And it's look, we're gonna have to pay a little bit more. But what do we? What do we focus on? You focus on selling. This thing is, it's it's a. It's a dual function. We've got to do. Some tripping is not an issue anymore. We've got that figured. You gotta sell it on the dual function for 3 bucks more. And that's an easy sell to a lot of guys.

00:36:38.000 --> 00:36:38.900
Kevin Caves: Okay.

38.900 --> 00:36:53.309
 : Only someone like me where I'm coming in and buying thousands of rs at a time. And I start having to cut the pennies because pennies add up to thousands of dollars. Would I have to to look at the difference between the 2? And what is it really? I would have to analyze this a little bit deeper.

00:36:53.690 --> 00:36:57.487
Kevin Caves: Sure before I would pull a trigger of that quantity of that magnitude.

00:36:58.500 --> 00:36:59.400
Kevin Caves: Yes.

59.780 --> 00:37:05.680
 : I just want to say I'm just looking at it as if I'm the guy out field looking at it. That's the breaker, you would pick hands down.

00:37:06.060 --> 00:37:06.930
Kevin Caves: Okay.

00:37:07.220 --> 00:37:11.590
Kevin Caves: Alright. Well, that means we're gonna be halfway through moving on to Number 6.

35.700 --> 00:37:40.220
■■■■■ : I'm going to say at $10 spread. I think the Siemens may win in
cenario.

00:37:41.040 --> 00:37:46.280
Kevin Caves: Okay, alright. And for the record

00:37:47.019 --> 00:37:51.849
Kevin Caves: that's because you're you're not sure it's worth the extra.

52.230 --> 00:38:17.039
■■■■■ : I don't know. Yeah, the 10 bucks, the 10 bucks. And honestly,
ou're looking at it, and it says, 59 compared to 70. Your brain
doesn't think 10 bucks. Your brain thinks 20, if you know what I mean. So
right off the bat, I'm thinking, okay, this is more than than I'm willing
to do, because I'm also approaching this as if I'm just having to review
this and look at quick 59 seems a lot less than 70, even though in the
real world it's only 11 bucks.

17.060 --> 00:38:33.910
■■■■■ : There's a reason why stuff's priced at 59 at 99, 99. Instead of
ne number up it. It plays the tricks with your brain in this
scenario. So when I look at that right off the bat, it's it's like. Oh,
no. 59 is way less than 70. So in that scenario that's the one that we
would pick.

00:38:34.400 --> 00:38:35.320
Kevin Caves: Okay.

35.560 --> 00:38:39.719
■■■■■ : Does not have. Yeah, does not have the defect. Yes, that's
 much it.

39.900 --> 00:38:53.889
■■■■■ : That's 1 where I think maybe if you were just to knock that that
ice number up or knock the 70, 77 down to 69, 77. That that may
change my initial gut reaction of when I saw it, which is

00:38:54.870 --> 00:38:56.150
Kevin Caves: Yeah, that's fair.

00:38:57.350 --> 00:39:00.660
Kevin Caves: Alright, okay, let's go on to Number 7.

00:39:14.760 --> 00:39:22.160

███████ : Well, there's only one in this scenario, and it's the cheapest nd it's dual function.

:22.430 --> 00:39:24.050
████████ : Abb wins that one.

00:39:24.580 --> 00:39:26.419
Kevin Caves: Okay? And for the record.

00:39:26.920 --> 00:39:30.729
Kevin Caves: That's because, it does not have the the defect.

31.240 --> 00:39:35.850
███████ : It does not have the defect. It's the cheapest, and it's dual on. It checks all 3 boxes.

00:39:36.450 --> 00:39:43.730
Kevin Caves: Yeah, okay, yeah, yeah, this seems pretty clear. Okay, let's move on to number 8.

01.810 --> 00:40:05.710
███████ : Well, I'm gonna go single function on this one, the abb on this

06.300 --> 00:40:10.419
███████ : for 2 reasons. The price is cheaper.

:10.950 --> 00:40:19.719
███████ : And I believe that I could actually to to eat gfcibreakers. I ind space at that at that price, spread.

00:40:20.730 --> 00:40:21.260
Kevin Caves: Got it.

:21.260 --> 00:40:32.400
███████ : Gfci breakers don't cost me that much more over a standard r or the dual function. I don't believe so. I wouldn't. That one, I would say. We'll deal with it. Have 2 sets of breakers.

00:40:32.630 --> 00:40:36.570
Kevin Caves: Sure. Sure. Okay, yeah, let's move on to Number 9.

:39.780 --> 00:40:40.500
███████ : Oh.

00:40:55.210 --> 00:40:58.679

███████ : now you're starting to get to where I gotta start weighing some ████████s.

:01.630 --> 00:41:07.339
███████ : because at some point you're gonna be like, oh, this is gonna ████e too much, and I'll roll the dice on a nuisance call

08.990 --> 00:41:10.139
███████ : when I'm looking at

10.250 --> 00:41:15.239
███████ : 20, and if you do 20 times, 20 or 20 times 10. That could be 2,

16.880 --> 00:41:17.275
███████ : Hmm.

25.020 --> 00:41:28.510
███████ : If these are my options, I think I would take the gamble

28.960 --> 00:41:35.969
███████ : on the Abb General Electric. In this scenario, prices, prices, low enough.

00:41:36.600 --> 00:41:43.070
Kevin Caves: Okay. So 49, 56 for the dual function, Abb, and.

43.330 --> 00:41:55.360
███████ : But what? Yeah. Cause let me see, what's the between Abb and ████s? What is there? Is there anything else different? Oh, just to plug in or plug on. No, I'll take the cheaper. I don't care. I'll take the plug on over the big deal on that. That's.

00:41:55.360 --> 00:41:59.190
Kevin Caves: Okay. So you take the Siemens one in that scenario, the one the middle one.

59.420 --> 00:42:03.920
███████ : Yeah, I want the middle one. I'll take the middle one, because I ████y don't care about that plug in pigtail scenario to me.

00:42:04.520 --> 00:42:06.150
Kevin Caves: Got it. Okay?

00:42:07.610 --> 00:42:10.070
Kevin Caves: All right, makes sense. Let's go into Number 10.

14.380 --> 00:42:16.710
: Okay, those folks.

36.860 --> 00:42:38.560
: square d single function.

00:42:40.290 --> 00:42:43.699
Kevin Caves: Okay? And for the record, how did you make that decision?

:46.720 --> 00:42:51.370
: Honestly the price verse price of the.

52.420 --> 00:43:03.760
: because it doesn't have the the other 2 have a a defect, one's
and one's at the same price, even though it's a dual function. It
doesn't matter to me in that scenario. Because

04.010 --> 00:43:13.370
: I still leaving myself on the table to have to do a return, I'll
e I would do the single function to ensure that. That's these
breakers won't be an issue to me.

00:43:14.210 --> 00:43:14.980
Kevin Caves: Sure.

00:43:15.760 --> 00:43:16.630
Kevin Caves: All right.

00:43:17.330 --> 00:43:19.399
Kevin Caves: Think we can move on to Number 11.

20.110 --> 00:43:23.200
: Soon personal.

29.330 --> 00:43:31.919
: Square these out of the picture on that one

33.000 --> 00:43:34.939
: we're looking at between these 2,

42.210 --> 00:43:58.540
: the middle one. If I'm gonna have to go with it. If I'm gonna if
ic is this, if I'm going to take the risk that that I do, that I'm
gonna have a trip a nuisance trip. Then I want to buy the breaker as

cheap as possible, so that way I can offset the return call if these do become a problem.

394
:58.790 --> 00:44:10.709
▮▮▮ : So if I'm gonna take that gamble and that's a gamble. If if ▮▮▮ are going to be a nuisance or not to me, then obviously, I wanna, I wanna be able to buy in on that as cheap as possible. Single function would be my be the way.

395
11.610 --> 00:44:36.960
▮▮▮ : And if and I don't want to work. And another thing is, I don't ▮▮ o risk with the dual function when they do not have that nuisance tripping. If the Gfci part is affected by that too. So that means that not only do I have 2 things that are. There may be nuisance, it may be the Afci, or if I'm using a Gfci function, this this one down the in the middle. If I'm going to take that risk, it's single function to it. It limits some of my risk, but as well as it's by far the cheapest one out of the batch

396
37.120 --> 00:44:39.440
▮▮▮ : I in this scenario I would take that gamble.

397
00:44:39.760 --> 00:44:42.630
Kevin Caves: Okay, I'm running one of them. Yeah.

398
42.630 --> 00:44:46.090
▮▮▮ : I'm taking that one down the I'll take that risk on this one.

399
00:44:47.250 --> 00:44:49.220
Kevin Caves: And by that risk you mean.

400
50.507 --> 00:44:58.509
▮▮▮ : That it's gonna if they knew since trip, and I gotta go back out ▮▮ d replace or troubleshoot or re.

401
00:44:58.700 --> 00:45:00.260
Kevin Caves: Oh, I see. Yeah.

402
00.540 --> 00:45:01.130
▮▮▮ : So yeah.

403
01.130 --> 00:45:07.260
▮▮▮ : that's what I'm getting. So in that scenario, I'm going to risk either scenario, because both of their 2 breakers I like

404
08.343 --> 00:45:13.539
▮▮▮ : need are Snyder and and Eaton the 1st 2

13.870 --> 00:45:16.870
■■■■ : I'm going to go the cheapest one, and also

17.070 --> 00:45:20.570
■■■■ : it's also not affecting my gfcis.

20.880 --> 00:45:29.410
■■■■ : so I may be able to take my risk and cut it in half in this
rio. So this, this seems like the cheapest hedging of my bets. The
safest bet out of the 3.

00:45:30.070 --> 00:45:34.640
Kevin Caves: Alright, let's great. Let's move on to number 12.

01.540 --> 00:46:04.979
■■■■ : We're gonna do the 43, 69, Abb.

05.790 --> 00:46:11.160
■■■■ : because it doesn't have the effect. It's cheaper and it's dual
on. It hits all 3. That's an easy. That's not even a question.

00:46:12.100 --> 00:46:14.260
Kevin Caves: Yeah, yeah. Okay.

00:46:16.010 --> 00:46:20.260
Kevin Caves: Alright. So that was the last of the 12.

00:46:21.310 --> 00:46:25.810
Kevin Caves: yeah. So I think you, yeah, you explained how you how you
pick that one?

00:46:27.710 --> 00:46:30.880
Kevin Caves: yeah. So let's let's move on to.

00:46:31.020 --> 00:46:35.850
Kevin Caves: And where there's a 1 more follow up question, I think,
after this 1. 0, yeah, here we go.

36.430 --> 00:46:37.709
■■■■ : Let me put this on.

40.910 --> 00:46:41.900
■■■■ : No.

00:46:42.540 --> 00:46:43.350
Kevin Caves: Okay?

00:46:48.830 --> 00:47:03.319
Kevin Caves: Alright. Well, then, that completes the survey and all our questions. And do you have any like, we really appreciate your time? We're gonna finish a little early here. Do you have any more like comments or thoughts before we, before we sign off.

03.770 --> 00:47:25.149
███████ : No man. I hope. I hope you guys get to get your get your ███ ing down the way you want to. I'll be. Honestly, I've seen I've done a few or like I've had Hubble and them come into the office with products and try to sell me on some stuff. And it's and I've always wondered, how did this product get this far without talking to the guys in the field, because this is great on paper.

25.210 --> 00:47:53.399
███████ : But I can't pay 10 times more for this, this mythology, this new ███ and methods that you're bringing to the table. And so I was blown away by some of those that I've seen. It's like, you guys have put so much money into this. And you wonder why no one in the market's using it? Well, it's because you're 10 times more. That's a great concept. You just got to come in at a much cheaper rate. You guys didn't do the research. So now you're in here trying to sell them to me. Crazy price that. And I,

53.510 --> 00:48:14.099
███████ : I blow them out of the water with labor rates and like, okay, ███ ou want me to put this plug in and you're telling me this saves me 5 min a plug. Well, let's guess what I got 30,000 plugs I'm putting in, and you're charging me $15 more a plug. I could sit on these plugs for 3 months and still make more money with them. So I get it, guys, I hope I hope it works out for y'all.

00:48:14.930 --> 00:48:18.359
Kevin Caves: Alright! Well, thanks so much again for your time, ██████ have a good day.

18.690 --> 00:48:19.590
███████ : You too, bye.

00:48:19.590 --> 00:48:20.479
Kevin Caves: Okay? Bye.

WEBVTT

00:02:57.770 --> 00:02:58.790
Kevin Caves: Hello!

00:02:59.760 --> 00:03:00.950
NewtonX: Hello, Green!

00:03:01.596 --> 00:03:09.639
NewtonX: Yes, it's me we are waiting for the expert. I have already
contacted him.

00:03:09.640 --> 00:03:10.350
Kevin Caves: Okay.

00:03:11.450 --> 00:03:12.349
NewtonX: Thank you.

00:03:12.670 --> 00:03:15.415
Kevin Caves: Okay, yeah. We got the invite for tomorrow at

00:03:15.720 --> 00:03:16.320
NewtonX: Yes.

00:03:16.320 --> 00:03:17.770
Kevin Caves: One. Eastern. Yeah.

00:03:18.650 --> 00:03:19.020
NewtonX: Perfect.

00:03:19.020 --> 00:03:21.950
Kevin Caves: I might we might be. I might be like

00:03:22.100 --> 00:03:26.730
Kevin Caves: a couple of minutes late for that cause. I have. I have a
call right beforehand, but.

00:03:26.730 --> 00:03:27.390
NewtonX: Bye.

00:03:27.390 --> 00:03:27.800
Kevin Caves: Yeah.

00:03:29.110 --> 00:03:32.899

NewtonX: Thanks, for tell me.

00:03:32.900 --> 00:03:52.540
Kevin Caves: Yeah, yeah, we could. I mean, if you wanted to, you could like change the invite to like, you know, if if the if the person's available, you could change it to start at like 1, 10 or 1 15 if you wanted to. I think that would work for us right? Like, yeah, we could change it to like to start up, to go from 1 15 to 2, 15

00:03:53.033 --> 00:03:57.110
Kevin Caves: if that works for the, for the, for the guy that we're interviewing.

00:03:57.900 --> 00:03:59.799
NewtonX: Okay. I will ask him.

00:03:59.800 --> 00:04:02.770
Kevin Caves: Yeah, that might. That might be easier for everybody.

00:04:04.830 --> 00:04:05.550
NewtonX: Okay. Cool.

00:04:07.700 --> 00:04:08.680
Kevin Caves: Excellent.

00:06:25.900 --> 00:06:27.619
NewtonX: So he's here.

00:06:27.960 --> 00:06:29.710
NewtonX: Are you able to start.

00:06:30.980 --> 00:06:33.169
Kevin Caves: Yes, yes, we are. Thanks.

00:06:33.390 --> 00:06:36.380
NewtonX: Okay, thank you for waiting.

00:06:37.570 --> 00:06:38.550
NewtonX: Good boy.

00:06:39.030 --> 00:06:39.690
Kevin Caves: But

00:06:53.030 --> 00:06:55.660
Kevin Caves: Hi! Can you hear us?

6:56.040 --> 00:06:57.129
███ : Yep. How you doing.

00:06:57.770 --> 00:07:00.840
Kevin Caves: Hi! I'm doing well, ███ thanks for joining.

7:00.970 --> 00:07:01.900
███ : Yeah, no. Problem.

00:07:02.731 --> 00:07:11.130
Kevin Caves: So let me. If it's okay with you, we'll get started, and we should be able to finish within an hour, maybe a little bit less.

7:11.370 --> 00:07:12.000
███ : Okay.

00:07:13.440 --> 00:07:35.929
Kevin Caves: so as you can see on the screen. My name is Kevin Caves. I'm conducting the interview. Thanks for agreeing to participate. I work for a consulting firm called Mcclaven Associates. So we're putting together this survey. Devin. Myers, as you can see, is also on the call. She also works for Mcleven associates.

00:07:36.090 --> 00:07:52.080
Kevin Caves: As you know, this interview is being recorded. Your participation and responses to my questions in the survey are they're anonymous. They're confidential. We're not going to reveal any personal information or disclose anything like that to anybody.

00:07:53.520 --> 00:07:59.010
Kevin Caves: The the purpose of the of this interview is to get your feedback

00:07:59.150 --> 00:08:14.059
Kevin Caves: on a survey. We're designing where the the audience for the survey. The people who are going to be taking the survey are going to be electricians. So we're looking to get, you know, feedback from from people who in actual professionals like you.

00:08:14.605 --> 00:08:24.700
Kevin Caves: And so what I'll do is I'm gonna share my screen with you in a moment, and I'll walk you through each of the questions that we're we're looking for feedback on.

00:08:24.980 --> 00:08:30.328

Kevin Caves: And I'll ask you. I'll give you a chance to read the question.

00:08:31.020 --> 00:08:35.319
Kevin Caves: take as much time as you need to read it. If you have questions about it, feel free to ask them

00:08:35.480 --> 00:08:42.169
Kevin Caves: and and then just let us know which answer you would choose if you were, you know, actually taking the survey.

00:08:42.784 --> 00:09:01.655
Kevin Caves: So for each question I'll ask you. I'll ask you what your answer would be, and then I'll most of the time when you've told me the answer. I'll have follow up questions for you, you know, like, why did you choose the answers? You know? How did you select it? Just so we can understand the thought process and everything.

00:09:02.020 --> 00:09:16.410
Kevin Caves: you know. If you have any any clarifications, any anything you know you need to ask at any point during the survey. Just ask us. We're we're happy to answer any questions you might have. Before we get started. Do you have any any preliminary questions.

9:17.605 --> 00:09:20.395
█████ : I don't. So basically, this is

9:21.390 --> 00:09:26.019
█████ : from my understanding about like arc fault breakers. Right?

00:09:26.270 --> 00:09:29.729
Kevin Caves: Yeah, yeah, it's for it's all about afcis. Yes.

9:29.730 --> 00:09:39.209
█████ : Okay, and what is I? Yeah, I guess I do have a question. I'm y. And what? So we're what is this going to like

9:39.620 --> 00:09:42.280
█████ : help or kind of like

9:43.100 --> 00:09:49.509
█████ : like change, or something, or like have people understand like these are made for.

00:09:50.030 --> 00:09:51.790
Kevin Caves: Yeah, it's a.

00:09:52.630 --> 00:09:54.590
Kevin Caves: So we

00:09:54.710 --> 00:10:06.979
Kevin Caves: I I can't really give you the details, because the the client that hired us is is doing it, you know, at this point they're they're not disclosing anything, so I can't. I can't tell you exactly

00:10:07.380 --> 00:10:21.929
Kevin Caves: what we're you know what the purpose of the survey is, but for for our purposes we just want to make it as as clear and comprehensible and straightforward as we can, you know, for for someone with an electrician background.

0:22.150 --> 00:10:23.340
: Gotcha gotcha.

00:10:23.340 --> 00:10:24.020
Kevin Caves: Yeah.

00:10:24.874 --> 00:10:34.890
Kevin Caves: Okay. So I'll go ahead and share my screen with you, and you'll see the 1st couple of questions are very routine, and then eventually they'll get a little more, a little more interesting.

00:10:38.920 --> 00:10:39.880
Kevin Caves: So

00:10:40.310 --> 00:10:46.299
Kevin Caves: yeah, here's here's the 1st one. So just go ahead and read it, and then let us know how you would respond.

0:54.720 --> 00:10:56.660
: I wish to continue with the survey.

00:10:57.080 --> 00:11:00.539
Kevin Caves: Okay, all right, let's move on to the next one. Then.

1:02.620 --> 00:11:04.509
: I live in Massachusetts.

00:11:04.510 --> 00:11:05.820
Kevin Caves: Massachusetts.

00:11:12.470 --> 00:11:14.740

███ : I am ███

00:11:15.080 --> 00:11:16.200
Kevin Caves: Okay.

1:26.010 --> 00:11:28.930
███ : Stands for arc fault circuit, interrupter.

00:11:31.340 --> 00:11:32.340
Kevin Caves: All right.

00:11:32.540 --> 00:11:39.139
Kevin Caves: And is that is that something is that a pretty common abbreviation, and that electricians use.

1:39.140 --> 00:11:43.619
███ : Yep, correct. There's 2 breakers there's afcis, and then there's s.

00:11:43.620 --> 00:11:48.999
Kevin Caves: With Gfcs, right? Okay, okay, good. Good. We can keep going.

2:00.520 --> 00:12:03.749
███ : Yes, by the thousands.

00:12:04.650 --> 00:12:11.559
Kevin Caves: Alright. And did this question make sense to you? Is it, you know, written clearly enough.

2:11.960 --> 00:12:12.490
███ : Yep.

00:12:13.000 --> 00:12:13.780
Kevin Caves: Okay?

00:12:13.910 --> 00:12:22.460
Kevin Caves: And okay. So and and when we make that clarification about the breakers versus the receptacles that.

2:22.580 --> 00:12:25.490
███ : Did we? Did we say that correctly?

2:25.490 --> 00:12:26.310
███ : That's correct. Yep.

00:12:26.310 --> 00:12:27.210
Kevin Caves: Okay. Good.

2:37.340 --> 00:12:43.870
█████ : Eaton Square, D, and Siemens Siemens is what I use the most.

00:12:44.130 --> 00:12:44.950
Kevin Caves: Okay.

00:12:45.370 --> 00:12:46.260
Kevin Caves: Okay.

00:12:47.640 --> 00:12:50.470
Kevin Caves: Great. But not not. Abb.

2:51.240 --> 00:12:55.209
█████ : No, I really don't really use a lot of general electric.

00:12:55.860 --> 00:12:57.859
Kevin Caves: Sure. Sure. Okay.

00:12:59.430 --> 00:13:01.210
Kevin Caves: All right. Next question.

3:06.770 --> 00:13:17.599
█████ : Electrical supply distributors, big box, real retailers, other ilers and Amazon.

3:19.750 --> 00:13:20.740
█████ : And that's it.

00:13:21.200 --> 00:13:24.670
Kevin Caves: Okay, all right, fair enough. We can move on.

3:33.425 --> 00:13:35.329
█████ : Electric Supply Distributors.

00:13:35.330 --> 00:13:36.140
Kevin Caves: Okay.

00:13:37.780 --> 00:13:42.800
Kevin Caves: And do you happen to know the name of of the distributor you? Do you use the most.

3:42.800 --> 00:13:47.479
█ : Yep, they're called Concord electric supply.

00:13:47.780 --> 00:13:52.270
Kevin Caves: Concord Electric. Yeah, I think we've heard of them. Yeah, okay.

00:13:53.860 --> 00:14:01.730
Kevin Caves: And so do you. Is there a reason you usually go to them instead of a big box retailer or Amazon.

4:03.960 --> 00:14:17.230
█ : When I'm in a pinch I'll go to a big box retailer. But it's a pain he ass right now, with, say, like Home Depot and Lowe's because they're always like behind a locked gate.

4:17.230 --> 00:14:36.549
█ : and then you got to go and get an associate and then bring it up he front with electrical supply. You just you could. I call mine in, and they even deliver it to my house, you know, I mean, or it's ready for me to pick up. I walk in, and my my accounts already in the computer they already charged me. I walk in and I walk out.

00:14:37.110 --> 00:14:39.800
Kevin Caves: All right and does the

00:14:39.930 --> 00:14:47.059
Kevin Caves: is the price. Is there any difference in the price between the distributors and the retailers, or Amazon, or anybody else that you.

4:47.910 --> 00:14:55.669
█ : Sometimes Amazon can have cheaper prices, but what I've found times is

4:56.819 --> 00:15:10.449
█ : the breakers can be faulty. I've bought in a few arc faults from on I've bought in a few search protector breakers from Amazon. And they've been faulty. So.

00:15:11.640 --> 00:15:13.690
Kevin Caves: Hmm, okay, it's good to know.

5:13.910 --> 00:15:17.350
█ : But yeah, Amazon Amazon definitely sometimes has

00:15:17.460 --> 00:15:29.540

█████ : a cheaper price on the arc faults. But if you don't, if if you ███████t want to have like headaches or anything. I just go to my electric distributor, and they

5:29.690 --> 00:15:31.009
█████ : they have it already.

00:15:31.320 --> 00:15:32.999
Kevin Caves: Got it. Okay?

00:15:33.700 --> 00:15:35.759
Kevin Caves: All right, we can go to the next one.

5:40.212 --> 00:15:42.749
█████ : I'm licensed in Mass and Rhode Island.

00:15:42.880 --> 00:15:46.800
Kevin Caves: Okay, good. That answers the next question. After this, too.

5:55.410 --> 00:15:56.010
█████ : No.

00:15:56.770 --> 00:16:00.080
Kevin Caves: No other service, all right, fair enough.

6:09.480 --> 00:16:09.910
█████ : No.

6:12.290 --> 00:16:15.200
█████ : Hold on! I'm sorry a little bit slow.

6:29.790 --> 00:16:30.967
█████ : Yes, I'm sorry.

00:16:31.360 --> 00:16:32.386
Kevin Caves: No problem.

00:16:35.070 --> 00:16:37.830
Kevin Caves: Alright, alright! Let's go to the next one.

00:16:38.550 --> 00:16:47.429
Kevin Caves: Oh, I'm sorry. Yeah. So we're gonna stop sharing screens to skip to a different part of the survey. Thanks. Devin always has to remind me when I get to this part

00:16:50.980 --> 00:16:53.200
Kevin Caves: tomorrow, I'm gonna have to remember by myself.

00:16:58.880 --> 00:17:09.150
Kevin Caves: Yeah, we're updating. We we keep updating the survey every time we get more feedback on it. So you know, yeah, we just wanna make sure. You see the latest, the latest version.

7:09.430 --> 00:17:09.960
███ : Yep.

00:17:11.480 --> 00:17:12.770
Kevin Caves: Here we go!

7:39.060 --> 00:17:40.200
███ : Okay, I understand.

00:17:40.460 --> 00:17:41.279
Kevin Caves: All right.

00:17:41.520 --> 00:17:46.529
Kevin Caves: So just a quick follow up question. So this.

00:17:46.800 --> 00:17:53.889
Kevin Caves: when you, when you look at this question, how? How would you, in your own words. How would you describe what the question is saying?

7:56.000 --> 00:18:06.409
███ : So basically, they're gonna show me different types of afci and erent features and prices. And I just basically

8:07.033 --> 00:18:12.369
███ : would have to pick what I would actually purchase in in like my to day.

00:18:14.530 --> 00:18:20.150
Kevin Caves: Yeah, yeah, that's that's that's definitely that's definitely it.

00:18:21.880 --> 00:18:26.260
Kevin Caves: okay? And is the question clear enough, as as far as you can tell.

00:18:26.720 --> 00:18:27.180

: Yep.

00:18:27.460 --> 00:18:30.990
Kevin Caves: Okay, good. All right. Let's go to the next one.

8:39.140 --> 00:18:40.060
: I understand.

00:18:40.240 --> 00:18:42.860
Kevin Caves: Okay, fair enough.

00:18:43.010 --> 00:18:44.490
Kevin Caves: Let's go to the next one.

00:18:46.520 --> 00:18:51.506
Kevin Caves: Okay, I'll let you read through this. It's a long one, relatively long.

9:09.880 --> 00:19:11.330
: Yeah, I understand that.

9:11.830 --> 00:19:14.096
: I I totally get that.

00:19:14.900 --> 00:19:18.309
Kevin Caves: So. So you're familiar with. You've heard of nuisance tripping before.

9:18.310 --> 00:19:19.450
: Yes. Correct.

00:19:19.660 --> 00:19:20.510
Kevin Caves: Okay?

00:19:20.900 --> 00:19:26.959
Kevin Caves: And so just in your own words, how would you describe what this question is saying?

9:27.350 --> 00:19:35.829
: So basically. I, I get the the Afci breakers. They they do

9:36.190 --> 00:19:55.330
: do their job. They do save either like a customer or electrician. if somebody's like cutting into a wall, say, if like a child's trying to do some child stuff and plug some things in it.

9:55.480 --> 00:20:14.980
■ : It works for that aspect. But when you start to put them in like hens and like garages where people are, gonna be working in the garages. It kind of becomes a pain in the ass where the nuisance trips happen, and then they call you

0:15.376 --> 00:20:22.020
■ : and they're like, Oh, the breaker that you just put in, that you ged me like such and such is not working no more. And it's like.

0:22.460 --> 00:20:25.150
■ : like, you know what I mean? It's it's just a.

0:25.710 --> 00:20:27.929
■ : It just sucks sometimes. So.

0:28.160 --> 00:20:48.279
■ : And I like, I understand that like with codes like always ting, especially now here in Massachusetts, we need an arc fall and Gfci receptacles in the bathroom, and it's like women are going to be plugging in the hair dryers. And it's gonna trip every time. So it's just

0:48.380 --> 00:20:50.559
■ : sometimes it can be a pain in the butt.

0:51.040 --> 00:20:54.980
■ : but I mean, for the most part, I understand why they were made.

0:55.700 --> 00:21:04.030
■ : You know. I just maybe if we can like, we don't have to go as y with them in like kitchen areas, you know.

00:21:04.810 --> 00:21:05.540
Kevin Caves: Yeah.

00:21:06.720 --> 00:21:11.529
Kevin Caves: So like, when when you get a call about nuisance stripping, how do you usually handle it?

1:12.543 --> 00:21:14.610
■ : So I basically asked them.

1:15.292 --> 00:21:36.839
■ : like questions like, when did this happen? What were you doing? was plugged in? Can you go unplug the whatever machinery you had or

whatever thing you had plugged in, can you go unplug it and then go to the breaker? It's gonna look like it's on. Can you just put it from off to on? And if it holds.

1:37.030 --> 00:21:47.250
: it's your appliances, or it's your hair dryer or something else. cally to go from there. There's not much like I can do. I can.

1:47.450 --> 00:21:48.680
: I can.

1:48.820 --> 00:22:00.610
: I don't like to do this, but it's like I can come, put a regular ker, but you know it. Now you're kind of getting into the realm of like code, code violation and stuff like that. So.

00:22:00.610 --> 00:22:02.040
Kevin Caves: Yeah, yeah.

00:22:02.600 --> 00:22:07.430
Kevin Caves: So do you ever like, do you ever have to replace a breaker? Because it's tripping.

2:08.049 --> 00:22:14.840
: I've replaced a few like arc faults. Where they trip so much that they're not even gonna hold

2:15.496 --> 00:22:18.910
: I've done that, and then, like I said.

2:19.640 --> 00:22:33.850
: I don't like to do this, but I will go change out an arc fault ker to regular breaker, and then, you know. Sometimes I'll throw like a gfci plug somewhere. Just so. They have some kind of protection. You know what I mean.

00:22:34.010 --> 00:22:34.710
Kevin Caves: Yeah.

00:22:35.300 --> 00:22:36.160
Kevin Caves: Yeah.

00:22:36.750 --> 00:22:43.190
Kevin Caves: So okay, so there's not too much you can do other than maybe change. Yeah, okay.

2:43.350 --> 00:23:11.100
▮ : Honestly. No, then, and like with a lot of vacuums, it does it ders, because for some reason the the breakers see, like the the arc in the machinery itself, and it doesn't happen like always. But sometimes here and there, that arc fault breaker will sense that machinery like the arc, and then it'll think it's arc in the system, and then it'll just shut off.

00:23:11.720 --> 00:23:19.810
Kevin Caves: Okay, okay, that's okay. That's very helpful any other feedback on this one before we move on.

3:20.526 --> 00:23:27.130
▮ : I mean, not really I I really don't know like the internal onents of an Oc fault breaker.

3:27.510 --> 00:23:40.290
▮ : But maybe if we can set the like the the trip rating, maybe up a le higher.

3:40.460 --> 00:23:47.579
▮ : but then that may defeat the purpose of the arc fault? That would y only my only guess or suggestion.

00:23:47.840 --> 00:23:51.890
Kevin Caves: Yeah, yeah, okay.

3:51.890 --> 00:24:03.429
▮ : You know, these these Ocva breakers are very expensive. They're 60, 70 sometimes all the way up to a hundred $5,200 for double poles.

00:24:03.950 --> 00:24:04.360
Kevin Caves: Right.

4:04.360 --> 00:24:11.690
▮ : And when you get a trip like that, and it happens you're you're , you know, you're just deflated.

00:24:12.930 --> 00:24:19.409
Kevin Caves: Alright. Okay, fair enough. I. Okay. So I think we can go on to the next one. Devin.

00:24:22.480 --> 00:24:34.310
Kevin Caves: okay. So now we got this 1st of these 12 questions, so I'll just let you read it. And after you've had a chance to look at it, just let us know what? What answer you would pick if if it was you taking the survey.

4:40.540 --> 00:24:47.789
: So obviously, I stated in before, I'm a Siemens guy. Siemens ls.

4:48.446 --> 00:24:56.713
: Whether it's 200 a hundred amps. That's what I go with a lot my

4:58.340 --> 00:25:06.097
: thing in this category at least, so I'd go Siemens. I would go, n, and then my last would be general electric.

5:06.810 --> 00:25:08.210
: General Electric.

5:08.330 --> 00:25:24.600
: They're they're a good brand. Don't get me wrong. But I just. I t really deal with them a lot. I don't really like the components of the panels. You see, general electric a lot in commercial

5:25.383 --> 00:25:26.609
: buildings. But

5:26.930 --> 00:25:31.607
: I mean, once you get into commercial. It's really not like a lot ock faults.

5:32.050 --> 00:25:36.910
: So so that'd be mine. Mine would be Siemens Eaton. And then ral Electric.

00:25:38.000 --> 00:25:38.910
Kevin Caves: Okay?

00:25:39.260 --> 00:25:44.169
Kevin Caves: So alright. And and just looking at the question.

00:25:45.050 --> 00:25:55.729
Kevin Caves: do you think it's given you? Is it giving you enough information on these different choices. So you can, you know, make a an informed decision about what you would want to buy in real life.

5:58.340 --> 00:26:03.580
: I mean, seeing that they say the Afci doesn't have nuisance ping

6:04.910 --> 00:26:07.459
███ : and they're saying the Siemens ones does.

6:10.890 --> 00:26:14.235
███ : I you would tend to want to go with Eaton.

6:14.800 --> 00:26:23.959
███ : but I mean eating would be my second, my second guess. Maybe maybe r this I'll I'll start doing eaten.

00:26:23.960 --> 00:26:27.964
Kevin Caves: Yeah, well, this is just the 1st of 12.

6:28.260 --> 00:26:28.630
███ : No.

00:26:28.916 --> 00:26:34.079
Kevin Caves: Okay, so we'll put you down for the for the Siemens product and move on to Number 2.

7:05.930 --> 00:27:06.740
███ : Yeah.

7:07.700 --> 00:27:10.310
███ : And unfortunately, I'm a Siemens guy. So

7:10.440 --> 00:27:13.870
███ : I mean, I'd go siemens 1st and then square. D.

00:27:14.290 --> 00:27:15.130
Kevin Caves: Okay?

00:27:15.670 --> 00:27:23.070
Kevin Caves: And just for the record, I mean, obviously, you know you, you have a preference for Siemens. But is

00:27:23.850 --> 00:27:30.119
Kevin Caves: Is there any other any other reason for making choosing that one besides the other ones.

7:31.151 --> 00:27:33.680
███ : Honestly, it's the panels for me.

7:34.050 --> 00:27:41.320
: Okay? So the panels come with their own ground bars already
alled in them.

7:42.260 --> 00:27:52.479
: square d Eaton sometimes does, but not all the time square. D. You
to put your own ground bar in them. So

7:52.790 --> 00:28:15.500
: a lot of times up here in Massachusetts when we do a service,
her it's 100 amp. Or 200 amp. We're putting in meter mains. So from
that meter main we now have to separate our circuitry in the panel, so
our ground and our neutrals have to be separated, because that meter main
is now considered your main disconnect.

8:15.540 --> 00:28:24.535
: and the panel after that is a sub panel, because at the meter main
your grounds and your neutrals are connected on a

8:25.100 --> 00:28:37.550
: on like a block. So that's 1 of the reasons I usually go with
ens. I like the look of the panel. I like just the just everything
about the panels.

00:28:37.990 --> 00:28:38.450
Kevin Caves: Yeah.

8:38.450 --> 00:28:43.079
: So it's it's more of a panel thing than it is a breaker thing. You
what I mean.

00:28:43.340 --> 00:28:45.290
Kevin Caves: Yeah, sure. Sure.

00:28:46.373 --> 00:28:56.099
Kevin Caves: And what do you think of? You can see we've we've got
different prices, lifters. Here are those more or less in line with what
you'd expect to pay in your experience.

8:57.516 --> 00:28:58.510
: A little.

8:58.670 --> 00:29:02.429
: The Eaton and the Siemens are kind of spot on

9:02.972 --> 00:29:10.450
: the square D is a little low. I would bring that up, maybe a maybe

9:12.570 --> 00:29:38.559
███ : 10 to 20 more dollars. Yeah, 20 more, 20 more dollars in in my
et in Massachusetts. I'm in like the kind of south from Boston area.
The square D's are definitely like 60 something dollars, especially if
you go Qo, which is like the Cadillac of the square. D, you're looking at
65, 66, 70, sometimes.

00:29:40.230 --> 00:29:41.010
Kevin Caves: Okay?

00:29:41.210 --> 00:29:43.829
Kevin Caves: And then the other one they have is the home line, right.

9:44.070 --> 00:29:50.139
███ : Yep, they have home line, and then they have qo, so Qo, qo is,
a be your

9:50.330 --> 00:29:54.620
███ : always going to be your most expensive breakers and panels

9:54.790 --> 00:29:57.150
███ : by far. None. You know what I mean.

9:58.130 --> 00:30:03.654
███ : Because they have that window that tells you when it trips. They
, like the little

0:04.230 --> 00:30:10.169
███ : the little claw that latches on to the bus bars and stuff like
. So

0:10.460 --> 00:30:14.960
███ : it's always gonna be. I was always taught Qo was the most
nsive one.

00:30:15.480 --> 00:30:16.389
Kevin Caves: All right.

00:30:16.770 --> 00:30:18.979
Kevin Caves: Okay, let's go on to number 3.

0:29.020 --> 00:30:30.139
███ : I would go with Eaton.

00:30:31.820 --> 00:30:35.020
Kevin Caves: Okay. And how did you pick that one.

0:36.900 --> 00:30:45.860
▮ : So I did so. My second option like I said, is eaten, so I use
n. Br

0:46.757 --> 00:30:54.790
▮ : there's eatenbr, and then there's Eaton. Ch. The chs are the tan
kers.

0:55.332 --> 00:31:05.539
▮ : Those are kind of like in the same category as the qos. Those are
g to be your more expensive panel. Of the Eaton brand.

1:07.090 --> 00:31:12.379
▮ : But most of the time I use the Eaton brs, and that price

1:15.920 --> 00:31:20.790
▮ : that price is kinda kind of in the in the realm of what we pay out
.

00:31:21.160 --> 00:31:26.110
Kevin Caves: Okay, all right. So they eaten.

00:31:26.510 --> 00:31:28.679
Kevin Caves: All right. Let's go to Number 4.

1:47.070 --> 00:31:50.735
▮ : Yeah, I would go with the Siemens, and it has the plug on neutral.

00:31:51.440 --> 00:31:52.250
Kevin Caves: Okay?

00:31:52.930 --> 00:32:07.360
Kevin Caves: So yeah, just for the record, how did you? I know you. You
like, you know, you like the Siemens panel on the brand. But yeah, just
for the record, how did you pick that particular one which you know has
the distance tripping compared to the.

2:08.600 --> 00:32:15.139
▮ : Again like I said, I'm a seniors Guy, and the plug on neutral had
or me.

00:32:15.480 --> 00:32:22.339

█████ : The General Electric had plug on neutral. But again I I just I
t really use a lot of ge.

237
00:32:22.540 --> 00:32:29.980
Kevin Caves: Okay, okay? So you'd be okay with taking one that has the
nuisance tripping. In this case, at least.

238
2:30.390 --> 00:32:31.240
█████ : Yeah, yeah.

239
00:32:32.350 --> 00:32:35.440
Kevin Caves: Alright! Alright! Let's move on to Number 5.

240
2:41.080 --> 00:32:42.880
█████ : Oh, you're trying to stop.

241
2:57.050 --> 00:32:59.109
█████ : Yeah, I'm gonna have to go with the square. D.

242
00:33:01.090 --> 00:33:03.159
Kevin Caves: Okay, how did you pick the square? D.

243
3:05.130 --> 00:33:06.040
█████ : Cheaper.

244
00:33:10.490 --> 00:33:14.019
Kevin Caves: So you go for the Square D, that has the defect

245
00:33:14.280 --> 00:33:17.439
Kevin Caves: instead of the Siemens one, which is about

246
00:33:17.640 --> 00:33:21.049
Kevin Caves: well, almost $30 more, but doesn't have the defect.

247
3:21.050 --> 00:33:22.170
█████ : Correct. Yeah.

248
00:33:22.170 --> 00:33:22.600
Kevin Caves: Alright!

249
3:22.600 --> 00:33:26.149
█████ : Maybe maybe with that price of the breakup maybe I could.

250
00:33:26.718 --> 00:33:28.560

█████ : You know what I mean.

3:29.360 --> 00:33:35.879
█████ : Kind of give the customer a break on, maybe acting to go back to a ance trip, you know.

00:33:36.360 --> 00:33:39.390
Kevin Caves: Yeah, sure. Yeah, that makes sense.

00:33:40.380 --> 00:33:43.300
Kevin Caves: Okay, let's move on. We're about halfway done. Now.

4:02.437 --> 00:34:04.280
█████ : I'd go with the Eaton Dual.

00:34:05.240 --> 00:34:08.660
Kevin Caves: Eaten dual function. Okay, how did you pick that one.

4:11.400 --> 00:34:17.910
█████ : Basically afci and a Gfci together. You're you're maximizing your ection.

4:18.356 --> 00:34:23.579
█████ : And I am. I mean, I I do. I understand that it has nuisance pping, but

4:23.699 --> 00:34:25.770
█████ : at least you have double protection.

00:34:26.409 --> 00:34:27.249
Kevin Caves: Got it.

00:34:27.469 --> 00:34:28.899
Kevin Caves: Okay, fair enough.

00:34:29.749 --> 00:34:31.609
Kevin Caves: All right. Let's go to number 7.

4:51.730 --> 00:34:54.930
█████ : I would go with the square DA little cheaper.

00:34:56.969 --> 00:34:59.439
Kevin Caves: Square d in the middle. Okay?

00:35:00.349 --> 00:35:03.939
Kevin Caves: So that was. And you're choosing that mostly because of the price.

5:04.518 --> 00:35:08.239
█████ : Yeah, the price. And it's saying it doesn't have usage ripping.

00:35:08.720 --> 00:35:09.610
Kevin Caves: Got it.

00:35:10.140 --> 00:35:12.440
Kevin Caves: Okay, let's go to the next one.

5:22.040 --> 00:35:23.580
█████ : I'd go with Siemens.

00:35:25.240 --> 00:35:28.280
Kevin Caves: Okay. And how did you pick that one.

5:31.850 --> 00:35:38.156
█████ : I mean the my 2 options are siemens and square d like I said,

5:38.760 --> 00:35:46.746
█████ : And I'm gonna go with Siemens. I mean, I know they both have ance trip and defects.

5:48.190 --> 00:35:50.620
█████ : but again, I'm a seams, Guy, so.

00:35:51.270 --> 00:35:57.710
Kevin Caves: Sure. Okay, alright, we're getting close to the number 9.

6:05.600 --> 00:36:06.510
█████ : Cement.

00:36:07.800 --> 00:36:16.610
Kevin Caves: Okay? The 1st one. All right. Single function. Fci. Okay. And just for the record, how did you pick that one over the other choices.

6:17.936 --> 00:36:21.153
█████ : Not not a general electric guy,

00:36:22.820 --> 00:36:31.830

██████ : and yeah, and I mean, I know it's a little bit more expensive. But saying on this one does not have nuisance, trip and defect, so.

278
00:36:33.720 --> 00:36:39.230
Kevin Caves: Yep, okay, alright good. Let's move on to the next one.

279
00:36:40.200 --> 00:36:41.990
Kevin Caves: Number 10.

280
6:48.000 --> 00:36:48.730
██████ : Demons.

281
00:36:49.620 --> 00:36:50.060
Kevin Caves: Oh!

282
6:50.060 --> 00:36:50.930
██████ : Same reason.

283
00:36:51.180 --> 00:36:52.930
Kevin Caves: Same reason so

284
00:36:55.790 --> 00:37:01.670
Kevin Caves: alright. So you're choosing it because because of the brand, and because it doesn't have the the defect.

285
7:01.670 --> 00:37:02.210
██████ : Yep.

286
00:37:02.770 --> 00:37:06.820
Kevin Caves: Okay, all right, fair enough. Let's move on to Number 11.

287
7:17.300 --> 00:37:20.300
██████ : I'll go with the square. D

288
7:21.570 --> 00:37:25.309
██████ : price does not have trip. And it's dual function.

289
00:37:25.790 --> 00:37:30.920
Kevin Caves: Okay? Makes sense. Yeah, it's low. Price doesn't have the defect dual function.

290
00:37:31.670 --> 00:37:34.149
Kevin Caves: All right, let's move on to Number 12.

291

7:45.730 --> 00:37:52.805
███ : I would go. I know I'm gonna stump you right now. I'd go with re d only because it has the dual function.

7:53.360 --> 00:37:57.050
███ : You know what I mean, and the price is kind of the same. So.

00:37:58.040 --> 00:38:03.880
Kevin Caves: Yeah, yeah, it's the same as the as Siemens. And it's lower than Abb.

00:38:05.420 --> 00:38:06.880
Kevin Caves: Okay?

00:38:09.820 --> 00:38:11.340
Kevin Caves: All right. Okay.

00:38:12.460 --> 00:38:13.730
Kevin Caves: So

00:38:13.840 --> 00:38:24.909
Kevin Caves: so when you've done these questions so far. You do, you? Do you still feel like you've got? You've got enough information to make a to make an informed choice.

8:25.190 --> 00:38:25.820
███ : Yeah.

00:38:26.060 --> 00:38:26.810
Kevin Caves: Okay.

00:38:27.260 --> 00:38:29.679
Kevin Caves: Alright, let's move on. We're almost done

8:36.910 --> 00:38:37.500
███ : No.

00:38:38.180 --> 00:38:39.080
Kevin Caves: Okay.

00:38:41.730 --> 00:38:46.001
Kevin Caves: Alright. Then I think it's gonna tell us, yeah, we're officially done.

00:38:46.710 --> 00:38:49.723

Kevin Caves: So yeah, we finished a little bit early.

00:38:50.620 --> 00:38:56.729
Kevin Caves: that's that's really all we have. If you have any final comments or questions, we're happy to happy to listen.

8:58.210 --> 00:38:59.099
███ : I mean.

8:59.300 --> 00:39:06.049
███ : I I kind of understand, like what this survey was trying to get You want to see like what.

9:06.050 --> 00:39:30.599
███ : why and how the consumer, whether it be a homeowner or trician? Why, why do they choose what they choose? And how do they go about choosing what they choose, whether it's the brand, whether it's the pricing, whether it's the dual functionality of the breakers. So I mean, I kind of understand. Why this survey is happening.

00:39:30.940 --> 00:39:32.920
Kevin Caves: Okay, okay.

00:39:33.080 --> 00:39:36.969
Kevin Caves: Well, good. Thanks. Yeah. Thanks, ███ We really appreciate all your feedback.

9:36.970 --> 00:39:37.490
███ : Yeah.

00:39:37.490 --> 00:39:37.899
Kevin Caves: And then.

9:37.900 --> 00:39:38.630
███ : No problem.

00:39:38.910 --> 00:39:40.340
Kevin Caves: Alright! Have a good one.

9:40.340 --> 00:39:41.070
███ : You as well.

00:39:41.360 --> 00:39:41.850
Kevin Caves: Right.

WEBVTT

00:00:37.750 --> 00:00:38.690
Kevin Caves: Hello!

:39.080 --> 00:00:41.830
███████ : Hey? Good morning, or actually good afternoon

:42.280 --> 00:00:44.580
███████ : or evening, wherever it is for you.

:45.120 --> 00:00:46.619
███████ : It's 2 30, my time.

00:00:47.040 --> 00:00:51.480
Kevin Caves: 2 30. Yeah, yeah, we're on east coast time. So

00:00:52.520 --> 00:00:56.739
Kevin Caves: early evening. Yeah, thanks for hopping on. Really
appreciate it.

:56.740 --> 00:01:01.750
███████ : Oh, yeah, no problem. It's actually good timing. I just got back
night from my little

:02.160 --> 00:01:04.060
███████ : trip. So good timing.

00:01:04.239 --> 00:01:05.109
Kevin Caves: Okay.

00:01:05.719 --> 00:01:13.139
Kevin Caves: alright. So why don't we go ahead? Let me. I just have to
pull something up on my screen and

00:01:14.379 --> 00:01:17.039
Kevin Caves: we can get started.

00:01:21.429 --> 00:01:25.749
Kevin Caves: Okay, thanks. Thanks, Agustina.

00:01:27.719 --> 00:01:29.309
Kevin Caves: I don't know if she's still on.

:29.310 --> 00:01:33.239
███████ : Oh, I don't know if she her thing is muted. I could see Mike.

00:01:33.940 --> 00:01:34.900
Kevin Caves: All right.

00:01:35.602 --> 00:01:38.017
Kevin Caves: Okay, that's all good. We can get started.

00:01:38.850 --> 00:01:49.260
Kevin Caves: yeah. So I'll just read you some some intro language. And we can, you know, get started with the interview? It's we're booked for an hour, but you know, sometimes it takes less.

:49.920 --> 00:01:50.320
███████ : Okay.

00:01:50.320 --> 00:01:55.099
Kevin Caves: But but we'll we'll be done by. Well, 6, 30, my time, 3, 30. Your time.

:55.100 --> 00:01:56.659
███████ : Yeah, no problem, no problem.

00:01:57.980 --> 00:02:13.079
Kevin Caves: So yeah, I'll just read the introduction. So thanks for agreeing to participate in in this interview. Today, my name is Kevin Caves. I'll be conducting the interview. Obviously I work for a consulting firm called Mcclaven Associates

00:02:13.340 --> 00:02:22.800
Kevin Caves: and as you know, the interview is being recorded. But your purse. Your participation responses are all anonymous and confidential, so no

00:02:22.920 --> 00:02:29.490
Kevin Caves: personally identifiable information is going to be revealed. You know it's all. It's all confidential.

:30.430 --> 00:02:30.930
███████ : Okay.

00:02:31.320 --> 00:02:31.975
Kevin Caves: The

00:02:33.120 --> 00:02:47.579

Kevin Caves: So the purpose of what we're what we're doing here is we're trying to develop a survey where the target audience is electricians, and you'll as you as you've probably seen the the survey is about

00:02:48.120 --> 00:02:55.390
Kevin Caves: about afcis. So we're getting feedback from from people like you, just to make sure that we're

00:02:56.081 --> 00:03:10.089
Kevin Caves: you know, putting together the survey in such a way and phrasing the questions in such a way that it makes sense to an electrician that you know it's logical, and it's giving you the information you need to answer the questions. And that kind of thing.

00:03:11.620 --> 00:03:24.069
Kevin Caves: so what we'll do is in a moment. I'll I'll just share my screen and you'll see the survey displayed on the screen. And I'll ask you. You know how you would answer each of these questions.

00:03:24.400 --> 00:03:32.929
Kevin Caves: and I'll, you know, give you a chance to read it first.st Obviously some are longer than others. The 1st few are pretty routine, but then they get a little more in depth.

00:03:33.307 --> 00:03:56.649
Kevin Caves: But I'll give you a chance to read each question. If you have any questions about the question feel free to ask at any time? And then I'll ask how you would answer, and then, you know, click on the answer, and then in most cases, I'll have a follow up question, you know, asking you about you know just just what your thought process was behind the question, and whether you thought it was.

:56.650 --> 00:03:57.600
███████ : Okay, yeah, no. Problem.

00:03:57.600 --> 00:04:00.702
Kevin Caves: Well phrased. And that kind of thing. Yeah,

00:04:01.490 --> 00:04:08.069
Kevin Caves: So before we get started, do you have any? You know? Initial questions.

:08.914 --> 00:04:10.809
███████ : I mean, not really.

:12.590 --> 00:04:21.600
███████ : Sounds like you were trying to develop a survey. And you want to lectricians input or whatever these questions in such a way, where

:22.010 --> 00:04:29.250

: it's worded in such a manner that the tradesman electrician stands or can comprehend what you're trying to

:29.760 --> 00:04:35.209

: ask them and use it in their lingua lingo, or however you want to t, that they understand it.

00:04:35.440 --> 00:04:43.760
Kevin Caves: Yeah. Yeah. And of course, you know, I'm not an electrician. So we want to make sure that when we use the technical term, or we talk about. You know something to do with.

:43.760 --> 00:04:57.770

: Oh, I got you dude. You got the right guy. Then I'm all about 1 10 dot 12 professional. Yeah. Well, you got the right guy then, because I'm really good about the the code like, I got it right here. I thought, you're gonna ask me, coach it or code stuff. You know what I mean.

:58.815 --> 00:05:02.654

: You can't really see it, but sort of got on the camera. But

:03.210 --> 00:05:07.669

: I'm really into my code. Wow, that's weird. Never seen that e. Oof.

00:05:07.670 --> 00:05:08.450
Kevin Caves: Yeah, I think it's good.

:08.450 --> 00:05:10.769

: I gotta take that. Let me take that background off.

:10.880 --> 00:05:12.730

: That's probably what it is.

00:05:12.850 --> 00:05:14.200
Kevin Caves: Yeah, yeah, that's.

:14.200 --> 00:05:19.120

: Messes with it, but I got my codebook and everything I like. I this thing I mean

:20.330 --> 00:05:24.050

: pretty well. I mean not the great. I mean every you know.

:24.350 --> 00:05:27.270
: Of course, people who know better than me that I know pretty

00:05:27.270 --> 00:05:27.680
Kevin Caves: Yeah.

:27.700 --> 00:05:31.110
: Let me turn off this background on screen real quick here.
bly

:31.380 --> 00:05:37.070
: there's no real need for it. Okay, I see it.

00:05:37.540 --> 00:05:45.279
Kevin Caves: Okay. So this is the 1st question. And yeah, I just wanna make sure it's, you know, easy to read and doesn't need.

00:05:45.830 --> 00:05:48.192
Kevin Caves: Then that's sounds like it's all good.

:48.960 --> 00:05:50.640
: Yeah, I mean, that's pretty.

:50.740 --> 00:05:53.640
: Yeah. That's a pretty basic thing.

00:05:53.640 --> 00:05:59.070
Kevin Caves: Okay. So yeah, so go ahead. And just, you know, like I said.

:59.070 --> 00:06:00.470
: Oh, I can hit it!

00:06:00.899 --> 00:06:03.529
Kevin Caves: No, you have to tell me, and I'll click it for you.

:03.530 --> 00:06:07.340
: Oh, okay, so okay. And then this is not.

00:06:07.740 --> 00:06:10.872
Kevin Caves: Okay. Well, yeah, I wish to continue. I mean.

00:06:11.220 --> 00:06:12.619

Kevin Caves: like, like, I said, the 1st couple.

:12.620 --> 00:06:19.110
█████ : Yeah, of course. Yeah, I know it's just it's just a red tape. I
t. Nevada.

00:06:19.290 --> 00:06:20.410
Kevin Caves: Exactly.

:20.920 --> 00:06:21.800
█████ : I get it.

00:06:22.340 --> 00:06:24.500
Kevin Caves: Nevada. All right.

00:06:25.280 --> 00:06:26.930
Kevin Caves: There we go.

:30.610 --> 00:06:31.530
█████ : There we go.

:33.160 -->        36.109
█████ : Okay, 30█████

00:06:36.110          :37.979
Kevin Caves: █████

:41.625 --> 00:06:45.350
█████ : our fault circuit interrupter. So that's gonna be

:45.770 --> 00:06:48.119
█████ : yeah, there, it is, yeah, you had it

:48.310 --> 00:06:51.619
█████ : sometimes I had to go down, you know how it is with red.

00:06:54.270 --> 00:06:57.369
Kevin Caves: Yeah, all right. Here's the next question.

:57.660 --> 00:07:03.580
█████ : So, and you obtain. Yeah, yes, I have. Yeah.

00:07:04.380 --> 00:07:05.320
Kevin Caves: Okay?

00:07:05.990 --> 00:07:10.762
Kevin Caves: And just just for the record, how did you?

00:07:12.310 --> 00:07:17.999
Kevin Caves: What was the question clear? Was it easy to come up with an answer to it?

:18.490 --> 00:07:24.267
████ : This one? Yeah, I mean, have you basically, have I? Have I bought

:24.850 --> 00:07:30.190
████ : afci breaker since 2017? Pretty much since from 2017 to now

:30.390 --> 00:07:48.109
████ : cause, I mean, since then they've been well, I think, like my is 22,007, and they got we only have 2 art vault breakers, but they keep on coming out with more and more requirements. Like like. I mean pretty much. Now, the only thing that you don't have to have with our fault breakers, as far as you know, residential

:48.220 --> 00:07:54.210
████ : is your garage outside and the bathrooms

:54.380 --> 00:07:59.750
████ : other than that, you know. I mean, it's kind of a pain, I mean, now the way illicit. But yeah.

00:08:00.700 --> 00:08:01.360
Kevin Caves: Yeah.

00:08:01.650 --> 00:08:12.660
Kevin Caves: so, and and we have that note in the question about the breakers versus the receptacles does, did we? Did we phrase that correctly. Does that make sense.

:18.780 --> 00:08:23.900
████ : Yeah, that makes sense. That's how that's to me. That's the ct terminology, too.

00:08:23.900 --> 00:08:24.500
Kevin Caves: Okay.

:24.500 --> 00:08:26.559
████ : Our fault circuit interrupters.

:27.180 --> 00:08:32.110
███████ : Hmm, I see. Yeah, that's the thing with the terminology I'm gonna
up to

:32.429 --> 00:08:37.220
███████ : on 100, because that has actually all the definitions and stuff
re.

00:08:37.220 --> 00:08:37.750
Kevin Caves: Oh, good!

:37.750 --> 00:08:41.690
███████ : I wanna just see what they have as far as a codebook, because
s you know what

:42.090 --> 00:08:44.150
███████ : they go off of.

:45.382 --> 00:08:46.749
███████ : If you don't mind.

00:08:47.010 --> 00:08:50.059
Kevin Caves: Yeah, yeah, we've seen them called

00:08:50.920 --> 00:08:55.399
Kevin Caves: our faults, you know. Sometimes breakers, sometimes
interrupters. So.

:56.630 --> 00:09:00.699
███████ : See, like, right here in the code. Let's see, if I can.

:01.070 --> 00:09:09.639
███████ : our fault circuit, interrupter, Aci, and I'll, just read it, if
on't mind a device intended to provide protection from the effects
of art fault, you know, whatever. But that's how they

:09.800 --> 00:09:10.740
███████ : oops.

:11.820 --> 00:09:14.730
███████ : I'm gonna have to turn that off. Let me turn this off real quick.

00:09:14.730 --> 00:09:15.140
Kevin Caves: Okay.

:15.140 --> 00:09:18.970
█████ : It's kind of bothering me, that of

:19.920 --> 00:09:23.610
█████ : there we go. Let's go to just the camera background.

:24.410 --> 00:09:30.239
█████ : Don't need a background. But there we go, that's all we need.
, that better now.

00:09:31.190 --> 00:09:32.870
Kevin Caves: Yeah, you can. Now, I can see.

:32.870 --> 00:09:35.579
█████ : So us. There we go.

:36.000 --> 00:09:37.540
█████ : Can you see that there.

00:09:38.090 --> 00:09:39.860
Kevin Caves: Yeah, yeah, well.

:40.040 --> 00:09:44.250
█████ : Right on the top of the page. So it's pretty much the same thing
you guys are.

:45.750 --> 00:09:50.091
█████ : But see, as far as you guys are clarifying it

:51.150 --> 00:09:55.899
█████ : even more, and going into actually explaining it in as a

:57.120 --> 00:10:03.490
█████ : Afci is going to be just for your your breakers, cause I'm
ing you guys are going to talk about receptacles, too, and probably
give it a little. Alright.

:03.880 --> 00:10:05.419
█████ : Honestly, yeah, what you're saying. Here.

00:10:05.420 --> 00:10:07.990
Kevin Caves: Yeah. Okay. Alright.

00:10:08.700 --> 00:10:11.908
Kevin Caves: Okay. Why don't we keep keep going? Then?

00:10:13.000 --> 00:10:17.059
Kevin Caves: So the answer to that one's, yes, okay. Here's the next question.

:17.470 --> 00:10:29.160
▮▮▮▮ : Okay. So I say, GEEN Snyder Siemens, and that's it.

00:10:31.170 --> 00:10:32.180
Kevin Caves: Okay.

00:10:33.250 --> 00:10:36.049
Kevin Caves: Alright! That one's pretty straightforward as well.

:37.648 --> 00:10:49.129
▮▮▮▮ : And then this one electrical supply distributors, big box places, Amazon. lers probably other hardware stores. You know. I've gone a little

:49.410 --> 00:10:51.740
▮▮▮▮ : and then that'll be it.

00:10:52.880 --> 00:10:57.980
Kevin Caves: Got it. Okay, yeah. Now, the next one is.

:58.920 --> 00:11:05.609
▮▮▮▮ : Where have you most open? I would say. Probably Home Depot and s the big box retailers.

00:11:07.530 --> 00:11:10.050
Kevin Caves: Okay, that's interesting. And.

:10.050 --> 00:11:16.719
▮▮▮▮ : Well for me. I'm not on the like. I've I'm not quite on the big as much, you know.

:17.470 --> 00:11:19.310
▮▮▮▮ : They're more expensive there.

:19.709 --> 00:11:37.519
▮▮▮▮ : But like when I'm working, you know, like Helix is my last place I work with. With different places like Eminem electric. You know. I mean. I don't order it, but I order it, but I'm not paying for it with

them, you know. We'll go through like we have main electric out here. That's kind of our who we use a lot of.

:37.800 --> 00:11:38.150
█████ : Yeah.

:38.150 --> 00:11:45.840
█████ : we have a couple other distributors, but as far as like for me, use home depot, and those a lot. If it's just for one or 2,

:45.940 --> 00:11:46.500
█████ : you know.

00:11:46.500 --> 00:11:47.300
Kevin Caves: Okay?

00:11:47.770 --> 00:11:53.999
Kevin Caves: So yeah, so do you, is there a difference in the prices that you get if you buy.

:54.000 --> 00:12:05.370
█████ : Yeah, yeah, when? And like, I said, cause I'm just a small guy, now, working with the companies and stuff, you know, you can you buy them in bulk? So you know you can get, you know.

:05.880 --> 00:12:20.340
█████ : it depends on our orders. You know what we're doing, you know. for a apartment building complex, or some town homes, or or whatever we'll, we'll probably order a couple of 100, you know, and

:20.390 --> 00:12:44.749
█████ : go from there. But for somebody like me, hey? You know I kind of to do some things with my house, and you know little things like, Hey, I noticed you need Aci here, or you know little things like that. I kind of pick them up at home depot or Amazon. But when I've looked worked at various places, you know, we kind of order the big box stuff, and you know they're usually good with me, throwing a couple of bucks or whatever, and taking parts home.

00:12:46.490 --> 00:12:47.190
Kevin Caves: Okay.

:47.190 --> 00:13:05.639
█████ : So it's cheaper if you buy them in bulk. But if I'm just doing jobs and you know it's not, it's not worth it, and you know Home Depot and lows that you could still buy those in bulk, and they'll give you a little bit cheaper rate. But it ain't like the supply distributor.

You know what I mean, like, you know, you go down to Maine. You can buy a lot cheaper.

00:13:05.810 --> 00:13:06.440
Kevin Caves: Oh.

00:13:06.720 --> 00:13:12.780
Kevin Caves: so what's what's like? How big of a an order? Could you place it at home depot or Lowe's.

:13.530 --> 00:13:15.990
█████ : I don't know. I haven't actually ever tried.

00:13:16.140 --> 00:13:20.690
Kevin Caves: Yeah, but that's interesting. I didn't know that they they did the bulk thing. I mean, it makes sense.

:20.690 --> 00:13:32.949
█████ : Yeah. Well, like, next, you know, next time you go in, or ver pick up something, go down, you'll see they do it for a lot of, you know, like lumber or screws, or whatever like, you know, more like contractor type stuff. If you're if you buy.

:33.440 --> 00:13:48.050
█████ : maybe 3 or bundle of 5 of a pack of 3 type of thing. Then you'll nstead of maybe being 7 bucks a pack. It'll be like 5, 50, or something like that. So it's not like it's a big, big amount, but it's a little bit.

00:13:48.450 --> 00:13:49.280
Kevin Caves: Okay.

00:13:49.620 --> 00:13:53.246
Kevin Caves: Alright, alright! Let's go to the next one.

00:13:54.630 --> 00:13:56.120
Kevin Caves: We know. The answer to this one.

:56.120 --> 00:13:56.675
█████ : Yep.

00:13:59.160 --> 00:14:01.930
Kevin Caves: And the next one I'm assuming is gonna be Nevada.

:02.566 --> 00:14:03.839
█████ : Just Nevada.

00:14:04.090 --> 00:14:04.570
Kevin Caves: Okay.

:04.570 --> 00:14:09.750
███████ : I want to get more, though, because I'm gonna be going to Georgia
So that'll be interesting.

00:14:09.960 --> 00:14:17.099
Kevin Caves: Oh, yeah, okay, so okay. But for now we'll just, we'll just
click. Nevada.

00:14:17.610 --> 00:14:22.460
Kevin Caves: Yeah, okay, here's this is another kind of background
question.

:22.870 --> 00:14:28.370
███████ : Okay. Now, this question, I did not like this question.

:29.130 --> 00:14:37.790
███████ : just because this was when I was irritated. So on here, like not
blem. Understanding it, I was saying, we should if we could, have
another one of these.

:37.970 --> 00:14:52.169
███████ : I have not taken any surveys. There is, that is, I took one of
and they didn't have that on there. They had other category, I
don't know, and I was like it'd be nice if they had one that said that I
didn't take any or not applicable. You know what I mean.

00:14:52.300 --> 00:14:54.260
Kevin Caves: Okay, yeah, yeah, that.

:54.260 --> 00:14:56.609
███████ : Unless I missed it, but I could have sworn

:57.500 --> 00:15:00.329
███████ : maybe I probably missed it. I missed it.

:00.742 --> 00:15:14.280
███████ : Let me take it again. Yeah, I think I had to take it again to
t it, because I didn't leave an answer because my no one apply. And
so I went back, and I think I said. I don't know, because I was the most
relevant answer.

00:15:14.510 --> 00:15:17.666

Kevin Caves: It could have been it, there could have been a glitch. Because,

00:15:18.100 --> 00:15:20.499
Kevin Caves: you know, we update the survey

00:15:20.710 --> 00:15:30.999
Kevin Caves: well, based on feedback. We get from people like you. So sometimes, if it's in the process of being updated, there can be a little glitch in there, so it possible wasn't there when you took it.

:31.000 --> 00:15:31.700
█████ : Interesting.

00:15:32.470 --> 00:15:36.230
Kevin Caves: But okay, so we'll click. So is that the right answer? Then.

:36.230 --> 00:15:37.790
█████ : Yeah, absolutely.

00:15:38.590 --> 00:15:41.480
Kevin Caves: Alright, so moving on to the next one.

00:15:42.668 --> 00:15:48.389
Kevin Caves: This is another kind of this is the last kind of back background question. I'll let you read through it. It's it's.

:48.390 --> 00:15:49.200
█████ : Okay.

00:15:49.200 --> 00:15:51.109
Kevin Caves: It's kind of a funny question, but

00:15:51.840 --> 00:15:54.920
Kevin Caves: it's something something we include in our surveys.

:03.800 --> 00:16:07.190
█████ : Okay, yeah, I'll do it. Yeah. You know.

00:16:07.190 --> 00:16:10.199
Kevin Caves: And it's it seems like kind of an obvious question. But there are.

:10.200 --> 00:16:10.960
█████ : Well.

00:16:10.960 --> 00:16:11.380
Kevin Caves: Who will?

:11.380 --> 00:16:15.569
█████ : Yeah, I understand. To me it's more of like an integrity
ion. Are you?

:15.720 --> 00:16:24.819
█████ : Just answer the question. It's like, there's no, there's no wrong
rs like, you know, you remember being in school like. Well, what do
you think? I don't know. There's no wrong answer.

:25.020 --> 00:16:26.599
█████ : That's what you think. You know.

00:16:26.600 --> 00:16:33.720
Kevin Caves: Yeah, especially especially with the survey like this. It's
not. There's no, we're not trying to trick anybody. We just want
everybody's honest opinion. That's it.

00:16:33.910 --> 00:16:40.929
Kevin Caves: Yeah. Alright. Now, I'm gonna stop the screen share for just
a sec, because I have to skip to a different part of the survey

00:16:42.720 --> 00:16:44.850
Kevin Caves: just to make sure I show you the

00:16:45.700 --> 00:16:50.200
Kevin Caves: latest and greatest stuff. This will just take a second

:50.650 --> 00:16:52.415
█████ : So are you guys like a

:52.940 --> 00:16:57.329
█████ : are you guys a manufacturer of arc fault breakers? Or what.

00:16:58.835 --> 00:17:05.730
Kevin Caves: Oh, so yeah. Unfortunately, my hands are tied. So I'm I'm
I'm not supposed to reveal.

:05.730 --> 00:17:06.260
█████ : Oh!

00:17:06.260 --> 00:17:08.100

Kevin Caves: About the client and all that. Yeah.

188
:08.109 --> 00:17:08.849
█████ : I got you.

189
00:17:09.109 --> 00:17:11.189
Kevin Caves: Everybody asks, and I have to tell everybody.

190
:11.190 --> 00:17:13.630
█████ : Well, yeah, because you know what

191
:13.839 --> 00:17:35.910
█████ : you know you know. Kind of in, you know, trades, whatever we're
you know, whatever we have our own personalities. But I like what
I've noticed like electricians. We're all kind of similar in ways, like
we all have a lot of similar qualities, you know not all of us, but in
general, and curiosity is the one that I've noticed a lot. A lot of
electricians are curious, so they're probably like, well, what is it for.

192
00:17:35.910 --> 00:17:36.280
Kevin Caves: Yeah.

193
:36.280 --> 00:17:39.770
█████ : Like, I'm just curious. Yeah, but you're see, ya.

194
00:17:39.770 --> 00:17:49.600
Kevin Caves: Yeah, but you, you know I can't tell you like who who hired
us or whatever. But as we go through the survey you'll get a pretty good
idea of what you know, what we're what we're focusing on. So.

195
:49.600 --> 00:17:50.770
█████ : Yeah, okay.

196
00:17:50.770 --> 00:17:55.019
Kevin Caves: It'll it'll become pretty clear. But I'll let. I'll let you
read this one next.

197
:55.020 --> 00:17:55.790
█████ : Okay.

198
:04.950 --> 00:18:10.050
█████ : Oh, okay, let's see, it's easier than times.

199
:17.760 --> 00:18:19.270
█████ : Okay, I understand.

00:18:19.880 --> 00:18:29.600
Kevin Caves: Alright and okay, just for the record. How would you, in your own words, how would you describe? You know what this question is telling you, or what it's asking.

:30.760 --> 00:18:47.980
■■■■■ : So basically, in my opinion, I think that you know, there's ■■ple ways to do something. And there's multiple methods and whatever. And it looks like going through here. It's comparing the features, the prices. What's the best bang for your buck? You know, type of deal, because, you know, you can have

:48.526 --> 00:19:15.429
■■■■■ : in in different view, like, you know, like pigtail, you know, you ■■ave pigtails, you can have like snap ons, you know, and it makes a difference, you know, at least for me. Time. Efficiency, you know what I mean. But then there'd be some people like, oh, I like having the pigtail, whatever. It's just what it is, because then it gives me extra wire, I mean, for you know, if something happens, you know how some people are like whatever? So it's basically seeing what, in your opinion, what do you think you would use like if I went to

:15.430 --> 00:19:24.519
■■■■■ : the store? And I wanted to buy some breakers. Which ones would I ■■And actually, I think, more on a contractor scale. What am I going to buy? Because I have.

:24.730 --> 00:19:38.240
■■■■■ : you know. We'll just say you got 15 breakers, you know, per ■. And let's say that you've got a 400 unit. So if you go 400, that's thousands of breakers, you know. So you got thousands of breakers. You want to get one.

:38.780 --> 00:19:42.040
■■■■■ : You want quality. You want something that's good, reliable

:42.513 --> 00:19:53.549
■■■■■ : and and fast to install. You know what I mean, at least for me, ■■personally, like those snap-ons. That's why I like those snap-ons, because, unfortunately, the more times. You gotta loosen connections and make connections. It's just.

:54.280 --> 00:20:16.359
■■■■■ : But if you can snap on, that's fast. You know what I mean. I ■■I'm just being honest, because a connection point any connection point, even even on the snap ons. That's that's a point of weakness where it goes on the bus bar. But with that being said. That is a lot stronger than you know, a little screw there, because somebody can come in there, and they don't tighten it enough, you know, and those things snap in there, and you know when it's in there.

00:20:16.590 --> 00:20:17.410
Kevin Caves: Yeah.

:17.700 --> 00:20:22.050
█████ : You know your your debt, your won't go on now and then. So yeah.

00:20:22.730 --> 00:20:26.640
Kevin Caves: Alright, yeah. So you'll yeah. So some of the things

00:20:26.770 --> 00:20:29.160
Kevin Caves: you've been talking about, you'll see it. Yeah, the the

00:20:29.550 --> 00:20:32.852
Kevin Caves: in the survey. So yeah, it's good to know

00:20:33.580 --> 00:20:42.880
Kevin Caves: and but just okay, just to wrap up this question, is there any other feedback on it, or is it pretty cut and dried?

:47.610 --> 00:20:51.659
█████ : And there is the 4th option not to.

00:20:51.890 --> 00:20:52.480
Kevin Caves: Yep.

:52.480 --> 00:20:53.420
█████ : Hey, Kenny!

00:20:53.580 --> 00:20:54.510
Kevin Caves: That's right.

:54.840 --> 00:20:59.479
█████ : Okay? You're considered to join us.

:04.720 --> 00:21:07.300
█████ : Yeah. Should be pretty cut and dry. Dude.

00:21:07.300 --> 00:21:09.210
Kevin Caves: Okay. Great great.

00:21:11.460 --> 00:21:16.600
Kevin Caves: Alright. So oh, one more question before we get to the.

:16.600 --> 00:21:18.820
███ : Okay. Yep. I understand.

00:21:18.990 --> 00:21:21.219
Kevin Caves: Yeah, so yeah, this is what we're talking.

:21.220 --> 00:21:23.149
███ : We just had that conversation, I swear.

00:21:23.150 --> 00:21:24.150
Kevin Caves: We we just had the.

:24.150 --> 00:21:25.139
███ : Kind of funny.

00:21:25.340 --> 00:21:28.609
Kevin Caves: Yeah. But some people, some people like you said they. They think they're like.

:28.610 --> 00:21:30.900
███ : Yeah, they think there's a.

00:21:30.900 --> 00:21:31.430
Kevin Caves: Yeah.

:31.430 --> 00:21:33.079
███ : Way to think, I guess.

00:21:33.080 --> 00:21:40.311
Kevin Caves: Yeah. Yeah. But it's really just, you know, we don't really know what the right way to think about it is. So that's why we're taking the survey.

:40.570 --> 00:21:41.660
███ : Absolutely.

00:21:41.660 --> 00:21:45.709
Kevin Caves: But alright! So I'll continue now we should see.

00:21:45.930 --> 00:21:49.915
Kevin Caves: Oh, here's 1 more. This is a long one, so I'll give you a chance to read.

00:21:50.150 --> 00:21:51.519

█████ : Yeah, that's gonna take a minute.

:07.455 --> 00:25:07.889
█████ : Good.

:13.110 --> 00:25:13.880
█████ : Hmm.

:31.810 --> 00:25:33.900
█████ : oh, no, that's interesting.

:36.460 --> 00:25:37.820
█████ : Yeah, I understand.

00:25:39.160 --> 00:25:41.560
Kevin Caves: Yeah, and thanks for taking the time to read it through.

:41.560 --> 00:25:43.250
█████ : I was just taking some notes.

00:25:43.250 --> 00:25:47.639
Kevin Caves: Yeah, no, that's totally fine. That's you know. It's it's, you know.

00:25:48.060 --> 00:25:50.050
Kevin Caves: Yeah, I appreciate that. There's something.

:50.050 --> 00:25:53.500
█████ : Yeah, I actually cause this is actually an issue.

:54.330 --> 00:25:58.209
█████ : Obviously, with these afcis. And it's kind of something I've

:58.370 --> 00:26:05.539
█████ : kind of been like watching. I don't know, listening kind of last, 2 years or so, and

:05.810 --> 00:26:07.770
█████ : you know, not like seriously

:08.330 --> 00:26:26.209
█████ : into it, but kind of from, you know, Youtube, there's different e who have opinions, and you know, learning. And it is a real issue. You know, these refrigerators. It's a you know, people buying, and it's

not like there's nothing wrong with the fridge, you know what I mean, and it's kind of a I don't want to, you know.

:26.560 --> 00:26:46.210
███████ : Finger point thing like, you know, it's kind of, you know. Just think of this, you know. Guy goes on vacation. Then he comes home, and all his food is garbage. You know what I mean because his it, you know, circuit trip, you know the sci trip, you know. Nothing's wrong with the bridge, and nothing is wrong with the the sci, but there's.

:46.800 --> 00:26:57.766
███████ : you know, there's something, but, as you know, there's a purpose en Aci, it's just we gotta somehow figure out how to distinguish that, but I thought it was interesting where

:58.430 --> 00:27:05.480
███████ : It said that the that the fci did not detect the arc, but instead

:05.790 --> 00:27:15.280
███████ : it detects what resembles an art. I didn't know that I actually ht that it detected the ark. So I want to do some some more research on that

:15.520 --> 00:27:21.270
███████ : very interesting yeah. So I was, just look at yeah.

:21.530 --> 00:27:26.199
███████ : So audio own research later. But that was interesting. I'm glad I o see that.

00:27:26.520 --> 00:27:27.679
Kevin Caves: Yeah. So

00:27:28.400 --> 00:27:35.110
Kevin Caves: so have you had. Have you run into nuisance tripping in in on the job at all?

:37.730 --> 00:27:45.790
███████ : I haven't, really, but I haven't been doing a lot of residential ce too much.

00:27:45.790 --> 00:27:46.380
Kevin Caves: Oh, okay.

:46.638 --> 00:28:02.140
███████ : You know. I'll add receptacles and switches and lights and things that. But as far as running into people having service calls, and me

doing them. I haven't run into it, but I have seen a a lot of it. You know what I mean. I've seen a lot of it, and I've heard a lot of it.

260
:02.220 --> 00:28:12.510
█████ : you know. I mean, I just haven't personally worked on it. You like right now was more in the construction side of it, the new construction side. So

261
:12.858 --> 00:28:38.269
█████ : in the last I was on. Actually they had some mark breakers, and not because it's kind of it was a hotel, the one I just finished as a hotel. So there's like some commercial and some residential like the hallways is commercial. So you don't have to have Aca protection. But in the the units you know what they call the dwellings, I guess, would be the code terminology. Then they actually have to have afca protection just like in your

262
:38.270 --> 00:28:45.239
█████ : regular dwelling, you know, except for the bathrooms and outside, here wasn't any garages at that

263
:45.260 --> 00:28:48.725
█████ : place. So the book you know, we just use, I believe.

264
:49.510 --> 00:29:07.372
█████ : we use a lot of a combination, you know, series and parallel, of e, you know, for a couple of the circuits, and then, of course, just aci is, for you know, like the bedrooms and living rooms. But you know, for, like the the laundry room and the the

265
:08.200 --> 00:29:10.410
█████ : the kitchen don't function.

266
00:29:11.890 --> 00:29:12.350
Kevin Caves: Okay.

267
:13.130 --> 00:29:14.990
█████ : Yeah, I don't mean to ramble. I'll just.

268
00:29:14.990 --> 00:29:19.320
Kevin Caves: No, no, this is all. This is all you know, really useful feedback. And

269
:19.630 --> 00:29:20.460
█████ : Okay.

270
00:29:20.460 --> 00:29:22.926

Kevin Caves: Yeah, no, this is alright.

00:29:24.000 --> 00:29:29.560
Kevin Caves: so I alright. So it sounds like it sounds like you've heard about nuisance stripping before you. Obviously.

:29.560 --> 00:29:30.120
█████ : Joe.

00:29:30.120 --> 00:29:31.740
Kevin Caves: You understand what it is.

:32.050 --> 00:29:33.410
█████ : Yeah, absolutely. Yeah.

00:29:33.410 --> 00:29:40.530
Kevin Caves: Okay, so alright. So I think we can move on to the next one.

00:29:42.710 --> 00:29:46.340
Kevin Caves: okay, so this is, this is the 1st of those 12 questions.

:46.340 --> 00:29:47.430
█████ : Okay, yeah. Yeah.

:48.550 --> 00:29:50.969
█████ : Bye. Take your time. Yeah.

00:29:50.970 --> 00:29:52.829
Kevin Caves: The options, and and let me know.

:52.830 --> 00:29:53.460
█████ : Come on!

00:29:53.460 --> 00:29:54.529
Kevin Caves: When you're ready.

:57.490 --> 00:29:58.430
█████ : Hmm.

:15.690 --> 00:30:16.830
█████ : okay.

:16.930 --> 00:30:20.419
█████ : So I'm gonna select the G general electric one.

:20.960 --> 00:30:21.830
: Yeah.

00:30:22.570 --> 00:30:32.280
Kevin Caves: Okay, so I'll click on that one. And so I'm gonna ask you this for for each of these 12. So just for the record. How did you pick that option above the other options?

:32.510 --> 00:30:35.019
: Okay, well, I'll be honest. So

:35.520 --> 00:30:47.950
: to. So the 1st thing that I'll I'll be honest that I did as a okay, 70 bucks. That's too too expensive, you know what I mean. And so I looked at the price. And you know, single function is really all you really need.

:48.830 --> 00:30:52.539
: For the most part, you know, for you know, you need dual function me areas.

:52.660 --> 00:31:00.330
: But then I was, you know, I was looking down. Okay, okay? And nuisance tripping. So the only one that's not effective is.

:00.640 --> 00:31:06.159
: you know, I'm just gonna say, ge, it's just easier so to me.

:06.960 --> 00:31:09.250
: that's a little bit better to have

:09.480 --> 00:31:17.860
: something that's not defective. And yeah, it's $30 more. But like d, with that fridge thing, you know what I mean, I'd rather spend $30

:19.276 --> 00:31:21.760
: and save that guy's fridge.

:22.220 --> 00:31:31.430
: You know what I mean? I mean, that's like a worst case scenario. But that's what we plan for, or that's what I plan for, and

:31.700 --> 00:31:35.660
: you know, and realistically, I'll probably go with that.

:36.160 --> 00:31:37.990

: And then I would also

:38.790 --> 00:32:00.100

: cause I I like to stick with the same things, of course, and I'll bly look into General Electric. They probably make one. That's just a single function, you know. Aci, which is, you know, series of parallel. But that isn't Gsci, and I'll probably look into buying another one of those. And I would just use that like I said, for for where I need Gsi protection.

:00.410 --> 00:32:05.829

: you know, cause they're more expensive, and I could probably with ame manufacturer. I know that they do make them

:05.960 --> 00:32:17.039

: just get a single function with them, because I presume that if dual function doesn't have nuisance tripping, then their single function isn't to me. That's just logic.

00:32:17.290 --> 00:32:19.082
Kevin Caves: Yeah. Yeah. For sure.

:19.530 --> 00:32:20.070

: Oh!

00:32:20.070 --> 00:32:31.610
Kevin Caves: Do you so just looking at the question, do you think it? It gave you enough information about the choices to to make a a, you know, an informed decision about what you would buy in real life.

:34.743 --> 00:32:39.780

: I would like to include like if I was.

:40.280 --> 00:33:00.730

: I understand it as an electrician. But if there's somebody that elling output like, I know what single function is, but maybe put single function, you know. Series parallel. But the 15 amp and all the pigtail, you know. Take a yeah, I mean all that's all standard. And then, yeah, it's pretty. It's pretty basic. I mean.

:01.020 --> 00:33:04.479

: you know, somebody's gonna know what that is. Electricians gonna what that is.

00:33:04.680 --> 00:33:08.130

Kevin Caves: Yeah, yeah, and that's our target, our audience. It's.

:08.130 --> 00:33:11.050
███ : Yeah, if it's just electrician, that's all you need. Right?
.

00:33:11.050 --> 00:33:11.820
Kevin Caves: Okay.

:12.080 --> 00:33:12.970
███ : You know.

00:33:12.970 --> 00:33:13.740
Kevin Caves: Good

:14.840 --> 00:33:24.700
███ : You don't need more than that, really, in my opinion. Maybe. No,
ot the current interrupting rating, which is 10 kilo amps a hundred
20 volt. Which which you can be at

:24.860 --> 00:33:26.780
███ : 15 inch. One pole. Yeah.

00:33:27.620 --> 00:33:31.950
Kevin Caves: And what about the prices? Does the range of prices there
seem in.

:31.950 --> 00:33:34.939
███ : That's about right? Yeah, that's about right. Yeah.

00:33:35.100 --> 00:33:41.719
Kevin Caves: Okay, alright, good. Then. Alright! That was one of 12.
Let's move on to number 2 of 12.

:44.020 --> 00:33:45.720
███ : Okay.

:46.600 --> 00:33:47.600
███ : See here.

:52.300 --> 00:33:54.010
███ : same here in the marketing.

:05.970 --> 00:34:09.650
███ : Oh, man, she got me.

00:34:23.110 --> 00:34:27.759
Kevin Caves: Yeah, no, no wrong answers, of course. Just whatever you think is the best of the 4 options.

:36.389 --> 00:34:40.509
███████ : Okay, there's a solution to this.

:41.159 --> 00:34:48.649
███████ : I would select. I would not push in any of these 3 types of these he only options. And this is the way around that.

:48.969 --> 00:35:12.929
███████ : So in I think it's 2, 10 dot 12 in the code you can. Let's say f them are crap, whatever your breaker, your circuit interrupters, they are all prone to tripping. I don't know. You can go to your 1st receptacle like a gfci. How you do the gfci. It's the same same principle. I would look for a Gfci, or I mean artful receptacle. I go to the 1st one, and then I'll feed it

:13.119 --> 00:35:16.739
███████ : so, and that, I believe, is cheaper.

:17.139 --> 00:35:20.789
███████ : It's a cheaper option. It is a little more work, though, in my on.

00:35:21.180 --> 00:35:21.700
Kevin Caves: Got it.

:21.700 --> 00:35:25.890
███████ : It just depends on who you are, cause you gotta turn off the er, and then you gotta get out the box. And

:26.130 --> 00:35:29.530
███████ : yeah, but that is cheaper, I think.

00:35:30.430 --> 00:35:34.069
Kevin Caves: Yeah, okay, so you're gonna go with with, I would

00:35:34.620 --> 00:35:40.519
Kevin Caves: any of them. And and and the reason just for the record, the reason I think I know the answer. But what's the.

00:35:40.520 --> 00:35:44.950

█████ : Because they're all prone to nuisance tripping, and if I can
that, I'll do it.

333
00:35:44.950 --> 00:35:45.570
Kevin Caves: Understood.

334
:45.570 --> 00:35:46.110
█████ : No.

335
00:35:46.110 --> 00:35:52.069
Kevin Caves: Okay, alright makes sense. We can go on to number 3. Here we
go.

336
:53.360 --> 00:35:54.220
█████ : Hey?

337
:59.160 --> 00:36:03.440
█████ : Well, and another thing, too, I didn't say. But

338
:06.830 --> 00:36:11.139
█████ : you have to. It's actually the code you have to use the

339
:11.764 --> 00:36:37.339
█████ : breaker with that panel unless it's been ul listed. So I'm just
ng at this list. Let's say that I had a Siemens panel and eaten
whatever they have to be rated for each other. You know what I mean. You
can't mix. You can mix manufacturers like I don't want to say something
wrong. You can mix manufacturers if it's been ul listed, or if you send
it in, get ul listing, do you do that? No, you usually just by the same
the same brand, you know, but

340
:37.750 --> 00:36:58.179
█████ : with that being said on all the panels or all panels I've ever
d on, you open up the door, and you know there's a lot of writings
on there. There's a lot of information people don't realize, but they
actually tell you what breakers you can use on there. The types of
breakers for that panel, because you could have an older. We'll just say
Siemens Panel, and some of these newer breakers

341
:58.290 --> 00:37:02.779
█████ : will not work with it. There are different bus setup, and I'm

342
:03.480 --> 00:37:13.960
█████ : I don't know. Maybe if you know or not, but you could have a
's different bus layouts for different different things. They're
not. All breakers are the same, obviously, but they they may look the
same. But they're not

:15.002 --> 00:37:19.198
█████ : so anyways, with here, I'm gonna have to go with the

:20.740 --> 00:37:26.589
█████ : Well, I'm gonna go with a single function. I'm probably gonna go the Eaton.

:26.840 --> 00:37:32.040
█████ : and the reason I choose Eaton is because I've worked with Eaton a

:32.570 --> 00:37:38.170
█████ : Ian stuff. I'm a little more familiar. Either Ian's or Siemens.

00:37:41.270 --> 00:37:42.180
Kevin Caves: Yeah.

00:37:42.280 --> 00:37:50.040
Kevin Caves: yeah, they're pretty in this one. They're the Eaton and Siemens ones are pretty. They're very similar. I guess the only difference is the brand. Right? Yeah.

:50.180 --> 00:37:52.319
█████ : Yeah, I believe so.

00:37:52.320 --> 00:37:52.860
Kevin Caves: Yeah.

:52.860 --> 00:37:53.520
█████ : You know.

00:37:53.520 --> 00:37:56.740
Kevin Caves: But okay, so it sounds like you'd go with with Eden in the middle.

:56.740 --> 00:37:57.510
█████ : Yeah.

00:37:57.710 --> 00:37:58.450
Kevin Caves: Alright!

:58.450 --> 00:38:00.840
█████ : I'm just a little more familiar with them, that's all.

00:38:00.840 --> 00:38:02.630
Kevin Caves: Sure that makes sense.

00:38:02.940 --> 00:38:04.329
Kevin Caves: Here's number 4.

:06.190 --> 00:38:07.320
█████ : Okay.

:19.390 --> 00:38:20.050
█████ : Oh.

:27.790 --> 00:38:31.680
█████ : well, I'll go without eating. And the yeah.

:32.870 --> 00:38:34.880
█████ : it's not defective, and it's a good deal.

00:38:35.580 --> 00:38:36.470
Kevin Caves: Okay.

00:38:37.140 --> 00:38:45.939
Kevin Caves: So okay, so just for the record, it sounds like you're
picking it because it's not defective. And the Eaton price is lower than
the the Schneider electric.

00:38:46.920 --> 00:38:47.410
Kevin Caves: Yeah, that makes sense.

:47.410 --> 00:38:49.490
█████ : Yeah, and it's dual function.

00:38:49.490 --> 00:38:49.899
Kevin Caves: Is dual.

:49.900 --> 00:38:53.797
█████ : Which is good, but I like I already got

:54.470 --> 00:38:57.559
█████ : single function from this one before.

00:38:58.210 --> 00:39:01.430
Kevin Caves: Yeah, got it? Okay?

00:39:02.640 --> 00:39:06.050
Kevin Caves: Alright, let's move on. Here we are. Number 5.

:16.110 --> 00:39:22.180
███████ : I'm gonna go with the Snyder here because it's got the plug on
al that we talked about earlier.

:22.650 --> 00:39:24.359
███████ : Where you just boom.

00:39:27.410 --> 00:39:28.330
Kevin Caves: Yeah.

00:39:28.910 --> 00:39:30.959
Kevin Caves: So okay, so you picked the Schneider.

:30.960 --> 00:39:34.890
███████ : I wanna make sure that's right. The plug on Intro plugin. I think
a plug on. Yeah, that's the right.

00:39:34.890 --> 00:39:36.570
Kevin Caves: Yeah. Plug on neutral. Yeah.

:36.570 --> 00:39:39.499
███████ : Yeah, the one where it's it doesn't have the pigtail. Yeah, that
sense.

:39.500 --> 00:39:41.930
███████ : Yeah, yeah, yeah. I mean, I.

00:39:42.270 --> 00:39:43.909
Kevin Caves: And it's not defective.

:44.340 --> 00:39:48.500
███████ : And I think I've yeah, I've I've worked with a lot of those.
lly, yeah.

00:39:49.130 --> 00:39:49.840
Kevin Caves: Okay.

:50.190 --> 00:39:52.380
███████ : 30, easy, fast.

00:39:53.740 --> 00:39:54.630
Kevin Caves: All right.

00:39:54.990 --> 00:40:00.940
Kevin Caves: Okay, alright. So we're just about halfway through 6 to 12.

:05.360 --> 00:40:08.900
[REDACTED] : I guess I'll go with the Siemens.

:09.780 --> 00:40:11.120
[REDACTED] : It's not defective.

00:40:13.220 --> 00:40:16.709
Kevin Caves: Okay. So we're picking the 1st choice Siemens, because it's not.

:16.710 --> 00:40:24.249
[REDACTED] : Yeah, yeah, I mean, just like, you know, cause you know, as ricians, you know, fault like electricity is

:24.360 --> 00:40:34.100
[REDACTED] : the way that I like to think about. You know, they do all the nt push and all that. But like, if you think about it like electricity, yeah, we can control it. You know what I mean, like we control it, but we don't really have

:36.790 --> 00:40:40.359
[REDACTED] : power over it. Necessary like it. Gotta respect it, you know.

:40.360 --> 00:40:41.440
[REDACTED] : Yeah. And what land.

:41.440 --> 00:40:51.250
[REDACTED] : and at least for me, like when I see defective. And you know, nce dripping, I don't. We got to be able to control that stuff as much as possible, you know, like faults and all that. I just.

:51.910 --> 00:40:59.970
[REDACTED] : I just assume for the worse. You know what I mean. Like Boy s. You know what I mean, like, you know. Be prepared. I expect the worst, and hope for you know I expect the worst.

:00.130 --> 00:41:02.650
[REDACTED] : and hope for the best. If that you know.

00:41:02.920 --> 00:41:04.389
Kevin Caves: Absolutely. Yeah.

:05.185 --> 00:41:10.470
: And unfortunately, I you know stupidity, you know. There's that,

:10.660 --> 00:41:30.470
: you know we got, you know. That's why they have all this Gfci ction, you know, and things happen, you know. Water, you know, and all that. I'm guilty of it. You know what I mean. I've done it for where I've even, and this ain't even near water, or I've put it in a plug stupid, and I had my fingers on the dang metal, and I put it in there, and I got shot like you.

:30.640 --> 00:41:34.750
: you know. Live and learn, you're like, why did you do that, Come on, now.

00:41:35.510 --> 00:41:39.430
Kevin Caves: Yeah, I know what you mean. Yeah. Just the other day my wife was trying to get the

00:41:39.690 --> 00:41:43.559
Kevin Caves: piece of toast out of the toaster with the metal fork. Oh, my!

00:41:43.560 --> 00:41:44.370
Kevin Caves: Oh, my! Gosh!

00:41:44.370 --> 00:41:46.680
Kevin Caves: Like that's yeah.

:46.680 --> 00:41:48.080
: Like babe. Come on, man.

00:41:48.080 --> 00:41:52.464
Kevin Caves: Yeah, yeah, like, I'm no electrician. But that's not a good idea.

00:41:53.170 --> 00:41:54.819
Kevin Caves: Alright, here's number 7.

:02.200 --> 00:42:10.770
: wow! That's pretty good. I'm gonna go with the plug on Snyder d efective.

:11.270 --> 00:42:13.190
: and it's got the plug on neutral.

00:42:13.780 --> 00:42:18.249
Kevin Caves: Okay, alright. Fair enough. Yeah. That seems that makes sense.

:18.470 --> 00:42:21.542
█████ : Yeah, I mean, as you can see, I'm not really

:24.270 --> 00:42:32.269
█████ : a brand guy, you know, I'm kind of whatever's the best for what I Yeah.

00:42:32.590 --> 00:42:38.430
Kevin Caves: Yeah, I think most people like that. Sometimes we'll talk to someone who like they'll always pick one brand, no matter even if it

00:42:38.780 --> 00:42:43.600
Kevin Caves: even if we say it's defective, they'll be like, yeah, I want it, anyway, because that's and that's okay.

:43.600 --> 00:42:49.699
█████ : I guess not that bad. Well, cause some people just have good ience, like, I haven't had any problems like, okay, you know.

:49.930 --> 00:42:56.110
█████ : because you know, I mean when they say prone to nuisance, ing, in my opinion, when things are like

:56.650 --> 00:43:20.219
█████ : people complain, you know, like with reviews. Right? I mean, how do you write a good review? Probably not very often. How often do you write a bad review, a heck of a lot more often, you know. So the point being so when this is like, you know, when there's issues with a product? Yeah, it may have issues, but it's not as bad as you think, you know, because think about all the people who buy it. But still, do you want to take that risk when it comes? You know.

:20.340 --> 00:43:27.940
█████ : if you have, if you have the choice, do you want to take the risk ing on a trip, and maybe your refrigerator tripping and not

:28.080 --> 00:43:34.329
█████ : have it, you know, coming home and all your groceries. No, nobody that. I don't want that.

00:43:35.240 --> 00:43:37.250
Kevin Caves: I'm just being honest here.

:37.770 --> 00:43:46.100
█████ : And as far as I'm concerned, you know I don't know what all the manufacturers do for their testing, but they test their stuff more than you're gonna do it, you know.

:46.830 --> 00:43:49.940
█████ : So you know, they have these engineers, and

:50.530 --> 00:43:55.300
█████ : they make stuff to test it and to make it do what it wants to do. ey know their stuff.

00:43:56.640 --> 00:44:00.900
Kevin Caves: Yeah, alright. So how would you? Which one did you pick here for? Number.

:01.311 --> 00:44:03.370
█████ : Abb, the general electric. Yeah.

00:44:03.370 --> 00:44:05.009
Kevin Caves: Oh, that was quick. Okay.

:05.140 --> 00:44:05.610
█████ : Yeah.

00:44:05.610 --> 00:44:08.549
Kevin Caves: Oh, and just for the record, that's because.

:08.910 --> 00:44:14.580
█████ : It's not defective. It's good price. I mean the Plugin pigtail.

:14.700 --> 00:44:21.959
█████ : That is what it is. But it really doesn't take that long to to hat on when you have to, versus the $7 difference.

00:44:21.960 --> 00:44:22.500
Kevin Caves: Yep.

:22.500 --> 00:44:23.950
█████ : And that one's defective.

00:44:24.400 --> 00:44:25.960
Kevin Caves: Yup got it.

00:44:27.370 --> 00:44:29.239
Kevin Caves: Okay, here's number 9.

:34.570 --> 00:44:40.040
███████ : Well, I'm gonna go with the Snyder because it's not defective.

00:44:41.260 --> 00:44:43.050
Kevin Caves: Okay. Any other reason.

:45.520 --> 00:44:48.589
███████ : I mean, I like that. It has the plug on neutral.

00:44:48.590 --> 00:44:49.200
Kevin Caves: Yeah.

:49.200 --> 00:44:53.029
███████ : You know, it's 20 amps. It's a little bit bigger. That's cool.

:53.928 --> 00:45:01.539
███████ : Still function. That's nice, just because it's not defective. y, I think that's the best option here.

00:45:02.270 --> 00:45:06.320
Kevin Caves: Sure sure number 10.

:21.740 --> 00:45:26.719
███████ : I'm gonna go with the General electric.

:28.910 --> 00:45:37.269
███████ : And I'm choosing that one just because it's the same price as r. Obviously they're both not defective.

:38.170 --> 00:45:45.489
███████ : But you're getting dual function, which is usually more sive.

:45.700 --> 00:45:58.030
███████ : like it's better. It's not gonna hurt to have Gfci protection if on't need it, you know, right? Because it's just a minimum safety standard. You can have Gsi protection throughout your whole house if you want it. You don't have to.

:58.470 --> 00:45:59.100
███████ : you know.

00:45:59.100 --> 00:45:59.860
Kevin Caves: Okay.

00:46:01.380 --> 00:46:02.989
Kevin Caves: Alright, that's fair.

00:46:04.130 --> 00:46:06.640
Kevin Caves: All right. Move on to Number 11.

:12.230 --> 00:46:16.649
█████ : I'll go with the Snyder electric because it's not defective.

00:46:20.390 --> 00:46:25.330
Kevin Caves: Got it. Yeah, it's not defective. It's let's see, it's dual function.

00:46:26.060 --> 00:46:29.500
Kevin Caves: It's 49, 56.

00:46:30.460 --> 00:46:32.260
Kevin Caves: Yeah, okay.

00:46:33.810 --> 00:46:41.180
Kevin Caves: alright, we're almost done. Then with these 12 alright! Last last time we have to make a choice like this.

:42.880 --> 00:46:44.630
█████ : Not if I do

:47.650 --> 00:46:49.810
█████ : well, the one that's not defective.

00:46:52.660 --> 00:46:59.899
Kevin Caves: Yes, so, and again, for for the record you're choosing it mostly because of the the not defective.

:59.900 --> 00:47:00.750
█████ : Yeah.

00:47:00.750 --> 00:47:01.340
Kevin Caves: Yep.

00:47:02.140 --> 00:47:06.900
Kevin Caves: And yeah, I guess the other stuff is pretty comparable.

00:47:08.590 --> 00:47:09.560
Kevin Caves: Okay?

00:47:10.150 --> 00:47:11.235
Kevin Caves: Excellent.

00:47:13.890 --> 00:47:18.120
Kevin Caves: So oh, we're almost at the end. This is like a question just
to wrap up the survey.

:18.483 --> 00:47:20.909
: No, I didn't find any of it confusing.

00:47:22.530 --> 00:47:25.180
Kevin Caves: Okay, I think that's all we have. And

00:47:25.290 --> 00:47:28.029
Kevin Caves: yep, we're at a hundred percent on the progress bar.

:28.780 --> 00:47:29.480
: Nice.

00:47:30.320 --> 00:47:35.754
Kevin Caves: So. Yeah, alright. So we've we finished up with, well,
within the hour.

00:47:36.740 --> 00:47:44.499
Kevin Caves: thank you so much for your time, ███████ That's all I got. If
you have any more questions or comments, I'd b██████ y to hear them. But
but that's.

00:47:45.070 --> 00:47:46.730
Kevin Caves: Got everything we need. I think.

:47.260 --> 00:47:53.040
: Yeah, I mean, let me see. Here, let me just look up some stuff

00:47:53.040 --> 00:47:53.360
Kevin Caves: Sure.

:54.200 --> 00:48:00.390
: Let's see, see what I was trying to with the one question.

:01.730 --> 00:48:07.170
█████ : Here we go with the one question that didn't have any that
d. I'll just

:07.710 --> 00:48:12.177
█████ : because probably somebody will bring it up. It's 2, 10, dot 12, a
d it says,

:12.790 --> 00:48:28.870
█████ : a listed brancher feeder type. Afci installed at the origin of
ranch circuit in combination. Oh, with the List outlet branch type
circuit type, Afci installed on the branch circuit at the 1st outlet box
which shall be marked to indicate that it is the 1st outlet on the branch
circuit.

:32.430 --> 00:48:37.470
█████ : Now that's interesting. Hold on is Arpage Circuit Breaker, a
d type. Aci.

:38.190 --> 00:48:41.640
█████ : There we go a list. Well, no.

:42.330 --> 00:48:45.120
█████ : I wonder this is some of our sort of being sold.

:45.340 --> 00:48:47.060
█████ : There's gotta be.

:49.120 --> 00:48:52.759
█████ : Where is it? No, there it is

:52.890 --> 00:49:04.000
█████ : my bad. It was 2, 10, dot, 12, a 4, because it was a 2. You have
that, saying you can do the breaker, and then at your 1st

:05.530 --> 00:49:11.560
█████ : outlet, they they're calling it an outlet which is just box or
ver. I believe that that's the truth. Yeah, this is outlet.

:12.050 --> 00:49:18.319
█████ : because, the point being is that you want to protect those
ctors from your 1st box to your panel.

:18.870 --> 00:49:21.970
█████ : But I believe in 4. It says, List outlet branch type.

:22.670 --> 00:49:29.770
: Afci installed on the branch circuit at the 1st outlet in nation over current. Oh, overcurrent device!

:30.050 --> 00:49:32.500
: So you still have to have it. Hmm!

:33.590 --> 00:49:39.310
: That's interesting. Well, dwelling units interesting.

:39.660 --> 00:49:47.490
: I'm gonna do some research on this actually more. That's an esting thing, because I'm wondering now

:48.480 --> 00:49:56.099
: to reinstall means the entire branch circuit, so I think you have ve it right at the

:57.320 --> 00:49:58.830
: Channel ordered.

:59.140 --> 00:50:03.250
: I thought that you could maybe get around it by going in

:03.530 --> 00:50:10.979
: like just having like a regular breaker at the panel and going utting your 1st reset. But I don't think you can. I'm gonna do.

:11.280 --> 00:50:16.040
: I'm gonna do some research on that. That's interesting. Cause I hinking you could do that. But I'm

:16.690 --> 00:50:19.240
: I'm starting to think I don't think you can do that.

00:50:19.630 --> 00:50:20.430
Kevin Caves: Okay.

:20.630 --> 00:50:23.260
: That's interesting. That's very interesting. I mean.

:23.660 --> 00:50:39.270
: you know, technically, you know, you can't do it. You know, you how it is. I mean? That's not like it's gonna be that big of a deal, because our fault protection and stuff, like most, I think only 2 of my

rooms in the house actually have our fault protection. But you know how the code is. You know, grandfather and stuff.

00:50:39.570 --> 00:50:40.360
Kevin Caves: Yep.

:40.590 --> 00:50:45.720
███████ : Well, I appreciate it. You know I appreciate all the talking. I I ramble a little bit, but

:46.050 --> 00:50:46.840
███████ : you know.

00:50:46.840 --> 00:50:48.200
Kevin Caves: We we appreciate it, too.

:48.200 --> 00:50:49.040
███████ : Intel.

00:50:49.040 --> 00:50:51.306
Kevin Caves: Yeah. And yeah, we'll

00:50:52.350 --> 00:50:57.187
Kevin Caves: yeah, we'll take all this into account and and keep keep refining our survey. But

:57.510 --> 00:50:58.050
███████ : Good.

00:50:58.850 --> 00:51:01.310
Kevin Caves: Anyway. Thanks, thanks again and.

:01.310 --> 00:51:03.890
███████ : Yeah, thank you. Thank you. It was good, Kevin. I appreciate it.

00:51:03.980 --> 00:51:06.160
Kevin Caves: Alright, bye, bye, ███████ have a good day.

:06.160 --> 00:51:07.840
███████ : Alright. You, too. Thank you so much.

WEBVTT

00:00:39.050 --> 00:00:39.970
Kevin Caves: Hi.

0.720 --> 00:00:41.870
Hey? How you doing.

00:00:42.520 --> 00:00:44.149
Kevin Caves: Fine good morning!

4.150 --> 00:00:44.740
Morning.

00:00:45.850 --> 00:00:49.700
Kevin Caves: Yeah, thanks. Thanks so much for joining us. We appreciate
it.

9.700 --> 00:00:50.579
Yeah, you're welcome.

00:00:52.120 --> 00:00:58.740
Kevin Caves: Okay, so why don't we? I think we've got everyone we need.
Yep. So let's if it's okay, we'll go ahead and

00:00:58.990 --> 00:01:00.500
Kevin Caves: get started.

00:01:01.736 --> 00:01:03.450
Kevin Caves: Let's see.

00:01:08.910 --> 00:01:09.990
Kevin Caves: here we go.

00:01:11.380 --> 00:01:25.209
Kevin Caves: yeah. So so let's see, it's 1130 our time, and we've
scheduled this for an hour, so we'll definitely be done, you know, by
1230. Sometimes we get done a little bit earlier. But

00:01:25.823 --> 00:01:30.556
Kevin Caves: yeah, just so, you know. But yeah, so so.

00:01:31.580 --> 00:01:35.840
Kevin Caves: Let's see, how do you pronounce your name, Tori to earth?

5.840 --> 1 0
█████ Oh, I'm ████ ████

00:01:37.190 --> 00:01:38.380
Kevin Caves: I'm sorry.

00:01:38.510 --> 00:01:40.390
Kevin Caves: I was just looking at the screen name.

0.390 --> 00:01:47.239
█████ That's my wife. Yeah, I didn't know that popped up on there. But ██hat's that's my wife. She's yeah. She works from home so I could see that popping up.

00:01:47.240 --> 00:01:53.556
Kevin Caves: Sorry about that. Yeah, that's right. Now. Now, I see you in the schedule. Okay, so

00:01:54.890 --> 00:02:03.079
Kevin Caves: okay, let me just make sure I've got the right information pulled up here.

00:02:06.960 --> 00:02:08.880
Kevin Caves: Okay, I see.

00:02:09.970 --> 00:02:12.159
Kevin Caves: Let's see. Alright.

00:02:12.680 --> 00:02:16.980
Kevin Caves: Now, I've got the information. So yeah, so

00:02:19.150 --> 00:02:23.478
Kevin Caves: yeah. So thank you, ████████ for agreeing to participate in the survey.

00:02:24.540 --> 00:02:29.921
Kevin Caves: My name's Kevin. I'm Kevin caves as you can see on the screen, and

00:02:30.510 --> 00:02:48.077
Kevin Caves: my I'll I'm obviously the one conducting the interview. I work for a consulting firm called Mcclave and Associates, and Devin Myers is also on this call. She also works for Mcclave and Associates.

00:02:48.990 --> 00:02:59.379

Kevin Caves: so, as you know, this interview is being recorded, your participation in and responses to the survey are anonymous and confidential.

00:02:59.600 --> 00:03:04.000
Kevin Caves: Your personal information is protected and will not be shared or disclosed.

00:03:04.752 --> 00:03:11.509
Kevin Caves: So the purpose of this interview is to get your feedback on a survey

00:03:11.700 --> 00:03:30.859
Kevin Caves: survey that we've been preparing where the audience of the survey is actually electricians. So we're trying to design a survey that will be clear and make sense to electricians. And so we're mainly we're mainly looking to get your feedback on that.

00:03:31.020 --> 00:03:36.906
Kevin Caves: Okay, let's see, let me just 1 1 moment.

00:03:39.310 --> 00:03:45.097
Kevin Caves: pause my notifications. So we don't get interrupted. Okay,

00:03:47.040 --> 00:03:49.517
Kevin Caves: So so what we'll do is

00:03:50.150 --> 00:03:58.780
Kevin Caves: I'm gonna share my screen in a moment and we will walk through a bunch of you know. All the questions on the survey.

00:03:59.030 --> 00:04:06.759
Kevin Caves: and the 1st few you'll see are fairly routine, and then after a while, they get a little more involved, a little more interesting.

00:04:07.677 --> 00:04:15.202
Kevin Caves: But in each case you'll see the screen, and we'll ask you to, you know. Read the question. If you if you have

00:04:15.750 --> 00:04:19.950
Kevin Caves: you know questions about the questions or any clarifications, please let us know

00:04:20.441 --> 00:04:24.619
Kevin Caves: and like, I said, some of them are more straightforward than others.

00:04:25.139 --> 00:04:40.879
Kevin Caves: But yeah, read the question. Tell us, tell us how you would answer it. And then, in a lot of cases. After you've told us that I'll probably have some follow up questions for you, trying to understand just your thought pro process behind

00:04:41.070 --> 00:04:44.310
Kevin Caves: how you answered the question, and and whether the question.

00:04:44.480 --> 00:04:48.658
Kevin Caves: you know gave you enough information and was clear and all that stuff?

00:04:50.780 --> 00:04:57.420
Kevin Caves: so okay, I think we're ready to almost ready to share the screen. Do you have any preliminary questions before we get started?

7.740 --> 00:05:00.104
█████ I don't think so. I'll ask as I go. I guess.

00:05:00.320 --> 00:05:06.640
Kevin Caves: Sounds good. Yeah, alright. So, Devin, why don't we go ahead and share the screen with the 1st question from the survey?

00:05:10.480 --> 00:05:15.960
Kevin Caves: And I'll just yeah, █████ I'll just let you go ahead and read it, and and let us know how █████ould answer.

2.150 --> 00:05:24.959
█████ Yes, I wish to continue with the survey.

00:05:25.120 --> 00:05:27.385
Kevin Caves: Okay. Yep, excellent.

9             2.400
████████ ████████████

00:05:42.540 --> 00:05:43.450
Kevin Caves: All right.

7.950 --> 00:05:50.679
█████ Is the art, fault, circuit, interrupter.

00:05:52.260 --> 00:06:00.430

Kevin Caves: There we go. And is that afci? Is that a a common abbreviation that electricians use.

0.430 --> 00:06:01.140
 Yes.

00:06:01.460 --> 00:06:02.830
Kevin Caves: Okay. Great.

00:06:04.250 --> 00:06:06.399
Kevin Caves: Okay? Next question.

2.970 --> 00:06:14.010
 Yes.

00:06:14.900 --> 00:06:15.720
Kevin Caves: Okay?

00:06:16.340 --> 00:06:22.839
Kevin Caves: And was this question, you know, clear and straightforward to you.

3.880 --> 00:06:24.540
 Yeah.

00:06:24.700 --> 00:06:25.440
Kevin Caves: Okay,

00:06:27.710 --> 00:06:35.360
Kevin Caves: so we have that note talking about the breakers versus the receptacles, did we did? Do you think we phrase that correctly.

7.760 --> 00:06:51.235
 Yeah, yeah, I mean, it's pretty self. I mean, yeah, it would be ot as long as you read the whole question. You know you, it's understandable. So as long as you take your time and read it, it's definitely laid out to where you should not mistake the question.

00:06:51.700 --> 00:06:55.339
Kevin Caves: Good, excellent. Okay, let's move on. Devin.

9.770 --> 00:07:02.053
 I've done all of them

00:07:03.270 --> 00:07:09.910

███████     So for industrial, I've done ge Eaton Square, d. And Siemens.

00:07:10.160 --> 00:07:10.990
Kevin Caves: Okay.

00:07:12.230 --> 00:07:14.730
Kevin Caves: Alright. No other brands.

5.310 --> 00:07:26.420
███████  No, no, those are the main ones. It's mainly square. D honestly, n eaten and industrial wise. I've had a couple of ge's and Siemens and certain

6.570 --> 00:07:27.900
███████  aspects.

00:07:28.566 --> 00:07:33.130
Kevin Caves: Okay, so so do you do a mix of industrial and residential work.

3.130 --> 00:07:37.020
███████  So throughout my career, yeah, the past year I've been

8.020 --> 00:07:43.759
███████  doing industrial. And that's where I've come in more in line with mens and Ge stuff.

00:07:44.000 --> 00:07:44.620
Kevin Caves: Okay.

4.939 --> 00:07:51.320
███████  Older residential might have some of that, but mainly everything s is going to square D and Eaton for sure

1.460 --> 00:07:54.820
███████  Square. He's kind of taken over honestly, especially the new ction.

00:07:55.520 --> 00:07:57.540
Kevin Caves: Okay, okay, that's good to know.

00:07:58.060 --> 00:07:59.910
Kevin Caves: All right, we can move to the next one.

00:08:05.300 --> 00:08:10.860

███████    So for me personally, I usually go to home depot, but also for my

0.970 --> 00:08:16.270
███████  I work for industrial. We use electrical suppliers so like Ced

6.450 --> 00:08:22.599
███████  and Gray Bar 2 top 2 which CD stands for consolidate electrical
utors.

5.380 --> 00:08:26.320
███████  So.

6.520 --> 00:08:31.370
███████  But for me, personally, home depot, if I'm doing stuff from my
or like neighbors, or

1.530 --> 00:08:34.799
███████  even when I was working for ██████  we did residential solar.

5.049 --> 00:08:53.559
███████  So we do. Main panel upgrades and so and such, and for, like
or just general breakers, we didn't have to use the fcis for solar
equipment and stuff of that nature. But if we had to do a main panel
upgrade. Most residential equipment nowadays, obviously in houses need
the Afcis, so we would have to buy those breakers.

00:08:54.350 --> 00:08:55.430
Kevin Caves: I see.

00:08:55.860 --> 00:09:00.290
Kevin Caves: So yeah, any other. Any other retailers or suppliers.

0.588 --> 00:09:02.080
███████  No, those are the main

2.300 --> 00:09:04.510
███████  for me. Yeah, no, those are the 2.

00:09:04.850 --> 00:09:06.913
Kevin Caves: Okay? And do they?

00:09:08.330 --> 00:09:17.630

Kevin Caves: is there a difference in your experience? And the price that you get at the electrical supply distributors compared to the big box retailers.

8.140 --> 00:09:25.750

So for my company, we get a discounts at all the electrical utors. So there's a set

5.910 --> 00:09:33.049

a percentage. They don't allow me to know the exact rates and I know it's a good percentage, because we only go to those distributors.

00:09:33.280 --> 00:09:33.800
Kevin Caves: I see.

3.800 --> 00:09:38.059

They. They want us. They want our business because we do so much cal work.

00:09:38.400 --> 00:09:38.810
Kevin Caves: Sure.

8.860 --> 00:09:47.340

A decent percentage. And we always give our job number name to , 1520% off whatever it is.

00:09:47.650 --> 00:09:48.650
Kevin Caves: Oh, wow! Okay.

8.650 --> 00:09:51.290

Already. They're discounted rates, I'm sure, because they buy in

2.211 --> 00:10:02.160

it's cheaper there and then home depot. If you buy 10 or more. eakers. Usually you get 10% off or 20 or more, you get 20% off.

00:10:02.620 --> 00:10:03.230
Kevin Caves: Oh!

3.230 --> 00:10:08.499

That goes for a lot of things like receptacles and stuff. I know ey. So they have bulk purchases and stuff like that.

00:10:08.890 --> 00:10:09.770

Kevin Caves: Okay.

9.770 --> 00:10:15.419
██████ Overall. Electrical distributors are going to be cheaper if you contract with them.

00:10:15.950 --> 00:10:17.609
Kevin Caves: I see, I see.

00:10:17.810 --> 00:10:23.250
Kevin Caves: So so if you're doing yeah. So if you're doing work at a

00:10:23.890 --> 00:10:26.727
Kevin Caves: at a at a typical project,

00:10:29.800 --> 00:10:35.169
Kevin Caves: it's it's suppose it's a excuse me, it's an industrial project. So would that

00:10:35.320 --> 00:10:41.070
Kevin Caves: almost always be electrical supply supply distributors. Where the would that be if.

1.430 --> 00:10:57.920
██████ They don't want us going. Yeah. So like the job. Yeah. So my main industrial, they don't want us going to like Home Depot's or Lowe's, or anything like that, because I get such a good deal from the electrical, supplier, residential electrical companies. They just want you to go to home depot for speed, and just

8.900 --> 00:11:02.711
██████ how easy it is to get, I guess. Say.

00:11:03.430 --> 00:11:05.970
Kevin Caves: Okay. So for so for residential.

00:11:06.070 --> 00:11:12.869
Kevin Caves: if if you were doing a residential project, you might be more likely you'd be getting them from from a big box retailer.

3.120 --> 00:11:13.790
██████ Correct.

00:11:14.370 --> 00:11:16.450
Kevin Caves: Got it. Okay, that's helpful.

00:11:16.630 --> 00:11:18.529
Kevin Caves: Okay, Devin, we can move on.

5.561 --> 00:11:37.499
So it's kind of the same kind of explained before. So for my for it's always the electrical supply distributors. But for personally, if I was doing work I would do a home depot.

00:11:37.710 --> 00:11:38.570
Kevin Caves: Yeah.

00:11:38.720 --> 00:11:43.840
Kevin Caves: So if you had to pick like where just overall you, which you use the most.

4.090 --> 00:11:49.089
I mean, I do. Yeah way more for my job. So electrical
utors.

00:11:49.090 --> 00:11:51.209
Kevin Caves: Got it. Got it? Okay?

00:11:53.140 --> 00:11:54.940
Kevin Caves: All right, we can move on. Devin.

00:11:56.260 --> 00:11:59.841
Kevin Caves: Excellent. Okay. Oh, we know the answer to this one.

00:12:01.040 --> 00:12:09.389
Kevin Caves: So yes, a licensed electrician, and we can click on Florida

00:12:10.070 --> 00:12:12.640
Kevin Caves: any other states that you're licensed in.

2.640 --> 00:12:13.490
No, sir.

00:12:13.490 --> 00:12:15.500
Kevin Caves: Okay. Let's keep going.

8.890 --> 00:12:19.500
Nope.

00:12:20.350 --> 00:12:20.870

Kevin Caves: Other services.

0.870 --> 00:12:27.933
1st 1st survey I've ever. Actually, I've gotten the Linkedin before. But this is my 1st time actually participating.

00:12:28.270 --> 00:12:31.840
Kevin Caves: Oh, okay, alright. Well, hopefully, it will be a positive experience.

1.840 --> 00:12:32.550
Yeah.

00:12:33.580 --> 00:12:35.779
Kevin Caves: Alright! Let's move on to the next one.

4.300 --> 00:12:56.510
Yes, yes, I will.

00:12:56.510 --> 00:12:58.474
Kevin Caves: Okay, yeah. So

00:12:59.930 --> 00:13:09.909
Kevin Caves: yeah, that's kind of just a standard background question we'd ask, because, you know, some people will will say that they can't promise or no, it will not, which tells you either that

00:13:10.470 --> 00:13:17.852
Kevin Caves: usually it means they're not paying attention. But it, you know, gives you a pretty strong signal about how seriously they're taking the survey.

00:13:19.605 --> 00:13:26.540
Kevin Caves: Yes, I will, anyway. So Devin's gonna stop the screen share for just a moment now. And

00:13:27.770 --> 00:13:33.279
Kevin Caves: the reason is, we're gonna skip ahead to the part of the survey that we want to focus on.

00:13:33.490 --> 00:13:38.419
Kevin Caves: And it's now the questions will get a little more.

00:13:38.540 --> 00:13:42.734
Kevin Caves: a little less routine, probably for the most part.

00:13:43.730 --> 00:13:46.769
Kevin Caves: and we. This is the part of the survey that we've

00:13:46.880 --> 00:13:55.679
Kevin Caves: we've been doing a lot of updates on. So we want to make sure we show you the latest and greatest version. And

00:13:56.190 --> 00:13:59.480
Kevin Caves: here it is. Okay. I'll let you read through this one. Okay.

8.790 --> 00:14:29.770
I understand.

00:14:30.960 --> 00:14:35.635
Kevin Caves: Okay, great and so for this question,

00:14:36.440 --> 00:14:42.290
Kevin Caves: if you had to put it in your own words, how do you summarize the information the question is giving you.

5.408 --> 00:14:49.801
you summarize it pretty good. I mean, you could be as simple as

1.100 --> 00:14:55.769
Which would you choose out of the 3 F. Afcis, for your own
ations.

00:14:55.930 --> 00:14:56.680
Kevin Caves: Yeah.

7.400 --> 00:14:59.740
If you want to like, make it less wordy, I guess.

00:14:59.930 --> 00:15:00.740
Kevin Caves: Okay?

00:15:01.680 --> 00:15:08.620
Kevin Caves: And yeah, so, but as it's written, does it? Does it make sense to you? Reasonably clear? Okay.

8.620 --> 00:15:11.169
Yeah 100%. I mean, you worded it pretty good as well.

00:15:11.720 --> 00:15:15.589

Kevin Caves: Okay. Okay, alright. Let's move on to the next one.

5.930 --> 00:15:26.920
 I understand.

00:15:27.560 --> 00:15:29.780
Kevin Caves: Yep, yep, no.

0.170 --> 00:15:35.440
 Reassure you. Yeah, it's good just to reassure you that, like
 no wrong or right answers, and just

5.970 --> 00:15:40.529
 give what your opinion, so you don't overthink it, you know. Just
 ur gut instinct.

00:15:40.530 --> 00:15:44.091
Kevin Caves: That that? Yeah, yeah. So we exactly.

00:15:46.070 --> 00:15:54.370
Kevin Caves: Okay, now, I think the next one will hack the actual. Okay,
we've got one more. This is a wordy one. We need to to.

5.550 --> 00:15:56.409
 Okay.

00:15:56.410 --> 00:15:58.139
Kevin Caves: I'll give you a chance to look through it.

8.140 --> 00:15:58.790
 Sure.

1.060 --> 00:16:58.110
 Yeah, I mean, it's kind of just explaining afcis a little
 und. If you don't kind of understand them to a point, I guess

9.080 --> 00:17:00.739
 so I understand.

00:17:02.010 --> 00:17:06.289
Kevin Caves: Okay. So so you're familiar with with nuisance stripping.

00:17:06.710 --> 00:17:15.580

█████ Yeah, I I know they've gotten better through the years, for sure. they used to trip a lot more. The combination ones. They have cigfci breakers.

00:17:15.730 --> 00:17:16.420
Kevin Caves: Huh!

7.319 --> 00:17:23.680
█████ I feel like they've gotten better. I definitely like the plug on well not. The one with the pigtails

3.800 --> 00:17:27.429
█████ make it a lot simpler to use in panels, for sure.

00:17:27.920 --> 00:17:28.720
Kevin Caves: Okay.

9.460 --> 00:17:30.420
█████ And.

00:17:31.140 --> 00:17:32.179
Kevin Caves: Sorry go ahead.

2.480 --> 00:17:34.571
█████ Oh, no, yeah. You can go ahead.

00:17:36.105 --> 00:17:44.609
Kevin Caves: So like. How? How would you? Or a typical or electrician, you know in general.

00:17:44.920 --> 00:17:46.819
Kevin Caves: in your experience, how do they?

00:17:47.030 --> 00:17:50.429
Kevin Caves: How do they deal with with nuisance tripping when it does happen.

2.325 --> 00:18:12.269
█████ So it depends on if it's like a brand new breaker or not like if older breaker sometimes we just get a newer one and see if a newer breaker would work, and maybe it had a default in the actual breaker, because a lot of breakers do have defaults in them. Some are more sensitive than others like this is saying, and you don't need to be as sensitive

00:18:12.510 --> 00:18:21.620

as some breakers are, and sometimes that tripping is a nuisance, you don't need it to be that, you know, stringent on certain things.

00:18:21.730 --> 00:18:22.490
Kevin Caves: Sure.

3.950 --> 00:18:33.510
But yeah, some switching out the breaker. I mean, obviously, you investigate what could be going on? What might be wrong. 1st you open the panel, check out the wiring, see if there's anything wrong.

4.157 --> 00:18:41.129
Find the circuit open the receptacle boxes. See if there's seen e burnt wires, or anything.

00:18:41.370 --> 00:18:41.830
Kevin Caves: Hmm.

1.830 --> 00:18:44.929
See if anything's going on with the circuit. 1st of all.

6.730 --> 00:18:54.450
if it's been in there, if it's been installed for a while, I f it's happening right, I'd install like, within the 1st week or so. There's obviously something probably wrong

4.880 --> 00:18:56.829
with the breaker. Most likely.

9.740 --> 00:19:05.859
or just it's just yeah. It's just not meant for that. Circuit on yeah. It just depends on the situation. Honestly.

00:19:06.210 --> 00:19:06.780
Kevin Caves: Okay.

6.780 --> 00:19:10.869
Is what you're plugging into it, too obviously like it's ing as well.

1.350 --> 00:19:12.260
So.

00:19:13.610 --> 00:19:19.340

Kevin Caves: Yeah. So if it so, if it happens with a new breaker, what what would you

00:19:20.070 --> 00:19:29.309
Kevin Caves: would? Would there be any way to stop it from happening, would you? Would you try to get a a another new breaker to replace it? Or would you would? What would you typically do.

9.760 --> 00:19:32.219
 If it's a brand new breaker. I would.

3.090 --> 00:19:46.489
 Yeah, check if you actually need an Afci for that circuit. If it's like something that doesn't need an afci that's gonna automatically trip it. You know, there's putting afcis in because they don't know any better. That could be an issue.

00:19:46.490 --> 00:19:47.050
Kevin Caves: Okay.

7.050 --> 00:19:49.860
 Obviously they trip easier for like motors and stuff.

0.618 --> 00:20:00.730
 But yeah, just make sure that it's meant for that circuit first, e do some investigation, making sure that it's meant for the surrogate, and then see if

1.170 --> 00:20:06.019
 and you might have to dive into. Why, that Afci is tripping. I u might have to see.

6.360 --> 00:20:11.056
 Is it more sensitive than other afcis? And maybe you'll have to ther one?

1.600 --> 00:20:18.579
 but yeah, rare. Is it like a brand new breaker bad, you know, ut of the box or whatnot, whatever you want to call it.

0.700 --> 00:20:27.829
 But yeah, you'd have to definitely do some investigation. But f you're coming to repair, that's when you usually just switch them out first, st because it

00:20:28.080 --> 00:20:37.270

you check the circuit like I said, Do quick check. Find the out, check the receptacle, see if there's any burnt wires, and it'll make sure everything's safe.

7.510 --> 00:20:40.880
and then maybe change the breaker out and see if the breaker is blem.

00:20:41.620 --> 00:20:43.279
Kevin Caves: I see. I see.

00:20:43.890 --> 00:20:44.490
Kevin Caves: Okay.

4.490 --> 00:20:50.989
Try something quick. You could just swap out a breaker that's in the panel and swap them out real quick and see if it starts working right away.

00:20:51.320 --> 00:20:51.820
Kevin Caves: Oh, yeah.

1.820 --> 00:21:04.189
Time. Everything's a little different, too. I've got a many where it'll trip, and then it won't ever do when I'm there, and they say it happens like once every month, and then it might have to do with like. A little bit of rain gets in somewhere, and

4.370 --> 00:21:06.349
and you have a whole nother issue so.

00:21:07.340 --> 00:21:08.150
Kevin Caves: I see.

8.150 --> 00:21:10.000
Kind of depends on the situations.

00:21:10.190 --> 00:21:11.090
Kevin Caves: Okay.

00:21:11.730 --> 00:21:27.800
Kevin Caves: okay? And then, just before we move on is is the the description of nuisance tripping? And in this question, is it, you know? Does it seem clear and accurate, and something that an electrician would that would it would make sense to an electrician.

8.290 --> 00:21:29.550
 Yeah, for sure.

00:21:30.180 --> 00:21:35.060
Kevin Caves: Okay, okay, all right, we can move to the next one. Devin.

00:21:38.510 --> 00:21:42.940
Kevin Caves: Okay, so this is the 1st of those 12 purchase decisions.

2.940 --> 00:21:43.410
 Okay.

00:21:43.637 --> 00:21:51.839
Kevin Caves: So I'll just give you a chance to read it. As you can see,
you can pick from one of these 3, or you can pick the 4th option, which
is like none of the above.

00:21:51.970 --> 00:22:02.220
Kevin Caves: But I'll just give you a chance to read it, and then you can
let us know which which option you would select, and and I'll ask you.
I'll ask you questions about how you picked it.

2.980 --> 00:22:06.509
 Okay. Well, the right off the bat, I'll I'll say. Usually you.

6.640 --> 00:22:18.989
 when you're picking out a breaker you find out what panel you're
good finding the breaker, for sure. Either the square d panel or g
panel, or usually it's like a like a eaten panel. Some are
interchangeable.

9.410 --> 00:22:20.065
 but

1.792 --> 00:22:27.767
 I'm not sure if these are all interchangeable or not, I know
and Eaton usually are not

00:22:28.120 --> 00:22:28.890
Kevin Caves: Oh, God!

8.890 --> 00:22:33.050
 But usually that will deter you. If it's a square d panel, you
are d and such.

00:22:33.190 --> 00:22:36.749

███████    So usually you stick to the panel brand.

00:22:37.170 --> 00:22:37.750
Kevin Caves: Okay.

8.063 --> 00:22:45.589
███████  So that that's what I do at first, st and usually residential, is
ly mainly like I was saying, squirty and eaten nowadays new,
especially.

00:22:45.960 --> 00:22:46.350
Kevin Caves: Right.

6.350 --> 00:22:49.410
███████  That's what I look at at first, st and then I would narrow down

9.580 --> 00:22:53.770
███████  so that would already, if it was a square d panel, I would only
ing at Square D's.

00:22:54.080 --> 00:22:54.860
Kevin Caves: Okay.

4.870 --> 00:22:59.050
███████  But I know that's not what the question is. Kind of trying to
out, but I'll check out

9.540 --> 00:23:01.000
███████  what everything else is.

00:23:01.820 --> 00:23:02.550
Kevin Caves: Yeah.

4.440 --> 00:23:27.550
███████  And then I mean different situations.

8.640 --> 00:23:35.719
███████  If it's residential you don't always need. Sometimes you do need
ci protection. So

6.170 --> 00:23:41.179
███████  if you want to have both. You can have both, and not put in a
ceptacle.

00:23:42.170 --> 00:23:43.260

████    Sure.

3.750 --> 00:23:46.860
████ But sometimes those do trip more just in general.

00:23:47.110 --> 00:23:47.930
Kevin Caves: Sure.

7.930 --> 00:23:53.259
████ Then, if you were to put a Afci breaker in with a Gfci
cle.

4.530 --> 00:23:57.050
████ but that is just a little bit more costly to do it that way.

00:23:57.920 --> 00:23:58.720
Kevin Caves: Okay.

9.050 --> 00:23:59.790
████ Oh.

2.060 --> 00:24:10.540
████ and then, if I were to choose just by look, I mean, it's more.
re expensive, too. But I like square D, and I like plug on

2.900 --> 00:24:13.820
████ sorry.

5.640 --> 00:24:18.840
████ So I would choose the square d if I had to choose, even though
re expensive.

00:24:19.540 --> 00:24:22.220
Kevin Caves: Okay, so you'll pick the one in the middle.

00:24:22.830 --> 00:24:23.710
Kevin Caves: All right.

00:24:25.740 --> 00:24:27.250
Kevin Caves: Okay.

00:24:27.440 --> 00:24:39.610
Kevin Caves: so, and then, just before we move on a couple of quick
questions, these, these prices that we're we're showing here? Did they
seem to be in line with with what you'd expect to see.

3.860 --> 00:24:47.259
There are a little more pricey.

00:24:47.890 --> 00:24:48.650
Kevin Caves: Okay.

0.260 --> 00:24:51.630
Than I'm used to seeing.

00:24:51.630 --> 00:24:52.040
Kevin Caves: Okay.

2.040 --> 00:24:53.433
More around.

5.590 --> 00:25:01.959
Well, no, they're about right like the combination afcis are 6 around $56. The ones that I'm used to getting.

00:25:06.060 --> 00:25:09.794
Kevin Caves: Okay, so and and then just looking at the

00:25:10.720 --> 00:25:18.609
Kevin Caves: the information we're giving you in this question, which is, you know, the brand, whether it's a single function, dual function. And then

00:25:18.840 --> 00:25:21.919
Kevin Caves: details about, you know the mounting and the

00:25:22.180 --> 00:25:24.800
Kevin Caves: current rating the price, and then

00:25:24.920 --> 00:25:32.319
Kevin Caves: information about whether it's prone to nuisance tripping do you feel like the questions giving you enough

00:25:32.670 --> 00:25:38.050
Kevin Caves: information to make an informed decision about what you would buy in in real life?

3.860 --> 00:25:49.439
Yeah, I mean for a general electrician. I guess it would take a bit to like.

9.560 --> 00:25:52.880
Kind of understand all of it, I guess.

00:25:53.150 --> 00:25:54.339
Kevin Caves: Yeah, sure.

5.470 --> 00:26:02.780
If you're just asking like usual, like, I don't know, especially prentices, probably wouldn't understand this.

00:26:02.940 --> 00:26:03.620
Kevin Caves: Okay.

3.620 --> 00:26:06.500
I don't think I would understand this in my 1st couple of years. y.

00:26:06.660 --> 00:26:07.220
Kevin Caves: Okay.

7.220 --> 00:26:12.690
Like I've been doing it for 10 years or so now and then. I kinda stand this. But like.

3.120 --> 00:26:19.390
if you would ask me this in my first, st second, 3rd year, it'd en a little. It would took me a second to kind of totally understand the whole

9.990 --> 00:26:22.050
a layout of it. But.

00:26:22.050 --> 00:26:28.200
Kevin Caves: Yeah. So which which part of it would have been harder to understand in your 1st couple of years.

0.240 --> 00:26:31.450
Oh.

4.970 --> 00:26:38.880
probably the nuisance tripping, I guess.

00:26:39.270 --> 00:26:40.800
Kevin Caves: Got it. Okay.

0.800 --> 00:26:45.200
So it's prone so obviously square. D is more prone to tripping.

00:26:48.470 --> 00:26:49.210
Kevin Caves: Yeah.

9.440 --> 00:26:59.050
I guess it also depends on what it also depends on what on. So like, one thing the question doesn't ask is like, what situation are you in like? Is this a general house, is it?

0.170 --> 00:27:07.649
Are you putting it in something like important, like a hospital, ? Is it just a generic place you're inserting like.

00:27:07.950 --> 00:27:09.729
Kevin Caves: Right, industrial plant.

0.310 --> 00:27:14.110
Or is it your own house like? Are you thinking about your own you know? Like, is it

4.760 --> 00:27:22.310
so sometimes that matters on what what you're putting in. es you want the best for certain things, and sometimes

3.000 --> 00:27:27.369
you need higher protection for things like hospitals and stuff at. So.

00:27:27.760 --> 00:27:34.060
Kevin Caves: Yeah, yes, and that's where we've sort of deliberately kept it vague by just saying.

00:27:34.390 --> 00:27:37.030
Kevin Caves: you know, assume you're in the market

00:27:37.170 --> 00:27:40.220
Kevin Caves: to purchase afcis for a typical project

00:27:40.440 --> 00:27:47.700
Kevin Caves: or for general inventory. So as we sort of you know, we knew that

00:27:48.620 --> 00:28:00.034
Kevin Caves: you know different electricians are gonna have different ideas in their head about a typical project, I mean, typical project might be a hospital for one or a, you know, residential construction for another.

0.370 --> 00:28:10.559
Yeah, I mean, if you're looking for like the business side of you're pro, you're probably just going to choose the cheapest one honestly like, if you're looking for.

00:28:10.560 --> 00:28:11.210
Kevin Caves: Yeah.

1.360 --> 00:28:16.129
Mass like production especially like new construction, where just trying to

6.760 --> 00:28:19.740
be as cheap as possible. They're gonna go for the cheaper one.

00:28:20.040 --> 00:28:21.440
Kevin Caves: Okay. Okay.

1.440 --> 00:28:23.410
If if you're looking more for

5.199 --> 00:28:34.640
county work like I've been doing county work lately, the county ably gonna choose for bigger contracts they're gonna choose probably more expensive stuff because they're more stringent on everything they want. The more

5.080 --> 00:28:36.420
pricier stuff.

00:28:36.780 --> 00:28:37.440
Kevin Caves: Right.

7.821 --> 00:28:45.490
Just depends on what direction they're looking for, and then the it might, you know. So

5.800 --> 00:28:49.860
I mean, it's for my own house. I'm probably gonna buy like I he best one.

00:28:50.500 --> 00:28:51.270
Kevin Caves: Yeah.

1.670 --> 00:28:54.810
But if it's for a project of mass proportion.

5.160 --> 00:29:00.040
I would probably do the cheapest one got it. Okay.

0.040 --> 00:29:06.170
for what would sell the most. It's probably gonna be in today's age. It's probably gonna be the cheapest one.

00:29:06.590 --> 00:29:07.450
Kevin Caves: Okay.

00:29:08.720 --> 00:29:09.800
Kevin Caves: Okay.

9.980 --> 00:29:12.790
If that's what you're looking for for it, like, you know.

00:29:13.200 --> 00:29:14.780
Kevin Caves: Yeah. Yeah.

00:29:17.060 --> 00:29:20.459
Kevin Caves: Okay, that's good to know. But for

00:29:20.650 --> 00:29:31.729
Kevin Caves: just for purposes of you answering the question, if it was a typical project or for general inventory, you would. You're you're pretty confident you would go with the Schneider Electric Square, d.

1.730 --> 00:29:37.947
Yeah, I'm a square d guy and plug on for sure speed matters as

9.070 --> 00:29:43.560
and I just trust square d and honestly square. D like I said, for

3.710 --> 00:29:48.310
there's a lot more panels that would go into my decision as well first.st What I said originally like.

8.560 --> 00:29:50.080
 right right

0.080 --> 00:29:56.110
 is everywhere. It's like it's even in my own house, like it's
w construction has. So those breakers would be

6.520 --> 00:30:05.969
 more able to be used than like Ge. Or Siemens, might not be able
sing all the panels, panels except all breakers.

00:30:06.240 --> 00:30:08.749
Kevin Caves: Yeah. Understood. Okay.

8.750 --> 00:30:14.999
 I'm a square d square. D's my number one so, and then eaten's
2, and then G and Siemens are

5.260 --> 00:30:18.649
 3 and 4, I guess, just because of like how

9.450 --> 00:30:22.480
 convenient and stuff it is. It's almost like a Milwaukee to Walt

2.960 --> 00:30:26.399
 over the competition in a way, for tools to me. I guess.

00:30:26.660 --> 00:30:31.680
Kevin Caves: Huh? Okay, alright. Well, let's go on to number 2.

2.240 --> 00:30:57.959
 And then like, if you were gonna like, it's more to figure out
do the survey the best like.

00:30:58.480 --> 00:30:59.120
Kevin Caves: Yeah.

9.120 --> 00:31:08.339
 The only thing that I have kind of a thing that I would question
, Do you need afci gfci protection, or you just do. You just need
afci protection.

00:31:08.710 --> 00:31:09.270
Kevin Caves: Right.

9.270 --> 00:31:13.200
So that would cancel out some of the, you know.

4.040 --> 00:31:20.059
reasoning of why you would need to get Gfci as well.

00:31:20.060 --> 00:31:20.610
Kevin Caves: Yeah.

0.610 --> 00:31:24.649
It's usually it costs more, I mean sometimes in these questions
t not like the last one. But

5.240 --> 00:31:29.409
right here I would pick score. D! It's cheaper if you only need

0.100 --> 00:31:33.599
you know not everywhere. You don't need both everywhere. So.

00:31:35.350 --> 00:31:41.759
Kevin Caves: Okay, so it sounds like you pick square d because of because
of the price. And because

00:31:41.980 --> 00:31:42.810
Kevin Caves: you know.

2.810 --> 00:31:45.159
Convenience, price, usability.

00:31:45.520 --> 00:31:46.260
Kevin Caves: Yeah.

6.510 --> 00:31:53.530
Okay, I do like, I mean, I like eating, too. But at the same

4.010 --> 00:31:56.239
yeah, for this one, for sure. Because it's

6.660 --> 00:32:02.260
like, I said scoredy. It stands out more in this question because
estion it was a little bit more pricier, so

2.780 --> 00:32:06.219
 I would have to think more. But this one for sure I'd go square.
his question.

00:32:06.640 --> 00:32:09.849
Kevin Caves: Okay, okay, let's move on to the next one, though.

9.830 --> 00:32:35.120
 And then, like, I've been noticing like the prone to nuisance
g a lot on all these. So

7.880 --> 00:32:41.199
 that's something also, too like I feel. Maybe.

3.110 --> 00:32:43.930
 Hmm!

4.990 --> 00:32:51.479
 How could I put that like electricians understand what it is? But
ngineers understand more how much it actually affects.

2.820 --> 00:32:58.019
 how much it trips. I guess so like I don't know

8.400 --> 00:33:03.139
 like that wouldn't really go in like we don't usually look at
ke we don't like. We looked

4.000 --> 00:33:14.369
 when we're at like home depot. We're looking for the break, the
 afci or whatnot. Gfci, whichever we wouldn't look if it's prone
to nuisance tripping honestly.

00:33:14.710 --> 00:33:15.450
Kevin Caves: Okay.

5.570 --> 00:33:17.649
 That's not something that we usually think about.

00:33:18.720 --> 00:33:19.860
Kevin Caves: Sure, sure.

0.146 --> 00:33:22.439
 I mean, it's good to think about. Obviously.

00:33:22.870 --> 00:33:23.590
Kevin Caves: Right.

4.190 --> 00:33:24.720
But

7.150 --> 00:33:33.260
but yeah, 1st it's what panel it is, and then you gotta figure
en you kinda you'll have some options, obviously.

3.900 --> 00:33:39.239
And then you kind of usually go from there. Do you need Afci and
r just afci?

1.161 --> 00:33:44.449
You know. Alright so for this one.

5.720 --> 00:34:12.730
So I'm trying to think of how it would make it, because it it's
it was all square. D you're all eaten up here

3.030 --> 00:34:15.600
with like different prices.

5.870 --> 00:34:23.480
and some had nuisance tripping and some didn't, and then some had
, and then some had pigtails that would be more of a

4.400 --> 00:34:26.530
decision factor for me, I guess.

00:34:26.690 --> 00:34:27.510
Kevin Caves: Okay.

7.980 --> 00:34:33.359
Honestly cause, then that would be like, what's more important to
e

3.580 --> 00:34:39.630
plug-ons, or is it the pigtails? Or is it the fact that it's not
ve, or is it prone to nuisance? Stripping

4.130 --> 00:34:47.700
But I'm probably, if it's like an Eaton panel I'm gonna choose

00:34:49.230 --> 00:34:50.150
Kevin Caves: Okay.

0.270 --> 00:34:50.920
But

3.290 --> 00:34:59.949
if I would, especially if it's in mass production, if it's like a service call, and you're just trying to save money.

0.310 --> 00:35:05.990
I would honestly just see if Siemens is interchangeable with reakers.

6.580 --> 00:35:09.388
and there are different type of eaten breakers.

9.880 --> 00:35:20.160
ch, and br, so you gotta see if what type of panel it is, what breaker it accepts, and see if the Siemens breaker that you're looking at does accept the same exact as the Eaton.

00:35:20.770 --> 00:35:22.330
Kevin Caves: Right, right.

2.330 --> 00:35:24.469
It does, and you're saving

4.630 --> 00:35:30.699
$20. It might be worth just to buy buy it, because it's $20 if it does the same exact job.

00:35:31.370 --> 00:35:32.070
Kevin Caves: Yeah.

2.680 --> 00:35:39.859
And you can always also tell by the back of them. If you're in re, you can see on the back of them how it interconnects with the load panel.

00:35:40.580 --> 00:35:41.920
Kevin Caves: I see. Okay.

00:35:41.920 --> 00:35:47.330

[BLACK] Prongs or whatnot but if they are interchangeable?

0.770 --> 00:35:56.659
[BLACK] And yeah, so is this in? That's another question I'd ask, is it
ss production? Or is it more like a service call.

00:35:56.840 --> 00:35:57.780
Kevin Caves: Yeah.

00:35:58.370 --> 00:36:04.940
Kevin Caves: yeah, it's what it would be. Really best I can say is, would
be, whatever a typical project is in in your mind.

5.660 --> 00:36:06.380
[BLACK] Hmm.

00:36:07.340 --> 00:36:09.060
Kevin Caves: Or general inventory.

0.570 --> 00:36:13.189
[BLACK] General general inventory is gonna be eaten.

00:36:13.800 --> 00:36:14.650
Kevin Caves: Okay.

4.650 --> 00:36:17.179
[BLACK] Cause. Yeah, beaten and square. D.

00:36:17.860 --> 00:36:18.600
Kevin Caves: Okay.

8.920 --> 00:36:25.300
[BLACK] Service calls might be, you know, Siemens or Ge. If we need
ng small, some quick.

6.250 --> 00:36:27.780
[BLACK] just for one project.

00:36:29.470 --> 00:36:33.820
Kevin Caves: Okay. Alright. Well, let's yeah. Let's go to the next one.
Devin.

00:36:35.790 --> 00:36:37.359
Kevin Caves: Here we go again.

9.530 --> 00:36:41.709
 I got 2 square D's at least in this one.

00:36:41.710 --> 00:36:42.430
Kevin Caves: Yep.

7.430 --> 00:36:48.960
 So yeah, this for me, like

9.440 --> 00:36:53.060
 in my mind, like the prone to nuisance tripping. Yes, it would

3.390 --> 00:36:56.818
 obviously be annoying if it tripped like. But

7.780 --> 00:37:03.219
 that wouldn't be the 1st thing I would think about when you're
u're getting getting the breaker.

00:37:03.480 --> 00:37:04.390
Kevin Caves: Sure.

4.724 --> 00:37:09.739
 It would be. Would you need afci, or do you need Afci and gfci
ion.

00:37:10.040 --> 00:37:10.590
Kevin Caves: Yup!

0.970 --> 00:37:17.180
 And that's that's the difference in the cost. And that's usually
e cost difference is is about 1010 extra bucks

7.610 --> 00:37:25.059
 Yup. So it would completely depend on whether you need both or
ci.

00:37:25.970 --> 00:37:26.770
Kevin Caves: Yeah.

7.350 --> 00:37:30.169
 And for mass production I would like most

00:37:30.280 --> 00:37:34.885

like, even at my house, most contractors are just gonna do afci

00:37:35.240 --> 00:37:35.860
Kevin Caves: Okay.

5.860 --> 00:37:38.709
Just because it's cheaper, and it's it's quicker.

00:37:40.380 --> 00:37:47.299
Kevin Caves: Okay. So if you had to pick one, and of course you can always pick none, you can do the 4th option. But which which one do you think you'd go with.

7.300 --> 00:37:53.510
Yeah, I mean, I'd like to say, like I would like to if I was. ut it be price here.

4.590 --> 00:38:00.890
I don't know. I mean, if it was my own house I would honestly buy i breaker and put in Gfci receptacles.

1.371 --> 00:38:07.660
Why, I would do that if it I mean, that's really matter too much. e it's easier to troubleshoot, and they actually triple us.

00:38:07.940 --> 00:38:14.340
Kevin Caves: When you separate them when they're together, it actually has more nuisance stripping. And maybe that's why it's prone to nuisance stripping.

4.470 --> 00:38:17.180
I don't know if it's real.

7.520 --> 00:38:24.900
Are these real examples like real breakers? Or is this kind of de up breakers.

00:38:25.220 --> 00:38:33.310
Kevin Caves: I mean, it's it's based on, you know, like real world data. But no, they're not all, not everything, you see is gonna be an actual.

00:38:33.560 --> 00:38:34.580
Kevin Caves: You know.

00:38:35.110 --> 00:38:35.950

Kevin Caves: Store. Yeah.

5.950 --> 00:38:42.279

███████ Gotcha, but it's true. It is like the Afci gfcis are more known nuisance tripping.

00:38:42.520 --> 00:38:43.140
Kevin Caves: Yeah.

3.140 --> 00:38:44.540

███████ Just the fci.

00:38:45.610 --> 00:38:46.850
Kevin Caves: That is interesting.

7.608 --> 00:39:05.210

███████ But yeah, I'll choose a fci, because afci you do need more, afcis you need them more and than just because gfcis are used less in houses actually in different places only, or what locations, you know, bathrooms and kitchens and such garages. But afcis you pretty much need everywhere in a house, now so.

00:39:06.520 --> 00:39:11.920
Kevin Caves: Alright, that makes sense. So we'll we'll put you down for the 1st option, and let's move on.

00:39:12.120 --> 00:39:14.120
Kevin Caves: It's a number 5. Devin.

00:39:14.480 --> 00:39:15.430
Kevin Caves: Thanks.

00:39:16.370 --> 00:39:17.579
Kevin Caves: Here we go.

4.920 --> 00:39:48.909

███████ So expensive. But if I'm stocking up, I'm gonna choose eaten.

00:39:50.190 --> 00:39:50.970
Kevin Caves: Okay.

0.970 --> 00:39:54.099

███████ Like Tesla would have chosen Eaton automatically.

00:39:54.410 --> 00:40:04.930

Kevin Caves: Okay, alright. And just for the record, why are we picking Eaton for this one.

5.903 --> 00:40:08.900
More. Used more known brand that can be used

0.686 --> 00:40:17.134
at more locations like it's residential for sure.

00:40:19.900 --> 00:40:20.360
Kevin Caves: Okay.

0.390 --> 00:40:22.447
That's that's that's the main reason.

00:40:26.710 --> 00:40:27.779
Kevin Caves: Alright. Yeah.

7.780 --> 00:40:28.829
It's a bit yeah.

0.540 --> 00:40:33.239
I can see why people would go both ways, though, so.

00:40:33.590 --> 00:40:35.149
Kevin Caves: Sure, sure.

5.150 --> 00:40:42.699
Because some people like to do more just as cheap as you can go. w mass produce, and some are more about quality and.

00:40:42.890 --> 00:40:44.750
Kevin Caves: Yeah, that nature. So.

7.200 --> 00:40:49.389
But I will say I was like.

00:40:49.790 --> 00:40:50.590
Kevin Caves: Yeah.

0.590 --> 00:40:51.410
Hmm.

00:40:56.500 --> 00:40:58.862

██████    yeah, I'll just leave it at that.

00:40:59.200 --> 00:41:02.920
Kevin Caves: Okay. Alright, let's move on to Number 6. We're about halfway through now.

2.920 --> 00:41:03.569
██████  Oh, yeah.

6.580 --> 00:41:17.500
██████  Where do.

00:41:19.090 --> 00:41:22.659
Kevin Caves: Okay? And for the record, how did you pick square? D.

3.850 --> 00:41:31.330
██████  I'm coming to terms with just the Afci just talking it through ████t couple of questions. Square D's pretty much always going to be chosen, and then

1.440 --> 00:41:34.899
██████  the Afci just by itself, because it's cheaper.

00:41:35.120 --> 00:41:35.890
Kevin Caves: Yeah.

7.380 --> 00:41:40.830
██████  And for electricians I feel like engineers might

1.360 --> 00:41:46.560
██████  choose differently when it comes to prone to nuisance tripping. the electric, like electrician side.

7.060 --> 00:41:49.029
██████  They're not gonna notice that as much.

00:41:49.420 --> 00:41:50.370
Kevin Caves: Sure.

1.150 --> 00:41:54.929
██████  Out of the box. I mean, like we have to go back and then fix it.

5.790 --> 00:42:02.319
██████  But I feel like they've gotten a lot better like it's gotten like. I remember when I was afcis were 1st getting introduced.

2.600 --> 00:42:07.609
 it would. It would trip a lot more, and that used to be an issue. , like they're.

7.780 --> 00:42:13.619
 I feel like they've gotten a lot better. So they don't have as isance tripping, at least in my experience. So

00:42:14.900 --> 00:42:15.360
Kevin Caves: Got it.

5.360 --> 00:42:17.959
 Not too worried about it as I used to be. I guess you can say.

00:42:18.910 --> 00:42:22.400
Kevin Caves: Okay, that makes sense. Let's go into number 7.

5.980 --> 00:43:00.249
 Yeah, I mean, I guess I just yeah, just to stick to it. I guess st stick with the

0.970 --> 00:43:04.359
 Afci. Is the Eaton Single.

00:43:04.860 --> 00:43:07.350
Kevin Caves: Okay, write a number 2. Okay.

7.540 --> 00:43:14.920
 Yeah, because I mean, honestly, like my preferred. Well, it  on the system, like I said, if you need afci. Gfci, that's what I would choose.

5.160 --> 00:43:21.889
 and if you were, if you were gonna stock up I would have both on o you know what I mean? So like I wouldn't just choose one or the other.

2.540 --> 00:43:26.270
 But and I'd also choose plug-ons for all of them, like

6.900 --> 00:43:29.519
 I mean the the dollar amount like

00:43:30.110 --> 00:43:39.409

███ cause it's i i would like to see like how much I feel. I think about the same price, too, like a plug on compared to a pigtail when it's the same exact function.

00:43:39.630 --> 00:43:40.190
Kevin Caves: Right.

0.190 --> 00:43:44.840
███ So like I would always choose plug on if it's the same price, the pigtailed is kind of

5.855 --> 00:43:55.019
███ makes the congest up the panel to where there's wires everywhere e it. That's a nuisance in itself. When you got too many wires going every which way, and.

00:43:55.270 --> 00:43:55.780
Kevin Caves: Hmm.

5.780 --> 00:44:01.820
███ It really so, the plug on makes it quicker, easier, cleaner, .

1.940 --> 00:44:09.240
███ So the plug on was a big deal, because that was used to being a en it used to have the pigtails. But the plug on definitely changed that

9.810 --> 00:44:11.750
███ reinstall this as well.

00:44:11.750 --> 00:44:15.650
Kevin Caves: So would that make you more inclined to choose the second Eaton product.

6.430 --> 00:44:28.100
███ Yeah, it's just if I was gonna yeah, it depends on. Yeah. It just on what I'm gonna say, yeah, it's either the plug on is more important, and the afcgfci let's go with the 3rd one this time. Let's go with the 3rd one.

00:44:28.640 --> 00:44:29.780
Kevin Caves: Okay, fair enough.

00:44:30.260 --> 00:44:35.219
Kevin Caves: Alright. Let's move on to Number 8 Devin, or

00:44:35.550 --> 00:44:37.870
Kevin Caves: just about 3 quarters of the way through.

5.820 --> 00:44:46.760
Swearty.

00:44:48.210 --> 00:44:51.999
Kevin Caves: Square. D, okay for the record. How did we pick square? D.

3.180 --> 00:44:56.750
Well, it's the same price as the

9.170 --> 00:45:03.539
Siemens, and it's 2 multi function dual function.

00:45:03.540 --> 00:45:04.200
Kevin Caves: Yeah.

4.820 --> 00:45:07.679
So usually it's $10 more.

1.310 --> 00:45:14.710
Ge is really like, not used very much.

00:45:14.980 --> 00:45:16.360
Kevin Caves: Yeah, yeah.

6.360 --> 00:45:20.500
It's really just the brand I mean, I'm not gonna lie to you
D's my number one.

00:45:20.960 --> 00:45:24.659
Kevin Caves: Sure. Sure. Yeah, we've we've talked to other people who
feel the same way.

00:45:25.390 --> 00:45:27.699
Kevin Caves: Okay, let's move on to Number 9.

3.170 --> 00:45:37.539
Yeah. The only one that's close to square D is eaten in my mind.

00:45:37.690 --> 00:45:38.620
Kevin Caves: Okay.

8.620 --> 00:45:43.040
But swear D is gonna probably take this one, too, because this is

3.360 --> 00:45:46.260
way more expensive, though that's a that's a big jump. Hold on

8.540 --> 00:45:52.819
cause you only that's a weird one, because it's single function, t one's dual

3.690 --> 00:45:56.100
and prone to tripping. I I mean

8.490 --> 00:46:03.470
well, first, st like I mentioned beginning would matter what Because you can't change that out.

00:46:03.690 --> 00:46:04.240
Kevin Caves: Sure.

4.240 --> 00:46:06.620
Depending on what you're working on. But

7.150 --> 00:46:10.829
if the panel didn't matter, I mean that one's so much cheaper I'd ng.

1.150 --> 00:46:12.720
Okay, that's a lot.

00:46:13.510 --> 00:46:13.930
Kevin Caves: Yeah.

3.930 --> 00:46:20.479
Function, and I mean I deal with the pigtail for $26.

00:46:21.220 --> 00:46:22.879
Kevin Caves: Got it. Got it?

00:46:23.400 --> 00:46:25.520
Kevin Caves: Okay, let's move on to Number 10.

00:46:37.940 --> 00:46:39.020

It's weirdy.

00:46:39.680 --> 00:46:40.590
Kevin Caves: All right.

00:46:42.310 --> 00:46:46.979
Kevin Caves: And just for the record, it's I'm guessing. It's mostly because of the brand.

7.510 --> 00:46:49.056
Yep, brand.

0.350 --> 00:46:54.990
yeah. And it's not really that much more expensive. So I mean, the middle for this.

00:46:56.280 --> 00:46:57.640
Kevin Caves: Yeah.

8.030 --> 00:47:05.643
Yeah. The only reason why I wanted, I guess if it was like way ced then yeah, God, anyway.

00:47:06.590 --> 00:47:11.840
Kevin Caves: Alright sounds good number 11 is here we go.

5.770 --> 00:47:29.253
This one's closer. This is probably the closest one

5.410 --> 00:47:37.020
obviously G is out.

8.760 --> 00:47:44.479
I mean, it's not even in my mind. Gee is not even close, because ly a single function, and it's way it's more money. So

5.286 --> 00:47:48.700
use that. But Eaton being $10 less.

8.890 --> 00:47:52.710
both dual functions are both pigtails, and it's not defective.

3.190 --> 00:47:54.640
I would just, you know.

5.080 --> 00:48:02.909
throw a little extra icing on the top for mass production if
gonna save $10 every yeah, I'd I'd go eating this time.

00:48:03.330 --> 00:48:04.149
Kevin Caves: All right.

4.150 --> 00:48:05.120
I'm yo Eden.

00:48:05.270 --> 00:48:06.130
Kevin Caves: Fair enough.

00:48:07.060 --> 00:48:09.929
Kevin Caves: Okay, this is gonna be the last one coming up.

2.020 --> 00:48:37.810
I'm gonna go against what I've pretty much been saying, because
need. If you're gonna stock up, you do need some

8.990 --> 00:48:42.350
some G. Breakers. Maybe so, and it's a lot cheaper.

3.600 --> 00:48:45.899
I'd go. Ge, I guess there.

00:48:45.900 --> 00:48:46.640
Kevin Caves: Okay?

00:48:47.560 --> 00:48:49.600
Kevin Caves: So which which of the G's.

9.600 --> 00:48:50.910
Oh, sorry, the cheaper one!

1.810 --> 00:48:53.719
Alright! That's what I thought. So

3.720 --> 00:48:56.900
it is interchangeable with some of the panels and other breakers.

00:48:57.220 --> 00:49:00.519
Kevin Caves: Okay, so you're going for Ge, because it's

00:49:00.890 --> 00:49:03.120
Kevin Caves: most partly because of the price.

3.240 --> 00:49:09.586
And some some jobs like on older jobs. You can't insert Eaton or D

0.170 --> 00:49:12.499
well, you probably could, actually.

3.960 --> 00:49:16.909
But yeah, it's mainly the price. I'd say the price on that one.

00:49:17.520 --> 00:49:21.010
Kevin Caves: Okay, great. All right. Well, I think there's just

00:49:21.690 --> 00:49:24.339
Kevin Caves: one more question after this one.

00:49:24.580 --> 00:49:26.990
Kevin Caves: Let's see. Yeah, here we go.

0.022 --> 00:49:38.320
I mean, we kind of talked about it. I don't know if that's a t. Yes, on the confusion confusing part you kind of answered it. I don't know if you're gonna be there when they're taking the survey.

00:49:38.760 --> 00:49:41.479
Kevin Caves: No, not for everybody. Yeah.

1.480 --> 00:49:45.145
So that would be confusing on my part, I guess. Just the ns I had.

6.000 --> 00:49:51.109
just is it for mass production, or more like service jobs.

4.250 --> 00:50:01.390
and I think a lot of people might think like I do about the the . Certain breakers only go to certain panels.

00:50:02.820 --> 00:50:05.220
Kevin Caves: Panel compatibility. Yeah. Gotcha.

00:50:06.210 --> 00:50:08.870
Kevin Caves: Okay? Any anything else? We should put.

8.870 --> 00:50:14.779
▮▮▮▮ And whether, yeah, whether you need afci and gfci, or just fci.

00:50:16.820 --> 00:50:17.590
Kevin Caves: Yeah.

8.410 --> 00:50:20.276
▮▮▮▮ Cause that would make a big difference on

1.120 --> 00:50:27.480
▮▮▮▮ what breaker you choose when you're in the actual store, getting stocking up, because usually, even if you do just need

8.270 --> 00:50:36.919
▮▮▮▮ one or the other, usually, even if you're doing mass things, ▮, you're doing the same thing over and over again. So you're gonna kind of need one or the other a lot more than the other. One.

00:50:37.690 --> 00:50:39.249
Kevin Caves: I got it so.

9.250 --> 00:50:41.770
▮▮▮▮ We're gonna order one over the other.

00:50:42.230 --> 00:50:43.020
Kevin Caves: Okay?

00:50:44.670 --> 00:50:46.199
Kevin Caves: All right. Well.

00:50:46.300 --> 00:50:54.229
Kevin Caves: let's see, I think that's it. Then let's click on next Devin and see Progress bar should go to 100%. Yep, there we are.

00:50:57.830 --> 00:51:
Kevin Caves: Yeah. So, ▮▮▮▮ thanks so much for your time. And this has been very helpful. And ▮▮▮▮ let you go a few minutes early. Do do you have? If you have any final questions or comments? That's fine. If you don't, that's fine, too.

2.180 --> 00:51:15.509
▮▮▮▮ Oh, yeah, this was fun. Alright!

563
5.960 --> 00:51:19.580
█████  Alright! Well, thanks for taking your very 1st survey with us.

564
9.910 --> 00:51:20.559
█████  I do.

565
00:51:20.790 --> 00:51:22.029
Kevin Caves: Have a good day.

566
2.030 --> 00:51:22.750
█████  You too.

```
WEBVTT

00:01:41.800 --> 00:01:43.100
Kevin Caves: Hi! Everybody!

00:01:52.160 -->      :54.679
Kevin Caves: Hi, ███  Can you hear me? Okay.

00:02:08.690 --> 00:02:11.570
Kevin Caves: Hi! I can see you, but I can't hear you.

00:02:29.620 --> 00:02:30.620
Kevin Caves: Hi!

00:02:33.990 --> 00:02:35.510
Kevin Caves: Are you able to hear me?

00:02:36.930 --> 00:02:37.890
Kevin Caves: Huh?

   02:58.770 --> 00:02:59.400
███  : Hello!

00:02:59.720 --> 00:03:02.300
Kevin Caves: Yeah. Oh, perfect. Now I can hear you. Thank you.

00:03:06.230 --> 00:03:11.120
Kevin Caves: Yeah. It was sorry about that. I was getting the video just
fine. But no audio.

00:03:18.930 --> 00:03:20.340
Kevin Caves: Okay.

00:03:31.950 --> 00:03:37.640
Kevin      s: Okay. Well, I think if you can hear me, and if I can hear
you, ███  then we can get started.

00:03:39.480 --> 00:03:43.146
Kevin Caves: All right, let me.

00:03:44.970 --> 00:03:48.180
Kevin Caves: I'll start by reading you some introductory stuff.

00:03:48.900 --> 00:03:59.789
```

Kevin Caves: and then we can get going with the interview and the interview scheduled for an hour. I think we'll probably finish before that. But we'll we'll be. We'll definitely be done in an hour.

00:04:02.060 --> 00:04:12.430
Kevin Caves: so okay, so here we go. So thanks for agreeing to participate in today's interview. My name's Kevin Caves. Obviously, I'll be conducting this interview.

00:04:13.053 --> 00:04:20.129
Kevin Caves: I work for a consulting firm called Mclave and Associates. We've been retained to to do this research.

00:04:20.329 --> 00:04:26.909
Kevin Caves: and Devin Myers, as you can see, is also on the call. She also works for Mcclaven associates.

00:04:28.510 --> 00:04:38.739
Kevin Caves: as you know this interview is being recorded your participation in and responses to the survey, and your answers in this interview are all anonymous and confidential.

00:04:40.130 --> 00:04:44.059
Kevin Caves: Your personal information is protected and is not going to be shared or disclosed.

00:04:46.660 --> 00:04:54.499
Kevin Caves: The what we're doing here is the reason we're conducting these interviews is because we're actually developing

00:04:54.810 --> 00:04:59.550
Kevin Caves: a survey. And the target audience for the survey is electricians.

00:04:59.750 --> 00:05:08.913
Kevin Caves: So we've been talking to folks like you to just to make sure that the questions we're asking are done in a way that you know, or is

00:05:09.710 --> 00:05:16.029
Kevin Caves: just as clear as possible, and that makes sense to an electrician and make sure we're getting the technical terms right? Stuff like that.

00:05:18.360 --> 00:05:38.219
Kevin Caves: so what what we'll do is in a moment Devin will start sharing her screen with you, and we'll go through a bunch of questions. The 1st few will be pretty routine and easy. And after that they'll get

slightly more complicated. But for each question, what I'm gonna ask you to do is is.

00:05:38.440 --> 00:05:41.320
Kevin Caves: read it. Let me know if

00:05:41.590 --> 00:05:47.079
Kevin Caves: definitely let me know if you have questions about it, or if anything isn't clear or just seems wrong or

00:05:47.936 --> 00:05:57.033
Kevin Caves: definitely let me know. But then, after you've had a chance to read it. Tell us what your answer would be, and then, in most cases,

00:05:57.740 --> 00:06:05.850
Kevin Caves: I'll ask you questions. Follow up questions about you, know how you chose the answer and what you thought about how the question was written. And stuff like that.

00:06:08.670 --> 00:06:16.079
Kevin Caves: yeah. So okay, I think we're about ready to start. Do you have any initial questions before we dive into the to the interview?

06:18.130 --> 00:06:20.419
■ : Nope. Sounds pretty cut and dry.

00:06:20.820 --> 00:06:22.230
Kevin Caves: Great great.

00:06:22.470 --> 00:06:27.910
Kevin Caves: Alright. So here's the here we go.

00:06:28.040 --> 00:06:34.569
Kevin Caves: So the like, I said. The 1st couple of questions are routine, so just read it over, and let us know how you would, how you would answer.

06:35.740 --> 00:06:36.970
■ : Your participation.

06:43.560 --> 00:06:44.879
■ : I wish to continue.

00:06:46.740 --> 00:06:50.549
Kevin Caves: Okay, thank you. Okay, let's move on to the next one. Devin.

06:54.380 --> 00:06:57.520
■ : Mass. In which state do you live in Massachusetts?

00:06:58.040 --> 00:06:59.550
Kevin Caves: Massachusetts.

00:07:02.600 --> 00:07:03.710
Kevin Caves: Perfect.

07:      > 00:07:08.819
■ : ■

00:07:09.830 --> 00:07:11.970
Kevin Caves: Alright, moving on.

07:16.990 --> 00:07:18.760
■ : Arc, bald circuit, interrupter.

00:07:19.140 --> 00:07:20.160
Kevin Caves: Okay?

00:07:20.770 --> 00:07:28.389
Kevin Caves: And just for the record is that is afci, a pretty common abbreviation for an electrician.

07:28.790 --> 00:07:29.460
■ : Yeah.

00:07:29.460 --> 00:07:30.429
Kevin Caves: It is okay.

07:30.430 --> 00:07:32.099
■ : Yeah, it's the. It's the standard.

00:07:32.470 --> 00:07:35.959
Kevin Caves: Good. Good. Okay. Next, question. Devin.

07:40.520 --> 00:07:51.270
■ : We 1st are called circuit interrupters, or afcis in the United tes, between 2017 and the present. Now, throughout the survey there are 2 breakers that are located in

07:52.240 --> 00:07:54.349
■ : not recyclable installed.

07:55.640 --> 00:07:56.110
: No?

08:00.023 --> 00:08:06.319
: So yes, I have, I mean for clarity.

00:08:06.320 --> 00:08:06.700
Kevin Caves: Sure.

08:06.700 --> 00:08:08.420
: Can you purchase our

08:09.230 --> 00:08:15.059
: our fault, circuit interrupters, or afcis in the United States
ween 2,017 and present?

08:17.300 --> 00:08:21.149
: You could just get rid of the whole. That note part, and just save.

08:21.400 --> 00:08:26.029
: you know, that'd be purchased our fault circuit interrupters or
i breakers

:08:26.840 --> 00:08:29.760
: in the United States between 2017, and the present.

00:08:30.945 --> 00:08:31.440
Kevin Caves: Okay.

08:31.970 --> 00:08:32.629
: Alright cool.

08:34.671 --> 00:08:38.180
: The Afci refers to breakers that are

08:38.630 --> 00:08:43.830
: located in the electrical panel and not receptacles installed at an
tlet.

08:44.720 --> 00:08:49.800
: You don't. You don't install an afci at an outlet.

00:08:50.030 --> 00:08:53.290

■ : you can install an an afci outlet.

08:54.610 --> 00:08:58.649
■ : but you don't install an Afci into an outlet.

00:08:59.280 --> 00:09:02.779
Kevin Caves: Oh, I see it's just like the whole. The whole outlets in Afci.

09:02.780 --> 00:09:06.629
■ : Exactly the outlet itself, the receptacle.

09:08.380 --> 00:09:13.149
■ : the receptacle, is park, fall protected, or ground fall protected.

00:09:16.420 --> 00:09:20.879
Kevin Caves: Okay, that's that's good to know. All right, we can move to the next one. Devin.

09:29.310 --> 00:09:34.590
■ : Friends, like all the reply, ZEEN.

09:34.870 --> 00:09:38.189
■ : Nyder square d siemens. Yeah.

:09:39.210 --> 00:09:41.580
■ : All those that seems good.

00:09:42.380 --> 00:09:45.000
Kevin Caves: So all of the first, st all the 1st 4.

09:45.400 --> 00:09:45.950
■ : Yep.

00:09:48.410 --> 00:09:50.300
Kevin Caves: Okay, did you get that Devin.

00:09:52.860 --> 00:09:53.930
Devon Myers: I'm sorry.

00:09:54.720 --> 00:09:56.920
Kevin Caves: Yeah, each. All the 1st 4.

00:09:58.040 --> 00:09:58.940

Kevin Caves: Yeah. No problem.

00:09:58.940 --> 00:09:59.470
Devon Myers: Thank you.

00:09:59.840 --> 00:10:04.290
Kevin Caves: Let's see. And then any any others, or just just those 4.

10:06.920 --> 00:10:13.780
█████ : Oh, let's see. Damons, Eaton Square. D,

10:17.550 --> 00:10:19.289
█████ : yeah. So that's that's about it.

00:10:19.420 --> 00:10:20.090
Kevin Caves: Okay.

00:10:20.250 --> 00:10:21.190
Kevin Caves: Fair enough.

10:28.640 --> 00:10:32.060
█████ : Where have you purchased? And yet we but

10:33.190 --> 00:10:36.690
█████ : electric supply distributors, big box retailers?

10:37.630 --> 00:10:40.420
█████ : Yeah. Electrical supply distributors.

00:10:43.370 --> 00:10:46.380
Kevin Caves: Okay, the 1st one and the second one.

10:46.380 --> 00:10:46.920
█████ : Yep.

00:10:47.250 --> 00:10:48.899
Kevin Caves: Okay, any others.

10:49.330 --> 00:10:49.880
█████ : Nope.

00:10:50.520 --> 00:10:54.309
Kevin Caves: Okay, all right. Moving on to the next one.

11:01.570 --> 00:11:03.880
  ▮ : It'd be most often purchased.

11:12.210 --> 00:11:13.659
  ▮ : most often.

11:17.260 --> 00:11:19.580
  ▮ : probably big box retailers.

00:11:19.870 --> 00:11:20.670
Kevin Caves: Okay?

00:11:22.320 --> 00:11:30.869
Kevin Caves: And is there a reason? You you would you would buy from one of those over the other? Is there a difference in price or service?

11:30.870 --> 00:11:31.510
  ▮ : Our husbands.

00:11:31.510 --> 00:11:32.210
Kevin Caves: Thing like that.

11:32.590 --> 00:11:38.880
  ▮ : It. Just the vast majority of the time that purchasing

11:40.481 --> 00:11:42.940
  ▮ : in our call breaker is

11:45.700 --> 00:11:48.340
  ▮ : for a for a service call.

11:50.460 --> 00:12:01.949
  ▮ : Basically, there's already in our fall breaker installed. It's a one. We call them nuisance trips, things that we have to service all the time. It's a huge issue throughout the industry, and the easiest.

12:02.900 --> 00:12:06.269
  ▮ : fastest way to get the replacement is just to go to the big box.

00:12:06.980 --> 00:12:07.849
Kevin Caves: Got it.

00:12:08.777 --> 00:12:14.000

■ : But I mean, if I'm doing like a whole, you know, brand new install. n. Yeah, I'll get it from the distributor.

00:12:14.310 --> 00:12:14.930
Kevin Caves: Okay.

12:14.930 --> 00:12:17.799
■ : So I can just order them all in bulk, you know, but.

00:12:18.880 --> 00:12:22.270
Kevin Caves: Do they do? They give you a better price when you order them in bulk.

12:23.300 --> 00:12:25.010
■ : Depends on your

12:25.170 --> 00:12:33.030
■ : yeah. You'll you'll get a better price if you order them in bulk, depends on how much business you do with the distributor.

00:12:33.030 --> 00:12:34.260
Kevin Caves: Right, right.

12:34.260 --> 00:12:44.089
■ : You do a hundred dollars a year with Concord Electric? You're not na get much of a discount, but if you do a hundred $1,000 a year. Then, yeah, you're gonna get a much bigger discount.

00:12:44.550 --> 00:12:45.930
Kevin Caves: Sure. Sure.

00:12:46.630 --> 00:12:49.110
Kevin Caves: Alright good! Let's go to the next one, Devin.

00:12:51.250 --> 00:12:52.610
Kevin Caves: We know this one.

12:52.850 --> 00:12:53.530
■ : Yeah.

00:12:56.900 --> 00:13:02.789
Kevin Caves: And and the next one would be Massachusetts. Are there? Are there any others besides Massachusetts.

00:13:03.040 --> 00:13:04.110

███ : No, just Matt.

00:13:04.480 --> 00:13:05.420
Kevin Caves: Got it.

13:11.480 --> 00:13:12.560
███ : No.

00:13:13.280 --> 00:13:15.050
Kevin Caves: No other surveys. Okay.

13:24.470 --> 00:13:27.230
███ : You can select marketing.

13:27.990 --> 00:13:28.859
███ : See? You do.

13:33.310 --> 00:13:34.469
███ : Yes, I would.

00:13:35.020 --> 00:13:36.030
Kevin Caves: Okay.

00:13:36.240 --> 00:13:42.599
Kevin Caves: alright. So now we're gonna pause. The screen sharing just for a second Devin's gonna pull up the

00:13:43.000 --> 00:13:54.970
Kevin Caves: basically what's going on is, we're we're talking to a lot of electricians, and we keep fine tuning the survey. So we want to make sure we're showing you the the latest version with all the latest changes and stuff.

00:13:55.751 --> 00:14:02.799
Kevin Caves: Yeah. So now the questions will get a little, a little less routine hopefully, a little more interesting.

00:14:05.900 --> 00:14:09.299
Kevin Caves: And we're sort of getting more to the to the meat of the survey.

00:14:13.580 --> 00:14:15.450
Kevin Caves: Okay, I'll let you read this one.

00:14:43.610 --> 00:14:44.650

: Understand.

00:14:45.600 --> 00:14:46.460
Kevin Caves: Okay.

00:14:47.220 --> 00:14:53.919
Kevin Caves: So here's where I'll start our. I'll start asking more.
Follow up questions. So so for the

00:14:54.450 --> 00:14:59.189
Kevin Caves: in your own words, how would you describe what this question
is is saying.

15:03.820 --> 00:15:06.120
: Like this this particular one, I mean.

00:15:06.120 --> 00:15:08.050
Kevin Caves: Yeah, yeah, just this one, yeah.

15:08.554 --> 00:15:16.800
: It's saying you're gonna show me a couple of different options of
ically different brands of our fault

15:17.540 --> 00:15:18.870
: with all breakers.

15:19.030 --> 00:15:24.279
: But pick which one that I would, or just based off those.

00:15:33.340 --> 00:15:34.185
Kevin Caves: Yeah,

00:15:35.370 --> 00:15:45.029
Kevin Caves: And the way it's written does it? Is it? Fairly fairly
obvious what's going on? Or do you think it could have been written
better, or What's what's your take.

15:45.940 --> 00:15:46.579
: I mean.

:15:49.000 --> 00:15:52.260
: The only thing that I really kind of stands out to me is

15:55.630 --> 00:15:59.950
: it's more of a all. The Afcis are the same.

■ : and our fault circuit interrupter, afci breaker is an afci breaker, t's what it is. There's not really different type of afci breaker

Kevin Caves: Sure.

■ : The only thing that you really kind of get into when you're talking ut the different types of afci breakers are

■ : whether or not it's a you know.

■ : the breaker say pigtail or a neutral bar, or if it has a plug on, it has the plug on neutral feature. But

■ : oh, and that's more like a brand of Amcf breaker.

■ : Things of that sort other than that. They all really have the same tures, the same.

■ : Yeah, not much different as far as the type of afci concerned.

Kevin Caves: Got it. Okay?

Kevin Caves: Alright. Well, that's yeah. That's helpful. Let's yeah. Let's move on to the next one.

■ : Okay? Pushing into the folder.

■ : Understand?

Kevin Caves: Okay.

00:17:19.529 --> 00:17:25.389
Kevin Caves: Alright good. The next one's gonna be a little longer, so I'll give you a chance to read it.

18:22.010 --> 00:18:22.970
■ : I understand.

00:18:24.920 --> 00:18:34.169
Kevin Caves: Okay, alright. So so again, in in your own words, how would you describe what this

00:18:34.310 --> 00:18:36.139
Kevin Caves: screen is telling you?

18:38.758 --> 00:18:45.190
■ : I mean, it's basically telling me that one that

18:47.350 --> 00:18:55.260
■ : the manufacturers are starting to identify or recognize publicly t nuisance trips are a thing

18:56.446 --> 00:19:03.010
■ : they've been going on for, I mean, since the 1st our fault breakers e were put out.

:19:03.980 --> 00:19:07.459
■ : For whatever reason we couldn't figure them out. They just they ld just keep dripping.

00:19:07.860 --> 00:19:08.550
Kevin Caves: Hmm.

19:08.550 --> 00:19:09.230
■ : Oh!

00:19:16.030 --> 00:19:16.750
Kevin Caves: Yeah.

00:19:17.200 --> 00:19:21.690
Kevin Caves: And so is nuisance tripping some. I mean, I I

00:19:21.860 --> 00:19:25.760
Kevin Caves: I can tell. I can tell that it is. But what like, how, how.

00:19:25.940 --> 00:19:30.250
Kevin Caves: how often do you do you feel like you deal with nuisance, tripping on the job.

19:35.560 --> 00:19:38.580
█ : I mean on a monthly basis. Yeah.

00:19:38.790 --> 00:19:39.520
Kevin Caves: Okay.

19:39.800 --> 00:19:44.640
█ : You know, anywhere from a couple of times a month, you know, ends on what

19:46.320 --> 00:19:48.610
█ : job you've been doing. But I mean.

19:49.010 --> 00:19:55.670
█ : if it's a brand new install. Yeah, you're almost guaranteed to have come back and swap out some breakers to the new.

00:19:56.350 --> 00:19:58.730
Kevin Caves: For even though the breakers are brand new.

19:58.970 --> 00:19:59.680
█ : Oh, yeah.

19:59.850 --> 00:20:00.530
█ : Yep.

00:20:01.510 --> 00:20:02.210
Kevin Caves: Huh?

00:20:02.390 --> 00:20:10.269
Kevin Caves: And so, yeah, so how do you? So when you, when you have to deal with nuisance tripping, what's what's the most common way to deal with it.

20:11.890 --> 00:20:15.719
█ : The most common way to deal with it is swap out the breaker.

20:16.270 --> 00:20:22.709
█ : It just replace it for another breaker. And then, yeah, it's keep ng from there.

00:20:23.130 --> 00:20:31.519
Kevin Caves: So, yeah, okay, so you would put in like, you would swap it out for a new breaker of the same. The same brand that was in there before.

20:32.200 --> 00:20:32.860
███ : Yes.

00:20:33.160 --> 00:20:33.930
Kevin Caves: Okay?

00:20:34.900 --> 00:20:37.680
Kevin Caves: And does that usually fix the problem.

20:39.411 --> 00:20:43.720
███ : Yeah. For the most part it will. Sometimes it will take, you know.

20:45.020 --> 00:20:48.143
███ : swapping out the breaker 2, 3 times

00:20:48.810 --> 00:20:49.290
Kevin Caves: Hmm.

20:49.290 --> 00:20:53.640
███ : If it does, if it does happen, it continues to trip over, you know.

20:54.960 --> 00:21:02.070
███ : After that, after you swapped out the breaker for the 1st time. n, yeah, you'll actually look into troubleshooting some other issues within the circuit.

21:02.535 --> 00:21:10.360
███ : Not a nuisance trip. Maybe. You know, it has something to do with of the led drivers are defective, that causing

21:11.090 --> 00:21:13.610
███ : making it think that there's a an arc.

00:21:14.030 --> 00:21:14.680
Kevin Caves: Hmm.

21:16.980 --> 00:21:20.820
███ : Yeah, swapping out the breaker for the you know.

00:21:21.580 --> 00:21:28.110

■ : Same brand, just different breaker, the new one. The webinar, is t barely defect.

Kevin Caves: And is, is that something that you have to pay for? Usually? Does the customer pay for it?

■ : So it it depends.

■ : If it's a service call, you know. Say, like, I didn't do the tial install, it's just a service call that I get, hey? You know, whatever reason the circuit trips randomly on me keeps happening. Lights randomly. Trip. Go on and off.

■ : Then. Yeah, the customer will pay for it.

■ : It's just a service call if it's a

■ : installation that I did. Prior like. You know, a service upgrade, say it's a new construction

■ : and upgrade their service. We'll run a whole bunch of new circuits them.

■ : Then, in that case it's something that I end up biting the bullet

Kevin Caves: Hmm.

■ : As far as as far as the the labor is concerned.

■ : and I'll I'll go and swap out the breaker form. Okay? No problem the materials.

00:22:22.830 --> 00:22:29.600

█ : I can generally return the faulty breaker back to the supply house the distributor.

00:22:30.715 --> 00:22:37.599
Kevin Caves: Okay, even even to like a even to like a big box store. If you return breakers there.

22:37.760 --> 00:22:38.350
█ : Yeah.

00:22:38.550 --> 00:22:51.519
Kevin Caves: Okay, okay, got it? Okay. And and just one more. One more thing on this question, do you?

00:22:51.680 --> 00:22:53.030
Kevin Caves: Do you feel like the?

00:22:55.280 --> 00:22:56.110
Kevin Caves: It's

00:22:57.290 --> 00:23:05.169
Kevin Caves: how how should I put it? Is, is it? Do you think it's it's doing a reasonably good job of describing? You know what nuisance tripping is.

:23:07.220 --> 00:23:10.230
█ : And let's see.

23:19.610 --> 00:23:20.410
█ : yeah.

00:23:23.010 --> 00:23:25.899
Kevin Caves: Okay, good. We can move on to the next one. Devin.

00:23:29.950 --> 00:23:41.200
Kevin Caves: Okay. Now, we got the 1st of these 12 purchase decisions. So I'm gonna you know, give you some time to read the question and decide which of these options you would. You would select.

24:07.340 --> 00:24:10.329
█ : I mean, if I had yeah, I'd go with Eaton.

00:24:11.970 --> 00:24:17.189
Kevin Caves: Okay, so you'd pick the Eaton single function Afci for 59, 97.

00:24:17.890 --> 00:24:25.049
Kevin Caves: And so I'm gonna I'll ask you this for all of them. But just for the record, how did you pick that option over the other options?

24:29.060 --> 00:24:31.660
: That I'm looking for just a single function.

24:33.520 --> 00:24:39.090
: Afci. I don't need the ground fault protection that's provided by Siemens.

24:39.490 --> 00:24:46.819
: Yeah, the square. D just says right off the bat that it's grown sance. Tripping.

24:50.070 --> 00:24:57.020
: you know, just knows from experiences less nuisance trips than mens.

00:24:57.350 --> 00:24:58.710
Kevin Caves: Hmm, okay.

24:59.540 --> 00:25:05.570
: And Ian provides the has the the clbreakers, so

:25:06.430 --> 00:25:08.200
: you can put them in any panel.

00:25:09.230 --> 00:25:11.160
Kevin Caves: Got it. Okay?

00:25:12.230 --> 00:25:15.960
Kevin Caves: Alright, great. Let's move on to the second one. Devin.

25:40.410 --> 00:25:43.540
: Yeah, pretty pretty standard go with eating as well.

25:44.660 --> 00:25:51.040
: I mean again, it also depends on this the situation. I mean, if

25:51.190 --> 00:25:55.299
: if I'm servicing a Siemens panel. I have to go with a Siemens aker.

00:25:55.300 --> 00:25:56.030
Kevin Caves: Sure.

25:56.360 --> 00:26:00.609
█ : You know, or we're supposed to go with a series breaker.

00:26:00.900 --> 00:26:01.430
Kevin Caves: Sure.

26:02.740 --> 00:26:08.409
█ : Yeah, I mean, based off that and go with the eating. I mean, the ce is good and it's not defective.

26:08.780 --> 00:26:12.555
█ : It's covering them. The artful.

00:26:14.500 --> 00:26:15.279
Kevin Caves: All right.

00:26:15.410 --> 00:26:20.610
Kevin Caves: Okay, okay, that makes sense. Yeah, let's go to number 3.

26:39.290 --> 00:26:40.719
█ : Yeah, I go with the Siemens.

00:26:43.670 --> 00:26:50.020
Kevin Caves: Okay, Peach, go for the semen. Single function Afci for 62, 28,

00:26:50.170 --> 00:26:53.080
Kevin Caves: and just for the record, how did you make that choice?

26:54.524 --> 00:26:56.579
█ : Based off the price.

26:57.790 --> 00:27:03.350
█ : That was not defective, as the plug on neutral.

00:27:03.990 --> 00:27:09.210
Kevin Caves: Okay, okay, let's move on to number 4.

27:30.400 --> 00:27:31.140
█ : Eaten.

00:27:36.372 --> 00:27:39.590
Kevin Caves: It's got the artful protection that you need.

27:41.230 --> 00:27:47.480
█ : As the better price. It's not defective, you know. We.

00:27:49.330 --> 00:27:51.280
Kevin Caves: Okay, I understand.

00:27:52.140 --> 00:27:55.200
Kevin Caves: All right, great. Let's go move on to Number 5.

28:17.750 --> 00:28:19.749
█ : I go with the Eaton dual function.

00:28:20.770 --> 00:28:25.380
Kevin Caves: Okay? And just for the record, how is that the the best choice.

28:26.105 --> 00:28:28.870
█ : It's not defective. The price is better.

28:29.620 --> 00:28:31.350
█ : You had the plug on neutral.

:28:33.820 --> 00:28:39.590
█ : although I may or may not need it. It offers the ground. Fault, tection, as well.

00:28:40.440 --> 00:28:47.060
Kevin Caves: Okay, makes sense. All right. We're almost halfway through. Let's go on to Number 6. Devin.

00:28:47.560 --> 00:28:48.700
Kevin Caves: Here we go.

29:37.730 --> 00:29:39.129
█ : Probably go with Eaton.

00:29:39.660 --> 00:29:40.460
Kevin Caves: Okay.

00:29:42.870 --> 00:29:45.120
Kevin Caves: And how did how did you pick Eaton.

29:52.560 --> 00:29:56.880
■ : You don't really come across te panels anymore nowadays.

29:57.700 --> 00:30:00.900
■ : Pretty much going with the other square. D Siemens.

30:02.400 --> 00:30:03.500
■ : Pretty eaten.

30:03.660 --> 00:30:04.390
■ : Yeah.

00:30:05.280 --> 00:30:06.180
Kevin Caves: Okay?

00:30:07.030 --> 00:30:13.730
Kevin Caves: So you. So you eliminated the the ge because the the panels aren't very common. And then did you pick

00:30:14.080 --> 00:30:17.149
Kevin Caves: eaten over siemens mainly because of the price, then.

30:17.580 --> 00:30:18.250
■ : Yeah.

00:30:18.470 --> 00:30:20.600
Kevin Caves: Yeah, makes sense.

00:30:20.950 --> 00:30:22.700
Kevin Caves: Okay, let's go to the next one.

31:06.670 --> 00:31:07.959
■ : I mean, if there's for a

31:08.280 --> 00:31:10.119
■ : gonna start, a project coming up

31:11.390 --> 00:31:13.300
■ : yeah, and go with the square d.

00:31:13.690 --> 00:31:14.410
Kevin Caves: Okay.

31:14.410 --> 00:31:22.570
█ : It being not defective, the better price plug on neutral, and it ng dual function.

31:23.030 --> 00:31:28.779
█ : Oh, but I guess for for all these that you've been asking about.

00:31:29.330 --> 00:31:30.160
Kevin Caves: Yeah.

31:30.160 --> 00:31:33.700
█ : It all depends on, you know.

31:34.610 --> 00:31:37.680
█ : It depends on what what kind of panel you're installed.

00:31:38.090 --> 00:31:38.790
Kevin Caves: Yep.

31:39.390 --> 00:31:46.289
█ : If if it's a new project, you know, typical project. Say, service rade, you're going with the

31:46.520 --> 00:31:53.120
█ : square, deep panel. Yeah, you're gonna get all square, deep akers, our faults, ground faults, dual functions.

00:31:54.140 --> 00:31:54.470
Kevin Caves: Right.

31:54.470 --> 00:31:57.409
█ : Campaign, whether you're installing a Siemens panel or an Eaton .

00:32:00.500 --> 00:32:03.609
Kevin Caves: Yeah, okay, thanks. Yeah, we'll, we'll keep that in. Mind.

00:32:06.510 --> 00:32:08.820
Kevin Caves: Okay, yeah, we can move on to number 8.

:32:31.450 --> 00:32:32.590
█ : North Siemens.

00:32:34.300 --> 00:32:40.780
Kevin Caves: Okay. So the Siemens single function for 62, 28.

32:41.270 --> 00:32:41.900
█ : Yep.

00:32:42.910 --> 00:32:45.600
Kevin Caves: Okay. How did you? How did you choose that one.

32:46.430 --> 00:32:49.240
█ : Oh, saying, say it was

32:49.810 --> 00:32:52.319
█ : or for like a service call situation

32:53.810 --> 00:33:03.719
█ : need to swap out a breaker. Not all else. See the majority of els, if they're older.

33:03.990 --> 00:33:06.850
█ : don't have a plug on neutral

33:06.950 --> 00:33:10.240
█ : capability. You. You have to use the big deal.

00:33:10.610 --> 00:33:11.469
Kevin Caves: Oh, I see!

33:12.350 --> 00:33:17.430
█ : So they're not, you know, defective. I only need the artful tection.

33:19.470 --> 00:33:20.130
█ : Yeah.

00:33:20.680 --> 00:33:21.480
Kevin Caves: Got it.

00:33:22.250 --> 00:33:25.210
Kevin Caves: Alright! Good! Good! Let's move on to Number 9.

:33:54.260 --> 00:33:55.120
█ : And boom!

33:55.300 --> 00:33:57.730
█ : If it fit the panel, I'd go with the square. D.

00:33:58.150 --> 00:33:58.910
Kevin Caves: Okay.

34:00.660 --> 00:34:09.239
■ : Just based off the price covers the type of protection that I need defective.

00:34:12.170 --> 00:34:17.990
Kevin Caves: Okay, yeah. The Schneider electric square. D for 49, 56. Okay, that makes sense.

00:34:18.300 --> 00:34:19.830
Kevin Caves: Let's go to the next one.

34:50.560 --> 00:34:53.770
■ : Didn't have to go with the eaten dual functions.

00:34:54.250 --> 00:34:55.120
Kevin Caves: Okay.

34:56.050 --> 00:34:57.590
■ : Just based off the price.

00:34:59.570 --> 00:35:00.510
Kevin Caves: Got it.

35:00.510 --> 00:35:02.690
■ : As far as mass as far as Maths.

35:03.070 --> 00:35:06.790
■ : Massachusetts amendments to the electrical code. Basically the

35:08.150 --> 00:35:12.510
■ : the amendments to the National Electric Code for Massachusetts talls.

35:12.970 --> 00:35:17.890
■ : the vast majority of the circuits are being required to be dual nction.

00:35:18.690 --> 00:35:20.390
Kevin Caves: Oh, I right.

35:20.990 --> 00:35:24.580
■ : So we're there, and the bridge.

00:35:25.420 --> 00:35:35.789
Kevin Caves: So. And speaking of the prices we've shown you a lot of prices so far are they are the prices you're seeing more or less in line with with what you'd expect to pay.

35:39.820 --> 00:35:41.690
■ : Probably. Less. Yeah.

00:35:41.690 --> 00:35:43.010
Kevin Caves: A little bit less. Okay.

35:43.010 --> 00:35:51.030
■ : Yeah, for for a neat and dual function. Plug on neutral. Yeah. bably looking at about 65.

35:51.490 --> 00:35:53.959
■ : I'm 65 or so from a big box.

00:35:54.130 --> 00:35:55.930
Kevin Caves: Okay, okay?

00:35:57.690 --> 00:36:02.403
Kevin Caves: And and then also, now that we've done a few of these questions,

00:36:03.750 --> 00:36:05.262
Kevin Caves: do you feel like?

00:36:06.620 --> 00:36:15.850
Kevin Caves: The way we're presenting this. Does it give you enough information to make an informed decision about what you would actually purchase in real life?

36:17.600 --> 00:36:20.990
■ : No.

36:22.790 --> 00:36:31.524
■ : it's it's not like the information that you know is being provided ut each breaker. I mean, that information is fine, you know. You say, okay,

36:32.460 --> 00:36:34.909
■ : pigtail, 15 amp. Single pole.

36:36.570 --> 00:36:40.420
: Our fault breaker, or, you know, plug on neutral

36:40.660 --> 00:36:44.000
: 15 amp. Single bold dual function breaker.

36:44.360 --> 00:36:47.410
: It's it's more of like the question of okay

36:47.770 --> 00:36:54.330
: doing this for a typical project or for general inventory. Yeah.

36:57.190 --> 00:36:59.320
: if it's for general inventory, then I'm

36:59.640 --> 00:37:04.579
: I'm gonna go with whatever panels that I most typically install.

00:37:04.910 --> 00:37:05.620
Kevin Caves: Right.

37:05.840 --> 00:37:12.399
: You know, and it's a either. The question could be tailored to like
pecific situation.

00:37:13.190 --> 00:37:13.940
Kevin Caves: Right.

37:17.370 --> 00:37:23.400
: Where you can say whether you're doing a service call for a
sance trip or you're doing any, you know.

37:24.305 --> 00:37:28.760
: You know. Service upgrade, you know, with this type of email?

37:29.460 --> 00:37:33.080
: Or are you doing service upgrade? But the panels already

:37:34.430 --> 00:37:36.890
: rated for the 200 amps, and.

37:37.790 --> 00:37:42.410
: as you know, to an old Ge panel, for example.

37:44.020 --> 00:37:51.119
█ : would you go with an even breaker of this? Would you go with a ee. l function? Would you go with the Ge. Article.

00:37:51.680 --> 00:37:52.420
Kevin Caves: Right.

37:53.150 --> 00:37:55.359
█ : If it really would.

37:55.770 --> 00:38:00.499
█ : Which one you're gonna go with. It's just all dependent on what t you need in that particular situation.

00:38:00.820 --> 00:38:08.860
Kevin Caves: Yeah, okay, yeah. So you'd like a little more, a little more specificity about, you know what type of

00:38:09.070 --> 00:38:11.179
Kevin Caves: you know, what you need the breaker for. Basically.

38:11.180 --> 00:38:16.389
█ : Yeah. Like, why? Why am I? Why am I in the market for the artfall akers?

00:38:16.590 --> 00:38:24.070
Kevin Caves: Right? Right? Okay, that's helpful. Alright, let's go on. We're almost. We're getting close to the end. Let's go on number 11.

38:53.750 --> 00:38:55.189
█ : Again it could fit the panel.

38:55.490 --> 00:38:57.110
█ : Yeah, I'd go with the.

38:58.100 --> 00:39:03.850
█ : It's the single function, our fault protection plug on neutral jeep aker.

00:39:05.070 --> 00:39:05.825
Kevin Caves: Okay.

39:06.580 --> 00:39:08.520
█ : Based off the price.

39:12.410 --> 00:39:13.230
█ : Yeah.

00:39:15.190 --> 00:39:20.690
Kevin Caves: Based off the price. And okay, okay, that's interesting. So

00:39:21.720 --> 00:39:23.540
Kevin Caves: so you'd be willing to go again.

00:39:24.250 --> 00:39:25.719
Kevin Caves: Yeah, depending on.

39:25.720 --> 00:39:26.280
█ : Go ahead!

00:39:26.810 --> 00:39:30.040
Kevin Caves: Yeah. Well, I was just saying so. You fish.

00:39:30.200 --> 00:39:33.000
Kevin Caves: I mean, that makes sense. But you also. You also could have

00:39:33.110 --> 00:39:38.940
Kevin Caves: said I would not purchase any of them, but it sounds like you'd you'd still, you know, in a pinch you might still buy that

00:39:39.120 --> 00:39:41.880
Kevin Caves: by by one that has the nuisance tripping.

39:47.750 --> 00:39:49.869
█ : Yeah, if it's I mean, it's prone to it.

00:39:50.360 --> 00:39:50.940
Kevin Caves: Yeah.

00:39:52.540 --> 00:39:59.630
Kevin Caves: yeah. Cause it sounds like that happens a lot, anyway. So it's sort of it's something you might expect. You might expect. Anyway. Yeah.

00:40:00.160 --> 00:40:02.260
Kevin Caves: that that makes sense. Okay?

00:40:03.100 --> 00:40:06.350

Kevin Caves: yeah, let's go on to number 12. Devin.

40:32.490 --> 00:40:34.649
: Yeah, definitely go with the the Siemens.

00:40:35.570 --> 00:40:36.160
Kevin Caves: Okay.

40:36.160 --> 00:40:38.609
: It would fit the situation. Yeah.

40:39.430 --> 00:40:42.719
: I could put it in, you know, in that particular panel great

40:42.960 --> 00:40:45.330
: price is better than the others. And

40:45.590 --> 00:40:52.550
: again as the big deal so worry about whether or not, but on neutral ability.

00:40:53.790 --> 00:40:54.630
Kevin Caves: Got it

00:40:59.020 --> 00:41:06.380
Kevin Caves: all right. Excellent, all right. Well, let's move on. We're almost done with the whole thing now.

41:15.340 --> 00:41:15.980
: No.

00:41:16.620 --> 00:41:17.330
Kevin Caves: Okay.

00:41:21.010 --> 00:41:26.479
Kevin Caves: okay, all right, the progress bars are a hundred percent. So we we finished a little bit early.

00:41:26.982 --> 00:41:34.810
Kevin Caves: We got everything we need really appreciate all your feedback. Do you have any final questions, comments, observations, before we.

00:41:35.430 --> 00:41:36.650
Kevin Caves: before we wrap up.

386
41:41.110 --> 00:41:42.750
█ : Not a particularly.

387
00:41:42.750 --> 00:41:43.410
Kevin Caves: Okay.

388
41:43.410 --> 00:41:44.440
█ : I think I'm good.

389
00:41:45.130 --> 00:41:46.070
Kevin Caves: Okay.

390
00:41:46.330 --> 00:41:49.90
Kevin Caves: Alright. Well, █ thank you so much for your time, and have a great weekend.

391
41:49.910 --> 00:41:50.870
█ : Yeah, we do.

392
00:41:50.870 --> 00:41:51.450
Kevin Caves: Okay? Bye.

WEBVTT

00:02:26.420 --> 00:02:27.500
Kevin Caves: Good morning!

2:28.850 --> 00:02:29.423
█████ : Good morning!

00:02:33.760 --> 00:02:36.060
Kevin Caves: Hi can ever. Let's see.

00:02:40.740 --> 00:02:41.970
Kevin Caves: I'm sorry. Can I?

2:44.830 --> 00:02:46.170
█████ : Oh, I can't hear you!

00:02:47.550 --> 00:02:50.360
Devon Myers: We can hear you before, Kevin, but not now.

00:02:59.160 --> 00:     .489
Devon Myers: Sorry, █████  Just give us 1 min to.

3:01.490 --> 00:03:02.549
█████ : Oh, yeah. No. Problem.

00:03:02.550 --> 00:03:03.290
Devon Myers: Thanks.

00:03:05.530 --> 00:03:07.989
Kevin Caves: Hello! Hi! Everybody! Good morning!

3:07.990 --> 00:03:08.690
█████ : Morning.

00:03:11.556 --> 0:03:13.983
Kevin Caves: █████  Thanks so much for joining us.

3:14.330 --> 00:03:15.040
█████ : Of course.

00:03:15.330 --> 00:03:16.810
Kevin Caves: Can you hear us? Okay, now.

3:16.810 --> 00:03:17.830
███ : I can. Yep.

00:03:17.830 --> 00:03:21.230
Kevin Caves: Okay, great, great. And I can hear you loud and clear.

00:03:22.000 --> 00:03:28.879
Kevin Caves: alright. Well, let's yeah. Let's get started. So it's let's see 10 o'clock

00:03:30.034 --> 00:03:39.780
Kevin Caves: where we are. So we have this booked for an hour, so we'll be done by, you know, 11 o'clock Eastern time, or possibly a little bit earlier. If that's okay.

3:39.780 --> 00:03:41.100
███ : Yeah, perfect.

00:03:41.100 --> 00:03:50.889
Kevin Caves: Okay, great. Okay. So I'll get started. I'll read you some introductory language, and then we'll get into some of the more detailed questions that we're gonna have.

3:50.890 --> 00:03:51.530
███ : Sure.

00:03:53.410 --> 00:04:07.800
Kevin Caves: So 1st of all, thanks very much for agreeing to participate in today's interview. My name, as you can see, is Kevin Caves. I'll be conducting the interview. I work for a consulting firm called Mcclaven Associates.

00:04:08.180 --> 00:04:14.699
Kevin Caves: and Devin Myers, who is also also works with Mccleveland associates, is also on the call.

00:04:16.230 --> 00:04:28.840
Kevin Caves: As you know, this interview is being recorded. Your participation in, and responses to this survey are anonymous and confidential. None of your personal information is going to be shared or disclosed.

00:04:29.380 --> 00:04:48.019
Kevin Caves: So the purpose of this of this interview is really to get feedback on a survey that we we've been preparing and fine tuning, and the audience, for the survey is going to be electricians like you. So we're getting as much feedback as we can from electricians like you.

4:48.020 --> 00:04:48.610
█████ : Okay.

00:04:49.240 --> 00:05:05.509
Kevin Caves: So what I'll do is in a moment. I'm gonna share my screen and I'll we'll go through each of the questions that we're looking for feedback on. Some of the initial questions will be, you know, fairly straightforward and cut and dry, and there might not be a whole lot to talk about.

5:05.510 --> 00:05:05.870
█████ : Okay.

00:05:05.900 --> 00:05:27.782
Kevin Caves: But we'll just go go through all of them to be to be complete. But each time we show a question, just take as much time as you need to read it. Ask us any questions you might have about it if you have any questions, and then just let us know what you would choose, and we'll click on whichever answer you tell us

00:05:28.230 --> 00:05:41.720
Kevin Caves: And then, after after you pick an answer for each question, I will usually pause and ask for some more feedback on the question you know, asking you how you came up with your answer, or asking you about other details of the question like that.

5:41.720 --> 00:05:42.410
█████ : Sure.

00:05:42.690 --> 00:05:56.709
Kevin Caves: But again, if at any time you're unsure of how to answer a question, or if you're unsure of anything else, or if you're just curious, just, you know, feel free to ask and so before we actually get started, do you have any initial questions.

5:57.905 --> 00:06:00.110
█████ : No, I don't. I don't have any questions.

00:06:00.430 --> 00:06:01.847
Kevin Caves: Okay, okay. Great

00:06:02.827 --> 00:06:11.289
Kevin Caves: alright. So why don't we go ahead? Devon's gonna share her screen with you, and you'll see the 1st question of the survey

00:06:12.294 --> 00:06:15.310

Kevin Caves: which will be a pretty pretty basic one.

00:06:19.900 --> 00:06:24.529
Kevin Caves: Okay, here it is. So go ahead and and read it, and just let us know how you'd respond.

6:25.070 --> 00:06:25.720
█████ : Okay.

6:32.320 --> 00:06:34.840
█████ : I wish you continue with the survey. Yeah.

00:06:34.840 --> 00:06:36.169
Kevin Caves: Okay. Thank you.

6:36.170 --> 00:06:36.700
█████ : Yep.

6:43.000 --> 00:06:44.340
█████ : Massachusetts.

00:06:44.340 --> 00:06:50.800
Kevin Caves: Massachusetts. Okay, there we have it. Thank you.

6:53.33        06:55.550
█████ : Yup ██████

00:06:55.980 --> 00:06:57.920
Kevin Caves: Okay, perfect.

7:02.390 --> 00:07:04.259
█████ : Our Fault. Circuit Interrupter.

00:07:04.500 --> 00:07:05.520
Kevin Caves: Okay?

00:07:05.920 --> 00:07:15.439
Kevin Caves: And would you say that's a did you? Would you say that that abbreviation afci is pretty common for people who work as electricians.

7:15.880 --> 00:07:17.690
█████ : Oh, yeah, for sure. Yeah.

00:07:17.690 --> 00:07:18.450

Kevin Caves: Okay.

00:07:19.396 --> 00:07:23.869
Kevin Caves: Okay, great. We can move on to the next one. Devin.

7:31.060 --> 00:07:32.170
███████  : Yes.

00:07:33.780 --> 00:07:37.052
Kevin Caves: Okay. So just looking at this question,

00:07:38.310 --> 00:07:42.569
Kevin Caves: is it clear to you what it's asking and and how to answer it?

7:45.100 --> 00:07:45.810
███████  : Yes.

00:07:46.080 --> 00:07:50.040
Kevin Caves: Okay? And we we had that note

00:07:50.390 --> 00:08:02.659
Kevin Caves: about saying that the term Afci refers to breakers that are located in the electrical panel, not receptacles installed an outlet, so does that. Does that make sense to you?

8:03.210 --> 00:08:04.460
███████  : Yes, it does.

00:08:04.460 --> 00:08:10.390
Kevin Caves: Okay, okay? And and do you feel like that's something you know, any electrician would understand.

8:11.090 --> 00:08:11.820
███████  : Yes.

00:08:12.040 --> 00:08:15.179
Kevin Caves: Great. Okay, let's move on.

8:24.480 --> 00:08:29.460
███████  : Eaton Siemens, and that's it.

8:32.200 --> 00:08:35.629
███████  : Okay, only Eaton and Siemens. Okay, yep.

00:08:35.919 --> 00:08:45.559
Kevin Caves: And is there? Is there a reason that you? You tend to that? You buy those 2 bands, those 2 brands exclusively.

8:46.064 --> 00:08:52.959
▮▮▮ : I usually shop at, you know, big box stores home depot, and that's lly what they carry in bulk. So.

00:08:54.010 --> 00:08:55.810
Kevin Caves: I see. Okay.

8:55.810 --> 00:08:58.120
▮▮▮ : And usually

8:58.750 --> 00:09:06.280
▮▮▮ : the panels that I'm working on are eaten in Siemens Brand, so I'll know, use the proper breakers for that panel.

00:09:07.470 --> 00:09:09.750
Kevin Caves: Got it. Got it? Okay?

00:09:09.990 --> 00:09:18.032
Kevin Caves: Alright, thanks. We can move on to the next one, thanks Tova oops. There we go.

9:20.830 --> 00:09:28.762
▮▮▮ : Yeah, like, I said, big box retailers. I have gone to supply ributors. Not as often, though.

9:30.360 --> 00:09:31.649
▮▮▮ : and that's it.

00:09:33.370 --> 00:09:43.789
Kevin Caves: Okay? And what's the main reason you would shop more at big box retailers compared to the electrical supply distributors.

9:45.280 --> 00:09:51.124
▮▮▮ : Just convenience, you know. Home depot is down the street from me,

00:09:52.280 --> 00:09:53.359
Kevin Caves: I see.

9:53.360 --> 00:09:53.920
▮▮▮ : Yeah.

00:09:54.577 --> 00:10:00.459
Kevin Caves: And what about in terms of pricing? Do you feel like you get a a better deal, or about the same price?

0:00.460 --> 00:10:01.590
▓ : Oh!

00:10:01.590 --> 00:10:02.820
Kevin Caves: Supply distributors.

0:02.820 --> 00:10:06.490
▓ : It's pretty close. I think maybe the distributors might be it

0:07.130 --> 00:10:11.440
▓ : a few dollars cheaper. But it's not any anything, Major.

00:10:12.280 --> 00:10:15.019
Kevin Caves: Okay, fair enough. And

00:10:15.270 --> 00:10:25.329
Kevin Caves: and so so is there a reason you haven't purchased from Amazon or other retailers, or any of the other options given in the question.

0:26.127 --> 00:10:34.699
▓ : I mean, it's usually I'll I'll be grabbing a few things that you home depot that I'll need to complete a job. So I'm not. Gonna

0:35.280 --> 00:10:41.539
▓ : it's just easier to grab it all in person. Sort of an Amazon 't carry everything that I would need.

00:10:42.010 --> 00:10:46.820
Kevin Caves: I see. Yes, okay, okay, fair enough.

00:10:47.110 --> 00:10:49.089
Kevin Caves: Yeah. We can move on.

00:10:50.260 --> 00:10:51.589
Kevin Caves: Thanks, Devin.

00:11:00.970 --> 00:11:02.419
Kevin Caves: I think we know the answer. But.

1:02.420 --> 00:11:03.360
███ : Oh, yeah. Okay.

00:11:03.360 --> 00:11:03.860
Kevin Caves: Yeah.

1:03.860 --> 00:11:07.670
███ : Big big box for you. Sorry I didn't see the.

00:11:07.670 --> 00:11:12.649
Kevin Caves: Yeah. By the way, are you able to? Is the screen big enough that you can read it? Okay.

1:12.650 --> 00:11:13.600
███ : Oh, yeah. Yep.

00:11:13.600 --> 00:11:15.209
Kevin Caves: Okay, okay, good.

00:11:17.220 --> 00:11:23.869
Kevin Caves: Okay. So most often, as you said, you per, you're purchasing at at a home depot or a Lowe's, or something like that.

1:23.870 --> 00:11:28.009
███ : Yeah, I'd say 90% of the time. That's where I'm getting them.

00:11:28.010 --> 00:11:30.290
Kevin Caves: 90% of the time. Okay, sure.

00:11:30.700 --> 00:11:33.419
Kevin Caves: okay, all right, let's let's move on.

00:11:39.020 --> 00:11:41.260
Kevin Caves: Well, we know the answer to this one. I think.

1:41.450 --> 00:11:42.050
███ : Yep.

00:11:42.840 --> 00:11:48.170
Kevin Caves: So the answer is, yes, you are a licensed electrician, and.

1:48.170 --> 00:11:49.530
███ : In Massachusetts.

104
00:11:49.530 --> 00:11:56.379
Kevin Caves: Yeah. Okay, so then, let's move on to the next one, Devin, and we'll put down Massachusetts.

105
00:11:56.920 --> 00:11:59.189
Kevin Caves: Any other states you're licensed in.

106
1:59.330 --> 00:12:00.999
▮▮▮ : Nope, just Massachusetts.

107
00:12:01.000 --> 00:12:04.870
Kevin Caves: Okay, okay, perfect. Alright. So move on to the next one.

108
2:09.060 --> 00:12:11.980
▮▮▮ : No, I have not taken any other surveys.

109
00:12:11.980 --> 00:12:16.979
Kevin Caves: Okay, okay, that's very straightforward. Alright, let's move on to the next one.

110
2:32.820 --> 00:12:33.779
▮▮▮ : Yes, I will.

111
00:12:34.300 --> 00:12:40.440
Kevin Caves: Okay alright. So that that's just sort of a standard question we ask

112
00:12:41.580 --> 00:12:43.476
Kevin Caves: in all our surveys.

113
00:12:44.950 --> 00:12:54.533
Kevin Caves: and alright. So I think now, what we'll do is we'll pause the screen sharing just for a moment. We're we

114
00:12:55.910 --> 00:13:12.129
Kevin Caves: are constantly making updates to to the survey based on feedbacks feedback. We're getting from electricians like you. So the next part of the survey, when we show it to you, we want to make sure it's the it's, you know, the most up to date version.

115
00:13:13.780 --> 00:13:21.888
Kevin Caves: But you'll see now the questions will get. We're we're past most of the sort of routine questions, and they'll get a little more involved. So

116

3:22.200 --> 00:13:22.840
███ : Okay.

117
00:13:22.840 --> 00:13:26.709
Kevin Caves: You know. Sometimes there'll be more more stuff to read.

118
3:26.710 --> 00:13:27.045
███ : Yep.

119
00:13:27.380 --> 00:13:28.980
Kevin Caves: Okay. Here's the next question.

120
3:28.980 --> 00:13:29.610
███ : Okay.

121
3:49.380 --> 00:13:50.870
███ : I understand.

122
00:13:52.590 --> 00:13:54.636
Kevin Caves: Okay, so

123
00:13:56.230 --> 00:14:03.599
Kevin Caves: and just in your own words, how would you describe what this question is is telling you.

124
4:05.783 --> 00:14:10.990
███ : So it's gonna show me different types of arc fault breakers. And

125
4:11.730 --> 00:14:16.369
███ : it's asking which ones I would prefer to purchase in real life.

126
00:14:18.200 --> 00:14:23.895
Kevin Caves: Correct? Yeah, yeah, absolutely. And so does that. Does that?

127
00:14:25.370 --> 00:14:29.989
Kevin Caves: you know, information. The questions giving you does that, you know. Does that seem like?

128
00:14:30.150 --> 00:14:35.419
Kevin Caves: It's? It's it's, you know, clear. And

129
00:14:35.972 --> 00:14:42.470
Kevin Caves: you know, giving you enough information so that you can. You understand what's going on and what? What you're going to be expecting.

4:42.470 --> 00:14:43.419
█████ : I do. Yep.

00:14:43.420 --> 00:14:46.640
Kevin Caves: Okay, great. Okay, let's move on. Devin.

4:53.850 --> 00:14:55.180
█████ : I understand.

00:14:55.180 --> 00:14:59.382
Kevin Caves: Okay, okay, yeah, no, no. Right or wrong answers,

00:15:00.350 --> 00:15:02.670
Kevin Caves: okay, great. Let's move on. Devin.

00:15:07.440 --> 00:15:11.630
Kevin Caves: Okay, I'll give you a little time to read this one. This is probably the longest question.

5:11.630 --> 00:15:12.250
█████ : Okay.

5:50.900 --> 00:15:52.090
█████ : I understand.

00:15:52.990 --> 00:15:53.740
Kevin Caves: Great?

00:15:54.650 --> 00:15:58.490
Kevin Caves: So yeah. So I'll just ask a couple of follow ups.

00:15:59.100 --> 00:16:04.820
Kevin Caves: so this the term nuisance tripping is that something you're familiar with.

6:05.730 --> 00:16:10.630
█████ : Definitely, yeah. Seems to be a an issue with these breakers all time.

00:16:11.380 --> 00:16:19.010
Kevin Caves: Okay. So it's it's nuisance. Tripping is something that most, if not all electricians, would be familiar with.

6:19.010 --> 00:16:19.990
■■■ : Yes.

00:16:20.780 --> 00:16:29.279
Kevin Caves: Okay, and in your own words. How would you describe what this question is telling you?

6:31.400 --> 00:16:39.219
■■■ : So it's just you know, going over nuisance tripping, even though e's no hazard

6:43.160 --> 00:16:50.980
■■■ : you know, just using simple household items. Shouldn't be tripping rc vault breaker. And

6:51.430 --> 00:16:57.100
■■■ : this question is basically just saying that nuising nuisance ping is an issue.

00:16:58.130 --> 00:16:59.970
Kevin Caves: Right right?

00:17:00.180 --> 00:17:07.400
Kevin Caves: And what? So have have you? Had to deal with it with nuisance, tripping yourself.

7:08.217 --> 00:17:09.379
■■■ : Yes, I have.

7:09.629 --> 00:17:13.359
■■■ : It was in.

7:15.329 --> 00:17:22.039
■■■ : Yeah, it was the A/C A/C unit, the circuit for the air handler.

00:17:22.530 --> 00:17:23.010
Kevin Caves: Hmm.

7:23.010 --> 00:17:27.019
■■■ : Was tripping, and there I did several testing

7:28.769 --> 00:17:32.280
■■■ : there was no other hazards, and I determined it was just

00:17:32.600 --> 00:17:35.280

■ : nuisance tripping that the ark fault was reading.

00:17:35.900 --> 00:17:39.019
Kevin Caves: Okay. And so, how did you deal with that?

7:40.864 --> 00:17:45.960
■ : So I ended up purchasing a new, our fault breaker.

00:17:45.960 --> 00:17:46.820
Kevin Caves: Okay.

7:48.000 --> 00:17:54.050
■ : I wasn't sure if the one that was there was defective or or what.

7:55.890 --> 00:17:58.940
■ : I haven't gotten a call back from this customer, so.

00:17:58.940 --> 00:17:59.420
Kevin Caves: Okay.

7:59.420 --> 00:18:04.771
■ : I'm assuming that the new breakers is working fine, for now.

00:18:05.400 --> 00:18:10.260
Kevin Caves: Okay, so so did you replace it with like the same?

00:18:10.974 --> 00:18:15.989
Kevin Caves: Did you buy a different brand when you replace it? Or did you buy, buy just the same breaker.

8:15.990 --> 00:18:19.990
■ : I bought the same breaker. It wasn't.

8:21.170 --> 00:18:27.280
■ : There was no tripping nuisance tripping. I think they live there.

8:27.610 --> 00:18:33.180
■ : for it was a new new construction build. So I think it was maybe a a year old.

8:33.390 --> 00:18:38.809
■ : and they hadn't had problems up until about a year. So I assumed as just a breaker, and.

00:18:40.550 --> 00:18:41.150
Kevin Caves: Okay.

8:41.150 --> 00:18:43.879
▮ : Yeah, replaced it with the the same exact one.

00:18:44.250 --> 00:18:53.089
Kevin Caves: Okay? And so so when you, when you replace the breaker and went out for.

00:18:53.320 --> 00:18:57.483
Kevin Caves: you know, spend extra time installing the new breaker

00:18:58.050 --> 00:19:01.756
Kevin Caves: were. Did. Did the customer were you?

00:19:02.730 --> 00:19:07.110
Kevin Caves: Did they pay for the new breaker? Did they pay for the extra labor that it took.

9:08.620 --> 00:19:12.350
▮ : Yes, so I I didn't do the original installation. So

9:12.490 --> 00:19:16.189
▮ : I charge them for the breaker and the labor. Yeah.

00:19:16.190 --> 00:19:19.759
Kevin Caves: Okay, I see, I see. Oh, sorry that.

9:19.950 --> 00:19:20.500
▮ : Nope.

00:19:20.500 --> 00:19:21.430
Kevin Caves: One sec.

9:29.077 --> 00:19:30.569
▮ : Pardon the interruption.

9:30.570 --> 00:19:31.589
▮ : Yeah, no worries.

00:19:33.100 --> 00:19:40.871
Kevin Caves: Okay, so alright. So the customer paid paid the cost of the extra labor and to replace the breaker and

00:19:41.500 --> 00:19:43.428
Kevin Caves: and can can you?

00:19:44.230 --> 00:19:48.268
Kevin Caves: Can you think of other ways that

00:19:49.080 --> 00:19:56.330
Kevin Caves: that you would deal with nuisance stripping in the field, or
that that other electricians would deal with it? Or what do you think?
The usual.

00:19:57.030 --> 00:19:58.000
Kevin Caves: Procedures.

9:58.000 --> 00:20:01.650
: I know I know a lot of guys will.

0:02.290 --> 00:20:06.189
: If it keeps happening, they'll just replace it with a

0:06.380 --> 00:20:10.798
: a normal circuit breaker, not our fault type just to.

0:11.390 --> 00:20:16.370
: because they've, you know, determined. It's strictly nuisance
ping, and

0:16.530 --> 00:20:21.619
: it's not anything else. So they'll just replace it with a normal
ker.

00:20:21.940 --> 00:20:24.889
Kevin Caves: Okay, okay, sure, sure.

00:20:27.210 --> 00:20:36.440
Kevin Caves: so it sounds like you. You know of examples of people who
have been called up multiple times. And there. There doesn't seem to be
any fix to the problem other than

00:20:36.780 --> 00:20:38.999
Kevin Caves: putting in a different kind of circuit breaker.

0:39.000 --> 00:20:40.739
: Yeah, usually, that's the case.

197
00:20:41.170 --> 00:20:46.239
Kevin Caves: Okay, got it. Thank you. Okay, let's move on to the next one. Devin.

198
00:20:50.560 --> 00:21:04.579
Kevin Caves: Okay. So we're gonna have 12 of these questions. I'll give you a chance to read through. As you can see, you've got 4 options you can choose from, so after you've read through, let us know if you have any questions, and then let us know which option you would pick.

199
1:04.580 --> 00:21:05.440
███ : Okay.

200
1:30.706 --> 00:21:33.083
███ : I would. I would choose the

201
1:34.100 --> 00:21:39.740
███ : 3rd option to the right. This Snyder electric square d single
tion.

202
00:21:40.620 --> 00:21:42.040
Kevin Caves: Yeah, that one. Right? There.

203
1:42.040 --> 00:21:42.620
███ : Yep.

204
00:21:42.620 --> 00:21:53.430
Kevin Caves: Okay? And so I'll ask you this for each of these 12 questions. So just just for the record, how? Why was this? The best option for you compared to all the other options.

205
1:54.280 --> 00:21:55.719
███ : The plug on neutral.

206
00:21:56.440 --> 00:21:58.849
Kevin Caves: Instead of instead of the pigtail option.

207
00:21:59.030 --> 00:22:01.940
Kevin Caves: Okay, okay.

208
00:22:02.945 --> 00:22:07.700
Kevin Caves: Did you look at anything else that influenced your decision?

209
00:22:12.166 --> 00:22:13.443

███ : It's not defective.

00:22:14.373 --> 00:22:15.379
Kevin Caves: And the.

2:15.380 --> 00:22:17.360
███ : Price price point, seems, okay.

00:22:17.640 --> 00:22:18.510
Kevin Caves: Okay?

00:22:19.895 --> 00:22:26.389
Kevin Caves: Yeah. So in general, these prices that you're seeing, do they? Do? They line up with about what you'd expect to see.

2:27.540 --> 00:22:28.230
███ : Yeah.

2:28.600 --> 00:22:30.408
███ : And another observation is,

2:31.500 --> 00:22:37.929
███ : if I'm buying afci breakers, I'm like the sec, the middle option. e has a dual function. I

2:38.230 --> 00:22:43.409
███ : I wouldn't need that unless it's a certain specific scenario. So.

00:22:44.890 --> 00:22:45.580
Kevin Caves: I see.

2:45.580 --> 00:22:48.780
███ : That's why I went with my option.

00:22:49.280 --> 00:22:51.170
Kevin Caves: Oh, okay, I understand.

00:22:53.110 --> 00:23:02.079
Kevin Caves: okay. And just looking at this setup and looking at you know the way we're sort of showing you this information. Do you think

00:23:02.290 --> 00:23:13.490
Kevin Caves: it's giving you enough information about these different options about these different breakers? To make it an informed decision about which one you would buy in real life.

3:15.510 --> 00:23:16.240
: Yes.

00:23:16.800 --> 00:23:19.329
Kevin Caves: Okay, great, great.

00:23:19.925 --> 00:23:22.610
Kevin Caves: Okay. Let's move on to the next one.

3:55.262 --> 00:23:56.349
: I mean, I would.

3:56.720 --> 00:23:58.640
: I would like to choose the Siemens.

4:00.960 --> 00:24:04.920
: You know, like again, the to plug on neutral is

4:05.290 --> 00:24:09.390
: is great, in my opinion. The the pigtails just get

4:10.240 --> 00:24:14.079
: too messy in the panel, and it's a lot of extra wire

4:16.450 --> 00:24:21.950
: But like I said, the only thing. I wouldn't purchase a dual
tion, for.

4:22.800 --> 00:24:27.829
: you know, just because I would only do it if it was needed in that
ain situation.

00:24:28.090 --> 00:24:29.090
Kevin Caves: Okay?

00:24:29.945 --> 00:24:44.789
Kevin Caves: Okay. So so your your reason for picking the Siemens product
is just it's may it? Well, what? Once? Just for the record. What? What
are the the reasons you picked it? I know you just went over some of
them, but.

4:44.790 --> 00:24:53.299
: Yeah, right? Like I said, the plug on which I I enjoy working with
just easier allows for a cleaner panel.

4:54.299 --> 00:25:00.589
 : That's a good price point, you know. $49 nuisance tripping, not
ctive.

00:25:00.830 --> 00:25:01.640
Kevin Caves: Okay.

00:25:01.900 --> 00:25:02.770
Kevin Caves: Okay.

5:02.770 --> 00:25:03.120
 : Yup!

00:25:03.700 --> 00:25:11.649
Kevin Caves: Okay? And and do you feel like this question is, giving you
enough information to make an informed purchase decision.

5:12.560 --> 00:25:13.200
 : Yeah.

00:25:14.340 --> 00:25:15.290
Kevin Caves: Okay.

00:25:16.110 --> 00:25:18.600
Kevin Caves: Alright, let's go to the next one.

00:25:22.010 --> 00:25:23.749
Kevin Caves: Number 3. Here we go.

5:46.430 --> 00:25:51.458
 : Okay? So I guess I would choose the General Abb. General Electric.

5:53.520 --> 00:25:56.619
 : I think the most important thing would be. It claims.

5:58.250 --> 00:26:02.580
 : not defective and nuisance tripping, and the other 2 do.

00:26:02.930 --> 00:26:03.560
Kevin Caves: Okay.

6:05.490 --> 00:26:07.206
 : And I would sacrifice the

6:08.120 --> 00:26:11.039
█████ : the pigtail for that. I think

6:11.540 --> 00:26:15.019
█████ : nuisance stripping is more important than the the pigtail issue,

00:26:15.750 --> 00:26:22.050
Kevin Caves: Okay, okay, so that that makes sense. Alright. Next one

00:26:27.850 --> 00:26:29.160
Kevin Caves: number 4.

6:29.860 --> 00:26:30.510
█████ : Okay?

6:48.910 --> 00:26:57.512
█████ : Yeah. So the Siemens is the only one that doesn't have nuisance ping

6:58.777 --> 00:27:01.799
█████ : $70 seems a little bit steep. But

7:03.140 --> 00:27:06.939
█████ : at the end of the day. It'll, you know, save you from having to

7:08.040 --> 00:27:11.090
█████ : address that nuisance tripping, you know, that could happen

7:11.360 --> 00:27:18.151
█████ : several times, and I think it would be worth the extra money to d on on a breaker. That doesn't do that.

00:27:19.350 --> 00:27:25.650
Kevin Caves: Got it. So so you pick the Siemens dual function plug in pigtail

00:27:26.552 --> 00:27:30.750
Kevin Caves: you'd be willing to to go with the Plugin pigtail in this case.

7:30.890 --> 00:27:31.250
█████ : Yeah.

00:27:31.610 --> 00:27:37.559
Kevin Caves: Okay, yeah. And you'd be willing to take the the price of $70 and 77 cents. Okay.

00:27:38.050 --> 00:27:40.259
Kevin Caves: alright, good. Let's move on to number 5.

00:27:46.400 --> 00:27:47.487
Kevin Caves: Oh, there we go!

8:06.313 --> 00:28:11.160
█████ : I would go with the Schneider Electric square. D the middle on.

00:28:11.160 --> 00:28:11.990
Kevin Caves: Okay.

8:12.270 --> 00:28:18.759
█████ : Just because it's several dollars. Several dollars cheaper than

8:18.930 --> 00:28:21.489
█████ : my second choice would be the Eaton one.

00:28:21.810 --> 00:28:22.580
Kevin Caves: Okay.

8:24.090 --> 00:28:26.580
█████ : Yeah, I would.

00:28:26.610 --> 00:28:38.120
Kevin Caves: So you'd go with the Schneider electric square d dual function. It's 43, 69. Your other choice might have been the Eaton, but it's it's $70. So what

00:28:38.660 --> 00:28:39.100
Kevin Caves: expensive.

8:39.100 --> 00:28:46.000
█████ : At that. At that price point, I would, yeah, choose the the per option for comparable breaker.

00:28:46.350 --> 00:28:47.320
Kevin Caves: Okay?

00:28:47.900 --> 00:28:51.530
Kevin Caves: All right, let's move on to Number 6. We're almost halfway done.

9:13.080 --> 00:29:15.330
█████ : I would spend the extra

9:15.480 --> 00:29:21.329
█████ : $10 on the Abb. General electric breakers compared to the Snyder

9:22.260 --> 00:29:24.909
█████ : because of the the plug on option.

00:29:25.780 --> 00:29:26.459
Kevin Caves: I see!

9:26.460 --> 00:29:31.438
█████ : And that that's my personal preference. But I I just think it. It s it

9:32.150 --> 00:29:34.569
█████ : much easier and much cleaner, and.

00:29:36.791 --> 00:29:38.720
Kevin Caves: While wiring a panel, you know.

00:29:39.190 --> 00:29:43.680
Kevin Caves: So so you were choosing between Abb and Schneider electric.

9:43.680 --> 00:29:44.820
█████ : Exactly. Yup.

00:29:44.820 --> 00:29:48.769
Kevin Caves: Is that because they were, they're both labeled as not defective.

9:48.930 --> 00:29:54.770
█████ : Yeah, that that category would trump any of the other ones. In my ion. And then.

00:29:54.770 --> 00:29:55.470
Kevin Caves: Sure.

9:56.130 --> 00:29:57.500
█████ : Yeah. Yup.

00:29:57.760 --> 00:30:02.710
Kevin Caves: And then you went with the the higher priced one because it gave you the plug on neutral. Okay.

0:02.900 --> 00:30:05.570
: And it's not. It's not too much more.

00:30:06.750 --> 00:30:07.640
Kevin Caves: Right, yeah.

0:07.640 --> 00:30:11.180
: Price at price. Wise, then, yeah. Squared. d, 1.

00:30:11.180 --> 00:30:13.367
Kevin Caves: Yeah, yeah, a little over 10 bucks.

0:13.680 --> 00:30:14.500
: Yeah.

00:30:15.130 --> 00:30:19.360
Kevin Caves: Okay? All right. Yeah, let's go to Number 7. Devin.

00:30:20.870 --> 00:30:23.550
Kevin Caves: Here we go. There. It is.

0:31.575 --> 00:30:32.180
: Siemens.

00:30:32.590 --> 00:30:34.960
Kevin Caves: Okay. I think I know what you're gonna say. But.

0:34.960 --> 00:30:37.910
: Yeah. Yeah. Checks all the boxes for me.

00:30:38.980 --> 00:30:50.860
Kevin Caves: So you it's you have 2 that are not defective. And you chose the Siemens I'm assuming because it has plug on neutral. And it's actually got a lower price.

0:51.300 --> 00:30:52.980
: Right, exactly.

00:30:52.980 --> 00:30:53.670

Kevin Caves: Okay.

00:30:53.970 --> 00:30:57.059
Kevin Caves: Alright, alright! Makes sense. Let's move on to number 8.

00:31:14.090 --> 00:31:14.970
Kevin Caves: Okay?

00:31:15.790 --> 00:31:22.370
Kevin Caves: So the 1st one. And just for the record, why is that the most preferred option here.

1:23.387 --> 00:31:28.870
: Non defective nuisance stripping the cheapest option.

1:30.030 --> 00:31:34.199
: and it gives you the option of dual function if you needed it, h

1:34.470 --> 00:31:40.350
: I would take that if it was cheaper. Usually they're more nsive. So

1:40.860 --> 00:31:47.099
: it doesn't hurt. It doesn't hurt to have that option. It's just I ally wouldn't do it unless I needed it, and it was

1:48.460 --> 00:31:49.960
: cheaper, you know.

00:31:49.960 --> 00:31:51.370
Kevin Caves: Yeah, sure.

00:31:52.280 --> 00:31:57.209
Kevin Caves: Okay, that makes sense. So yeah, why don't we pick that one and move on to number 9? Devin.

00:31:57.520 --> 00:31:59.780
Kevin Caves: the Eaton? Yeah, that's it.

00:32:00.620 --> 00:32:04.329
Kevin Caves: And there we go, number 9 coming up.

2:15.179 --> 00:32:15.739
: Siemens.

00:32:16.120 --> 00:32:22.989
Kevin Caves: Okay? And just so that one right there. And just for the record, how did you pick that option above the other options?

2:23.377 --> 00:32:28.412
███ : Comparable price point to the Eden, but it has the plug on neutral

2:30.340 --> 00:32:33.889
███ : Exactly what I'd be looking for in a afci.

00:32:34.120 --> 00:32:38.439
Kevin Caves: Okay, got it perfect. Okay, let's move on to Number 10.

2:54.340 --> 00:32:56.880
███ : I would pick the Schneider Electric

2:57.190 --> 00:33:02.130
███ : because of the. It's the only option that does not include ance tripping.

00:33:03.700 --> 00:33:06.850
Kevin Caves: Okay, yeah. Any. Any other reason.

3:10.650 --> 00:33:11.320
███ : Alright.

3:11.630 --> 00:33:12.755
███ : Good price, point.

00:33:13.130 --> 00:33:13.580
Kevin Caves: Price point.

3:13.580 --> 00:33:15.190
███ : $50. Yeah, exactly.

00:33:15.190 --> 00:33:19.450
Kevin Caves: Sure. Okay, all right, let's move on to Number 11.

00:33:23.810 --> 00:33:24.940
Kevin Caves: Here we go.

3:32.190 --> 00:33:36.650
███ : I would spend the extra money on the Abb. General Electric.

00:33:36.770 --> 00:33:37.790
Kevin Caves: Okay.

3:38.950 --> 00:33:43.330
███ : Because it's the only option that's not defective, and

3:45.470 --> 00:33:53.030
███ : it does have the plug on neutral which wouldn't sway. My opinion dn't wouldn't sway my my choice

3:53.880 --> 00:34:00.360
███ : as much as you know. Nuisance tripping would, but it's it's a good that it has that.

00:34:00.890 --> 00:34:01.540
Kevin Caves: Sure.

4:01.540 --> 00:34:02.870
███ : Sure. Yeah.

00:34:04.780 --> 00:34:08.530
Kevin Caves: Okay, yeah, that makes sense. Well, we're almost done with these. Let's move.

4:08.530 --> 00:34:08.960
███ : Okay.

00:34:08.960 --> 00:34:10.810
Kevin Caves: We're number 12. Yeah.

00:34:12.969 --> 00:34:23.650
Kevin Caves: And oh, just as we've been going through these, you've been seeing a lot of prices. So do you still agree that they're more or less in the range that you you'd expect to see.

4:23.659 --> 00:34:25.229
███ : Yeah, they're in the range.

00:34:25.230 --> 00:34:29.400
Kevin Caves: Okay. Okay, alright. So here's the last one.

4:41.159 --> 00:34:44.423
███ : I would choose the Abb General Electric.

4:46.440 --> 00:34:52.669
███ : my second choice would be the Schneider electric. But the Abb, for same price. You get the the dual function.

00:34:52.949 --> 00:34:53.689
Kevin Caves: Right.

4:53.690 --> 00:34:55.429
███ : And it has the, you know.

4:55.860 --> 00:34:59.239
███ : the plug on neutral. So that would be my choice.

00:34:59.980 --> 00:35:02.380
Kevin Caves: Okay, fair enough.

00:35:03.484 --> 00:35:09.149
Kevin Caves: Alright, we're almost done. Let's move on to the next screen.

5:14.465 --> 00:35:15.050
███ : No.

00:35:15.670 --> 00:35:22.029
Kevin Caves: Okay, alright we'll click on. No. And then I think that will be

00:35:22.270 --> 00:35:27.000
Kevin Caves: the end. Yeah. So we're great. Our progress bars at a hundred percent.

00:35:27.280 --> 00:35:31.457
Kevin Caves: We yeah, we're doing great on time.

00:35:32.560 --> 00:35:37.708
Kevin Caves: so that's thank you for that. That's all been very helpful. We've gotten a lot of good feedback

00:35:38.600 --> 00:35:48.809
Kevin Caves: and I think we can wrap it up early just before we let you go. We just wanted to give you a chance to give us any final comments, questions, observations, anything like that.

5:49.160 --> 00:35:53.780
███ : Yeah, sure. Yeah. So my choice is.

5:53.900 --> 00:35:56.119
: if I were to select breakers,

5:57.090 --> 00:35:58.959
: I think 1st choice would be.

5:59.490 --> 00:36:03.200
: I would need to buy a compatible breaker to whatever

6:03.590 --> 00:36:05.290
: system I'm using. If I have a

6:06.430 --> 00:36:09.859
: if I have a Siemens panel board, I'm gonna buy Siemens.

00:36:10.610 --> 00:36:13.380
Kevin Caves: Our fault breakers. Sure.

6:13.890 --> 00:36:20.580
: And then, you know, if if they claim to not have nuisance
pping, then that's a big

6:20.930 --> 00:36:23.861
: deciding factor that I would go with

6:24.560 --> 00:36:31.219
: And if I knew that cert, if I were doing panel installations, if I
that certain brands

6:31.690 --> 00:36:35.030
: we're known for not having nuisance

6:35.570 --> 00:36:40.880
: tripping issues, then I would install that system and use those
kers.

00:36:41.460 --> 00:36:42.849
Kevin Caves: Got it. Got it.

6:44.710 --> 00:36:49.159
: And like I said, the the plug on neutral, it's a it's a plus. It's

00:36:50.140 --> 00:36:57.350

███ : I wouldn't spend a ton of extra money for that option, but if it's htly more expensive, I would go that route.

00:36:58.300 --> 00:36:59.019
Kevin Caves: Got it.

7:00.280 --> 00:37:01.100
███ : Yeah.

00:37:02.980 --> 00:37:08.273
Kevin Caves: Yeah, well, thank you. This is very helpful. And

00:37:09.310 --> 00:37:14.959
Kevin Caves: yeah, I th      e'll we'll sign off and and have a great day and a a great weekend. ███

7:14.960 --> 00:37:15.670
███ : Awesome.

7:16.180 --> 00:37:18.400
███ : Well, yeah, nice to meet you. Thank you.

00:37:18.400 --> 00:37:19.599
Kevin Caves: Good to meet you. Goodbye.

WEBVTT

00:00:57.670 --> 00:00:59.180
Kevin Caves: Hello.

00:01:02.460 --> 00:01:05.890
Kevin Caves: can. Can you hear me? Okay.

09.440 --> 00:01:10.849
███████ : I can. How are you.

00:01:11.420 --> 00:01   79
Kevin Caves: Oh, fine ████  Hi! Thank you for joining.

16.320 --> 00:01:18.230
███████ : Thank you, Kevin. Nice to meet you.

00:01:18.400 --> 00:01:19.640
Kevin Caves: Good to meet you, too.

00:01:21.480 --> 00:01:30.509
Kevin Caves: so I'll let's see, we're starting at one o'clock our time, and we're booked for an hour, so

00:01:30.960 --> 00:01:31.760
Kevin Caves: we will.

00:01:32.790 --> 00:01:36.749
Kevin Caves: Sometimes we get done early, but we'll definitely

00:01:37.070 --> 00:01:40.089
Kevin Caves: be able to wrap it up by by 2 o'clock. Our time.

41.160 --> 00:01:42.000
███████ : Okay.

00:01:42.617 --> 00:01:51.370
Kevin Caves: So let me just read you some introductory language. If that's okay and then we'll get started. Let's see.

00:01:51.940 --> 00:01:54.369
Kevin Caves: Just take me a moment to pull it up.

00:01:56.660 --> 00:01:57.960

Kevin Caves: Here we go.

Kevin Caves: Okay? So

00:02:00.860 --> 00:02    09
Kevin Caves: so yeah. ▮▮▮ again, thanks for thanks for agreeing to participate in today's ▮▮▮rview again. My name is Kevin Caves. I'm conducting the interview.

00:02:10.840 --> 00:02:24.339
Kevin Caves: I work for a consulting firm called Mcclave and Associates Devin Myers is on this call. She's working with me on this project. She also works for Mcclave and Associates.

00:02:25.920 --> 00:02:29.546
Kevin Caves: As you know, this interview is being recorded.

00:02:30.220 --> 00:02:37.550
Kevin Caves: your participation in and responses to this survey are entirely anonymous and confidential.

00:02:37.730 --> 00:02:42.349
Kevin Caves: Your personal information is protected, and will not be shared or disclosed.

00:02:44.130 --> 00:02:51.250
Kevin Caves: the purpose of this interview is to get your feedback on a survey that we are in the process of designing

00:02:51.410 --> 00:02:57.380
Kevin Caves: the audience, for this survey is electricians like yourself. So it's important that

00:02:58.593 --> 00:03:01.556
Kevin Caves: we get feedback from electricians like you.

00:03:02.660 --> 00:03:09.060
Kevin Caves: and so what we'll do is in in a moment. We'll devin will share her screen so we can all see the survey.

00:03:09.210 --> 00:03:18.200
Kevin Caves: and I'll ask you to read each of the questions that you see, and how you would answer it.

00:03:18.950 --> 00:03:24.540

Kevin Caves: If you, if you have any clarifications or questions at any time feel free to speak up.

00:03:24.961 --> 00:03:28.080
Kevin Caves: The more more feedback we get from you the better.

00:03:31.370 --> 00:03:40.199
Kevin Caves: But after after we've showed you each question, and after you've decided on your answer in most cases, I'll I'll ask you some. Follow up.

:50.500 --> 00:03:51.730
█████████ : Kevin, are you there?

55.690 --> 00:03:56.650
█████████ : Hello!

00:03:57.810 --> ████4:00.940
NewtonX: Hello, ████ this is Autina from neuronex.

01.590 --> 00:04:02.380
█████████ : Hi.

00:04:02.520 --> 00:04:03.579
NewtonX: How are you?

:04.140 --> 00:04:05.149
█████████ : I'm good.

00:04:05.540 --> 00:04:15.339
NewtonX: Thank you for joining. I think that Kevin lost his connection, so please wait for another minute, and he will join again.

:16.310 --> 00:04:17.019
█████████ : Perfect.

00:04:17.350 --> 00:04:18.240
NewtonX: Thank you.

00:04:25.150 --> 00:04:28.800
Devon Myers: Hi, it appears we lost Internet. We're connecting.

00:04:29.630 --> 00:04:30.310
Devon Myers: Okay.

00:04:33.680 -->     4:35.510
Kevin Caves: Hi ███ are you still there.

     35.840 --> 00:04:37.829
███ : Yeah, yeah, I could see and hear you. Fine.

00:04:37.830 --> 00:04:45.330
Kevin Caves: Okay, I'm sorry about that. The Internet went out. I think that might have been on our end. But okay, let's let's keep going?

00:04:46.550 --> 00:04:54.279
Kevin Caves: yeah. So as I was saying, after I've asked each question, after you've had a chance to tell me how you'd answer each question.

00:04:54.943 --> 00:05:02.360
Kevin Caves: We're gonna go ahead and usually I'll I'll ask you some. Follow up questions and then we'll we'll move on

00:05:05.000 --> 00:05:11.489
Kevin Caves: and like, I said, if if you have questions or clarifications anytime. Just just let us know

00:05:12.400 --> 00:05:16.210
Kevin Caves: And let's see.

00:05:16.450 --> 00:05:31.750
Kevin Caves: Yeah. Oh, I was just gonna say, I I don't know what point we got cut off, but, as you'll see, some of the beginning questions are pretty straightforward, and you know the the answers is is fairly obvious. But then, as we get deeper into the survey they become a little more involved.

00:05:32.955 -->     5:36.144
Kevin Caves: So ███ do you have any

00:05:36.810 --> 00:05:40.619
Kevin Caves: preliminary questions or clarifications before we get started.

     41.450 --> 00:05:47.010
███ : I'm I'm an open book right now. Let's let's look. Let's get ██d, and we'll go from there.

00:05:47.220 --> 00:05:51.709
Kevin Caves: Great great. Okay? So Devin will show you the 1st question.

00:05:52.170 --> 00:05:54.289
Kevin Caves: and I'll give you a chance to read it.

02.560 --> 00:06:04.070
███████ : I wish to continue.

00:06:04.070 --> 00:06:06.920
Kevin Caves: Okay. Yep, that one's pretty straightforward.

10.400 --> 00:06:11.840
███████ : I live in California.

00:06:11.840 --> 00:06:13.779
Kevin Caves: California. Very good.

17.990 -->           40
███████ : Between ███████

00:06:20.140 --> 00:06:21.830
Kevin Caves: Okay. Very good.

25.440 --> 00:06:27.100
███████ : Arc, fault, circuit, interrupter.

00:06:27.900 --> 00:06:33.159
Kevin Caves: And would you say that's a that's a common abbreviation that you see, if if you're an electrician.

33.560 --> 00:06:34.550
███████ : That's correct.

00:06:34.550 --> 00:06:37.580
Kevin Caves: Okay? Great. Next question.

41.150 --> 00:06:42.030
███████ : I have.

00:06:44.710 --> 00:06:48.249
Kevin Caves: Okay? And just looking at this question.

00:06:49.096 --> 00:06:58.760
Kevin Caves: does the way we wrote it out make sense. And and especially in that second sentence, where we talk about the breakers versus the receptacles.

04.930 --> 00:07:06.610
███████ : It makes sense. I would.

07.920 --> 00:07:19.199
███████ : When you say electrical panel, they can be an electrical panel. nels, load centers. So I guess electrical panel should cover everything, maybe the main well, because you didn't say main. Yeah, I think that's that.

00:07:21.320 --> 00:07:22.080
Kevin Caves: Okay.

00:07:23.320 --> 00:07:25.409
Kevin Caves: Okay, great. Yeah. Let's move on to the next.

25.410 --> 00:07:28.449
███████ : We don't just install them in right. We can have several

28.900 --> 00:07:31.869
███████ : panels throughout the residence if we're talking about ntial.

00:07:32.590 --> 00:07:33.050
Kevin Caves: And upset.

:33.050 --> 00:07:38.060
███████ : Several. We can have the main electrical panel, several sub or load centers.

00:07:38.460 --> 00:07:38.850
Kevin Caves: Yeah.

:38.850 --> 00:07:39.570
███████ : Resident.

00:07:40.040 --> 00:07:40.950
Kevin Caves: I see.

00:07:41.280 --> 00:07:44.959
Kevin Caves: So the Afci could be on the main panel or on the sub panel.

45.720 --> 00:07:46.810
███████ : Absolutely.

00:07:46.810 --> 00:07:49.390
Kevin Caves: Got it. Okay, thank you. That's helpful.

00:07:52.020 --> 00:07:55.320
Kevin Caves: Okay, good alright. Let's move on to the next one.

59.310 --> 00:08:02.450
███ : Keaton, Squirty, Siemens.

00:08:04.030 --> 00:08:09.420
Kevin Caves: Okay, Eaton Square, D and Siemens, and and no others.

11.370 --> 00:08:12.330
███ : No others.

00:08:12.830 --> 00:08:15.490
Kevin Caves: Perfect. All right, let's move on to the next one.

19.270 --> 00:08:26.770
███ : Electrical distributors, mainly electrical distributors. I've purchased one on Amazon.

27.060 --> 00:08:31.359
███ : so we have a lot of I live in La. So obviously we have a variety

32.030 --> 00:08:36.719
███ : electrical supply houses, so I've I have purchased at home depot

00:08:38.460 --> 00:08:43.580
Kevin Caves: Okay, okay? So mostly, okay.

00:08:43.700 --> 00:08:50.629
Kevin Caves: okay, got it. That's that's very clear. Okay, let's move on to the next one. I think we know the answer to the next one.

53.070 --> 00:08:56.830
███ : Electrical supply houses and home depot or loans.

00:08:56.830 --> 00:08:57.630
Kevin Caves: Yeah.

00:08:59.490 --> 00:09:05.199

Kevin Caves: Okay. And is there a reason that you that you tend to favor the supply houses.

:07.500 --> 00:09:12.620
: For a few reasons. Because breakers aren't the only thing we're sing

13.180 --> 00:09:18.840
: when we are purchasing, and time is of the essence. So I. I like

:19.590 --> 00:09:25.266
: purchase all my material in phases, my rough, my finish

26.450 --> 00:09:31.729
: breakers wouldn't be part of rough. I wouldn't want them laying job potentially getting lost or damaged.

:32.010 --> 00:09:33.990
: And.

35.580 --> 00:09:47.010
: generally speaking, depending on the matrix that we have with ectrical supply houses, we there's we, we hope to get a better discount. Now. Home Depot lows the big box stores.

:47.190 --> 00:09:54.269
: They've been very competitive, so we con, we small contractor, o utilize that to our advantage

54.480 --> 00:10:00.460
: by letting our district, our electrical distributors know that nt to purchase from them

:00.590 --> 00:10:02.669
: so to match the prices.

03.040 --> 00:10:04.569
: And then it's a 1 shop.

04.860 --> 00:10:08.930
: right? You're not traveling to 4 different places for breakers.

00:10:09.270 --> 00:10:10.080
Kevin Caves: Yeah.

00:10:10.760 --> 00:10:11.730
Kevin Caves: Okay.

00:10:11.920 --> 00:10:12.660
Kevin Caves: Oh, that's interesting.

12.660 --> 00:10:15.380
███████ : And we're generally not just purchasing afci.

15.520 --> 00:10:20.409
███████ : Fc. Are not required, you know. There's so many other circuit
rs, you know, electrical panel.

00:10:20.890 --> 00:10:21.840
Kevin Caves: Right.

21.940 --> 00:10:22.810
███████ : Right.

00:10:23.960 --> 00:10:30.579
Kevin Caves: Yeah, so you'll be, yeah, I I understand. So you're you're
gonna be buying multiple types of

00:10:30.990 --> 00:10:32.500
Kevin Caves: equipment in bulk.

33.080 --> 00:10:33.800
███████ : Yes.

00:10:34.010 --> 00:10:38.980
Kevin Caves: Got it. Okay? Alright, that's that's helpful. Okay, let's
move on.

43.470 --> 00:10:46.910
███████ : I am a licensed electrician in the United States.

00:10:47.170 --> 00:10:51.319
Kevin Caves: Yeah. And for the next one, I I'm assuming California.

00:10:52.560 --> 00:10:54.230
Kevin Caves: Okay, any other states.

54.550 --> 00:10:55.570
███████ : No other states.

00:10:55.570 --> 00:10:56.919
Kevin Caves: Okay. Thank you.

00.670 --> 00:11:01.690
█████ : I have not.

00:11:02.140 --> 00:11:03.300
Kevin Caves: Okay.

:24.450 --> 00:11:25.170
█████ : Yes, I will.

00:11:25.480 --> 00:11:35.939
Kevin Caves: Okay, thank you. Now, let's see, we're gonna pause. The screen sharing for just a sec. Devin's gonna take the survey down and then put it back up in a in a short time.

00:11:36.210 --> 00:11:38.470
Kevin Caves: The reason we're doing that is.

00:11:38.960 --> 00:11:49.696
Kevin Caves: as I mentioned, we're we're changing the survey, you know, adjusting it in response to comments that we get from. You know, electricians like you. So

00:11:50.320 --> 00:11:55.849
Kevin Caves: I want to make sure that we're obviously we want to make sure we're showing you the latest, the latest version that we have.

00:11:57.800 --> 00:12:07.399
Kevin Caves: and you'll see now, yeah, now that the story is coming back up. Yeah, the questions will get a little more involved now. So take your time, and and I'll let you read this one.

41.400 --> 00:12:42.430
█████ : I understand.

00:12:44.060 --> 00:12:53.229
Kevin Caves: Okay, thank you. And in your own words. just for the record. How would you describe the information this question is giving you.

54.820 --> 00:12:57.399
█████ : Well, this is kind of a loaded question, because

58.670 --> 00:13:04.990
▮▮▮▮▮ : every manufacturer that's you all listed has their listed
t

05.540 --> 00:13:07.909
▮▮▮▮▮ : that has to be provided to the consumer.

08.180 --> 00:13:20.080
▮▮▮▮▮ : So when we purchase, I mean, we purchase based on a variance, I
ow with energy, storage and solar have become big big items, and
throughout all the the States they've been around. But

20.310 --> 00:13:25.270
▮▮▮▮▮ : we are required to use only listed products that are listed for
nufacturer.

25.460 --> 00:13:30.579
▮▮▮▮▮ : So let's say, we buy a square D panel unless there is a

30.960 --> 00:13:44.600
▮▮▮▮▮ : the fci breaker of a different brand listed in that panel. I'm
n inspector as well. I would not be able to use that another
breaker not listed right? It's got to be per manufacturer specifications.

00:13:44.820 --> 00:13:45.760
Kevin Caves: So.

:45.910 --> 00:13:47.649
▮▮▮▮▮ : Did that answer your question?

00:13:48.800 --> 00:14:00.390
Kevin Caves: Yeah, no, I think that makes that makes sense. We? Yeah. And
that's something we've we've run into before. We got. We've gotten
similar feedback from other electricians we've we've spoken with

00:14:01.296 --> 00:14:09.569
Kevin Caves: in fact, that's why that's why we added that the second
sentence in the 1st paragraph

00:14:09.820 --> 00:14:12.261
Kevin Caves: is trying to address the idea that

00:14:13.090 --> 00:14:16.770
Kevin Caves: for some electricians a typical project project would.

00:14:16.910 --> 00:14:23.490

Kevin Caves: you know, require some compatibility between the afcis for specific manufacturers?

00:14:24.510 --> 00:14:25.210
Kevin Caves: Right.

00:14:25.450 --> 00:14:29.159
Kevin Caves: But I I see what you mean that it's it's you know, you

00:14:29.630 --> 00:14:32.350
Kevin Caves: it depends on the specifics of the project.

33.050 --> 00:14:38.210
███████ : And and if it's got a white paper that maybe it could be an d, amended

38.330 --> 00:14:42.730
███████ : product that can be used right for the manufacturer's endations.

00:14:43.595 --> 00:14:46.800
Kevin Caves: Okay, that's called. That's interesting.

00:14:48.040 --> 00:14:57.939
Kevin Caves: So so like, what's an example of do? Do you know one off the top of your head of an afci that can be used in a panel with a different brand.

58.160 --> 00:15:02.729
███████ : Have not. I have not encountered it. I've always matched what sted.

00:15:03.100 --> 00:15:09.110
Kevin Caves: Got it. Okay? Okay, alright. Well, let's go. Let's go to the next one.

20.770 --> 00:15:21.710
███████ : I understand.

00:15:21.990 --> 00:15:26.720
Kevin Caves: Okay, no, it's pretty straightforward. Okay, let's go to the next one.

00:15:28.940 --> 00:15:32.190
Kevin Caves: I'll let you read through there. There's a lot of text there.

32.900 --> 00:15:34.830
: Oh, boy, did we know about nuisance tripping?

30.830 --> 00:16:50.440
: So I haven't enough knowledge to agree with or disagree with
ncies. We're talking about noise, right harmonics.

51.698 --> 00:17:00.800
: It's my understanding that the Afci detects the art and the
ce tripping

01.350 --> 00:17:04.570
: that we that we do run into daily

06.260 --> 00:17:21.829
: is because by a light switch engaging. There is a there we're
allowing for a knife to somehow engage to a receiver right of the
knife blade. If you're looking at a disconnect or a single pole switch in
a residence?

22.530 --> 00:17:24.089
: Where I have.

24.609 --> 00:17:25.579
: And I

25.810 --> 00:17:30.940
: I I don't know how familiar you are. Are you familiar with like
ire circuits in a residence.

00:17:31.900 --> 00:17:35.797
Kevin Caves: Not? Well, yeah, not not like an attritionist. No.

36.540 --> 00:17:38.850
: So a house is fed. If you ever look at

38.970 --> 00:17:43.519
: the you know the older areas, not if it's underground, but
ead power lines come into your house.

00:17:43.640 --> 00:17:44.100
Kevin Caves: Yeah.

00:17:44.100 --> 00:17:48.420

▮▮▮▮ : You'll have 3 wires coming from the transformer. Their their y pole.

▮▮▮▮ :48.690 --> 00:17:54.230
: And what that is is, it's going to be 2 ungrounded and one ed. 2. Ungrounded are the

▮▮▮▮ 54.650 --> 00:17:58.030
: power conductors, each having a hundred 20 volts.

▮▮▮▮ 58.160 --> 00:18:01.510
: Ground per phase. It's a single phase, but per line.

▮▮▮▮ 01.750 --> 00:18:07.347
: And then the grounded conductor is the neutral right? So that is hat is what

▮▮▮▮ 08.090 --> 00:18:17.959
: and carry the load. The difference of the load between the 2 on ng phases. So let's say you had hired me to. You and your wife want to build a new kitchen.

▮▮▮▮ 18.260 --> 00:18:27.060
: It's more practical labor, labor, wise and material, for as far cost.

▮▮▮▮ :27.250 --> 00:18:35.280
: or run multiwire circuits. If, when your electrical panels on her side of the house and I'm gonna run a line, I have. I'm required to put

▮▮▮▮ 35.710 --> 00:18:55.150
: minimum of 2 20 amp. Small appliance circuits in your kitchen And then you have garbage disposal dishwasher. If you have a space saver microwave. What I want to do is instead of running having my guys run wire several times, they make a an Nm. Cable. If we're doing it in Nm, that's called a multi, and they'll have a black, a red, a white, and a bare copper.

▮▮▮▮ 55.510 --> 00:18:59.980
: Now I distribute those 2 amongst your kitchen counters.

▮▮▮▮ :00.604 --> 00:19:05.910
: I can place those anywhere I want, and it can also hear the the room as well.

00:19:06.200 --> 00:19:10.529

███████ : and the refrigerator, if it's not a sub 0. Well, what happens is is

:10.730 --> 00:19:16.239
███████ : there is detection, I mean, when you have a 2. So you've seen pole single throw fci breakers.

16.400 --> 00:19:34.270
███████ : They? They, too. They're they, too, seem to have a high nuisance ng, in my opinion. And I I think it's it's just the fact that the the breaker handle tie may be tripping on one, but it's actually shutting both of them off right? So you're losing a lot more on your own

34.808 --> 00:19:36.550
███████ : and I don't know about

36.740 --> 00:19:41.399
███████ : the high radio frequency, because I just know

41.935 --> 00:19:50.240
███████ : I was doing electrical many, many years prior to our fault being roduced into the Nec. Or I or Irc

51.430 --> 00:19:55.889
███████ : and I was also instructed by my mentor many years ago, who was a ing official.

:56.290 --> 00:20:01.600
███████ : but they were at one time talking about removing them because of uisance tripping.

02.940 --> 00:20:05.910
███████ : So I do understand what you wrote. But I don't

:06.430 --> 00:20:15.000
███████ : don't understand how high radio frequencies can cause the trip, e I thought, it's a mechanical where it detects an art

15.740 --> 00:20:20.459
███████ : right? And it protects the circuit right? So that's what's

:20.610 --> 00:20:24.100
███████ : that's what's opening the circuit breaker in absent.

24.450 --> 00:20:25.630
███████ : Does that make sense.

00:20:26.550 --> 00:20:33.799
Kevin Caves: Yeah. Yeah. Okay, that's very. That's very useful. Feedback. When you.

00:20:34.000 --> 00:20:40.080
Kevin Caves: So so you you mentioned that nuisance stripping is is a daily daily problem.

00:20:40.543 --> 00:20:44.759
Kevin Caves: So how how do you? How do you deal with it when it when it happens.

46.470 --> 00:20:50.039
: So on older homes.

50.930 --> 00:20:55.499
: Sometimes the only thing we can do is put an a standard breaker n place.

55.863 --> 00:21:01.460
: What's the goal? Here? The goal is, you know, we do a lot of upgrades, and and where I live in la.

02.070 --> 00:21:12.960
: there's a lot of overhead feed right? So you have underground erhead feed and then we'll have a lot of existing old circuitry, whether it's a Cambridge wiring a knob and tube.

14.490 --> 00:21:25.910
: There's a lot of, I mean, if if you've been around a while, you member the knob and tube, it was just absolutely historical right. So the connections were made with, you know, a crimp and some tape.

:26.120 --> 00:21:27.140
: you know the

27.270 --> 00:21:38.770
: and and if those, if those wires are not making, you know, the onductors expand and contract based on the heat? Right? So if if there's any any arc, they'll trip

:39.470 --> 00:21:47.720
: We've also had to trace down circuits and just pull brand new ts to, you know, correct the problem.

48.090 --> 00:21:53.850
█████ : But with, so that's on existing like

:53.950 --> 00:21:57.780
█████ : new panel upgrades on homes, building new

58.943 --> 00:22:09.259
█████ : usually, when we have nuisance tripping a lot of times, we'll ██ he breaker back to the electrical supply house and replace it. Sometimes that alleviates the problem depending on

:09.620 --> 00:22:17.129
█████ : how the circuit breaker was, you know, mechanically dialed in. I ██ t know the internal functions of the circuit breaker.

00:22:17.960 --> 00:22:23.860
Kevin Caves: And do? Does the does the supply warehouse? Then give you a full refund for the other breaker?

23.860 --> 00:22:27.880
█████ : They replace, they honor that absolutely. Remember they're ██ ed to.

28.050 --> 00:22:36.920
█████ : Just as I, as a contractor in the State of California, have to ██ my work. They, too, as well have to honor their product, that they're selling

37.333 --> 00:22:40.339
█████ : because it would put me in a in a conundrum right.

00:22:41.800 --> 00:22:47.679
Kevin Caves: Yeah. And but then, what about the extra cost of, you know, time and labor that it takes.

47.680 --> 00:22:48.020
█████ : Oh!

00:22:48.140 --> 00:22:48.800
Kevin Caves: Just.

:48.800 --> 00:22:53.610
█████ : That's what kills the contractors. That's what it's just. It's ██ f the deal we buy into it.

00:22:53.970 --> 00:22:55.980

Kevin Caves: I got it. I got it okay.

00:22:56.660 --> 00:23:08.539
Kevin Caves: And have you ever tried to put like, if you had to guess? For your average nuisance, tripping event, whatever that may be like, how much it costs in terms of time or money, or both.

10.060 --> 00:23:11.879
██████ : So you know, when you look at

12.230 --> 00:23:21.129
██████ : you know how you bill out, what it? What does it cost to operate siness versus what you charge. You know you you can't quantify. I mean, you can right

21.300 --> 00:23:48.280
██████ : quantify the expense and fuel time and the loss. Remember, when leaving a job site. You're not performing your tasks that you've signed a contract to do so that work gets put on hold. Now you're stopping work so to quantify that it could be a multiple of 3 it could be, you know. It sounds so dumb to drive to the supply house to pick up a new one could be what it would cost. My business could be $1,400. If it's a if it's an hour trip.

00:23:48.620 --> 00:23:51.749
Kevin Caves: Sure. Sure. Yeah, time is money.

:52.340 --> 00:23:53.090
██████ : You know.

54.510 --> 00:24:01.500
██████ : So I do understand this. I just again, as far as the the high, nt, the high body radio frequencies.

01.630 --> 00:24:05.699
██████ : I don't know the the engineering into that.

00:24:06.050 --> 00:24:08.340
Kevin Caves: Okay, okay, I got it.

00:24:09.920 --> 00:24:11.620
Kevin Caves: Okay? And any

00:24:12.440 --> 00:24:18.960
Kevin Caves: but you do. But okay, so that's we get that. But but you do. But you're definitely familiar with nuisance tripping. It sounds like.

18.960 --> 00:24:19.310
███████ : Oh, yeah.

00:24:19.310 --> 00:24:24.157
Kevin Caves: Lots of lots of experience with it, probably more than you want.

24.850 --> 00:24:26.109
███████ : Glad to see it here.

00:24:26.393 --> 00:24:35.469
Kevin Caves: And anything else that just because there's a lot in here. Is there anything else you'd want to give us any feedback on before we move on to the next question.

36.580 --> 00:24:42.189
███████ : The infect effect, have claimed that area are not designed to ively identify

42.530 --> 00:24:45.230
███████ : on said trip when they detect any signals.

45.800 --> 00:24:50.420
███████ : So is this, that last paragraph is, that

:51.010 --> 00:24:54.000
███████ : is, that a statement that they they have

54.520 --> 00:24:57.240
███████ : presented in in their Ul listing.

00:24:58.150 --> 00:25:00.520
Kevin Caves: I don't know if it's in the ul listing.

00:25:01.066 --> 00:25:03.210
Kevin Caves: That's a good question. I don't know.

04.060 --> 00:25:07.130
███████ : And here's the thing. Here's the tricky part about ul

:07.800 --> 00:25:13.699
███████ : I'm involved with a lot of energy storage. And oh, there's a lot all when you're talking energy, storage.

00:25:13.950 --> 00:25:14.430
Kevin Caves: Yeah.

:14.758 --> 00:25:21.000
███████ : Do everything within it with ul, you have to. Per, have you guys sed all the Ul listings for

21.180 --> 00:25:22.640
███████ : product. So you have.

23.410 --> 00:25:25.989
███████ : You have the app, I mean, because you have to purchase them.

00:25:26.300 --> 00:25:27.844
Kevin Caves: You do? Okay?

28.360 --> 00:25:32.509
███████ : Yeah, not everyone. But some. Sometimes people will put a Pdf .

00:25:32.680 --> 00:25:33.255
Kevin Caves: Okay.

34.350 --> 00:25:42.400
███████ : But for the most part any of the Ul stuff I've ever researched had to purchase 1741, 95 40

43.034 --> 00:25:46.075
███████ : so I I think these fall under.

46.840 --> 00:25:49.330
███████ : let's see. Hold on. I was looking a little this morning.

:50.800 --> 00:25:52.429
███████ : These fall under

55.810 --> 00:25:58.230
███████ : Ul. 1699.

58.350 --> 00:26:01.649
███████ : Standard for our fault circuit interrupters.

00:26:02.200 --> 00:26:03.080
Kevin Caves: 99.

03.540 --> 00:26:10.730
█████ : 1,699. It says, list listed our fault circuit interrupter es are evaluated in accordance with Ul. 1,699

10.860 --> 00:26:14.599
█████ : standard arc, fault circuit interrupters, testing methods,

14.790 --> 00:26:22.779
█████ : or simulate arcing conditions to determine determine a product's y to detect and interrupt artfalls.

22.990 --> 00:26:30.810
█████ : parking false, sorry the device. The devices are also tested to that mark detection is not

31.010 --> 00:26:38.970
█████ : unduly inhibited by the person, that by the presence of loads rcuit characteristics that may ask

39.270 --> 00:26:45.229
█████ : the hazardous arcing condition, do you? Are you familiar with pa link at all, Kevin?

00:26:46.900 --> 00:26:47.240
Kevin Caves: I don't.

47.240 --> 00:26:48.090
█████ : Pretty amazing.

00:26:48.090 --> 00:26:49.340
Kevin Caves: Think so.

:50.041 --> 00:26:53.560
█████ : The great thing about that. It's like a hundred 14 bucks a year.

00:26:54.230 --> 00:26:55.320
Kevin Caves: And.

55.570 --> 00:27:07.649
█████ : You get all the. So I have 2020, 1420, 1720, 2023, I think e just published 2026. So what that allows me to do

00:27:08.130 --> 00:27:21.469

█████ : for the Nfpa. The National Fire Protection Agency is really stay
rd, and then a lot of times. What I'll have to do is, I'm also a
member of International Code council. So I go in to make sure that the
language matches, we're.

22.040 --> 00:27:26.069
█████ : you know, because right now we're talking about one specific
but I deal with so

26.460 --> 00:27:28.689
█████ : many just areas right.

00:27:28.690 --> 00:27:29.380
Kevin Caves: Yeah.

30.580 --> 00:27:35.690
█████ : But for this, for the case of this meeting I wanted to make sure

35.800 --> 00:27:43.670
█████ : I had any information, and I offer. I'm here like an open book.
to see if we're doing the right thing. I want to help always
right.

00:27:44.770 --> 00:27:48.900
Kevin Caves: Alright. Well, thank you. Yeah. So we'll keep that in mind.
The

00:27:49.940 --> 00:27:54.011
Kevin Caves: yeah. The 1699 Ul, and the Nfpa.

54.520 --> 00:27:56.579
█████ : Nfpa, look at the Nfpa link.

:56.740 --> 00:28:01.730
█████ : It's LINK. And it's a wonderful subscription. It really will.

02.150 --> 00:28:05.799
█████ : It just gives you everything, and I love it. You can do it on
Computer, on your phone.

:06.020 --> 00:28:08.520
█████ : You can copy paste. It's wonderful.

00:28:08.840 --> 00:28:13.990

Kevin Caves: Oh, I see. Okay, yeah. Now, I'm on the right website. Okay, select a plan again.

:13.990 --> 00:28:21.829
█████████ : So for the sake of this question I do understand. That I cannot ████ate on the high radio frequencies right.

00:28:21.830 --> 00:28:28.649
Kevin Caves: Okay, fair enough. Alright. Well, that's great feedback. Why don't we? Yeah, let's move on to the next one. Devin.

00:28:30.050 --> 00:28:42.569
Kevin Caves: okay, here we go now we've got. We're gonna have 12 of these hypothetical purchases. This is the 1st one, so I'll just let you read through it and let me know when you've when you've decided an answer. If you have any questions.

00.400 --> 00:29:01.310
█████████ : I would.

03.240 --> 00:29:06.839
█████████ : This is a tough one. Here. I would purchase.

07.080 --> 00:29:12.050
█████████ : depending on the panel that I installed in the residence, or the ████e

:12.180 --> 00:29:14.960
█████████ : parcel, the the home, or the building.

15.130 --> 00:29:19.939
█████████ : wherever the Afc. Afc. Is required, I would purchase either. One ████ese.

:20.600 --> 00:29:24.390
█████████ : Is this kind of going at the kind of looking at a price standard

00:29:27.340 --> 00:29:34.968
Kevin Caves: yeah, I mean, well, it's you know, price is definitely one thing we wanted to include but

00:29:36.550 --> 00:29:41.679
Kevin Caves: you know, you don't have to limit yourself to to price. I mean, you can consider, you know, any.

41.680 --> 00:29:48.390
 : I also liked at the bottom, Kevin, where it says the thrown and
uisance tripping where where we see Siemens

48.740 --> 00:29:50.140
 : not defective.

50.460 --> 00:29:55.539
 : I'm like we talked about. If I don't have to leave a job site
al with

:55.650 --> 00:30:02.390
 : added costs, I mean, and look at the price at 49, 56 siemens is
ble.

03.910 --> 00:30:07.289
 : I wouldn't. I would lean a little more towards Siemens.

00:30:07.745 --> 00:30:08.009
Kevin Caves: Yeah.

08.010 --> 00:30:13.910
 : If I didn't, you know. Just so, you know, when we go to an
ical distributor they have.

:15.430 --> 00:30:20.919
 : They are either like a square d house an Eaton house a Siemens
did. Were you familiar with that? That

21.070 --> 00:30:24.070
 : they're not allowed to yeah sell all the.

00:30:24.460 --> 00:30:28.166
Kevin Caves: They don't have exclusives with the manufacturers. Right.

28.630 --> 00:30:31.929
 : Like Pepsi and Coke, right? It's kind of a weird thing we don't.

32.390 --> 00:30:36.820
 : so but I would absolutely. I mean, Price would not be an issue.

37.286 --> 00:30:45.839
 : Especially the fact that I would price the project out on the
end. Those are hard costs that wouldn't hurt me either way.

00:30:47.140 --> 00:30:47.980
Kevin Caves: Okay.

00:30:48.590 --> 00:30:54.199
Kevin Caves: So okay, so if you had to pick one of these 4 options.

54.200 --> 00:30:55.419
███████ : It would be the semen.

55.420 --> 00:30:58.350
███████ : It would be the Siemens. Okay, effective.

00:30:58.620 --> 00:31:01.920
Kevin Caves: Okay, so and

00:31:02.658 --> 00:31:09.439
Kevin Caves: alright. So it sounds like you're picking up mostly because it's labeled as not defective. But also because of you know.

00:31:09.660 --> 00:31:13.530
Kevin Caves: Maybe maybe also, because the price is a little bit lower than the Eaton.

14.200 --> 00:31:15.959
███████ : Well, it's got the dual function.

00:31:16.270 --> 00:31:17.110
Kevin Caves: Right.

17.290 --> 00:31:22.209
███████ : The afci gfci, which is required now, and a lot of areas in the residence.

24.532 --> 00:31:26.999
███████ : As far as the Plugin pigtail that

27.180 --> 00:31:30.730
███████ : to me it doesn't matter. It's you know you're in the panel.

:32.560 --> 00:31:33.670
███████ : It's it's

00:31:34.370 --> 00:31:43.629

██████ : it's quicker plug. It's not not as quick but will function. You ngle. So there's only single poll available here. I don't see anything.

317
44.260 --> 00:31:46.769
██████ : You get the 10,000 kia

318
48.640 --> 00:31:54.419
██████ : so you don't. There's not a so there is a 2 pull available in ton and the Siemens.

319
00:31:55.030 --> 00:31:55.560
Kevin Caves: Right

320
56.360 --> 00:32:02.810
██████ : Just didn't pick it up on this one. So yeah, I would. I mean, it all. The Eden obviously wouldn't

321
:03.410 --> 00:32:08.330
██████ : be ideal if it didn't have the dual function, because I'm ed to

322
08.770 --> 00:32:12.429
██████ : provide Afci Gfci throughout areas of the residence.

323
:12.710 --> 00:32:15.320
██████ : Right? So Ian would be out for sure.

324
16.006 --> 00:32:21.369
██████ : Abb, General Electric. I well, in California we don't. I, ally, haven't.

325
21.530 --> 00:32:43.460
██████ : We're just a lot of general now. I did fly back years ago to ia and had some certification with Abb on level. 3 electric vehicle chargers. But here where I live maybe there, you know, it depends on you. You live on the east coast. You may have more presence of, Hey, you know Abb or General Electric, whereas we have Siemens 40, and Eaton here.

326
00:32:44.440 --> 00:32:49.150
Kevin Caves: Yup, yeah, yeah, that's definitely something we've heard. There's some regional.

327
00:32:50.030 --> 00:32:53.171
Kevin Caves: yeah, some some regional aspects to it.

328

53.620 --> 00:32:54.220
: Yeah.

329
00:32:54.540 --> 00:33:02.079
Kevin Caves: So the okay. So just looking at the layout of the questions

330
00:33:02.380 --> 00:33:06.579
Kevin Caves: and the information that we're giving you here on the screen, do you think

331
00:33:07.250 --> 00:33:10.719
Kevin Caves: it? The question is giving you enough?

332
00:33:11.640 --> 00:33:18.259
Kevin Caves: Excuse me enough information to make an informed decision about the Afci. You would purchase in real life.

333
19.730 --> 00:33:23.090
: Sure not defective, is a really big one for me.

334
00:33:23.090 --> 00:33:23.820
Kevin Caves: Okay?

335
00:33:24.170 --> 00:33:26.700
Kevin Caves: All right. Well, let's go on to number 2 of 12.

336
:05.590 --> 00:34:11.170
: So if it's asking to be compatible with other brands now we're g at.

337
11.980 --> 00:34:19.150
: why would I spend 70 77 versus 43, 69, if I can put the Eaton n

338
20.389 --> 00:34:25.970
: some of the other manufacturers, so that at this point, and the hat it's not defective

339
27.260 --> 00:34:29.310
: is drawing me to the Eaton.

340
00:34:30.330 --> 00:34:32.400
Kevin Caves: Got it. Okay? So you'd pick

341
00:34:32.860 --> 00:34:35.196

Kevin Caves: you'd pick the one in the middle.

00:34:35.900 --> 00:34:45.439
Kevin Caves: Now, by the way, we're we've we're showing you different prices with each option. Obviously do they seem to be in line with about what you'd expect to pay in real life.

47.704 --> 00:34:59.450
███████ : No, I think they eaten is a little more. I think they're. I we're in the price of between 80 and a hundred bucks, but these are singles. I'm sorry. That's for for devil. I mean, we could do something real simple here, right? Just go eating

00.020 --> 00:35:01.350
███████ : A. F.

01.660 --> 00:35:05.300
███████ : CI. Brakeley alright.

00:35:05.450 --> 00:35:06.750
Kevin Caves: We're looking at.

06.910 --> 00:35:11.680
███████ : You know, there's a they're 57, 80 at home depot right?

00:35:11.850 --> 00:35:12.250
Kevin Caves: Okay.

12.250 --> 00:35:22.109
███████ : 37, 37, 0, 4 at simply breaker again, just because I see 3,704 breakers.com. I've never purchased from them. They may say it's $50

22.290 --> 00:35:24.980
███████ : bing fee, and you'll you'll get it in 2 weeks. So

25.475 --> 00:35:32.579
███████ : yeah, that's I mean, that's a great price for the Eden. It's a lower than the market right now. Home depot's 57 80.

32.950 --> 00:35:38.130
███████ : So yeah, that's that's that's that's great.

00:35:39.040 --> 00:35:42.300
Kevin Caves: Alright! Alright, good! Let's move on to number 3. Devin.

09.120 --> 00:36:12.550
[REDACTED] : So now we're so now Siemens has been added.

:16.480 --> 00:36:21.749
[REDACTED] : Again. I would stick with the Eden because I need the dual on, and it's not defective.

00:36:21.950 --> 00:36:24.289
Kevin Caves: Sure. Okay, that makes sense.

00:36:27.300 --> 00:36:29.409
Kevin Caves: Alright. Let's go to the next one.

02.180 --> 00:37:04.140
[REDACTED] : So we're in a bit of a pickle here.

05.657 --> 00:37:12.450
[REDACTED] : If I'm purchasing or the residents.

13.910 --> 00:37:18.430
[REDACTED] : and there is some areas that only require Afci.

18.620 --> 00:37:22.040
[REDACTED] : I would obviously purchase the Schneider.

:22.740 --> 00:37:26.069
[REDACTED] : but the dual function is still required.

26.770 --> 00:37:33.170
[REDACTED] : Remember, the 2020 national electrical code requires Fci Gfci tion in a lot more areas of the home, now.

00:37:33.340 --> 00:37:34.320
Kevin Caves: Right.

34.440 --> 00:37:41.930
[REDACTED] : I would need. I mean, then you have this other full function,

42.580 --> 00:37:46.289
[REDACTED] : you know. There's there's where you're rolling the dice, so I do the

00:37:46.460 --> 00:37:50.910

█████ : I would take the square. DI would do the square, each of the 2 D's

:51.180 --> 00:37:53.229
█████ : because you get the single and you get the dual.

54.840 --> 00:37:58.310
█████ : or why would I even think about the 1st one I mean? Oh, this is

59.310 --> 00:38:01.069
█████ : What do you do? Right.

00:38:01.310 --> 00:38:05.129
Kevin Caves: Yeah, well, you can. Always. You've got the none of the above option. Do you want to take.

05.130 --> 00:38:07.340
█████ : No, I would I would still choose.

09.740 --> 00:38:11.180
█████ : Oh, I see that. So

16.510 --> 00:38:19.730
█████ : you know what. Maybe I would pick none of the above in this one.

00:38:19.730 --> 00:38:20.430
Kevin Caves: Okay.

00:38:26.030 --> 00:38:31.390
Kevin Caves: okay, let's go to next number 5.

44.240 --> 00:38:50.289
█████ : It would definitely be. For me it would be the Siemens because dual function, not defective.

00:38:50.930 --> 00:38:57.480
Kevin Caves: Okay, dual function not effective. And the price is only 49, 56.

:57.750 --> 00:38:58.330
█████ : Right.

00:38:58.560 --> 00:39:03.969

Kevin Caves: Okay. Alright, let's pick that one and go on to Number 6. We're halfway through.

381
:22.870 --> 00:39:26.270
███████ : We're right in the middle. Siemens has got the dual function.

382
26.900 --> 00:39:29.380
███████ : Price is great and not defective.

383
00:39:29.380 --> 00:39:32.450
Kevin Caves: Yep, alright. That makes sense.

384
00:39:33.100 --> 00:39:34.670
Kevin Caves: Okay. Next one.

385
49.460 --> 00:39:53.570
███████ : So this is thrown up. This is a this is a little different. got single function.

386
57.280 --> 00:40:00.640
███████ : This is a pickle I wouldn't pick. I would pick. I wouldn't pick them.

387
00:40:01.100 --> 00:40:02.810
Kevin Caves: None of the above. Okay.

388
:02.810 --> 00:40:03.420
███████ : The above.

389
00:40:03.700 --> 00:40:08.220
Kevin Caves: And I'm assuming that's because the only

390
00:40:08.590 --> 00:40:12.329
Kevin Caves: not defective option is a single function.

391
13.457 --> 00:40:17.720
███████ : Actually, the Eaton dual function. Yeah, that's correct. The Abb t's correct.

392
00:40:18.110 --> 00:40:20.370
Kevin Caves: Okay, okay, got it.

393
00:40:20.760 --> 00:40:25.759
Kevin Caves: Alright. Let's move on. We're 2 thirds of the way done. Now.

35.010 --> 00:40:40.480
█████ : So I would pick the Nyder. The square d dual function

41.507 --> 00:40:43.950
█████ : looks great, and it's not defective.

00:40:44.100 --> 00:40:47.530
Kevin Caves: Okay, dual function, low price, not defective.

00:40:48.050 --> 00:40:55.620
Kevin Caves: Yeah. And the sea. The Siemens one is, it's not defective,
but it's a lot more expensive. And then the Eaton is defective. Okay? Got
it.

55.620 --> 00:40:58.010
█████ : And the single function on the Siemens, as well.

00:40:58.598 --> 00:41:00.590
Kevin Caves: Right? I thank you. Yes.

00:41:01.613 --> 00:41:04.359
Kevin Caves: Okay, yeah. Let's go to the next one.

20.820 --> 00:41:25.469
█████ : We, you know my eyes are at the Eaton, right? So we'll function.

25.810 --> 00:41:27.150
█████ : Not defective.

00:41:27.150 --> 00:41:30.380
Kevin Caves: Dual function, not defective and.

:31.070 --> 00:41:32.090
█████ : Is a little higher.

00:41:32.290 --> 00:41:32.860
Kevin Caves: Yeah.

32.860 --> 00:41:36.340
█████ : But it's gonna cost less less now than later.

00:41:36.530 --> 00:41:37.320
Kevin Caves: Yep.

37.450 --> 00:41:39.370
▮▮▮▮▮ : Or more now than later, right or.

00:41:39.370 --> 00:41:44.730
Kevin Caves: Yeah. Well, like you said it could be 1,400 bucks just to just to deal with one nuisance trip.

44.730 --> 00:41:45.330
▮▮▮▮▮ : All right.

00:41:45.620 --> 00:41:49.010
Kevin Caves: Yeah, that that definitely makes it worth an extra 10 or 20 bucks.

00:41:49.230 --> 00:41:52.749
Kevin Caves: Okay, that's great to know. Let's move on to the next one.

:02.000 --> 00:42:03.810
▮▮▮▮▮ : I wouldn't purchase either one of them.

00:42:06.610 --> 00:42:13.060
Kevin Caves: So you do none of the above. And why are why are we doing none of the above this time? Because the single function are the only non defective ones.

:13.620 --> 00:42:16.399
▮▮▮▮▮ : The single function are the only non. Yes, they.

16.860 --> 00:42:23.679
▮▮▮▮▮ : I've gotta. I've got to follow the cookie crumbs. I I need to e what's asked for right.

00:42:24.260 --> 00:42:24.790
Kevin Caves: Yeah.

25.292 --> 00:42:33.360
▮▮▮▮▮ : And again, the prone to nuisance tripping is just it. It's le, right?

33.840 --> 00:42:40.579
▮▮▮▮▮ : And it's the dual function. So yeah, I just you're this is my sional, honest opinion.

00:42:40.770 --> 00:42:48.100

Kevin Caves: Yeah, no, that's all we want. That's and it makes sense. Alright, let's go to Number 11. We're moving along nicely here.

:51.180 --> 00:42:52.610
███████ : Humans is dual function.

54.570 --> 00:42:57.920
███████ : It would be the Siemens, the dual function, not defective.

00:42:58.950 --> 00:43:11.660
Kevin Caves: Okay, so you're picking the Siemens $70 and 77 cents. It's dual function. It's not defective. The only other not defective. One is the square D, which is only a single function.

12.170 --> 00:43:12.770
███████ : Correct.

00:43:13.080 --> 00:43:16.880
Kevin Caves: Okay? All right, let's move on to 12 of 12.

26.500 --> 00:43:27.849
███████ : I wouldn't purchase any of them.

00:43:29.970 --> 00:43:33.235
Kevin Caves: Okay, none of the above, because,

00:43:34.280 --> 00:43:39.250
Kevin Caves: the only not defective one is a single function on at a pretty high price.

00:43:39.470 --> 00:43:40.760
Kevin Caves: Is that correct?

:40.960 --> 00:43:43.720
███████ : Actually, it's it's not that high.

00:43:44.020 --> 00:43:44.600
Kevin Caves: Yeah.

45.100 --> 00:43:48.600
███████ : It's 62, 28,

00:43:48.760 --> 00:43:49.960
Kevin Caves: Yeah, that's true.

49.960 --> 00:43:52.309
███ : Won't serve what I need.

00:43:52.310 --> 00:43:53.090
Kevin Caves: Yeah.

00:43:53.410 --> 00:43:59.100
Kevin Caves: got it? Got it? So I mean, but you do. You sometimes use single function runs right for certain parts.

:59.100 --> 00:44:00.630
███ : Sometimes you do, but.

00:44:00.630 --> 00:44:00.990
Kevin Caves: Yeah.

00.990 --> 00:44:02.120
███ : These days.

00:44:03.590 --> 00:44:05.500
Kevin Caves: It's just. It's just not that, not that kind.

05.500 --> 00:44:11.100
███ : Yeah, code hasn't listed. Here's where here's where they go.

:11.400 --> 00:44:15.300
███ : It's you have to go to Afci, and you have to go to Gfci in the codebook.

15.440 --> 00:44:18.630
███ : It's they need. They need to clean it up.

:19.040 --> 00:44:23.460
███ : and it would make it easier when we're circuiting a house right.

00:44:23.680 --> 00:44:24.390
Kevin Caves: Yeah.

25.870 --> 00:44:29.319
███ : So if you have the opportunity to just buy the dual function

29.910 --> 00:44:52.170
███ : and put those where, whether it's because dual function you can i or Gfci. It's not. Gonna remember the Gfci detects the imbalance

in the grounded conductor, which is the neutral right? Right? So that when your wife blow drops her blow dryer in the sink where you just had done shaven with the water in there. The natural instinct is to grab that blow dryer that sink basin and you're gonna get electrocuted. So the Gfci, I believe, to

52.170 --> 00:45:02.059
█████████ : preps at point 0 5 milliamps. And it takes point 0 7 to kill us. That's what's that's what the protection on the Gfc. Now, here's the other great news.

02.340 --> 00:45:03.929
█████████ : You can put a Gfci

04.490 --> 00:45:09.280
█████████ : Plugin, and here's the other thing I want to mention when you're g these Afci gfci

09.410 --> 00:45:17.559
█████████ : breakers in where we were having to put these gfci breakers on y. I do it in the kitchen is. I put a Gfci in every outlet hole.

00:45:18.090 --> 00:45:20.239
Kevin Caves: Right on the receptacle. Yeah.

20.240 --> 00:45:27.239
█████████ : Yeah. And and just because of that protection you don't have to. d do a line load.

27.590 --> 00:45:55.049
█████████ : But there's been a lot of nuisance tripping through the years. t I remember back in the eighties they were putting a gfci in the garage, and then you'd go buy your second refrigerator and put in the garage, and you'd go on vacation, and your gfci behind the garage refrigerator would trip, and all the food would melt all you know, hundreds and hundreds of dollars, and then you had an electrician. Come on. You can't find why you have no power throughout your kitchen, and then they go pull this refrigerator out in the garage, because I know so much about this and reset that and everything works again.

55.080 --> 00:46:06.169
█████████ : So we stopped doing that years ago. And it's not written. It's experience, right? That era of build that where I live in, you know Southern California. So

06.515 --> 00:46:12.499
█████████ : but I was, gonna say the Gfcis. I remember they used to cost 7 bucks for a Gfci outlet.

12.960 --> 00:46:17.229
▮▮▮▮ : Now they're like 13 or 15 at home depot.

17.410 --> 00:46:21.070
▮▮▮▮ : But if you purchase the breaker, you're not having to purchase
ose outlets anymore.

00:46:21.440 --> 00:46:21.770
Kevin Caves: Right.

:21.770 --> 00:46:26.630
▮▮▮▮ : All circuits now protected at the main service or mode center
hout the house.

28.270 --> 00:46:31.200
▮▮▮▮ : So you're saving a lot more money than you're spending now,

31.480 --> 00:46:34.759
▮▮▮▮ : Yeah, I hadn't thought of that. But that yeah, that makes a lot
se.

35.730 --> 00:46:40.219
▮▮▮▮ : I'm a Lego piece guy. I'm a Lego piece put together. That's my
ssion.

00:46:42.370 --> 00:46:44.307
Kevin Caves: Yeah, that was a good movie.

00:46:46.231 --> 00:46:48.739
Kevin Caves: Alright, let's move on to.

00:46:50.477 --> 00:46:54.229
Kevin Caves: I think there's like one more wrap up question.

59.360 --> 00:47:01.730
▮▮▮▮ : I don't know if it was confusing.

01.970 --> 00:47:04.250
▮▮▮▮ : I just wish I

04.440 --> 00:47:32.939
▮▮▮▮ : I just don't know enough about the frequency. Know that that
that that would create. I don't know how that I think physical arc
is physical. It's a mechanical thing that happens. It's it's an arc

that's taken place in a device or 2 wires touching right? Or maybe let's say you had a, you know, a second year apprentice putting in all the outlets, and they did not Torque remember, Torquing is one of the biggest reasons that of house fires. I don't know if you knew that. And properly.

32.940 --> 00:47:33.910
█████ : yeah, these are

33.910 --> 00:47:46.159
█████ : electricians come in, and they give them so much time to do these jobs. And you got to get any stress coming down from the whole new. You know I'm I've been. I'm 54. I've been doing electrical for over 35 years. I started as a kid.

47.310 --> 00:47:48.120
█████ : And

48.350 --> 00:48:02.179
█████ : boy. I I just remember the journeyman electricians. They they know themselves. But every you know, when they came out with this. So I'm not just a licensed electrical contractor in California. I'm also a certified electrician with the division of industrial relations, and

02.250 --> 00:48:19.099
█████ : you know what happens is, and I was teaching at Sunpower for 2 half years on the back. I was an instructor bringing these guys in, and I just was astonished to see I didn't have. I didn't get to see them. They were my competition. I was out with my guys building my project, but I had

19.420 --> 00:48:22.070
█████ : control over everything, and my whole thing is

22.627 --> 00:48:33.039
█████ : even when no one's looking. You do it right. We were getting o do it, anyway. Why not? I don't. I didn't get. I wasn't smart enough to become a doctor. I fell into the electrical industry when I was young.

33.140 --> 00:48:37.790
█████ : But I take this so serious, and if we're gonna go to your home.

37.800 --> 00:49:04.979
█████ : your family, your children, your your wife. You deserve to be than when we got there, not not in more danger, because we came to your home, and I'm seeing the industry, and they're not. What they're not doing is they're not. They're not torquing the breakers. They're not torquing the plugs. There's manufacturer requirements for all of these things, and we always refer to them. So I was teaching guys how to

torque, how to how to divide and multiply for inch to foot pounds, foot to inch pounds.

:05.368 --> 00:49:13.380
: And these guys were just. And you know what they were so excited rn. And that's what that was like a drug for me. It just made me feel good

13.540 --> 00:49:23.839
: knowing that people they still call me today. And and they I got full. They think I'm smart, and I just we gotta be a part of each other's lives, and that's a big deal.

24.020 --> 00:49:24.930
: you know.

25.150 --> 00:49:33.830
: So I don't think that this was confusing. I just, I think on a , I would. I would say no, I didn't find any aspect to be in the survey to be confusing.

00:49:34.320 --> 00:49:38.981
Kevin Caves: Okay, alright. So we'll click. We'll click that one. Then I think that's the last question. Right? Devin.

00:49:39.730 --> 00:49:42.590
Kevin Caves: Yeah, that's our progress bars at a hundred percent.

43.070 --> 00:49:43.840
: Wow!

44.750 --> 00:49:46.439
: Well, how did I pass or fail?

00:49:46.797 --> 00:49:51.092
Kevin Caves: Well, there's no right or wrong answers. So every everybody passes.

52.698 --> 00:49:53.649
: This is great news!

00:49:54.060 --> 00:50:03.720
Kevin Caves: But yeah, thank you know, we got you done a little earl which is great, and we got a lot of really great feedback from you, So we we just really appreciate it.

04.550 --> 00:50:10.089
███████ : Yeah. Yeah. And this feel free to feel free to call. If you have
ng else you ever need from me.

491
00:50:10.320 --> 00:50:13.850
Kevin Caves: Okay, okay, thank you so much. Well, enjoy the rest of your
day.

492
14.470 --> 00:50:16.310
███████ : You so much. You guys have a great day.

493
00:50:16.310 --> 00:50:17.479
Kevin Caves: You too. Goodbye.

```
WEBVTT

1
00:01:00.230 --> 00:01:01.180
Kevin Caves: Hello!

2
   1:01.890 --> 00:01:02.769
███   : Hello! There!

3
00:01:03.280 --> 00:01:06.500
Kevin Caves: Hi, Chris! Hi! Thank you for joining.

4
   1:07.300 --> 00:01:08.410
███   : Glad to be here.

5
   1:08.990 --> 00:01:09.519
███   : Thanks for that.

6
   1:09.520 --> 00:01:10.140
███   : Okay.

7
00:01:10.560 --> 00:01:18.472
Kevin Caves: Yeah, yeah, of course. So let me, yeah, let's let's get
started. And

8
00:01:19.060 --> 00:01:25.250
Kevin Caves: so it's 2 o'clock at least in our time zone, and

9
00:01:25.940 --> 00:01:37.590
Kevin Caves: we scheduled it through for an hour, so we will definitely
be done with the interview by 3, and I think there's a pretty good
chance. We'll finish a little bit early.

10
   1:38.910 --> 00:01:39.690
███   : Sounds good.

11
00:01:39.970 --> 00:01:43.989
Kevin Caves: Yeah, yeah, no later than than 3.

12
00:01:44.960 --> 00:01:49.919
Kevin Caves: let's see. Okay, so just to kick things off, I'm gonna read
you some

13
00:01:50.438 --> 00:01:54.931
```

Kevin Caves: sort of standard introductory language that we use for these interviews.

00:01:55.480 --> 00:02:17.000
Kevin Caves: so again, thanks for agreeing to participate in today's interview. My name is Kevin Caves. I'm obviously conducting the interview. I work for a consulting firm called Mcclaven Associates, and I'm also joined by Devin Myers on the call. As you can see, she's on on the team for this project. She also works for Mcclave and associates.

00:02:17.543 --> 00:02:31.310
Kevin Caves: As you know, this interview is being recorded, but your participation and responses and anything you tell us is anonymous and confidential your personal information is protected, and it's not going to be shared or disclosed to anybody.

00:02:32.940 --> 00:02:40.380
Kevin Caves: The purpose of of this interview is is to get your feedback on a survey that we've been designing.

00:02:40.850 --> 00:02:53.130
Kevin Caves: and the reason we're talking to electricians like you is that the the audience for the survey is going to be professional electricians like yourself. So you know, we want to make sure that we're getting

00:02:53.330 --> 00:03:07.739
Kevin Caves: the technical terminology right? That our questions make sense to an electrician, you know, and that everything is as you know that the survey flows smoothly and and makes sense, and and does, you know, comprehensible and easy to understand.

3:08.620 --> 00:03:09.140
█████ : Hey!

00:03:09.950 --> 00:03:12.550
Kevin Caves: I? Let's see. So what we'll do is

00:03:13.140 --> 00:03:30.745
Kevin Caves: In a moment Devin will share her screen, and we'll we'll walk you through each question of the survey. It's not all that long, and the 1st few questions, as you'll see, are pretty routine, but we'll walk you through each question. We'll give you a chance to read each question. If you have any

00:03:31.200 --> 00:03:44.529
Kevin Caves: clarifications, or any questions at all about the question or anything else, just let us know at any time during the survey. That's

completely fine. And after after you've read the question, we'll ask you to tell us how you would answer it.

00:03:45.313 --> 00:03:49.179
Kevin Caves: And then in most cases, we'll also.

00:03:50.311 --> 00:04:01.680
Kevin Caves: I'll probably ask a couple of follow up questions to understand your thought process and just sort of get your feedback about about the question, and whether it's whether it's clear whether it makes sense, that kind of thing.

4:02.010 --> 00:04:02.405
█████ : Okay.

00:04:03.083 --> 00:04:08.756
Kevin Caves: So. But yeah, take as much time as you read as you need to read each question. Decide your answer.

00:04:09.560 --> 00:04:15.319
Kevin Caves: let's see. Do you have any questions before we, before we pull up the survey and get started?

4:16.690 --> 00:04:22.019
█████ : I don't think so. I think you explained that very well. Yeah. So I k I understand the what we're gonna be doing here.

00:04:22.190 --> 00:04:29.923
Kevin Caves: Okay. Okay, great great. Alright. Well, let's let's get started so we'll like, I said, the 1st couple of questions will be

00:04:30.490 --> 00:04:37.609
Kevin Caves: you know, not all that challenging to answer. But we're just gonna go through the whole thing to be complete. So here's here's the 1st question.

4:39.995 --> 00:04:42.309
█████ : Do you want me to read it out loud, or just silently to myself.

00:04:42.310 --> 00:04:44.679
Kevin Caves: So whatever's more natural to you.

4:44.890 --> 00:04:55.099
█████ : Okay, your participation in and responses to this survey are rely anonymous and confidential. Your personal information is protected and will not be shared or disclosed

4:55.350 --> 00:04:58.300
█████ : I would select. I wish to continue with the survey.

00:04:58.520 --> 00:05:02.745
Kevin Caves: Okay. Alright. Good. That means we can keep going.

00:05:04.550 --> 00:05:05.990
Kevin Caves: Okay.

5:07.840 --> 00:05:11.250
█████ : Which state do you live in? I live in Nebraska.

00:05:11.790 --> 00:05:12.840
Kevin Caves: Nebraska.

00:05:14.820 --> 00:05:16.830
Kevin Caves: There we go. Okay.

5:22.750 --> 00:05:27.000
█████ : What is your age? I would select between ████████ .

00:05:27.000          :30.239
Kevin Caves: ████████   Thank you. Okay. Next.

5:33.560 --> 00:05:40.800
█████ : What does the abbreviation afci stand for? I would select arc
t, circuit, interrupter.

00:05:41.450 --> 00:05:42.380
Kevin Caves: Okay.

5:42.380 --> 00:05:45.475
█████ : Which is, I believe, the yes, you found it.

00:05:46.140 --> 00:05:52.150
Kevin Caves: Yeah. And and would you say, that's a term that you hear a
lot as an electrician.

5:52.360 --> 00:06:08.449
█████ : Absolutely. Yes, it's in the article 100 of the national
trical Code, Nfpa. 70 E. The definition is listed right there, and as
an electrician. We have to know what the meaning of that term is. Yes.

00:06:08.590 --> 00:06:11.780

Kevin Caves: Okay, that's thank you. That's that's helpful.

00:06:12.100 --> 00:06:13.969
Kevin Caves: All right, let's go to the next one.

6:17.690 --> 00:06:37.409
████ : Have you purchased arc fault, circuit interrupters, or afcis in United States between 2017 and the present note. Throughout this survey the term Afci refers to breakers that are located in the electrical panel, and not receptacles installed at an outlet

6:38.210 --> 00:06:39.969
████ : I would select. Yes.

00:06:39.970 --> 00:06:40.770
Kevin Caves: Okay?

00:06:41.410 --> 00:06:42.185
Kevin Caves: And

00:06:43.340 --> 00:06:51.319
Kevin Caves: would you? Does this question make sense to you? Did does it? Does it read? Well, is there any any feedback you have on it.

6:51.730 --> 00:07:21.610
████ : I think it reads very well. I guess one feedback I might have when ████ays, Have you purchased? Would that include purchasing on behalf of a company or purchasing like primarily as once, you know, as a independent individual, I guess, and maybe that this doesn't need to be added to the question. I that was just when this survey was sent to me. That was a question I had. Was it asking me if I purchased it on behalf of a company, or if I purchased it myself.

00:07:22.310 --> 00:07:31.430
Kevin Caves: I got it. Yeah, well, thanks, that's that's helpful. We'll keep that in mind in the future. Yeah, I'd say, yeah, for today's purposes. It could be for either purpose. Yeah.

7:31.430 --> 00:07:32.390
████ : Okay.

00:07:34.460 --> 00:07:37.329
Kevin Caves: Okay, let's go on to the next one.

7:40.550 --> 00:07:47.940
████ : What brands of afcis have you purchased between 2,017 and the ████ent? Please select all that apply.

7:48.330 --> 00:07:53.219
█ : In my case. I selected Eaton and Siemens.

00:07:55.950 --> 00:08:00.080
Kevin Caves: Okay, so Eaton and Siemens and no, and no others.

00:08:00.280 --> 00:08:02.199
Kevin Caves: Those were the 2 that I selected. Yes, okay,

8:03.990 --> 00:08:09.607
█ : Might have purchased others, but those were the 2 that immediately to mind that I knew

8:10.300 --> 00:08:13.379
█ : the company I had worked with. We had purchased those. Yes.

00:08:13.380 --> 00:08:15.470
Kevin Caves: Okay, okay, got it.

00:08:15.580 --> 00:08:26.520
Kevin Caves: And is there? Yeah, do you know, if is there a reason that you were you were focused on, or the company you were working with was was focused on those 2 brands and not the others.

8:26.780 --> 00:08:35.849
█ : Well, at the time I was working for a company that did both ercial electrical contracting as well as residential electrical contracting.

00:08:35.850 --> 00:08:36.200
Kevin Caves: Okay.

8:36.200 --> 00:09:02.269
█ : So we were working at the time in a residential service, meaning o service calls. So if we went to a customer's home a homeowner and their panel we needed to add an arc fault circuit, interrupter, breaker, or perhaps a dual function. We would need to make sure that the breaker how would I say it was compatible with the panel board.

00:09:02.560 --> 00:09:02.930
Kevin Caves: Sure.

9:02.930 --> 00:09:22.869
█ : So ideally, we try to get breakers that are an exact match with panel board. But in occasion we have to do research and figure out,

okay, what breakers that are not the same brand are still compatible. And usually there's about 3 or so that are compatible with a particular panel board.

9:22.870 --> 00:09:36.909
███ : and so the panels that we had worked with were compatible in the s that I remembered were compatible either with Eaton or Siemens. I'm not sure if it was the same, or if they were different panel boards. But yeah, I hope that helps to answer your question.

00:09:36.910 --> 00:09:41.149
Kevin Caves: Very, very helpful. Thanks. Yeah, alright. We can go to the next one.

9:46.870 --> 00:09:53.029
███ : Where have you purchased afcis between 2,017 and the present? se select all that apply.

9:53.300 --> 00:10:14.789
███ : In my case. I selected big box retailers, for example, Home Depot Lowe's. It's probable that we also purchased from electrical supply distributors distributor hope. I'm pronouncing that right distributors. But in our area. There are things like Crescent electric. And

0:17.420 --> 00:10:32.180
███ : suddenly, it's it's missing my mind. But there's about, I'd say, east 3 big electrical supply distributors in our area, but the company that I was working with at the time they primarily purchased from Home depot.

00:10:32.180 --> 00:10:32.600
Kevin Caves: Okay.

0:32.620 --> 00:10:58.349
███ : And Home Depot had a limited stock of a variety of arc fault uit interrupters, and as a result, we that's part of the reason we would have to do research on which circuit breakers were compatible with which panel boards, because Home Depot had didn't have every possible circuit breaker imaginable. Sorry I may have over answered this question here, but.

00:10:58.670 --> 00:11:08.579
Kevin Caves: No, no, that's that's helpful. No, it's that's good to get that background. So why don't? Why don't we also select electrical supply distributors, because that sounds like that's a possibility.

1:09.150 --> 00:11:16.469
███ : Yes, that would be if we couldn't get it from the the retailer. We d. That would be our next. Go to. Yes.

00:11:16.470 --> 00:11:20.540
Kevin Caves: Okay, got it. Alright. We can go to the move on to the next one.

1:25.480 --> 00:11:38.699
[REDACTED] : Where have you most often purchased afcis between 2017 and the ent? Please select only one. Well, in accordance with what we talked about in the last question I would have selected big box retailers, such as Home Depot and Lowe's.

00:11:38.900 --> 00:11:39.790
Kevin Caves: Yeah.

00:11:40.120 --> 00:11:45.597
Kevin Caves: And do you do you recall it's okay if you don't. But do, do you recall

00:11:46.540 --> 00:11:55.950
Kevin Caves: If there was any significant difference in pricing between the big box retailers and the electrical supply distributors.

1:56.842 --> 00:12:12.239
[REDACTED] : I don't recall off the top of my head seeing as I was making the hases on behalf of the company, I was using a a company card to do the purchasing. They had a a home depot account and pro account, etcetera.

2:12.648 --> 00:12:38.140
[REDACTED] : so usually like. If I went into an electrical supply place to hase any type of electrical product. They would simply ask like, Do you does your company have an account with us? And I would say, yes, I would mention the name of the company, and they would go ahead and charge it directly to the company, and I might get an invoice, but sometimes, depending on how they have it set up. They don't necessarily want

2:38.140 --> 00:12:47.149
[REDACTED] : the electrician to know immediately what the price is, but the the ract would be informed of of what the price was, and I wouldn't get the product and go install it.

00:12:47.540 --> 00:12:48.020
Kevin Caves: Got it.

2:48.020 --> 00:12:54.169
[REDACTED] : Because I'm I'm licensed as a journeyman electrician in both aska and Iowa. But

2:54.760 --> 00:13:06.010
: legally speaking, in both states, the the the the any electrical performed has to be done through the electrical contractor that the journeyman is under so.

00:13:06.400 --> 00:13:09.660
Kevin Caves: I hope that's helpful. Yeah, yeah.

00:13:09.660 --> 00:13:20.479
Kevin Caves: that's very helpful, especially for you know, we're we've learned more about this market. But we're still learning more. So this, yeah, this is very helpful. Yeah, why don't we go into the next one?

00:13:24.830 --> 00:13:25.510
Kevin Caves: We know this.

3:25.510 --> 00:13:30.639
: Are you? Are you license? Are you a licensed electrician in any us e? Yes.

00:13:31.500 --> 00:13:34.406
Kevin Caves: Okay. And then you said Iowa and Nebraska.

3:34.770 --> 00:13:49.219
: Yeah. The next question. Oh, that's interesting. When you pull it ere, there's check boxes. When I did it on I may have done it on a mobile device. It only was a drop down list, so I was only able to select Nebraska. I wasn't able to select Iowa.

00:13:49.580 --> 00:14:03.290
Kevin Caves: Okay, yeah, yeah. You were looking at sort of a earlier rollout that? Yeah. But yeah. And the the full survey we're putting out, people will be able to select all the States. They're they're licensed in.

4:03.480 --> 00:14:04.150
: Okay.

00:14:05.035 --> 00:14:11.280
Kevin Caves: Okay, Iowa, Nebraska and.

4:14.750 --> 00:14:20.260
: Have you taken any surveys in the last 30 days on these topics? ct all that apply

00:14:20.380 --> 00:14:34.680

███ : vitamins, dietary, supplements, clothing, advertisements, videos, circuit breakers or other electrical supplies, cosmetics, other category I have not taken any surveys I don't know. In this case I selected. I have not taken any surveys.

102
00:14:34.680 --> 00:14:38.210
Kevin Caves: Okay, all right, let's move to the next one.

103
4:43.180 --> 00:15:07.349
███ : You have been selected to participate in our survey about arc t circuit interrupters. We care about the quality of our survey data for us to get the most accurate measures of your opinions. It is important that you provide thoughtful answers to each question. In this survey. We ask that you do so without help from anyone else, and that you complete the survey in one sitting and without stopping in the middle.

104
5:07.480 --> 00:15:11.909
███ : Do you commit to doing this? And I had selected. Yes, I will.

105
00:15:12.240 --> 00:15:14.050
Kevin Caves: Okay, yeah.

106
00:15:14.390 --> 00:15:23.809
Kevin Caves: alright. So that covers this, what you might call the background questions. Now, we're gonna close out. We're gonna stop the screen share for just a moment. So Devin can pull up.

107
00:15:24.567 --> 00:15:26.890
Kevin Caves: There's another part of the survey.

108
00:15:27.625 --> 00:15:32.414
Kevin Caves: That we're we're gonna focus on. And now you'll see.

109
00:15:34.630 --> 00:15:47.710
Kevin Caves: the questions will become most of them are, gonna be a little more involved, you know. The they're the answer is not not as obvious as, are you a licensed electrician? Yes or no?

110
5:47.710 --> 00:15:48.900
███ : Yeah, yeah.

111
00:15:49.431 --> 00:15:54.409
Kevin Caves: So just, you know, take your time. And and and again, you know, something.

112
00:15:54.520 --> 00:16:03.369

Kevin Caves: Something isn't clear. If we said something that was incorrect, you know, definitely, definitely, let us know we're happy to get that feedback. So I'll let you read this 1st one.

6:03.370 --> 00:16:04.190
: Okay

6:04.610 --> 00:16:12.810
: for the remainder of this survey. Please assume you are in the et to purchase afcis for a typical project or projects.

6:13.250 --> 00:16:28.920
: or for general inventory. If the typical projects inventory you in mind would require afcis to be compatible with the panels of specific brands or manufacturers, please take this into consideration. When deciding on your answer.

6:29.350 --> 00:16:43.100
: you will be shown 3 types of Afcis with different features and es. After carefully considering the 3 types of afcis. Please select, which, if any of the 3 you would actually purchase in real life.

6:43.290 --> 00:16:48.250
: if these were the only 3 types of afcis available, interesting

6:48.700 --> 00:16:57.329
: if you would not purchase any of the 3 types of Afcis shown. se select the 4th option. I would not purchase any of these types of Afcis if

6:57.700 --> 00:17:05.300
: these were the only options. This survey will ask you to make this sion 12 times. Okay, I understand.

00:17:06.260 --> 00:17:14.560
Kevin Caves: Okay, great and just just for the record, how would you describe? Your understanding of what?

00:17:14.760 --> 00:17:18.729
Kevin Caves: What this question is is is asking or communicating.

7:19.250 --> 00:17:21.780
: Yeah. Well, it it the 1st

7:22.400 --> 00:17:44.292
: paragraph or sentence there, I think it's 2 sentences was very, clear. Putting yourself mentally in this state of like you're there,

you're going into the market to purchase this. The Afci. The second question took me a little bit, or the second paragraph took me a little bit longer. To process and understand

7:45.680 --> 00:17:49.569
: But basically, it sounds like the the thought here is

7:49.950 --> 00:17:58.570
: you're selecting from only 3 different types in a hypothetical ation there's different features and different prices.

7:58.660 --> 00:18:27.860
: and after carefully considering them, I would select, which, if I would purchase in real life, I guess my only question would that would immediately come to my mind when I'm reading? This is like, am I making this purchase from the perspective of this being completely legal to code and compatible with the panel board? Or is this just me trying to make it work? Which, of course, me, as a licensed electrician, I would be trying to do it according to code and

8:28.210 --> 00:18:30.169
: panel board and that sort of thing. But.

00:18:30.170 --> 00:18:36.790
Kevin Caves: Yeah, so it's it's that's yeah. That's a great point. I would say. The best answer I could give is, you know.

00:18:37.504 --> 00:18:53.150
Kevin Caves: you know we're we're just looking for the obviously this is confidential. But the you know, the honest answer. What you would purchase in real life, and what you're saying is, you know, you would do do everything according to code, which makes perfect sense. So I would just go into the questions with that that mindset.

8:53.460 --> 00:19:00.570
: Okay, yeah, if we don't do something to code. The inspector, of se, would not pass the project. Yeah.

00:19:00.840 --> 00:19:05.026
Kevin Caves: Yeah. Yeah. So okay, that makes sense.

00:19:05.860 --> 00:19:08.840
Kevin Caves: yeah, let's move on to the next next one.

9:13.450 --> 00:19:26.349
: In the questions that follow. There are no right or wrong answers. survey is simply asking for your honest opinion, on which, if any of the afcis you would purchase. I understand, very clear.

00:19:26.670 --> 00:19:27.770
Kevin Caves: Yeah. Yeah.

00:19:28.934 --> 00:19:32.249
Kevin Caves: Okay. Good. Let's go to the next one.

00:19:34.930 --> 00:19:38.120
Kevin Caves: Yeah, this one is pretty wordy. So take your time reading it.

9:39.450 --> 00:19:45.139
███ : In the questions that follow, certain afcis have a nuisance ping defect. Hmm.

9:45.640 --> 00:20:02.509
███ : These afcis use an arc detection method that, according to rts, causes these afcis to trip due to normal and safe radio frequency emissions from common household appliances, electrical devices and lighting listed below

0:02.650 --> 00:20:08.639
███ : major household appliances, such as microwaves, ovens, washing ines, dryers, refrigerators.

0:09.060 --> 00:20:25.290
███ : garage door openers and water heaters, lighting products, uding led light bulbs, Christmas lights under cabinet lighting light fixtures, recessed lighting light switches, dimmers, halogen and fluorescent lights.

0:25.460 --> 00:20:45.510
███ : plug-in electrical devices like vacuum cleaners, wall chargers, rnet signal boosters, power tools and printers and radio frequency emissions from external sources, including electrical transformers and broadband power lines. It sounds like anything could trip this the way I'm reading this.

0:45.980 --> 00:21:08.360
███ : If afcis, with the nuisance, tripping defect, are installed on uits. With or near to these devices they may trip and shut off power when no dangerous arc fault exists. Other current or future household products that emit high radio frequencies may also cause these same afcis to experience nuisance. Tripping

1:08.540 --> 00:21:18.590
███ : manufacturers of Afcis with the nuisance stripping defect, have med their Afcis are not designed to exclusively identify a true arc.

1:18.850 --> 00:21:29.189
: But instead, trip when they detect any single signal that
mbles an arc, even if the signal comes from a safe and properly
functioning device. I understand

1:30.074 --> 00:21:34.759
: this is a sad situation. But yeah, I understand what's being
ribed here. Yes.

00:21:34.760 --> 00:21:39.910
Kevin Caves: Okay. So so am I, right that you you're familiar with with
nuisance, tripping.

1:40.270 --> 00:21:45.559
: Yes, I guess most of the time when I hear nuisance trip nuisance
ping in the field

1:45.600 --> 00:21:57.059
: kind of what immediately comes to mind. Is maybe like someone
s in a a device, and the extension cord isn't quite right, because it
was run over by a

1:57.060 --> 00:22:17.790
: scissor left, and it's tripping the breaker, and it's causing
ance tripping in that way. But this type of nuisance tripping is
actually very interesting to me. I always assumed that there were
probably other types of nuisance tripping. But this is actually very
informative to me in this regard

2:17.940 --> 00:22:25.059
: that if this is a genuine real problem that exists, and not a
thetical situation. Yes.

00:22:25.060 --> 00:22:25.750
Kevin Caves: Yeah?

00:22:26.310 --> 00:22:34.420
Kevin Caves: And have you? Do you have experience dealing with with this
type of nuisance tripping that we're we're seeing in the question.

2:35.550 --> 00:22:56.220
: In my experience the more common type ways that something trips
any afci is when there's genuinely a problem. I don't really know if
I have myself have been in a situation where I noticed this type of
nuisance tripping where, according to the question that.

2:56.840 --> 00:23:06.770
: let me see here, but where it would shut off power when no erous arc fault exists. I don't think I've personally been in a situation where this has been a problem.

00:23:08.310 --> 00:23:09.560
Kevin Caves: Got it. Okay.

3:09.560 --> 00:23:13.599
: Not saying that other electricians haven't been just I, onally, personally, haven't.

00:23:13.600 --> 00:23:18.540
Kevin Caves: Okay? And so do you have any? Do you recall any?

00:23:20.620 --> 00:23:34.339
Kevin Caves: anything specific about what other electricians that you've worked with have encountered with this type of nuisance tripping or it's kind of second information, but I'm just curious.

3:34.340 --> 00:23:40.391
: Yeah, yeah, no, it's good question. Honest truth most of the time you're at least in.

3:41.140 --> 00:23:52.639
: because the whole nature right now of Afcis being becoming legally rceable, required in installations. It's been a gradual process. The various

3:52.650 --> 00:24:18.620
: State legislatures are gradually adopting various editions of the , and there's lobbying against different editions of the code, because basically because afcis are much more expensive than a standard circuit breaker, and people don't want to pay the extra which it doesn't completely make sense. Because if since, if it's for safety, obviously that price is going to be just carried on to the the customer, and the same profit margin is probably going to

4:18.620 --> 00:24:38.010
: happen, but they just don't want to pay the extra price. So most he time, if I'm talking with other electricians about afcis. Their complaints are about the price. They don't really complain much about nuisance tripping, I think, to me, when they complain about nuisance tripping. It's more of an excuse to complain about the price tag.

00:24:38.190 --> 00:24:38.990
Kevin Caves: Okay?

00:24:41.320 --> 00:24:47.890
Kevin Caves: okay, that's helpful. Is there anything else about this question that you have feedback on anything that you think

00:24:48.510 --> 00:24:53.950
Kevin Caves: struck you as needing clarification, or maybe not accurate, or anything like that.

4:56.550 --> 00:25:05.490
█████ : for me, I would say that it it was very clear the this thetical situation that's being described here. Well.

5:05.690 --> 00:25:10.534
█████ : under the premise that there's gonna be 3 ones that are shown me.

5:11.000 --> 00:25:19.230
█████ : Whether another electrician might find something confusing I don't , but at least in my case. It was pretty clear to me. Yeah.

5:19.730 --> 00:25:20.789
█████ : we're talking about.

00:25:21.270 --> 00:25:28.290
Kevin Caves: Okay, thank you. Thanks. Chris. Okay, let's move on to the next one.

00:25:30.140 --> 00:25:36.349
Kevin Caves: So this is the 1st of those 12 purchase decisions. So since the 1st one, I'll you know, just

00:25:36.700 --> 00:25:46.900
Kevin Caves: take all the time that you need to sort of look at. Look at what's there, and when you're ready. If you have any questions, feel free to ask them, and then, when you're ready, just let us know which which.

5:47.230 --> 00:25:47.560
█████ : 3.

00:25:47.560 --> 00:25:48.920
Kevin Caves: Select, yeah.

5:48.920 --> 00:25:51.200
█████ : Okay? Or well, I guess it's 4 options. Okay?

00:25:51.200 --> 00:25:52.939

Kevin Caves: There's 4. That's right. Yeah.

5:52.940 --> 00:26:10.289
: Please assume you are in the market to purchase afcis for a cal project, or projects, or for general inventory. If the typical projects slash inventory you have in mind would require afcis to be compatible with the panels of specific brands or manufacturers.

6:10.680 --> 00:26:14.320
: Please take this into consideration when deciding on your answer.

6:14.990 --> 00:26:15.760
: Okay?

6:16.150 --> 00:26:27.960
: So the rows here are brand function mounting connection, current ng poles, interruption, rating voltage price and nuisance tripping. Okay?

6:28.140 --> 00:26:44.700
: So under the 1st one, it's Siemens. It's a dual function, Afci and , so it does also ground fault, circuit interruption. It's a plug in pigtail, 20 amp. One pole, 10,000 Amp at

6:44.910 --> 00:26:48.859
: 120 volt. So that would be the interruption. Rating

6:49.030 --> 00:26:57.360
: price is $70 and 70 cents, and it is not defective. With new et tripping Eaton

6:57.750 --> 00:27:15.040
: single function afci. So it's not a dual function plug on neutral. ? So this one goes directly into the panel board. The neutral bus is, you don't have to run a pigtail because it immediately goes into the neutral bus.

7:15.170 --> 00:27:26.320
: 20 amp. One pull 10 Kiloamp at 120 volts. Price is lower, but this is defective, prone to nuisance. Tripping

7:26.550 --> 00:27:32.779
: Abb. General electric, a dual function. Afci, gfci.

00:27:33.200 --> 00:27:44.139

█████ : plug on neutral 20 amp. One. Pull 10 kiloamps at 120 volts. This s even cheaper. Still, this one is defective, prone to nuisance, tripping.

7:44.890 --> 00:27:52.460
█████ : and then the final option. I would not purchase any of these types fcis? If these were the only options?

7:52.740 --> 00:28:03.709
█████ : Well, in this question, I'm asked to take into consideration her these Afcis would be compatible with the panels of specific brands or manufacturers.

8:03.880 --> 00:28:32.730
█████ : without knowing which panel board I'm working with. That's what difficult to take into consideration, because I haven't been told in this question what the panel board is, but assuming that it is compatible with Siemens, I would definitively select the one that is not defective, and that's dual function, even though it's a higher price, because it would protect both human life as well as property damage which it could have, of course.

8:32.840 --> 00:28:51.900
█████ : by extrapolation, include human life so would protect against both nitely would prefer that to installing something that in in the end would leave me liable for potentially killing someone and burning down someone's entire home and all their memories and

8:52.240 --> 00:29:12.939
█████ : everything else that's in that home. The only way I would select I d not purchase any of these types of Afcis would be as if I knew that the Siemens was not compatible with a particular panel board that I was working with, in which case I couldn't purchase it. But I definitively would not purchase something that I, 100% knew was defective.

9:13.516 --> 00:29:24.713
█████ : Because it it it there'd be essentially no way to to have the branch uit on. I mean. Assuming that that we're talking about.

9:25.440 --> 00:29:31.249
█████ : well, give me one second here. Looking up something in the code .

9:32.100 --> 00:29:59.790
█████ : Yes, kitchens are required to have afcis and dwelling units. So if re talking about a kitchen and it has a microwave in it. Obviously, that's very, very common for a kitchen. And if it's prone to nuisance tripping due to the radio frequencies from microwaves, that means it's going to trip continuously, and there will never be power to use. So the

customer is not going to be able to ever use that branch circuit as long as the microwave is every time the microwaves turned on

0:00.000 --> 00:30:14.779
⬛ : it's gonna break, and they're never going to use that microwave. hat would not be something we would install in a customer's home. So, assuming that the panel board is compatible with Siemens breakers, and

0:15.020 --> 00:30:22.799
⬛ : I would definitely have selected the Siemens one. But if it's not atible I would have had to select. I would not purchase any of these.

00:30:23.280 --> 00:30:25.609
Kevin Caves: Fair enough, fair enough. Okay.

00:30:26.180 --> 00:30:34.870
Kevin Caves: thanks. That's a that makes sense. Really appreciate you explaining your thought process. Yeah, let's move on to to the next one. Devin.

0:36.480 --> 00:30:43.357
⬛ : Okay? So all the same, conditions are, oh, yeah, okay. So yeah. assuming that the instruction is the same

0:43.870 --> 00:30:49.960
⬛ : inventory in mind, our fci is compatible manufacturers. Okay.

0:50.150 --> 00:30:56.760
⬛ : okay? So it sounds like the. The 1st paragraph there with 2 ences is the same as the previous situation.

0:56.970 --> 00:31:03.810
⬛ : Looks like the rows, are the same information. So I can just kly begin reading this.

1:03.980 --> 00:31:10.910
⬛ : So one is Siemens single function afci. This is not dual function time plug on neutral.

1:11.020 --> 00:31:24.799
⬛ : I'm going to go ahead and skip reading some of the exact ifications there until I've read through all 3 of theirs. I got the highest price of the 3, and this one is defective, prone to nuisance tripping.

1:25.020 --> 00:31:28.830
⬛ : We have a squared d single function.

1:29.150 --> 00:31:32.249
 : This one's a plugin pigtail

1:32.570 --> 00:31:44.919
 : cheaper, but this one is also not defective, and they're both
le function. Eaton is the only one here that's a dual function that
also has ground fault protection.

1:45.571 --> 00:31:54.009
 : Same, it's a plug-in pigtail, same as the square. D, it is the
pest one and not defective. Okay? So

1:54.410 --> 00:32:07.509
 : in this situation, again, assuming that the Eaton is compatible
 the panel board I'm going to be working with. Although I did. I
apologize. I did forget that we're also talking about general inventory
here.

2:08.092 --> 00:32:18.970
 : I do know that in the previous question Siemens is something that
s up often, so we would have definitely kept that in our inventory.
So I forgot to mention that because Siemens is a

2:19.120 --> 00:32:20.330
 : or wait a minute.

2:21.670 --> 00:32:24.920
 : Yeah, I'm pretty sure Siemens is common enough to keep in our
ntory.

2:25.050 --> 00:32:28.439
 : But in this case I'm I'm I'm

2:29.130 --> 00:32:40.109
 : very confident that Eaton is as well, seeing as the Eaton one is
defective in any way, and that it's also that has the benefit of
being a dual function.

2:42.130 --> 00:32:44.560
 : I'm only allowed to select one correct.

00:32:44.750 --> 00:32:48.149
Kevin Caves: Correct. Yeah, the computer will only only let you take one.

00:32:48.150 --> 00:32:52.644

███ : Yes, so I would have selected Eaton in this situation because it

2:53.110 --> 00:32:57.040
███ : does everything, and more that the square d 1 does

2:57.598 --> 00:32:59.739
███ : and it's also cheaper. Yeah.

00:32:59.740 --> 00:33:00.420
Kevin Caves: Right.

00:33:00.610 --> 00:33:06.201
Kevin Caves: And by the way, when you, when you look at these prices we have displayed here,

00:33:06.810 --> 00:33:10.690
Kevin Caves: do they seem in line with what you'd expect to pay in real life.

3:13.290 --> 00:33:27.690
███ : yes, in fact, with a dual function. I wouldn't have been surprised t was quite higher than that. But yeah, so this would, I would just find a $50 price for a dual function. Breaker is pretty reasonable. Yeah.

00:33:27.690 --> 00:33:29.379
Kevin Caves: Okay, okay, good.

00:33:29.530 --> 00:33:32.189
Kevin Caves: All right, let's move on to number 3.

3:37.590 --> 00:33:44.909
███ : Okay? So yes, looks like everything again, is the same. So, Abb, ral electric dual function.

3:45.060 --> 00:33:53.600
███ : price, not defective. Okay? Good. Eaton is dual function. Price is er and it's defective.

3:53.790 --> 00:34:13.180
███ : Square d single function. Price is the highest and it's defective. , this one's kind of a no brainer. The dual function that's the cheapest and is not defective would be selected, I will say, in some situations not 100% sure, but in some situations

00:34:15.420 --> 00:34:28.000

: we might not necessarily want the Gfci protection, if that would ease what I guess the more layman's term for nuisance tripping, which I guess the General.

4:29.030 --> 00:34:37.750
: when I say, I should say the common electrician might think of ance tripping as including other things beyond what is specified in this survey.

00:34:37.750 --> 00:34:38.070
Kevin Caves: Right.

4:38.070 --> 00:34:52.540
: In some cases they wouldn't necessarily want to always use a dual tion if they could get away with a just an Afci in the situation, because in theory they might think that Gfci would increase nuisance tripping. I don't personally feel that way because I feel

4:52.670 --> 00:35:10.970
: I feel like eventually all breakers, if it possible, should be function, because it provides maximum protection for life and property. But in the case, since this question also says for general inventory. So this is something that would come up. Yeah, I would definitely have selected the 1st one general electric.

00:35:11.910 --> 00:35:17.560
Kevin Caves: Got it. Okay, that makes sense. Let's go on to Number 4.

5:23.520 --> 00:35:31.380
: Okay. Square d single function, about $60. Not defective. E. n. Dual function.

5:31.760 --> 00:35:34.680
: $70. This one is defective

5:34.840 --> 00:35:40.129
: in in that it's prone to nuisance, dripping, general electric, le function.

5:40.260 --> 00:35:48.169
: cheaper, not defective. Okay, so we've got 2 that are not ctive, different price. They're both single function.

5:48.925 --> 00:35:56.825
: Let me take a quick look at the specs there. They didn't appear t the same. So in this situation,

5:58.960 --> 00:36:12.490
: my inclination would be to immediately select the one that's
per, since it does has all the same functions. I will say squared. D
is extremely common. It's probably one of the most common ones we run
into.

6:12.690 --> 00:36:33.880
: So there's part of me that would want to select both if we're
ing about general inventory to, because if we've hadn't run into a
square d panel. We'd probably prefer to use a square d breaker. But if
I'm in this situation I'm required to select one. I'd probably select the
general electric one, because it has all the same features, but is
cheaper in price.

00:36:34.550 --> 00:36:40.339
Kevin Caves: Okay, got it fair enough. Alright! Let's move on to Number
5.

6:43.870 --> 00:36:50.080
: All right. General electric dual function, about $50. It's
ctive.

6:50.350 --> 00:36:58.200
: Eaton. Single function again, about $50. Also defective siemens
le function.

6:58.430 --> 00:37:04.379
: about $60 not defective, I would select the one that was not
ctive in this situation.

00:37:05.270 --> 00:37:07.889
Kevin Caves: Okay, so number 3.

7:07.890 --> 00:37:08.600
: Yes.

00:37:08.850 --> 00:37:16.417
Kevin Caves: Okay, yeah. And so you're so in other words, you you'd
rather have.

00:37:17.100 --> 00:37:23.179
Kevin Caves: you'd rather pick out a single function for $60. That's not
defective

00:37:23.350 --> 00:37:27.410
Kevin Caves: compared to a dual function for $50. That is defective.

7:27.730 --> 00:37:42.760

█████ : Correct. Yes, because if if it's prone to that much nuisance ping that we talked about in the original question, where there was so many different devices that could trip it. I I don't think we would want to install that for a customer, because it would be effectively

7:43.190 --> 00:37:46.339

█████ : useless. So yeah.

00:37:47.490 --> 00:37:51.756

Kevin Caves: Okay, thanks. Alright. We are almost halfway done.

7:53.790 --> 00:37:59.150

█████ : And if I'm talking too much about my thought process, you can stop too. I don't mind

7:59.680 --> 00:38:00.360

█████ : to be kind of.

00:38:00.360 --> 00:38:14.069

Kevin Caves: This is, we're we're doing. No, please take your time. We we definitely want to hear about your thought process. That's really, you know, the main point of of doing the interview in the 1st place. And it's 2 40, so we'll we'll be able to finish on time.

8:14.070 --> 00:38:15.110

█████ : Okay. Sounds good.

00:38:15.120 --> 00:38:20.580

Kevin Caves: You know, 6 more of these, and there's there's 1 final follow up question, and then we'll be done.

8:20.580 --> 00:38:21.320

█████ : Okay.

8:21.540 --> 00:38:41.269

█████ : general Electric. It's dual function, a little over $60, not ctive Siemens single function, about $70, not defective and then square d. It is cheaper, but it's defective. So I don't even need to look at the function, because I already know it's defective.

8:41.540 --> 00:38:45.229

█████ : So between Siemens and General electric

00:38:45.926 --> 00:38:56.049

█████ : I would probably, if I'm made to pick one, I would pick the one is both cheaper and a dual function. So I'd pick the general electric in this case.

00:38:56.610 --> 00:38:57.080
Kevin Caves: Okay.

8:57.540 --> 00:39:03.760
█████ : So yeah, basically in this process, as soon as I see that one is ctive, I'm automatically crossing it off.

9:04.070 --> 00:39:07.220
█████ : Yeah, cause we wouldn't give that to a customer so.

00:39:07.510 --> 00:39:10.760
Kevin Caves: Okay. Okay, okay, that's that's good to hear.

00:39:12.390 --> 00:39:14.039
Kevin Caves: Okay, let's keep going.

9:19.800 --> 00:39:35.180
█████ : Okay. So I'm not probably even going to look at the one that says defective. Square d single function, $70 not defective Siemens dual function bit cheaper, not defective. I would go with the Siemens in this case.

00:39:35.590 --> 00:39:36.380
Kevin Caves: Okay?

00:39:37.820 --> 00:39:46.319
Kevin Caves: So yeah, so you're going with the Siemens, because it's not defective. It's a little bit. It's most significantly cheaper than the square d.

9:46.620 --> 00:39:47.860
█████ : And it's still functioning. Yeah.

00:39:47.860 --> 00:39:51.703
Kevin Caves: It's dual function, right? And it's plug on neutral.

9:52.130 --> 00:39:59.739
█████ : Yeah, the plug on is definitely convenient, but that would ably be. Of all of the factors. It's 1 of the ones I'm

00:39:59.880 --> 00:40:16.010

█████ : would be least looking at, because we can make the pigtail one easy. It's plug-on is more, maybe more convenient, because we don't have to redo the the pigtail, but on some some panel boards aren't compatible with plug-ons anyway. So this also.

0:16.100 --> 00:40:30.769
█████ : yeah, again, of the the scenario. Here is the panel board atible with a plug on that would come into play. But if we're talking about for general inventory, yeah, I would have selected the cheaper one. That's dual function. Yeah.

00:40:30.770 --> 00:40:31.560
Kevin Caves: Okay.

00:40:31.820 --> 00:40:37.139
Kevin Caves: And now that we've been through 7 of these, do you feel like

00:40:38.590 --> 00:40:42.999
Kevin Caves: We're when we present you with one of these choices that you have.

00:40:43.470 --> 00:40:51.059
Kevin Caves: You know enough information to make a reasonable decision about what? Which of these, if any, you would purchase in real life.

0:51.410 --> 00:40:56.759
█████ : Yes, yeah. I'd say there's sufficient information to make a sion here. Yeah.

00:40:56.930 --> 00:40:57.300
Kevin Caves: Great.

0:57.300 --> 00:40:57.679
█████ : It's okay.

00:40:57.680 --> 00:41:00.850
Kevin Caves: So okay, let's keep going to number 8.

1:06.810 --> 00:41:18.820
█████ : All right. So okay, Eaton's defective and Siemens defective. So e looking at square D here, it's dual function. And it is not defective. So I'd automatically select that one.

00:41:20.040 --> 00:41:24.400
Kevin Caves: Okay, yeah, 40, 43, 69, not defective dual function.

00:41:24.870 --> 00:41:28.209
Kevin Caves: Okay? Alright. Great. Let's move on to number 9.

1:34.280 --> 00:41:40.540
: Okay? So again, I'm ruling out the defective ones square d single tion.

1:40.750 --> 00:41:44.479
: and it is not defective. So I would select that one.

00:41:44.990 --> 00:41:47.060
Kevin Caves: Okay, excellent.

1:56.370 --> 00:41:57.470
: All right.

1:58.420 --> 00:42:16.209
: So Siemens and Eaton are both not defective. They're both single tion. One is cheaper than the other. They're both plug and pigtail, so the only real difference between the 2 is the brand and the price. I would say they're both about the same, as far as how common they are.

2:16.320 --> 00:42:21.790
: at least to my knowledge. So I'd go with the cheaper one. Siemens his case.

00:42:22.510 --> 00:42:23.979
Kevin Caves: Got it. Okay.

2:24.690 --> 00:42:27.450
: Assuming all features and quality are the same. Yeah.

00:42:27.960 --> 00:42:29.070
Kevin Caves: Sure. Sure.

00:42:33.980 --> 00:42:36.009
Kevin Caves: All right, let's go into Number 11.

2:40.690 --> 00:42:47.999
: Okay? So already ruling out the defective ones siemen is a dual tion. $70. I'd select that.

00:42:52.920 --> 00:42:55.839
Kevin Caves: Okay, makes sense almost done.

3:01.460 --> 00:43:02.725
▮ : Alright!

3:04.580 --> 00:43:06.719
▮ : See here, we've got

3:07.010 --> 00:43:13.579
▮ : 2 that are not defective. One's a dual function, the other is a
le function. One is cheaper.

3:13.880 --> 00:43:22.819
▮ : So, since the dual function is also cheaper, I think that would
ably be a no brainer, that I would select that one. The Siemens.

00:43:23.720 --> 00:43:25.780
Kevin Caves: Okay? All right.

00:43:28.150 --> 00:43:31.359
Kevin Caves: Yeah. I think there's 1 more follow up question here.

3:33.290 --> 00:43:37.830
▮ : Did you find any of this aspect of this survey to be confusing?

3:38.419 --> 00:43:58.759
▮ : I probably would have selected? Yes, from the perspective that the
tions are kind of asking me to take into consideration whether or not
these are compatible with panel boards, yet I am not presented with any
information about which panel boards I'm working with. So at that point,
I'm almost having to go with

3:59.060 --> 00:44:14.140
▮ : the the general inventory part of the question. I can't even
ider the working on an actual project, because I don't have any
information on what the panel board is. So I'm I'm pretty much forced to
look at

4:15.090 --> 00:44:17.649
▮ : a general inventory. Yeah.

00:44:17.650 --> 00:44:19.079
Kevin Caves: Yeah, that's fair.

00:44:20.930 --> 00:44:23.020
Kevin Caves: Yeah, that makes a lot of sense. We've been.

00:44:23.680 --> 00:44:32.211

Kevin Caves: Yeah. We've been going back and forth a little bit on how to communicate that information. Most effectively.

313
00:44:34.020 --> 00:44:35.320
Kevin Caves: I suppose.

314
00:44:36.270 --> 00:44:44.669
Kevin Caves: Yeah, we'll have to think about that. We we could. We could ask the respondents to assume that all of the choices are

315
00:44:45.490 --> 00:44:49.865
Kevin Caves: compatible with at least one of their projects, or with general inventory.

316
00:44:51.960 --> 00:45:03.470
Kevin Caves: but I think I have a feeling for some electricians that might not be a very natural assumption, because they'd say they'd say, No, there are certain brands that are, you know, compatible with almost all my projects, and others that are that are incompatible.

317
00:45:04.304 --> 00:45:06.663
Kevin Caves: Anyway, that's for us to figure out.

318
5:07.390 --> 00:45:07.810
█████ : All right.

319
00:45:08.660 --> 00:45:23.589
Kevin Caves: So alright. So that's the end. Yeah, that's the end of the interview. We're done 15 min early. Thank you so much for your time, Chris, and if you have any final comments or questions, we'd be happy to entertain them if you don't. That's okay, too.

320
5:24.370 --> 00:45:26.106
█████ : Yeah. Well, you're welcome.

321
5:29.160 --> 00:45:35.359
█████ : no, I I don't think I have any comments. I think this it seems this survey would be

322
5:36.370 --> 00:45:48.880
█████ : seems to me like it would be a very effective, important survey a manufacturer to know, and as well as well as the those making the pricing decisions and that sort of thing. But yeah,

323
5:49.590 --> 00:45:54.799
█████ : yeah, I I'm I don't think I have any further comments or tions. And beyond that.

00:45:55.220 --> 00:45:59.029
Kevin Caves: Okay. Well, thanks. Thanks again for joining us. And yeah.

5:59.350 --> 00:45:59.669
█████ : You.

00:45:59.990 --> 00:46:01.240
Kevin Caves: Take care, good to meet you.

6:01.390 --> 00:46:03.489
█████ : Good to meet you, too. Thank you much for having me.

00:46:03.490 --> 00:46:04.219
Kevin Caves: Okay. Thanks.

```
WEBVTT

1
00:00:42.500 --> 00:00:43.490
Kevin Caves: Hello!

2
00:00:48.420 --> 00:00:49.850
Kevin Caves: Hi! Can you hear me?

3
   0:58.920 --> 00:01:00.059
███   (2): Can you hear me?

4
00:01:00.560 --> 00:01:01.979
Kevin Caves: Yeah. Yeah.

5
00:01:02.717 --> 00:01:06.680
Kevin Caves: Yeah. I can hear you loud and clear and hopefully you can
hear me as well.

6
00:01:06.680 --> 00:01:08.320
Kevin Caves: Yes, I can.

7
00:01:08.320 --> 00:01:12.793
Kevin Caves: Okay, alright. Well, ███   thank you so much for joining

8
00:01:13.400 --> 00:01:15.450
Kevin Caves: I think we can get started now

9
00:01:16.008 --> 00:01:25.479
Kevin Caves: the call is the interview scheduled for an hour so I can
guarantee you. We'll be done in an hour, and and often we can finish up a
little a little early.

10
   1:26.190 --> 00:01:27.469
███   (2): Whatever you need.

11
00:01:27.470 --> 00:01:28.260
Kevin Caves: Okay.

12
00:01:29.151 --> 00:01:31.460
Kevin Caves: Alright, let me pull up.

13
00:01:31.670 --> 00:01:33.350
Kevin Caves: Let's see.

14
```

00:01:35.950 --> 00:01:40.739
Kevin Caves: Just one thing I need to read to you before we get started.

00:01:54.680 --> 00:01:55.940
Kevin Caves: That's not it?

00:02:04.800 --> 00:02:06.883
Kevin Caves: No, it's not it, either.

00:02:07.470 --> 00:02:08.977
Kevin Caves: Alright, that's okay.

00:02:11.600 --> 00:02:13.879
Kevin Caves: Oh, I see it's looking in the wrong place.

00:02:24.750 --> 00:02:25.970
Kevin Caves: It's not it, either.

00:02:28.450 --> 00:02:32.180
Kevin Caves: I apologize for the delay. Oh, excuse me.

2:32.660 --> 00:02:37.059
█████ (2): You sound like me in a sharepoint, and I'm sitting here
king what was a file that.

00:02:37.060 --> 00:02:45.799
Kevin Caves: Yeah, I know it's a it loves to trick me because I've I've
pulled up this file every day for like the past 2 weeks, and it normally
says, Oh, yeah.

00:02:46.220 --> 00:02:48.960
Kevin Caves: here it is. This is the one you've been using.

00:02:49.140 --> 00:02:52.039
Kevin Caves: And now it just decided to disappear.

00:02:53.264 --> 00:03:07.485
Kevin Caves: But that's okay. So we we have everything we need. So yeah,
so let's just get started. So my my name is is Kevin Caves, as you can
see? I'm conducting the interview. I'm

00:03:08.010 --> 00:03:24.897
Kevin Caves: I work for a consulting firm, called Mcclave and associates.
We've been hired to do these interviews, and I'm working with my
colleague Devin Myers, who is also on the line. As as you know, this call
is being recorded.

00:03:25.590 --> 00:03:34.680
Kevin Caves: and that's just that's mainly so that we can make sure we have an accurate record of it, and eliminates the need to take a bunch of notes in real time.

3:35.040 --> 00:03:36.240
█████ (2): Yeah, absolutely.

00:03:36.380 --> 00:03:47.937
Kevin Caves: But yeah, as you know, this is all confidential. We're not going to reveal any of your personal information, or you know any any personal. I identifiable

00:03:48.590 --> 00:03:56.790
Kevin Caves: information or any any anything confidential like that. This is this is just so we can get feedback on a on a project that we're working on.

3:57.460 --> 00:03:58.179
█████ (2): Sounds good.

00:03:58.540 --> 00:04:03.010
Kevin Caves: And so what we'll do is I will.

00:04:03.812 --> 00:04:08.659
Kevin Caves: in a moment Devin will share her screen, and we'll go through

00:04:09.160 --> 00:04:24.789
Kevin Caves: this this interview? Which has a bunch of questions. The 1st few questions you'll see are pretty routine, and you know there might might not be a whole lot to talk about there, but as we go further they'll become a little more. The questions will become a little more involved.

00:04:25.070 --> 00:04:40.310
Kevin Caves: So what? What we? What we'll do is we'll each time we come to a question we'll, of course, give you a chance to read it. We'll give you a chance to ask any questions you might have about it, and then we'll ask you. You know what answer you would pick.

00:04:40.410 --> 00:04:52.370
Kevin Caves: and then, usually after that I'll have a couple of follow up questions to. So I we can understand how you pick the answer, and whether you felt the question was clear, and that that sort of thing.

4:52.850 --> 00:04:54.000
(2): No sounds good.

00:04:54.324 --> 00:04:59.189
Kevin Caves: Okay? So I think we can get started any any preliminary
questions before we do.

5:00.157 --> 00:05:06.200
(2): Not not particularly. I'm I'm always up for a good challenge.
ounds interesting. So yeah, I'm I'm good for it.

00:05:06.400 --> 00:05:10.440
Kevin Caves: Yeah, yeah, just yeah. And that brings up another point,
which is this is

00:05:10.820 --> 00:05:37.249
Kevin Caves: this is a a survey to basically to get opinions from
professional electricians. It's it's not like a test. It's not like we're
trying to test your knowledge or trick you or anything like we're if
anything, we're the ones who need to, you know, keep expanding our
knowledge about these pro, the pro, these products. Because, you know,
we're not electricians, and you are alright, so. But yeah, it's basically

00:05:37.780 --> 00:05:46.809
Kevin Caves: for the most part, especially when we get to the more in
depth questions like the the less obvious ones. There's really no right
or wrong answer to a lot of them. It's it's just about, you know.

00:05:47.000 --> 00:05:52.429
Kevin Caves: you know your what your what you think the best option is
from the choices given to you.

5:52.690 --> 00:05:53.630
(2): Sure.

00:05:54.110 --> 00:05:58.330
Kevin Caves: So yeah, Devin, are we ready to pull up that 1st screen?

00:06:03.590 --> 00:06:06.199
Kevin Caves: Okay, so here's here's the 1st question.

6:06.760 --> 00:06:08.309
(2): Holy smokes. It's tiny.

00:06:08.750 --> 00:06:11.160
Kevin Caves: Oh, do we need to zoom in for you?

6:11.290 --> 00:06:13.529
█████ (2): Yeah, a little bit. Yeah. If you saw it on his.

00:06:15.110 --> 00:06:17.510
Kevin Caves: Tell us. Tell us when it's legible.

6:17.980 --> 00:06:20.878
█████ (2): Oh, that's good! Right there, I think right. There is even er.

00:06:21.120 --> 00:06:21.750
Kevin Caves: Okay.

6:22.182 --> 00:06:30.839
█████ (2): Yeah, just says your participation response. And these are rely anonymous. Yeah, yes, yes. Yeah. I do wish to continue.

00:06:32.850 --> 00:06:33.669
Kevin Caves: All right.

00:06:33.850 --> 00:06:35.370
Kevin Caves: Let's keep going.

6:37.110 --> 00:06:38.960
█████ (2): What state do I live in? Oregon?

00:06:39.826 --> 00:06:44.890
Kevin Caves: Very good like, I said. The 1st few are somewhat routine.

6:44.890 --> 00:06:48.380
█████ (2): Yep, what's my age? ███

00:06:48.910 --> 00:06:50.380
Kevin Caves: Okay.

6:54.870 --> 00:06:58.089
█████ (2): It stands for arc fault circuit, interrupter.

00:06:58.430 --> 00:07:07.410
Kevin Caves: Correct? Yeah. And is that a term that you you feel like is widely used by electricians.

7:07.410 --> 00:07:08.100
█████ (2): Yes.

00:07:08.280 --> 00:07:14.350
Kevin Caves: Okay, good, good. And and the abbreviation afci. That's that's pretty widely used.

7:14.350 --> 00:07:15.280
(2): Yes, it is.

00:07:15.450 --> 00:07:17.700
Kevin Caves: Great. Okay? Next question.

7:23.170 --> 00:07:28.914
(2): Every person in the United States. Yes, Mini.

00:07:30.260 --> 00:07:31.030
Kevin Caves: Good.

7:31.300 --> 00:07:31.810
(2): Yeah.

00:07:32.700 --> 00:07:42.590
Kevin Caves: So in this question we have a note talking about the breakers and the receptacles. Does that? Does that make sense to you as an electrician?

7:42.810 --> 00:07:45.149
(2): Yeah, not so much. The receptacles

7:46.020 --> 00:07:52.050
(2): All the ones I purchased have all been breakers. I've never the receptacles. That's a

7:52.270 --> 00:07:54.609
(2): that's not something I would recommend.

00:07:55.150 --> 00:07:58.069
Kevin Caves: Good good to hear. Okay, that's interesting.

00:07:58.848 --> 00:08:00.800
Kevin Caves: Alright, let's go to the next one.

8:04.700 --> 00:08:08.620
(2): What brand I have done, Eaton

8:09.460 --> 00:08:13.099
(2): and Square D, which is Snyder and Siemens.

8:14.310 --> 00:08:20.859
(2): and I think that's about it. I really like cutler hammer, which aton and Siemens is.

8:21.200 --> 00:08:32.260
(2): but I have. I have bought some, have bought some square d f, too, but my! I go from Cutler hammer to Siemens, and then Schneider would be the 3.rd So.

00:08:32.891 --> 00:08:36.110
Kevin Caves: When I'm spec and stuff. That's exactly what I do.

00:08:36.470 --> 00:08:39.919
Kevin Caves: Got it. Okay, great. Let's go on to the next one.

8:44.169 --> 00:08:52.889
(2): I bought them in wholesale houses. I bought them at big boxes, and that's about it.

00:08:53.140 --> 00:08:54.000
Kevin Caves: Okay?

00:08:54.140 --> 00:08:56.252
Kevin Caves: And do you

00:08:57.090 --> 00:09:06.339
Kevin Caves: notice a difference in like the price prices or service between the you know, the supply distributors compared to the big box.

9:06.910 --> 00:09:24.599
(2): Well, a lot of well, my answer that is, I think that the bigs stores do a better job of purchasing, and they buy them in a larger bulk. So a lot of times at a big box store I can find it cheaper than I can through a regular you know.

9:24.700 --> 00:09:29.430
(2): qualified distributor. I'll put it that way. So the wholesales have.

9:29.700 --> 00:09:44.069
(2): They'll have like a lot of times. It'll be 2 or 3 brands that 'll sponsor, and some wholesale houses are most of the time. They have 2 just to have enough variety, but the ones in Oregon, Washington, Idaho.



9:44.070 --> 00:10:03.409
(2): and usually I'll have. They'll be. They're qualified to sell Cutler, hammer, and siemens, or they're qualified to sell square D and Siemens, or that kind of thing. So they usually have 2 flavors that they can sell where you go into the big box stores. They can sell anything

0:03.690 --> 00:10:04.080
(2): right?

0:04.080 --> 00:10:31.559
(2): You get a little little bit better variety in there a lot of s, I know, like home depot sells a lot of square d so if I need a square d art fault breakers. I know I can go in there and find it, but if I go to a wholesale house, the 1st thing I have to ask them is, Are you guys a qualified distributor for square D, and they have to say yes or no. So you have to hunt and pack a little bit, more especially when you're working on the road. If that makes sense.

00:10:31.920 --> 00:10:37.640
Kevin Caves: Yeah, yeah, it does. And that's that's helpful. Okay, good. Let's let's go on to the next one.

0:44.150 --> 00:10:56.390
(2): Well, I kinda answered, that it's it's it would be real close een the big box stores and electrical distributors. It depends on what I'm doing, how big the project has been. It's

0:57.280 --> 00:11:26.640
(2): we had one client, that was all square D, and so we knew we And so we bought a bunch of square d stuff. Just so we had it. And and to be able to fulfill their need because they had spec square D and square D, only. So we we knew that ahead of time. So we we didn't know exactly what breakers we were going to need. But we knew they were going to be square. D, so we we stockpiled some of that stuff. But in that case we went through a wholesaler

1:26.640 --> 00:11:52.323
(2): and said, hey? We're gonna buy a hundred 50 of these breakers. know, we need a price break. And and they couldn't provide them straight away. They had. I said, well, give me 10, and then over, you know, give me 10 a week, and and we can do it that way because we weren't burning them all on one, you know, one shot. So in that case the the distributor went back to Square D and said, Hey, we need these breakers. We need them. They can be

1:52.600 --> 00:11:57.560
(2): they can be handed out over time. But we need. We need the itment to be able to build them.

1:57.680 --> 00:12:11.219
 (2): and that was mainly a logistics supply issue that everybody in world's been dealing with. So, but that kind of gives you an idea on, especially on the larger scope, larger projects, that type of stuff.

00:12:11.520 --> 00:12:14.619
Kevin Caves: Yeah. How many did you say you were buying approximately.

2:14.620 --> 00:12:15.660
 (2): A 150.

00:12:15.660 --> 00:12:16.880
Kevin Caves: A 150. Okay.

2:16.880 --> 00:12:31.620
 (2): Yeah. So we were. We were. We were needing them and knowing we gonna be burning them up. So but it, you know. So that's that's kind of the other stuff is a 1 off, you know. You go there and and you're gonna you're gonna set a panel. We're gonna put in.

2:31.620 --> 00:12:49.120
 (2): You know, 15 breakers in there, and we know that. So we buy it he panel from the wholesaler, like Cutler, Hammer or Siemens. The reason I like Cutler Hammer is they have copper bussing, and their breakers are. I've never had a cutler hammer breaker fault to the bus.

2:49.390 --> 00:13:16.029
 (2): and I can't say that about the other ones. The attachment od for a cutler, hammer, ch breaker is far superior than any other one, and I've never ever seen that connection point between the breaker and the bus fault on a Ch. Cutler hammer breaker. They are the best breakers to buy. They're getting a little harder to find now, but they still are the preferred, and

3:16.090 --> 00:13:28.450
 (2): Siemens on the residential panels. Specifically, most of those copper bus instead of aluminum, bus and copper is much more durable than aluminum when it comes to bussing.

3:28.770 --> 00:13:43.879
 (2): So so those those. That's 1 of the reasons, because I ran a ice truck for 15 years. I know what works and what doesn't work, and I don't want to put something in that. 3 years later I got to come back and replace the guts of the panel because the aluminum failed.

00:13:44.230 --> 00:13:54.000

██████ (2): So I'd rather, you know, 50 years is a lifespan that I'm trying uild to, and and I think that I owe that to the customer when I'm putting it in.

106
00:13:55.320 --> 00:14:07.739
Kevin Caves: Okay, that's that's interesting. And some of that is due to us. Huh? So so it sounds like, it's more or less 50 50 between the 1st 2. If you had to pick, if you had to pick one of the 1st 2, which which would it be.

107
4:07.740 --> 00:14:15.179
██████ (2): Cutler, Hammer Eaton, which is the one that's the Eaton one. prefer number one. But Siemens.

108
4:15.290 --> 00:14:39.470
██████ (2): they have copper bussing. They have a really good Siemens was, 's the ite I think we're looking at that they, their breakers, are also interchangeable with a lot of other panels, so they have the advantage of being able to lock into some ge panels some other ones. So even though the

109
4:39.830 --> 00:14:51.610
██████ (2): the the breaker wasn't manufactured for it, they do fit, and do work, and they do so. There's there's a versatility to semens that color hammer doesn't enjoy if that makes sense.

110
00:14:51.610 --> 00:14:54.159
Kevin Caves: Yeah, yeah, no. That makes a lot of sense.

111
4:54.160 --> 00:14:54.880
██████ (2): Yeah, they.

112
00:14:54.880 --> 00:14:59.449
Kevin Caves: Heard a lot about, you know what's compatible, which breakers are compatible with which panel.

113
4:59.450 --> 00:15:22.880
██████ (2): Yep, yep, yeah, it east Siemens, and it goes back into the Ge. those over the years have been bought and sold by each other, and a lot of those ones. They've just taken the same model, the same stuff, and continue manufacturing with a different label on them. Right? So they plug right in, and and you're good to go so. But but color hammer doesn't enjoy

114
5:23.210 --> 00:15:31.210
██████ (2): that versatility as much as ite ite really really is the most ersal breaker out there.

115

00:15:31.630 --> 00:15:32.210
Kevin Caves: Hmm!

116
00:15:33.140 --> 00:15:38.820
Kevin Caves: Alright! Why don't we select the 1st bubble, Devin? And we
can move on to the the next one?

117
5:42.500 --> 00:15:43.260
█████ (2): Yes.

118
5:43.260 --> 00:15:44.670
█████ (2): Yeah. Oh, yeah.

119
00:15:44.670 --> 00:15:46.930
Kevin Caves: We know this one, yeah, yeah.

120
00:15:47.800 --> 00:15:50.240
Kevin Caves: Licensed in licensed in Oregon.

121
5:50.961 --> 00:15:53.839
█████ (2): Are you ready? We're gonna check all these, or how are we gonna
hat?

122
00:15:53.840 --> 00:15:56.349
Kevin Caves: Yeah. However, wherever you're licensed. Yeah.

123
5:56.350 --> 00:16:00.890
█████ (2): All right, all right. So let's just start and work our way
ugh. I'm licensed in Washington State

124
6:03.540 --> 00:16:15.519
█████ (2): as a master in Washington, a master in Oregon, but, master in
o I'm a master in Utah.

125
6:18.770 --> 00:16:20.690
█████ (2): Montana, Wyoming.

126
6:26.280 --> 00:16:27.390
█████ (2): Texas.

127
00:16:27.550 --> 00:16:28.300
Kevin Caves: Wow!

128
6:28.870 --> 00:16:36.870
█████ (2): Nevada, California, Arizona.

6:39.873 --> 00:16:43.766
(2): Let's see. Now, did I already say Texas? Yeah. Probably didn't.

00:16:44.120 --> 00:16:44.740
Kevin Caves: In Texas.

6:45.610 --> 00:16:48.850
(2): Nebraska, Arkansas,

6:52.970 --> 00:16:54.819
(2): Just see now, Minnesota.

6:58.050 --> 00:17:07.590
(2): and I'm working on Iowa right now. I don't know if the
rwork is cleared so. But I'm working on Iowa, Iowa, and Oklahoma, all
set for Oklahoma within the next month.

00:17:07.940 --> 00:17:08.720
Kevin Caves: Wow!

00:17:08.950 --> 00:17:11.010
Kevin Caves: So that's all I've got.

00:17:11.819 --> 00:17:17.059
Kevin Caves: Wow! That's way more than than we've seen with other people.
We've talked to.

7:17.250 --> 00:17:40.180
(2): Well, let's like, I say, the reason is, I've done a lot of
ect management stuff, and what I found was I was slipping in my code
knowledge, and I had an apprentice on a project. Tell me I was wrong
about something, and you can imagine how excited I was about that. So
what I realized was the code changes every 2 every 3 years.

7:40.270 --> 00:17:47.429
(2): and what was going on was, I was so focused on the business
cts and the project management stuff I was slipping. So

7:47.660 --> 00:17:57.419
(2): I talked to one of my doctor buddies, and I said, How do you
current? You know, with all the medical, all the things that are
changing. He says it's simple. He says I take tests.

00:17:57.480 --> 00:18:26.010

████ (2): and I said, Well, how do you take tests on a medical. He says, ve to sit for my boards, and if I can't ace my boards, then I know that I'm going to step away from the actual work. And I was like, Okay, that's a great idea. So I stole his idea. So I started stacking master electricians and unlimited electrical contractor licenses like, I say, I'm set to sit for Oklahoma. It isn't the electrical portion that's kicking my butt. It's the tax. I'm not a very good tax code on Oklahoma.

141
8:26.090 --> 00:18:34.949
████ (2): So I have to study for the tax aspects of it, not the trical aspects of it. So, and that's part of part of the test. So

142
8:35.230 --> 00:18:37.220
████ (2): one of the test is about the tax code. Huh?

143
8:37.220 --> 00:19:00.640
████ (2): Absolutely. Yeah, because you're testing as a master trician, but also as an electrical contractor. So they they want you to know the the tax structure and the and the tax codes and stuff like that, because you're you're licensed as a contractor. So yeah, but anyway, yeah, so yeah, for a guy that doesn't doesn't know that much about tax code, specifically in Oklahoma.

144
9:01.317 --> 00:19:09.632
████ (2): It makes it a little extra challenging. But the electric, the trical stuff. I'm fairly good on that.

145
00:19:10.070 --> 00:19:14.149
Kevin Caves: Alright, that's great. Yeah. Let's let's move on to the next one. Huh? That's interesting.

146
00:19:16.320 --> 00:19:18.979
Kevin Caves: Let's see. Oh, yeah, this is pretty straightforward.

147
9:23.080 --> 00:19:25.270
████ (2): No, no, I have not.

148
00:19:25.400 --> 00:19:28.639
Kevin Caves: All right. No surveys. Let's move on.

149
00:19:29.480 --> 00:19:31.280
Kevin Caves: Da-da-da-da.

150
9:38.010 --> 00:19:39.329
████ (2): Yeah, I'm okay with it.

151
00:19:39.920 --> 00:19:45.650

Kevin Caves: Alright, yeah. The a lot of these are just yeah. No.

00:19:45.650 --> 00:20:00.569
Kevin Caves: yeah, yeah. You'd be surprised, though. It's it's we throw that question in there because you you'll get people who are taking the survey, and they they'll click. They won't click. Yes, and so then you you know, you sort of know they're not taking the survey very seriously.

0:00.960 --> 00:20:04.429
(2): No, but I'm I'm pretty serious, guy, that's for sure.

00:20:04.430 --> 00:20:22.770
Kevin Caves: Yeah, yeah, no, yeah. We can tell. It's just the occasional, the occasional person that gets gets bounced by that question. But alright. So I think we're gonna stop the screen share for one sec Devin is gonna pull up we wanna make sure we're showing you the latest version of

00:20:23.074 --> 00:20:41.979
Kevin Caves: the rest of the survey, as you saw that most of the stuff we've seen so far was relatively straightforward and routine. So for the rest of the survey. A lot of the questions will be a little bit longer and more involved, and maybe a little bit less familiar, until you're until you've gotten used to them. So that's anyway, we'll

00:20:42.820 --> 00:20:54.899
Kevin Caves: yeah. Here comes the rest of the survey that we wanted to make sure we're showing you the the latest version. So that's that is what this is. So I'll give you a chance to read through this, and then let us know how you would answer.

1:19.690 --> 00:21:20.960
(2): Interesting.

1:32.100 --> 00:21:33.697
(2): Yeah, I understand.

00:21:34.230 --> 00:21:35.000
Kevin Caves: Okay.

1:35.000 --> 00:21:40.400
(2): So we're looking at options. We're looking at cost. And then atibility.

00:21:41.400 --> 00:21:42.339
Kevin Caves: That's right.

1:42.580 --> 00:21:43.190
(2): Yep.

00:21:43.370 --> 00:21:55.889
Kevin Caves: Yeah, alright so, and before we move on? So does this. Does the information this question is communicating. Do you think it's reasonably, you know, clear and straightforward.

1:56.290 --> 00:21:57.970
(2): I I think so.

2:00.160 --> 00:22:07.030
(2): yeah, I mean, you're talking about what's you know? Compatible panels, which is something I would I would look at. We've already talked about that, too.

00:22:07.030 --> 00:22:07.790
Kevin Caves: Right.

2:07.790 --> 00:22:14.890
(2): Yeah, cause the idea a lot of times. You don't want to be ging around 4 different kinds if you can get it slim down. So I get that part

2:15.330 --> 00:22:24.289
(2): with different features and prices. And so that's a lot of s. What we're looking for is not a lot of features. What we're looking for is what meets the national electrical code.

2:24.490 --> 00:22:26.706
(2): Sure. So I get that.

2:27.830 --> 00:22:34.190
(2): I'm 1 of those kind of guys. If you got more stuff, more bells, more whistles, that's more bells, more whistles to have problems with.

00:22:34.490 --> 00:22:37.050
Kevin Caves: Yeah, I, I can relate to that.

2:37.180 --> 00:22:40.969
(2): So, yeah, so yeah, I think I get it.

00:22:41.440 --> 00:22:45.389
Kevin Caves: Okay, alright. Let's move on to the the next screen. Devin.

00:22:56.510 --> 00:22:57.941

█████ (2): Okay, I understand that.

00:22:58.300 --> 00:22:59.270
Kevin Caves: Okay.

3:06.390 --> 00:23:07.080
█████ (2): Yeah.

3:11.050 --> 00:23:12.520
█████ (2): Yep, I understand.

00:23:13.120 --> 00:23:16.350
Kevin Caves: That's all right.

00:23:19.250 --> 00:23:21.700
Kevin Caves: Okay, I'll give you a chance to read through this one.

3:22.220 --> 00:23:24.019
█████ (2): Can we bump it a little bit bigger.

00:23:25.050 --> 00:23:27.769
Kevin Caves: Absolutely. Yeah. Let's zoom in a little more.

00:23:28.090 --> 00:23:31.859
Kevin Caves: And yeah, is that big enough?

00:23:32.240 --> 00:23:33.610
Kevin Caves: That's pretty good. Okay?

3:53.105 --> 00:23:54.140
█████ (2): That's not good.

4:19.960 --> 00:24:21.790
█████ (2): Alright! Can we scroll up.

00:24:22.510 --> 00:24:23.110
Kevin Caves: Yep.

4:23.710 --> 00:24:24.520
█████ (2): Okay.

4:58.730 --> 00:25:03.284
█████ (2): Well, I understand what the manufacturer is saying. But

5:05.570 --> 00:25:07.970
(2): that's still not a good thing.

00:25:07.970 --> 00:25:08.890
Kevin Caves: Yeah.

5:10.585 --> 00:25:15.959
(2): And I think they need to rethink their methodology and their

5:16.810 --> 00:25:33.070
(2): yeah, that's a if you're putting in. This is what happens when you have a problem like this. This started out with a ground fault circuit interrupters also people. People got frustrated with them. And the problem is, you as an electrician. You can't troubleshoot them very well.

5:33.310 --> 00:25:45.110
(2): specifically on the ground fault. By the time you test it it s so you can't. You can't do any diagnosis. You have to hunt and pack your way through the circuit and through the system to find the problem.

5:45.370 --> 00:25:56.959
(2): So what happens is when you have a nuisance trip like this, and it's a known issue doesn't matter why, how, what? Where? You know? If the neighbor's garage door opener keeps tripping them out.

5:57.260 --> 00:26:00.980
(2): What happens is they lose faith in the system.

6:01.460 --> 00:26:20.950
(2): and it has not been proved. It has the methodology, the means method that it's using to identify the the fault. What happens is it dilutes the validity of the of the device.

6:21.350 --> 00:26:26.490
(2): and eventually what happens is the real world people.

6:26.760 --> 00:26:30.399
(2): We'll rip them out they'll get it. They'll put them in.

6:30.510 --> 00:27:00.199
(2): and as soon as their refrigerator goes out, when they're on the t for 3 days, and they come back, and all the blood's on their floor from all the steaks that they just bought. That's never a good look, and people don't have specifically when it comes to electrical, they can't see it. They don't understand it. So they've got to trust in what you're doing. You're putting it in is correct. It's right. It's been tested.

It's been proved. People don't like to feel like they're a guinea pig, or in some kind of trial

7:00.210 --> 00:27:05.830
(2): when it comes to their home. The safety of their valuables, r children, their

7:05.850 --> 00:27:13.610
(2): and they want to be able to sleep at night with a with a clear . So if you you put a known issue into their life.

7:13.890 --> 00:27:37.850
(2): It is going to become problematic, and not only that, but then liability aspects start to come into play. People start bypassing it, start doing other things. This opens up a whole can of worms that I don't think the manufacturers would be wanting to expose themselves to it. The desire to have a safe circuit is paramount. Safety cannot be.

7:38.120 --> 00:27:42.140
(2): Can no way can it be jeopardized? Because the

7:42.260 --> 00:27:49.360
(2): because the liability is just too great. So if I put in one I would know that would trip

7:50.860 --> 00:27:53.199
(2): I don't think I'm doing a service to the.

7:53.920 --> 00:28:07.889
(2): to the installation. I'm not doing a service to the client, and also exposing myself to a bigger risk. And I wouldn't like any of what we just talked about. So that that's the reality of what's going on.

00:28:08.330 --> 00:28:15.250
Kevin Caves: So so have have you had experience with with nuisance tripping in in your job?

8:15.380 --> 00:28:19.486
(2): Yes, yes, specifically with the ground fault, not so much with art fault

8:20.414 --> 00:28:23.315
(2): The problem with the arc fault is

8:24.180 --> 00:28:37.940
(2): and I understand that theory. Why arc fault, you know people a wire underneath of a piece of carpet because they didn't like the

wire being a trip hazard. So they put it on their piece of carpet, and then they forget about it. 15 years later, with

8:38.280 --> 00:28:54.839
(2): people living in a home, they've smashed that wire flat and shortened out, catches the carpet on fire, and next thing you know, 3 Am. They wake up and their living rooms on fire, and they can't figure out why. So that's why the Arc fault is is important and is is a good.

8:55.170 --> 00:28:57.490
(2): But the reality is, if people

8:58.650 --> 00:29:06.209
(2): understood that that's not a good idea to put wire underneath t. So same idea you don't want to take and stick a fork in an outlet.

9:06.350 --> 00:29:20.540
(2): The idea is that's just not a good thing to do, and and you'll n real quick. So, but with the with the art fault it seemed to be that they're looking to fix those kind of problems

9:21.930 --> 00:29:22.980
(2): and

9:23.550 --> 00:29:32.635
(2): and ground fault. The Gfci receptacle started out in the same of curve. Exactly the same issue nuisance tripping

9:33.400 --> 00:29:36.619
(2): you plug in a vacuum cleaner, and it'd trip out because.

00:29:36.620 --> 00:29:37.010
Kevin Caves: Oh, yeah.

9:37.270 --> 00:29:45.729
(2): Windings on it. Stuff like that were going on so, and the est problem out of all of them was refrigerators and freezers.

00:29:45.980 --> 00:29:46.370
Kevin Caves: Hmm.

9:46.370 --> 00:29:56.850
(2): And, believe it or not, the little strip that goes around the ide is the door of your refrigerator. When you shut it, and it seals. There's a wire in that. And inside that wire

9:57.010 --> 00:30:04.459
█████ (2): inside that wire it'll condensate, and you can get a nuisance on a gfci receptacle because of that.

00:30:04.770 --> 00:30:09.310
Kevin Caves: And the same same with the freezer it's got that. Next time you open your freezer.

0:09.420 --> 00:30:15.860
█████ (2): You'll see a that seal that's just not a seal that is a

0:16.990 --> 00:30:21.280
█████ (2): that there's a that keeps the door from freezing shut.

00:30:21.510 --> 00:30:24.369
Kevin Caves: Oh, I see! I see!

0:24.370 --> 00:30:32.200
█████ (2): It'll new. It will nuisance trip over time for sure. So but ay, that's the that's the kind of stuff that we're

0:33.600 --> 00:30:35.590
█████ (2): so that we're talking about. And yeah.

0:36.550 --> 00:30:45.219
█████ (2): the problem with the arc fault is on retro into a system. The lem with the arc fault is, it needs a dedicated neutral.

00:30:45.750 --> 00:30:46.510
Kevin Caves: Right.

0:46.510 --> 00:30:55.509
█████ (2): And so, without the dedicated neutral, the arc fault is, is not alled per the manufacturer's directions.

0:55.730 --> 00:31:05.689
█████ (2): All of them require a dedicated neutral coming back to it. So ost houses wired up until about probably about 6 years ago.

1:06.120 --> 00:31:22.950
█████ (2): they use multi-branch circuits, so they had 2 hots, a neutral a ground. And so when you go and try and retrofit an arc fault breaker in that, in that there's going to be an imbalance because you got 2 2 hots coming back and kicking onto one neutral.

00:31:24.250 --> 00:31:32.869

█████ (2): And so there, once again you set up a situation where you have isance. Tripping, so the application of it

1:32.990 --> 00:31:44.839
█████ (2): is is can be a little bit problematic as far as where you put in, and why you put them in, and and that kind of stuff so, and the codes codes trying to deal with that. But.

00:31:45.570 --> 00:31:49.853
Kevin Caves: Yeah, so so do you.

00:31:50.740 --> 00:31:57.299
Kevin Caves: If if you if you encounter nuisance tripping specifically for afcis

00:31:57.879 --> 00:32:00.979
Kevin Caves: you know on the job is, how, how would you

00:32:01.150 --> 00:32:04.529
Kevin Caves: generally deal with it? Or or is there a way to deal with it?

2:04.730 --> 00:32:21.699
█████ (2): Well, there's I'm going to tell you what really happens is on If you have a nuisance stripping on it. The 1st thing I'm concerned about is, I've got a corrupt neutral. So I've got a neutral that's possibly tied into a different circuit in 5 or 6 years ago. That was fine. That was the method. That was the way to do it.

2:21.960 --> 00:32:24.160
█████ (2): Now, if I had a brand new house

2:24.820 --> 00:32:37.719
█████ (2): and we're putting it in brand new and and we're doing. We're g to put the Arc fault in there, and it may be more than 6 years. But somewhere around there, 6, 8 years ago. There's when this this push occurred, what it did

2:38.220 --> 00:32:41.140
█████ (2): when when Ark fault was introduced.

2:42.590 --> 00:32:47.830
█████ (2): and I'm going to be blatantly honest here, and this is my ion.

00:32:47.830 --> 00:32:48.450
Kevin Caves: Yeah.

2:48.960 --> 00:32:58.589
██████ (2): Is the fact that the manufacturers of of the electrical ████ment they use the same electrical panels that used to cost 125 bucks.

2:59.310 --> 00:33:01.070
██████ (2): They made no changes.

3:01.370 --> 00:33:11.190
██████ (2): They've got this art fault thing pushed through the system, and ████ as right after the 2,008 collapse of the electrical industry, with the economy going bad.

00:33:11.190 --> 00:33:12.350
Kevin Caves: Sure. Yeah.

3:12.350 --> 00:33:29.449
██████ (2): The only people that sat on those code boards were people that ████d be financed to be set on those the mom and pops, the normal wirement all that kind of stuff. They were struggling to keep food on the table. They didn't. They didn't have time to go sit on code boards, but the manufacturers were looking for

3:30.336 --> 00:33:31.690
██████ (2): some value.

3:31.940 --> 00:33:42.410
██████ (2): and I think they brilliantly positioned themselves on the code ████ds, literally bought their way onto the code boards, because nobody else could afford to be there anymore.

00:33:42.550 --> 00:33:43.240
Kevin Caves: Right.

3:43.240 --> 00:33:52.549
██████ (2): And what they did was figured out a way to take a hundred $25 ████l and turn it into a $600 load center.

00:33:52.740 --> 00:33:53.720
Kevin Caves: Hmm.

3:53.960 --> 00:33:55.600
██████ (2): And you know how they did that

00:33:56.090 --> 00:34:00.349

███ (2): by requiring per the code to have arc fault breakers.

258
4:01.390 --> 00:34:11.039
███ (2): Because it was a safety issue, and it was a. It was a very
er move, because the next step is also the wire manufacturers.

259
4:11.260 --> 00:34:13.479
███ (2): which were also in a pinch.

260
4:13.659 --> 00:34:23.200
███ (2): They just doubled or tripled their capacity on their wire,
use now they had to make specialty wires to be able to support the
arc. Fault.

261
00:34:23.659 --> 00:34:24.729
Kevin Caves: Right, right.

262
4:24.730 --> 00:34:38.200
███ (2): So, instead of having one circuit going out with a hot and a
ral, now, you have to have a hot and a neutral, and it has to be
carried all the way through the circuit dedicated. It can't be shared. It
can't be anything. It has to be

263
4:38.199 --> 00:34:55.170
███ (2): so to make sure that that arc fault works perfectly. So. So
k about this now. You just had $125 panel, 200 bucks with all the
breakers all in every day, day in, day out, bought hundreds of them. Now,
all of a sudden, this is a $600 panel.

264
4:55.190 --> 00:35:08.809
███ (2): and oh, by the way, it's going to triple your wire costs. And
by the way, copper prices are going up crazy anyway. And so now it's
a bang bang. So now electrical service used to cost 200 bucks all in.

265
5:08.890 --> 00:35:13.860
███ (2): and you could use all all kinds of different size, wires,
rals, everything was all good.

266
5:14.890 --> 00:35:18.009
███ (2): Now it's a thousand dollars for the panel.

267
5:18.170 --> 00:35:21.110
███ (2): and your impact to your wire tripled

268
5:21.640 --> 00:35:24.820
███ (2): and your labor cost went up by 30%.

5:25.370 --> 00:35:34.509
(2): So all this happened, and if that yoke is hung right around the fault circuit interrupter breakers.

5:35.880 --> 00:35:51.260
(2): Not on the Gfi breakers. It was all on the arc fault, that's drove drove the industry, flipped it on his head, and in that that I would be shocked if I'm wrong in that assumption, because the the numbers don't lie.

00:35:51.780 --> 00:35:59.830
Kevin Caves: Yeah, no, that's very compelling. That's I mean, we've heard. I've heard hints of that. But I've never had it explained that clearly before. So I really appreciate it.

5:59.830 --> 00:36:16.090
(2): Well, and do I think it's a good thing? Do I think safety is an ramount, and and price really doesn't matter when it comes to safety absolutely. Do I think the art fault circuit interrupter is is the right device. No.

00:36:16.410 --> 00:36:17.370
Kevin Caves: I see.

6:17.370 --> 00:36:21.519
(2): I think it has a limited application, and somebody's got very er.

00:36:23.820 --> 00:36:29.647
Kevin Caves: That makes sense alright. Well, let's this is super helpful. So I think we've covered this one.

00:36:30.260 --> 00:36:37.030
Kevin Caves: yeah, why don't? Why don't we move on to the next one. And let's see where we are.

00:36:38.493 --> 00:36:44.089
Kevin Caves: Okay. So now now there, this is the 1st of 12 of these.

00:36:44.840 --> 00:36:54.740
Kevin Caves: Excuse me purchase decisions that we're gonna have wanna make sure you can see it. So we'll keep it zoomed in. And we'll let you read and just let us know when to scroll down.

6:55.000 --> 00:36:55.670
(2): Sure.

7:27.060 --> 00:37:29.089
(2): Alright. We can scroll down a little bit.

7:31.280 --> 00:37:32.210
(2): Okay.

00:37:32.210 --> 00:37:35.775
Kevin Caves: So yeah, so it's I, wanna make sure you can see it. But

00:37:36.200 --> 00:37:50.569
Kevin Caves: So there's 3 choices there and then below it. If you scroll
down a tiny bit, Devin. There are other choices, none of the above. I
would not purchase any of these 3 types, so I just wanted to make sure
you can see there's there's 4 possibilities, not just 3.

7:50.750 --> 00:37:58.050
(2): Okay, yeah, no. I'm with you. I'm just weighing in which one so
in pigtail.

8:04.740 --> 00:38:08.840
(2): Yeah, I well, I can immediately tell you. I'm not. Gonna

8:08.990 --> 00:38:30.210
(2): I'm not going to put in a known defective device. So it takes
Siemens and and Schneider at any price. It wouldn't matter. So Eaton
is not defective. I've dealt with them before they got an excellent
reputation. It's a dual function, Afg and the Gfci. I would select Eaton

8:30.420 --> 00:38:50.639
(2): at some point. You gotta you gotta. You gotta meet the national
trical code. And it's a minimum standard. So it's not the top shelf,
you know, platinum plated installation, but you still have to meet the
requirements of it, and that is, that is one viable solution. But I would
never, ever put in a known defective device.

00:38:51.290 --> 00:38:53.919
Kevin Caves: Yeah, I understood, makes sense.

00:38:54.100 --> 00:38:56.760
Kevin Caves: Let's move on to number 2.

9:13.510 --> 00:39:15.170
(2): Okay, scroll up a little bit.

9:16.220 --> 00:39:17.759
(2): Okay, right there.

9:32.970 --> 00:39:43.550
(2): Well, we only have one selection here, because I would never in a defective. We already talked about it. Ge. Does not enjoy near the market share that they used to have.

00:39:43.820 --> 00:39:44.210
Kevin Caves: Yeah.

9:45.546 --> 00:39:56.389
(2): So, Abb, which I believe was bought by Mitsubishi is is hero.

9:56.980 --> 00:40:03.029
(2): I I hate to say it. I wouldn't. I would not. But let's scroll little bit more.

0:05.510 --> 00:40:09.390
(2): I would probably add all those. I probably wouldn't buy any of .

00:40:09.390 --> 00:40:10.410
Kevin Caves: Okay, that's fair.

0:10.410 --> 00:40:17.489
(2): Yeah, well, I don't. There's another thing is, I don't want to something in a panel I can't get parts for in 5 years.

00:40:17.960 --> 00:40:18.510
Kevin Caves: Yeah.

0:18.640 --> 00:40:26.620
(2): Eaton. I can. Siemens, I can ge bought by Abb that was hased by Mishubichi.

0:26.890 --> 00:40:28.430
(2): No, thank you.

00:40:28.430 --> 00:40:29.499
Kevin Caves: Got it. Got it.

0:29.500 --> 00:40:30.340
(2): Yes.

00:40:30.340 --> 00:40:39.179

Kevin Caves: That's fair. Yeah, let's let's move on to the next one.
Yeah, yeah, there's nothing I mean, like we said, there's no wrong
answer. So if you think that none of the above is the right answer, by
all means, yeah.

305
    0:39.180 --> 00:40:44.980
    ███ (2): Yeah, no, I wouldn't. I would not be in a hurry to do that. I
    d look back at seams or color hammer, and that's for real.

306
    1:09.710 --> 00:41:11.878
    ███ (2): Let's scroll up a little bit.

307
    1:13.370 --> 00:41:14.090
    ███ (2): Okay.

308
    1:15.760 --> 00:41:19.070
    ███ (2): So these none of them are defective. So that's good.

309
    1:19.180 --> 00:41:23.630
    ███ (2): Abb. Once again, I don't trust they're going to be in the
    et long enough to help me.

310
    1:24.650 --> 00:41:25.730
    ███ (2): Oh.

311
    1:27.340 --> 00:41:35.729
    ███ (2): I have confidence in Cutler Hammer. I'm going to say, Eaton,
    though it's a little bit more money. It's not defective. I would go
with that.

312
00:41:35.730 --> 00:41:36.839
Kevin Caves: That makes sense.

313
00:41:36.990 --> 00:41:43.720
Kevin Caves: And by the way, we're so, we've shown you a bunch of
different prices are the prices you're seeing

314
00:41:43.980 --> 00:41:47.459
Kevin Caves: more or less in line with what you'd expect to pay in real
life.

315
    1:48.210 --> 00:41:53.129
    ███ (2): No, they're a little high. I should. Yeah, I should be able to
    They're probably

316
00:41:53.430 --> 00:41:57.570

▮ (2): honestly, I should be able to get any of these breakers 20 s less than what you're showing.

317
00:41:58.010 --> 00:41:59.350
Kevin Caves: Really, okay, yeah.

318
1:59.350 --> 00:42:07.387
▮ (2): Yeah. Yeah. And I know there's a dual function with the the and the Gfci. That's a little. That's a

319
2:08.433 --> 00:42:17.180
▮ (2): that's another nuance to them. But the reality is, you know, I'm buying in bulk, I would expect that I could. I could beat those by 20 bucks across the board.

320
00:42:17.180 --> 00:42:19.270
Kevin Caves: Yeah, that's a lot of money. I mean.

321
2:19.270 --> 00:42:23.630
▮ (2): Well, when you got to buy 10 of them, yeah, 20 bucks. That's a .

322
2:23.750 --> 00:42:24.702
▮ (2): But I mean.

323
2:25.240 --> 00:42:37.369
▮ (2): when you're doing residential stuff specifically, you know, e talking pretty much. Everything I'm seeing here is on the residential, because that's really what drives the the Arc fault circuit interrupters is mainly the residential.

324
2:37.510 --> 00:42:42.080
▮ (2): but I've done a high rise building where all these would come effect.

325
2:42.340 --> 00:42:42.870
▮ (2): So.

326
00:42:42.870 --> 00:42:43.480
Kevin Caves: So.

327
2:43.480 --> 00:42:53.257
▮ (2): Hundreds of panels. And and it's a major deal. So yeah, $20 a ker would be. And and I would look for a a large discount

328
00:42:53.780 --> 00:42:57.790

▮▮▮ (2): on that. Specifically so.

00:42:58.270 --> 00:43:02.570
Kevin Caves: Got it. Okay, okay, that's that's that makes sense. That's that's helpful, too.

00:43:02.840 --> 00:43:09.529
Kevin Caves: Alright, let's move on to the next option. Where are we? Number number 4 12.

3:10.240 --> 00:43:10.860
▮▮▮ (2): Okay.

3:27.620 --> 00:43:29.489
▮▮▮ (2): I'm gonna say, none.

00:43:30.030 --> 00:43:31.200
Kevin Caves: None of the above.

3:31.200 --> 00:43:36.149
▮▮▮ (2): None. Yep, the one that's not defective is somebody I don't t.

00:43:36.320 --> 00:43:41.780
Kevin Caves: Got it. Got it? Okay, that makes sense. We can move on to Number 5.

3:47.340 --> 00:43:47.980
▮▮▮ (2): Okay?

3:48.880 --> 00:43:55.329
▮▮▮ (2): Well, I well, this one was super easy. We'll look at the ing just to amuse ourselves. But

3:55.800 --> 00:44:00.599
▮▮▮ (2): yeah, it's definitely the Eaton one non-defective. And

4:00.830 --> 00:44:07.359
▮▮▮ (2): and that's my preferred brand, anyway. So yeah, that's an easy Pricing was good. Yeah.

00:44:07.630 --> 00:44:11.189
Kevin Caves: So that that price on the eaten, for example, is that more in line with what.

4:11.190 --> 00:44:11.720
■■■ (2): Yes.

4:11.720 --> 00:44:12.630
■■■ (2): Goodbye. Yeah.

4:12.630 --> 00:44:13.230
■■■ (2): Yep.

00:44:13.700 --> 00:44:14.599
Kevin Caves: Okay. Good.

4:14.600 --> 00:44:26.980
■■■ (2): That's a single. That's a single function. Now the dual
tion is is the other one. But it's as an electrician. The Gfci isn't
always required.

00:44:27.320 --> 00:44:27.970
Kevin Caves: Right.

4:28.330 --> 00:44:30.000
■■■ (2): So. But

4:30.400 --> 00:44:44.110
■■■ (2): I hate to say this, but we don't really care. A lot of times we
uy one it. That's a Gfi, and we can put that into a bathroom, or a
kitchen or garage.

00:44:44.490 --> 00:44:45.340
Kevin Caves: Yep.

4:45.700 --> 00:44:49.530
■■■ (2): With the electrician. All she's going to do is reach in and

4:50.230 --> 00:45:04.310
■■■ (2): one that fits that need. He doesn't really care if it's $3 more
ave the dual function or the single function. There's gonna be 2 bins
he's gonna pull out of. So the idea is he doesn't really give 2 hoots
about.

5:05.180 --> 00:45:17.410
■■■ (2): one fits his need, and one doesn't fit his need. If that makes
e and and the pricing, I hate to say it has to be pretty damn close,
even on a dual function, to a single function.

5:17.889 --> 00:45:22.360
(2): because in his mind it's just one more thing he's got to deal .

354
5:22.480 --> 00:45:39.539
(2): And so the idea is, he's looking for efficiency he's looking to meet the national electrical code, and he's looking to do it as quick and as efficient as he can. And you start adding in dual compared to single, it's it's just a whole nother level of complexity.

355
5:39.540 --> 00:46:01.180
(2): It's gonna frustrate him. So he's he's looking for the the one shop. And all right, this is what we're gonna do. We need 6 of these for the kitchen, I mean 6 for the house and one for the garage, one for the bathroom, one for the laundry room, and 2 for the kitchen minimum. So he's like, all right. I need 6 that are dual function.

356
6:01.230 --> 00:46:27.250
(2): and then the rest of them can be single function. But he really n't care if one costs $2 more than the other one. That amount of money will be lost in the inefficiencies, and if he went in there and put just Gfis and and across the board. Let's say the breakers were. He got a really good buy, and the breakers are cheaper that are arc fault. And Gfi, a good electrician, wouldn't put Gfis everywhere.

357
6:27.400 --> 00:46:46.990
(2): It doesn't make sense. You're exposing yourself to nuisance, ping in areas where it would have no no value. So it's the complexities are one thing. It's the meeting. The national electrical code requirements are another thing, and but he's not going to just blatantly throw Gfis in.

358
6:47.150 --> 00:46:50.440
(2): He wouldn't. That would not be a good installation. So.

359
00:46:50.440 --> 00:46:50.900
Kevin Caves: Yeah.

360
6:50.900 --> 00:47:05.649
(2): You know. So you got you got. You're wearing about 4 different cts in there. But the if there was a if there was a $5 split between the Gfi dual function. Arc fault circuit interrupters. He would not care.

361
00:47:06.510 --> 00:47:07.210
Kevin Caves: Okay.

362
00:47:07.840 --> 00:47:12.530
Kevin Caves: Alright, that's that's interesting. Alright, let's move on

00:47:13.200 --> 00:47:16.349
Kevin Caves: to 6 to 12 or halfway through.

7:16.550 --> 00:47:17.630
(2): Oh, it's all good.

7:19.280 --> 00:47:24.720
(2): Alright! Let's see. Well, abbs out

7:25.350 --> 00:47:29.599
(2): so dual function, single function. All right. Now we're getting the

7:30.170 --> 00:47:42.330
(2): see. This one. Here is where I would go with the Siemens. re going to get the benefit of the dual function compared to the single function, and the price is substantially less so. I would pick Siemens in this course.

7:42.750 --> 00:47:48.560
(2): They're reputable, and and you can duplicate the installation. 's a good thing.

00:47:50.060 --> 00:47:55.920
Kevin Caves: Got it. Okay, great. Move on to number 7.

00:47:56.660 --> 00:47:58.000
Kevin Caves: Here we go.

8:00.150 --> 00:48:02.090
(2): Yeah, brands.

8:02.560 --> 00:48:04.279
(2): No, only background.

8:05.180 --> 00:48:08.238
(2): Sorry people are bothering me.

8:09.360 --> 00:48:12.729
(2): all right. So Siemens, defective is no good.

8:13.700 --> 00:48:17.900
(2): Now we're down to Schneider, and we're down to Abb.

8:21.820 --> 00:48:24.249
 (2): Let's look at it single function.

8:33.440 --> 00:48:38.630
 (2): I just have not had good luck with ge, I'm gonna my opinion I
d not take any of them.

00:48:39.430 --> 00:48:41.089
Kevin Caves: Okay, none of the above.

8:41.090 --> 00:48:41.860
 (2): None.

00:48:41.860 --> 00:48:42.490
Kevin Caves: Good.

00:48:43.110 --> 00:48:46.980
Kevin Caves: Alright! Let's move on. Number 8.

8:58.160 --> 00:49:03.589
 (2): Defective, prone, defective, prone. None of the above.

00:49:05.130 --> 00:49:11.799
Kevin Caves: Alright, none of the above, because 2 of them are defective,
and the other one is a brand that you're you're not a big fan of. Yeah.

9:11.800 --> 00:49:19.620
 (2): Well, yeah. And there's a reason why. Ge, I'm not a big fan of.
 have some very poor design in the past.

00:49:19.620 --> 00:49:20.440
Kevin Caves: Yeah.

9:20.780 --> 00:49:27.949
 (2): And that design issues have have kind of plagued the industry.

9:28.060 --> 00:49:38.780
 (2): They did some stuff that I'm not sure how they got it. Ul
ed, and it caused a lot of they have these really, really thin
breakers

9:38.930 --> 00:49:46.390
 (2): that are prone to fault. So that's kind of part of the deal.
 if they brought out a whole new

9:46.880 --> 00:49:58.930
(2): whole new panel, a whole new. But once again it's being bought different company that who knows how long they're gonna be around. You might be buying a 1 off, you know the

390
9:59.090 --> 00:50:07.810
(2): the. So anyway, that's that kind of adds more. What the reason I'm reluctant to deal with. Ge. Abb.

391
00:50:08.300 --> 00:50:15.020
Kevin Caves: Yeah, no, that makes perfect sense. Perfect sense. Yeah, alright. Let's move on to Number 9. Devin.

392
00:50:16.960 --> 00:50:18.560
Kevin Caves: There we go.

393
0:25.270 --> 00:50:26.840
(2): Single single.

394
0:30.440 --> 00:50:40.740
(2): All right. So we get a single function. And it's going against al function. No one dual function that's defective. So that's out. Abb is out immediately.

395
0:41.760 --> 00:50:45.609
(2): And so, yeah, the only answer here is eaten in the middle.

396
00:50:46.360 --> 00:50:48.330
Kevin Caves: Okay, makes sense.

397
0:48.330 --> 00:50:48.950
(2): Yeah.

398
00:50:49.200 --> 00:50:54.760
Kevin Caves: You're picking, picking the not defective one that's at a lower price, anyway.

399
0:54.920 --> 00:51:05.120
(2): Yeah. And but it is a single use. But like I said a lot of s, that's all you need. You don't need to do dual use. So yeah, you put it in where it makes the most sense and move on.

400
00:51:05.830 --> 00:51:06.350
Kevin Caves: Sure.

401
00:51:06.700 --> 00:51:09.200

Kevin Caves: All right, let's move on to Number 10.

1:12.450 --> 00:51:14.220
■■■ (2): Alright. Here we go.

1:17.710 --> 00:51:21.709
■■■ (2): Dual function. Eaton's at 50 bucks

1:22.440 --> 00:51:26.660
■■■ (2): we got Siemens dual function plug on defective is out.

1:26.980 --> 00:51:32.029
■■■ (2): So now we're going against. Yeah, this is a super easy one. n.

00:51:33.280 --> 00:51:37.756
Kevin Caves: I thought you might say that for 49, 56.

1:39.245 --> 00:51:45.234
■■■ (2): Well, you're starting to understand my logic. But the idea is, an, that's that's that's how it works.

00:51:46.630 --> 00:51:48.359
Kevin Caves: Yeah, no, I I

00:51:48.700 --> 00:51:54.750
Kevin Caves: I get it. And we appreciate the the consistency. It helps us understand what's what's going on.

00:51:55.469 --> 00:51:59.310
Kevin Caves: Yeah, we can move on to the next one, number 11.

1:59.310 --> 00:52:00.460
■■■ (2): Alright.

2:00.740 --> 00:52:10.040
■■■ (2): So so Schneider's out non-defective. It's a dual function. So a say, a plus.

2:11.480 --> 00:52:16.790
■■■ (2): yeah, this one's once again. Very easy eaten.

00:52:16.790 --> 00:52:21.079
Kevin Caves: We have the Eaton dual function, $43 and 69 cents.

2:21.080 --> 00:52:23.652
███ (2): Yeah, I was like, yeah, why the hell would you?

00:52:23.910 --> 00:52:29.209
Kevin Caves: Yeah, yeah, I gotcha. All right. Let's move on to 12 of 12.

2:31.640 --> 00:52:32.400
███ (2): I don't know.

2:32.960 --> 00:52:33.730
███ (2): So

2:41.590 --> 00:52:44.690
███ (2): that's easy, Siemens.

2:45.290 --> 00:52:47.999
███ (2): 43. Even the price was even better.

00:52:48.260 --> 00:52:55.760
Kevin Caves: Yeah. So you got the. It's the only one that's not defective. It's got a low price, makes sense. It's a it's a brand you trust. Yeah.

2:55.760 --> 00:52:56.750
███ (2): Yep. Yep.

00:52:56.930 --> 00:53:03.000
Kevin Caves: Okay, alright, so great. So let's go to the next one.

00:53:04.320 --> 00:53:06.210
Kevin Caves: We're almost at the end now.

3:07.190 --> 00:53:09.230
███ (2): No, not so far.

00:53:09.680 --> 00:53:13.978
Kevin Caves: All right, and we're at the end.

3:14.400 --> 00:53:16.700
███ (2): Oh, yeah, just that easy.

00:53:17.710 --> 00:53:30.900
Kevin Caves: Yeah, I told you we'd we'd probably finish up a little early. So that's all we've got. We. We really appreciate your time, ███

if you have any final comments or questions that fine, we're happy to hear them, if you don't. That's that's fine, too.

3:31.240 --> 00:53:39.064
(2): Well, it's the idea of putting in a known defective I think right? There is kind of the qualifying deal

3:39.640 --> 00:53:46.849
(2): and one of the things about the national electrical code. They about a neat and whirlwind-like manner.

3:46.980 --> 00:53:50.219
(2): and if you're putting in defective stuff

3:50.510 --> 00:53:58.329
(2): that's not workmanlike manner, people trust us to make the good sions. They trust us to be knowledgeable. They trust us to

3:58.500 --> 00:54:07.259
(2): to manage those complexities, and if we knowingly put in thing defective. My God! It would be

4:07.360 --> 00:54:27.989
(2): you'd open yourself up to all kinds of liability. So that makes e selections pretty doggone easy. But once again, I think, Cutler Hammer, which is Eaton. I think they do a really good job, and I think Siemens does a really good job. I think ge's got a tough road.

4:28.070 --> 00:54:49.129
(2): and I think Square D's always been. They're still living on r in the fifties and sixties square D was the best, the finest, and a lot of institutions and a lot of that kind of stuff. Really, they wanted top shelf. They wanted stuff to really last. They went with square D, but I think, after about the

4:49.300 --> 00:54:54.620
(2): in the early eighties, kind of like the K car was for the for vehicles.

4:54.830 --> 00:55:19.940
(2): Square d kind of kind of drifted in that area, and they they away from being the platinum top shelf manufacturer that you could trust forever. And and they kind of went in the K car direction, and they haven't been able to come back where Cutler, Hammer, and Siemens seems to invest more into their products. And you know, like copper bussing that kind of stuff that really hits home with the electricians that have to maintain and service them.

5:20.200 --> 00:55:30.379
█████ (2): So that's kind of my 2 cents on it. But I appreciate you guys thanks for the opportunity to weigh in on some of this stuff. Hopefully, it has some bearing.

439
00:55:30.990 --> 00:55:37.139
Kevin Caves: Yeah, yeah, well, we we really appreciate your feedback. And yeah, good luck on that. Oklahoma exam coming up.

440
5:37.140 --> 00:55:40.208
█████ (2): Yeah. Oh, yeah. Yeah. Way to go tax code.

441
00:55:40.550 --> 00:55:42.680
Kevin Caves: Alright! Take care, thank you. Bye.