# EXHIBIT 32

## (Redacted)

| | |
|---|---|
| **From:** | Saunders, James (EM LP PMU R&D EL) [/O=SCN/OU=US002E01/CN=RECIPIENTS/CN=SAUNJX1] |
| **Sent:** | 1/24/2018 5:04:29 PM |
| **To:** | Massicotte, Nathan (EM LP PRM C&E APP) [/O=SCN/OU=US002E01/cn=Recipients/cn=MassNX] |
| **Subject:** | RE: U10 fixture - cutsheet/██████████████ |

Nathan,

████████████████████████████████████████████████████████

███████████████████████████████████

███████████████████████

██████████████████████████████████████████

James

---

**From:** Massicotte, Nathan (EM LP PRM C&E APP)
**Sent:** Wednesday, January 24, 2018 10:26 AM
**To:** Saunders, James (EM LP PMU R&D EL)
**Subject:** RE: U10 fixture - cutsheet/ ███████████████
**Importance:** High

Any word on this?

With best regards,
Nathan Massicotte

Siemens Industry, Inc.
EM LP PRM C&E APP
████████████████
████████████████████
█████████████████████████

---

**From:** Massicotte, Nathan (EM LP PRM C&E APP)
**Sent:** Monday, January 22, 2018 1:37 PM
**To:** Saunders, James (EM LP PMU R&D EL)
**Subject:** FW: U10 fixture - cutsheet/ ███████████████
**Importance:** High

James,

We have a report of nuisance tripping events were a LED driver feeding under-cabinet LED lights is seemingly the source of the issues. ████████████████████████████████████████████████████████
████ ████████

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████

With best regards,
Nathan Massicotte

Siemens Industry, Inc.
EM LP PRM C&E APP
█████████████████
████████████████████████

SIEMENS_AFCI_00065490

███████████████████████

**From:** Massicotte, Nathan (EM LP PRM C&E APP)
**Sent:** Monday, January 22, 2018 1:31 PM
**To:** Vaughan-Birch, Jill (RC-US EM S-CON R-W SMW4)
**Cc:** Bryant, Ashley (EM LP PRM C&E)
**Subject:** RE: U10 fixture - cutsheet/ █████████████

Jill,

████████████████████████████████████████████████

With best regards,
Nathan Massicotte

Siemens Industry, Inc.
EM LP PRM C&E APP
██████████████████████
██████████████████

**From:** Vaughan-Birch, Jill (RC-US EM S-CON R-W SMW4)
**Sent:** Monday, January 22, 2018 12:12 PM
**To:** Massicotte, Nathan (EM LP PRM C&E APP)
**Cc:** Bryant, Ashley (EM LP PRM C&E)
**Subject:** RE: U10 fixture - cutsheet/ ███████████

█████████████████████████████████

Thanks,
Jill

**From:** Massicotte, Nathan (EM LP PRM C&E APP)
**Sent:** Monday, January 22, 2018 8:40 AM
**To:** Vaughan-Birch, Jill (RC-US EM S-CON R-W SMW4)
**Cc:** Bryant, Ashley (EM LP PRM C&E)
**Subject:** RE: U10 fixture - cutsheet/ ███████████

Jill,

The only way to confirm compatibility is by testing the device with the breaker.  If the customer is interested in testing the lighting fixture I suggest they use 5A of load current to insure the arc-fault detection circuit is on.

With best regards,
Nathan Massicotte

Siemens Industry, Inc.
EM LP PRM C&E APP
██████████████████████
██████████████████

**From:** Vaughan-Birch, Jill (RC-US EM S-CON R-W SMW4)
**Sent:** Friday, January 19, 2018 10:34 AM
**To:** Massicotte, Nathan (EM LP PRM C&E APP)
**Cc:** Bryant, Ashley (EM LP PRM C&E)
**Subject:** Re: U10 fixture - cutsheet/ ███████████

                                                                                    SIEMENS_AFCI_00065491

The AFCIs were tripping on another model. The owner is replacing and wants to verify this device doesn't have issues prior to replacing 500+ units.

Could we get a sample or two and test in the lab?

On Jan 19, 2018, at 6:55 AM, Massicotte, Nathan (EM LP PRM C&E APP) ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓> wrote:

Ashley,

Unfortunately, I have no reports on this driver. I do not see any UL or FCC markings on the driver or the Product datasheet.

Jill – Do we have any more details on the reported issue?

Here is the questions I need to know to better understand the issue:

Which AFCI breaker is tripping?
Is the AFCI breaker indicating lights confirm an arc-fault or ground fault?
What circuit is affected?
What are the loads on the affected branch circuit?
What is the action/event causing the trip?

With best regards,
Nathan Massicotte

Siemens Industry, Inc.
EM LP PRM C&E APP

**From:** Bryant, Ashley (EM LP PRM C&E)
**Sent:** Wednesday, January 17, 2018 2:40 PM
**To:** Vaughan-Birch, Jill (RC-US EM S-CON R-W SMW4); Massicotte, Nathan (EM LP PRM C&E APP)
**Subject:** FW: U10 fixture - cutsheet/ ▓▓▓▓▓▓▓▓

I see it's not UL or FCC compliant which are the requirements in residential applications in the U.S.
That doesn't necessarily mean it's incompatible with our breaker – it just means it's not recommended.

Nathan – are you familiar with this one?

With best regards,
Ashley Bryant
Senior Product Manager
Electronic Residential Circuit Breakers

Siemens Industry, Inc.
Low Voltage and Products

www.usa.siemens.com/afci
www.afcisafety.org
**Siemens Technical Support:  1-800-333-7421**

CONFIDENTIAL

**From:** Vaughan-Birch, Jill (RC-US EM S-CON R-W SMW4)
**Sent:** Wednesday, January 17, 2018 2:37 PM
**To:** Bryant, Ashley (EM LP PRM C&E)
**Subject:** Fwd: U10 fixture - cutsheet/ ███████████

Hi Ashley

Are you aware of any issues with this driver and AFCI?

Thanks
Jill

Begin forwarded message:

**From:** ██████████████g@██████████████
**Date:** January 17, 2018 at 11:17:04 AM PST
**To:** ████████████████@████████████████ @████████████████m
████████████████████████

**Subject: FW: U10 fixture - cutsheet/** ████████████

Jill

Can you look into this fixture driver and let me know whether this is compatible with Siemens's arc fault breaker?

I need the answer pretty quick, thanks.



🖨 Please consider the environment before printing this email

CONFIDENTIAL                                                                          SIEMENS_AFCI_00065493