# EXHIBIT 33

## (Provisionally Filed Under Seal)