# EXHIBIT 34
## (Redacted)

| | |
|---|---|
| **From:** | Keith, Daniel (RC-US SI LP CUS TS) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3BCFBCD27ADD46FCB74E58BCC790120E-KEITH DANIE] |
| **Sent:** | 12/10/2019 4:44:49 PM |
| **To:** | Bryant, Ashley (RC-US SI LP R&PM PM R) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=15a627b1beb34f60af7dcdd8f12742cc-Bryant Ashl]; Massicotte, Nathan (RC-US SI LP R&PM AE) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=719d0c622a554fceaf06e9336b487e43-Massicotte] |
| **CC:** | I CS Support USA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=787f9ea67efd40a5a760c729ad966f3a-I CS Suppor]; Hammarquist, Bob (RC-US SI LP CUS TS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b4626b8718c94869b5a8cd0d8d4c31c0-Hammarquist]; Bauer Jr, Harry (RC-US SI LP CUS TS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=044d7d900acc4dea8303156a587f234c-BAUER Jr Ha]; Scarborough, Wayne (RC-US SI LP CUS TS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5ecf8495c49c435c9251c85beda4f5ec-Scarborough]; Hunsicker, Michael (RC-US SI LP CUS TS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3f72188b0ed34c9ea47abeccc37fd949-Hunsicker M]; Joseph, Carl (RC-US SI LP CUS TS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=90b8b76097a1417b964d977acc050d36-Joseph Carl] |
| **Subject:** | RE: SR= 1-5735078353 Sales Eng - Intelli-Arc diagnostic tool |

On this circumstance yes. Once we identified what device (cooktop) was causing the noise with the intelli-arc I recommended putting a surge protector on, which is typically a step we try before escalating. Figured it would be good to have the cooktop model number ███████████████████████████████ ) to either work with him to prevent this in the future, or have it added to the device issue list so we know a possible solution should it come up again.

With best regards,
Dan Keith

Siemens Industry, Inc.
RC-US SI LP CUS TS
Technical Support  LP/CP Products
Tech Support Hotline: 1-800-333-7421
████████████████████

For Technical Support on CP Controls and LP Components, Electronics, and Distribution products, please call 1- 800-333-7421, or submit technical application requests electronically through Online Support Request:
For Support Request go to the below link
https://support.automation.siemens.com/US

**From:** Bryant, Ashley (RC-US SI LP R&PM PM R) ██████████████████ >
**Sent:** Tuesday, December 10, 2019 11:41 AM
**To:** Keith, Daniel (RC-US SI LP CUS TS) <███████████████ >; Massicotte, Nathan (RC-US SI LP R&PM AE) <████████████████ >
**Cc:** I CS Support USA ███████████████████ >; Hammarquist, Bob (RC-US SI LP CUS TS) ████████████████ >; Bauer Jr, Harry (RC-US SI LP CUS TS) ████████████████ >; Scarborough, Wayne (RC-US SI LP CUS TS) ████████████████ ; Hunsicker, Michael (RC-US SI LP CUS TS) ████████████████ >; Joseph, Carl (RC-US SI LP CUS TS) ████████████████ >
**Subject:** RE: SR= 1-5735078353 Sales Eng - Intelli-Arc diagnostic tool

Thanks for the update.  So, the surge suppressor solved the issue?

With best regards,
Ashley Bryant

CONFIDENTIAL                                                                                    SIEMENS_AFCI_00053738

Senior Product Manager Electronic Circuit Breakers

Siemens Technical Support:  1-800-333-7421



**From:** Keith, Daniel (RC-US SI LP CUS TS) ███████████████████ >
**Sent:** Monday, December 9, 2019 3:54 PM
**To:** Bryant, Ashley (RC-US SI LP R&PM PM R)█████████@████████████ Massicotte, Nathan (RC-US SI LP R&PM AE)
████████████████████ >
**Cc:** I CS Support USA█████████████████@███████████ Hammarquist, Bob (RC-US SI LP CUS TS)
███████████████████████ >; Bauer Jr, Harry (RC-US SI LP CUS TS)██████████████████ >; Scarborough,
Wayne (RC-US SI LP CUS TS)█████████████████████ >; Hunsicker, Michael (RC-US SI LP CUS TS)
████████████████ ██ Joseph, Carl (RC-US SI LP CUS TS) ████████████████ >
**Subject:** RE: SR= 1-5735078353 Sales Eng - Intelli-Arc diagnostic tool

Ashley and Nathan,

To go full circle on this, just wanted to give an update of what we found with the test. Every circuit the customer tested came back clear except for one – the ranged cooktop. The moment they plugged in the gas cooktop (electric igniter) the signal on the intelli-arc danced around 2-3 from the top on Arc Fault. When the igniters are turned on, it stops bouncing around but still held steady on arc fault.

