# EXHIBIT 35

## (Redacted)

| | |
|---|---|
| **From:** | Massicotte, Nathan (RC-US SI LP R&PM AE) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=719D0C622A554FCEAF06E9336B487E43-MASSICOTTE] |
| **Sent:** | 1/31/2020 5:31:13 PM |
| **To:** | Hammarquist, Bob (RC-US SI LP CUS TS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b4626b8718c94869b5a8cd0d8d4c31c0-Hammarquist] |
| **CC:** | I CS Support USA [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=787f9ea67efd40a5a760c729ad966f3a-I CS Suppor]; Bryant, Ashley (RC-US SI LP R&PM PM R) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=15a627b1beb34f60af7dcdd8f12742cc-Bryant Ashl] |
| **Subject:** | RE: SR= 1-5809025870 RE: NEMA AFCI Website Unwanted Tripping Report |

Bob,

This is the first time I've heard of this issue.

Mit freundlichen Grüßen
Nathan Massicotte

Siemens Industry, Inc.
RC-US SI LP R&PM AE



SERVICE CANCELLED by NAM RC-US I CSC IT IND S&LOG - PLEASE CONTACT help.scf@siemens.com

---

**From:** Hammarquist, Bob (RC-US SI LP CUS TS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Friday, January 31, 2020 12:06 PM
**To:** Bryant, Ashley (RC-US SI LP R&PM PM R) ▮▮▮▮▮▮▮▮▮▮▮▮▮>; Massicotte, Nathan (RC-US SI LP R&PM AE) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Cc:** I CS Support USA ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** SR= 1-5809025870 RE: NEMA AFCI Website Unwanted Tripping Report

Hi Ashley,
I created SR= 1-5809025870 in the customers name under Homeowner account. Someone from my team will contact them shortly.

Nathan, Was there a fix for the KitchenAid fridge?

Thank you,
Bob Hammarquist
Siemens Industry, Inc.
RC-US SI LP CUS TS
Technical Support  LP/CP Products
▮▮▮▮▮▮▮▮▮▮
Tech Support Hotline: 1-800-333-7421

---

**From:** Bryant, Ashley (RC-US SI LP R&PM PM R) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Sent:** Friday, January 31, 2020 8:45 AM
**To:** Hammarquist, Bob (RC-US SI LP CUS TS) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Massicotte, Nathan (RC-US SI LP R&PM AE) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>
**Subject:** FW: NEMA AFCI Website Unwanted Tripping Report

SIEMENS_AFCI_00024629

Bob,
Can you please open a case?

Nathan – I'm copying you on this one because I'm wondering if this is the same fridge that Whirlpool had a fix for?  Maybe the technician that came out didn't know what they were doing?  3 different AFCI breakers.  Fridge keeps tripping.  If not, maybe we recommend a surge protector?

Thanks guys

With best regards,
Ashley Bryant
Senior Product Manager Electronic Circuit Breakers
█████████████

Siemens Technical Support:  1-800-333-7421

**From:** NEMA AFCI Website <donotreply@afcisafety.org>
**Sent:** Thursday, January 30, 2020 7:20 PM
**To:** Bryant, Ashley (RC-US SI LP R&PM PM R) ███████████████████ >
**Cc:** webmaster@nema.org
**Subject:** NEMA AFCI Website Unwanted Tripping Report

# Contact Information

First Name: ████
Last Name: ██████
Address: ██████
City: █████
State: ██
Zip: ███
Daytime Telephone: ████████
Evening Telephone:
E-mail Address: ████████████

# AFCI Product Information at your installation

Select the Manufacturer/Brand Name of AFCI: Murray

Select Amperage of AFCI:

Breaker Type: MP-AT2

Select Poles of AFCI: 1 Pole (120V)

Image Url: http://www.afcisafety.org/wp-content/uploads/2020/01/97731EDB-3BE2-47F4-96C6-078628F869E1.jpeg

# AFCI Installation Location

Date of Occurrence: 01/31/2020

CONFIDENTIAL                                                                                      SIEMENS_AFCI_00024630

Date of Installation: 05/24/2019

Installation Location Different location :Same as address above

## Individual Reporting

Individual Reporting: Homeowner

Describe The Tripping Incident: Two different breakers, 3 different refrigerators. Ongoing issue where AFCI trips frequently on dedicated refrigerator circuit causing loss of power to outlet. Tried troubleshooting with manufacturer Whirlpool , had technician out and no resolution.

## What Equipment Is Connected To The Circuit That Is Tripping The AFCI?

Device Description: Refrigerator

Other Device:

Driver/Electronic Transformer Manufacturer:

Driver/Electronic Transformer Model Number:

Ballast Manufacturer:

Ballast Model#:

Appliance Manufacturer Name: KitchenAid

Appliance Model Number: KRFC704FPS01

Other Appliances On The Circuit: None

## Type of Residence/Room Affected

Please select residence type:House (Single Family)

Please describe room(s) affected by trip: Null

CONFIDENTIAL

SIEMENS_AFCI_00024631