# EXHIBIT 40

## (Redacted)

| | |
|---|---|
| **From:** | Hayes, John (RC-US SI PSS S-CON R-N SMN5) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=098332D6DA3E4ABA9D16D5E736087CB4-HAYES JOHN] |
| **Sent:** | 6/26/2019 4:59:12 PM |
| **To:** | Bryant, Ashley (RC-US SI LP PM-SYS) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=15a627b1beb34f60af7dcdd8f12742cc-Bryant Ashl] |
| **Subject:** | FW: ▮▮▮▮▮▮▮▮ Warranty |
| **Attachments:** | AFCHomeSafetyGuide.pdf; AFCIGFCIHomeownersGuide.pdf; ArcFaultTroubleshootingGuide.pdf |

Ashley,

Please see below.  Just giving you a heads up on this project.

Thank You,

John F. Hayes
Siemens Industry, Inc.

▮▮▮▮▮▮▮▮▮▮▮

**From:** Hayes, John (RC-US SI PSS S-CON R-N SMN5)
**Sent:** Wednesday, June 26, 2019 12:57 PM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: ▮▮▮▮▮▮▮ Warranty



There are many reasons that can cause nuisance tripping.  Please see the attached for trouble-shooting nuisance tripping.

The breakers that were nuisance tripping will need to be collected and sent back to the factory for testing.  If the breaker is shown as faulty then a credit will be issued.

There could be a non-compliant 15B light fixture or some crossed wires causing interference.

I have spoken with many contractors and everyone has experienced nuisance tripping with different manufacturers.

Please let me know if there is anything I can do in the meantime. Thanks for the heads up, I will forward to the Product Manager.

Thank You,

John F. Hayes
Siemens Industry, Inc.

▮▮▮▮▮▮▮▮▮▮

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, June 26, 2019 12:32 PM
**To:** Hayes, John (RC-US SI PSS S-CON R-N SMN5) ▮▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** ▮▮▮▮▮▮▮ Warranty

CONFIDENTIAL

SIEMENS_AFCI_00230576

John-Just a heads up that ███████████████ is experiencing arc fault breaker nuisance trips on the ███████████ job which they installed this spring.

Tenants are just moving in now, and circuits with lighting loads are nuisance tripping for no known reason.

He has spoken with Mike Hunsicker at the tech dept at Siemens who confirmed that they have had issues with earlier runs of these breakers.

He has had to travel to the job site several times and replace the older style breakers, which have the green label on the front of them, with the newer style breakers, which have the white label on the front of them.

That seems to be correcting the issue for the breakers he has changed so far.  He will be replacing the remainder of the defective units in the next week.

██ noted that he usually uses Square D Homeline arc fault breakers and has yet to experience any nuisance trip issues with them.

Unfortunately, he now has reserves about whether to use Siemens for future projects unless he is sure that this issue has been resolved.

I will forward the invoice for his time and labor once he submits it to us.

Thanks,

███████████

**Branch Manager**



SIEMENS_AFCI_00230577

# Troubleshooting Guide

## White Paper

Arc Fault Circuit Interrupters (AFCIs) are devices that alleviate the effects of arcing faults to protect buildings against the dangers of electrical fires. Determining the cause of an AFCI trip can be confusing and time-consuming, but the innovated trip indicators and the Siemens exclusive Intelli-Arc™ Diagnostic Tool offer help to the troubleshooting process.

The Siemens exclusive LED trip indicators and the Intelli-Arc™ Diagnostic Tool are valuable to help electricians pinpoint the location on the circuit that is causing the breaker to trip. This guide will outline a step-by-step procedure to resolve the cause of the AFCI trip.





*Troubleshooting checklist card can be ordered at www.usa.siemens.com/afci*

## Combination Type AFCI

www.usa.siemens.com/afci

**SIEMENS**

CONFIDENTIAL

## Homeowners and Electrical Contractors: Start by removing the cause

*Troubleshooting should only be performed by qualified electricians. However, there are measures that the homeowners and electrical contractors can take to possibly eliminate the problem before it arises. These few tricks can save the homeowner time, money, and the stress of an AFCI trip.*

### Homeowners

There are six preventative factors homeowners can take in order to decrease the chance that a breaker will trip.

