Case 1:22-cv-01229-MHC    Document 174-45    Filed 08/04/26    Page 1 of 1

# EXHIBIT 41

## (Provisionally Filed Under Seal)