# EXHIBIT 42

## (Redacted)

| | |
|---|---|
| **From:** | Massicotte, Nathan (RC-US SI LP R&PM AE) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=719D0C622A554FCEAF06E9336B487E43-MASSICOTTE] |
| **Sent:** | 2/26/2020 8:21:01 PM |
| **To:** | Bednarz, Pam (RC-US SI PSS S-CON R-C SMC2) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=07bb1f76311d47d98ab563a112f3256d-Bednarz Pam] |
| **CC:** | Fischer, Dan (RC-US SI PSS S-CON R-C SMC2) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=56b7216112b445bb825f28f210ea5094-Fischer Dan] |
| **BCC:** | Duemmler, Juergen (RC-US SI LP R&PM AE) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d4381dbc6e2401bb2037e419c2a4db2-Duemmler Ju] |
| **Subject:** | P016: ▮▮▮▮ AFCI issue |
| **Attachments:** | AFCI Troubleshooting Guide.pdf; AFCI_GFCI Questionnaire_16-10-11.pdf; AFCI_GFCI troubleshooting checklist.xlsx |

Pam,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I've attached the AFCI_GFCI troubleshooting checklist to this email for your review.  Let me know if this document is useful to you in the field.

With best regards,
Nathan Massicotte

Siemens Industry, Inc.
RC-US SI LP R&PM AE



SERVICE CANCELLED by NAM RC-US I CSC IT IND S&LOG - PLEASE CONTACT help.scf@siemens.com

---

**From:** Bednarz, Pam (RC-US SI PSS S-CON R-C SMC2) ▮▮▮▮▮▮▮▮
**Sent:** Tuesday, February 25, 2020 9:27 PM
**To:** Massicotte, Nathan (RC-US SI LP R&PM AE) ▮▮▮▮▮▮▮▮
**Cc:** Fischer, Dan (RC-US SI PSS S-CON R-C SMC2) ▮▮▮▮▮▮▮
**Subject:** ▮▮▮ AFCI issue

Nathan,
Dan Fischer is a new SE for us and will be going to a site with ▮▮▮▮▮▮ tomorrow afternoon to troubleshoot issues on a project.  We think the culprit is the microwave and we are told it is a Frigidaire but do not have the model number.  I know they have historically caused issues – do you have any updates on what breaker version might work best in this scenario?  Dan will be checking other circuits for potential noise from lighting as well.

I am unable to attend due to a doctor appointment.  I am trying to see if Jeremy Gustafson is available to go along but don't know yet.  Any pointers you can provide would be appreciated.

Dan,
Attaching some documentation for reference.

Mit freundlichen Grüßen
Pamela Bednarz

SIEMENS_AFCI_00067571

Siemens Industry, Inc.
RC-US SI PSS S-CON R-C SMC2



SERVICE CANCELLED by NAM RC-US I CSC IT IND S&LOG - PLEASE CONTACT help.scf@siemens.com

