# EXHIBIT 43

## (Redacted)

| | |
|---|---|
| **From:** | Molander, Jeff (RC-US SI EP R&PM RSM RBD) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DDCD131D494145238A16E60F28F75BFC-MOLANDER JE] |
| **Sent:** | 4/25/2023 12:08:18 AM |
| **To:** | Kees, Ashley (RC-US SI EP R&PM PM R) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=15a627b1beb34f60af7dcdd8f12742cc-Bryant Ashl]; Gomez, Angel (RC-US SI EP CRM-SYS BDM BD-1) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6e70071cae9443a4a45f7c6778ba9ff5-Gomez Angel] |
| **Subject:** | Fwd: ▇▇▇▇▇▇▇ - Siemens breaker info |
| **Attachments:** | AFCI_Troubleshooting.pdf |

Ashley,

Just giving you a heads up.  See below email chain.  ▇▇▇▇ is recommending against Siemens to a developer and favorable engineer.

I'm going to respond to ▇▇▇▇▇▇▇▇ with some of my knowledge on the subject and will keep you in the loop and any further correspondence.

Thanks,

Jeff Molander
Business Development Manager
Home Builders

Siemens Industry, Inc.

▇▇▇▇▇▇▇▇▇▇

---

**From:** Gomez, Angel (RC-US SI EP CRM-SYS BDM BD-1) ▇▇▇▇▇▇▇▇▇▇
**Sent:** Monday, April 24, 2023 6:36 PM
**To:** ▇▇▇▇▇▇▇▇▇▇
**Cc:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Molander, Jeff (RC-US SI EP R&PM RSM RBD) ▇▇▇▇▇▇▇▇
**Subject:** RE: ▇▇▇▇▇▇▇ - Siemens breaker info

▇▇▇▇

I find it a bit troubling ▇▇▇▇▇▇▇ is recommending not using our arc fault (AF) breakers when by his own admission they are still investigating the cause. Let's not forget breakers are meant to do one thing, TRIP.  With breakers it always seems to be the same shoot the messenger story. If the breaker trips, of course it must be a bad breaker.

While rare, nuisance trips on arc fault breakers do happen on some projects. It has happened to us, Schneider, ABB, Eaton and all other AF breaker manufacturers. Its not a breaker issue, it's a compliance issue. ALL molded case breakers need to comply with requirements set forth by UL489 and NEC, no exceptions.  All the equipment downstream from these breakers **should** also be UL listed. Additionally, these devices **should** also comply with FCC part 15 which sets limits on the interference/noise they generate. Part 15 ensures devices do not interfere with each other, nor with the upstream AF breakers protecting the circuits. Unfortunately, there are many devices ranging from brand name appliances to LED lights that are not UL listed, much less comply with FCC Part 15. Until such time as the FCC, UL and NEC align their objectives and enforcement we as breaker

CONFIDENTIAL

manufacturers will continue experience these problems. The attached PDF outlines some initial steps contractors can take to try to identify the cause of the trip.

I am copying Jeff Molander who is a subject matter expert having performed several field investigations to determine root cause. Hopefully, he can expand on what I mentioned above and if possible (provided it is not confidential information), share one of his reports.

I would be happy to discuss this issue personally with █████████ to help clear up these allegations.

Kind Regards,

Angel

Siemens Industry, Inc.
█████████████

**From:** █████████████████████
**Sent:** Monday, April 24, 2023 3:18 PM
**To:** Gomez, Angel (RC-US SI EP CRM-SYS BDM BD-1)████████████
**Cc:** █████████████████████████████████████
█████████████████████

**Subject:** FW: ███████████ - Siemens breaker info

Angel

Please read below.

Do your breakers still have nuisance tripping issues ??



**From:** █████████████████████████
**Sent:** Monday, April 24, 2023 2:06 PM
**To:** █████████████████████████████████████
█████████████████

SIEMENS_AFCI_00000073

**Cc:** ████████████████████████████████████████

**Subject:** ████████ ███████ - Siemens breaker info

Team,

When we met with ████ at the office last week, they mentioned about some issues with a few models of Siemens breakers and advised use caution when specifying the breakers for the project.

See below information he shared with us.

Thank you!





$P$lease consider the environment before printing this email.

CONFIDENTIALITY NOTE: The information contained in this transmission, and any of its attachments, is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

**From:** ████████████████████████████

**Sent:** Friday, April 21, 2023 2:31 PM

**To:** ██████████████████████████████████████████

**Cc:** ████████████████████████

**Subject:** ██████████

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon ████████████████,

I hope this email finds you well. It was a pleasure meeting you this week and looking forward to working with you on the ██████████████████████. As discussed, we wanted to bring to your attention the breakers that are currently showing nuisance tripping widespread in multiple projects. We are currently doing an investigation to determine the cause but at least you can be aware and in our opinion, we recommend not using these types until the issues are debugged.

