# EXHIBIT 44

## (Redacted)

| | |
|---|---|
| **From:** | Massicotte, Nathan (EM LP PRM C&E APP) [/O=SCN/OU=US002E01/CN=RECIPIENTS/CN=MASSNX] |
| **Sent:** | 2/17/2017 10:08:18 PM |
| **To:** | Massicotte, Nathan (EM LP PRM C&E APP) [/O=SCN/OU=US002E01/cn=Recipients/cn=MassNX] |
| **Subject:** | FW: ▉▉▉▉▉▉▉ |
| **Attachments:** | W10806461 - Technical Service Pointer.pdf |

FYI

With best regards,
Nathan Massicotte

Siemens Industry, Inc.
EM LP PRM C&E APP

▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉

**From:** Massicotte, Nathan (EM LP PRM C&E APP)
**Sent:** Thursday, February 09, 2017 3:52 PM
**To:** Stammer, Christopher (RC-US EM S-CON R-EAST SME3)
**Cc:** Bryant, Ashley (EM LP PRM C&E)
**Subject:** RE: ▉▉▉▉▉▉▉

Chris,

I visited two homes with arc fault trip conditions reportedly created by Whirlpool fridges. The Intelli-arc diagnostic tool monitored fluctuating high levels on the arc fault detection on both fridges. The first home we visited had a French Door Bottom Mounted (FDBM), but the other was a french doors type.

To fix the issue on their FDBM fridges the power cord is replaced with one that includes a filter. The two fridges may have similar issues so I provided the technical service pointer to the contractor so they can follow up with Whirlpool.

Here is the link to the technical service pointer:
www.whirlpoolparts.ca/POL/showbulletineFormodel?key

If you scroll almost to the bottom of the page you will find this message:

**"IKEA, Maytag, & Whirlpool FDBM Refrigerators Tripping of Arc Fault Circuit Interrupter Breakers-** Models: See attached page Serial Numbers: All Possible Concern: Refrigerators supplied by Arc Fault Circuit Interrupter (AFCI) type circuit breakers can trip the AFCI circuit breaker. Potential Cause: Under limited, varying circumstances, the LED Driver Board may produce signal noise which can produce a false trip of an AFCI breaker. Correction: After verifying the refrigerator is supplied by an AFCI breaker, order Service Kit # W10810444 and install in accordance with instructions supplied with kit. Note: AFCI breakers are different than GFCI breakers. GFCI breakers are not affected. AFCI breakers are typically labeled ?Arc Fault? (Figure 1) or ?AFCI? (Figure 2) on the breaker face and have a test button."

With best regards,
Nathan Massicotte

Siemens Industry, Inc.
EM LP PRM C&E APP

▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉

**From:** Stammer, Christopher (RC-US EM S-CON R-EAST SME3)
**Sent:** Wednesday, February 08, 2017 6:26 PM

SIEMENS_AFCI_00163141

**To:** Bryant, Ashley (EM LP PRM C&E); Massicotte, Nathan (EM LP PRM C&E APP)
**Subject:** RE: ███████████

Whoever went out today. Thank you. Just let me know if you recommended a filter or just said the appliance is non compliant.

---

**From:** Stammer, Christopher (RC-US EM S-CON R-EAST SME3)
**Sent:** Tuesday, February 07, 2017 3:04 PM
**To:** Bryant, Ashley (EM LP PRM C&E); Massicotte, Nathan (EM LP PRM C&E APP)
**Subject:** FW: ███████████
**Importance:** High

Hello teammates,

████████████████████████████████████████████. Would you be so kind as to review and give the contractor a call at your convenience to troubleshoot? I am guessing you probably already know of this appliance.

---

**From:** ████████████████████████████
**Sent:** Tuesday, February 07, 2017 11:52 AM
**To:** Stammer, Christopher (RC-US EM S-CON R-EAST SME3)
**Subject:** ███████████
**Importance:** High

Chris ,

This is one of the homes ███████████ Is having issues with . All have the same appliances in them .

They have another phase to build out and is very concerned on the issue with the Breakers tripping when opening the door of the refrigerator .

See the above attachment  for Model and Serial per your request :

Contact Person :

████████████

████████████████

Keep me in the Loop on this also .

Thanks

# TECHNICAL SERVICE POINTER

## For Immediate Attention of Your Service Department

*Technical Service Pointer #: W10806461*   ☑ *Refrigeration Products*
*Action Required: Informational/Mandatory*
*Release Date: September, 2015*

**Brands Affected**





# IKEA, Maytag, & Whirlpool FDBM Refrigerators
## Tripping of Arc Fault Circuit Interrupter Breakers

### Models:
See attached page

### Serial Numbers:
All

### Possible Concern:
Refrigerators supplied by Arc Fault Circuit Interrupter (AFCI) type circuit breakers can trip the AFCI circuit breaker.

### Potential Cause:
Under limited, varying circumstances, the LED Driver Board may produce signal noise which can produce a false trip of an AFCI breaker.

### Correction:
After verifying the refrigerator is supplied by an AFCI breaker, order Service Kit # W10810444 and install in accordance with instructions supplied with kit.

