# EXHIBIT 46

## (Redacted)

| | |
|---|---|
| **From:** | Curtis, Tim (RC-US SI EP R&PM AE) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3F2E2EC01AAE477CA2E9CE54F5DE1567-CURTIS TIM] |
| **Sent:** | 8/25/2021 9:40:33 PM |
| **To:** | Mennes, Michael (RC-US SI EP CRM-SYS BDM BD-2) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=598a4a740d88412aa0cbe1556fd64ded-Mennes Mich]; Volk, Steve (RC-US SI S&OP EIS R-W SMW4) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=96ba8e7272204210ba780a2301f7b6aa-Volk Stephe]; Duemmler, Juergen (RC-US SI EP R&PM AE) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2d4381dbc6e2401bb2037e419c2a4db2-Duemmler Ju] |
| **CC:** | Harazim, William (RC-US SI S&OP EIS R-W SMW4) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bb37ee6086fc4a1c8f377b676971d04d-Harazim Wil] |
| **Subject:** | RE: Fudge that is tripping AFCI breaker (P21136) |
| **Attachments:** | FCC White Paper.pdf; NEMA - Recommendations on AFCI - Home Electrical Product Compatibility.pdf; AFCI-GFCI Circuit Breaker Diagnostic Guide.pdf |

Hi Michael,

You are correct that this is an industry-wide issue and every breaker manufacturer is battling their own trouble cases. However, there haven't been many IEEE or EC&M publications in recent history. Several years back, the breaker manufacturers (under the NEMA umbrella) created a task force with the appliance folks (under the AHAM group) with the goal to help curb the interoperability of the breakers and appliances. The attached PDF is a set of recommendations for appliance manufacturers and future design considerations that NEMA members collectively published. Additionally, since each brand detects arcs in a similar but different manner, it was mutually agreed that the current approach would be to work 1-on-1 with the whatever breaker and appliance manufacturer are experiencing issues. This is still the case, which is obviously a slow and tedious process. As each NEC code revision expands the use of AFCI/GFCI breakers, it is our goal to work internally with our Codes/Standards team to help where we can in bridging the gap in oversight, and hopefully add additional design criteria for appliance makers to consider AFCI protective devices.

Furthermore, what we commonly find to be the root cause in multi-family homes, apartments, and dormitories is the use of non-compliant LED lighting. With the increasing amount of off-shore LED products hitting the US market, non-compliant lighting devices are becoming more common. Siemens put out the attached white paper encouraging lighting manufacturers to comply with FCC law and urging consumers to purchase compliant lighting devices to help ensure interoperability.

Outside of these documents, most AFCI manufacturers have published some kind of troubleshooting guide to aid the customers determining the root cause. I have attached the Siemens troubleshooting guide for reference.

Is this the kind of documentation you were looking for?

With best regards,
Tim Curtis

Siemens Industry, Inc.
RC-US SI EP R&PM AE

---

**From:** Mennes, Michael (RC-US SI EP CRM-SYS BDM BD-2)
**Sent:** Wednesday, August 25, 2021 2:25 PM
**To:** Curtis, Tim (RC-US SI EP R&PM AE)                        ; Volk, Steve (RC-US SI S&OP EIS R-W SMW4)                        Duemmler, Juergen (RC-US SI EP R&PM AE)
**Cc:** Harazim, William (RC-US SI S&OP EIS R-W SMW4)
**Subject:** RE: Fudge that is tripping AFCI breaker (P21136)

Tim,

CONFIDENTIAL                                                           SIEMENS_AFCI_00173731

I am the BDM in Southern California and I work with the consulting engineer that designed this project. As you can probably guess, he is getting an earful from the owner about the breakers tripping ███████████████████████ I appreciate you getting us this diagnostic breaker to help resolve this issue. I am no expert on the topic, but I understand that noise on some loads can cause tripping of AFCI breakers – and that this is not a Siemens only issue as all manufacturers AFCI breakers have similar issues. I would like to pass along some technical info on these "challenges" to my engineer. Would you have a white paper or know of some article in an industry publication like IEEE or Electrical Construction & Maintenance (EC&M) that details the issue of noise and AFCIs and how all manufacturers are affected?

Regards,

Michael Mennes

SIEMENS
Business Development Manager

███████████████████████

**From:** Curtis, Tim (RC-US SI EP R&PM AE) ███████████████
**Sent:** Wednesday, August 25, 2021 9:57 AM
**To:** Volk, Steve (RC-US SI S&OP EIS R-W SMW4) ███████████████; Duemmler, Juergen (RC-US SI EP R&PM AE) ███████████████>
**Cc:** Harazim, William (RC-US SI S&OP EIS R-W SMW4) ███████████████; Mennes, Michael (RC-US SI EP CRM-SYS BDM BD-2) ███████████████
**Subject:** RE: Fudge that is tripping AFCI breaker (P21136)

Hi Steve,

The bolt-on diagnostic breaker was sent out via ███████████████.

I've attached instructions on how to get the App installed on your phone. Also, I've attached a quick start guide on how to use the App once it's installed. I'm also available to help provide remote support while you're on site. Please just be sure to schedule the meeting with enough notice for me to plan accordingly.

Lastly, I've created a project (P21136) to help us track this issue. Feel free to reach out if you have any questions.

With best regards,
Tim Curtis

Siemens Industry, Inc.
RC-US SI EP R&PM AE

███████████████████████

**From:** Volk, Steve (RC-US SI S&OP EIS R-W SMW4) ███████████████
**Sent:** Wednesday, August 25, 2021 6:45 AM
**To:** Duemmler, Juergen (RC-US SI EP R&PM AE) ███████████████; Curtis, Tim (RC-US SI EP R&PM AE) ███████████████
**Cc:** Harazim, William (RC-US SI S&OP EIS R-W SMW4) ███████████████; Mennes, Michael (RC-US SI EP CRM-SYS BDM BD-2) ███████████████
**Subject:** RE: Fudge that is tripping AFCI breaker

SIEMENS_AFCI_00173732

Ship to Address:

Stephen Volk



This is my residence, if need be, add my Cell Phone.

Thanks !

With best regards,
Stephen Volk

Siemens Industry, Inc.
RC-US SI S&OP EIS R-W SMW4

**From:** Duemmler, Juergen (RC-US SI EP R&PM AE) ███████████████████
**Sent:** Tuesday, August 24, 2021 6:10 PM
**To:** Volk, Steve (RC-US SI S&OP EIS R-W SMW4) ██████████████████; Curtis, Tim (RC-US SI EP R&PM AE) ███████████████
**Cc:** Harazim, William (RC-US SI S&OP EIS R-W SMW4) ████████████████████; Mennes, Michael (RC-US SI EP CRM-SYS BDM BD-2)████████████████████
**Subject:** RE: Fudge that is tripping AFCI breaker

Hi Steve,

I thought you liked to work with me ☺
I understand there are better situations then having breakers tripping.

