# EXHIBIT 48



Notes 1

CONFIDENTIAL



Notes 2

SIEMENS_AFCI_00256963



Notes 3

SIEMENS_AFCI_00256964

## Standards

•UL489  Defines requirements for molded case circuit breakers.

•UL943  Defines requirements for Ground Fault circuit interrupter devices.

•UL1699 Defines requirements for Arc Fault circuit interrupter devices.

•FCC – circuit breakers are FCC compliant Part 15B
       (as should all devices rated for residential applications).

Page 4    Unrestricted | © Siemens Industry, Inc. 2022 | Kees | R&PM | 2022

**SIEMENS**

Notes 4

CONFIDENTIAL

SIEMENS_AFCI_00256965

## Arc Faults Defined



**UL 1699 Standard For AFCI's**

**Paragraph 2.3 ARCING FAULT – "An unintentional arcing condition in a circuit"**

**Arc faults may occur anywhere in an electrical system as a result of:**

• **Worn electrical insulation or damaged wire**

• **Misapplied or damaged plug-in appliance cords and equipment**

• **Loose electrical connections**

• **Accidentally piercing electrical cable- nails, staples, etc..**

• **Pushing furniture against cords plugged into outlets**

**Page 5**    Unrestricted | © Siemens Industry, Inc. 2022 | Kees | R&PM | 2022

**SIEMENS**

Notes 5



Back in 1994, the CPSC compiled the statistics to show that 30% of the residential electrical fires were started due to some type of arc.  They made a request for information/solutions to the general public.  The electrical distribution manufacturers then went to work to design a device that would mitigate these arcs in order to decrease the number of residential fires, deaths and destruction.

Notes 6

SIEMENS_AFCI_00256967



Notes 7

CONFIDENTIAL

SIEMENS_AFCI_00256968



As you can see, even with the number of houses significantly increasing, the number of electrical fires has significantly decreased over the last several years, largely due to the extra safety provided by the AFCI

Notes 8

SIEMENS_AFCI_00256969

# How Does the AFCI work?

Page 9    Unrestricted | © Siemens Industry, Inc. 2022 | Kees | R&PM | 2022

**SIEMENS**

Notes 9



The function of the AFCI – looks at the waveform signatures to determine if there is an arcing event.

Notes 10

CONFIDENTIAL

SIEMENS_AFCI_00256971



Notes 11

CONFIDENTIAL



Notes 12

CONFIDENTIAL



Notes 13

SIEMENS_AFCI_00256974



Notes 14

SIEMENS_AFCI_00256975



### Series Arc or Low-Level Arc

•Series arc can occur when the conductor in series with the load breaks or has a loose connection

•Series configuration means the arc current cannot be greater than the load current the conductor serves

•Series arcs are less likely to develop sufficient thermal energy to create a fire

Page 15    Unrestricted | © Siemens Industry, Inc. 2022 | Kees | R&PM | 2022

**SIEMENS**

Notes 15

CONFIDENTIAL

SIEMENS_AFCI_00256976



Notes 16

SIEMENS_AFCI_00256977



Notes 17

# National Electrical Code ®

**SIEMENS**

Notes 18

CONFIDENTIAL

SIEMENS_AFCI_00256979



## National Electrical Code®

What you need to know:

1) NEC can vary by state to state, city to city, jurisdiction to jurisdiction.
2) Electricians/Installers are responsible for knowing what code is being enforced.

NEC® in Effect
7/1/2022

2020 NEC® - 18
2017 NEC® - 23
2014 NEC® - 3
2008 NEC® - 2
County/Municipality NEC® regulation only - 4

*Source: dynaps.net (c)*

| States under 2020 NEC | effective date |
|---|---|
| Colorado | 7/1/2022 |
| Delaware | 9/1/2022 |
| Georgia | 1/1/2022 |
| Iowa | 4/1/2022 |
| Maine | 7/2/2022 |
| Massachusetts | 1/1/2022 |
| Minnesota | 7/1/2022 |
| New Hampshire | 7/1/2022 |
| North Carolina | 11/1/2022 |
| North Dakota | 1/1/2022 |
| Oregon | 4/1/2022 |
| Rhode Island | 2/1/2022 |
| South Dakota | 7/1/2022 |
| Texas | 11/1/2022 |
| Utah (commercial only) | 7/1/2022 |
| Vermont | 4/15/2022 |
| Washington | 10/29/2022 |
| Wyoming | 7/1/2022 |

AHJ (Authority Having Jurisdiction) is who decides what is enforced in a specific area.

