# EXHIBIT 49

## (Provisionally Filed Under Seal)