# EXHIBIT 50

## (Redacted)

| | |
|---|---|
| **From:** | Abrams, Chenario (RC-US SI EP R&PM AE) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=2777F2C6658346ADAC2F5A840F5BAA84-ABRAMS CHEN] |
| **Sent:** | 6/21/2022 6:52:52 PM |
| **To:** | Bryant, Ashley (RC-US SI EP R&PM PM R) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=15a627b1beb34f60af7dcdd8f12742cc-Bryant Ashl]; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3b58664bc24a4f7db99227a9405e3924-Elsaas Jeff]; Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=cacd59b0431a4e619c360a9e4bce8a5f-Visitacion] |
| **Subject:** | RE: Draft Report : ▆▆▆▆▆▆▆▆ |
| **Attachments:** | ▆▆▆▆▆▆▆▆ |

Jeffrey & Andrew,

Attached is the final report to share with ▆▆▆▆.

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**From:** Bryant, Ashley (RC-US SI EP R&PM PM R) ▆▆▆▆▆▆▆▆▆▆
**Sent:** Tuesday, June 21, 2022 2:40 PM
**To:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ▆▆▆▆▆▆▆▆; Abrams, Chenario (RC-US SI EP R&PM AE) ▆▆▆▆▆▆▆▆; Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ▆▆▆▆▆▆▆▆
**Subject:** RE: Draft Report : ▆▆▆▆▆▆▆

I would say you should go ahead and send to the contractor.  Let them know we are updating the one link in the FCC document.
I'm unsure how long it will take the MARCOMM team to update.  I sent the request this morning.

Thank you

With best regards,
Ashley Bryant Kees
Senior Product Manager, Electronic Circuit Breakers
▆▆▆▆▆▆

**Siemens Technical Support:  1-800-333-7421**

**From:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ▆▆▆▆▆▆▆▆
**Sent:** Tuesday, June 21, 2022 2:05 PM
**To:** Abrams, Chenario (RC-US SI EP R&PM AE) ▆▆▆▆▆▆▆▆; Bryant, Ashley (RC-US SI EP R&PM PM R) ▆▆▆▆▆▆▆▆; Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIEMENS_AFCI_00049716

**Subject:** RE: Draft Report : █████████████

Thanks Ashley & Chenario,
Any idea when the links will be updated & we will be able to forward to the Contractor?

Jeffrey Elsaas
Northern Ca. Area Sales Manager
SIEMENS

www.usa.siemens.com/powerdistribtion

---

**From:** Abrams, Chenario (RC-US SI EP R&PM AE) ███████████████
**Sent:** Tuesday, June 21, 2022 6:19 AM
**To:** Bryant, Ashley (RC-US SI EP R&PM PM R)██████████████████; Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5)█████████████████████████; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5)
████████████████████
**Subject:** RE: Draft Report : █████████████

Andrew,

I have the final report prepared ██████████████. I also found the correct hyperlink,  however, it is not yet published.  I'm working on getting this published on Siemens website before sharing with the customer.

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

---

**From:** Bryant, Ashley (RC-US SI EP R&PM PM R)██████████████████
**Sent:** Tuesday, June 21, 2022 8:06 AM
**To:** Abrams, Chenario (RC-US SI EP R&PM AE) ██████████████████; Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5)██████████████████; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5)
████████████████████
**Subject:** RE: Draft Report : █████████████

Did you all find it?  This link works for me:  https://s3.amazonaws.com/dcc-data-extract/new-delta/asset/Compas/daily/Compas/White%20Paper_Case%20Study/SIE_WP_FedCommission.pdf?06102021

With best regards,
Ashley Bryant Kees
Senior Product Manager, Electronic Circuit Breakers

**Siemens Technical Support:  1-800-333-7421**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     SIEMENS_AFCI_00049717

**From:** Abrams, Chenario (RC-US SI EP R&PM AE) ███████████████████
**Sent:** Monday, June 20, 2022 5:04 PM
**To:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5)██████████████████████; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ████████████████████; Bryant, Ashley (RC-US SI EP R&PM PM R) ████████████████████
**Subject:** RE: Draft Report : ███████████████

Andrew,

I've made updated as you suggested other than the invalid link.  I will search for the correct link unless Ashley can locate it pretty quickly.


Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

████████████████████

---

**From:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ████████████████████
**Sent:** Monday, June 20, 2022 4:51 PM
**To:** Abrams, Chenario (RC-US SI EP R&PM AE)████████████████████; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ████████████████████; Bryant, Ashley (RC-US SI EP R&PM PM R) ████████████████████
**Subject:** RE: Draft Report : ███████████████

Andrew

Phone: ██████████
Email: ████████████████████████
Product Portfolio: <u>Siemens Power Distribution Products</u>
Siemens Product Catalog: ████████████████
Customer Support: <u>Siemens Web Request</u>

 

**STRICTLY CONFIDENTIAL**

Important notice: This e-mail and any attachment thereof contain corporate proprietary information. If you have received it by mistake, please notify us immediately by reply e-mail and delete its attachments from your system.

**From:** Abrams, Chenario (RC-US SI EP R&PM AE) ████████████████████████
**Sent:** Monday, June 20, 2022 1:30 PM
**To:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ██████████████████████; Bryant, Ashley (RC-US SI EP R&PM PM R) ████████████████████
**Cc:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ████████████████████████
**Subject:** RE: Draft Report : ████████████████████

Jeffrey/Andrew,

See the attached with revisions

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

███████████████████

**From:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ████████████████
**Sent:** Monday, June 20, 2022 11:22 AM
**To:** Abrams, Chenario (RC-US SI EP R&PM AE) ████████████████; Bryant, Ashley (RC-US SI EP R&PM PM R) ████████████████
**Cc:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ████████████████
**Subject:** RE: Draft Report : ████████████

Hello Chenario,
Just to give you a heads up Andrew replied changing the time from 1:30 to 2:00 EST.

Thanks again,

Jeffrey Elsaas
Northern Ca. Area Sales Manager
SIEMENS

████████████████

www.usa.siemens.com/powerdistribtion

**From:** Abrams, Chenario (RC-US SI EP R&PM AE) ████████████████
**Sent:** Monday, June 20, 2022 7:58 AM
**To:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ████████████████; Bryant, Ashley (RC-US SI EP R&PM PM R) ████████████████
**Cc:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ████████████████
**Subject:** RE: Draft Report : ████████████

Yes, Eastern time.

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

███████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) █████████████████
**Sent:** Monday, June 20, 2022 10:57 AM
**To:** Abrams, Chenario (RC-US SI EP R&PM AE) ███████████████; Bryant, Ashley (RC-US SI EP R&PM PM R)██████████████
**Cc:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) █████████████
**Subject:** RE: Draft Report : ███████████

Ok so that is Eastern time I assume. How about 1:30 EST that would be 10:30 our time .Does that work for everyone?


Jeffrey Elsaas
Northern Ca. Area Sales Manager
SIEMENS

████████████████

www.usa.siemens.com/powerdistribtion


**From:** Abrams, Chenario (RC-US SI EP R&PM AE) ███████████████
**Sent:** Monday, June 20, 2022 7:55 AM
**To:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ███████████████; Bryant, Ashley (RC-US SI EP R&PM PM R)██████████████
**Cc:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5)█████████████
**Subject:** RE: Draft Report : ███████████

Good morning Jeffrey,

Yes, I am available at anytime other than 12-1

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

████████████████████


**From:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ███████████████
**Sent:** Monday, June 20, 2022 10:51 AM
**To:** Abrams, Chenario (RC-US SI EP R&PM AE)███████████████; Bryant, Ashley (RC-US SI EP R&PM PM R)██████████████
**Cc:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5)█████████████
**Subject:** RE: Draft Report : ███████████

Hello Chenario,
I would like to discuss some modifications to this report before we send it out. Can you & Ashley please advise if you are available for a quick call today?

