# EXHIBIT 51

## (Provisionally Filed Under Seal)