# EXHIBIT 52

## (Redacted)

**From:**        RC-US Residential Solutions [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D77AB8A9FE3646B5ACD115A99F08CD27-RC-US RESID]
**Sent:**        4/11/2023 7:15:58 PM
**To:**          James, Keith (RC-US SI S&OP CHN R-EAST-CM) ▮▮▮▮▮▮▮▮▮▮
**Subject:**     RE: ▮▮▮▮▮▮▮▮▮▮▮▮
**Attachments:** ▮▮▮▮▮▮▮

Keith,

Attached is the final report.
I will follow up on the status of our diagnostic breaker so that we can capture a trip with the gen 4B technology and share with R&D.  They will review and tweak the algorithm to ignore the noise that the breaker sees.

Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE
▮▮▮▮▮▮▮▮▮▮▮▮

---

**From:** James, Keith (RC-US SI S&OP CHN R-EAST-CM) ▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, April 11, 2023 2:55 PM
**To:** Abrams, Chenario (RC-US SI EP R&PM AE) ▮▮▮▮▮▮▮▮▮
**Subject:** FW: ▮▮▮▮▮▮▮▮▮▮

Was this meant to be the final report attached?  if so please advise and I will send ▮▮▮▮▮

Keith James
Siemens Industry, Inc.
RC-US SI S&OP CHN R-EAST-CM
▮▮▮▮▮▮▮▮▮▮▮▮

---

**From:** James, Keith (RC-US SI S&OP CHN R-EAST-CM)
**Sent:** Monday, March 27, 2023 10:46 AM
**To:** Malacara, Hector (RC-US SI EP R&PM AE) ▮▮▮▮▮▮▮▮▮▮▮; RC-US Residential Solutions
▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: ▮▮▮▮▮▮▮▮▮

Thanks Hector...I don't remember you being in the loop on this issue that ▮▮▮▮ is having with our ARC faults.   Just so you know, see attached all trips from first residents moving in fall of 2022 and see below list of trips just for January 2023.   The issue continues in feb and march at about the same rate.  That's why we wound up with Chenario making a visit.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

KJ

Here is the list we found from 2023.  I have reached out the residents in ███ to schedule a time to swap breakers.

███████ BREAKER FLIPS 2023

-1/5
-1/8
-1/9
-1/9
-1/11
-1/11
-1/11
-1/13
-1/15
-1/15
-1/16
-1/17
-1/22
-1/24
-1/26
-1/27
-1/29

3 times
2 times



Keith James
Siemens Industry, Inc.
RC-US SI S&OP CHN R-EAST-CM

**From:** Malacara, Hector (RC-US SI EP R&PM AE) <span style="background:black">       </span>
**Sent:** Monday, March 27, 2023 10:24 AM
**To:** James, Keith (RC-US SI S&OP CHN R-EAST-CM) <span style="background:black">   </span>; RC-US Residential Solutions <span style="background:black">  </span>
**Cc:** Carpri, Tony (RC-US SI S&OP EIS R-EAST SME1) <span style="background:black">   </span>
**Subject:** RE: <span style="background:black">   </span>
**Importance:** High

Good morning Keith / Chenario,

Thanks for the report and the feedback, below are my feedback and comments:



Thanks

Héctor Malacara
Siemens Industry Inc.
m: <span style="background:black">  </span>

---

**From:** James, Keith (RC-US SI S&OP CHN R-EAST-CM) <span style="background:black">   </span>
**Sent:** Monday, March 27, 2023 10:36 AM
**To:** RC-US Residential Solutions <span style="background:black">   </span>
**Cc:** Malacara, Hector (RC-US SI EP R&PM AE) <span style="background:black">   </span>; Carpri, Tony (RC-US SI S&OP EIS R-EAST SME1) <span style="background:black">  </span>
**Subject:** RE: <span style="background:black">   </span>

Chenario, You sure are thorough and adding the pictures is great.



Tony do you agree?

Thanks.

Keith James
Siemens Industry, Inc.
RC-US SI S&OP CHN R-EAST-CM

████████████████████████

**From:** RC-US Residential Solutions ████████████████
**Sent:** Monday, March 27, 2023 8:54 AM
**To:** James, Keith (RC-US SI S&OP CHN R-EAST-CM) ████████████
**Cc:** Malacara, Hector (RC-US SI EP R&PM AE) ████████████
**Subject:** RE: ████████████████

Good morning Keith,

Attached is a draft of the report from our site visit on 3/15/23.  Review and let me know if you would like to add/remove anything.  Please do not share with the customer until I provide a final pdf version.


Cordially,

Chenario Abrams
Siemens Industry, Inc.
RC-US SI EP R&PM AE

████████████████

**From:** James, Keith (RC-US SI S&OP CHN R-EAST-CM) ████████████
**Sent:** Wednesday, March 22, 2023 12:19 PM
**To:** RC-US Residential Solutions ████████████
**Subject:** Automatic reply: ████████████

I will be on vacation until Monday March 27th.   I will answer to the best of my ability when i return.

Thanks,
Keith James

CONFIDENTIAL

SIEMENS_AFCI_00135507



CONFIDENTIAL

SIEMENS_AFCI_00135508



Page **2** of **4**

CONFIDENTIAL

SIEMENS_AFCI_00135509



CONFIDENTIAL

SIEMENS_AFCI_00135510



Page **4** of **4**

CONFIDENTIAL

SIEMENS_AFCI_00135511