The customer had put another brand's breakers in and they stopped tripping, but for today he re-installed the Siemens breakers. Not surprising but when the intelli-arc was installed the tripping stopped. The customer removed the intelli-arc from the cooktop circuit and put in a surge protector which stopped the tripping immediately. They continued to test for about 15 minutes every way it tripped before but it would not.

The cooktop is a ███████████████████████████ . I don't think it weighs into this, but it is a Wi-Fi enabled cooktop, but they removed the WiFi module during installation (following the instructions) to save space.

With best regards,
Dan Keith

Siemens Industry, Inc.
RC-US SI LP CUS TS
Technical Support  LP/CP Products
Tech Support Hotline: 1-800-333-7421
████████████████

For Technical Support on CP Controls and LP Components, Electronics, and Distribution products, please call 1- 800-333-7421, or submit technical application requests electronically through Online Support Request:
For Support Request go to the below link
 https://support.automation.siemens.com/US

**From:** Keith, Daniel (RC-US SI LP CUS TS)
**Sent:** Monday, December 9, 2019 3:34 PM
**To:** Burny, Mike (RC-US SI PSS S-CON R-N SMN4)█████████████@███████████ Niemann, Brian (RC-US SI PSS S-CON

CONFIDENTIAL

R-N SMN4) █████████████████████; Booth, Neale (RC-US SI PSS S-CON R-N SMN4)

**Cc:** I CS Support USA █████████████████████; Hammarquist, Bob (RC-US SI LP CUS TS)
███████████████ Bryant, Ashley (RC-US SI LP R&PM PM R) █████████████████
Massicotte, Nathan (RC-US SI LP R&PM AE)████████████████
**Subject:** RE: SR= 1-5735078353 Sales Eng - Intelli-Arc diagnostic tool

Mike,

Thank you very much for sending out that tester. I worked with the customer this afternoon and were able to identify the problem and find a working solution. What would be the best return address to have your tester shipped back?

Thank you again!

With best regards,
Dan Keith

Siemens Industry, Inc.
RC-US SI LP CUS TS
Technical Support  LP/CP Products
Tech Support Hotline: 1-800-333-7421
████████████████

For Technical Support on CP Controls and LP Components, Electronics, and Distribution products, please call 1- 800-333-7421, or submit technical application requests electronically through Online Support Request:
For Support Request go to the below link
 https://support.automation.siemens.com/US

---

**From:** Burny, Mike (RC-US SI PSS S-CON R-N SMN4)█████████████████████
**Sent:** Tuesday, December 3, 2019 8:03 PM
**To:** Niemann, Brian (RC-US SI PSS S-CON R-N SMN4)█████ ███████████████ Keith, Daniel (RC-US SI LP CUS TS)███████████████ Booth, Neale (RC-US SI PSS S-CON R-N SMN4)████████████████
**Cc:** I CS Support USA████████████████████; Hammarquist, Bob (RC-US SI LP CUS TS)
███████████████ Bryant, Ashley (RC-US SI LP R&PM PM R)██████████ @███████████
Massicotte, Nathan (RC-US SI LP R&PM AE)████████████████
**Subject:** RE: SR= 1-5735078353 Sales Eng - Intelli-Arc diagnostic tool

Intelli-Arc Diagnostic Tool was delivered today at 10:30AM to:

████████████
████████████████
████████████
████████████████

████████████████

*Mike Burny*
Siemens Energy, Inc.
Energy Management Division
Construction Sales

████████████████
████████████████
████████████

**From:** Niemann, Brian (RC-US SI PSS S-CON R-N SMN4) ███████ @ ████████
**Sent:** Tuesday, November 26, 2019 5:39 PM
**To:** Keith, Daniel (RC-US SI LP CUS TS) ████████████; Burny, Mike (RC-US SI PSS S-CON R-N SMN4) ████████████ Booth, Neale (RC-US SI PSS S-CON R-N SMN4) ████████████
**Cc:** I CS Support USA ████████████; Hammarquist, Bob (RC-US SI LP CUS TS) ████████ █ ████████ Bryant, Ashley (RC-US SI LP R&PM PM R) ████████████ Massicotte, Nathan (RC-US SI LP R&PM AE) ████████ @ ████████
**Subject:** RE: SR= 1-5735078353 Sales Eng - Intelli-Arc diagnostic tool

Mike,
See if you can get the Intelli-Arc from your customer and ship to the customer mentioned below.

Dan,
Confirm the address below would be the ship to or if there is a different address. Also provide us the contact info so Neale has it when he needs to go pick it up.

Neale,
If this occurs I will need you to pick it up from the customer when he is finished.

Please confirm, albeit, after the holidays. Thanks.

With best regards,
Brian Niemann

Area Sales Manager

---

**From:** Keith, Daniel (RC-US SI LP CUS TS) ████████████
**Sent:** Tuesday, November 26, 2019 9:54 AM
**To:** Niemann, Brian (RC-US SI PSS S-CON R-N SMN4) ████████████
**Cc:** I CS Support USA ████████ ma ████████ Hammarquist, Bob (RC-US SI LP CUS TS) ████████████ Bryant, Ashley (RC-US SI LP R&PM PM R) ████████████ Massicotte, Nathan (RC-US SI LP R&PM AE) ████████████ >
**Subject:** RE: SR= 1-5735078353 Sales Eng - Intelli-Arc diagnostic tool
**Importance:** High

Hi Brian,

Following up. Customer has reached out again looking for assistance.

With best regards,
Dan Keith

Siemens Industry, Inc.
RC-US SI LP CUS TS
Technical Support  LP/CP Products
Tech Support Hotline: 1-800-333-7421
████████████

For Technical Support on CP Controls and LP Components, Electronics, and Distribution products, please call 1- 800-333-7421, or submit technical application requests electronically through Online Support Request:

CONFIDENTIAL                                     SIEMENS_AFCI_00053741

For Support Request go to the below link
 https://support.automation.siemens.com/US

---

**From:** Keith, Daniel (RC-US SI LP CUS TS)
**Sent:** Thursday, November 21, 2019 9:09 AM
**To:** Niemann, Brian (RC-US SI PSS S-CON R-N SMN4) ███████████████████
**Cc:** I CS Support USA ██████████████████████████ Hammarquist, Bob (RC-US SI LP CUS TS)
████████████████████████ Bryant, Ashley (RC-US SI LP R&PM PM R) ████████████████████
Massicotte, Nathan (RC-US SI LP R&PM AE) ██████████████████████
**Subject:** SR= 1-5735078353 Sales Eng - Intelli-Arc diagnostic tool

Hi Brian,

██████████████████████
██████████████████

I have been working with this electrician on a remodel job involving AFCI circuit breakers. I was curious if any of the Sales Engineers in the area would be willing to either let this customer borrow or make a site visit with the Intelli-Arc Diagnostic tool?

The tripping (1 LED indicator) they are experiencing is intermittent and has not been replicable by the electrician while there. They went through the entire construction process without tripping until they brought in the appliances, and the problem stops with a competitors breaker installed. The electrician is not willing to take the liability of installing another brands breaker and is looking for help resolving the issue. As the issue is intermittent, I believe our best option to find the source of the problem would be with the Intelli-Arc. If there is one available I can coordinate scheduling if a Sales Engineer wants to go to the site, or a shipping address if you are willing to let the customer borrow the unit.

Thanks!

With best regards,
Dan Keith

Siemens Industry, Inc.
RC-US SI LP CUS TS
Technical Support  LP/CP Products
Tech Support Hotline: 1-800-333-7421
██████████████████

For Technical Support on CP Controls and LP Components, Electronics, and Distribution products, please call 1- 800-333-7421, or submit technical application requests electronically through Online Support Request:
For Support Request go to the below link
 https://support.automation.siemens.com/US