- First, all connections between the light socket and the light bulb base should be tight. An arc can occur in a loose connection, which will cause the AFCI breaker to trip.
- Beware that the circuit is not overloaded with an excessive amount of electronics. The breaker is only able to support a specified amount of wattage, and if exceeded, the breaker will trip.
- Protect electronics on surge protectors. They will protect the electronics from times of high electrical surges, like thunderstorms.
- All electronics purchased should be Underwriters Laboratories (UL) listed, or equivalent, and comply with part 15 of the FCC rules, or they may cause unnecessary tripping.
- Make sure furniture is not on or pushing against electrical wires.
- If any blackened plugs, very damaged wires, or noisy circuit breakers are discovered, an electrical problem has occurred and the homeowner should call an electrician.

*Fact: The largest cause of non-confined fires in one- and two- family residential building fires between 2008 and 2010 occurred because of an electrical malfunction[①]. AFCIs help to prevent such tragedies.*

### Electrical Contractors

Electrical contractors can also take some preventative steps during the installation process.

- Ensure properly maintained tools are used, i.e. sharp blades.
- Route wires in strategic areas so homeowners and other trades are less likely to pierce through a wire.
- If possible, perform work after the other trades, i.e. HVAC and plumbing, have completed.
- Wire receptacles around the screw instead of backstabbing; it creates great wear and tear on the wiring over time.

① "One- and Two-Family Residential Building Fires (2008-2010)," U.S. Fire Administration, May 2012

## AFCI trips: Finding the cause

The first step to troubleshooting is to eliminate the most common causes. For newer installations, the prevalent errors occur because of short circuits, overloads, and a single pole AFCI being used on a multi-wire branch, which is often known as a shared neutral. On remodeled houses, the wiring or loads attached to the circuits are common causes for AFCI tripping. Siemens trip indicators on the AFCI are a valuable troubleshooting tool for the electrical contractor to guide him or her in the right direction. Depending on the number of poles the AFCI has different LED light combinations that indicate trip condition. These trip indicators will appear for 5 seconds after the AFCI is turned to an ON position for up to 30 days of the last trip. The last known trip can also be cleared. The only way to test to see if the AFCI breaker is properly working is to use the Push-to-Test button located on the device. Other "AFCI testers" on the market are not UL endorsed and will cause confusing and misleading results.

The figures below are displays troubleshooting methods when a 1-pole AFCI trips.



2

SIEMENS_AFCI_00230579

The last known trip condition can be cleared by the following process for both 1- and 2-pole breakers:
1. Turn the AFCI to the "OFF" position.
2. Press and hold the blue Push-to-Test button(s).
3. Turn the AFCI to the "ON" position.
4. Release the Push-to-Test button(s) within 3 seconds.

*Fact: Siemens was the first to introduce the LED indicator technology in AFCIs and the two-pole AFCI. Siemens strives to engineer the best products that are leaders in the market.*

The figure below is an aid for a step-by-step procedure if the Push-to-Test button is not functioning correctly.

## Push-to-Test button will not trip AFCI

**Check to see if AFCI is in ON position**
If AFCI tripped, reset the AFCI by switching it OFF and then ON.

**Is the load center energized?**

Yes → **Is the AFCI neutral (pigtail) properly connected to the neutral bar?**

No → Make sure the load center is energized.

Yes / No

Replace AFCI. If the problem persists, obtain information about the load tripping the AFCI and contact Siemens troubleshooting at 1-800-241-4453.

Check the neutral connection to ensure proper wiring.

## Intelli-Arc™ Diagnostic Tool

Using the Intelli-Arc™ Diagnostic Tool with good troubleshooting techniques, an electrical contractor can accurately pinpoint the location on the branch circuit where either the arc or arc-to-ground fault occurred. The diagnostic tool presents information on the type and magnitude of the fault, along with the level of current flowing through the circuit.