SIEMENS_AFCI_00067572

Document Produced in Native Format

SIEMENS_AFCI_00067573

| | A | B | C |
|---|---|---|---|
| 1 | AFCI/DF/GFCI Breaker Troubleshooting Checklist: | | |
| 2 | | | |
| 3 | Pre-Site Visit: | | |
| 4 | | Document the type and generation of the affected AFCI or GFCI breakers. | |
| 5 | | Document the affected circuits. | |
| 6 | | Document the loads (quantity, make and model) on affected circuits.  Include all suspected loads on other circuits. | |
| 7 | | Document the action/event that leads up to a trip event. | |
| 8 | | Documents any troubleshooting results | |
| 9 | | Confirm and document the contact information for the electrician, Siemens salesman, and if possible the homeowner. | |
| 10 | | Confirm and document the address for the affected site. | |
| 11 | | | |
| 12 | Required Tools: | | |
| 13 | | (2) Gen. 2 AFCI Test Breaker | |
| 14 | | (2) Gen 2 DF Test Breakers (To monitor ground fault signals) | |
| 15 | | (2) Gen. 3B AFCI Test Breaker (This breaker has 120V from ground to line and should be handled with extreme care and only with isolated scope or cheater plug.) | |
| 16 | | (1) Oscilloscope - isolated channels with isolated ground for use with Gen 3B | |
| 17 | | (3) Oscilloscope Probes | |
| 18 | | (1) Oscilloscope AD/DC Current Ampere Clamp (200A max) | |
| 19 | | (1) USB Flash Drive | |
| 20 | | (1) Cheater Plug -  Three Prong / Two Prong Adapter - only needed for non-isolated oscilloscope | |
| 21 | | (3) Surge Protectors (Minuteman MS110) | |
| 22 | | (3) Ferrite Core Bead filters | |
| 23 | | (3) Compliant FCC Part 15B LED drivers (MFG: LTF, Model# TA60WA12LED65B15-0000) | |
| 24 | | **(1) 50 feet extension cord (Could be provided locally.)** | |
| 25 | | **(1) Stool/Chair/Cart to setup oscilloscope (Could be provided locally.)** | |
| 26 | | **(1) Ladder (Could be provided locally.)** | |
| 27 | | (3) 1P 15A Dual Function AFCI breakers (Quantity and type (Pig-tail vs. Plug-on) may change depending on the number of recorded incidents at the site.) | |
| 28 | | (3) 1P 20A Dual Function AFCI breakers (Quantity and type (Pig-tail vs. Plug-on) may change depending on the number of recorded incidents at the site.) | |
| 29 | | (3) 1P 15A Gen. 3B Combo AFCI breaker (Quantity and type (Pig-tail vs. Plug-on) may change depending on the number of recorded incidents at the site.) | |
| 30 | | (3) 1P 20A Gen. 3B Combo AFCI breaker (Quantity and type (Pig-tail vs. Plug-on) may change depending on the number of recorded incidents at the site.) | |
| 31 | | (1) Resistive load | |
| 32 | | | |

Unrestricted

SIEMENS_AFCI_00067573

| | A | B | C |
|---|---|---|---|
| 33 | | Site Investigation Steps: | |
| 34 | | **Documentation** | |
| 35 | 1 | Document the apartment number. (Applies to only multi-unit complexes) | |
| 36 | 2 | Document the type and location of all AFCI/GFCI breakers in the load center or panelboard. | |
| 37 | 3 | Document the last trip event recorded on all AFCI/GFCI breakers installed in the load center or panelboard. | |
| 38 | 4 | Document all the date codes of the AFCI/GFCI breaker that has experienced trip events or reportedly have tripped. | |
| 39 | 5 | Interview resident, and electrician, and document what breakers tripped, what was on at the time, what if any action was taken at the time of the trip such as turning on or off or running vacuum cleaner, washing machine, garbage disposal, microwave, etc., turning on or off lights. | |
| 40 | 6 | Confirm and document all loads on affected circuits. | |
| 41 | 7 | Check to load list to see if it has been reported to trip AFCI breakers in the past. (AFCI/GFCI Issue and Devices Issue spreadsheet should be used for reference.) | |
| 42 | | **GFCI tripping** | |
| 43 | | Test wire with GFCI tester | |
| 44 | | | |
| 45 | | | |
| 46 | | **AFCI tripping** | |
| 47 | | Test wire with resistive load | |
| 48 | | | |
| 49 | | | |
| 50 | 8 | Check to make sure the AFCI breakers are correctly installed. | |
| 51 | | | |
| 52 | | Check for damaged wires, plugs, or outlets. | |
| 53 | 9 | Check for misapplied light bulbs. | |
| 54 | | | |
| 55 | 11 | Check for loose connections. | |
| 56 | 12 | Connect the oscilloscope and test AFCI breaker to an affected circuit and test the circuit (Save screenshot and waveform to USB flash drive). | |
| 57 | 13 | Actuate all loads on the circuit in different combinations and record the waveforms produced. | |
| 58 | 14 | Actuate all loads on other circuits that are suspected to create the trip event on the circuit that is being observed with the oscilloscope and test AFCI breaker. | |
| 59 | 15 | Identify and document all loads or conditions that create unwanted AFCI or GFCI trip events. | |
| 60 | 16 | If possible, test the plug-in loads with a surge protector (MFG: Minute Man, Model# MS110) and test the electrical system to confirm if the surge protector fixes the issue. | |
| 61 | 17 | Check for overload and short circuit faults. | |
| 62 | 18 | If the connected breaker can save the last trip waveform and the breaker tripped to an arc or ground fault; retrieve the for lab analysis by the Siemens R&D engineers. | |
| 63 | 19 | Replace any AFCI breakers retrieved from the field.  (Make sure the replacement is compliant to the local authorities requirements.) | |
| 64 | 20 | If an AFCI breaker that is experience unwanted trips is not being replaced to further the investigation in the Siemens lab: 1) Check to make sure the breaker is working properly. 2) Erase the AFCI breaker's memory (Clear fault codes). | |