Siemens breakers that are showing issues:

- **QA115AFCN (CAFCI)**

- **QA120AFCN (CAFCI)**
- **Q120DFN (CAFCI/GFCI)**

These breakers were launched around April 2020


Regards,



This e-mail and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently deleting the original and any copy of this e-mail and any printout thereof.

**CAUTION:** This e-mail originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

NOTICE OF CONFIDENTIALITY
This E-mail message and its attachments (if any) are intended solely for the use of the addressees hereof. In addition, this message and the attachments (if any) may contain information that is confidential, privileged and exempt from disclosure under applicable law. If you are not the intended recipient of this message, you are prohibited from reading, disclosing, reproducing, distributing, disseminating or otherwise using this transmission. Delivery of this message to any person other than the intended recipient is not intended to waive any right or privilege. If you have received this message in error, please promptly notify the sender by reply E-mail and immediately delete this message from your system.

SIEMENS_AFCI_00000075

# SIEMENS
*Ingenuity for life*

# Arc Fault Circuit Interrupter Troubleshooting Guide

Arc Fault Circuit Interrupters (AFCIs) are devices that alleviate the effects of arcing faults to protect buildings against the dangers of electrical fires. Determining the cause of an AFCI trip can be confusing and time-consuming, but the innovated trip indicators and the Siemens exclusive Intelli-Arc™ Diagnostic Tool offer help to the troubleshooting process.

The Siemens exclusive LED trip indicators and the Intelli-Arc™ Diagnostic Tool are valuable to help electricians pinpoint the location on the circuit that is causing the breaker to trip.

This guide will outline a step-by-step procedure to resolve the cause of the AFCI trip.



Troubleshooting checklist card can be ordered at usa.siemens.com/afci

usa.siemens.com/afci

## Homeowners and Electrical Contractors: Start by removing the cause

Troubleshooting should only be performed by qualified electricians. However, there are measures that the homeowners and electrical contractors can take to possibly eliminate the problem before it arises. These few tricks can save the homeowner time, money, and the stress of an AFCI trip.

### Homeowners

There are six preventative factors homeowners can take in order to decrease the chance that a breaker will trip.

- First, all connections between the light socket and the light bulb base should be tight. An arc can occur in a loose connection, which will cause the AFCI breaker to trip.

- Beware that the circuit is not overloaded with an excessive amount of electronics. The breaker is only able to support a specified amount of wattage, and if exceeded, the breaker will trip.

- Protect electronics on surge protectors. They will protect the electronics from times of high electrical surges, like thunderstorms.

- All electronics purchased should be Underwriters Laboratories (UL) listed, or equivalent, and comply with part 15 of the FCC rules, or they may cause unnecessary tripping.

- Make sure furniture is not on or pushing against electrical wires.

- If any blackened plugs, very damaged wires, or noisy circuit breakers are discovered, an electrical problem has occurred and the homeowner should call an electrician.

### Electrical Contractors

Electrical contractors can also take some preventative steps during the installation process.

- Ensure properly maintained tools are used, i.e. sharp blades.

- Route wires in strategic areas so homeowners and other trades are less likely to pierce through a wire.

- If possible, perform work after the other trades, i.e. HVAC and plumbing, have completed.

- Wire receptacles around the screw instead of backstabbing; it creates great wear and tear on the wiring over time.

*Fact: The largest cause of non-confined fires in one- and two-family residential building fires between 2008 and 2010 occurred because of an electrical malfunction[①]. AFCIs help to prevent such tragedies.*

① "One- and Two-Family Residential Building Fires (2008-2010)," U.S. Fire Administration, May 2012

## AFCI trips: Finding the cause

The first step to troubleshooting is to eliminate the most common causes. For newer installations, the prevalent errors occur because of short circuits, overloads, and a single pole AFCI being used on a multi-wire branch, which is often known as a shared neutral. On remodeled houses, the wiring or loads attached to the circuits are common causes for AFCI tripping. Siemens trip indicators on the AFCI are a valuable troubleshooting tool for the electrical contractor to guide him or her in the right direction. Depending on the number of poles the AFCI has different LED light combinations that indicate trip condition. These trip indicators will appear for 5 seconds after the AFCI is turned to an ON position for up to 30 days of the last trip. The last known trip can also be cleared. The only way to test to see if the AFCI breaker is properly working is to use the Push-to-Test button located on the device. Other "AFCI testers" on the market are not UL endorsed and will cause confusing and misleading results.