**Note:** AFCI breakers are different than GFCI breakers.  GFCI breakers **are not** affected.  AFCI breakers are typically labeled "Arc Fault" (Figure 1) or "AFCI" (Figure 2) on the breaker face and have a test button.



Figure 1



Figure 2

**ALL POINTERS ONLINE:**
https://www.servicematters.com/

To receive pointers by email, or to edit or delete a current email address, go to
https://www.servicebench.com/

Page 1

® Registered trademark of Whirlpool, U.S.A., KitchenAid, U.S.A., Jenn-Air, U.S.A., or Maytag Properties, LLC or its related companies.
®MAGIC CHEF is a registered trademark of CNA International, used under license. © 2015 All rights reserved.

CONFIDENTIAL   SIEMENS_AFCI_00163143

# TECHNICAL SERVICE POINTER

## For Immediate Attention of Your Service Department

*Technical Service Pointer #: W10806461*    ☑ *Refrigeration Products*
*Action Required: Informational/Mandatory*
*Release Date: September, 2015*

**Models:**

| | | | | | |
|---|---|---|---|---|---|
| IX7DDEXDSM00 | MFT2574DEM00 | MFT2672AEW12 | WRF736SDAB11 | WRF736SDAM12 | 7WF736SDAM12 |
| IX7DDEXDSM01 | MFT2574DEM01 | MFT2673BEB11 | WRF736SDAB12 | WRF736SDAM13 | 7WF736SDAM13 |
| | MFT2672AEB11 | MFT2673BEB12 | WRF736SDAB13 | WRF736SDAW11 | |
| MFT2574DEE00 | MFT2672AEB12 | MFT2673BEM11 | WRF736SDAF11 | WRF736SDAW12 | |
| MFT2574DEE01 | MFT2672AEM11 | MFT2673BEM12 | WRF736SDAF12 | WRF736SDAW13 | |
| MFT2574DEH00 | MFT2672AEM12 | MFT2673BEW11 | WRF736SDAF13 | | |
| MFT2574DEH01 | MFT2672AEW11 | MFT2673BEW12 | WRF736SDAM11 | 7WF736SDAM11 | |

▨ Page 2

® Registered trademark of Whirlpool, U.S.A., KitchenAid, U.S.A., Jenn-Air, U.S.A., or Maytag Properties, LLC or its related companies.
®MAGIC CHEF is a registered trademark of CNA International, used under license. © 2015 All rights reserved.

CONFIDENTIAL

# BULLETIN TECHNIQUE

## Pour communication immédiate au département Service

*Bulletin technique n° : W10806461*
*Action : À titre informatif/obligatoire*
*Date de publication : Septembre 2015*

☑ *Produits de réfrigération*

---

**Marques concernées**





**IKEA®**

## Réfrigérateurs à portes à double battant avec congélateur en bas IKEA, Maytag et Whirlpool
### Déclenchement des disjoncteurs AFCI

### Modèles :
Voir page jointe

### Numéros de série :
Tous

### Problème potentiel :
Les réfrigérateurs peuvent déclencher les disjoncteurs de défaut d'arc électrique (AFCI, Arc Fault Circuit Interrupter) s'ils en sont équipés.

### Cause possible :
Dans des circonstances rares et variables, la carte de commande des témoins à DEL peut produire un signal parasite qui peut déclencher inopinément un disjoncteur AFCI.

### Correction :
Après avoir vérifié que le réfrigérateur est équipé d'un disjoncteur AFCI, commander la trousse de service n° W10810444 et l'installer conformément aux instructions fournies dans la trousse.

**Remarque :** Les disjoncteurs AFCI sont différents des disjoncteurs GFCI (sur défaut de terre). Les disjoncteurs GFCI **ne sont pas** concernés. Les disjoncteurs AFCI portent en général la mention « Arc Fault » (défaut d'arc) (Figure 1) ou « AFCI » (Figure 2) sur leur face avant et possèdent un bouton de test.

**TOUS LES BULLETINS EN LIGNE :**
https://www.servicematters.com/

Pour recevoir les bulletins par courriel, ou pour modifier ou supprimer une adresse de courriel, consulter
https://www.servicebench.com/

▨ Page 1

---

® Marque déposée de Whirlpool, U.S.A., KitchenAid, U.S.A., Jenn-Air, U.S.A., Maytag Properties, LLC ou ses sociétés affiliées.
®MAGIC CHEF est une marque déposée de CNA International, utilisée sous licence.  © 2015 Tous droits réservés.