We have a new way to support you very quickly. We will send you a communication breaker to assess the situation which acts just like an osci. The breaker will communicate with your phone. For this you would have to download an app. Tim will send you the info on this. The communication breakers needs to be installed in the load center and then we will remotely support you with guiding you and the EC through the troubleshooting. Please provide your shipping info.

@ Tim,

Please send Steve the app and breaker info. Steve would need the bolt on communication breaker. Will have to coordinate the shipment with you and I being on business trips this week.

Best regards,

Juergen

Siemens Industry, Inc.
RC-US SI EP R&PM AE





Important notice: This e-mail and any attachment thereof contain corporate proprietary information. If you have received it by mistake, please notify us immediately by reply e-mail and delete this e-mail and its attachments from your system. Thank you.

**From:** Volk, Steve (RC-US SI S&OP EIS R-W SMW4) ███████████████
**Sent:** Tuesday, August 24, 2021 6:15 PM
**To:** Duemmler, Juergen (RC-US SI EP R&PM AE) ███████████████; Curtis, Tim (RC-US SI EP R&PM AE) ███████████████
**Cc:** Harazim, William (RC-US SI S&OP EIS R-W SMW4) ███████████████; Volk, Steve (RC-US SI S&OP EIS R-W SMW4) ███████████████; Mennes, Michael (RC-US SI EP CRM-SYS BDM BD-2) ███████████████
**Subject:** FW: Fudge that is tripping AFCI breaker

Juergen, well I was hoping to get to retirement and not have to contact you again on AFCI Tripping, but here we are !!

███████████████

Panelboards were purchased without AFCI breakers they were purchased loose, and installed by contractor.



Here is what equipment is causing tripping:

A)  Refrigerators
B)  Dust Busters
C)  Ceiling Fans information attached.

CONFIDENTIAL                     SIEMENS_AFCI_00173734

D)   Possibly more, just not identified to me.

<u>Instructed Contractor to Call Help Desk , which they did , See below for summary.</u>



All,
Donny and I had a conversation with the tech support tech with siemens to explain the situation with the AFCI breakers that are nuisance tripping. Confirmed the wiring is good. Some items he mentioned were that the breakers need to have at least a 2 amp+ load to operate correctly, perhaps noise from an adjacent circuit In the same panel could cause the issue, or sine waves, or other technical verbiage.
Bottom line is he was going to raise the issue with his supervisors for a possible solution and get back to us today.
I requested that they have a Siemens rep. come out to the site to physically take a look at the situation ███████████
███████████████████

Steve,
Can you possibly get ahold of your team to see if this can be scheduled ASAP?
Thanks



Juergen, please let me know what the next step is, I am getting emails and phone calls by the dozen !! Thanks

With best regards,
Stephen Volk

Siemens Industry, Inc.
RC-US SI S&OP EIS R-W SMW4

**From:** ████████████████████████
**Sent:** Tuesday, August 24, 2021 2:40 PM
**To:** ████████████████████
**Cc:** Volk, Steve (RC-US SI S&OP EIS R-W SMW4) ████████████
**Subject:** RE: Fudge that is tripping AFCI breaker

Steve,
Here's a cut sheet of the Fans tripping the AFCI breakers just so you have it



This message is for the named person's use only.  It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission.  If you receive this message in error, please  immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender.  You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient.

**From:**

**Sent:** Tuesday, August 24, 2021 9:30 AM

**To:**

**Cc:**

**Subject:** Fudge that is tripping AFCI breaker



Sent from my iPhone

CONFIDENTIAL



Setting Standards for Excellence

*A NEMA Low Voltage Distribution Equipment Section Document*
*ABP 2-2011*

# Recommendations on
# AFCI / Home Electrical Product Compatibility

*Published by*

**National Electrical Manufacturers Association**
1300 North 17th Street, Suite 1752
Rosslyn, Virginia 22209

www.nema.org

© Copyright 2011 by the National Electrical Manufacturers Association. All rights including translation into other languages, reserved under the Universal Copyright Convention, the Berne Convention for the Protection of Literary and Artistic Works, and the International and Pan American Copyright Conventions.

CONFIDENTIAL

## NOTICE AND DISCLAIMER

The information in this publication was considered technically sound by the consensus of persons engaged in the development and approval of the document at the time it was developed. Consensus does not necessarily mean that there is unanimous agreement among every person participating in the development of this document.

NEMA standards and guideline publications, of which the document contained herein is one, are developed through a voluntary consensus standards development process. This process brings together volunteers and/or seeks out the views of persons who have an interest in the topic covered by this publication. While NEMA administers the process and establishes rules to promote fairness in the development of consensus, it does not write the document and it does not independently test, evaluate, or verify the accuracy or completeness of any information or the soundness of any judgments contained in its standards and guideline publications. NEMA disclaims liability for any personal injury, property, or other damages of any nature whatsoever, whether special, indirect, consequential, or compensatory, directly or indirectly resulting from the publication, use of, application, or reliance on this document.

NEMA disclaims and makes no guaranty or warranty, express or implied, as to the accuracy or completeness of any information published herein, and disclaims and makes no warranty that the information in this document will fulfill any of your particular purposes or needs. NEMA does not undertake to guarantee the performance of any individual manufacturer or seller's products or services by virtue of this standard or guide.

In publishing and making this document available, NEMA is not undertaking to render professional or other services for or on behalf of any person or entity, nor is NEMA undertaking to perform any duty owed by any person or entity to someone else. Anyone using this document should rely on his or her own independent judgment or, as appropriate, seek the advice of a competent professional in determining the exercise of reasonable care in any given circumstances. Information and other standards on the topic covered by this publication may be available from other sources, which the user may wish to consult for additional views or information not covered by this publication.

NEMA has no power, nor does it undertake to police or enforce compliance with the contents of this document. NEMA does not certify, test, or inspect products, designs, or installations for safety or health purposes. Any certification or other statement of compliance with any health or safety-related information in this document shall not be attributable to NEMA and is solely the responsibility of the certifier or maker of the statement.