You can get on-going updated information at https://www.nfpa.org/NEC/NEC-adoption-and-use/NEC-adoption-maps

CONFIDENTIAL

## National Electrical Code® in Process



Notes 20

SIEMENS_AFCI_00256981







## AFCI Expansion of Protected Locations Under NEC  (Article 210.12)

1999 NEC
Branch Feeder supplying 120V, single phase, 15 & 20 amp branch circuits
In dwelling unit bedrooms
Effective Jan 1st, 2002

2002 NEC
Expands AFCI to all dwelling unit bedroom circuits including lighting, smoke detector, etc.

2005 NEC
Adds cord sets must be protected meaning Combination is required over Branch Feeder
Effective Jan 1st, 2008

2008 NEC
Expands AFCI to majority of dwelling unit areas (basically where GFCI is not required)
Adds exceptions for outlet AFCI devices

2020 NEC
Expands to AFCI to Patient Sleeping Rooms in Nursing Homes and Limited-Care facilities

2017 NEC
Expands to AFCI to guest suites (hotels rooms with cooking provisions)

2014 NEC
Expands AFCI to kitchen and laundry areas
Expands AFCI to dormitories

2011 NEC
Adds requirement for AFCI protection to existing circuits if modified

NEC drives greater levels of safety

SIEMENS_AFCI_00256982

**National Electric Code 2020**

210.12(A), Dwelling Units.  All 120-volt, single-phase, 15- and 20-ampere branch circuits **supplying outlets or devices** installed in dwelling unit *kitchens, family rooms, dining rooms, living rooms, parlors, libraries, dens, bedrooms, sunrooms, recreation rooms, closets, hallways, laundry areas, or similar rooms or areas* shall be protected by any of the means described in 210.12(A)(1) through (6) …

Notes 22

CONFIDENTIAL

SIEMENS_AFCI_00256983

## Example of a typical loadcenter per NEC® 2022

| | | |
|---|---|---|
| Bathroom 1 | - | Bedroom 1 |
| Bathroom 2 | - | Bedroom 2 |
| Kitchen | - | Bedroom 3 |
| Kitchen | - | Basement |
| Refrigerator* | - | Family Room |
| Dishwasher | - | Dining Room |
| Sun Room | - | Den |
| Rec Room | - | Closets |
| Clothes Washer | - | Garage |
| Laundry Room | - | |
| Clothes Dryer | - | HVAC |
| | - | |
| Water Heater | - | Air Handler |
| | - | |
| | - | Range* |
| | - | |

| |
|---|
| Thermal Mag |
| GFCI |
| AFCI |
| Dual Function AFCI/GFCI |

*GFCI required if units are within 6 feet of a sink

**Check with your local AHJ for specifics for your jurisdiction

Notes 23

CONFIDENTIAL

SIEMENS_AFCI_00256984

## 2020: Installation Options
## 210.12  AFCI Protection

| | Scenario description | Additional requirements | vs. 2011 NEC | Materials required | Considerations |
|---|---|---|---|---|---|
| 1 | Listed combination type AFCI | None | Same | | • Protects entire circuit (incl. lighting)<br>• No limitations or restrictions |
| 2 | Listed branch/feeder type AFCI + listed outlet branch circuit type AFCI | • OBC-AFCI installed at 1st outlet box<br>• 1st outlet box marked | New | | • Receptacle must be on line side of any protected lighting circuits |
| 3 | Listed supplemental arc protection circuit breaker + listed outlet branch circuit type AFCI | • OBC-AFCI installed at 1st outlet box<br>• Branch circuit continuous wiring to OBC-AFCI<br>• Branch circuit max wire lengths (50'-14AWG, 70'-12AWG)<br>• 1st outlet box marked | New | | • "Supplemental arc protection circuit breakers" not commercially available<br>• Wire length limitations<br>• Receptacle must be on line side of any protected lighting circuits |
| 4 | Listed outlet branch circuit type AFCI + listed branch circuit over current protective device | • OBC-AFCI installed at 1st outlet box<br>• Branch circuit continuous wiring to OBC-AFCI<br>• Branch circuit max wire lengths (50'-14AWG, 70'-12AWG)<br>• 1st outlet box marked<br>• CB & OBC-AFCI listed as "System Combination" | New | | • "System Combination" listing requirements yet to be developed<br>• Difficulty ensuring compliance to "System Combination" requirements<br>• Wire length limitations<br>• Receptacle must be on line side of any protected lighting circuits |
| 5 | Listed outlet branch circuit type AFCI | • OBC-AFCI installed at 1st outlet box<br>• Branch circuit in metallic conduit / armored cable install per 250.118<br>• Metal outlet & junction boxes | Same | | • Atypical, costly installation requirements |
| 6 | Listed outlet branch circuit type AFCI | • OBC-AFCI installed at 1st outlet box<br>• Branch circuit in conduit encased in concrete | Same | | • Atypical, costly installation requirements |