Thanks You,

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIEMENS_AFCI_00049721

Jeffrey Elsaas
Northern Ca. Area Sales Manager
SIEMENS

www.usa.siemens.com/powerdistribtion

---

**From:** Abrams, Chenario (RC-US SI EP R&PM AE)
**Sent:** Friday, June 17, 2022 1:06 PM
**To:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ███████████████████ ; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ████████████
**Subject:** Draft Report : ████████████

Good afternoon Andrew,

██████████████████████ Please review and let me know if there is anything else you would like for me to add or remove.  Once you approve, I will share the final report.

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

---

**From:** Abrams, Chenario (RC-US SI EP R&PM AE) ████████████
**Sent:** Tuesday, June 14, 2022 8:40 PM
**To:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ███████████████████ ; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ████████████████ ; Bryant, Ashley (RC-US SI EP R&PM PM R) ████████████████
**Subject:** Re: Status/Update on Testing - AFCI breakers nuisance tripping ████████████

████████████████████████████████████████ I do have availability at 2-3pm, then again at 4pm.

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

---

**From:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ████████████████
**Sent:** Tuesday, June 14, 2022 7:58:09 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

SIEMENS_AFCI_00049722

**To:** Abrams, Chenario (RC-US SI EP R&PM AE) ███████████████████ ; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ███████████████████ ; Bryant, Ashley (RC-US SI EP R&PM PM R) ███████████████████
**Subject:** RE: Status/Update on Testing - AFCI breakers nuisance tripping ██████████

Jeff....that being said do you still want to have that meeting tomorrow with Chenario and Ashley at 1pm EST?

████████████████████████████████████████████████████████ I'm out of office Thursday and Friday and would like to be on the call, but if you want to do the call on Thursday or Friday, I can catch up with Jeff when I get back.

Andrew


Phone: ███████████
Email: ████████████████████
Product Portfolio: Siemens Power Distribution Products
Siemens Product Catalog: ████████████
Customer Support: Siemens Web Request




**STRICTLY CONFIDENTIAL**

Important notice: This e-mail and any attachment thereof contain corporate proprietary information. If you have received it by mistake, please notify us immediately by reply e-mail and delete its attachments from your system.

---

**From:** Abrams, Chenario (RC-US SI EP R&PM AE) ██████████████████████
**Sent:** Tuesday, June 14, 2022 4:53 PM
**To:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ████████████████████████ ; Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5) ███████████████████ ; Bryant, Ashley (RC-US SI EP R&PM PM R) ███████████████
**Subject:** Re: Status/Update on Testing - AFCI breakers nuisance tripping ██████████████

Good afternoon Andrew,

█████████████████████████████████████████
█████████████████████████████████████████
█████████████████████████████████████████

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

██████████████████████
██████████████████████
██████████████████████
██████████████████████

---

**From:** Visitacion, Andrew (RC-US SI S&OP EIS R-W SMW5) ███████████████████
**Sent:** Tuesday, June 14, 2022 7:33:49 PM

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**To:** Elsaas, Jeffrey (RC-US SI S&OP EIS R-W SMW5)███████████████ Abrams, Chenario (RC-US SI EP R&PM AE)████████████████████; Bryant, Ashley (RC-US SI EP R&PM PM R)████████████████

**Subject:** Status/Update on Testing - AFCI breakers nuisance tripping ████████████

**When:** Wednesday, June 15, 2022 1:00 PM-1:15 PM.

**Where:** Microsoft Teams Meeting

Quick call for us to review and update status of testing.  Feel free to change time as necessary!

Andrew

---

# Microsoft Teams meeting

### Join on your computer or mobile app
Click here to join the meeting

### Or call in (audio only)

████████████████████████
████████████████████████

Find a local number | Reset PIN

Learn More | Meeting options

---

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                SIEMENS_AFCI_00049724



Page **1** of **3**

CONFIDENTIAL

SIEMENS_AFCI_00049725



CONFIDENTIAL

SIEMENS_AFCI_00049726



CONFIDENTIAL

SIEMENS_AFCI_00049727