The Intelli-Arc™ Diagnostic Tool is not a conventional tester that is currently out on the market; it is a tool to see what is happening in the circuit. The diagnostic tool locates the underlying problem to allow the electrical contractor to fix the faulting issue.

*Fact: The Intelli-Arc™ Diagnostic Tool works with any breaker, regardless of brand!*

The purpose of the Intelli-Arc™ Diagnostic Tool is to speed the troubleshooting process for the electrical contractor, saving the contractor time and money. This is accomplished by improving the accuracy in the troubleshooting process, reducing the time spent on the problem site.



3

CONFIDENTIAL

## Operational Instructions

*The Intelli-Arc™ Diagnostic Tool should only be handled by a qualified electrical contractor.*

1. De-energize all individual loads on the branch circuit that is being evaluated (switches, receptacles, junction boxes, work boxes, etc.).
2. Find the breaker supplying the power to the branch circuit under evaluation, and turn it "ON". Use caution.
3. Turn "ON" the handheld device.
4. Energize and then de-energize loads one by one on the branch circuit being evaluated. Observe the LED indications on the handheld device while completing this process. Consider trying to energize and de-energize combination of loads also.
5. The "GF" and "AF" LEDs will lock in the top (red) position when any event causes the device to read the maximum levels, even if the event ceases to exist. Press the "CLEAR" button to continue evaluation of the branch circuit.



LED 1
LED 2

Test button

**1-pole CAFCI Circuit Breaker**

| LED Indicator | | Last known trip condition |
|---|---|---|
| LED (A) | LED (B) | |
| OFF | OFF | Overcurrent |
| ON | OFF | Arc Fault |
| ON | ON | Arc Fault to Ground |



LED 1
LED 2
LED 3

Test buttons

**2-pole CAFCI Circuit Breaker**

| LED Indicator | | | Last known trip condition |
|---|---|---|---|
| Yellow 1 | Yellow 2 | Yellow 3 | |
| OFF | OFF | OFF | Overcurrent |
| ON | OFF | OFF | Arc fault (Leg A) |
| OFF | OFF | ON | Arc fault (Leg B) |
| ON | ON | ON | Arc fault to ground |

## Siemens Advantage

Arc fault circuit interrupter technology has and will keep on saving lives and protecting property damage by stopping electrical fires before they occur. Prevention is better than intervention.

> *Fact: The Intelli-Arc™ Diagnostic Tool is a Siemens exclusive product.*

With over 160 years of engineering and innovation, Siemens develops products to increase levels of safety. Siemens AFCI products have advanced semiconductor technology that are designed to detect and react to the unique characteristics of arcing. They have been thoroughly tested to dramatically decrease the amount of nuisance tripping.

The trip indicators used in conjunction with the Intelli-Arc™ Diagnostic Tool will expedite the troubleshooting process, which will save the electrical contractor time and the homeowner money. Easy to follow flowcharts will also aid in the debugging process.

### Further Information

If you would like to learn more about arc fault circuit interrupter technology or different products available, please visit www.usa.siemens.com/afci.

If a certain load is causing the AFCI to trip, please obtain information about the load, i.e. the model number of the product, and contact Siemens troubleshooting at 1-800-241-4453.

Various jurisdictions in each state require AFCIs to be installed in different locations within a residential house according to the National Electrical Code® (NEC). Please contact a local authority to find more information.

Siemens Industry, Inc.
5400 Triangle Parkway
Norcross, GA 30092

1-800-241-4453
info.us@siemens.com

www.usa.siemens.com/afci

Subject to change without prior notice
Order No.: RPFL-COMB1-0712
All rights reserved
Printed in USA
© 2012 Siemens Industry, Inc.

The information provided in this brochure contains merely general descriptions or characteristics of performance which in case of actual use do not always apply as described or which may change as a result of further development of the products. An obligation to provide the respective characteristics shall only exist if expressly agreed in the terms of contract.

All product designations may be trademarks or product names of Siemens AG or supplier companies whose use by third parties for their own purposes could violate the rights of the owners.