Unrestricted

SIEMENS_AFCI_00067573

| | A | B | C |
|---|---|---|---|
| 65 | 21 | Replace any AFCI breakers retrieved from the field.  (Make sure the replacement is compliant to the local authorities requirements.) | |
| 66 | 22 | Document all troubleshooting steps taken. | |
| 67 | | | |
| 68 | Post Site Visit: | | |
| 69 | | Provide the troubleshooting report for the customer. | |
| 70 | | | |
| 71 | | | |
| 72 | | | |
| 73 | | | |
| 74 | | Explain brief functions of breakers | |
| 75 | | Basic information | |
| 76 | | Checking if breakers are okay | |
| 77 | | Checking if there are issues with wiring | |
| 78 | | Checking if there are obvious issues with the loads | |
| 79 | | | Getting base for noise |
| 80 | | Measuring noise of loads | |
| 81 | | Trying some fixes like minuteman | |

Unrestricted

SIEMENS_AFCI_00067573

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Customer name | | | | | | | | | | | | | | | | |
| 2 | | Address | | | | | | | | | | | | | | | | |
| 3 | | Unit # | | | | | | | | | | | | | | | | |
| 4 | | | Breaker type | | | | | | | | | | | | | Date code | Last trip event | Reported issues |
| 5 | | Circuit | 1/2pole | CAFCI Dark blue | | DF Light Blue | | Branch Teal | | GFCI White | | GFEP Red | | Term-mag | | | | |
| 6 | | | | Gen | Amp | Gen | Amp | Gen | Amp | Gen | Amp | Gen | Amp | Gen | Amp | | | |
| 7 | | 1 | | | | | | | | | | | | | | | | |
| 8 | | 3 | | | | | | | | | | | | | | | | |
| 9 | | 5 | | | | | | | | | | | | | | | | |
| 10 | | 7 | | | | | | | | | | | | | | | | |
| 11 | | 9 | | | | | | | | | | | | | | | | |
| 12 | | 11 | | | | | | | | | | | | | | | | |
| 13 | | 13 | | | | | | | | | | | | | | | | |
| 14 | | 15 | | | | | | | | | | | | | | | | |
| 15 | | 17 | | | | | | | | | | | | | | | | |
| 16 | | 19 | | | | | | | | | | | | | | | | |
| 17 | | 21 | | | | | | | | | | | | | | | | |
| 18 | | 23 | | | | | | | | | | | | | | | | |
| 19 | | 25 | | | | | | | | | | | | | | | | |
| 20 | | 27 | | | | | | | | | | | | | | | | |
| 21 | | 29 | | | | | | | | | | | | | | | | |
| 22 | | 31 | | | | | | | | | | | | | | | | |
| 23 | | 33 | | | | | | | | | | | | | | | | |
| 24 | | 35 | | | | | | | | | | | | | | | | |
| 25 | | 37 | | | | | | | | | | | | | | | | |
| 26 | | 39 | | | | | | | | | | | | | | | | |
| 27 | | 41 | | | | | | | | | | | | | | | | |
| 28 | | 2 | | | | | | | | | | | | | | | | |
| 29 | | 4 | | | | | | | | | | | | | | | | |
| 30 | | 6 | | | | | | | | | | | | | | | | |
| 31 | | 8 | | | | | | | | | | | | | | | | |
| 32 | | 10 | | | | | | | | | | | | | | | | |
| 33 | | 12 | | | | | | | | | | | | | | | | |
| 34 | | 14 | | | | | | | | | | | | | | | | |
| 35 | | 16 | | | | | | | | | | | | | | | | |
| 36 | | 18 | | | | | | | | | | | | | | | | |
| 37 | | 20 | | | | | | | | | | | | | | | | |
| 38 | | 22 | | | | | | | | | | | | | | | | |
| 39 | | 24 | | | | | | | | | | | | | | | | |
| 40 | | 26 | | | | | | | | | | | | | | | | |
| 41 | | 28 | | | | | | | | | | | | | | | | |
| 42 | | 30 | | | | | | | | | | | | | | | | |
| 43 | | 32 | | | | | | | | | | | | | | | | |
| 44 | | 34 | | | | | | | | | | | | | | | | |
| 45 | | 36 | | | | | | | | | | | | | | | | |
| 46 | | 38 | | | | | | | | | | | | | | | | |
| 47 | | 40 | | | | | | | | | | | | | | | | |
| 48 | | 42 | | | | | | | | | | | | | | | | |