The figures below are displays troubleshooting methods when a 1-pole AFCI trips.



*Fact: Siemens was the first to introduce the LED indicator technology in AFCIs and the two-pole AFCI. Siemens strives to engineer the best products that are leaders in the market.*

The last known trip condition can be cleared by the following process for both 1- and 2-pole breakers:

1. Turn the AFCI to the "OFF" position.

2. Press and hold the blue Push-to-Test button(s).

3. Turn the AFCI to the "ON" position.

4. Release the Push-to-Test button(s) within 3 seconds.

The figure below is an aid for a step-by-step procedure if the Push-to-Test button is not functioning correctly.



## Intelli-Arc™ Diagnostic Tool

Using the Intelli-Arc™ Diagnostic Tool with good troubleshooting techniques, an electrical contractor can accurately pinpoint the location on the branch circuit where either the arc or arc-to-ground fault occurred. The diagnostic tool presents information on the type and magnitude of the fault, along with the level of current flowing through the circuit.

The Intelli-Arc™ Diagnostic Tool is not a conventional tester that is currently out on the market; it is a tool to see what is happening in the circuit. The diagnostic tool locates the underlying problem to allow the electrical contractor to fix the faulting issue.

The purpose of the Intelli-Arc™ Diagnostic Tool is to speed the troubleshooting process for the electrical contractor, saving the contractor time and money. This is accomplished by improving the accuracy in the troubleshooting process, reducing the time spent on the problem site.



*Fact: The Intelli-Arc™ Diagnostic Tool works with any breaker, regardless of brand!*

3

## Operational Instructions

The Intelli-Arc™ Diagnostic Tool should only be handled by a qualified electrical contractor.

1. De-energize all individual loads on the branch circuit that is being evaluated (switches, receptacles, junction boxes, work boxes, etc.).

2. Find the breaker supplying the power to the branch circuit under evaluation, and turn it "ON". Use caution.

3. Turn "ON" the handheld device.

4. Energize and then de-energize loads one by one on the branch circuit being evaluated. Observe the LED indications on the handheld device while completing this process. Consider trying to energize and de-energize combination of loads also.

5. The "GF" and "AF" LEDs will lock in the top (red) position when any event causes the device to read the maximum levels, even if the event ceases to exist. Press the "CLEAR" button to continue evaluation of the branch circuit.





## Siemens Advantage

Arc fault circuit interrupter technology has and will keep on saving lives and protecting property damage by stopping electrical fires before they occur. Prevention is better than intervention.

> **Fact: The Intelli-Arc™ Diagnostic Tool is a Siemens exclusive product.**

With over 160 years of engineering and innovation, Siemens develops products to increase levels of safety. Siemens AFCI products have advanced semiconductor technology that are designed to detect and react to the unique characteristics of arcing. They have been thoroughly tested to dramatically decrease the amount of nuisance tripping.

The trip indicators used in conjunction with the Intelli-Arc™ Diagnostic Tool will expedite the troubleshooting process, which will save the electrical contractor time and the home-owner money. Easy to follow flowcharts will also aid in the debugging process.

## Further Information

If you would like to learn more about arc fault circuit interrupter technology or different products available, please visit usa.siemens.com/afci.

If a certain load is causing the AFCI to trip, please obtain information about the load, i.e. the model number of the product, and contact Siemens troubleshooting at 1-800-241-4453.

Various jurisdictions in each state require AFCIs to be installed in different locations within a residential house according to the National Electrical Code® (NEC). Please contact a local authority to find more information.

Published by
Siemens 2018

Siemens Industry, Inc.
5400 Triangle Parkway
Norcross, GA 30092

Siemens Technical Support: 1-800-333-7421
info.us@siemens.com

Order No. RPFL-COMB1-0218-CP

Printed in USA
All Rights Reserved
© 2018, Siemens Industry, Inc.
usa.siemens.com/afci

The technical data presented in this document is based on an actual case or on as-designed parameters, and therefore should not be relied upon for any specific application and does not constitute a performance guarantee for any projects. Actual results are dependent on variable conditions. Accordingly, Siemens does not make representations, warranties, or assurances as to the accuracy, currency or completeness of the content contained herein. If requested, we will provide specific technical data or specifications with respect to any customer's particular applications. Our company is constantly involved in engineering and development. For that reason, we reserve the right to modify, at any time, the technology and product specifications contained herein.

CONFIDENTIAL

SIEMENS_AFCI_00000079