CONFIDENTIAL                                     SIEMENS_AFCI_00163145

# BULLETIN TECHNIQUE

## Pour communication immédiate au département Service

*Bulletin technique n° : W10806461*
*Action : À titre informatif/obligatoire*
*Date de publication : Septembre 2015*

☑ *Produits de réfrigération*



Figure 1



Figure 2

## Modèles :

| | | | | | |
|---|---|---|---|---|---|
| IX7DDEXDSM00 | MFT2574DEM00 | MFT2672AEW12 | WRF736SDAB11 | WRF736SDAM12 | 7WF736SDAM12 |
| IX7DDEXDSM01 | MFT2574DEM01 | MFT2673BEB11 | WRF736SDAB12 | WRF736SDAM13 | 7WF736SDAM13 |
| | MFT2672AEB11 | MFT2673BEB12 | WRF736SDAB13 | WRF736SDAW11 | |
| MFT2574DEE00 | MFT2672AEB12 | MFT2673BEM11 | WRF736SDAF11 | WRF736SDAW12 | |
| MFT2574DEE01 | MFT2672AEM11 | MFT2673BEM12 | WRF736SDAF12 | WRF736SDAW13 | |
| MFT2574DEH00 | MFT2672AEM12 | MFT2673BEW11 | WRF736SDAF13 | | |
| MFT2574DEH01 | MFT2672AEW11 | MFT2673BEW12 | WRF736SDAM11 | 7WF736SDAM11 | |

Page 2

® Marque déposée de Whirlpool, U.S.A., KitchenAid, U.S.A., Jenn-Air, U.S.A., Maytag Properties, LLC ou ses sociétés affiliées.
®MAGIC CHEF est une marque déposée de CNA International, utilisée sous licence. © 2015 Tous droits réservés.

CONFIDENTIAL

SIEMENS_AFCI_00163146

# BOLETÍN DE SERVICIO TÉCNICO

## Para la atención inmediata de su Departamento de servicio

*Boletín de servicio técnico N.°: W10806461*
*Acción requerida: Informativo/obligatorio*
*Fecha de publicación: setiembre de 2015*

☑ *Productos de refrigeración*

**Marcas afectadas**







## Refrigeradores IKEA, Maytag y Whirlpool de dos puertas con congelador en la parte inferior
### Disparo de los interruptores de circuito de falla de arco

### Modelos:
Vea la página adjunta

### Números de serie:
Todos

### Posible problema:
En los refrigeradores provistos con cortacircuitos tipo Interruptor de circuito de falla de arco (AFCI), se puede disparar el cortacircuitos AFCI.

### Causa potencial:
En ciertas circunstancias limitadas y diferentes, el tablero de accionamiento LED puede producir ruido de señal que puede causar un falso disparo del cortacircuitos AFCI.

### Corrección:
Después de verificar que el refrigerador está provisto con un cortacircuitos AFCI, ordene el kit de servicio # W10810444 e instálelo de acuerdo con las instrucciones suministradas con el kit.

**Nota:** Los interruptores AFCI son diferentes a los GFCI. Los interruptores GFCI **no** resultan afectados.  Los interruptores AFCI se etiquetan comúnmente como "Arc Fault" (Falla de arco) (Figura 1) o "AFCI" (Figura 2) en el frente del interruptor y tiene un botón de prueba.

**TODOS LOS BOLETINES EN LÍNEA:**
https://www.servicematters.com/

Para recibir boletines por correo electrónico o para editar o borrar una dirección electrónica actual, vaya a
https://www.servicebench.com/

Página 1

® Marca registrada de Whirlpool U.S.A., KitchenAid U.S.A., Jenn-Air U.S.A., o de Maytag Properties, LLC o sus compañías asociadas.
®MAGIC CHEF es una marca registrada de CNA International, usada bajo licencia. © 2015 Todos los derechos reservados.

CONFIDENTIAL

# BOLETÍN DE SERVICIO TÉCNICO

## Para la atención inmediata de su Departamento de servicio

*Boletín de servicio técnico N.°: W10806461*
*Acción requerida: Informativo/obligatorio*
*Fecha de publicación: setiembre de 2015*

☑ *Productos de refrigeración*



Figura 1



Figura 2

**Modelos:**

| | | | | | |
|---|---|---|---|---|---|
| IX7DDEXDSM00 | MFT2574DEM00 | MFT2672AEW12 | WRF736SDAB11 | WRF736SDAM12 | 7WF736SDAM12 |
| IX7DDEXDSM01 | MFT2574DEM01 | MFT2673BEB11 | WRF736SDAB12 | WRF736SDAM13 | 7WF736SDAM13 |
| | MFT2672AEB11 | MFT2673BEB12 | WRF736SDAB13 | WRF736SDAW11 | |
| MFT2574DEE00 | MFT2672AEB12 | MFT2673BEM11 | WRF736SDAF11 | WRF736SDAW12 | |
| MFT2574DEE01 | MFT2672AEM11 | MFT2673BEM12 | WRF736SDAF12 | WRF736SDAW13 | |
| MFT2574DEH00 | MFT2672AEM12 | MFT2673BEW11 | WRF736SDAF13 | | |
| MFT2574DEH01 | MFT2672AEW11 | MFT2673BEW12 | WRF736SDAM11 | 7WF736SDAM11 | |

Página 2

® Marca registrada de Whirlpool U.S.A., KitchenAid U.S.A., Jenn-Air U.S.A., o de Maytag Properties, LLC o sus compañías asociadas.
®MAGIC CHEF es una marca registrada de CNA International, usada bajo licencia. © 2015 Todos los derechos reservados.

CONFIDENTIAL

SIEMENS_AFCI_00163148