ABP 2-2011

# Contents

Foreword ........................................................................................................................................4

1   Introduction ............................................................................................................................5

2   General Design Recommendations to Reduce AFCI/HEP Conflicts ...............................5
    2.1     General Design Considerations ...................................................................................5
            2.1.1    Ground Fault Currents .....................................................................................5
            2.1.2    Peak Current Considerations ..........................................................................5
    2.2     Other Design Considerations .......................................................................................6

3   Additional Recommendations to Reduce AFCI/HEP Conflicts ........................................6
    3.1     High Frequency Conducted Emissions .........................................................................6
    3.2     Start-Up Inrush Current with High di/dt ........................................................................7
    3.3     Shoulders .....................................................................................................................8
    3.4     Missing Half Cycles ....................................................................................................10

4   Conclusions .........................................................................................................................12

5   Additional Information .........................................................................................................13
    5.1     About AFCIs ...............................................................................................................13
    5.2     AFCI Manufacturers ...................................................................................................13

**Figures**

Figure 1  Arc in Series with a Personal Computer ...........................................................................7
Figure 2  Start-Up Inrush Current with High di/dt ............................................................................8
Figure 3  Shoulders .........................................................................................................................9
Figure 4  Arc Current and Voltage ...................................................................................................9
Figure 5  Typical Arc Current vs. that of a Vacuum Cleaner .........................................................10
Figure 6  Laser Printer ...................................................................................................................11
Figure 7  Vacuum Cleaner with an Electronic Control ...................................................................12

© Copyright 2011 by the National Electrical Manufacturers Association.

CONFIDENTIAL

SIEMENS_AFCI_00173740

# Foreword

This is a new NEMA white paper. It was developed to provide the designers of home electrical products (HEPs) with information on the operating parameters of arc-fault circuit interrupters (AFCIs), with the purpose of avoiding conditions in which the HEP could cause the unwanted operation of an AFCI.

To ensure that a meaningful publication was being developed, draft copies were sent to a number of groups within NEMA having an interest in this topic. Their resulting comments and suggestions provided vital input prior to final NEMA approval and resulted in a number of substantive changes in this publication. This publication will be periodically reviewed by the Molded Case Circuit Breaker Product Group of the Low Voltage Distribution Equipment Section of NEMA for any revisions necessary to keep it up to date with advancing technology. Proposed or recommended revisions should be submitted to:

Vice President, Technical Services
National Electrical Manufacturers Association
1300 North 17th Street, Suite 1752
Rosslyn, Virginia  22209

This white paper was developed by the Molded Case Circuit Breaker Product Group of the Low Voltage Distribution Equipment Section of NEMA. Approval of this white paper does not necessarily imply that all members of the Product Group voted for its approval or participated in its development. At the time it was approved, the Molded Case Circuit Breaker Product Group had the following members:

ABB Control, Inc.—Wichita Falls, TX
Eaton Corporation—Pittsburgh, PA
General Electric—Plainville, CT
Siemens Industry, Inc.—Norcross, GA
Schneider Electric USA—Palatine, IL

© Copyright 2011 by the National Electrical Manufacturers Association.                    4

CONFIDENTIAL                                                                              SIEMENS_AFCI_00173741

ABP 2-2011

# 1    Introduction

Modern technology has helped make homes safer and more convenient, but conflicts in performance criteria between interdependent products can result in inconvenience for the homeowner. Designers of home electrical products (HEPs) seek to meet the demands for improved customer convenience and satisfaction as they design new and improved consumer products. Designers of sophisticated electrical circuit protection products, such as arc-fault circuit interrupters (AFCIs), strive to make homes safer by meeting the legal requirements established by local, state, federal, and national electrical codes and standards. While conflicts in the operation of the two product categories are rare, an understanding of some of the operational requirements of AFCIs can help reduce the possibility that unwanted operation of AFCIs could be caused by HEPs. These recommendations will familiarize the HEP designer with the basic operation of AFCIs to help reduce unwanted operations.

HEPs within the scope of these recommendations are those that operate at 120 Vac and are rated 20 A or less. They may include appliances of all types, power tools, electronic products such as computers, printers, office equipment, audio and video equipment, and communications equipment. In other words, any line powered electrical products that may be used in the home.

# 2    General Design Recommendations to Reduce AFCI/HEP Conflicts

Conflicts do a disservice to our mutual customers. Consumers will inevitably attribute the problems that they encounter to either the AFCI or the HEP manufacturer. It is in the best interest of all concerned, and especially in the interest of the homeowner, the customer, that products are compatible with each other. The recommendations in this paper will help avert these conflicts.

There are three levels at which to analyze the design of HEPs and how they will interact with AFCIs. The information provided below is a composite of the operating characteristics of the four AFCI manufacturers.

## 2.1    General Design Considerations

Conflicts between HEPs and AFCIs can be avoided in many instances by keeping current requirements within two simple boundaries, defined as a maximum current leakage to ground (ground-fault current) and maximum peak current. These boundaries are fundamental, as exceeding them can cause conflicts with other protective devices as well.

### 2.1.1    Ground Fault Currents

If the current leakage to ground does not exceed the limits specified in UL 101, the HEP designer can be assured that the product will not cause the unwanted tripping of AFCIs due to excessive ground fault current.

### 2.1.2    Peak Current Considerations

The second general design recommendation involves the limiting of the peak current drawn by HEPs. When many electrical products are initially energized, it is common for them to draw a high amount of current for a few cycles as the product reaches its normal operating performance level. This start-up or inrush current is typically several times the operating current of the product. If the maximum current during start-up (or for any short period of time during the operation of the HEP) is kept below 100 amperes RMS, unwanted tripping of AFCIs, and standard circuit breakers, should not occur.

© Copyright 2011 by the National Electrical Manufacturers Association.    5

SIEMENS_AFCI_00173742

ABP 2-2011

## 2.2     Other Design Considerations

AFCIs evaluate a number of other parameters. The following table lists these parameters.

### Common Arc Characteristics (Both Branch Feeder and Combination Types)

| Parameter | Magnitude or Trip Threshold | Duration |
| --- | --- | --- |
| Current | Greater than 46 peak amps | Longer than 0.4 milliseconds |
| Number of current pulses | Greater than 2 within ½ second | |
| Current frequency | Greater than 150 Hz | |
| Current pulses per half cycle | No more than 1 | ½ cycle |
| FCC conductive emissions | Levels exceeding FCC Part 15, Class B conducted emissions | 3 cycles or more |
| High frequency emissions | Greater than 75 KHz | 3 cycles or more |
| Shoulders (see 3.3 below) | Discontinuous current at a zero crossing with respect to the voltage wave | See 3.3 for duration |
| Missing half cycles (see 3.4 below) | Missing half cycle(s) of current with respect to the voltage wave | ½ cycle |

# 3     Additional Recommendations to Reduce AFCI/HEP Conflicts

AFCI designs often evaluate the current waveform of the load in an attempt to identify characteristics that have been found to typify the waveforms generated by arcing faults. In some instances, it has been found that the current waveforms of HEPs also exhibit some of these same characteristics. This makes the task of distinguishing a normally operating HEP from an unwanted arc difficult and has at times led to unwanted tripping and customer dissatisfaction.