Installation options per the NEC
#1 – most common
#2 – not economical to purchase 2 AFCI devices
#3 – not commercially available – no UL Standard
#4 – Eaton now has a "System Combination"
#5 – homerun in metal conduit – difficult and expensive
#6 – homerun in concrete – difficult and expensive

Notes 24

SIEMENS_AFCI_00256985



Installation options per the NEC
#1 – most common
#2 – not economical to purchase 2 AFCI devices
#3 – not commercially available – no UL Standard
#4 – Eaton now has a "System Combination"
#5 – homerun in metal conduit – difficult and expensive
#6 – homerun in concrete – difficult and expensive

                                    SIEMENS_AFCI_00256986

# Troubleshooting

**Page 26**     Unrestricted | © Siemens Industry, Inc. 2022 | Kees | R&PM | 2022

**SIEMENS**

Notes 26

SIEMENS_AFCI_00256987



Notes 27



Notes 28



Notes 29

CONFIDENTIAL

# Troubleshooting is tricky



- Minimum current level required to trip Combination Type AFCIs

- AFCI trips can be intermittent — Intermittent trips do not always occur with the contractor present (multiple trips)

- Creative wiring practices can create nuisance tripping



This device can only produce limited simulated arcs and is not recommended by any manufacturer for the testing an AFCI circuit breakers

What if the AHJ fails the installation because this does not trip the breaker?
We have a letter from UL stating as such – contact .

➤ **The push-to-test button is the only way to ensure the AFCI is functioning**

Notes 30

CONFIDENTIAL

SIEMENS_AFCI_00256991

## General Tips and Tricks

- Check the connection between the light socket and the light bulb base

- Put electronics on surge protectors
  - Protection from lightning
  - Mitigates noise from frequently used electronics

- Look for products that meet UL 1449 and FCC part 15B

- Terminate conductors around screws at devices, avoid "back-stabbing"



 

Notes 31

CONFIDENTIAL



Example of a receptacle wired using the stabs in a house not on AFCI.

Notes 32

## General Tips and Tricks for Homeowners

➢ Furniture is not on or pushing against electrical wires
➢ Beware or overloaded circuits, damaged cords, or blackened plugs
➢ Used qualified electrician for wiring electrical projects

  

Notes 33

CONFIDENTIAL

SIEMENS_AFCI_00256994



**Step 1: Gather pertinent information**

Notes 34

SIEMENS_AFCI_00256995

## Questions we will ask

- What type of breaker is tripping? (AFCI, DF or GFCI?)
- How many breakers are tripping?
- What event is causing the trip?  Is it sporadic, or is it "every time I turn on this light"?
- What is the date code on the breaker?  *Or, can they send us a pic of the front of the breaker?
- How many LED's are on the breaker when the breaker is turned off and back on?
- Please try to get make/model #'s appliances and lighting in the home. Especially all devices (or as many as you can) that are on the tripping circuits.
  - Is the issue with an appliance?  Has anyone contacted tech support for that appliance?
  - Is the issue with lighting?  Has the customer checked to confirm the ballast/driver/power supply is UL listed and FCC Part 15B compliant?



**SIEMENS**
How to read a Combo AFCI date code



- Date Code:  XYYMMDDSSSS
- X:  Production Line
- YY:  Year
- MM:  Month
- DD:  Day
- SSSS:  Sequential order from that line on that day

- Example:
- Date Code:  10707150001
- Production line 1
- July 15, 2007
- First breaker from Production Line 1 on 7/15/07

Notes 35

CONFIDENTIAL

SIEMENS_AFCI_00256996

**Step 2: Call Tech Support**

# 1-800-333-7421

Notes 36

CONFIDENTIAL

SIEMENS_AFCI_00256997



Notes 37

CONFIDENTIAL

SIEMENS_AFCI_00256998

## Additional Resources

•www.afcisafety.org

•Facebook!  AFCI Safety

•UL Website –
    FREE AFCI Training Course

•Literature – download center

•www.usa.siemens.com/afci



•**Siemens Technical Support:  1-800-333-7421**

Notes 38

CONFIDENTIAL

SIEMENS_AFCI_00256999

### Disclaimer

© Siemens 2022

Subject to changes and errors. The information given in this document only contains general descriptions and/or performance features which may not always specifically reflect those described, or which may undergo modification in the course of further development of the products. The requested performance features are binding only when they are expressly agreed upon in the concluded contract.

All product designations may be trademarks or other rights of Siemens AG, its affiliated companies or other companies whose use by third parties for their own purposes could violate the rights of the respective owner.

**Page 39**    Unrestricted | © Siemens Industry, Inc. 2022 | Kees | R&PM | 2022

**SIEMENS**

Notes 39

CONFIDENTIAL

SIEMENS_AFCI_00257000