SIEMENS_AFCI_00230581



SIEMENS
Ingenuity for life

# AFCI and GFCI Homeowner's Guide

How to keep you, your family, and your possessions safe

www.usa.siemens.com/circuitbreakers

CONFIDENTIAL

SIEMENS_AFCI_00230582

# Congratulations on the purchase of your new home.

This guide will help you understand the importance of arc fault circuit interrupters (AFCIs) and ground fault circuit interrupters (GFCIs) that are located in your load center. For over 160 years, Siemens has produced excellent performing electrical products in the market that provide increased levels of safety. With its long history of engineering and innovation, AFCIs and GFCIs are examples of how Siemens implements advanced technology to ensure the well-being of individuals. This technology is thoroughly tested to guarantee performance and reliability.

## How do AFCIs and GFCIs protect my family?

AFCIs and GFCIs will shut down, or trip, a branch circuit when certain conditions have been met. Unlike typical thermal magnetic circuit breakers, AFCIs monitor the circuit for arc faults, an unintentional electrical discharge that ignite surrounding materials like wood or insulation. Arc faults are difficult to detect because they are often intermittent and occur in hidden locations, such as behind drywall and in the attic. AFCIs search for arcing conditions before tragedy strikes.

GFCIs protect against electrical shock that result from ground faults. Ground faults occur when electrical current in devices stray outside of its normal path. A human body can become part of this circuit, which results in an electrical shock. GFCIs analyze the amount of current entering and exiting from the circuit and will trip when the difference is greater than a certain value.

Dual Function Circuit Breaker combines GFCI and AFCI, protecting against both Arc Faults and Ground Faults. This, along with the new Self Test & Lockout feature, makes it the



AFCI          AFCI          GFCI          Dual Function
AFCI/GFCI

first in class in electrical safety for homeowners. The new Self Test and Lockout feature enables the breaker to automatically and continuously test itself to ensure it is working properly. If it detected that the device has been compromised, the device trips itself and locks out the homeowner from resetting the device. This effortless system guarantees that only the best protection is given to your home at all times.

## Where can arc faults occur?

Arc faults can occur from the following conditions:









Damaged power supply cord      Damaged wiring            Pierced wiring            Negligence

3

CONFIDENTIAL

SIEMENS_AFCI_00230583

# Where AFCIs and GFCIs are required.

States or jurisdictions within the state determine which edition of the National Electrical Code® (NEC) to enforce. Contact your local authorities to inquire about which edition of the code your local jurisdiction has adopted. As a rule of thumb, AFCIs are required to be in all dwelling areas, i.e. bedrooms, family rooms, living rooms, parlors, libraries, dens, sun rooms, recreation rooms, and closets. GFCIs are required to be in all rooms that water may be present, i.e. bathrooms, kitchens, laundry rooms, and garages.



**NEC Adoption by State**          Revised – January 2017

NYC: 2008

DC 2011

LA: 2014 on 7.1.17
FL: 2014 on 12.31.17
VA: 2014 on 3.1.18

▲ = States that are also subject to local adoption

| 2008 NEC - 4 States | 2011 NEC - 6 States | 2014 NEC - 10 States | 2017 NEC - 1 State | No Statewide Adoption - 5 |

Note: Earlier editions of the NEC may be enforced in states with no statewide adoption or that are subject to local adoption.



● AFCI required
● GFCI required

**Example Floorplan**
Here is a representation of the locations AFCIs and GFCIs are mandated by the 2011 version of the NEC for new and renovated homes. Combination type AFCIs are located in all dwelling units, and GFCIs are located in all other rooms.

4

CONFIDENTIAL

# Reduce chances of an arc fault occuring in your home

## What more can I do to reduce the chances of an arc fault?

There are several preventive factors that homeowners can take in order to decrease the chance of an arc fault occurring.

- All connections between the light socket and the light bulb base should be tight. An arc can occur in a loose connection, which will cause the AFCI breaker to trip.