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 1 | | Customer name | | | | | |
| 2 | | Address | | | | | |
| 3 | | Unit # | | | | | |
| 4 | | Circuit | Equipment | Make | Model | Serial # | Comment |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |

Unrestricted

SIEMENS_AFCI_00067573



# Troubleshooting Guide

## White Paper

Arc Fault Circuit Interrupters (AFCIs) are devices that alleviate the effects of arcing faults to protect buildings against the dangers of electrical fires. Determining the cause of an AFCI trip can be confusing and time-consuming, but the innovated trip indicators and the Siemens exclusive Intelli-Arc™ Diagnostic Tool offer help to the troubleshooting process.

The Siemens exclusive LED trip indicators and the Intelli-Arc™ Diagnostic Tool are valuable to help electricians pinpoint the location on the circuit that is causing the breaker to trip. This guide will outline a step-by-step procedure to resolve the cause of the AFCI trip.





*Troubleshooting checklist card can be ordered at www.usa.siemens.com/afci*

## Combination Type AFCI

www.usa.siemens.com/afci

# SIEMENS

SIEMENS_AFCI_00067574

## Homeowners and Electrical Contractors: Start by removing the cause

*Troubleshooting should only be performed by qualified electricians. However, there are measures that the homeowners and electrical contractors can take to possibly eliminate the problem before it arises. These few tricks can save the homeowner time, money, and the stress of an AFCI trip.*

### Homeowners

There are six preventative factors homeowners can take in order to decrease the chance that a breaker will trip.

- First, all connections between the light socket and the light bulb base should be tight. An arc can occur in a loose connection, which will cause the AFCI breaker to trip.
- Beware that the circuit is not overloaded with an excessive amount of electronics. The breaker is only able to support a specified amount of wattage, and if exceeded, the breaker will trip.
- Protect electronics on surge protectors. They will protect the electronics from times of high electrical surges, like thunderstorms.
- All electronics purchased should be Underwriters Laboratories (UL) listed, or equivalent, and comply with part 15 of the FCC rules, or they may cause unnecessary tripping.
- Make sure furniture is not on or pushing against electrical wires.
- If any blackened plugs, very damaged wires, or noisy circuit breakers are discovered, an electrical problem has occurred and the homeowner should call an electrician.

*Fact: The largest cause of non-confined fires in one- and two- family residential building fires between 2008 and 2010 occurred because of an electrical malfunction[1]. AFCIs help to prevent such tragedies.*

### Electrical Contractors

Electrical contractors can also take some preventative steps during the installation process.

- Ensure properly maintained tools are used, i.e. sharp blades.
- Route wires in strategic areas so homeowners and other trades are less likely to pierce through a wire.
- If possible, perform work after the other trades, i.e. HVAC and plumbing, have completed.
- Wire receptacles around the screw instead of backstabbing; it creates great wear and tear on the wiring over time.

[1] "One- and Two-Family Residential Building Fires (2008-2010)," U.S. Fire Administration, May 2012

## AFCI trips: Finding the cause

The first step to troubleshooting is to eliminate the most common causes. For newer installations, the prevalent errors occur because of short circuits, overloads, and a single pole AFCI being used on a multi-wire branch, which is often known as a shared neutral. On remodeled houses, the wiring or loads attached to the circuits are common causes for AFCI tripping. Siemens trip indicators on the AFCI are a valuable troubleshooting tool for the electrical contractor to guide him or her in the right direction. Depending on the number of poles the AFCI has different LED light combinations that indicate trip condition. These trip indicators will appear for 5 seconds after the AFCI is turned to an ON position for up to 30 days of the last trip. The last known trip can also be cleared. The only way to test to see if the AFCI breaker is properly working is to use the Push-to-Test button located on the device. Other "AFCI testers" on the market are not UL endorsed and will cause confusing and misleading results.

The figures below are displays troubleshooting methods when a 1-pole AFCI trips.



CONFIDENTIAL

SIEMENS_AFCI_00067575

The last known trip condition can be cleared by the following process for both 1- and 2-pole breakers:
1. Turn the AFCI to the "OFF" position.
2. Press and hold the blue Push-to-Test button(s).
3. Turn the AFCI to the "ON" position.
4. Release the Push-to-Test button(s) within 3 seconds.

*Fact: Siemens was the first to introduce the LED indicator technology in AFCIs and the two-pole AFCI. Siemens strives to engineer the best products that are leaders in the market.*

The figure below is an aid for a step-by-step procedure if the Push-to-Test button is not functioning correctly.