The HEP designer should avoid designing a product whose waveform exhibits these characteristics. Some examples are shown below.

## 3.1     High Frequency Conducted Emissions

One of the key characteristics of arc faults is the presence of high frequency energy when current is flowing through an arcing junction. A significant amount of arc energy spreads throughout a wideband frequency spectrum in a pink-noise pattern that spreads throughout the complete frequency spectrum. AFCI designs take into consideration high frequency content to validate the presence of arcing faults in the line and any source of noise coupled to the line that can potentially affect their performance.

The Federal Communications Commission (FCC) requires certain HEPs connected to the ac power line to not exceed a maximum level of conducted and radiated emissions back into the power line (refer to FCC 47 CFR Part 15 Class B and Part 18 Consumer ISM Equipment). HEP manufacturers must consider following these guidelines as requirements in their designs in order to control the amount of noise emissions in the power line, even if not required to do so by the FCC, to help prevent unwanted action by an AFCI installed on the same circuit.

© Copyright 2011 by the National Electrical Manufacturers Association.

6

CONFIDENTIAL

SIEMENS_AFCI_00173743



**Figure 1**
**Arc in Series with a Personal Computer**

Also, some products, in this case a personal computer (see Figure 1), can exhibit some of the same characteristics as an arcing condition. In the left portion of the graph, the computer is performing in its ordinary manner. It does impress some disturbances on the line, but note that the amplitude of the waveform remains constant from cycle to cycle, and the high frequency noise remains fairly constant. However, when we review the waveform on the right portion of the graph, we note that the high frequency signal becomes much more animated, and that one of the current pulses is missing from the waveform. In this case it is important for the AFCI to recognize the type of signal that the computer emits under ordinary operation, but yet be able to differentiate between the normal signal and the arc signal. UL imposes a lengthy test procedure to ensure that the AFCI can differentiate between these signals and not be masked from responding to the similar (but different) arcing waveform.

### 3.2    Start-Up Inrush Current with High di/dt

Some electrical products, once turned on, will draw a significant amount of current that will remain high for several cycles until it stabilizes to a steady-state current. This start-up inrush current level will be several times the normal operating current, and decays to the steady state current over several cycles. Certain electronically controlled products may use starting techniques in which the rate of rise in the current (di/dt) may be quite high. This high rate of rise shows as a near vertical leading edge of the waveform, while the trailing edge may assume the partial shape of the ideal sinusoidal waveform. This waveform is typical of products that use thyristor starting controls, and can be interpreted as an arcing fault under some conditions (see Figure 2).

© Copyright 2011 by the National Electrical Manufacturers Association.

CONFIDENTIAL

SIEMENS_AFCI_00173744



**Figure 2**
**Start-Up Inrush Current with High di/dt**

### 3.3    Shoulders

Another characteristic of arc faults that could be duplicated by a HEP is the appearance of periods of no current for ± 1 millisecond or less at the zero crossing of the ideal waveform. An arc fault can extinguish briefly when there is enough of a drop in source voltage and the conditions are not capable of sustaining the arc. This phenomenon is referred to as "shoulders." Typically, the arc reignites when the source voltage is available in the next ac half cycle. The current waveform for this occurrence is shown in Figure 3, with the ideal current shown in red, and the arcing current, exhibiting shoulders, shown in blue.

© Copyright 2011 by the National Electrical Manufacturers Association.    8



**Figure 3**
**Shoulders**

The relationship between the voltage and the current during an arcing event is shown in Figure 4. Note the shoulders at the zero crossings.



**Figure 4**
**Arc Current and Voltage**

An extension of that behavior is seen with loads with a crest factor. A typical sinusoidal current will have a crest factor of 1.414. As the crest factor increases, the shoulders are more pronounced. Figure 5 shows a

© Copyright 2011 by the National Electrical Manufacturers Association.                    9

CONFIDENTIAL                                                        SIEMENS_AFCI_00173746

typical load with those characteristics. A vacuum cleaner is one example of how the current waveform of a HEP can mimic the characteristics of an arc, much like those observed during UL 1699 testing.



**Figure 5**
**Typical Arc Current vs. that of a Vacuum Cleaner**

## 3.4    Missing Half Cycles

In Figure 6, this laser printer had missing half cycles and high current peaks when warming up. Both of these are arc characteristics.

© Copyright 2011 by the National Electrical Manufacturers Association.                    10

CONFIDENTIAL                                                                SIEMENS_AFCI_00173747

ABP 2-2011



**Figure 6**
**Laser Printer**

© Copyright 2011 by the National Electrical Manufacturers Association.

11

CONFIDENTIAL

SIEMENS_AFCI_00173748

ABP 2-2011

In Figure 7, this vacuum cleaner, with an electronic control, also had missing half cycles and inconsistent starting current decay when starting up.



**Figure 7**
**Vacuum Cleaner with an Electronic Control**

## 4    Conclusions

The need for better, safer homes and increasingly efficient and convenient operation of HEPs can result in the rare conflict between the home electrical product and the operation of AFCIs. It is vitally important that the operation of the AFCI be understood in order to avoid operational conflicts, and that designers of both products work together to resolve these operational conflicts. By recognizing the operational characteristics outlined above, it is anticipated that even these rare instances of unwanted tripping of the AFCI can be eliminated.

The above discussions on the design and operation of AFCIs are intended to familiarize the HEP designer with the operation of AFCIs, and to help reduce the potential that the normal operation of a HEP will cause unwanted tripping of the AFCI. While designing with these parameters in mind should greatly reduce the probability that a newly designed HEP will cause unwanted tripping of an AFCI, further testing with the available brands of AFCIs will help identify any compatibility issues with existing AFCI

© Copyright 2011 by the National Electrical Manufacturers Association.                    12

CONFIDENTIAL                                                                SIEMENS_AFCI_00173749

technology. In the event that unwanted tripping does occur, it is recommended that the HEP designer contact the AFCI manufacturer to analyze the compatibility issue.