- Beware that the circuit is not overloaded with an excessive amount of electronics. The breaker is only able to support a specified amount of wattage, and if exceeded, the breaker will trip.

- Make sure furniture is not on or pushing against electrical wires.

- All devices in the home should be Underwriters Laboratories (UL) listed, or equivalent, and comply with part 15 of the FCC regulations, or they could possibly cause the AFCI to trip.

- Always use a qualified, licensed electrician for wiring electrical projects.

- If any blackened plugs, damaged wires, or noisy circuit breakers are discovered, an electrical problem has occurred and the homeowner should call an electrician.

- It is also suggested to protect electronics with high quality surge protectors. Surge protectors protect the electronics from times of high electrical surges, like thunderstorms.





**Trade name**
**Model number**

**Assembled from tested components**
**Complete system not tested**

## Operating handle positions



"On"

"Tripped"

"Off"

## What happens if a breaker trips?

A breaker will trip if a problem within the branch circuit occurred. The homeowner should not perform the troubleshooting required to fix the problem, but by using the LED indicator technology on all AFCIs, the homeowner can inform the electrician the reason the breaker tripped.

Regardless of whether the breaker is an AFCI or GFCI, in order to turn it back on after being tripped, first flip the handle from the "TRIPPED" position to the "OFF" position. Then, flip the handle to the "ON" position. If the breaker is an AFCI, the LED indicators will inform the condition of the last trip. The figure on the next page displays the trip condition depending on the LEDs illuminated. The fault stays in the memory of the AFCI for 30 days.

**The last known trip conditions can be cleared by the following process for both 1- and 2-pole breakers.**
1. Turn the AFCI to the "OFF" position.
2. Press and hold the blue Push-to-Test button(s).
3. Turn the AFCI to the "ON" position.
4. Release the Push-to-Test button(s) within 3 seconds.

SIEMENS_AFCI_00230585

# LED Trip Indicators

| LED Indicators | | Last known trip condition |
|---|---|---|
| 1 | 2 | |
| Off | Off | Overcurrent |
| On | Off | Arc fault |
| On | On | Arc fault to ground |

| LED Indicators | | | Last known trip condition |
|---|---|---|---|
| 1 | 2 | 3 | |
| Off | Off | Off | Overcurrent |
| On | Off | Off | Arc fault (leg A) |
| Off | Off | On | Arc fault (leg B) |
| On | On | On | Arc fault to ground |



LED 1
LED 2
Test button



LED 1
LED 2
LED 3
Test buttons

There are "testers" marketed to test the functionality of AFCIs and GFCIs, but they are not endorsed by either the Underwriters Laboratories (UL) or National Electrical Manufacturers Association (NEMA) because the "testers" do not create genuine arcing conditions. The only way to properly test an AFCI or GFCI is to use the "Push-to-Test" button located on the device. It is recommended by UL to test all AFCIs and GFCIs monthly to ensure the device is working correctly.



## Did you know?

In 2009, an estimated 44,800 home electrical fires occurred, resulting in 472 civilian deaths, 1,500 civilian injuries, and $1.6 billion in property damage. AFCIs help prevent such fires.[1]

An average of 355 electrocutions occurred each year because of consumer products between 2006-2008. GFCIs prevent these accidents from happening.[2]

Source:

[1] "Home Electrical Fires," National Fire Protection Association, January 2012

[2] "Electrocutions Associated with Consumer Products: 2008," U.S. Consumer Product Safety Commission, January 2012

6

CONFIDENTIAL

SIEMENS_AFCI_00230586

# National Electrical Code® Progression

The need for AFCI has been established by various respected organizations. Requirements are already in place to mandate the use of the Combination Type AFCI. These Combination Type AFCIs provide the maximum protection available today for reducing the possibly catastrophic effects of arcing faults.