**Push-to-Test button will not trip AFCI**

↓

**Check to see if AFCI is in ON position**
If AFCI tripped, reset the AFCI by switching it OFF and then ON.

↓

**Is the load center energized?**

**Yes** → **No**

**Is the AFCI neutral (pigtail) properly connected to the neutral bar?**

Make sure the load center is energized.

**Yes** → **No**

Replace AFCI. If the problem persists, obtain information about the load tripping the AFCI and contact Siemens troubleshooting at 1-800-241-4453.

Check the neutral connection to ensure proper wiring.

## Intelli-Arc™ Diagnostic Tool

Using the Intelli-Arc™ Diagnostic Tool with good troubleshooting techniques, an electrical contractor can accurately pinpoint the location on the branch circuit where either the arc or arc-to-ground fault occurred. The diagnostic tool presents information on the type and magnitude of the fault, along with the level of current flowing through the circuit.

The Intelli-Arc™ Diagnostic Tool is not a conventional tester that is currently out on the market; it is a tool to see what is happening in the circuit. The diagnostic tool locates the underlying problem to allow the electrical contractor to fix the faulting issue.

*Fact: The Intelli-Arc™ Diagnostic Tool works with any breaker, regardless of brand!*

The purpose of the Intelli-Arc™ Diagnostic Tool is to speed the troubleshooting process for the electrical contractor, saving the contractor time and money. This is accomplished by improving the accuracy in the troubleshooting process, reducing the time spent on the problem site.



3

SIEMENS_AFCI_00067576

## Operational Instructions

*The Intelli-Arc™ Diagnostic Tool should only be handled by a qualified electrical contractor.*

1. De-energize all individual loads on the branch circuit that is being evaluated (switches, receptacles, junction boxes, work boxes, etc.).
2. Find the breaker supplying the power to the branch circuit under evaluation, and turn it "ON". Use caution.
3. Turn "ON" the handheld device.
4. Energize and then de-energize loads one by one on the branch circuit being evaluated. Observe the LED indications on the handheld device while completing this process. Consider trying to energize and de-energize combination of loads also.
5. The "GF" and "AF" LEDs will lock in the top (red) position when any event causes the device to read the maximum levels, even if the event ceases to exist. Press the "CLEAR" button to continue evaluation of the branch circuit.



LED 1
LED 2

Test button

### 1-pole CAFCI Circuit Breaker

| LED indicator | | Last known trip condition |
|---|---|---|
| LED (A) | LED (B) | |
| OFF | OFF | Overcurrent |
| ON | OFF | Arc Fault |
| ON | ON | Arc Fault to Ground |



LED 1
LED 2
LED 3

Test buttons

### 2-pole CAFCI Circuit Breaker

| LED indicator | | | Last known trip condition |
|---|---|---|---|
| Yellow 1 | Yellow 2 | Yellow 3 | |
| OFF | OFF | OFF | Overcurrent |
| ON | OFF | OFF | Arc fault (Leg A) |
| OFF | OFF | ON | Arc fault (Leg B) |
| ON | ON | ON | Arc fault to ground |

## Siemens Advantage

Arc fault circuit interrupter technology has and will keep on saving lives and protecting property damage by stopping electrical fires before they occur. Prevention is better than intervention.

> *Fact: The Intelli-Arc™ Diagnostic Tool is a Siemens exclusive product.*

With over 160 years of engineering and innovation, Siemens develops products to increase levels of safety. Siemens AFCI products have advanced semiconductor technology that are designed to detect and react to the unique characteristics of arcing. They have been thoroughly tested to dramatically decrease the amount of nuisance tripping.

The trip indicators used in conjunction with the Intelli-Arc™ Diagnostic Tool will expedite the troubleshooting process, which will save the electrical contractor time and the homeowner money. Easy to follow flowcharts will also aid in the debugging process.

## Further Information

If you would like to learn more about arc fault circuit interrupter technology or different products available, please visit www.usa.siemens.com/afci.

If a certain load is causing the AFCI to trip, please obtain information about the load, i.e. the model number of the product, and contact Siemens troubleshooting at 1-800-241-4453.

Various jurisdictions in each state require AFCIs to be installed in different locations within a residential house according to the National Electrical Code® (NEC). Please contact a local authority to find more information.