## 5 Additional Information

### 5.1 About AFCIs

Additional information about AFCIs may be found at www.afcisafety.org.

### 5.2 AFCI Manufacturers

AFCI circuit breakers are manufactured by the following companies:

Eaton Corporation
1000 Cherrington Parkway
Moon Township, PA 15108

GE Industrial Solutions
41 Woodford Avenue
Plainville, CT 06062

Schneider Electric
1415 S. Roselle Rd.
Palatine, IL 60067

Siemens Industry, Inc.
5400 Triangle Parkway
Norcross, GA 30092

§

© Copyright 2011 by the National Electrical Manufacturers Association.

CONFIDENTIAL

SIEMENS_AFCI_00173750



# SIEMENS
*Ingenuity for life*

# AFCI-GFCI Circuit Breaker Diagnostic Guide

usa.siemens.com

CONFIDENTIAL

# Index

1.      AFCI/GFCI circuit breaker diagnostic          3

    1.1.    Facts about arc faults                 3

    1.2.    Facts about ground faults              3

    1.3.    What is nuisance tripping?             3

2.      General diagnostic guide                   3

    2.1.    Identification of circuit breaker types    4

    2.2.    General investigation                  6

    2.3.    General diagnostic questions           8

3.      Electrical professional diagnostic guide   8

    3.1.    Arc fault investigation                9

    3.2.    Arc fault diagnostic questions         10

    3.3.    Ground fault investigation             11

    3.4.    Ground fault diagnostic questions      11

CONFIDENTIAL

SIEMENS_AFCI_00173752

# 1. AFCI/GFCI circuit breaker diagnostic

This document will support to better understand and diagnose circuit breaker trip events with Siemens Arc Fault Circuit Interrupter (AFCI) and Ground Fault Circuit Interrupter (GFCI) circuit breakers.

The questions in this document are applicable to all branch circuits fed by arc fault circuit interrupters (CAFCI or AFCI/GFCI) or ground fault interrupters (GFCI or GFEP). This document is to be used by Siemens application engineering, technical support and sales teams, distributors, electrical contractors and homeowners/end-users to provide application and diagnostic feedback.

This document does not cover the diagnostics of standard circuit breakers.

### Qualified person

Circuit breakers should only be operated, inspected, and maintained by qualified personnel. For the purpose of this Guide, a qualified person is one who is familiar with the installation, construction, and operation of the equipment, and the hazards involved. In addition, he/she has the following qualifications:

a) Is trained and authorized to energize, de-energize, clear, ground and tag circuits and equipment in accordance with established safety practices.

b) Is trained in proper care and use of protective equipment in accordance with established safety practices.

c) Is trained in rendering first aid.

### 1.1 Facts about arc faults

Every year, residential electrical fires account for hundreds of deaths, thousands of injures, and hundreds of millions of dollars in property damage. A significant number of these electrical fires could have been prevented if the circuits had been protected by arc fault circuit interrupters circuit breakers.

An arc fault is a high-energy discharge created by current flowing through an unwanted path. Generally, arc faults are of short enough duration that they are not detected by standard thermal magnetic circuit breakers. However, arc faults can produce high-intensity heat – exceeding 10,000 degrees Fahrenheit – and can initiate fires. To mitigate fires due to arc faults, AFCIs monitor the branch circuits and mitigate the effects by de-energizing the circuits once an arc-current signature is detected.

### 1.2. Facts about ground faults

A ground fault circuit interrupter (GFCI or GFI) and a ground fault equipment protection (GFEP) device is a safety device intended to provide protection from unintentional electrical currents between a power source and a grounded surface. An electrical shock, even in the low milliamps, flowing through a body can cause injury or death.

The GFCI and GFEP circuit breakers work by comparing the amount of current going to and returning from a branch circuit. If the current differs by a defined value the GFCI or GFEP circuit breaker will trip, thus shutting off power to the circuit. Siemens offers Class A 5mA GFCI and 30mA GFEP circuit breakers for their residential load centers. While the GFCI circuit breaker provides personal protection from shock the GFEP circuit breakers provides equipment protection from line-to-ground faults that would damage equipment if left uninterrupted.

### 1.3 What is nuisance tripping?

In some situations, the homeowners/end-users and/or electrical contractors may experience a phenomenon called nuisance tripping. This occurs when the AFCI or GFCI circuit breaker trips and the reason is unknown. The main sources of nuisance tripping are wiring issues and incompatibility with electronic devices. Wiring issues such as damaged wires, loose connections, or incorrectly wired circuits are some examples of conditions that can create nuisance trip events. To resolve nuisance trip events associated with wiring issues the source of the issue will need to be corrected. Incompatibility issues can be created by loads that produce excessive noise that eventually mimics an arc. It is recommended that all installed electronic devices comply with FCC (Title 47 Part 18B/consumer or 15B) regulations to avoid noisy loads from causing nuisance trips.

## 2. General diagnostic guide

Should a trip condition occur, homeowners should first note the specific circuit the circuit breaker is protecting, per the load center circuit label (e.g. kitchen, bed room, living room, lighting, etc.), and while the circuit break is in an 'OFF' state, confirm that there are no obvious issues with the loads on that circuit follow these steps:



**⚠ DANGER**

**Hazardous voltage.**
**Will cause death or serious injury.**
Turn off the branch circuit breaker in the load center before checking any cords, plugs, or wires.

1. Check for any blackened plugs or outlets. If found, remove all plugs from the outlet and contact an electrical contractor for further investigation.

2. If there are lights on the circuit, check for loose connections between the light bulbs and sockets.

3. Check for any damage or crimps in all electrical cords plugged into an outlet on the circuit. Possible conditions contributing to cord damage:
   a. Cords are pinched in doorways.
   b. An appliance or furniture is pushed against electrical plug or resting on a cord.
   c. Cords deteriorated due to proximity to heat source (e.g: heaters, hot air ducts, sunlight, etc.).

4. Ensure all bulbs are less than or equal to the maximum wattage rating of the fixture. Higher rated bulbs can cause excessive heat and damage.

5. Unplug all equipment on the affected circuit.

3

CONFIDENTIAL

AFCI/GFCI Circuit Breakers | Diagnostic Guide

6. Reset the circuit breaker by actuating its handle to the 'OFF' and then 'ON' position. If the circuit breaker trips again, a fault still exists on the circuit. Observe and record the trip indicator LED lights. Call an electrical contractor to investigate the issue.

7. If the circuit breaker does not trip after all equipment has been unplugged follow these steps:

   a. Turn on and off each light individually, if lights are on circuit, and observe if circuit breaker trips.

   b. Plug in non-defective equipment one at a time, turn on and off and observe if circuit breaker trips.