**1999 NEC®**
- Listed AFCI future requirement in Code
  - Allows Branch/Feeder AFCI
- January 1, 2002: bedroom receptacles

**2002 NEC®**
- Listed AFCI in ALL bedroom circuits
  - Allows Branch/Feeder AFCI

**2005 NEC®**
- Combination Type AFCI in bedroom circuits
- Branch/Feeder AFCI permitted until January 1, 2008

**2008 NEC®**
- Combination Type AFCI
- Expand to 1 pole, 15-20A circuits installed in bedrooms, family rooms, living rooms, parlors, libraries, dens, sun rooms, recreation rooms, closets or similar rooms.

**2011 NEC®**
- Combination Type AFCI
- 15-20A circuits installed in family rooms, dining rooms, living rooms, parlors, libraries, dens, bedrooms, sunrooms, recreation rooms, closets, hallways, or similar rooms or areas.

**2014 NEC®**
- Combination Type AFCI and Dual Function AFCI/GFCI
- All 120-volt, single-phase, 15-20A branch circuits supplying outlets or devices installed in dwelling unit kitchens, family rooms, dining rooms, living rooms, parlors, libraries, dens, bedrooms, sunrooms, recreation rooms, closets, hallways, laundry areas or similar rooms or areas.

**2017 NEC®**
- Combination Type AFCI and Dual Function AFCI/GFCI
- All 120-volt, single-phase, 15-20A branch circuits supplying outlets or devices installed in dwelling unit kitchens, family rooms, dining rooms, living rooms, parlors, libraries, dens, bedrooms, sunrooms, recreation rooms, closets, hallways, laundry areas or similar rooms or areas.



CONFIDENTIAL

## Notes

8

CONFIDENTIAL

SIEMENS_AFCI_00230588

Siemens Industry, Inc.
5400 Triangle Parkway
Norcross, GA 30092

1-800-241-4453
info.us@siemens.com

Subject to change without prior notice
Order No. RPBR-HOME1-0317
Printed in USA
All rights reserved
© 2017 Siemens Industry, Inc.

Subject to changes and errors. The information given in this document
only contains general descriptions and/or performance features which
may not always specifically reflect those described, or which may undergo
modification in the course of further development of the products. The
requested performance features are binding only when they are expressly
agreed upon in the concluded contract.

CONFIDENTIAL

SIEMENS_AFCI_00230589



Not a nuisance, but a safety alert

AFCI and
Home Safety

Join the movement to make
homes safer

usa.siemens.com/afci

CONFIDENTIAL

# AFCI and Home Safety

## Join the movement to make homes safer

### We all want to live in homes protected from fires caused by electrical arcs.

Following is a collection of information and resources to explain AFCIs and their effect on Home Safety.

Technology exists to help mitigate the effects of arcing and sparking in our electrical systems. Arc Fault Circuit Interrupters (AFCIs) are devices that alleviate the effects of arcing faults to protect homes against the dangers of electrical fires. Determining the cause of an AFCI trip can be confusing and time-consuming, but the innovative trip indicators and the Siemens exclusive Intelli-arc Diagnostic Tool offer help in the troubleshooting process. This is a technology that has a goal of stopping fires before they begin and can be leveraged in new and existing homes to mitigate the effects of the arcs and sparks that can cause electrical fires.

Background information:

NFPA reported 47,700 home fires involved some type of electrical failure or malfunction in 2011. Those fires resulted in 418 deaths, 1,570 injuries, and $1.4 billion direct property damage. However, the CPSC estimates more than 50% of electrical fires that occur every year could be prevented by AFCIs.

The U.S. Department of Housing and Urban Development's Healthy Homes Report listed the absence of AFCIs among the primary residential hazards associated with burns and fire-related injuries.