Siemens Industry, Inc.
5400 Triangle Parkway
Norcross, GA 30092

1-800-241-4453
info.us@siemens.com

www.usa.siemens.com/afci

Subject to change without prior notice
Order No.: RPFL-COMB1-0712
All rights reserved
Printed in USA
© 2012 Siemens Industry, Inc.

The information provided in this brochure contains merely general descriptions or characteristics of performance which in case of actual use do not always apply as described or which may change as a result of further development of the products. An obligation to provide the respective characteristics shall only exist if expressly agreed in the terms of contract.

All product designations may be trademarks or product names of Siemens AG or supplier companies whose use by third parties for their own purposes could violate the rights of the owners.

SIEMENS_AFCI_00067577

**SIEMENS**

# AFCI/GFCI Circuit Breaker Diagnostic Questionnaire

## Goal:

To better understand and diagnose circuit breaker trip events with Siemens Combination Arc Fault Circuit Interrupters (CAFCI), Ground Fault Circuit Interrupters (GFCI), and Dual Function Breakers.
For the purpose of brevity, we will refer to this complete grouping of products as 'AFCI/GFCI' in this document.

## Scope:

These questions are applicable to all branch circuit arc and ground faults fed by an AFCI/GFCI breaker. This questionnaire is to be used by Siemens application engineering, technical support & sales teams, distributors, electrical contractors and, where possible, the homeowner/end user to provide application and diagnostic feedback.

## Overview:

Every year, residential electrical fires account for more than 400 deaths, 2,000 injures, and over eight hundred million dollars in property damage. To make matters worse, a significant number of these electrical fires could have been prevented if the circuits had been protected by AFCI/GFCI circuit breakers.
An arc fault is a high-energy discharge created by current flowing through an unwanted path. Generally, an arc fault is of short enough duration that they are not detected by standard thermal magnetic circuit breakers. Nevertheless, arc faults can produce high-intensity heat – exceeding 10,000 degrees Fahrenheit – and can initiate fires. To mitigate fires due to arc faults, CAFCIs monitor the branch circuit and mitigate the effects by de-energizing the circuit once an arc-current signature is detected.

This document will assist in correctly identifying the AFCI/GFCI breaker, understanding the breaker trip indications, recognizing conditions that could create an arc fault, and establishing good troubleshooting techniques.

## Structure:

This diagnostic questionnaire is divided into three sections:

1) General Diagnostics
2) Electrical Professionals
3) Ground Fault Investigation

If you are a homeowner/user please complete Section 1 as thoroughly as possible.
If you are an Electrical Professional, please complete Sections 1 & 2, and 3 as appropriate.

**Siemens Industry, Inc.**
Energy Management
Low Voltage & Products

5400 Triangle Parkway
Norcross, GA 30092
USA

Tel.: +1 770-326-2000
Fax: +1 770-326-2211
www.usa.siemens.com/powerdistribution

CONFIDENTIAL



**SIEMENS**

**General Diagnostics:**

| ⚠ DANGER |
|---|
| Hazardous voltage.<br>Will cause death or serious injury.<br>Turn off the branch circuit breaker in the load center<br>before checking any cords, plugs, or wires. |

Should a trip condition occur, homeowners should first note the specific circuit the breaker is protecting, per the load center circuit label (e.g. kitchen, bed room, living room, lighting, etc.) and, while the circuit break is in an 'OFF' state, confirm that there are no obvious issues with the loads on that circuit using the following checklist:

1.  Check for any blackened plugs or outlets. If found, remove all plugs from the outlet and contact an electrician for further investigation.

2.  If there are lights on the circuit, check for loose connections between the light bulbs and sockets. If there are loose connections, tighten the bulbs in the sockets.

3.  Check for any damage or crimps in all electrical cords plugged into an outlet on the circuit. If damaged cords are found, remove from the circuit and have repaired by an authorized repair agent.
    Possible conditions contributing to cord damage:
    a.  Cords are routed between a door and door frame and/or under carpets/mats.
    b.  An appliance or furniture is pushed against electrical plug or resting on a cord.
    c.  Cords were poorly packaged and/or stored.
    d.  Cords deteriorated due to proximity to heat source (e.g: heaters, hot air ducts, sunlight, etc.).


**Damaged Cord**


**Appliance pushed against plugs**

4.  Misapplied bulbs (e.g: 75W bulb installed in fixture only rated for 60W) can cause the lighting fixture to produce excessive heat and damage the internal wires or circuitry. Ensure all bulbs are less than or equal to the maximum wattage rating of the fixture.

If any of the above situations exist, remove the device from the circuit before re-energizing the circuit. Then have the device repaired by a qualified repairman, or replace it.