Note: If circuit breaker trips during step 7, remove the equipment or light that caused a trip event from the circuit before reenergizing the circuit again and call an electrical contractor.

Helpful tip: Surge protectors are recommended to protect devices from electrical voltage surges. They may also provide the added benefit of filtering unwanted electrical noise sometimes generated by electrical devices. This unfiltered electrical noise could affect the AFCI/GFCI circuit breaker and potentially interfere with or damage other electronics on the circuit. Ensure all electronic devices (e.g: TV, DVR, computer, etc.) are plugged into a surge protector specifically designated with **EMI/RFI** filtering functionality.

**Please contact your electrical contractor and provide the following answers to the General diagnostic questions under section 2.3.**



4

SIEMENS_AFCI_00173754

## 2.1 Identification of circuit breaker types

If no issues are found, please identify the circuit breaker type and manufacturing date codes per the following identification guide. These pictures are intended to be representative samples, and your actual circuit breaker configuration may not be specifically pictured. Plug-on neutral circuit breaker will not have pig-tail leads.



CONFIDENTIAL

SIEMENS_AFCI_00173755

## 2.2 General investigation:

### 2.2.1 1 pole Gen. 1 – 3A CAFCI and Gen. 2 DF circuit breaker trip-indicator LED lights:



LED 1
LED 2

Test
Button

| LED indicators | | Last known trip condition |
|---|---|---|
| 1 | 2 | |
| Off | Off | Overcurrent |
| On | Off | Arc-to-Neutral or Series Arc Fault |
| On | On | Ground Fault or Arc-to-Ground |

**Note:** *The trip-indicator LED lights on a Gen.1-3 CAFCI and Gen. 1 DF circuit breaker provide the same fault indications.*

### 2.2.2 1 pole Gen. 3B CAFCI circuit breaker trip-indicator LED lights:



LED 1

Test
Button

| LED indicators | Last known trip condition |
|---|---|
| 1 | |
| Off | Overcurrent |
| On | Arc-to-Neutral or Arc-to-Ground or Series Arc Fault |

**Note:** *The 1 Pole Gen. 3B CAFCI circuit breaker does not offer ground fault protection.*

### 2.2.3 2 pole Gen. 1 – 3A CAFCI circuit breaker trip-indicator LED lights:



LED 1
LED 2    Test
LED 3    Buttons

| LED indicators | | | Last known trip condition |
|---|---|---|---|
| 1 | 2 | 3 | |
| Off | Off | Off | Overcurrent |
| On | Off | Off | Arc-to-Neutral or Series Arc Fault (leg A) |
| Off | Off | On | Arc-to-Neutral or Series Arc Fault (leg B) |
| On | On | On | Ground Fault or Arc-to-Ground |

### 2.2.4 2 pole Gen. 3B CAFCI circuit breaker trip-indicator LED lights:



LED 1    Test
LED 2    Buttons

| LED indicators | | Last known trip condition |
|---|---|---|
| 1 | 2 | |
| Off | Off | Overcurrent |
| On | Off | Arc-to-Neutral, Arc-to-Ground or Series Arc Fault or (leg A) |
| Off | On | Arc-to-Neutral, Arc-to-Ground or Series Arc Fault or (leg B) |

**Note:** *The 2 P Gen. 3 CAFCI circuit breaker does not offer ground fault protection.*

CONFIDENTIAL

SIEMENS_AFCI_00173756

**2.2.5  1 pole Gen. 1 – 1B AFCI (branch feeder) circuit breaker trip-indicator:**

| LED / Window indicator | Last known trip condition |
| --- | --- |
| Off / Blank | Overcurrent or Ground Fault |
| On / Yellow | Arc-to-Neutral, Arc-to-Ground |



LED 1
Test
Button

**2.2.6  1 pole Gen.1 GFCI and Gen. 1 GFEP circuit breaker trip-indicator:**

| Window indicator | Last known trip condition |
| --- | --- |
| Blank | Overcurrent |
| Yellow | Ground Fault |



Ind 1

Test
Button

**2.2.7  1 pole Gen. 2 GFCI, 2 pole Gen. 1B GFCI, and 1 pole Gen. 2 GFEP circuit breaker trip-indicator:**

| LED indicator | Last known trip condition |
| --- | --- |
| Off | Overcurrent or Ground Fault |
| Blinking | Circuit breaker needs to be replaced |



LED 1                     Test
                         Button

7

AFCI/GFCI Circuit Breakers | Diagnostic Guide

## 2.3 General diagnostic questions

1. *What type of circuit breaker is tripping? _____

2. *What are the date codes on the circuit breaker? _____

3. *What LEDs are lit on the circuit breaker after it tripped and is reset? _____

4. *What action/event caused the circuit breaker to trip? (For example: Turning on/off an appliance/device) _____

   _____

5. What is the load center circuit number and description? _____

6. Are there combinations of loads that cause the trip condition? _____

   If yes, what are the devices (make and model)? _____

   _____

7. How often does the circuit breaker trip? _____

8. Did the action/event on another circuit coincide with the trip event? _____

   If not, which circuit tripped and on which circuit was the action/event? _____

   _____

9. Please specify property type – single family home/apartment complex/etc. _____

   If other than single family home, how many units? _____

   Please answer questions 1 through 8 per unit or provide common information such as all the kitchen breakers are tripping.

   _____

**Note:** Answers to these questions will assist the electrical contractor narrow down the source of the trip condition. This will shorten the diagnosing time and reduce the number of visits required to solve the issue. Answers to the questions that are listed with red * are mandatory information needed to understand the issue and escalate to an electrical contractor.

8

SIEMENS_AFCI_00173758

## 3. Electrical professionals diagnostic guide

Diagnostics of electrical circuits should only be done by a qualified electrical contractor. The first step in diagnosing the root cause of a circuit breaker trip is to eliminate the most common and routine causes. The most common and routine causes of circuit breaker trip events are loose connections, misapplied/damaged appliances, and/or incorrectly wired outlets and circuit breakers.

### 3.1 Arc fault investigation

Follow the steps below to diagnose the root cause of a trip-condition on a circuit protected by an AFCI circuit breaker:

1. Ensure the previously-mentioned 'General Diagnostics' tips have been reviewed.



**⚠ DANGER**

**Hazardous voltage.**
**Will cause death or serious injury.**
Turn off and lock out power supplying equipment before working on equipment.