### Given these staggering statistics, here are some simple steps which will help you to assure Safety for all.



# Preventative measures (for contractors)

- Ensure light bulbs are tight in socket
- Wire receptacles around the screw
- Devices in the home should be UL and FCC Part 15 compliant
- Route wires in strategic areas so homeowners and other trades are less likely to pierce through a wire





50 to 75 percent of all electrical fires in the United States are caused by arc fault conditions



Example of line-to-ground arc fault (nail puncturing NM-B wire)



Inserting wire into the pressure slots on the back of the receptacle is not the best method



Wrapping wire around the screws located on sides of the receptacle is the best method

CONFIDENTIAL

# Preventative measures (homeowners)

- Ensure light bulbs are tight in socket
- Protect electronics on surge protectors
- Do not put furniture on or push furniture up against electrical wires
- Devices in the home should be UL and FCC Part 15 compliant
- Do not overload a circuit



Be careful not to overload a circuit



Damaged/bent cords can cause arcs



Light bulbs should make a complete connection with the socket



Surge supressors will not only protect the homeowners' electronics, but also decrease the "noise" emitted from electronics

CONFIDENTIAL

# Additional questions to ask when troubleshooting:

1) How many LED's on the breaker upon reset?
2) What event/action is causing the trip condition?
3) Has the event/action for the trip condition been identified?
4) Which circuits are experiencing the trip condition?
5) What devices are on that circuit?

## 1-Pole CAFCI circuit breaker

| LED indicators | | Last known trip condition | Troubleshooting |
|---|---|---|---|
| 1 | 2 | | |
| Off | Off | Overcurrent | Ensure current on the circuits does not exceed the current rating for the breaker. |
| On | Off | Arc fault | Check wiring for the parallel and series arc faults. Check devices for series arc faults. Use Intelli-Arc to assist and accelerate diagnosis. |
| On | On | Art fault to ground | Check wiring, switches, and receptacles for possible ground leakage. Use Intelli-Arc or circuit tester to troubleshoot. Using safe electrical practices, systematically identify the source of the ground fault. |

## 2-Pole CAFCI circuit breaker

| LED indicators | | | Last known trip condition | Troubleshooting |
|---|---|---|---|---|
| 1 | 2 | 3 | | |
| Off | Off | Off | Overcurrent | Ensure current on the circuits does not exceed the current rating for the breaker. |
| On | Off | Off | Arc fault (leg A) | Check wiring for the parallel and series arc faults. Check devices for series arc faults. Use Intelli-Arc to assist and accelerate diagnosis. |
| Off | Off | On | Arc fault (leg B) | |
| On | On | On | Art fault to ground | Check wiring, switches, and receptacles for possible ground leakage. Use Intelli-Arc or circuit tester to troubleshoot. Using safe electrical practices, systematically identify the source of the ground fault. |

**Additional Resources:**
- Siemens Technical Support: 1-800-333-7421
- www.afcisafety.org
- UL AFCI training -- FREE!: Go to www.afcisafety.org and click on the link at the top of the page for the "free online training program"
- NEMA White Paper: Wiring Practices & Troubleshooting with AFCIs found under Publications and Multimedia Presentations at afcisafety.org
- usa.siemens.com/afci

**Intelli-arc:**
- brainshark: http://www.brainshark.com/siemens/DYKIntelliARC

**CustomPoint resources:**
- Posters: RPMR-IADT1-0909, RPMR-IADT3-0909, RPMR-IADT2-0909
- DVD: RPMR-IADVD-0610
- Brochure: RPFL-IADT2-1011

CONFIDENTIAL

**Published by**
**Siemens Industry, Inc. 2017.**

Siemens Industry, Inc.
5400 Triangle Parkway
Norcross, GA 30092

For more information, please contact
our Customer Support Center.
Phone:    1-800-241-4453
E-mail:    info.us@siemens.com

**usa.siemens.com/afic**

Order No. RPBR-TPSTR-0517
Printed in U.S.A.
© 2017 Siemens Industry, Inc.

The technical data presented in this document is based on an actual case
or on as-designed parameters, and therefore should not be relied upon for
any specific application and does not constitute a performance guarantee
for any projects. Actual results are dependent on variable conditions.
Accordingly, Siemens does not make representations, warranties, or
assurances as to the accuracy, currency or completeness of the content
contained herein. If requested, we will provide specific technical data or
specifications with respect to any customer's particular applications. Our
company is constantly involved in engineering and development. For that
reason, we reserve the right to modify, at any time, the technology and
product specifications contained herein.

CONFIDENTIAL