2 of 9

CONFIDENTIAL

SIEMENS_AFCI_00067579

# SIEMENS

If a trip condition still exists after the above situations have been rectified, move appliance or lighting loads – where possible – to another circuit to see if the trip condition follows a specific device.  If the trip condition follows a specific device, have the device inspected by a qualified repairman or replace the device.

**Helpful tip:**  Surge protectors are recommended to protect devices from electrical voltage surges.  They may also provide the added benefit of filtering unwanted electrical noise sometimes caused by device power supplies.  This unfiltered electrical noise could affect the AFCI/GFCI breaker and damage other electronics on the circuit.  Ensure all electronic devices (e.g:  TV, DVR, Computer, Refrigerator, etc.) are plugged into a surge protector specifically designated with **EMI/RFI** filtering functionality.

CONFIDENTIAL

SIEMENS_AFCI_00067580

# SIEMENS

If no issues are found, please identify the type of breaker, and its manufacturing date codes, protecting the circuit per the following chart.  Please note that these variants are available in single and two-pole configurations.  These pictures are intended to be representative samples, and your actual breaker configuration may not be specifically pictured.



**Light Blue Button**
Dual Function
AFCI/GFCI

Date Codes



**Dark Blue Button**
Combination AFCI

Date Codes

Date Code



**White Button**
GFCI 5mA
Personnel Protection



**Red Button**
GFCI 30mA
Equipment Protection

Date Code



**Teal Button**
Branch Feeder
AFCI

Date Codes

CONFIDENTIAL

SIEMENS_AFCI_00067581

# SIEMENS

At this point, the circuit breaker may be reset to determine the type of trip, as indicated by the LED indicator. To reset the breaker, push the breaker handle to the 'OFF' position and then back to the 'ON' position. The LED lights will confirm the trip condition a few seconds after the breaker has been reset.

**CAFCI Trip-indicator LEDs:**



| Figure 1 | Figure 2 | Figure 3 |

a.   If one LED is on (see Figure 1), the breaker senses an arc-fault condition. Continue below.
b.   If two LEDs are activated (see Figure 2), there is a ground-fault condition. Call an electrician to determine the source. The electrician can review the Ground Fault Investigation section for further assistance.
c.   If no LEDs are activated (see Figure 3), there is an overload or short-circuit condition. Call an electrician to determine the source. We do not cover overload or short-circuit conditions in this questionnaire, as electricians are well versed in identifying and eliminating these conditions.

Once an arc-fault trip condition has been confirmed, please complete following questions to provide a diagnostic baseline.

CONFIDENTIAL                                                                          SIEMENS_AFCI_00067582

# SIEMENS

## General Diagnostics Questions:

1.  What type of breaker is tripping?    _____

2.  What are the date codes on the breaker?    _____

3.  What LEDs are lit on the breaker after it tripped and is reset?    _____

    What action/event caused the breaker to trip?    _____

    (For example: Turning on/off an appliance/device)    _____

4.  What is the load center circuit description?    _____

5.  Are there combinations of loads that cause the trip condition?    _____

    If yes, what are the devices (make and model)?    _____

    _____

6.  How often does the breaker trip?    _____

7.  Did the trip occur on the same circuit (branch) as the action/event?    _____

    If not, which circuit tripped and on which circuit was the action/event?    _____

**Note:** Answers to these questions will assist the electrician narrow down the source of the trip condition. This will shorten the troubleshooting time and reduce the number of visits required to solve the issue.

CONFIDENTIAL

SIEMENS_AFCI_00067583



**Electrical Professionals:**

> **⚠ DANGER**
>
> Hazardous voltage.
> Will cause death or serious injury.
> Turn off and lock out power supplying equipment
> before working on equipment.

Troubleshooting electrical circuits should only be done by a qualified electrician.

The first step in trouble-shooting why a circuit breaker tripped is to eliminate the most common and routine causes. On a new installation, this could include misapplied/damaged appliances and/or incorrectly wired outlets and AFCI/GFCI circuit breakers. Follow the below steps to trouble-shoot a trip-condition on a circuit protected by an AFCI/GFCI breaker:

1. Check the AFCI/GFCI wiring (line/hot, load neutral, panel neutral/pig tail). Ensure the load neutral is properly connected to the breaker and the breaker neutral/pig tail is properly connected to the neutral bar.