2. Check to make sure the breaker is functioning properly via the 'TEST' button. Move handle to the 'OFF' and then 'ON' position. Reset has been completed, press the 'TEST' button and observe the position of the circuit breaker's handle. If the breaker handle moves between the 'OFF' and 'ON' position, then the circuit breaker is working correctly. If the circuit breaker does not trip, it needs to be replaced by an electrical contractor. Observe and record the trip indicator LED lights.

3. When checking for a loose light bulb, check that the line/hot tab on a light socket makes a good connection to the bulb. If not, with the light fixture disconnected from the circuit, bend the hot tab upward slightly so it will make a good connection to the bulb and retighten the bulb in the socket.



Gently pull up tab indicated in square

4. Check the wiring at the circuit breaker load terminal (line/hot, load neutral, panel neutral/pig tail). Ensure the load neutral conductor is properly connected to the neutral terminal of the circuit breaker and the circuit breaker neutral/pig tail is properly connected to the neutral bar. In case you have a plug-on neutral AFCI or GFCI circuit breaker you will not have a panel neutral/pig tail.

5. Check the wiring to ensure a single pole AFCI circuit breaker is not wired to a multi-wire branch circuit (shared neutral). For multi-wired branch circuits where the neutral is shared between two branch circuits, a two-pole AFCI circuit breaker must be used.

6. Check the load center, switches, receptacles, and hardwired lighting/appliances for loose connections. Siemens highly recommends using screw connections for wire termination on all outlets, switches, etc, instead of using the spring-loaded 'push-in' connections. Ensure all screws and lugs are tightened to specification.

7. Check the installed wiring for damaged insulation that may expose hot wires to neutral or ground wires.

8. Check all devices for UL and FCC compliance (LED lights, powerline adapters, etc...). If not, check with the supplier/manufacturer to validate its compliance with FCC (Title 47 Part 18B/consumer or 15B) for residential environments. If not, the device may be producing enough electrical noise to affect all electronics on the circuit (including the AFCI circuit breaker).

9. If the arc-fault trip condition persists after all the wiring has been verified follow these steps:

   a. Disconnect all the loads on the circuit.

   b. Energize each load individually until the AFCI circuit breaker trips.

   c. Move the latest energized load before the trip – where possible – to another circuit to see if the trip condition follows a specific device.

   d. When the circuit breaker trips, the most recently energized load is likely producing the arc-fault signature.

   e. If the circuit breaker still does not trip, then test the loads in different combinations.

   f. If a combination of loads is required to trip the AFCI circuit breaker, isolate each of the loads again and, this time, test the isolated loads in combination with a 5A resistive load such as a portable heater (600W or higher).

   g. If the AFCI circuit breaker trips on an arc fault when the isolated load is tested in combination with the 5A resistive load, the isolated load is most likely producing the arc-fault.

If the source of the trip conditions is still not determined, complete the General diagnostics questions under section 2.3 and Arc fault diagnostic questions under section 3.2 in their entirety, and then contact Siemens Technical Support at +1-800-333-7421, or submit a request through the Online Support Request tool http://support.automation.siemens.com/US Answers to these questions are critical to Siemens understanding of the type of tripping event.

9

CONFIDENTIAL

AFCI/GFCI Circuit Breakers | Diagnostic Guide

### 3.2 Arc fault diagnostic questions:

1. Can the trip be traced to a specific light switch or ceiling fan speed control switch? If so, please provide make and model and approximate distance between the switch and load:

2. For LED or low-voltage lighting fixtures, provide the make and model of the lighting fixture and the switching power supply /electronic transformer:

3. What is the current draw of the load or the combination of loads that are causing the arc-fault condition?

4. What type of communication modem is used in the house (WiFi, power line communication (PLC), broadband power line (BPL), etc) and is it related to the trip condition?

5. What is the make and model of the appliance or device? How many are installed on the circuit?

For additional AFCI resources, please reference the following links:

Siemens Documentation (including additional diagnosing information): www.usa.siemens.com/afci

AFCI Diagnostic Tool Video: www.usa.siemens.com/intelliarc

Free Online Training: www.afcisafety.org

CONFIDENTIAL

SIEMENS_AFCI_00173760

## 3.3 Ground fault investigation:



**Hazardous voltage.**
**Will cause death or serious injury.**
Turn off and lock out power supplying equipment before working on equipment.

Follow the below steps to diagnose a ground fault trip-condition:

1. Check the wiring to ensure a single pole AFCI, AFCI/GFCI, GFCI, or GFEP circuit breaker is not wired to a multi-wire branch circuit (shared neutral). For multi-wired branch circuits where the neutral is shared between two branch circuits, a two-pole AFCI, GFCI, or GFEP circuit breaker must be used.

2. Check the wiring at the circuit breaker load terminal (line/hot, load neutral, panel neutral/pig tail). Ensure the load neutral conductor is properly connected to the neutral terminal of the circuit breaker and the circuit breaker neutral/pig tail wire is properly connected to the neutral bar. In case you have a plug-on neutral AFCI/GFCI circuit breaker, you will not have a panel neutral/pig tail.

3. Ensure neutral conductors have not inadvertently been connected to a ground conductor at any point in the circuit.

4. Using a leakage current clamp meter on the ground conductor, test loads on the affected branch circuit to confirm if any load creates enough leakage to trip the connected circuit breaker.

5. Check to see if the trip condition is repeatable. If a ground fault exists on the circuit the circuit breaker will immediately trip after a completed reset. An arc-to-ground will not be readily repeatable. If an arc-to-ground is suspected refer to the Arc fault investigation section.

If the source of the trip conditions is still not determined, complete the General diagnostics questions under section 2.3 and Ground fault diagnostic questions under section 3.4 in their entirety, and contact Siemens Technical Support at +1-800-333-7421, or submit a request through the Online Support Request tool http://support.automation.siemens.com/US Answers to these questions are critical to Siemens understanding of the type of tripping event.

### 3.4 Ground fault diagnostic questions

1. If the ground-fault condition occurs on a pool/spa pump system, please answer the following questions:

a. What is the make and model of the pump system?

_____

b. What is the type of drive installed? (e.g: variable flow, variable frequency, etc.)

_____

c. What accessories are used with the pool pump/filtration system?

_____

Provide bill of material and wiring diagram if possible.

2. If the source of the ground-fault condition is a fan or appliance, please answer the following questions:

a. What is the make and model of the speed control fan or appliance?

_____

b. Does the installation or use and care guide recommend or reject a circuit breaker type?

_____

11

CONFIDENTIAL

Published by
Siemens Industry, Inc. 2020.