2. Check the wiring to ensure a single pole AFCI/GFCI breaker is not wired to a multi-wire branch circuit (shared neutral). For multi-wired branch circuits, a two-pole AFCI/GFCI breaker must be used.

3. Check the load center, switches, receptacles, and hardwired lighting/appliances for loose connections. Siemens highly recommends using screw connections for wire termination on all outlets, switches, etc, protected by an AFCI/GFCI, instead of using the spring-loaded 'push-in' connections. Ensure all screws and lugs are tightened to specification.

4. Ensure the previously-mentioned 'General Diagnostics' tips have been reviewed. Does the line/hot tab on a light socket make good connection to the bulb? If not, with the light fixture disconnected from the circuit, pull up on the hot tab so it will make a good connection to the bulb and retighten the bulb in the socket.



CONFIDENTIAL

SIEMENS_AFCI_00067584

# SIEMENS

5. Check all devices for UL and FCC compliance (LED lights, Powerline adapters, etc…). Ensure there is a proper FCC label or marking on the power supply/electronic transformer. If not, check with the supplier/manufacturer to validate its compliance to **FCC Part 15B** for *residential* environments. If not, the device maybe producing enough electrical noise to affect *all* electronics on the circuit (including the AFCI/GFCI breaker).

6. If the arc-fault trip condition persists after all the wiring has been verified, disconnect all the loads on the circuit. Energize each load individually until the CAFCI breaker trips. If the breaker still does not trip, then test the loads in different combinations. When the breaker trips, the most recently energized load is likely producing the arc-fault signature. If a combination of loads is required to trip the CAFCI breaker, isolate each of the loads again and, this time, test the isolated loads in combination with a 5A resistive load. If the CAFCI breaker trips on an arc fault when the isolated load is tested in combination with the 5A resistive load, then the isolated load is most likely producing the arc-fault.

If the source of the trip conditions is still not determined, complete the **General Diagnostics Questions** and the below **Electrical Professionals Questions** in their entirety, and then contact Siemens application support at componentsae.ic@siemens.com. Answers to these questions are critical to Siemens understanding of the type of tripping event and product involved.

## Electrical Professionals Questions:

1. Can the trip be traced to a specific light switch or ceiling fan speed control switch? If so, please provide make and model and approximate distance between the switch and load:

   _____

2. For LED or low-voltage lighting fixtures, provide the make and model of the switching power supply/electronic transformer:

   _____

3. What is the current draw of the load or the combination of loads that are causing the arc-fault condition?

   _____

4. What type of communication modem is used in the house (Wifi, Power Line Communication (PLC), Broadband Power Line (BPL), etc) and is it related to the trip condition?

   _____

For additional AFCI/GFCI Resources, please reference the following links:

Siemens Documentation (including additional troubleshooting information): www.usa.siemens.com/afci
AFCI Diagnostic Tool Video: www.usa.siemens.com/intelliarc
Free Online Training: www.afcisafety.org
Online Support Request Tool: http://support.automation.siemens.com/US
Technical Support Hotline: **1-800-333-7421**

CONFIDENTIAL                                                                    SIEMENS_AFCI_00067585

# SIEMENS

## **Ground Fault Investigation:**

1.  Check the wiring to ensure a single pole AFCI/GFCI breaker is not wired to a multi-wire branch circuit (shared neutral). For multi-wired branch circuits, a two-pole AFCI/GFCI breaker must be used.

2.  Check the AFCI/GFCI wiring (line/hot, load neutral, panel neutral/pig tail). Ensure the load neutral is properly connected to the breaker and the breaker neutral/pig tail wire is properly connected to the neutral bar.

3.  Ensure neutral conductors have not inadvertently been connected to ground at any point in the circuit.

4.  If the ground-fault condition occurs on a pool/spa pump system, please answer the following questions:

    a.  What is the make and model of the pump system?
        _____

    b.  What is the type of drive installed? (e.g: Variable Flow, Variable Frequency, etc.)
        _____

    c.  What accessories are used with the pool pump/filtration system?
        _____

        Provide BOM and wiring diagram if possible.

5.  If the source of the ground-fault condition is a fan or appliance, please answer the following questions:

    a.  What is the make and model of the speed control fan or appliance?
        _____

    b.  Does the installation or use & care guide recommend or reject a breaker type?
        _____


If the source of the trip conditions still is not determined, submit all questionnaire responses to Siemens application support at componentsae.ic@siemens.com. Answers to these questions are critical to Siemens understanding of the type of tripping event and product involved.

CONFIDENTIAL

SIEMENS_AFCI_00067586