Siemens Industry, Inc.
3617 Parkway Ln
Peachtree Corners, GA 30092

For more information, please contact
our Customer Support Center.
Phone: 1-800-241-4453
E-mail: info.us@siemens.com

usa.siemens.com

Printed in U.S.A.
Order No.: RPBR-AFGSD-0820

© 2020 Siemens Industry, Inc.

The technical data presented in this document is based on an actual case or on as-designed parameters, and therefore should not be relied upon for any specific application and does not constitute a performance guarantee for any projects. Actual results are dependent on variable conditions. Accordingly, Siemens does not make representations, warranties, or assurances as to the accuracy, currency or completeness of the content contained herein. If requested, we will provide specific technical data or specifications with respect to any customer's particular applications. Our company is constantly involved in engineering and development. For that reason, we reserve the right to modify, at any time, the technology and product specifications contained herein.

CONFIDENTIAL

**SIEMENS**

Federal Communications
Commission
White Paper

Siemens is a strong supporter of the National Electrical Code® and state and local codes that are based on it. We advocate for the proper installation of electrical products that comply with the NEC® and applicable standards.

A requirement for the installation of Arc Fault Circuit Interrupters in dwelling units first appeared in the 1999 edition of the NEC®. Since that time, the areas in a dwelling unit where AFCI protection is required have gradually expanded and now include most areas in a dwelling unit.

AFCIs are a proven technology intended to detect and interrupt arcs below the current level that can be interrupted by standard circuit breakers. They operate by looking for signal characteristics that may indicate that an unwanted arcing is occurring on a branch circuit or in a cord connected to it. One of the characteristics that some AFCIs look for is high frequency electrical "noise".

Siemens is trying to reduce the incidence of unwanted tripping of AFCI circuit breakers through various means. One cause of unwanted tripping is the use of noncompliant LED drivers or electronic transformers. It is incumbent on all manufacturers to produce products that meet applicable standards and are suitable for their intended use. In the case of luminaires intended to be installed in dwelling units, they must comply with the FCC RF emissions regulations.

The Electronic Code of Federal Regulations (the law) can be found here:

https://www.ecfr.gov/cgi-bin/text-idx?SID=c1212b18d3c585d10d7b64809159931c&mc=true&node=pt47.1.15&rgn=div5#se47.1.15_13

Section 15.1(a) identifies the scope of this part. "This part sets out the regulations under which an intentional, unintentional, or incidental radiator may be operated without an individual license." LED lighting devices intentionally generate RF energy via electronic power conversion or digital circuitry, but are not intended to radiate RF energy by radiation or induction and thus they are classified as unintentional radiators according to the FCC rules.

Section 15.3(z) Identifies an unintentional radiator as "A device that intentionally generates radio frequency energy for use within the device or that sends radio frequency signals by conduction to associated equipment via connecting wiring, but which is not intended to emit RF energy by radiation nor induction." LED drivers/ballasts are unintentional radiators as they are not meant to emit RF, which is why drivers/ballasts are typically in some type of box.

The FCC OET (Federal Communications Commission Office of Engineering and Technology) Laboratory Division published a notice on June 17, 2016 that can be found here:

https://apps.fcc.gov/kdb/GetAttachment.html?id=K0pZdRE7biF3aqgO4XZ8cw%3D%3D&desc=640677%20D01%20RF%20LED%20LIGHTING%20v01&tracking_number=20518

This notice discusses Radio Frequency LED Lighting Products, or RF LED lighting and clarifies how the FCC rules apply to these products. "RF LED lighting devices employ either an independent or an integrated electronic driver that operates at RF frequencies similar to those used in digital electronic products. As such, RF LED lighting devices are subject to the Part 15 rules for unintentional radiators, and are subject to the "verification" equipment authorization procedure. These devices are required to meet the line-conducted and radiated emissions limits in Sections 15.107 and 15.109, respectively." Also stating, "Manufacturers and users should therefore note that lighting devices are required to cease operation, if harmful interference occurs."

Further, OET Bulletin No. 62 published in December 1993 describes "What happens if one sells or imports non-compliant digital devices?" on page 9.

https://transition.fcc.gov/bureaus/oet/info/documents/bulletins/oet62/oet62rev.pdf

As explained earlier, the form of authorization that is required for a digital device depends on how the device will be marketed. The FCC rules are designed to control the marketing of digital devices and, to a lesser extent, their use. If someone

usa.siemens.com/afci

CONFIDENTIAL

purchases a non-compliant digital device, uses it, causes interference to authorized radio communications, and is the subject of an FCC interference investigation, the user will be told to stop operating the device until the interference problem is corrected. However, the person (or company) that sold this non-compliant digital device to the user has violated the FCC marketing rules in Part 2 as well as federal law and may be subject to an enforcement action by the Commission's Field Operations Bureau that could result in one or more of the following:

- forfeiture of all non-compliant equipment
- $100,000/$200,000 criminal penalty for an individual/organization
- a criminal fine totaling twice the gross gain obtained from sales of the non-compliant equipment
- an administrative fine totaling $10,000/day per violation

Per the OET Bulletin, "digital devices fall into two categories -- Class A and Class B. Class A digital devices are ones that are marketed exclusively for use in business, industrial and commercial environments. Class B digital devices are ones that are marketed for use anywhere, including residential environments."

As Siemens continues its efforts to reduce unwanted tripping of AFCI circuit breakers, we highly encourage lighting manufacturers to comply with the law and manufacture lighting devices that meet the FCC RF emission regulations for products intended for use in residential applications. We also highly encourage our customers to purchase and install FCC compliant lighting devices for two benefits – decrease unwanted tripping and avoid possible consequences by the Commission's Field Operations Bureau as described above.

**Published by**
**Siemens 2020**

Siemens Industry, Inc.
3617 Parkway Ln
Peachtree Corners, GA 30092

Subject to change without prior notice
All rights reserved
Order No. RPWP-FCCWP-1220
Printed in USA-CP
© 2020 Siemens Industry, Inc.

The technical data presented in this document is based on an actual case or on as-designed parameters, and therefore should not be relied upon for any specific application and does not constitute a performance guarantee for any projects. Actual results are dependent on variable conditions. Accordingly, Siemens does not make representations, warranties, or assurances as to the accuracy, currency or completeness of the content contained herein. If requested, we will provide specific technical data or specifications with respect to any customer's particular applications. Our company is constantly involved in engineering and development. For that reason, we reserve the right to modify, at any time, the technology and product specifications contained herein.

SIEMENS_AFCI_00173764